**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
GREGORY GREENE

Case Number: 1:14-cv-1437

v

MTGOX INC., et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff Gregory Greene

| | |
|---|---|
| NAME (Type or print) Christopher L. Dore | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Christopher L. Dore | |
| FIRM Edelson PC | |
| STREET ADDRESS 350 N LaSalle Street | |
| CITY/STATE/ZIP Chicago / IL / 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6299670 | TELEPHONE NUMBER 312 572 7218 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |