IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual, <br><br> *Defendants*. | Case No. 1:14-cv-01437 <br><br> Honorable Gary Feinerman |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Gregory Greene ("Plaintiff") by and through his undersigned counsel, hereby respectfully moves this Court for leave to file his Motion for Temporary Restraining Order and Preliminary Injunction in excess of the fifteen-page limitation dictated by Local Rule 7.1. In support, Plaintiff states as follows:

1. On February 27, 2014, Plaintiff Greene filed the instant lawsuit alleging claims against Defendants for consumer fraud, fraud in the inducement, negligence, breach of fiduciary duty, breach of contract, unjust enrichment/restitution, trespass to chattels, and conversion. (Dkt. 1.)

2. In connection with the claims alleged, Plaintiff Greene intends to submit a Motion for Temporary Restraining Order and Preliminary Injunction to freeze Defendants' assets and impose a constructive trust upon them for the benefit of the aggrieved Class Members. The brief

will address (i) Plaintiff's likelihood of success on the merits, (ii) the lack of an adequate remedy at law, and (iii) and the irreparable harm that will result to Plaintiff and Class Members if the injunction is not granted.

3. While Plaintiff has endeavored to keep his briefing as succinct as possible, due to the complex nature of his claims, including the various factors that this Court must consider in granting a temporary restraining order and preliminary injunction, Plaintiff requests leave to file an oversized Memorandum of Law in support of his Motion for Temporary Restraining Order and Preliminary Injunction, so that he may fully explain both the facts and the law pertaining to his requested relief.

4. Accordingly, Plaintiff respectfully requests that the Court grant him leave to file an oversized Memorandum of Law totaling twenty eight (28) pages in support of his Motion for Temporary Restraining Order and Preliminary Injunction.

**WHEREFORE**, Plaintiff Gregory Greene, respectfully requests that this Court enter an Order granting him leave to file a brief totaling twenty eight (28) pages in support of his Motion for Temporary Restraining Order and Preliminary Injunction.

Respectfully submitted,

**GREGORY GREENE**, individually, and on behalf of a class of similarly situated individuals,

Dated: March 4, 2014

/s/ Steven L. Woodrow
Attorney for Plaintiff Gregory Greene

Steve Woodrow
swoodrow@edelson.com
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Tel: 303.357.4877
Fax: 312.589.6378

>Christopher Dore
>cdore@edelson.com
>Alicia Hwang
>ahwang@edelson.com
>EDELSON PC
>350 North LaSalle Street, Suite 1300
>Chicago, Illinois 60654
>Tel: 312.589.6370
>Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

    I, Steven L. Woodrow, an attorney, hereby certify that I served the above and foregoing ***Motion for Leave to File Oversized Brief***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on March 4, 2014.

>    s/ Steven L. Woodrow
>    Steven L. Woodrow