IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>Honorable Gary Feinerman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, March 11, 2014 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Gary Feinerman, or any Judge sitting in his stead, in Courtroom 2125 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present *Plaintiff's Motion for Leave to File Oversized Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction*, a copy of which has been served upon you.

Respectfully submitted,

**GREGORY GREENE**, individually, and on behalf of a class of similarly situated individuals,

Dated: March 4, 2014

/s/ Steven L. Woodrow
Attorney for Plaintiff Gregory Greene

Steven L. Woodrow

swoodrow@edelson.com
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Tel: 303.357.4877
Fax: 312.589.6378

Christopher Dore
cdore@edelson.com
Alicia Hwang
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff Gregory Greene and the Putative Class*

## **CERTIFICATE OF SERVICE**

      I, Steven L. Woodrow, an attorney, hereby certify that I served the above and foregoing *Notice of Motion*, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on March 4, 2014.

                                                  s/ Steven L. Woodrow
                                                      Steven L. Woodrow