N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-1437<br><br>**DECLARATION OF PLAINTIFF GREGORY GREENE IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Gregory Greene, on oath declare:

    1.    I am over the age of 18 and am fully competent to make this declaration. I make this declaration based upon personal knowledge and can competently testify to the matters set forth herein if called to do so.

    2.    In 2012, I joined and became an active member of Mt. Gox. To activate my account, I was required to (and did) accept Mt. Gox's Terms of Use. I chose, however, not to "verify" my account by submitting any of my personal information to the site. As an unverified member, I was still able to trade and withdraw bitcoins using my Mt. Gox account, but was not permitted to withdraw Fiat Currency.

    3.    After joining, I used the Mt. Gox exchange regularly and eventually acquired over $25,000 worth of bitcoins in my account.

    4.    In November 2013, I began experienced delays with certain of my bitcoin transactions. I complained about these issues to Mt. Gox's customer service and they were able to resolve them. At no point, however, did customer service notify or inform me that the Mt. Gox

system had been compromised by any sort of bug. Based upon the representations that were made to me through the Mt. Gox website and in its Terms of Use and Privacy Policy, I continued to believe that my bitcoins were stored safely and securely on Mt. Gox's system.

5. On February 5, 2014, I logged onto my Mt. Gox account and discovered that certain previously available functions, such as the simple withdrawal of bitcoins, had been restricted or were otherwise inaccessible. I immediately contacted customer service for further information.

6. On February 10, 2014, customer service informed me that I was now required to verify my Mt. Gox account by submitting proof of identification to the site. I promptly submitted the documents requested, including a copy of my driver's license and proof of my address, and on February 24, 2014, was notified that my account had been verified.

7. After being notified of my verification, I logged onto my account and tried to make a withdrawal. I entered my address and the amount to be withdrawn and clicked enter to process the transaction. The transaction did not go through. Rather, and despite not showing any sort of error message, the page simply cleared my inputs.

8. A few hours later, I attempted to log onto my account and discovered that Mt. Gox had gone offline, blocking all account access. I have since been unable to log onto or access my Mt. Gox account in any way.

9. Had I known that Mt. Gox lacked the proper security measures to protect my property, I would not have deposited or stored my bitcoins on the Mt. Gox exchange. Further, had I known that Mt. Gox intended to go offline permanently, I would have withdrawn any remaining bitcoins from my account.

//

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of March, 2014 in Chicago, Illinois.

_____
Gregory Greene

## **CERTIFICATE OF SERVICE**

      I, Steven L. Woodrow, an attorney, hereby certify that I served the above and foregoing ***Declaration of Plaintiff Gregory Greene in Support of Motion for Temporary Restraining Order and Preliminary Injunction***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on March 4, 2014.

                                                                  s/ Steven L. Woodrow
                                                                   Steven L. Woodrow