UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gregory Greene
                    Plaintiff,

v.                                         Case No.: 1:14–cv–01437
                                                              Honorable Gary Feinerman

MtGox Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion for leave to file over sized brief in support of plaintiff's motion for temporary restraining order and preliminary injunction [6] is granted. Motion hearing scheduled for 3/11/2014 [7] is stricken. Plaintiff's motion for class certification [2] is entered and continued. Hearing on motion for temporary restraining order and preliminary injunction [8] scheduled for 3/11/2014 at 9:00 a.m. [9] is re−set for 10:00 a.m. With respect to the motion for temporary restraining order and preliminary injunction [8], Plaintiff shall be prepared to address whether sufficient notice has been provided to Defendants and, if not, whether the requirements of Fed. R. Civ. P. 65(b)(1) are met.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.