[REDACTED]

## Greene v. Mt. Gox et al., 1:14-cv-01437 (ND. Ill)

**Steve Woodrow** <swoodrow@edelson.com>  Wed, Mar 5, 2014 at 1:34 PM
To: daniel.valles@bakermckenzie.com, Tod.Gamlen@bakermckenzie.com
Cc: Alicia Hwang <ahwang@edelson.com>

Counsel:

Following up on my voicemail left yesterday evening, our law firm represents Gregory Greene in the litigation recently filed in the Northern District of Illinois against Mt. Gox. We understand that you represent Mt. Gox in a separate matter pending the in Western District of Washington and that Baker McKenzie attorneys are assisting Mt. Gox in Japan.

As I indicated on my voicemail, we have filed a Motion for a TRO/Preliminary Injunction and wanted to know if you would be representing Mt. Gox in this matter. Please let us know when you get a moment or whether Mt. Gox will be represented by other attorneys. In the meantime, I've attached a copy of the filed Motion together with the exhibits.

Best regards,

-Steven

--
Steven L. Woodrow l Edelson PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
303.357.4878 (direct) l 303.357.4877 (firm) l 312.589.6378 (fax)
swoodrow@edelson.com l www.edelson.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE
The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**10 attachments**

 **Greene-Mt. Gox Dkt. 06 Mtn Oversized Brief.pdf**
103K

 **Greene-Mt. Gox Dkt. 07 Notice of Mtn Oversized Brief.pdf**
101K

[REDACTED]

- Greene-Mt. Gox Dkt. 08 Mtn for TRO and Prelim Injunction.pdf
  298K
- Greene-Mt. Gox Dkt. 09 Notice of Mtn TRO.pdf
  99K
- Greene-Mt. Gox Dkt. 010 Greene Decl ISO Mtn TRO.pdf
  151K
- Greene-Mt. Gox Dkt. 11 Woodrow Decl. ISO Mtn TRO.pdf
  108K
- Greene-Mt. Gox Dkt. 11-1.pdf
  1132K
- Greene-Mt. Gox Dkt. 11-2.pdf
  416K
- Greene-Mt. Gox Dkt. 11-3.pdf
  503K
- Greene-Mt. Gox Dkt. 11-4.pdf
  783K