# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Northern District of Illinois - Eastern Division

Gregory Greene, individually and on behalf of all others similarly situated
Plaintiff(s)
v
MTGox Inc., a Delaware corporation, et al
Defendant(s)

Case No: 1:14-cv-01437

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served MTGox Inc., a Delaware corporation

with the documents: Plaintiff's Motion for Leave to File oversized Brief in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Notice of Motion; Motion for Temporary Restraining Order and Preliminary Injunction; Notice of Motion; and Declaration of Attorney Steven Woodrow in Support of Motion for Temporary Restraining Order and Preliminary Injunction with Exhibits

**Person Served:** Brooke Breeding, Managing Agent duly authorized to accept service

**Service Address:** National Corporate Research., Ltd., 615 S. DuPont Highway, Dover, DE 19901

**Date of Service:** March 5, 2014     **Time of Service:** 3:00 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address     ( ) Evading           ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist ( ) Service canceled by Litigant ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at_____, _____ at_____,
_____ at_____, _____ at_____, _____ at_____, _____ at_____,

**Description:** Age: 24  Sex: F  Race: W  Hgt: 5'7"  Wgt: 145  Hair: Brown  Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

March 6, 2014   at   Wilmington,    Delaware
Date                  City           State

Sharlene Ryan, Process Server
Delaware Attorney Services
3516-16 Silverside Road
Wilmington, DE 19810 (302) 429-0657

State of Delaware
County of New Castle

Subscribed and sworn before me a Notary Public of the State of Delaware on March 6, 2014

Witness My Hand and Official Seal

Kimberly J. Ryan, My Commission Expires 5/17/2016
Notary Public, State of Delaware

# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Northern District of Illinois - Eastern Division

Gregory Greene, individually and on behalf of all others similarly situated
Plaintiff(s)
v
MTGox Inc., a Delaware corporation, et al
Defendant(s)

Case No: 1:14-cv-01437

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served Mark Karpeles

with the documents: Plaintiff's Motion for Leave to File oversized Brief in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Notice of Motion; Motion for Temporary Restraining Order and Preliminary Injunction; Notice of Motion; and Declaration of Attorney Steven Woodrow in Support of Motion for Temporary Restraining Order and Preliminary Injunction with Exhibits

Person Served: Brooke Breeding, Managing Agent duly authorized to accept service

Service Address: National Corporate Research., Ltd., 615 S. DuPont Highway, Dover, DE 19901

Date of Service: March 5, 2014     Time of Service: 3:00 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address     ( ) Evading         ( ) Moved, left no forwarding    ( ) Other
( ) Address does not exist ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____, _____ at _____, _____ at _____, _____ at _____.

**Description:** Age: 24   Sex: F   Race: W   Hgt: 5'7"   Wgt: 145   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

March 6, 2014 at Wilmington, Delaware
Date             City         State

Sharlene Ryan, Process Server
Delaware Attorney Services
3516-16 Silverside Road
Wilmington, DE 19810 (302) 429-0657

State of Delaware
County of New Castle

Subscribed and sworn before me a Notary Public of the State of Delaware on March 6, 2014

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 5/17/2016
Notary Public, State of Delaware