**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (312) 589-6370

Edelson PC
350 N. LaSalle St. Suite 1300
Chicago, IL 60654

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

EK 095662775 US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

Post Office To Addressee

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED

Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Mark Karpeles
MtGox Co., Ltd.
Shibuya 2-11-5
Shibuya-ku, Tokyo, Japan 150-0002

ZIP + 4® (U.S. ADDRESSES ONLY)

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 60194
Scheduled Delivery Date (MM/DD/YY): 3-9-14
Postage: $ 46.50

Date Accepted (MM/DD/YY): 3-5-14
Scheduled Delivery Time: 4:58 ☐ AM ☐ PM
Insurance Fee: $
COD Fee: $

Time Accepted: 4:58 ☐ AM ☐ PM
☐ Loss Guarantee Only
Return Receipt Fee: $

Weight: 1 lbs 2 ozs  ☐ Flat Rate
☐ Live Shipment
Total Postage & Fees: $ 46.50

☐ Sunday/Holiday Premium
Acceptance Employee Initials: NP

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

☒ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☒ $100.00 insurance included.

```
==========================================
              SCHAUMBURG
          SCHAUMBURG, Illinois
               601949998
             1615400194-0096
 03/05/2014 (800)275-8777 05:01:24 PM
==========================================
========== Sales Receipt ==========
Product         Sale Unit       Final
Description     Qty  Price      Price
==========================================
~~ Japan - PM Express Intl      $46.50
with Guarantee Flat Rate Env
1 lb.  1.90 oz.
 Label #:EK095662775US
 Postal Code    1500002
 Guaranteed delivery at destination:
       Sunday, March 9, 2014
 For PMEI with Guarantee refund
 information, call
 1-800-222-1811.

Customs Form #: LC276170597US
                                ========
Issue PVI:                       $46.50


                              ==========
Total:                           $46.50

Paid by:
MasterCard                       $46.50
  Account #:      XXXXXXXXXXXX9651
  Approval #:     59731K
  Transaction #:  199
  23903330876
**********************************
**********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
**********************************
**********************************
```