[REDACTED]

## Greene v. Mt. Gox et al., 1:14-cv-01437 (ND. Ill)

**Steve Woodrow** <swoodrow@edelson.com>                    Thu, Mar 6, 2014 at 11:19 AM
To: Junko.Suetomi@bakermckenzie.com, Hideyuki.Yamamoto@bakermckenzie.com,
Tod.Gamlen@bakermckenzie.com, a-shinomiya@yglpc.com
Cc: Jay Edelson <Jedelson@edelson.com>, Christopher Dore <Cdore@edelson.com>, Alicia Hwang
<ahwang@edelson.com>

Counsel:

This email follows up on my email yesterday sent to your partner Tod Gamlen (following up on my call the day
before) in Palo Alto. Our law firm represents Gregory Greene in the litigation recently filed in the United States
District Court for the Northern District of Illinois, Eastern Division, against Mt. Gox. We understand that you are
assisting Mt. Gox in Japan with respect to its bankruptcy filing.

We have filed a Motion for a TRO/Preliminary Injunction seeking the imposition of a constructive trust on all
property held by Tibanne KK, Mt. Gox Inc., Mr. Karpeles, and Mt. Gox KK held in the United States, copies of
which are attached to this email. Copies were also mailed to the address posted on the Mt. Gox website
yesterday, and copies have been delivered for service to Mt. Gox at its registered agent's address in Delaware.

As you can also see from the attached Minute Order of March 5, 2014, the Court has set the matter for hearing
on **March 11, 2014 at 10:00 am** at the United States District Courthouse, Courtroom 2156, 219 S. Dearborn,
Chicago Illinois.

Please contact our offices should you have any questions or wish to discuss this matter prior to the hearing.

Best regards,

-Steven

--
Steven L. Woodrow I Edelson PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
303.357.4878 (direct) I 303.357.4877 (firm) I 312.589.6378 (fax)
swoodrow@edelson.com I www.edelson.com

⌂ Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client
privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use,
disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify
Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including
any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue
Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**11 attachments**

**Greene-Mt. Gox Dkt. 06 Mtn Oversized Brief.pdf**
103K

**Greene-Mt. Gox Dkt. 07 Notice of Mtn Oversized Brief.pdf**
101K

**Greene-Mt. Gox Dkt. 08 Mtn for TRO and Prelim Injunction.pdf**
298K

**Greene-Mt. Gox Dkt. 09 Notice of Mtn TRO.pdf**
99K

**Greene-Mt. Gox Dkt. 010 Greene Decl ISO Mtn TRO.pdf**
151K

**Greene-Mt. Gox Dkt. 11 Woodrow Decl. ISO Mtn TRO.pdf**
108K

**Greene-Mt. Gox Dkt. 11-1.pdf**
1132K

**Greene-Mt. Gox Dkt. 11-2.pdf**
416K

**Greene-Mt. Gox Dkt. 11-3.pdf**
503K

**Greene-Mt. Gox Dkt. 11-4.pdf**
783K

**Greene v MtGox - Minute Order 3.5.14.pdf**
17K