

[REDACTED]

## Mt. Gox KK - TRO hearing in ND Illinois

**Steve Woodrow** <swoodrow@edelson.com>　　　　　　　　　　　　　Sun, Mar 9, 2014 at 6:19 PM
To: Junko.Suetomi@bakermckenzie.com, Hideyuki.Yamamoto@bakermckenzie.com, Tod.Gamlen@bakermckenzie.com, a-shinomiya@yglpc.com
Cc: Christopher Dore <Cdore@edelson.com>, Jay Edelson <Jedelson@edelson.com>, Alicia Hwang <ahwang@edelson.com>

弁護士：

日本語のドキュメントを提供する義務を負うと一貫性のある、このメール フォロー アップ私の電子メールで我々 のクライアントの訴訟、対山 *Gox* 社グレゴリー グリーン山 Gox に対して東地区は、イリノイ州、北部地区のアメリカ合衆国地方裁判所は最近提出訴訟に関する 2014 年 3 月 6 日を送信します。その破産申請に関して日本の山 Gox を支援して ことを理解しています。

私 たちは私たちの 2013 年 3 月 6 日の電子メールに示されていると我々 動きを提出した山 Gox 株式会社 Tibanne 株式会社、氏カーペルズ、彼らの資産をより広く、アメリカ合衆国と発見で開催山 Gox 株式会社が保有するすべてのプロパティで、建設的な信頼の賦課を求めて TRO/予備差止請求をコピーこのメールに接続されています。コピーまた 2014 年 3 月 9 日、今日では、到着する設定山 Gox ウェブサイトに掲載アドレスを郵送したし、コピーに配信されたサービス山 Gox デラウェア州で、登録エージェントのアドレス。

として述べた私以前の電子メール、裁判所は公聴会のための問題に設定**2014**年 3 月 11 日 10:00 でアメリカ合衆国地区裁判所で、法廷 2156年 219 聡ディアボーン、イリノイ州シカゴ。

ご質問があるまたは聴聞会の前にこの問題を議論したいとする私たちのオフィスにお問い合わせください。

よろしくお願いいたします

-スティーブン

-
--
Steven L. Woodrow I Edelson PC

999 West 18th Street, Suite 3000
Denver, Colorado 80202
303.357.4878 (direct) l 303.357.4877 (firm) l 312.589.6378 (fax)
swoodrow@edelson.com l www.edelson.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE

The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**8 attachments**

**Greene v. Mt. Gox - Woodrow Decl in Supp of TRO and Preliminary Injunction - FInal (Japanese trans.).pdf**
138K

**Greene v. Mt.Gox - Motion for TRO and Prelim Injunction FINAL  (Japanese trans.).pdf**
532K

**Greene v. MtGox - Greene Decl - Final (Japanese trans.).pdf**
113K

**Greene-Mt. Gox Dkt. 11-4.pdf**
783K

**Greene-Mt. Gox Dkt. 11-3.pdf**
503K

**Greene-Mt. Gox Dkt. 11-2.pdf**
416K

**Greene-Mt. Gox Dkt. 11-1.pdf**
1132K

**Greene v. MtGox - Notice of TRO (Japanese trans.).docx**
53K