IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>**DECLARATION OF JEFFREY C. PARKER IN SUPPORT OF MOTION FOR TRO/PRELIMINARY INJUNCTION** |

I, Jeffrey C. Parker, on oath declare:

1. I am over the age of 18 and am fully competent to make this declaration. I make this declaration based upon personal knowledge and can competently testify to the matters set forth herein if called to do so.

2. I joined Mt. Gox as a member in November 2011. To activate my account, I was required to (and did) accept Mt. Gox's Terms of Use.

3. In August 2012, I "verified" my account by submitting personal documents, such as a copy of my government issued identification and proof of address, to Mt. Gox. As a verified member, I was permitted to withdraw a limited amount of Fiat Currency ($1000 per day) from my Mt. Gox account at regular intervals.

4. In December 2013, I transferred approximately 82 bitcoins I owned into my Mt. Gox account. Shortly thereafter, I sold the majority of my bitcoins and received approximately $88,000 in Fiat Currency, which was held in my account.

5. In January 2014, I upgraded my verified account to a "premium" account for the sole purpose of withdrawing the $88,000 of Fiat Currency I held out of my Mt. Gox account. To obtain a premium account, I was required to submit additional personal documents (such as a copy of my passport and utility bill) that had been notarized by the U.S. government. I retained a law firm to help me with this process, which took nearly five weeks to complete and which cost me several hundreds of dollars.

6. After receiving confirmation that my account had been upgraded to premium status, I made repeated attempts to withdraw money from my account in mid-February of 2014. My withdrawal requests were unsuccessful and my account continued to reflect a daily limit of $1000. Accordingly, on February 17th and 18th of 2014, I contacted Mt. Gox customer service regarding my problems with withdrawal and requesting that my withdrawal limits be increased. (A true and accurate copy of my February 17th and 18th customer service requests are attached as Exhibit A.)

7. On February 23, 2014, Mt. Gox customer service notified me that my withdrawal limits had been increased to the maximum I requested. In the same message, however, customer service also noted that my initiated withdrawals had been cancelled, as certain withdrawals were "currently unavailable" and that Mt. Gox was "working on to [sic] find an alternate method." The message stated that once the problem was fixed it would be posted on the Mt. Gox website and advised me to continue checking their webpage for any updates. (A true and accurate copy of the February 23, 2014 message from customer service is attached as Exhibit B.)

8. The following day, on February 24, 2014, Mt. Gox "went dark." Since that time, I have not been able to access or see my account.

9. At no point during my correspondence with customer service or during the process of upgrading my account to premium, did Mt. Gox notify me that it intended to declare bankruptcy and that I would thereafter be unable to withdraw money from my account.

10. Upon information and belief, Mt. Gox continues to possess, control, or maintain the $88,000 in Fiat Currency belonging in my account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/09/2014 in Magnolia, Texas.

/s/
Jeffrey C. Parker

# Exhibit A

[REDACTED]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**jeffparkerfsu, Feb 18 23:09:**

I have a premium account, but my withdrawal limits are still set at $1000 per day on the web site. Please update my settings to allow for larger transfers.

------------------
Submitted from: https://www.mtgox.com/forms/verification

**This email is a service from Support Desk.**

Message-Id:2Z59DWP2_530a01be16b49_4a993fc65b0c9ea842534cc_sprut

                                                                    [REDACTED]

## Fwd: [Support Desk] Re: My bank transfer is still "validating"

[REDACTED]
[REDACTED]

message ----------
From: **Justin Support** <notifications-info@mtgox.com>
Date: Wed, Feb 19, 2014 at 6:52 AM
Subject: [Support Desk] Re: My bank transfer is still "validating"
To: jeffparkerfsu <jeffparkerfsu@gmail.com>

## Please do not write below this line ##

**Ticket #217406: My bank transfer is still "validating"**

Your request (#217406) has been marked as solved, pending closure. Should you believe that your request has not been adequately addressed and wish to postpone closure, or should you wish to review or comment upon your request, please follow the link below:
http://support.mtgox.com/requests/217406

Mt.Gox Support appreciates any feedback that you may wish to provide.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Justin Support, Feb 19 23:52:**

Dear Valued Customer,

Thank you for the email and sorry for the delay in response. I see that your bank account has been validated successfully. Sorry for any inconvenience this may have caused.

If you have any further queries, please do not hesitate to contact us by responding to this email.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**jeffparkerfsu, Feb 17 08:03:**

I created a bank transfer through the new tool, but I cannot transfer funds because the withdrawal method is still in a "validating" state. When will this be resolved?

------------------
Submitted from: https://www.mtgox.com/trade/funding-options

**This email is a service from Support Desk.**

Message-Id:8803QSMM_5304c5273f449_1dc73f9a2dac9ea82873299_sprut

# Exhibit B



[REDACTED]

## Fwd: [Support Desk] Re: I have premium account but cannot withdraw more than basic amount

[REDACTED]

---------- Forwarded message ----------
From: **Ashley** <notifications-info@mtgox.com>
Date: Sun, Feb 23, 2014 at 6:12 AM
Subject: [Support Desk] Re: I have premium account but cannot withdraw more than basic amount
To: jeffparkerfsu <jeffparkerfsu@gmail.com>

## Please do not write below this line ##

**Ticket #218945: I have premium account but cannot withdraw more than basic amount**

Your request (#218945) has been marked as solved, pending closure. Should you believe that your request has not been adequately addressed and wish to postpone closure, or should you wish to review or comment upon your request, please follow the link below:
http://support.mtgox.com/requests/218945

Mt.Gox Support appreciates any feedback that you may wish to provide.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Ashley, Feb 23 23:12:**

Dear Valued Customer,

Thank you for the email. We have increased your withdrawal limits to maximum as requested. We can see that you have initiated a withdrawal. However it has been cancelled and the funds are credited back to your MtGox currency wallet as Mizuho withdrawals are currently unavailable. We are working on to find an alternate method. Once it is fixed we will keep posted in our website. Kindly check our webpage for any latest updates.

Best regards,

MtGox Team
https://www.mtgox.com