IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>    *Defendants*. | Case No. 1:14-cv-01437<br><br>**DECLARATION OF JOSEPH LACK IN SUPPORT OF MOTION FOR TRO/PRELIMINARY INJUNCTION** |

I, Joseph Lack, on oath declare:

  1.  I am over the age of 18 and am fully competent to make this declaration. I make this declaration based upon personal knowledge and can competently testify to the matters set forth herein if called to do so.

  2.  In early 2014 I joined Mt. Gox. To activate my account, I was required to (and did) accept Mt. Gox's Terms of Use, and provided all requested documentation.

  3.  Upon joining, on January 22, 2014 I wire-transferred $40,000 USD to my account at Mt. Gox. I was required to direct this transfer through Mizuho Bank, headquartered in Tokyo, Japan.

  4.  Following the transfer, I waited several weeks for the money to appear in my Mt. Gox account and for Mt. Gox to acknowledge receipt of my funds.

  5.  On February 11, 2014 I contacted Mt. Gox regarding my $40,000 and when I would be able to access my money. Mt. Gox responded on February 14, 2014 stating that "withdrawal delays does [sic] not affect transferring funds to your Mtgox

[sic] account." It did not answer my specific question regarding the status of my deposit but instead asked for a scan copy of my wire transfer form. I provided this information on February 15, 2014.

6. I continued to wait for the funds to appear in my Mt. Gox account. On February 19, 2014, I contacted Mt. Gox again for a status update, only to be informed, "We continue to check the status of the deposit with our banking team. We will let you know once the funds reaches your account." I responded on February 20, 2014 complaining of these non-responsive emails and demanding to know the location of my money. (*See* "Lack – Mt.Gox Correspondence, true and accurate copies of which are attached hereto as Exhibit A).

7. Mt. Gox responded on February 20, 2014 stating, "We are yet to receive your deposit. We are facing Bank delays on international deposit and we will surely keep you updated once we receive your deposit." (*See* Exhibit A).

8. Upon receiving this message, I immediately went to my bank to trace the wire transfer and recall the money, since according to Mt. Gox, my funds were still with Mizuho Bank.

9. At no time prior to depositing my funds or while I was made to wait for the funds to appear in my account did Mt. Gox directly notify me that it had suffered any type of "bug" and that my money would be permanently inaccessible.

10. On February 24, 2014, Mt. Gox "went dark." Since that time, I have not been able to see my account, let alone the $40,000 I transferred to Mt. Gox.

11. On March 3, 2014, my bank informed me they were unable to recall the funds since they already transferred to Mt. Gox on February 3, 2014. My bank provided

all the documentation showing that my funds did indeed transfer on February 3, 2014. (*See* "Lack – Confirmation of Wire Transfer from Mizuho Bank on February 3, 2014, true and accurate copies of which are attached hereto as Exhibit B).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of March, 2014 in Los Angeles, California.

Joseph Lack

# Exhibit A

| | |
|---|---|
| Subject: | Support Desk welcome email |
| From: | Support Desk (info@mtgox.com) |
| To: | jsphlck@yahoo.com; |
| Date: | Friday, January 10, 2014 9:56 AM |

### Support Desk welcome email

Welcome to Tibanne Co. Ltd.. Please follow the link below to choose a password, and we will log you in right away.

https://support.mtgox.com/verification/ticket/b9y5bua9wmkqpqd/

**This email is a service from Support Desk.**

| | |
|---|---|
| Subject: | Request received: Re: [Mt.Gox] Account creation confirmation (request #192022) |
| From: | Support Desk (info@mtgox.com) |
| To: | jsphlck@yahoo.com; |
| Date: | Friday, January 10, 2014 5:35 PM |

## Please do not write below this line ##

### Ticket #192022: Re: [Mt.Gox] Account creation confirmation

Your request (#192022) has been received, and will be reviewed by our support staff shortly.

Please be noted that the Mt.Gox Support Desk operates 24/7/365, however with limited weekend support. Kindly wait and we would respond shortly.

To review the status of the request and add additional comments, follow the link below:
http://support.mtgox.com/requests/192022

**Joseph Lack, Jan 11 02:56:**

Hello,
I am writing becuase my account has not yet been approved. I believe I have submitted all necessary documentation,but please let me know otherwise.

Thank you,

Joseph Lack
sticfine_round * Account Number: M44878669X

On Saturday, December 7, 2013 5:09 PM, Mt. Gox <info@mtgox.com> wrote:

Welcome to Mt.Gox!

