IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>**DECLARATION OF ANDREW VAN ALMEN IN SUPPORT OF MOTION FOR TRO/PRELIMINARY INJUNCTION** |

I, Andrew Van Almen, on oath declare:

1. I am over the age of 18 and am fully competent to make this declaration. I make this declaration based upon personal knowledge and can competently testify to the matters set forth herein if called to do so.

2. I joined Mt. Gox as a member in November 2013. To activate my account, I was required to (and did) accept Mt. Gox's Terms of Use. After joining, I wired $2000 (U.S. dollars) into my Mt. Gox account.

3. On November 24, 2013, I attempted to transfer $1000 I had in my Mt. Gox account back into my U.S. bank account. I received an e-mail from Mt. Gox confirming the wire withdrawal. A true and accurate copy of the November 24, 2013 E-mail is attached as Exhibit A.

4. The money never appeared in my bank account.

5. Five weeks later, on January 6, 2014, I wrote to Mt. Gox customer service and inquired about the status of my wire withdrawal. On January 9, 2014, customer service replied, claiming that "due to a change in [Mt. Gox's] banking system, we are currently experiencing a

back-log of withdrawals that we need to process" and assuring that "[o]ur team is working hard to increase transaction speeds." Customer service further apologized for the delay and stated that it would contact me once my withdrawal had been processed. A true and accurate copy of the January 6, 2014 and January 9, 2014 messages are attached as Exhibit B.

6. Two weeks later, the wire still had not been processed. On January 24, 2014, I again wrote to customer service inquiring about the status of the transfer. On January 26, 2014, customer service responded, again stating that the delay was due to a backlog of requests and also claiming that Mt. Gox was "in talks with various banks in Japan and around the world to make the process smoother." A true and accurate copy of the January 26th Message from Customer Service is attached as Exhibit C.

7. Three weeks later, on February 21, 2014, I wrote to customer service and requested that my wire be cancelled. On February 23, 2014, customer service responded to my message, confirming that my withdrawal request had been cancelled and that the funds were credited back to my Mt. Gox account. The message further claimed that Mt. Gox was "trying to form relationships with several new banking partners," which would mean having "increased stability and ability to transmit withdrawals going forward." A true and accurate copy of the February 23, 2014 Email from Customer Service is attached as Exhibit D.

8. The next day, the Mt. Gox website went dark. Since that time, I have not been able to access or view my account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/09/2014 in Destin, Florida.

/s/
Andrew Van Almen

# Exhibit A

**Cayman Drew, Jan 06 11:31:**

Hello, i's been 5 weeks now. When will this wire be processed?

Thanks,

Andrew

On Sun, Nov 24, 2013 at 11:40 AM, Mt.Gox <info@mtgox.com> wrote:

> Dear vanalmen,
>
> There has been a withdrawal from your Mt.Gox account:
>
> Transaction reference: 34cbd45c-20ec-4e48-ba93-c36f6932873f
> Date: 2013-11-24 17:40:03 GMT
> IP: 70.191.184.129
>
> You can access your account history for more details.
>
> Please contact us as soon as possible by replying to this email if you did
> not request this withdrawal.
>
> Thanks,
> The Mt.Gox Team
>

**This email is a service from Support Desk.**

# Exhibit B

[REDACTED]

**Ashley, Jan 09 16:22:**

Dear Valued Customer,

Thank you for contacting us regarding your withdrawal request.

Due to a change in our banking system we are currently experiencing a back-log of withdrawals that we need to process.

Our team is working hard to increase transaction speeds.

It will take a few weeks to get back to normal, and we thank you for your patience during this time.

Again, we apologize for the delay and we will contact you once your withdrawal has been processed.

Best regards,

Mt.Gox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

**Cayman Drew, Jan 06 11:31:**

Hello, i's been 5 weeks now. When will this wire be processed?

Thanks,

Andrew

On Sun, Nov 24, 2013 at 11:40 AM, Mt.Gox <info@mtgox.com> wrote:

> Dear vanalmen,
>
> There has been a withdrawal from your Mt.Gox account:
>
> Transaction reference: 34cbd45c-20ec-4e48-ba93-c36f6932873f
> Date: 2013-11-24 17:40:03 GMT

[REDACTED]

# Exhibit C

**Ashley, Jan 26 13:52:**

Dear Valued Customer,

Thank you for the email. We are still facing the delay as we still have a few weeks backlog that we need to clear. We are in talks with various banks in Japan and around the world to make the process smoother. However we do not have an ETA at the moment.

In the mean time if you need the funds urgently we can send through the manual process that will have 5% fees from our bank. Let us know if this will work for you.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

**Cayman Drew, Jan 24 01:00:**

It's been 2 months!!!!!!!!!!!!!!!!!! What happened?

[REDACTED]

[REDACTED]

# Exhibit D

[REDACTED]

[REDACTED]

Ashley  notifications-info@mtgox.com                                               Feb 23

to me

## Please do not write below this line ##

**Ticket #188489: Intl withdrawal 2013-11-24**

Your request (#188489) has been marked as solved, pending closure. Should you believe that your request has not been adequately addressed and wish to postpone closure, or should you wish to review or comment upon your request, please follow the link below:
http://support.mtgox.com/requests/188489

Mt.Gox Support appreciates any feedback that you may wish to provide.

---

**Ashley, Feb 23 18:00:**

Dear Valued Customer,

Thank you for the email. As per your request we have cancelled your withdrawal and the funds are credited back to your MtGox currency wallet.

Sorry for the inconvenience that this may have caused. Mt. Gox is trying to form relationships with several new banking partners both in Japan and around the world, and we are still in the process of finalizing even more. This means that we will have increased stability and ability to transmit withdrawals going forward. Once the withdrawal issues gets resolved, an announcement will be posted on our Mt Goxwebsite. Kindly check our webpage for any latest updates.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

---

**Cayman Drew, Feb 21 23:39:**

Can you please cancel this wire and put the USD back into my account? Thank you!

[REDACTED]                                                                                                1