**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>   *Defendants*. | Case No. 1:14-cv-01437<br><br>**DECLARATION OF MICHAEL YABLON IN SUPPORT OF MOTION FOR TRO/PRELIMINARY INJUNCTION** |

I, Michael Yablon, on oath declare:

  1.  I am over the age of 18 and am fully competent to make this declaration. I make this declaration based upon personal knowledge and can competently testify to the matters set forth herein if called to do so.

  2.  I joined Mt. Gox as a member in or around July 2013. To activate my account, I was required to (and did) accept Mt. Gox's Terms of Use.

  3.  After verifying my account, I began purchasing and trading bitcoins using my Mt. Gox account.

  4.  By February 24, 2014, I believe I had accumulated approximately 80 bitcoins and 300,000 Yen in Fiat Currency (around $2900) in my Mt. Gox account.

  5.  On February 24, 2014, the Mt. Gox website "went dark." Since then, I have been unable to log-on to my account.

  6.  As I am unable to access or view my Mt. Gox account, I do not know for certain the balance of bitcoin and Fiat Currency belonging in my account. I likewise lack information

relating to the exact dates of and figures involved in my Mt. Gox transactions. Without this information, I cannot determine the amount that Mt. Gox currently owes me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/10/2014 in Puerto Plata, Dominican Republic.

/s/
Michael Yablon