**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLIOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE,<br><br>                         Plaintiff,<br>v.<br><br>MTGOX INC., et al,<br><br>                         Defendants. | Case No. 1:14-cv-1437 |

**NOTICE OF ORDER ENTERED ON MARCH 10, 2014
BY THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

On March 10, 2014, the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, entered the attached Order Granting Application for Provisional Relief, Scheduling Recognition Hearing, and Specifying Form and Manner of Notice.

                                                                             /s/ John M. Murphy
                                                                             One of the Attorneys for Defendant
                                                                             MT.GOX KK

| | |
|---|---|
| John M. Murphy<br>Baker & McKenzie LLP<br>300 E. Randolph St., Ste. 5000<br>Chicago, IL 60601<br>(312) 861-8605<br>john.murphy@bakermckenzie.com | Tod L. Gamlen (*seeking admission pro hac vice*)<br>Baker & McKenzie LLP<br>660 Hansen Way<br>Palo Alto, CA 94304<br>(650) 856-5504<br>tod.gamlen@bakermckenzie.com |
| John Mitchell (*seeking admission pro hac vice*)<br>Baker & McKenzie LLP<br>2300 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201<br>(214) 978-3000<br>john.mitchell@bakermckenzie.com | |