IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>**DECLARATION OF DENNIS OU IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Dennis Ou, on oath declare:

1. I am over the age of 18 and am fully competent to make this declaration. I make this declaration based upon personal knowledge and can competently testify to the matters set forth herein if called to do so.

2. In August 2013, I joined Mt. Gox. To activate my account, I was required to (and did) accept Mt. Gox's Terms of Use, and provided all requested documentation.

3. I had Bitcoin and currency on Mt. Gox when it abruptly shut down on February 24, 2014.

4. On March 9, 2014, I was browsing the subreddit of bitcoins and found an Microsoft Excel file that someone, who I do not know, posted on the website purporting to contain certain Bitcoin and currency balances on Mt. Gox at the time of closure. The hyperlink that I followed was: URL http://www.reddit.com/r/Bitcoin/comments/1zzjcp/find_your_exact_balance_in_excel_file_compiled/ (last visited Mar. 9, 2014).

5. When I registered with Mt. Gox, I was assigned a user ID. My user ID was: fd5db656-1ebb-4ddd-918f-b300ab4dca2f

6. I did a search for "fd5db656-1ebb-4ddd-918f-b300ab4dca2f" in the Excel file and was able to locate my Bitcoin(BTC)/USD balances.

7. The excel file showed that I had 16.91013784 bitcoins and 0.40002000 USD at the time of closure. These amounts are the same as the amounts I had in my personal records regarding my holdings with Mt. Gox at the time it closed on February 24, 2014.

8. Although I'm uncertain about the source of its origins, I believe that the Excel file was accurate with respect to my holdings and may contain data of other exchange members' holdings.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of March, 2014 in Boston, Massachusetts.

/s/ Dennis Ou
Dennis Ou

## CERTIFICATE OF SERVICE

I, Steven L. Woodrow, an attorney, hereby certify that I served the above and foregoing *Declaration of Dennis Ou in Support of Motion for Temporary Restraining Order*, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on March 10, 2014.

s/ Steven L. Woodrow
Steven L. Woodrow