IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>**DECLARATION OF ATTORNEY STEVEN L. WOODROW IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Steven L. Woodrow, on oath declare:

     1.     I am over the age of 18 and am fully competent to make this declaration. I make this declaration based upon personal knowledge and can competently testify to the matters set forth herein if called to do so. I am one of the attorneys for the putative class who seeks appointment as lead counsel.

     2.     On March 9, 2014, our law firm received reports from potential class members that a Microsoft Excel file had been posted on the website www.reddit.com purporting to contain certain Bitcoin and currency balances on Mt. Gox at the time of closure. The hyperlink leading to the Excel file was URL http://www.reddit.com/r/Bitcoin/comments/1zzjcp/find_your_exact_balance_in_excel_file_compiled/ (last visited Mar. 9, 2014).

     3.     Although we are uncertain about the source of the file, the Excel file appears to contain several files within it, including data regarding:

- Monthly buy and sell orders, complete with the relevant user identification numbers, the amount of currency and bitcoins bought and sold per order, the commissions charged, and the location (by Country and, where available for the United States, State) of the buyer and seller;

- The total number of bitcoins and Fiat currency, broken down by Country of issue (U.S. dollar, Euro etc.), held by Mt. Gox, which seemingly indicates greater holdings than those disclosed in Mt. Gox's bankruptcy filing (*see* "Print Out" a true and accurate copy of which is attached hereto as Ex. A); and

- A host of other Mt. Gox data from which users who are in possession of their Mt. Gox user IDs might be able to ascertain their holdings at Mt. Gox at the time the exchange shut down.

4. Plaintiff's counsel is in possession of a copy of the file, which is very large and potentially contains millions of entries, and would readily make it available to the Court for inspection.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of March, 2014 in Chicago, Illinois.

/s/ Steven L. Woodrow
Steven L. Woodrow

## **CERTIFICATE OF SERVICE**

      I, Steven L. Woodrow, an attorney, hereby certify that I served the above and foregoing ***Declaration of Steven L. Woodrow in Support of Motion for Temporary Restraining Order***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on March 10, 2014.

                                                      s/ Steven L. Woodrow
                                                      Steven L. Woodrow