# Exhibit A

```
Balance summary for ALL USERS by currency.
[][][][][][][][][][][][][][][][][][][][][][][][][][][][][][][]
Currency: AUD     Balance:       924,124.65121
Currency: BTC     Balance:       951,116.21905382  <-- That fat fuck is been lying!!
Currency: CAD     Balance:       320,184.36558
Currency: CHF     Balance:        99,487.07308
Currency: CNY     Balance:       297,775.78994
Currency: DKK     Balance:       112,264.56207
Currency: EUR     Balance:     5,634,625.59531
Currency: GBP     Balance:       921,892.96793
Currency: HKD     Balance:       740,519.14894
Currency: JPY     Balance: 384,885,150.13700
Currency: NOK     Balance:        91,346.00305
Currency: NZD     Balance:        58,224.95320
Currency: PLN     Balance:     1,645,194.67364
Currency: RUB     Balance:       551,162.54477
Currency: SEK     Balance:        15,335.84383
Currency: SGD     Balance:        43,193.59706
Currency: THB     Balance:       666,464.33497
Currency: USD     Balance:    30,611,805.67481
[][][][][][][][][][][][][][][][][][][][][][][][][][][][][][][]
```