**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437 |

## CERTIFICATE OF SERVICE

I, Steven L. Woodrow, an attorney, hereby certify that I served the ***Declaration of Steven Woodrow With Respect to Notice of Motion for Temporary Restraining Order Under Rule 65(b)*** **(Dkt. 14)** by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on March 10, 2014.

> s/ Steven L. Woodrow
> Steven L. Woodrow