IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437 |

**CERTIFICATE OF SERVICE**

I, Steven L. Woodrow, an attorney, hereby certify that I served copies of the following documents by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system and electronic mail on March 10, 2014:

*Declaration of Dario Di Pardo in Support of Motion for Temporary Restraining Order (Dkt. 15);*

*Declaration of Jeffrey C. Parker in Support of Motion for Temporary Restraining Order (Dkt. 16);*

*Declaration of Joseph Lack in Support of Motion for Temporary Restraining Order (Dkt. 17);*

*Declaration of Andrew Van Almen in Support of Motion for Temporary Restraining Order (Dkt. 18);*

*Declaration of Eric P. Amstutz in Support of Motion for Temporary Restraining Order (Dkt. 19);*

*Declaration of Jonathan Carmel in Support of Motion for Temporary Restraining Order (Dkt. 20);*

***Declaration of Michael Yablon in Support of Motion for Temporary Restraining Order (Dkt. 21).***

s/ Steven L. Woodrow
Steven L. Woodrow
