**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Gregory Greene
       Plaintiff,

v.             Case No.: 1:14–cv–01437
              Honorable Gary Feinerman

MtGox Inc., et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2014:

  MINUTE entry before the Honorable Gary Feinerman:For the reasons stated on the record, Plaintiff's motion for temporary restraining order [8] is granted in part and denied in part. As noted at the hearing, Plaintiff shall provide a draft TRO to the court's proposed order email box. The TRO shall expire on 3/25/2014 at 11:30 a.m. Status hearing set for 3/20/2014 at 9:30 a.m. Plaintiff shall post bond in the amount of $5,000.00 to the Clerk of the Court by noon on 3/13/2014. Pursuant to the bankruptcy stay, this case is stayed as to Defendant Mt. Gox KK. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.