# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GREGORY GREENE, individually and on behalf of all others similarly situated,

CASE NUMBER: 1:14-cv-01437

V.

ASSIGNED JUDGE: Hon. Gary Feinerman

MTGOX INC., MT. GOX KK, TIBANNE KK, and MARK KARPELES,

DESIGNATED MAGISTRATE JUDGE: Hon. Susan E. Cox

TO: (Name and address of Defendant)

Mark Karpeles
c/o National Corporate Research, Ltd.
615 South Dupont Highway
Dover, Delaware 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Dore
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK — THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE: February 28, 2014

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-01437

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mark Karpeles**
was received by me on *(date)* **03/04/2014**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Diana Lewis, Managing Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **Mark Karpeles at National Corporate Research, Ltd., Registered Agent** on *(date)* **03/04/2014** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **03/04/2014**

*Server's signature*

Sharlene Ryan, Process Server
*Printed name and title*

Delaware Attorney Services
3516-16 Silverside Road
Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 3/4/14 at 4:00 PM, at National Corporate Research, 616 S. DuPont Hwy, Dover, DE 19901.

Documents Served: Summons in a Civil Action; Preservation Letter; Plaintiff's Motion for and Memorandum in Support of Class Certification; and Class Action Complaint and Demand for Jury Trial with Exhibit 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GREGORY GREENE, individually and on behalf of all others similarly situated,

1:14-cv-01437

CASE NUMBER:

V.

ASSIGNED JUDGE: Hon. Gary Feinerman

MTGOX INC., MT. GOX KK, TIBANNE KK, and MARK KARPELES,

DESIGNATED
MAGISTRATE JUDGE: Hon. Susan E. Cox

TO: (Name and address of Defendant)

MtGox Inc.
c/o National Corporate Research, Ltd.
615 South Dupont Highway
Dover, Delaware 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Dore
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK — THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE

February 28, 2014

DATE

Civil Action No. 1:14-cv-01437

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MTGox Inc.

was received by me on *(date)* 03/04/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Diana Lewis, Managing Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* MTGox Inc.
at National Corporate Research, Ltd., Registered Agent on *(date)* 03/04/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/04/2014

*Server's signature*

Sharlene Ryan, Process Server
*Printed name and title*

Delaware Attorney Services
3516-16 Silverside Road
Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 3/4/14 at 4:00 PM, at National Corporate Research, 616 S. DuPont Hwy, Dover, DE 19901.

Documents Served: Summons in a Civil Action; Plaintiff's Motion for and Memorandum in Support of Class Certification; and Class Action Complaint and Demand for Jury Trial with Exhibit 1