**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Gregory Greene, et al.
                          Plaintiff,

v.                                          Case No.: 1:14–cv–01437
                                                     Honorable Gary Feinerman
MtGox Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 3/27/2014 at 9:45 a.m. Oral motion to modify the temporary restraining order is granted. For the reasons stated on the record, the temporary restraining order [33] is extended until 4/8/2014 at 11:30 a.m. For the reasons stated on the record, non−parties with the express written consent of Plaintiff's counsel are relieved from compliance with the temporary restraining order with respect to transactions of less than one bitcoin.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.