UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS,<br><br>*Defendants*. | Case No. 1:14-cv-01437 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MIZUHO BANK, LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Mizuho Bank, Ltd., by its undersigned counsel, hereby states that it is a wholly owned subsidiary of Mizuho Financial Group, Inc., a publicly held corporation. No publicly held corporation owns ten percent or more of Mizuho Bank, Ltd., other than Mizuho Financial Group, Inc.

Dated: Chicago, Illinois
       March 27, 2014

                                    NEAL, GERBER & EISENBERG LLP

                                    By:   */s/* Jonathan S. Quinn
                                           Jonathan S. Quinn

                                   Two North LaSalle Street, Suite 1700
                                   Chicago, Illinois 60602
                                   Telephone: 312-269-8093
                                   Facsimile: 312-429-3531
                                   jquinn@ngelaw.com

                                   SHEARMAN & STERLING LLP

                                   Jerome S. Fortinsky
                                   John A. Nathanson
                                   Jeffrey J. Resetarits
                                   599 Lexington Avenue
                                   New York, NY 10022-6069
                                   Telephone: 212-848-4000
                                   Facsimile: 212-848-7179
                                   jfortinsky@shearman.com
                                   john.nathanson@shearman.com
                                   jeffrey.resetarits@shearman.com

                                   *Attorneys for Defendant Mizuho Bank, Ltd.*