## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of Gregory Greene and Joseph Lack, individually and on behalf of all others similarly situated, <br><br> v. Plaintiffs, <br><br> MtGox, Inc., a Delaware Corporation, Mt. Gox KK, a Japanese corporation, Tibanne KK, a Japanese corporation, Mt. Gox North America, Inc, a New York corporation, Mizuho Bank, Ltd., a Japanese financial institution, Mark Karpeles, an individual, Gonzague Gay-Bouchery, an individual, Jed McCaleb, an individual, and John Doe Defendants, <br><br> Defendants. | Case Number: 14-cv-01437 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**TIBANNE KK, a Japanese corporation and MARK KARPELES, an individual**

NAME (Type or print) Amanda M. Hinkley

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/Amanda M. Hinkley

FIRM   Novack and Macey LLP

STREET ADDRESS   100 N. Riverside Plaza

CITY/STATE/ZIP   Chicago, Illinois 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6303529 | TELEPHONE NUMBER (312) 419-6900 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  **No**

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  **No**

| | |
|---|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") **No** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") **No** | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL | APPOINTED COUNSEL |