# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS,<br><br>        *Defendants*. | Case No. 1:14-cv-01437<br><br>**DECLARATION OF JOSE FERNANDEZ** |

I, Jose Fernandez, on oath declare:

       1.       I am over the age of 18 and am fully competent to make this declaration. I make this declaration based upon personal knowledge and can competently testify to the matters set forth herein if called to do so.

       2.       I joined Mt. Gox as a member in December 2013. To activate my account, I was required to (and did) accept Mt. Gox's Terms of Use.

       3.       On February 5, 2014, I transferred $10,500 USD from my U.S. bank account at Bank of America to my Mt. Gox account via a one-day wire transfer. I received written confirmation that the money had been debited from my bank account on February 6, 2014, to be

transferred to MtGox Co Ltd. [the "beneficiary"] through Mizuho Bank, Ltd. [the "beneficiary's bank"]. A true and accurate copy of the wire confirmation is attached as Exhibit A.

4.      On February 17, 2014, the money had still not been deposited into my Mt. Gox account. I reached out to the Mt. Gox Support Desk to inquire about the status of the transfer. I did not receive a response. A true and accurate copy of my correspondence with the Support Desk is attached as Exhibit B.

5.      On February 19, 2014, I again messaged the Support Desk, this time asking how to verify that the funds were going to be added to my account. On February 20, 2014, the Support Desk responded, apologizing for the delay and asking me to provide a "scan copy of the wire deposit." I immediately did so. *See* Exhibit B, p. 2.

6.      On February 21, 2014, I informed the Support Desk that I was still waiting for access to my funds. On February 22, 2014, the Support Desk responded and stated that it would "check with the banking team" and let me know "as soon as possible." I explained that I needed access to my funds and that if I did not see my funds soon, I would reverse the wire. *See* Exhibit B, p. 1.

7.      On February 23, 2014, the Support Desk again stated that it awaiting a reply from the "banking team" and would keep me posted "once [they] locate [my] deposit." *See* Exhibit B, p. 1.

8.      The following day, on February 24, 2014, the Mt. Gox website "went dark" and I was unable to log on or view my account.

9.      On February 25, 2014, I submitted a formal inquiry into the transfer through Bank of America. To do so, I was required to pay a $25 non-refundable inquiry fee.

10.     On March 7, 2014, Bank of America confirmed that the amount had been credited by Mizuho into Mt. Gox's account on February 6, 2014, and thus, could not be reversed.

11.     On information and belief, including public documents showing that Mizuho charged transaction fees to Mt. Gox users for depositing funds into their Mt. Gox accounts, Mizuho Bank received fees from my February 6, 2014 wire transfer. A true and accurate screenshot of a Mt. Gox webpage displaying Mizuho Bank Deposit Fees in August 2013 is attached as Exhibit C.

12.     On March 17, 2014, I noticed that Mt. Gox had updated its website with a "balance confirmation service" for the "convenience of all users." The site purportedly allowed members the ability to sign in and check the balance [in both bitcoins and currency] of their Mt. Gox accounts. A true and accurate screenshot of the Mt. Gox webpage is attached as Exhibit D.

13.     I immediately input my username and password to bring up my account. The Mt. Gox webpage reflected my account as having zero bitcoins and zero dollars. A true and accurate screenshot of my account balance is attached as Exhibit E.

14.     Had I known that Mt. Gox would soon be shutting down its website and that my funds would never be made available in my account, I would never have transferred any of my money into my Mt. Gox account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03/20/2014_ in Odenton, Maryland.

/s/ _Jose Fernandez_
Jose Fernandez

# Exhibit A



# Bank of America 🇺🇸

PAGE 1 OF 1
BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA           18507

WX 0000          094 016631 #@01 AT 0.406
IVETTE M RODRIGUEZ
JOSE R FERNANDEZ
8169 CLARK RD
FORT GEORGE G MEADE MD 20755-1120

DATE: 02/06/14
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: ███████████

---

**THE FOLLOWING WIRE WAS DEBITED TODAY:**                     USD AMOUNT $10,500.00

TRANSACTION REF:     2014020600041586               SERVICE REF: 746835
RELATED REF:         115629444
INSTRUCTING BANK:    CONSUMER                        ID: OLBS
BENEFICIARY:         MTGOX CO LTD                     ID: 210-1457705
BENEFICIARY'S BANK:  MIZUHO BANK, LTD. TOKYO          ID: 006550493380

PAYMENT DETAIL:      M53882849X

---

# Exhibit B

| | |
|---|---|
| **From:** | Brendan Support |
| **To:** | Jose Fernandez |
| **Subject:** | [Support Desk] Re: Deposit has taken 10 days |
| **Date:** | Sunday, February 23, 2014 3:37:42 AM |

## Please do not write below this line ##

### Ticket #217410: Deposit has taken 10 days

Your request (#217410) has been updated.

