# Exhibit 8



Username [        ] Password [        ] Login
or Sign up

## Trade with confidence on the world's largest Bitcoin exchange!

Mt.Gox is the world's most established Bitcoin exchange. You can quickly and securely trade bitcoins with other people around the world with your local currency!

SIGN UP NOW



## "As of July 2011, Mt. Gox handles over 80% of all Bitcoin trade"



🔒 **SECURE**

Mt.Gox is protected by Prolexic and certified by VeriSign, which means all communications with our servers are encrypted with SSL technology.

 **RELIABLE**

We're always on. Buy and sell Bitcoin 24/7/365 with the world's most sophisticated trading platform.

⇄ **EASY**

Buying and selling Bitcoin doesn't have to be complicated! Get trading in a few simple steps.

🌐 **GLOBAL**

The only multi-currency Bitcoin trading platform where you can trade with the entire world in your local currency.

## See where the world trades Bitcoin!

SIGN UP NOW

### Mt. Gox in your pocket!





## Payments made easy.

* Add MtGox to your website.
* Take Bitcoin payments online.
* Grow your business worldwide.

GET STARTED NOW!

No set-up fees.

### As seen on...



THE WALL STREET JOURNAL   CNN   WIRED
TechCrunch   The New York Times   The Economist
THE NEW YORKER
Forbes

## News Feed

- Statement Regarding OKPay Integration
- Statement Regarding Formal Complaint
- Statement Regarding Recent DDoS Attacks and Mitigation
- Hi everyone, just a quick update on the situation and what happened last night
- Orders will only be accepted when there are enough funds available in your wallet!
- It's been an epic few days: What happened?
- New AUD fee trial run saves you money on each deposit
- Mt.Gox announces new withdrawal limit rules for its customers
- Bitcoin blockchain issue - bitcoin deposits temporarily suspended
- Mt.Gox & Coinlab Announce Strategic Partnership to Bolster American Presence
- Urgent announcement on all SEPA and POLISH Deposits
- Mt.Gox account verification delays and solutions
- Resuming AUD domestic withdrawals for our Australian customers
- Announcement : Expect some disturbance during this year's season holidays!
- Temporary suspension of all GBP Deposits via Barclays
- Mt.Gox overview: August 2012
- Resuming Australian Dollar deposits, starting from today onward!
- Mt.Gox announced new guideline for all Fiat deposits
- Resuming Dwollaâ€™s full support for our US Customers
- Introducing a new 1.5% fee on Barclays cash deposit
- Introducing the Mt.Gox Trusted Vendor Program
- Boost your account security thanks to Mt.Gox's new Security Center

### QUICK LINKS

TRADE
TRADE API
FEE SCHEDULE
FAQ
TERMS OF USE

MOBILE WEBSITE
SUPPORT
PRIVACY POLICY

### OUR COMPANY

ABOUT US   CONTACT US

### APPS AND SOCIAL

  

Bitcoin
FOUNDATION
Platinum Member

MT.GOX  © 2010 - 2013 Tibanne Co. Ltd. (Japan)