# Exhibit 9

# Welcome to MtGox Customer Service!

Stay updated with announcements, get answers from the community and share your feature suggestions with us.
You can submit a request here.

## Support Desk

### Statement Regarding BTC Withdrawal Delays - UPDATE

Mike Feb 07 • **Announcements** / Announcements

Posted: Feb 07 14:34 JST

Update regarding delays posted here.

Dear MtGox Customers,

In our efforts to resolve the issue being encountered by various bitcoin withdrawals, it was determined that the increase in the flow of withdrawal requests has hindered our efforts on a technical level. To understand the issue thoroughly, the system needs to be in a static state.

In order for our team to resolve the withdrawal issue it is necessary for a temporarily pause on all withdrawal requests to obtain a clear technical view of the current processes.

We apologize for the sudden short notice. All bitcoin withdrawal requests will be on pause, and the withdrawals in the system will be returned to your MtGox wallet and can be reinitiated once the issue is resolved. The trading platform will perform as usual for the needs of our customers.

Our team will resolve this problem as soon as possible and will provide an update on Monday, February 10, 2014 (JST).

We deeply apologize for the inconvenience caused, and thank you for your kind support and considerations.

Sincerely,

The MtGox Team

### Update - Statement Regarding BTC Withdrawal Delays

Maria Feb 04 • **Announcements** / Announcements

Posted: Feb 04 17:58 JST

Dear MtGox Customers,

As noted recently, we are currently experiencing a problem where some bitcoin withdrawals are not being transferred correctly, affecting a limited number of users. Currently the problem is being fixed, but many previous transactions did not go through over the past days. Those transactions have now been returned to customer accounts in full, so any transactions that appeared to be "stuck" should now be refunded.

This problem applies primarily to larger transactions, so we appreciate your patience as we fix the issue. Smaller transactions should be fine in the meantime, and we will update you on the status as soon as possible.

Thank you for your patience.

Best Regards,

MtGox Team

### Buy Bitcoin in Latin America with MtGox and AstroPay

Marion December 14, 2013 • **Announcements** / What's new at Mt.Gox

Dear MtGox Customers in Latin America,

We are proud to announce that MtGox now has a partnership with payment provider AstroPay to make direct bank deposits fast and easy from Argentina, Brasil, Chile, Colombia, Mexico, Peru, and Uruguay. AstroPay works directly with many banks in Latin America to provide an easy method to use your local currency to add U.S. dollars to your MtGox account just by using your bank's online banking service.

Get started with AstroPay in just a few steps:

1. Log in to your MtGox account and visit the Funding Options tab.
2. Select AstroPay as your funding method.
3. Select your country of residence.
4. Choose your bank from the list if available.

5. Enter amount you want to transfer in USD.
6. You will be automatically redirected to the AstroPay Landing-page.
7. Enter your personal information, confirm, and you will be redirected to your bank's online service.
8. Once logged-in to your bank's online service, confirm the transaction.
9. You can then check your MtGox account within one business day (Tokyo time) and begin using your funds.

We're looking forward to better serving the Latin American Bitcoin community, and working even more closely with AstroPay in the future. For more information please visit our support page: https://support.mtgox.com

---

Estimados clientes de MtGox en Latinoamérica:

Nos enorgullece anunciar que MtGox ahora se ha asociado con el proveedor de pagos AstroPay para realizar depósitos bancarios directos de forma fácil y rápida desde Argentina, Brasil, Chile, Colombia, México, Perú y Uruguay. AstroPay trabaja directamente con muchos bancos en Latinoamérica para ofrecer una método sencillo de usar su moneda local para añadir dólares estadounidenses a su cuenta MtGox, con solo usar el servicio en línea de su banco.
Empiece a usar AstroPay en solo unos cuantos pasos:

1. Ingrese a su cuenta MtGox y visite la pestaña de Opciones para añadir fondos.
2. Seleccione AstroPay como su método para añadir fondos.
3. Seleccione su país de residencia.
4. Elija su banco de la lista disponible.
5. Escriba el monto que quiere transferir en dólares estadounidenses (USD).
6. Será redirigido automáticamente a la página de inicio de AstroPay.
7. Ingrese su información personal, confirme, y será redireccionado al servicio en línea de su banco.
8. Una vez que haya ingresado en el servicio en línea de su banco, confirme la transacción.
9. Ahora usted podrá verificarla en su cuenta MtGox en un plazo de un día hábil (hora de Tokio) y empezar a usar sus fondos.

