# Exhibit 18

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>**DECLARATION OF ERIC P. AMSTUTZ IN SUPPORT OF MOTION FOR TRO/PRELIMINARY INJUNCTION** |

I, Eric P. Amstutz, on oath declare:

1. I am over the age of 18 and am fully competent to make this declaration. I make this declaration based upon personal knowledge and can competently testify to the matters set forth herein if called to do so.

2. I am a Second Lieutenant in the United States Army currently stationed at Fort Lee in Virginia.

3. I joined Mt. Gox as a member in December 2013. To activate my account, I was required to (and did) accept Mt. Gox's Terms of Use.

4. In the first week of January 2014, I submitted copies of my government issued identification and proof of address to "verify" my account.

5. While my account was being verified, I transferred two bitcoins that I had purchased from a different exchange (Coinbase) into my Mt. Gox account. At that time, the two bitcoins were worth approximately $1,600. A true and accurate copy of my Coinbase purchase history is attached as Exhibit A.

6.        On February 4, 2014, after inquiring about the status of my verification, I received confirmation from Mt. Gox's customer service that my account had been "verified." A true and accurate copy of the February 4, 2014 E-mail from Customer Service is attached as Exhibit B.

7.        On February 24, 2014, I tried logging into my Mt. Gox account but discovered that the website had "gone dark." Since that time, I have not been able to access or view my account.

8.        Had I known that Mt. Gox would soon be shutting down its website, I would never have transferred any of my bitcoins into my Mt. Gox account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/08/2014   in Fort Lee, Virginia.

/s/ Eric P. Amstutz

# Exhibit A



# Exhibit B

[REDACTED]

# Fwd: Request #202687: How would you rate the support you received?

[REDACTED]

---------- Forwarded message ----------
From: **Support Desk** <info@mtgox.com>
Date: Wed, Feb 5, 2014 at 4:02 AM
Subject: Request #202687: How would you rate the support you received?
To: Eric Amstutz <ericpamstutz@gmail.com>

## Please do not write below this line ##

**Ticket #202687: M63944454X**

Hello Eric Amstutz,

We'd love to hear what you think of our customer service. Please take a moment to answer one simple question by clicking either link below:

**How would you rate the support you received?**

Good, I'm satisfied

Bad, I'm unsatisfied

Here's a reminder of what your ticket was about:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**James Support, Feb 04 17:32:**

Dear Valued Customer,

Sorry for the delay in response. Due to high volume of support requests we are currently experiencing delay in response time.

While checking your account we see that your account got verified. Please contact us for further assistance.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Eric Amstutz, Jan 29 11:23:**

Hello,

I sent my verification information in 22 business days ago and still have not been verified. I have funds already in the account in which I can not do anything with until I get verified. Can someone please look at the documents and verify me please.

Thanks,

Account M63944454X

**This email is a service from Support Desk.**

--
V/R
Eric Amstutz
2LT, QM
Commanding
"Fit to Fight"