# Exhibit 19

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>    *Defendants*. | Case No. 1:14-cv-01437<br><br>**DECLARATION OF DARIO DI PARDO IN SUPPORT OF MOTION FOR TRO/PRELIMINARY INJUNCTION** |

I, Dario Di Pardo, on oath declare:

    1.    I am over the age of 18 and am fully competent to make this declaration. I make this declaration based upon personal knowledge and can competently testify to the matters set forth herein if called to do so.

    2.    I joined Mt. Gox as a member in November 2013. To activate my account, I was required to (and did) accept Mt. Gox's Terms of Use.

    3.    In January 2014, after submitting copies of my government issued identification and proof of address, I received confirmation from Mt. Gox that my account had been "verified."

    4.    On February 18, 2014, I wired 500 euros into my Mt. Gox account. On February 20, 2014, I received an e-mail notification from Mt. Gox confirming that the money had been deposited into my account (minus a two euro transaction fee). A true and accurate copy of the February 20, 2014 E-mail is attached as Exhibit A.

5. On February 20, 2014, I wired an additional 1000 euros into my Mt. Gox account. On February 22, 2014, I received an email confirming that the money had been deposited into my account (minus a two euro transaction fee). A true and accurate copy of the February 22, 2014 E-mail is attached as Exhibit B.

6. On February 24, 2014, I wired 500 euros into my Mt. Gox account. A true and accurate copy of my redacted bank statement showing the February 24, 2014 wire transfer is attached as Exhibit C. Shortly thereafter, the website "went dark" and I was no longer able to access or view my account. Since then, I have not received any emails from Mt. Gox confirming whether my deposit had been accepted or denied.

7. Had I known that Mt. Gox was approaching insolvency and would soon be shutting down its website, I would never have made any of the above deposits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/09/2014    in Lanaken, Belgium.

/s/ Dario Di Pardo

# Exhibit A



Dario Di Pardo <dariodipardo@gmail.com>

## [mtgox] Funds Received
1 bericht

**Mt.Gox** <info@mtgox.com>  20 februari 2014 09:53
Aan: dariodp <dariodipardo@gmail.com>

Dear dariodp,

We have deposited 498.80000 € into your account dariodp.

  Transaction Reference: 868caeef-3580-4441-801e-fd07a5e57180
  Transaction Date: 2014-02-19 00:00:00

Please note that any fees that may have been deducted by your bank, intermediate bank or by the payment processor are not provided in this summary. If you plan to deposit funds in different currencies, please make sure to review your wallet/deposit behaviors on your accounts settings page.

-------------------------------------
Transaction Details

From: BE60651149046970
Di Pardo Dario Rozijnenstraat 27 3620 Lanaken
REF: SI14021900006665 M25733926X

- The MtGox Team

# Exhibit B



**Dario Di Pardo <dariodipardo@gmail.com>**

## [mtgox] Funds Received
1 bericht

**Mt.Gox** <info@mtgox.com>  22 februari 2014 09:08
Aan: dariodp <dariodipardo@gmail.com>

Dear dariodp,

We have deposited 998.80000 € into your account dariodp.

   Transaction Reference: 6f324033-4fae-4368-a319-fe6ba9ec0981
   Transaction Date: 2014-02-21 00:00:00

Please note that any fees that may have been deducted by your bank, intermediate bank or by the payment processor are not provided in this summary. If you plan to deposit funds in different currencies, please make sure to review your wallet/deposit behaviors on your accounts settings page.

-------------------------------------
Transaction Details

From: BE60651149046970
Di Pardo Dario Rozijnenstraat 27 3620 Lanaken
REF: SI14022100007307 M25733926X

- The MtGox Team

# Exhibit C



@PAKKETREKENING EUR
Dhr. Di Pardo Dario
[REDACTED]

*Uittreksel : 00001/004*
[REDACTED]
BIC : SPAABE22

| Datum | Referentie | Verrichting | Valuta | Bedrag |
|---|---|---|---|---|
| 24/02/2014 | B4B24PG3J00A0MSC | Overschrijving via Crelan-online.be M25733926X PL59 1090 2398 0000 0001 1759 5694 MTGOX POLAND INC SP Z OO PLAC POWSTANCOW WARSZAWY 2 00-030 WARSZAWA | 24/02/2014 | - 500,00 |