# Exhibit 20

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>**DECLARATION OF JONATHAN CARMEL IN SUPPORT OF MOTION FOR TRO/PRELIMINARY INJUNCTION** |

I, Jonathan Carmel, on oath declare:

1. I am over the age of 18 and am fully competent to make this declaration. I make this declaration based upon personal knowledge and can competently testify to the matters set forth herein if called to do so.

2. I joined Mt. Gox as a member in or around March 2013. To activate my account, I was required to (and did) accept Mt. Gox's Terms of Use. I submitted copies of my government issued identification and proof of address to "verify" my account.

3. After verifying my account, I transferred money into my Mt. Gox account and began purchasing and trading bitcoins. As an extra layer of security, I secured my Mt. Gox account with a Yubikey, an external device that would auto-generate a password when inserted into a computer. The Yubikey had to be used in order to log-on to my Mt. Gox account or to withdraw any money from my Mt. Gox account.

4. By February 2014, I had accumulated approximately $53,000 worth of Fiat Currency (in U.S. dollars) in my Mt. Gox account.

5. On February 13, 2014, my father and I logged-on to my Mt. Gox account using the Yubikey and attempted to withdraw money from my account. The website would not allow us to complete the withdrawal process and stated that our Yubikey password was incorrect. This is despite the fact that we had just used the Yubikey to log-on to the account.

6. On February 24, 2014, the Mt. Gox website "went dark." Since then, I have been unable to view or access my account.

7. Upon information and belief, Mt. Gox continues to possess, control, or maintain the approximately $53,000 in Fiat Currency belonging in my account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/10/2014 in Los Angeles, California.

/s/
Jonathan Carmel