# Exhibit 23

                                                                    1

 1                IN THE UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF TEXAS (DALLAS)
 2

 3
                                        )   Case No. 14-31229-SGJ15
 4      In re                           )   Dallas, Texas
                                        )
 5      MTGOX CO., LTD.,                )
        a/k/a MTGOX KK,                 )
 6                                      )    April 1, 2014
                              Debtor.   )    1:38 PM
 7      _____)

 8   TRANSCRIPT OF STATUS CONFERENCE (DOC. 1), MOTION FOR EXPEDITED
        HEARING (DOC. 28), MOTION TO COMPEL DEPOSITION TESTIMONY
 9      (DOC. 39), MOTION TO APPROVE NOTICE PROCEDURES (DOC. 48)
             BEFORE THE HONORABLE STACEY G. C. JERNIGAN,
10                 UNITED STATES BANKRUPTCY JUDGE

11   APPEARANCES:
     For the Debtor:           DAVID WILLIAM PARHAM, ESQ.
12                             JOHN E. MITCHELL, ESQ.
                               BAKER & MCKENZIE LLP
13                             2001 Ross Avenue
                               Suite 2300
14                             Dallas, TX 75201

15   For the U.S. Trustee:     LISA L. LAMBERT, AUST
                               OFFICE OF THE UNITED STATES TRUSTEE
16                             1100 Commerce Street
                               Room 976
17                             Dallas, TX 75242

18   For CoinLab:              ROGER M. TOWNSEND, ESQ.
                                 (TELEPHONICALLY)
19                             BRESKIN JOHNSON & TOWNSEND PLLC
                               1000 Second Avenue
20                             Suite 3670
                               Seattle, WA 98104
21
     Transcription Services:                 eScribers
22                                           700 West 192nd Street
                                             Suite #607
23                                           New York, NY 10040
                                             (973) 406-2250
24
     PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.
25   TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

```
 1   APPEARANCES (cont'd.):

 2   For CoinLab (cont'd.):      LARRY ENGEL, ESQ. (TELEPHONICALLY)
                                 MORRISON FOERSTER
 3                               425 Market Street
                                 San Francisco, CA 94105
 4
     For Gregory D. Greene:      ROBIN ERIC PHELAN, ESQ.
 5                               HAYNES & BOONE, LLP
                                 2323 Victory Avenue
 6                               Suite 700
                                 Dallas, TX 75219
 7
                                 STEVEN L. WOODROW, ESQ.
 8                               EDELSON PC
                                 350 North LaSalle Street
 9                               Suite 1300
                                 Chicago, IL 60654
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   explained there's kind of this dual debtor-in-possession
2   concept --
3          MR. PARHAM:  Uh-huh.
4          THE COURT:  -- and supervisor/examiner, and you've
5   explained that investigations are ongoing.  But what is up and
6   running, and what is not?  And I guess I read somewhere there
7   were thirty-two employees at the parent level, not at the
8   debtor level.  I mean, are those people still working, or are
9   they still basically shut down?
10         MR. PARHAM:  Yeah, well, it's both.
11         THE COURT:  Okay.
12         MR. PARHAM:  First of all, with respect to the
13  employees, the employees are essentially retained by Tibanne,
14  which is the parent, but all their work is at MtGox, for
15  MtGox.  And there're contractual arrangements, as I understand
16  it, between MtGox and Tibanne.  So whether they're contract
17  employees -- it's a different circumstance than we typically
18  see, but that's how that has been structured.
19         My understanding is that they are working.  A lot of
20  the effort, obviously, is to try and determine what happened
21  and to fix the program such that they can restart the
22  exchange.  At the present time, there is an ability for
23  customers to log onto the Web site and then see their
24  balances.  There is a qualification, because I think the
25  accounting with all this has lagged and so it's -- they say

C E R T I F I C A T I O N

    I, Clara Rubin, the court approved transcriber, do hereby certify the foregoing is a true and correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

April 3, 2014

_____    _____

**CLARA RUBIN**    DATE

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net