# Exhibit 24



| HOME | TRADE | MERCHANT TOOLS | SECURITY CENTER | SETTINGS | FAQ | NEWS |
|---|---|---|---|---|---|---|

# Fee Schedule

**The MtGox Fee Schedule** (as of December 1, 2011)

| Volume (In BTC) | Trade Fee | Discount (Total) | Discount (By Tier) |
|---|---|---|---|
| 0 to < 100 | 0.60% | 0.00% | 0.00% |
| 100 to < 200 | 0.55% | 8.33% | 8.33% |
| 200 to < 500 | 0.53% | 11.66% | 3.64% |
| 500 to < 1000 | 0.50% | 16.66% | 5.66% |
| 1000 to < 2000 | 0.46% | 23.33% | 8.00% |
| 2000 to < 5000 | 0.43% | 28.33% | 6.52% |
| 5000 to < 10000 | 0.40% | 33.33% | 6.97% |
| 10000 to < 25000 | 0.30% | 50.00% | 25.00% |
| 25000 to < 50000 | 0.29% | 51.66% | 3.33% |
| 50000 to < 100000 | 0.28% | 53.33% | 3.45% |
| 100000 to < 250000 | 0.27% | 55.00% | 3.56% |
| 250000 to < 500000 | 0.26% | 56.66% | 3.70% |
| >500000 | 0.25% | 58.33% | 3.85% |

**(Volume discounts are based on your trading volume over the past 30 days)**

**QUICK LINKS**

TRADE
TRADE API
FEE SCHEDULE
FAQ
TERMS OF USE
UNLINK YUBIKEY/OTP

MOBILE WEBSITE
SUPPORT
GET VERIFIED
PRIVACY POLICY
LOST PASSWORD
REPORT SECURITY ISSUE

**OUR COMPANY**

ABOUT US    CONTACT US

**APPS AND SOCIAL**



© 2010 - 2014 MtGox Co.Ltd. (Japan) |