IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS,<br><br>        *Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Monday, April 14, 2014 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Gary Feinerman, or any Judge sitting in his stead, in Courtroom 2125 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present *Plaintiffs' Motion for Preliminary Injunction*, a copy of which has been served upon you.

//

//

                                              Respectfully submitted,

                                              **GREGORY GREENE and JOSEPH LACK**, individually and on behalf of all others similarly situated,

Dated: April 8, 2014              By:     /s/    Steven L. Woodrow
                                                                   One of Plaintiffs' Attorneys

| | |
|---|---|
| Steven L. Woodrow | Jay Edelson |
| swoodrow@edelson.com | jedelson@edelson.com |
| Megan Lindsey | Christopher L. Dore |
| mlindsey@edelson.com | cdore@edelson.com |
| EDELSON PC | David I. Mindell |
| 999 18th Street, Suite 3000 | dmindell@edelson.com |
| Denver, Colorado 80202 | Alicia Hwang |
| Tel: 303.357.4878 | ahwang@edelson.com |
| Fax: 303.446.9111 | EDELSON PC |
| | 350 North LaSalle Street, Suite 1300 |
| | Chicago, Illinois 60654 |
| | Tel: 312.589.6370 |
| | Fax: 312.589.6378 |

*Counsel for Plaintiffs and the Putative Classes*

## **CERTIFICATE OF SERVICE**

  I, Steven L. Woodrow, an attorney, hereby certify that I served the above and foregoing *Notice of Motion*, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on April 8, 2014.

                /s/ Steven L. Woodrow
                 Steven L. Woodrow