UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gregory Greene, et al.
                       Plaintiff,

v.                                                Case No.: 1:14–cv–01437
                                                 Honorable Gary Feinerman

MtGox Inc., et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2014:

     MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 5/1/2014 at 9:30 a.m. Motion hearing held. For the reasons stated on the record, Plaintiffs' motion to extend temporary restraining order [49] is granted. Preliminary injunction order shall follow. Defendant Karpeles's and Tibanne KK's Rule 12(b)(2), (4), (5) motion shall be filed by 4/28/2014; response due by 5/12/2014; reply due by 5/27/2014.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.