**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 14 -CV-1437

Gregory Greene and Joseph Lack,
                Plaintiffs,
    vs.
MtGox, Inc. a Delaware corporation, et al.
                Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Gonzague Gay-Bouchery, an individual

---

| | |
|---|---|
| **NAME** (Type or print) <br> Daniel J. Fumagalli | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel J. Fumagalli | |
| **FIRM** <br> Chuhak & Tecson, P.C. | |
| **STREET ADDRESS** <br> 30 S. Wacker Drive, Suite 2600 | |
| **CITY/STATE/ZIP** <br> Chicago, IL  60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6182648 | **TELEPHONE NUMBER** <br> 312-855-4330 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |