UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gregory Greene, et al.
                             Plaintiff,

v.                                                  Case No.: 1:14–cv–01437
                                                           Honorable Gary Feinerman
MtGox Inc., et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 14, 2014:

       MINUTE entry before the Honorable Gary Feinerman:Status hearing held. The 5/1/2014 status hearing [59] shall stand. Motion hearing held. Plaintiffs' motion to approve service by alternative means [54] is entered and continued. Defendants Karpeles and Tibanne shall respond by 4/28/2014; Plaintiffs' reply due by 5/12/2014. Plaintiffs' motion for leave to file instanter an oversized motion for preliminary injunction [60] is granted. Plaintiffs' motion for preliminary injunction [56] is entered and continued until 5/1/2014 at 9:30 a.m. Defendant Gay–Bouchery shall file a motion to dismiss by 4/28/2014; Plaintiffs' response due by 5/12/2014; reply due by 5/27/2014. Defendants noted the parties' two disputes regarding the terms of the interim preliminary injunction order.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.