# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Gregory Greene, et al.
v.
MTGOX, Inc., et al.

Case Number: 1:14-cv-01437

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Jed McCaleb

| |
|---|
| NAME (Type or print) <br> David J. Bradford |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David J. Bradford |
| FIRM <br> Jenner & Block LLP |
| STREET ADDRESS <br> 353 North Clark Street |
| CITY/STATE/ZIP <br> Chicago, Illinois 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0272094 | TELEPHONE NUMBER <br> 312-923-2975 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |