IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS,<br><br>Defendants | Case No. 1:14-cv-01437 |

**DEFENDANT JED MCCALEB'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Jed McCaleb, by and through his undersigned counsel, hereby moves this Court for an extension of time within which to answer, move, or otherwise respond to Plaintiff's Complaint, up to and including May 14, 2014.

In support of this unopposed motion, Mr. McCaleb states:

1. Mr. McCaleb's response to the Complaint is currently due on April 14, 2014.

2. Mr. McCaleb seeks additional time to respond to the Complaint.

3. The requested extension is sought in good faith and not for purposes of undue delay or prejudice. Counsel are working on an agreement that may resolve the case as to Mr. McCaleb.

4. Counsel for Mr. McCaleb has contacted Plaintiffs' counsel and Plaintiffs' counsel does not oppose extending the deadline for Mr. McCaleb to respond to the Complaint until May 14, 2014.

5. This is the first request for extending the deadline for Mr., McCaleb to answer, move, or otherwise respond to the Complaint. Mr. McCaleb does not intend to admit by this Motion that this Court has jurisdiction over him.

WHEREFORE Defendant Jed McCaleb respectfully moves this Court for an Order extending the period of time for him to respond to the Complaint until May 14, 2014.

Dated: April 14, 2014           Respectfully submitted,

                         /s/ David Bradford
                         David Bradford
                         JENNER & BLOCK
                         353 N. Clark Street
                         Chicago, IL 60654-3456
                         Telephone:   (312) 923-2975
                         Facsimile:    (312) 840-7375

2271120.1