IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS,<br><br>Defendants | Case No. 1:14-cv-01437 |

## NOTICE OF UNOPPOSED MOTION

TO:   All Attorneys of Record

PLEASE TAKE NOTICE that on Monday, April 21, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Feinerman, or any judge sitting in his or her stead in Courtroom 2125 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present **Defendant Jed McCaleb's Unopposed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is attached hereto and herewith served upon you.

Dated: April 14, 2014

JED McCALEB,

By:   /s/ David Bradford
David Bradford
JENNER & BLOCK
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:   (312) 923-2975
Facsimile:   (312) 840-7375

2271122.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2014, I caused to be filed electronically the foregoing document with the Clerk of the Court using CM/ECF which will automatically send email notification of such filing to all attorneys of record in this action.

/s/ David Bradford
David Bradford

2271122.1