Thank you for creating your account with us.

Your login: sticfine_round

In order to enable your account, you need to enter your validation code on the Mt.Gox website.

Your confirmation code: 23PWTCVCYC8A6C5E

Alternatively you can click on or copy it into your browser via this url:
https://mtgox.com/signup/validate?ID=10025e28-adfa-45c1-9a46-957a03eba3aa&Code=23PWTCVCYC8A6C5E

Best regards,
The Mt.Gox Team
info@mtgox.com
https://mtgox.com/

**This email is a service from Support Desk.**

Message-Id:7PGEJ0PQ_52d09e4a43409_11b83fd334cc47b839217f_sprut

**Subject:** [Support Desk] Re: Re: [Mt.Gox] Account creation confirmation (request #192022)

**From:** Sharon Support (notifications-info@mtgox.com)

**To:** jsphlck@yahoo.com;

**Date:** Tuesday, January 21, 2014 6:48 AM

## Please do not write below this line ##

### Ticket #192022: Re: [Mt.Gox] Account creation confirmation

Your request (#192022) has been marked as solved, pending closure. Should you believe that your request has not been adequately addressed and wish to postpone closure, or should you wish to review or comment upon your request, please follow the link below:
http://support.mtgox.com/requests/192022

Mt.Gox Support appreciates any feedback that you may wish to provide.

---

**Sharon Support, Jan 21 23:48:**

Dear Joseph,

Sorry for the delay on replying. On checking I can see that your account has been verified. The verification is delayed as it is done in an orderly basis. We apologize for the inconvenience caused.

Please contact us back for further assistance.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

---

**Joseph Lack, Jan 11 02:56:**

Hello,
I am writing becuase my account has not yet been approved. I believe I have submitted all necessary documentation,but please let me know otherwise.

Thank you,

Joseph Lack
sticfine_round * Account Number: M44878669X

On Saturday, December 7, 2013 5:09 PM, Mt. Gox <info@mtgox.com> wrote:

Welcome to Mt.Gox!

Thank you for creating your account with us.

Your login: sticfine_round

In order to enable your account, you need to enter your validation code on the Mt.Gox website.

Your confirmation code: 23PWTCVCYC8A6C5E

Alternatively you can click on or copy it into your browser via this url:
https://mtgox.com/signup/validate?ID=10025e28-adfa-45c1-9a46-957a03eba3aa&Code=23PWTCVCYC8A6C5E

Best regards,
The Mt.Gox Team
info@mtgox.com
https://mtgox.com/

**This email is a service from Support Desk.**

Message-Id:7PGEJ0PQ_52de88a22bebd_68133fe8494c47b4104827d3_sprut

| | |
|---|---|
| Subject: | Request #192022: How would you rate the support you received? |
| From: | Support Desk (info@mtgox.com) |
| To: | jsphlck@yahoo.com; |
| Date: | Wednesday, January 22, 2014 7:03 AM |

## Please do not write below this line ##

### Ticket #192022: Re: [Mt.Gox] Account creation confirmation

Hello Joseph Lack,

We'd love to hear what you think of our customer service. Please take a moment to answer one simple question by clicking either link below:

### How would you rate the support you received?

Good, I'm satisfied

Bad, I'm unsatisfied

Here's a reminder of what your ticket was about:

---

**Sharon Support, Jan 21 23:48:**

Dear Joseph,

Sorry for the delay on replying. On checking I can see that your account has been verified. The verification is delayed as it is done in an orderly basis. We apologize for the inconvenience caused.

Please contact us back for further assistance.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

---

**Joseph Lack, Jan 11 02:56:**

Hello,
I am writing becuase my account has not yet been approved. I believe I have submitted all necessary documentation,but please let me know otherwise.

Thank you,

Joseph Lack
sticfine_round * Account Number: M44878669X

On Saturday, December 7, 2013 5:09 PM, Mt. Gox <info@mtgox.com> wrote:

Welcome to Mt.Gox!

Thank you for creating your account with us.

Your login: sticfine_round

In order to enable your account, you need to enter your validation code on the Mt.Gox website.

Your confirmation code: 23PWTCVCYC8A6C5E

Alternatively you can click on or copy it into your browser via this url:
https://mtgox.com/signup/validate?ID=10025e28-adfa-45c1-9a46-957a03eba3aa&Code=23PWTCVCYC8A6C5E

Best regards,
The Mt.Gox Team
info@mtgox.com
https://mtgox.com/

This email is a service from Support Desk.