To review the status of the request and add additional comments, follow the link below:
http://support.mtgox.com/requests/217410

You can also add a comment by replying to this email.

----

**Brendan Support, Feb 23 17:37:**

Dear Valued Customer,

Thank you for your email. We are awaiting for a reply from our banking team and we will keep you posted once we locate your deposit.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

----

**Jose Fernandez, Feb 23 05:02:**

I need access to funds not promises. If I do not see funds soon, I will
reverse wire.

----

**Brendan Support, Feb 22 19:34:**

Dear Valued Customer,

Sorry for the delay in response. We will check with the banking team and let you know as soon as possible.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

----

**Jose Fernandez, Feb 21 22:27:**

This deposit time is unacceptable. The wire transfer took 1 day to reach Mtgox and 10 business days have

more than passed.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Jose Fernandez, Feb 21 10:07:**

Still waiting for access to my funds.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Jose Fernandez, Feb 20 06:43:**

*********************************************
Confirmation #: GTEXM5YAD
Amount: $10,500.00
To: MtGox Co Ltd
Fee: 45.00
Send on Date: 02/05/2014
Service: International
*********************************************

Post date: 02/06/2014
Amount: -10,500.00
Type: Withdrawal
Description: WIRE TYPE:INTL OUT DATE:140206
TIME:0517 ET TRN:2014020600041586
SERVICE REF:746835 BNF:MTGOX CO LTD
ID:210-1457705 BNF BK:MIZUHO BANK ,
LTD. TOKYO ID:006550493380 PMT
DET:115629444 M53 882849X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Brendan Support, Feb 20 00:55:**

Dear Valued Customer,

Sorry for the delay in response. Please provide your scan copy of the wire deposit.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Jose Fernandez, Feb 19 10:19:**

12 Days, no deposit in sight.

How can even verify funds are going to be added?

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Jose Fernandez, Feb 17 08:04:**

On Feb 6, I transferred 10,500 to my account M53882849X

I still do not have access to my funds, even though this was a 1 day transfer.

I need access to these funds ASAP.

Jose Fdez

**This email is a service from Support Desk.**

# Exhibit C

INTERNET ARCHIVE
WayBackMachine

https://support.mtgox.com/entries/21886489-Changes-to-Mizuho-Bank-Deposit-Fe    Go

3 captures
4 Nov 13 - 21 Feb 14

OCT   NOV   FEB
◄      4      ►
2012  2013  2014

Forums / Announcements / Announcements

# Changes to Mizuho Bank Deposit Fees

 Maria
posted this on Aug 19 18:26

Dear Customers,

Mizuho Bank has recently informed us of changes to transaction fees charged to customers when depositing funds into our account. These changes will come into effect as from August 12th and effective for all transfers credited after that date.

The following changes apply:

| Japanese Domestic Transfer | Current Fees (JPY) | New Fees (JPY) |
|---|---|---|
| Transferring funds from the same Mizuho Branch Up to/more than 30,000 JPY | 0 | 0 |
| Transferring funds from a different Mizuho Branch Up to 30,000 JPY | 200 | 300 |
| Transferring funds from a different Mizuho Branch More than 30,000 JPY | 100 | 400 |
| Transferring funds from a different bank Up to 30,000 JPY | 200 | 500 |
| Transferring funds from a different bank More than 30,000 JPY | 200 | 700 |

| International Transfer | Current Fee (JPY) | New Fees (JPY) |
|---|---|---|
| General charge for inward deposit | 1000 | 1500 |
| Lifting Charge (compulsory charge) | 0 | Min. Fee of 2500 or 0.05% of transfer |
| Transfer cancellation fee | 1000 | 4500 |
| US Dollar Exchange Rate Conversion fee | 10 | 100 |
| Euro Exchange Rate Conversion Fee | 15 | 150 |
| GBP Exchange Rate Conversion Fee | 36 | 360 |

Similar charges will also apply to other foreign currencies.

We apologise for the increased cost burden on our customers and want to assure you that we are working very hard to find more efficient ways to enable you to deposit and withdraw funds on Mt.Gox in your local currency.