Esperamos con ansias ofrecer un mejor servicio a la comunidad latinoamericana de Bitcoin y trabajar de forma aún más cercana con AstroPay en el futuro. Si tiene algún problema, por favor visite nuestra página de asistencia: https://support.mtgox.com

---

Prezados Clientes do MtGox na América Latina,

Estamos orgulhosos em anunciar que o MtGox agora possui uma parceria com o provedor de pagamentos AstroPay para realizar depósitos bancários diretos, com rapidez e facilidade, da Argentina, Brasil, Chile, Colômbia, México, Peru e Uruguai. O AstroPay trabalha diretamente com diversos bancos da América Latina para proporcionar um método fácil de usar a sua moeda local ao adicionar dólares na sua conta do MtGox usando apenas o serviço de atendimento online do seu banco.
Comece a utilizar o AstroPay em apenas alguns passos:

1. Acesse a sua conta do MtGox e dirija-se à aba Opções de Financiamento.
2. Selecione AstroPay como o seu método de financiamento.
3. Selecione o seu país de residência.
4. Escolha o seu banco da lista caso ele esteja disponível.
5. Digite a quantia que deseja transferir em USD.
6. Você será automaticamente redirecionado para a página de destino do AstroPay.
7. Digite a sua informação pessoal, confirme, e você será redirecionado para o serviço de atendimento online do seu banco.
8. Após acessar o serviço de atendimento online do seu banco, confirme a transação.
9. Você pode então verificar a sua conta do MtGox dentro de um dia útil (horário de Tóquio) e começar a usar os seus fundos.

Esperamos poder servir melhor à comunidade Bitcoin latino-americana e estreitar ainda mais a nossa colaboração com o AstroPay no futuro. Se você tiver qualquer problema, por favor visite a nossa página de suporte: https://support.mtgox.com

Thank you for using Mt.Gox.

Best regards,

The Mt.Gox Team
Regards
Mt.Gox Co. Ltd Team.

# Important Update for Accounts in Japan

Marion November 10, 2013  •  **Announcements / What's new at Mt.Gox**

Dear Mt. Gox Customer,

We have some good news for Japan-based account holders that are also important to note when depositing or withdrawing funds from Mt. Gox.

We've formed a new banking relationship formed with JapanNet Bank, and as a result Mt. Gox customers in Japan must make all domestic Japanese Yen (JPY) deposits to our JapanNet Bank account.

Additionally, all JPY deposits are credited to accounts within one hour when transferred from your bank between 9am and 3pm on banking days. Deposits made from JapanNet Bank accounts can be processed 24/7.

**IMPORTANT:** As always, you must include your account ID in the "Applicant Name" field for your transfer to be sure that the funds go to your account quickly

**Withdrawals**
All JPY withdrawals placed before 4pm Tokyo time on banking days are now processed the following banking day, and will be sent from our JapanNet Bank account.

**Fees**
Deposits: Free, except for fees charged by your own bank
Withdrawals to JapanNet Bank accounts:
-52 JPY
Withdrawals to all other domestic accounts:
- 168 JPY for all amounts up to 30,000 JPY
- 262 JPY for all amounts from 30,000 JPY and above

**Bank account details** on Mt.Gox website.

Thank you for you business, and we look forward to serving you.

Best regards,

Mt. Gox Team
support@mtgox.com

## How to Set Up a Business Account with MtGox
Mike Jan 09  •  Getting Started/Using MtGox / Walkthroughs

If you wish to have a Business Account on MtGox you will need to do the following:

1. Create an account specifically for your business (one account is required for each individual business) by clicking Sign Up on the MtGox homepage.
   Note: Personal accounts may not be used for a business as the names on the MtGox and Bank account must match (i.e. Jane Doe -> Jane Doe; ABC Company -> ABC Company).