Message-Id:7PGEJ0PQ_52dfdda815666_1dfd3feb7d6c47bc1788863_sprut

| | |
|---|---|
| Subject: | Support Desk welcome email |
| From: | Support Desk (info@mtgox.com) |
| To: | jsphlck@yahoo.com; |
| Date: | Thursday, February 6, 2014 5:33 PM |

### Support Desk welcome email

Welcome to Tibanne Co. Ltd.. Please follow the link below to choose a password, and we will log you in right away.

https://support.mtgox.com/verification/email/hl1x1buvee55sje/

**This email is a service from Support Desk.**

| | |
|---|---|
| Subject: | Request received: Deposit re Wire Transfer |
| From: | Support Desk (info@mtgox.com) |
| To: | jsphlck@yahoo.com; |
| Date: | Monday, February 10, 2014 12:11 PM |

## Please do not write below this line ##

### Ticket #212794: Deposit re Wire Transfer

Your request (#212794) has been received, and will be reviewed by our support staff shortly.

Please be noted that the Mt.Gox Support Desk operates 24/7/365, however with limited weekend support.
Kindly wait and we would respond shortly.

To review the status of the request and add additional comments, follow the link below:
http://support.mtgox.com/requests/212794

---

**Joseph Lack, Feb 11 05:11:**

Acct Number: M44878669X
User Name : sticfine_round

Hello,

I am following up to a deposit via wire transfer I made on January 22, 2014 - 13 business days ago. I have yet to see my account funded. The amount was for $40,000 USD; I am concerned as to the status of this deposit.

Please update me as to when I can expect my account to be funded. Should there be any problems due to your recent inability to cash out client's request for withdrawals, then please return my funds to me.

Thank you

------------------
Submitted from: https://www.mtgox.com/trade

**This email is a service from Support Desk.**

Message-Id:2NRPAAA5_52f9327f5b2b3_38073ffd09ac9ea01360424_sprut

**Subject:** [Support Desk] Re: Deposit re Wire Transfer
**From:** Sharon Support (notifications-info@mtgox.com)
**To:** jsphlck@yahoo.com;
**Date:** Friday, February 14, 2014 4:36 AM

## Please do not write below this line ##

### Ticket #212794: Deposit re Wire Transfer

Your request (#212794) has been updated.

To review the status of the request and add additional comments, follow the link below:
http://support.mtgox.com/requests/212794

You can also add a comment by replying to this email.

---

**Sharon Support, Feb 14 21:34:**

Dear Joseph,

Sorry for the delay on replying. Please note that the withdrawal delays does not affect transferring funds to your Mtgox account.

Could you please provide the scan copy or the screenshot of the deposit with the sending and receiving bank account details?

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

---

**Joseph Lack, Feb 11 05:11:**

Acct Number: M44878669X
User Name : sticfine_round

Hello,

I am following up to a deposit via wire transfer I made on January 22, 2014 - 13 business days ago. I have yet to see my account funded. The amount was for $40,000 USD; I am concerned as to the status of this deposit.

Please update me as to when I can expect my account to be funded. Should there be any problems due to your recent inability to cash out client's request for withdrawals, then please return my funds to me.

Thank you

------------------
Submitted from: https://www.mtgox.com/trade

This email is a service from Support Desk.

Message-Id:2NRPAAA5_52fe0d6e8dbe1_41ea3f9fe02c9eac18925de_sprut

Subject: Re: [Support Desk] Re: Deposit 1-22-2014
From: Joseph Lack (jsphlck@yahoo.com)
To: info@mtgox.com;
Date: Monday, March 3, 2014 10:15 AM

Gene:

Your email below is a complete lie. I checked with my bank who informed me that my funds were transferred into the recipient account on February 3, 2014.

I demand that you return my $40,000 NOW. You are a thief and a liar.

---

On Thu, 2/20/14, Gene <notifications-info@mtgox.com> wrote:

Subject: [Support Desk] Re: Deposit 1-22-2014
To: "Joseph Lack" <jsphlck@yahoo.com>
Date: Thursday, February 20, 2014, 2:57 AM