Exhibit D



## Sign in with your MtGox account to see your wallet(s) balance.

Username: [＿＿＿＿＿＿＿＿＿]  Password: [＿＿＿＿＿＿＿＿＿]  [ Sign in ]

**アカウントをご確認いただくユーザーの皆様への重要なお知らせ**
このサイトでご確認いただく残高は，あくまでも，ユーザーの皆様の便宜のために当社が行っているサービスに過ぎません。
このサイトでアカウントの残高をご確認いただくことが，民事再生手続上の再生債権の届出を意味するわけではなく，また，ご確認いただいた残高の全額が民事再生手続における再生債権として認められるとは限りませんのでご注意ください。
民事再生手続における再生債権額は，債権届出及びその後の債権調査手続により確定することとなりますが，債権届出の方法等につきましては，本件での取り扱いをお知らせできる状況になりましたら，当社のホームページへ掲載いたします。

以上

**Important announcement to all users confirming their account**
This balance confirmation service is provided on this site only for the convenience of all users. Please be aware that confirming the balance on this site does not constitute a filing of rehabilitation claims under the civil rehabilitation procedure and note that the balance amounts shown on this site should also not be considered an acknowledgment by MtGox Co., Ltd. of the amount of any rehabilitation claims of users.
Rehabilitation claims under a civil rehabilitation procedure become confirmed from a filing which is followed by an investigation procedure. The method for filing claims will be published on this site as soon as we will be in situation to announce it.

## Press Releases & Announcements:

- 2014-03-14: 米国連邦破産法第１５章適用の申請に関するお知らせ / Announcement regarding the applicability of US Bankruptcy Code Chapter 15
- 2014-03-08: MTGOX 詐欺メール注意喚起通知 / Spam warning
- 2014-03-04: 包括的禁止命令主文の通知 / Comprehensive Prohibition Order Judgment Announcement
- 2014-03-03: 民事再生手続に関するよくあるご質問に対する回答
- 2014-02-28: 民事再生手続開始の申立てに関するお知らせ / Announcement Regarding An Application For Commencement Of A Prodedure Of Civil Rehabilitation

Exhibit E

Case: 1:14-cv-01437 Document #: 57-7 Filed: 04/08/14 Page 16 of 17 PageID #:745



## Connected as -jfer-.

Sign out

## My wallets:

- BTC: **0.00000000 BTC**
- USD: **$ 0.00000**

**アカウントをご確認いただくユーザーの皆様への重要なお知らせ**
このサイトでご確認いただく残高は，あくまでも，ユーザーの皆様の便宜のために当社が行っている
サービスに過ぎません。
このサイトでアカウントの残高をご確認いただくことが，民事再生手続上の再生債権の届出を意味する
わけではなく，また，ご確認いただいた残高の全額が民事再生手続における再生債権として認められる
とは限りませんのでご注意ください。
民事再生手続における再生債権額は，債権届出及びその後の債権調査手続により確定することとなり
ますが，債権届出の方法等につきましては，本件での取り扱いをお知らせできる状況になりましたら，
当社のホームページへ掲載いたします。

以上

**Important announcement to all users confirming their account**
This balance confirmation service is provided on this site only for the convenience of all users.
Please be aware that confirming the balance on this site does not constitute a filing of
rehabilitation claims under the civil rehabilitation procedure and note that the balance amounts
shown on this site should also not be considered an acknowledgment by MtGox Co., Ltd. of the
amount of any rehabilitation claims of users.
Rehabilitation claims under a civil rehabilitation procedure become confirmed from a filing which
is followed by an investigation procedure. The method for filing claims will be published on this
site as soon as we will be in situation to announce it.

## Press Releases & Announcements:

- 2014-03-14: 米国連邦破産法第15章適用の申請に関するお知らせ / Announcement regarding the applicability of US Bankruptcy Code Chapter 15
- 2014-03-08: MTGOX 詐欺メール注意喚起通知 / Spam warning
- 2014-03-04: 包括的禁止命令主文の通知 / Comprehensive Prohibition Order Judgment Announcement
- 2014-03-03: 民事再生手続に関するよくあるご質問に対する回答
- 2014-02-28: 民事再生手続開始の申立てに関するお知らせ / Announcement Regarding An Application For Commencement Of A Procedure Of Civil Rehabilitation

# Signature Certificate



 **Document Reference:** `WVW76ZJAWIAWPFZZL9TWFP`



**Jose Fernandez**
Party ID: J5YEDIJPZKJI6MEGT4C2Y8
IP Address: 70.208.143.64

| VERIFIED EMAIL: | jfer0x01@gmail.com |



Multi-Factor
**Digital Fingerprint Checksum**    `bfaffc02cece26ab6a3e38be7b76768a031baa91`



| Timestamp | Audit |
|---|---|
| 2014-03-20 06:25:26 -0700 | All parties have signed document. Signed copies sent to: Jose Fernandez and Alicia Hwang. |
| 2014-03-20 06:25:26 -0700 | Document signed by Jose Fernandez (jfer0x01@gmail.com) with drawn signature. - 72.29.199.116 |
| 2014-03-20 06:19:20 -0700 | Document viewed by Jose Fernandez (jfer0x01@gmail.com). - 70.208.143.64 |
| 2014-03-19 20:48:16 -0700 | Document created by Alicia Hwang (ahwang@edelson.com). - 24.148.6.77 |



This signature page provides a record of the online activity executing this contract.

**Page 1 of 1**