2. Gather the following documents (Please also provide your **account number** and/or **username** so we know to which account the documents are related)

   Requirements for Businesses:

   - Certificate of incorporation/registration (If the list of shareholders is not written on this document, please provide another document with the list of all shareholders).
   - A valid copy of a government issued photo ID of shareholders entitled to 10% or more in voting rights.
   - A proof of residence (less than 3 months old) - E.g. An utility or phone bill of shareholders entitled to 10% or more in voting rights.
   - Company constitution or articles of memorandum (if any).
   - Copy of Trust Deed for the Trust involved as part of shareholders (if any).
   - IRS, EIN or TIN Number.

   **Note**: ALL documents must be notarized with apostille and sent by priority mail to the address at the bottom of this page. If your documents are not in Japanese, English, or do not have Roman alphabet, (i.e. 罗马字, 로마자, Латинский алфавит, לאטיינישער אלפאבעט, الفبائیة لاتینیة, λατινικό αλφάβητο) they will need to be translated and then notarized before sending.

3. Once you have created your business account and gathered the required documents, please open a ticket with MtGox Support containing:

   - Subject: MtGox Business Account
   - Body/Text:
     - MtGox Account Number or Username.
     - A statement requesting the mailing address for business verification documents.

4. We recommend that all documents be sent via registered mail so that you may track and confirm receipt of your documents. Once your documents have been received they will be reviewed by our AML team and you will receive an email if there are any questions or issues, or when your documents have been verified.

Once your business account has been verified and assigned a Premium status, you may add funds to your account.

« Previous  1  2  3  **4**  5  6  7  8  9  Next »

---

Overview  |  Recent

# Announcements »

**What's new at Mt.Gox** (3) »

  Important Update for Accounts in Japan
  Buy Bitcoin in Latin America with MtGox and AstroPay
  Statement about Site Maintenance

**Announcements** (27) »

  Update - Announcement Affecting Bitcoin Transfers - February 20th, 2014
  MtGox Co.,Ltd Location and Address Change – February 19
  Update - Announcement Affecting Bitcoin Transfers - February 17th, 2014

# Getting Started/Using MtGox »

**5 Easy Steps** (5) »

**Walkthroughs** (4) »

Step 1 - Making an Account

Step 2 - Verifying Your Account

Step 3 - Adding Funds

How to Change Your Account Password/Email Address

How to Set Up a Business Account with MtGox

How to Add a Withdrawal Method

## Support »

**FAQ** (7) »

General Questions

Security

AML Account Statuses

**Outages** (26) »

*RESOLVED*[Outage#57673] Bitcoin Deposit Delay

*Resolved* [OUTAGE-#33031 ] Trading Unavailable

*Resolved* [Outage-30254] Trading Unavailable

# Welcome to MtGox Customer Service!

Stay updated with announcements, get answers from the community and share your feature suggestions with us.
You can submit a request here.

## Support Desk

### Update - Announcement Affecting Bitcoin Transfers - February 20th, 2014

Mike Feb 20 • **Announcements / Announcements**

Dear MtGox Customers,

Thank you for your patience this week while we are working on re-initiating bitcoin withdrawals. In addition to the technical issue, this week we have experienced some security problems, and as a result we had to relocate MtGox to our previous office building in Shibuya (details can be found here: https://support.mtgox.com/home). The move, combined with some other security and technical challenges, pushed back our progress.

As much as we didn't want to only provide an "update on an update", this is the current status. We are committed to solving this issue and will provide more information as soon as possible to keep everyone in the loop.

We are very sorry for the delays and deeply appreciate your kind understanding and continuous support.