## Please do not write below this line ##


#yiv1955243936 .yiv1955243936zd_link {color:#FFF;}Ticket #212794: Deposit

1-22-2014


Your request (#212794)

has been updated. To review the status of the request
and add additional comments, follow the link below:
http://support.mtgox.com/requests/212794You
can also add a comment by replying to this
email.
Gene, Feb 20 19:57: Dear Joseph,
I am Gene and will be assisting you from now. We are yet
to receive your deposit. We are facing Bank delays on
international deposit and we will surely keep you updated
once we receive your deposit. We really appreciate your
patience and Thank you for your support. Best
regards, MtGox Team
https://www.mtgox.com
[Attention: Please protect your account using OTP to
ensure that your funds are safe and secure. Failing to do so
makes your information vulnerable to hackers.
Please
visit https://mtgox.com/security]
Joseph
Lack, Feb 20 01:54: This is unacceptable and is
EXACTLY the response I told you I did not want to hear from
you. Where is my money??? Deposit this NOW in my
account. You have had more than enough time to accomplish
this. I will be reporting this to my local
authorities if you can not provide me an explanation where
my money is.
Sharon Support, Feb 19 17:14:
Dear Joseph, Thank you for contacting us. We
continue to check the status of the deposit with our banking
team. We will let you know once the funds reaches your
account. Best regards, MtGox Team
https://www.mtgox.com
[Attention: Please protect your account using OTP to
ensure that your funds are safe and secure. Failing to do so
makes your information vulnerable to hackers.
Please
visit https://mtgox.com/security]
Joseph
Lack, Feb 19 08:01: Please update me on the
status of my deposit, which was made way back on January 22.
 I was supposed to see my account funded with $40,000 USD by
February 6 (11 business days later). It is now February 18
and my account still is not funded. This is a lot of
money to me and I have been patient so far seeing this money
funded to my account. I would appreciate a concrete
response as to the status of this issue other than "we
are looking into it." Thank you,
Joseph
Lack

Sharon Support, Feb 15 19:45: Dear
Joseph, Thank you for contacting us. We will check
this further with the banking team and keep you updated.

Best regards, MtGox Team
https://www.mtgox.com
[Attention: Please protect your account using OTP to
ensure that your funds are safe and secure. Failing to do so
makes your information vulnerable to hackers.
Please
visit https://mtgox.com/security]
Joseph
Lack, Feb 15 06:00: Here you go. Please inform
me when I should be expecting the funds in my account.
Thank you - Joseph Lack  Attachment(s)
MxGox
Wire Transfer.pdf

Sharon Support, Feb 14 21:34:
Dear Joseph, Sorry for the delay on replying.
Please note that the withdrawal delays does not affect
transferring funds to your Mtgox account.   Could
you please provide the scan copy or the screenshot of the
deposit with the sending and receiving bank account
details? Best regards, MtGox Team
https://www.mtgox.com
[Attention: Please protect your account using OTP to
ensure that your funds are safe and secure. Failing to do so
makes your information vulnerable to hackers.
Please
visit https://mtgox.com/security]
Joseph
Lack, Feb 11 05:11: Acct Number: M44878669X
User Name  : sticfine_round  Hello, I am
following up to a deposit via wire transfer I made on
January 22, 2014 - 13 business days ago. I have yet to see
my account funded. The amount was for $40,000 USD; I am
concerned as to the status of this deposit. Please
update me as to when I can expect my account to be funded.
Should there be any problems due to your recent inability to
cash out client's request for withdrawals, then please
return my funds to me. Thank you
-------------------
  Submitted from: https://www.mtgox.com/trade

This email is a service from Support Desk.

Message-Id:2NRPAAA5_5305dfb448153_1f8e3fd03c6c9ea8546358c_sprut

# Exhibit B

{1:F01WFBIUS6SAXXX2935543193}

{2:O1991726140227MHCBJPJTEXXX02110283571402270027N}

{4:

{STX}

:20:81-0210-613166K

:21:WFW140225-000460

:79:ATTN: WIRE INVESTIGATIONS

RE:YR REQUEST FOR CANCELLATION BY YR MT199

  DD:FEB 26 2014

CONCERNING YR P/O DD:JAN 22 2013

REF:2014012200118604

AMT:USD40,000.00

.

WE CANNOT MEET YR REQUEST

AS BENE'S A/C IS ALREADY CREDITED ON FEB 03 2014

UNDER OUR REF:81-0210-613166

.

.

WE CLOSE OUR FILE.

.

PLS QUOTE OUR FIELD 20 REFERENCE IN FIELD 21

AND OUR ATTN. WHEN REFERRING TO THIS CASE.

.

REGARDS.

OUR ATTN: REM-IN

```
-}
{5:
{MAC:00000000}
{CHK:99653C7E120B}}
{S:
{SAC:}
{COP:P}
{INS:initb/5sSWIFTMTSin}
{UNT:WFBIUS6S}
{USR:alliance}}
```