Best regards,

MtGox Team

### MtGox Co.,Ltd Location and Address Change – February 19

Mike Feb 19 • **Announcements / Announcements**

Dear MtGox Customers,

MtGox Co.,Ltd. (Japan) has moved to the address below:

MtGox Co.,Ltd.
Cerulean Tower 15F
26-1 Sakuragaokacho
1508512 Shibuya Tokyo
Japan

Please send all documents/letters to the above address from now on.
Thank you for your kind cooperation.

Best Regards,

MtGox Team

### Update - Announcement Affecting Bitcoin Transfers - February 17th, 2014

Mike Feb 17 • **Announcements / Announcements**

February 17th, 2014

Dear MtGox Customers,

We apologize for the inconvenience caused by the recent suspension of external bitcoin transfers. Fortunately, as we announced on Saturday we have now implemented a solution that should enable withdrawals and mitigate any issues caused by transaction malleability (please see our previous statements for details on this issue).

Thanks to our friends at Blockchain.info, MtGox now has a workaround that will use a unique identifier created by Blockchain to show whether transactions have been modified or not. This will prevent any fraudulent use of the malleability issue and protect the assets of our customers.

**Resuming Withdrawals**

With this new system in place, MtGox should be able to resume withdrawals soon. At the beginning we will do so at a moderated pace and with new daily/monthly limits in place to prevent any problems with the new system and to take into account current market conditions.

In order to launch the new system, we are going through the following steps:

- Re-indexing the entire Blockchain (approx. 32 million entries).

- Fully deploying the new NTX ID.
- Implementing a new bitcoin withdrawal queue that needs to be tested.

We will update everyone again by Thursday at the latest.

Additionally, you may have noticed that we have added a new login system that sends you an email when you successfully access your account. This is an additional security layer, but as always we strongly encourage our customers to use the 2-step authorization options available in our Security Center. Thank you again for your support, and we look forward to resume bitcoin withdrawals as quickly as possible.

Best regards,

MtGox Team

## Maintenance Announcement Effecting Bitcoin Transfers - February 15th, 2014

Mike Feb 17  •  **Announcements / Announcements**

Tokyo, Japan, February 15th, 2014

Dear MtGox Customers,

In order to implement our solution to the "transaction malleability" issue being faced by bitcoin exchanges and businesses, we are going to have a 6-hour downtime on all bitcoin deposits and internal bitcoin transfers in addition to the current pause on bitcoin withdrawals. Trading will otherwise still be open as usual.

Maintenance Schedule (approximate): 6pm ~ 12am JST (February 15th)

The above downtime period is approximate: it may be shortened or lengthened as required. Once the implementation is complete customers will again be able to deposit bitcoin, but we will be doing extensive testing before bitcoin withdrawals are reactivated. We will publish an update on the situation on Monday .

BlockChain.info have implemented changes to address the malleability issue. Our solution should work in the short term, while a longer-term solution is being discussed with the Bitcoin Core Dev team and the Bitcoin Foundation. We are also discussing this with other exchanges and businesses.

Thank you for your support during the maintenance, and we will update you on the progress shortly.

Best regards,

MtGox Team

## Update - Statement Regarding BTC Withdrawal Delays

Marion Feb 10  •  **Announcements / Announcements**

Dear MtGox Customers and Bitcoiners,

As you are aware, the MtGox team has been working hard to address an issue with the way that bitcoin withdrawals are processed. By "bitcoin withdrawal" we are referring to transactions from a MtGox bitcoin wallet to an external bitcoin address. Bitcoin transactions to any MtGox bitcoin address, and currency withdrawals (Yen, Euro, etc) are not affected by this issue.

The problem we have identified is not limited to MtGox, and affects all transactions where Bitcoins are being sent to a third party. We believe that the changes required for addressing this issue will be positive over the long term for the whole community. As a result we took the necessary action of suspending bitcoin withdrawals until this technical issue has been resolved.

**Addressing Transaction Malleability**
MtGox has detected unusual activity on its Bitcoin wallets and performed investigations during the past weeks. This confirmed the presence of transactions which need to be examined more closely.

<u>Non-technical Explanation:</u>
A bug in the bitcoin software makes it possible for someone to use the Bitcoin network to alter transaction details to make it seem like a sending of bitcoins to a bitcoin wallet did not occur when in fact it did occur. Since the transaction appears as if it has not proceeded correctly, the bitcoins may be resent. MtGox is working with the Bitcoin core development team and others to mitigate this issue.

<u>Technical Explanation:</u>
Bitcoin transactions are subject to a design issue that has been largely ignored, while known to at least a part of the Bitcoin core developers and mentioned on the BitcoinTalk forums. This defect, known as "transaction malleability" makes it possible for a third party to alter the hash of any freshly issued transaction without invalidating the signature, hence resulting in a similar transaction under a different hash. Of course only one of the two transactions can be validated. However, if the party who altered the transaction is fast enough, for example with a direct connection to different mining pools, or has even a small amount of mining power, it can easily cause the transaction hash alteration to be committed to the blockchain.

The bitcoin api "sendtoaddress" broadly used to send bitcoins to a given bitcoin address will return a transaction hash as a way to track the transaction's insertion in the blockchain.
Most wallet and exchange services will keep a record of this said hash in order to be able to respond to users should they inquire about their transaction. It is likely that these services will assume the transaction was not sent if it doesn't appear in the blockchain with the original hash and have currently no means to recognize the alternative transactions as theirs in an efficient way.

This means that an individual could request bitcoins from an exchange or wallet service, alter the resulting transaction's hash before inclusion in the blockchain, then contact the issuing service while claiming the transaction did not proceed. If the alteration fails, the user can simply send the bitcoins back and try again until successful.

We believe this can be addressed by using a different hash for transaction tracking purposes. While the network will continue to use the current hash for the purpose of inclusion in each block's Merkle Tree, the new hash's purpose will be to track a given transaction and can be computed and indexed by hashing the exact signed string via SHA256 (in the same way transactions are currently hashed).

This new transaction hash will allow signing parties to keep track of any transaction they have signed and can easily be computed, even for past transactions.

We have discussed this solution with the Bitcoin core developers and will allow Bitcoin withdrawals again once it has been approved and standardized.

In the meantime, exchanges and wallet services - and any service sending coins directly to third parties - should be extremely careful with anyone claiming their transaction did not go through.

Note that this will also affect any other crypto-currency using the same transaction scheme as Bitcoin.

**Conclusion**
To put things in perspective, it's important to remember that Bitcoin is a very new technology and still very much in its early stages. What MtGox and the Bitcoin community have experienced in the past year has been an incredible and exciting challenge, and there is still much to do to further improve.

MtGox will resume bitcoin withdrawals to outside wallets once the issue outlined above has been properly addressed in a manner that will best serve our customers.

More information on the status of this issue will be released as soon as possible.

We thank you for taking the time to read this, and especially for your patience.

Best Regards,
MtGox Team

« Previous  *1*  2  3  4  5  6  7  8  9  Next »

Overview  |  Recent

# Announcements »

### What's new at Mt.Gox (3) »
Important Update for Accounts in Japan
Buy Bitcoin in Latin America with MtGox and AstroPay
Statement about Site Maintenance

### Announcements (27) »
Update - Announcement Affecting Bitcoin Transfers - February 20th, 2014
MtGox Co.,Ltd Location and Address Change – February 19
Update - Announcement Affecting Bitcoin Transfers - February 17th, 2014

# Getting Started/Using MtGox »

### 5 Easy Steps (5) »
Step 1 - Making an Account
Step 2 - Verifying Your Account
Step 3 - Adding Funds

### Walkthroughs (4) »
How to Change Your Account Password/Email Address
How to Set Up a Business Account with MtGox
How to Add a Withdrawal Method

# Support »

### FAQ (7) »
General Questions
Security
AML Account Statuses

### Outages (26) »
*RESOLVED*[Outage#57673] Bitcoin Deposit Delay
*Resolved* [OUTAGE-#33031 ] Trading Unavailable
*Resolved* [Outage-30254] Trading Unavailable