# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:14-cv-01437 |
| v. | Hon. Gary Feinerman |
| MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS, | Magistrate Judge Susan Cox |
| *Defendants*. | |

**PLAINTIFF GREGORY GREENE'S FIRST SET OF REQUESTS**
**TO ADMIT FACTS TO DEFENDANT GONZAGUE GAY-BOUCHERY**

Plaintiff Gregory Greene, pursuant to Federal Rule of Civil Procedure 36 and the

Temporary Restraining Order entered in this matter (Dkts. 33–34), hereby requests that

Defendant Gonzague Gay-Bouchery answer the following Requests to Admit Facts under oath

within five (5) business days of service hereof.

### *I. Definitions*

1.  "Asset" or "Assets" means any legal or equitable interest in, right to, or claim to

any real or personal property, Including "goods," "instruments," "equipment," "fixtures,"

"general intangibles," "inventory," "checks," or "notes" (as these terms are defined in the

Uniform Commercial Code), buildings, premises, houses, condominiums, lines of credit,

chattels, commodities, bitcoins, alternative currencies, YubiKeys, USB devices, discs, drives, servers, Computers, tablets, email addresses, smartphones, accounts with Mining Pools, keys, IP addresses, Bitcoin Addresses, Bitcoin accounts, leaseholds, contracts, mail or other deliveries, shares of stock, securities, equities, commodities, lists of Your consumers' names, lists of Your consumers' Bitcoin Addresses, lists of Your consumers' accounts, lists of Your consumers' credits, lists of Your consumers' addresses, IP addresses, or other contact or identifying information, lists of Your consumers' receivables, lists of Your consumers' funds and lists of Your consumers' bitcoins and all cash and Fiat Currency, and any other Assets wherever located.

2.      "Bitcoin" means the Internet commodity and method of peer-to-peer payments available for purchase on the Internet. "bitcoins" means individual units of the commodity.

3.      "Bitcoin Address" means any public or private string of characters that may be created through a Bitcoin Wallet or through which bitcoins may be transferred, purchased, or sold.

4.      "Block Chain" means the record that contains, records, transmits and/or confirms transactions Relating To bitcoins, which is accessible at blockchain.info.

5.      "Bitcoin Mining Pool" means any method through which multiple Persons may share their resources to collectively mine, generate, or create bitcoins and share in the bitcoins or other Assets that are generated as a result.

6.      "Bitcoin Mining Equipment" means any Computer, hardware, or software, used to generate or create bitcoins.

7.       "Complaint" means Plaintiffs' First Amended Class Action Complaint filed in the United States District Court for the Northern District of Illinois on March 14, 2014 (Dkt. No. 36) and any amendments thereto.

8.     "Computer" means all data processing equipment, Including central processing units (CPUs), whether contained in a server or free standing computer or laptop or PDA or similar device that may contain data storage capabilities, irrespective of whether such computing platform, infrastructure or storage is virtualized, whether that data be structured or unstructured, and also Including any equipment where computer files (Including records, Documents, logs, and any other contiguous of non-contiguous bit strings), hidden system files or metadata presently reside such as hard disk drives, optical disk drives, removable media, such as floppy disk drives, CD-ROM and DVD drives, Zip drives, Jaz drives, Maxtor drives or snap drives, data processing cards, computer magnetic tapes, backup tapes, drum and disk storage devices or any other similar electronic storage media or system of whatever name or description. "Computer" also refers to all digital image evidence that may be stored on any type of hardware used to store or manipulate electronic images, Including microfilm, microfiche and their repositories and readers, or design or engineering Computer systems and regardless of any digital image's format, Including .jpg, .bmp, or some other advanced or proprietary form of digital image format, such as CAD layered drawings. "Computer" also refers to sources of digital evidence that may not presently be in use by You or may have been deleted from Your active systems, whether the source is a backup tape or disk, some other data retention system or some form of disaster recovery system. "Computer" also refers to places where digital evidence may reside that may have been deleted from Your active files and which may not be readily recoverable from a backup medium, such as metadata

9.     "Date" means the exact year, month and day, if known, or if not known, Your best approximation thereof.

10.     "Employee" or "Employees" means present and former officers, directors,

agents, attorneys, employees, and all Persons acting or purporting to act on behalf of any of them.

11.     "Electronically Stored Information" or "ESI" as used herein, means and refers to Computer generated information or data of any kind, stored on Computers, file servers, disks, tape or other devices or media, or otherwise evidenced by recording on some storage media, whether real virtual, or cloud-based.

12.     "Eligius" means the Bitcoin Mining Pool known as "Eligius," "Eloi," or "Luke-Jr's Pool," accessible at http://eligius.st/~gateway/.

13.     "Exchange Member" or "Member" means any Person subject to the Terms of Use governing the Bitcoin Exchange Known as Mt. Gox that purchased, sold, transferred, or otherwise transmitted bitcoins, Fiat Currency, or any other Asset through, to, or from the Bitcoin Exchange Known as Mt. Gox.

14.     "Fiat Currency" means and refers to paper money issued by a government (i.e. U.S. dollars, Swiss francs, Russian rubles, etc.) that may be held on a Bitcoin exchange or in a Bitcoin Wallet.

15.     "Including" means "including, but not limited to;" "Includes" means "includes, but not limited to."

16.     "Internet Service Provider" means a company that provides third parties with access to the Internet.

17.     "Jed McCaleb" means Defendant Jed McCaleb.

18.     "Liability" means any legal debts or obligations arising during the course of Your business operations, Including but not limited to loans, accounts and salaries payable, mortgages, notes, and unclaimed dividends.

19.     "Mark Karpeles" means Mark Karpeles, the owner of Tibanne KK.

20.     "Mining" or "Bitcoin Mining" means any process used to generate or create bitcoins through the use of Computer equipment and/or software of any kind.

21.     "Mixing" or "Tumbling" means transferring bitcoins for the purpose of laundering, obfuscating, or concealing the ownership of the bitcoins, or making it more difficult to detect or trace the movement of such bitcoins.

22.     "Mizuho" means Defendant Mizuho Bank, Ltd., a Japanese financial institution.

23.      "MtGox Inc." means Defendant MtGox Inc., a Delaware corporation.

24.     "Mt. Gox North America Inc." refers to Defendant Mt. Gox North America, Inc. a New York corporation.

25.     "Mutum Sigillum" means Mutum Sigillum LLC, a Delaware limited liability company.

26.     "Person" means any natural person, corporation, partnership, association, organization, joint ventures, or other entity of any type or nature.

27.     "Plaintiff Greene" means Plaintiff Gregory Greene.

28.     "Plaintiff Lack" means Plaintiff Joseph Lack.

29.     "Ponzi Scheme" means a fraudulent investment operation where the operator, an individual or organization, pays returns to its investors from new capital paid to the operators by new investors, rather than from profits earned.

30.     "Private Key" means any data string, number, cryptographic signature, or any other identifiers to enable the transfer, transmission, sale, or purchase of bitcoins, or to prove ownership or control of bitcoins.

31.     "Relating To," Including its various forms such as "Related To," means to consist

5

of, concern, discuss, mention, regard, refer to, reflect, or be in any way logically, factually or legally connected, directly or indirectly, with the matter described.

32. "Relevant Time Period," means January 1, 2009 until the present. Unless otherwise indicated, all Requests shall refer to the Relevant Time Period.

33. "Terms of Use" means and refers to consumer contracts between Persons who created accounts with the Bitcoin Exchange Known as Mt. Gox and the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox.

34. "The Bitcoin Exchange Known as Mt. Gox" means the Internet website location where Exchange Members could buy, sell, convert, and trade their bitcoins and Fiat Currency.

35. "Tibanne KK" means Defendant Tibanne KK, a Japanese corporation.

36. "Wallet" or "WalletFile" means any file that stores, contains, or maintains Private Keys.

37. "You," "Your," or "Gonzague Gay-Bouchery" means Defendant Gonzague Gay-Bouchery, the Chief Marketing Officer and Manager of Business Development of MtGox, Inc., Mt. Gox KK, and Tibanne KK.

38. "YubiKey" means a one-time password generator device capable of generating a unique sequence of characters when activated, Including any device with similar capabilities.

## II. Instructions

1. A matter is admitted unless, within 30 days after being served, You serve on the requesting party, through their counsel, a written answer or objection addressed to the matter and signed by You or Your attorney.

2. If a matter is not admitted, Your answer must specifically deny it or state in detail why You cannot truthfully admit or deny it. A denial must fairly respond to the substance of the

matter; and when good faith requires that You qualify an answer or deny only a part of a matter, Your answer must specify the part admitted and qualify or deny the rest. You may assert lack of knowledge or information as a reason for failing to admit or deny only if You state that You have made reasonable inquiry and that the information You know or can readily obtain is insufficient to enable You to admit or deny.

3.      The grounds for objecting to a Request must be stated. You may not object solely on the ground that the Request presents a genuine issue for trial.

4.      Where a Request addresses acts or omissions of any entity, it shall be construed and interpreted to apply to the acts or omissions of that entity and the acts or omissions of that entity's Employees, assigns, contractors, and any other agent of that entity.

5.      It is expressly understood that none of the facts for which an admission or denial is sought are directed to Mt. Gox KK or will be deemed admissions or denials by Mt. Gox KK.

6.      "And" includes "or", "each" includes "every", "any" includes "all" "Including" means "including but not limited to" and vice versa for each. Defined terms need not be capitalized to retain their defined meanings.

### III. Requests to Admit Facts

**REQUEST FOR ADMISSION NO. 1**

Admit that 100 bitcoins, Including bitcoins contained in Bitcoin Wallets, are in Your possession or control, or are being held on Your behalf.

**REQUEST FOR ADMISSION NO. 2**

Admit that 1,000 bitcoins, Including bitcoins contained in Bitcoin Wallets, are in Your possession or control, or are being held on Your behalf.

**REQUEST FOR ADMISSION NO. 3**

Admit that 10,000 bitcoins, Including bitcoins contained in Bitcoin Wallets, are in Your possession or control, or are being held on Your behalf.

**REQUEST FOR ADMISSION NO. 4**

Admit that 100,000 bitcoins, Including bitcoins contained in Bitcoin Wallets, are in Your possession or control, or are being held on Your behalf.

**REQUEST FOR ADMISSION NO. 5**

Admit that 1,000,000 bitcoins, Including bitcoins contained in Bitcoin Wallets, are in Your possession or control, or are being held on Your behalf.

**REQUEST FOR ADMISSION NO. 6**

Admit that 10,000,000 bitcoins, Including bitcoins contained in Bitcoin Wallets, are in Your possession or control, or are being held on Your behalf.

**REQUEST FOR ADMISSION NO. 7**

Admit that 100 YubiKeys are in Your possession or control, or are being held on Your behalf.

**REQUEST FOR ADMISSION NO. 8**

Admit that 1,000 YubiKeys are in Your possession or control, or are being held on Your behalf.

**REQUEST FOR ADMISSION NO. 9**

Admit that 10,000 YubiKeys are in Your possession or control, or are being held on Your behalf.

**REQUEST FOR ADMISSION NO. 10**

Admit that 100,000 YubiKeys are in Your possession or control, or are being held on

Your behalf.

**REQUEST FOR ADMISSION NO. 11**

Admit that You have Assets located in the United States with a real market value in excess of $1,000.

**REQUEST FOR ADMISSION NO. 12**

Admit that You have Assets located in the United States with a real market value in excess of $10,000.

**REQUEST FOR ADMISSION NO. 13**

Admit that You have Assets located in the United States with a real market value in excess of $100,000.

**REQUEST FOR ADMISSION NO. 14**

Admit that You have Assets located in the United States with a real market value in excess of $1,000,000.

**REQUEST FOR ADMISSION NO. 15**

Admit that You have Assets located in the United States with a real market value in excess of $10,000,000.

**REQUEST FOR ADMISSION NO. 16**

Admit that You have Assets located in the United States with a real market value in excess of $100,000,000.

**REQUEST FOR ADMISSION NO. 17**

Admit that You transferred, or had transferred on Your behalf, bitcoins from the Bitcoin Exchange Known as Mt. Gox to an address, Wallet, or account held or controlled by You, or held or controlled on Your behalf during the month of February 2014.

**REQUEST FOR ADMISSION NO. 18**

Admit that You transferred, or had transferred on Your behalf, bitcoins from the Bitcoin Exchange Known as Mt. Gox to an address, Wallet, or account held or controlled by You, or held or controlled on Your behalf during the month of March 2014.

**REQUEST FOR ADMISSION NO. 19**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $1,000, Including but not limited to bitcoins or any other Assets, during the months of January, February, and March of 2014.

**REQUEST FOR ADMISSION NO. 20**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $10,000, Including but not limited to bitcoins or any other Assets, during the months of January, February, and March of 2014.

**REQUEST FOR ADMISSION NO. 21**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $100,000, Including but not limited to bitcoins or any other Assets, during the months of January, February, and March of 2014.

**REQUEST FOR ADMISSION NO. 22**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $1,000,000, Including but not limited to bitcoins or any other Assets, during the months of January, February, and March of 2014.

**REQUEST FOR ADMISSION NO. 23**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $10,000,000, Including but not limited to bitcoins or any other Assets, during the

months of January, February, and March of 2014.

**REQUEST FOR ADMISSION NO. 24**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $100,000,000, Including but not limited to bitcoins or any other Assets, during the months of January, February, and March of 2014.

**REQUEST FOR ADMISSION NO. 25**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $1,000, Including but not limited to bitcoins or any other Assets, since February 24, 2014.

**REQUEST FOR ADMISSION NO. 26**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $10,000, Including but not limited to bitcoins or any other Assets, since February 24, 2014.

**REQUEST FOR ADMISSION NO. 27**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $100,000, Including but not limited to bitcoins or any other Assets, since February 24, 2014.

**REQUEST FOR ADMISSION NO. 28**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $1,000,000, Including but not limited to bitcoins or any other Assets, since February 24, 2014.

**REQUEST FOR ADMISSION NO. 29**

Admit that You have transferred, or have had transferred on Your behalf, Assets in

excess of $10,000,000, Including but not limited to bitcoins or any other Assets, since February 24, 2014.

**REQUEST FOR ADMISSION NO. 30**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $100,000,000, Including but not limited to bitcoins or any other Assets, since February 24, 2014.

**REQUEST FOR ADMISSION NO. 31**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $1,000, Including but not limited to bitcoins or any other Assets, from any country to any other country during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 32**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $10,000, Including but not limited to bitcoins or any other Assets, from any country to any other country during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 33**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $100,000, Including but not limited to bitcoins or any other Assets, from any country to any other country during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 34**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $1,000,000, Including but not limited to bitcoins or any other Assets, from any country to any other country during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 35**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $10,000,000, Including but not limited to bitcoins or any other Assets, from any country to any other country during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 36**

Admit that You have transferred, or have had transferred on Your behalf, Assets in excess of $100,000,000, Including but not limited to bitcoins or any other Assets, from any country to any other country during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 37**

Admit that bitcoins that were transferred, purchased, or sold on the Bitcoin Exchange Known as Mt. Gox are currently in Your possession or control, or are being held on Your behalf.

**REQUEST FOR ADMISSION NO. 38**

Admit that You initiated, influenced, directed, operated, or had any third party initiate, direct, or operate on Your behalf, any transactions reflected on the Bitcoin Block Chain on or after February 24, 2014.

**REQUEST FOR ADMISSION NO. 39**

Admit that You initiated, influenced, directed, operated, or had any third party direct, initiate, influence, or operate on Your behalf, transactions reflected on the Bitcoin Block Chain on or after February 28, 2014.

**REQUEST FOR ADMISSION NO. 40**

Admit that You hold accounts with Mizuho Bank, Ltd.

**REQUEST FOR ADMISSION NO. 41**

Admit that You hold accounts with JPMorgan Chase Bank, N.A.

**REQUEST FOR ADMISSION NO. 42**

Admit that You hold accounts with Citibank, N.A.

**REQUEST FOR ADMISSION NO. 43**

Admit that You hold accounts with Wells Fargo Bank, N.A.

**REQUEST FOR ADMISSION NO. 44**

Admit that You hold accounts with Bank of America, N.A.

**REQUEST FOR ADMISSION NO. 45**

Admit that You have accounts with Mizuho Bank, Ltd. that Include Assets derived from the exchange, sale, or transfer of bitcoins.

**REQUEST FOR ADMISSION NO. 46**

Admit that You have accounts with Mizuho Bank, Ltd. that Include Assets derived from the exchange, sale, or transfer of bitcoins originating from the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 47**

Admit that You have accounts with Mizuho Bank, Ltd. that Include Assets derived from the exchange, sale, or transfer of bitcoins originating from the Bitcoin Exchange Known as Mt. Gox made during the month of February 2014.

**REQUEST FOR ADMISSION NO. 48**

Admit that You have accounts with Mizuho Bank, Ltd. that Include Assets derived from the exchange, sale, or transfer of bitcoins originating from the Bitcoin Exchange Known as Mt. Gox made during the month of March 2014.

**REQUEST FOR ADMISSION NO. 49**

Admit that You engage in commercial activities or transactions of any kind in the United

States.

**REQUEST FOR ADMISSION NO. 50**

Admit that You receive benefits (monetary or otherwise) from commercial activities carried on in the United States.

**REQUEST FOR ADMISSION NO. 51**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $1,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 52**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $10,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 53**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $100,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 54**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $1,000,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 55**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $10,000,000 were transferred to You by any Bitcoin Mining Pool, Including

Eligius, during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 56**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $100,000,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 57**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $1,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, during the months of January and February of 2014.

**REQUEST FOR ADMISSION NO. 58**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $10,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, during the months of January and February of 2014.

**REQUEST FOR ADMISSION NO. 59**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $100,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, during the months of January and February of 2014.

**REQUEST FOR ADMISSION NO. 60**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $1,000,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, during the months of January and February of 2014.

**REQUEST FOR ADMISSION NO. 61**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with

a value in excess of $10,000,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, during the months of January and February of 2014.

**REQUEST FOR ADMISSION NO. 62**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $100,000,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, during the months of January and February of 2014.

**REQUEST FOR ADMISSION NO. 63**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $1,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, on or after February 24, 2014.

**REQUEST FOR ADMISSION NO. 64**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $10,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, on or after February 24, 2014.

**REQUEST FOR ADMISSION NO. 65**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $100,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, on or after February 24, 2014.

**REQUEST FOR ADMISSION NO. 66**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $1,000,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, on or after February 24, 2014.

**REQUEST FOR ADMISSION NO. 67**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $10,000,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, on or after February 24, 2014.

**REQUEST FOR ADMISSION NO. 68**

Admit that bitcoins or other Assets, Including bitcoins contained in Bitcoin Wallets, with a value in excess of $100,000,000 were transferred to You by any Bitcoin Mining Pool, Including Eligius, on or after February 24, 2014.

**REQUEST FOR ADMISSION NO. 69**

Admit that You have mined or have attempted to mine bitcoins using Computer equipment of any kind during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 70**

Admit that You have entered into contract(s) or other written understanding(s) with any Bitcoin Mining Pools or mining accounts, Including Eligius, for the purpose of acquiring or generating bitcoins.

**REQUEST FOR ADMISSION NO. 71**

Admit that You currently possess bitcoins that You acquired as a result of contract(s), written understanding(s), or any other agreement(s) with Bitcoin Mining Pools or other Bitcoin miners.

**REQUEST FOR ADMISSION NO. 72**

Admit that You ordered, purchased, or requested Computer equipment or other goods or services from ButterflyLabs or any other Person for the purpose of mining bitcoins.

18

**REQUEST FOR ADMISSION NO. 73**

Admit that, prior to January 1, 2014, You discovered the theft or loss of bitcoins and Fiat Currency underlying Mt. Gox KK's filing for bankruptcy protection or reorganization.

**REQUEST FOR ADMISSION NO. 74**

Admit that You represented to Persons that You would adequately protect and safeguard their bitcoins, Fiat Currency, or any other Assets transferred, purchased, or sold on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 75**

Admit that You represented to Persons that the Bitcoin Exchange Known as Mt. Gox would allow them to "quickly and securely trade bitcoins with other people around the world."

**REQUEST FOR ADMISSION NO. 76**

Admit that You represented to Persons that they could "quickly and securely store [their] Bitcoins in a virtual 'vault' for safe keeping."

**REQUEST FOR ADMISSION NO. 77**

Admit that You represented to Persons that they could access their bitcoins "at any time."

**REQUEST FOR ADMISSION NO. 78**

Admit that You represented to Persons that the Bitcoin Exchange Known as Mt. Gox was the "world's most established Bitcoin exchange."

**REQUEST FOR ADMISSION NO. 79**

Admit that You represented to Persons that they would be able to "buy and sell Bitcoin 24/7/365" with the world's most sophisticated trading platform" by utilizing the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 80**

Admit that You represented to Persons in February 2014 that any suspension of the transfer, purchase, or sale of bitcoins or Fiat Currency was temporary.

**REQUEST FOR ADMISSION NO. 81**

Admit that the representations Identified in Requests for Admission Nos. 74 through 80 above were made with the intention that Persons would rely on them in utilizing the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 82**

Admit that the representations Identified in Requests for Admission Nos. 74 through 80 above were made after Your discovery of transaction malleability issues, glitches, bugs, or any other kind of technical malfunction that could affect or potentially affect the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 83**

Admit that You had a duty to safeguard the bitcoins, cash, or other Assets transferred, purchased, or sold by Persons on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 84**

Admit that as of February 24, 2014, Persons have been unable to withdraw Fiat Currency or bitcoins from the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 85**

Admit that consumers lacked access to proprietary information Relating To the business policies, practices, and procedures of the Bitcoin Exchange Known as Mt. Gox prior to February 2014.

**REQUEST FOR ADMISSION NO. 86**

Admit that bitcoins and/or Fiat currency was transferred, exchanged, or withdrawn from the Bitcoin Exchange Known as Mt. Gox after You decided to suspend the transfer, purchase, or sale of bitcoins or Fiat Currency on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 87**

Admit that bitcoins and/or Fiat currency were transferred, exchanged, or withdrawn from the Bitcoin Exchange Known as Mt. Gox by any Defendant in this lawsuit after the transfer, purchase, or sale of bitcoins or Fiat Currency on the Bitcoin Exchange Known as Mt. Gox was suspended.

**REQUEST FOR ADMISSION NO. 88**

Admit that You approved, facilitated, or arranged, or had approved, facilitated, or arranged on Your behalf, withdrawals from the Bitcoin Exchange Known as Mt. Gox during the month of February 2014.

**REQUEST FOR ADMISSION NO. 89**

Admit that You approved, facilitated, or arranged, or had approved, facilitated, or arranged on Your behalf, withdrawals from the Bitcoin Exchange Known as Mt. Gox during the month of March 2014.

**REQUEST FOR ADMISSION NO. 90**

Admit that You did not publicly disclose Your decision to suspend the transfer, purchase, or sale of bitcoins or Fiat Currency on the Bitcoin Exchange Known as Mt. Gox prior to February 24, 2014.

**REQUEST FOR ADMISSION NO. 91**

Admit that the security measures taken to secure the Fiat Currency and bitcoins that were

transferred, sold, or purchased on the Bitcoin Exchange Known as Mt. Gox failed to protect
Exchange Members' bitcoins and Fiat Currency.

**REQUEST FOR ADMISSION NO. 92**

Admit that any security measures taken by You to safeguard the bitcoins or Fiat Currency
of Persons who transferred, sold, or purchased on the Bitcoin Exchange Known as Mt. Gox did
not meet industry standards.

**REQUEST FOR ADMISSION NO. 93**

Admit that, during the Relevant Time Period, You were aware or were made aware of the
inadequacy of Your security measures Relating to the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 94**

Admit that You foresaw a potential security breach, compromise of Persons' data, or loss,
misappropriation, or theft of bitcoins or Fiat Currency during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 95**

Admit that You foresaw a potential security breach, compromise of Persons' data, or loss,
misappropriation, or theft of bitcoins or Fiat Currency prior to January 2014.

**REQUEST FOR ADMISSION NO. 96**

Admit that You foresaw a potential security breach, compromise of Persons' data, or loss,
misappropriation, or theft of bitcoins or Fiat Currency prior to February 2014.

**REQUEST FOR ADMISSION NO. 97**

Admit that You foresaw a potential security breach, compromise of Persons' data, or loss,
misappropriation, or theft of bitcoins or Fiat Currency prior to December 2013.

**REQUEST FOR ADMISSION NO. 98**

Admit that bitcoins, Fiat Currency, or other Assets belonging to Exchange Members in

the United States were lost, stolen, or misappropriated while it was in Your possession or control.

**REQUEST FOR ADMISSION NO. 99**

Admit that bitcoins and Fiat Currency, or other Assets belonging to Exchange Members in the United States were lost, compromised, or reduced in value because You did not implement adequate security measures to protect such bitcoins and Fiat Currency.

**REQUEST FOR ADMISSION NO. 100**

Admit that after February 28, 2014, You caused the transfer of 180,000 bitcoins through the Block Chain from 4 Bitcoin Wallet addresses into a single Bitcoin Wallet address containing 180,000 bitcoins.

**REQUEST FOR ADMISSION NO. 101**

Admit that You own one or more of the Bitcoin Wallet addresses involved in the transfer of 180,000 bitcoins through the Block Chain on or between March 7, 2014 and March 15, 2014.

**REQUEST FOR ADMISSION NO. 102**

Admit that You used Wallet 1KecDYadohxk8MCDqKf8SBEMhCUNveAsCj to hold or transfer 180,000 bitcoins between March 7, 2014 and March 15, 2014.

**REQUEST FOR ADMISSION NO. 103**

Admit that You transferred 180,000 bitcoins between March 7, 2014 and March 15, 2014 by splitting the bitcoins into other Wallets containing increasingly smaller bitcoin amounts.

**REQUEST FOR ADMISSION NO. 104**

Admit that You transferred 180,000 bitcoins between March 7, 2014 and March 15, 2014 by splitting the bitcoins into other Wallets containing increasingly smaller bitcoin amounts to avoid detection.

**REQUEST FOR ADMISSION NO. 105**

      Admit that You transferred 180,000 bitcoins between March 7, 2014 and March 15, 2014 into other Wallets containing increasingly smaller bitcoin amounts to prepare such bitcoins for Mixing or Tumbling.

**REQUEST FOR ADMISSION NO. 106**

      Admit that You transferred 180,000 bitcoins between March 7, 2014 and March 15, 2014 into other Wallets containing increasingly smaller bitcoin amounts to hide such bitcoins from potential creditors.

**REQUEST FOR ADMISSION NO. 107**

      Admit that You own, control, or have used Bitcoin Wallet address 1P3S1grZYmcgYDuaEDVDYobJ5Fx85E9fE9 to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 108**

      Admit that You own, control, or have used Bitcoin Wallet address 1PAaZVfEzjL58UCWjWujZrW8rXUsyNzhB2 to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 109**

      Admit that You own, control, or have used Bitcoin Wallet address 1M8s2S5bgAzSSzVTeL7zruvMPLvzSkEAuv to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 110**

      Admit that You own, control, or have used Bitcoin Wallet address 1GmPZeLn93CJnu8r4hdeFfRtQyF3mXNRQY to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 111**

      Admit that You own, control, or have used Bitcoin Wallet address 12rHGgqSutCneAtLvd7ES6DLsRkq2jzKLi to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 112**

Admit that You own, control, or have used Bitcoin Wallet address

1Mb5rPL3zeHqx8rd5Xg9jkcxTKSMkKfktb to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 113**

Admit that You own, control, or have used Bitcoin Wallet address

14rsKTSZs7zBNqwtbdYtJPBrCaF4zYuzU to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 114**

Admit that You own, control, or have used Bitcoin Wallet address

1BdVGd582jsQYBeLYgtgyptxKifZAC4Zdx to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 115**

Admit that You own, control, or have used Bitcoin Wallet address

1GyfGz6eBgCyBDKURQcTeyUZQsqgDHnnqX to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 116**

Admit that You own, control, or have used Bitcoin Wallet address

14ZNJS54YBnAFTvJfvN1SmKi3ABXHFMtmW to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 117**

Admit that You own, control, or have used Bitcoin Wallet address

1AqaB54bqo2hqHXSYznpMVuknA9DB3agzK to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 118**

Admit that You own, control, or have used Bitcoin Wallet address

1MGsEvMhZxGhPnYy6Q4GTWziha9BjTxqRm to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 119**

Admit that You own, control, or have used Bitcoin Wallet address

138edU4n5LRx1qEivCHJj96mFzxhdnu9FB to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 120**

 Admit that You own, control, or have used Bitcoin Wallet address

1G9QbRua2eBt2pPuGhLQSJwcRVWr1M9i9T to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 121**

 Admit that You own, control, or have used Bitcoin Wallet address

138j5X6fnjJdHVWPJ523L71Ypo2g8eGiy to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 122**

 Admit that You own, control, or have used Bitcoin Wallet address

1DMMqc9JaLyMTH8f26HtwNW6p8Fov9uRJM to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 123**

 Admit that You own, control, or have used Bitcoin Wallet address

1LqnoeSR31K7YqDCpZesYNporYdu4hAWjF to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 124**

 Admit that You own, control, or have used Bitcoin Wallet address

1BXVqzZUZh82WbGFbFRKBgi1BcoWF1mfix to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 125**

 Admit that You own, control, or have used Bitcoin Wallet address

1DbD7zFjYSQRiATc8dHxWUWSM9YmQYR9JW to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 126**

 Admit that You own, control, or have used Bitcoin Wallet address

1Hxof6WvLS8TjFFcDYUEQh2bx5ixn3F7UV to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 127**

    Admit that You own, control, or have used Bitcoin Wallet address

1LNWw6yCxkUmkhArb2Nf2MPw6vG7u5WG7q to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 128**

    Admit that You own, control, or have used Bitcoin Wallet address

12HddUDLhRP2F8JjpKYeKaDxxt5wUvx5nq to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 129**

    Admit that You own, control, or have used Bitcoin Wallet address

16Ls6azc76ixc9Ny7AB5ZPPq6oiEL9XwXy to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 130**

    Admit that You own, control, or have used Bitcoin Wallet address

1cXNTyXj4xPGopfYZNY5xfSM1EPJJvBZV to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 131**

    Admit that You own, control, or have used Bitcoin Wallet address

1KecDYadohxk8MCDqKf8SBEMhCUNveAsCj to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 132**

    Admit that You own, control, or have used Bitcoin Wallet address

1NobuZ86rkMkk66nP3DfEUH7Wyh4cHU4PS to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 133**

    Admit that You own, control, or have used Bitcoin Wallet address

1Ewk1sqTMYw41aYgtQiWvuoZbGGa99wHyj to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 134**

    Admit that You own, control, or have used Bitcoin Wallet address

1QFxZqrSKRmrEg3KxHwVSykdHqhpXLEcE5 to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 135**

    Admit that You own, control, or have used Bitcoin Wallet address

17QygLLmupiS4RtDx4mt7UKxsbqzqCJ52K to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 136**

    Admit that You own, control, or have used Bitcoin Wallet address

19Q2BMRGHp1GPjmZgVcUdUix38kNTu8kC to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 137**

    Admit that You own, control, or have used Bitcoin Wallet address

1NdsCxFDo9LCjv2ezt576FcTv977JV7Z5 to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 138**

Admit that You own, control, or have used Bitcoin Wallet address

1DN4apCuTBRJsFLGgd73dst4koe4B3LTH3 to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 139**

    Admit that You own, control, or have used Bitcoin Wallet address

1PYAfMzHqoyGsQEduVA7oknNNkHJ3caVMf to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 140**

    Admit that You own, control, or have used Bitcoin Wallet address

1EHbABoz6S9uAct2qhndCaD7uczSX7enK to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 141**

    Admit that You own, control, or have used Bitcoin Wallet address

12Fgt5jTUENHjYu4KtYaz9v7PMbno3ABan to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 142**

Admit that You own, control, or have used Bitcoin Wallet address

1HaKGe5hdSbr1vt8tYnrJxknCXdL8ZBTjd to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 143**

Admit that You own, control, or have used Bitcoin Wallet address

175ZgLYmGjyUgGE9YSxkKCnrYw4JotuHVs to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 144**

Admit that You own, control, or have used Bitcoin Wallet address

18XxMpYmfw9CRvxNsv5Wcad1nGv6nEUXgm to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 145**

Admit that You own, control, or have used Bitcoin Wallet address

1K6g3ZhjySFLmwfMGZfztUL8pgU2fC5NjC to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 146**

Admit that You own, control, or have used Bitcoin Wallet address

1PZkPhSoCRbmzVXQgup3EdsRjmQ17uysx8 to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 147**

Admit that You own, control, or have used Bitcoin Wallet address

1FWJqbwLPxoAwXBY2GxxrdhkoqRaSgxiTh to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 148**

Admit that You own, control, or have used Bitcoin Wallet address

1CekXVXyXy3WmkVN7F5ekUjf8jiLCmKS to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 149**

Admit that You own, control, or have used Bitcoin Wallet address

1Pi4eKS3iUTxykkqt1R3XfRFQBBprAykAJ to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 150**

Admit that You own, control, or have used Bitcoin Wallet address

1MZHD6C8XqvYHie4me3624d7gMd1SDziUC to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 151**

Admit that You own, control, or have used Bitcoin Wallet address

1LGWREsxPmGymEgiwmEmYwkkPxk76tHc7 to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 152**

Admit that You own, control, or have used Bitcoin Wallet address

1CgHctMYu3fhw6hiz1nRyYeUid3yX4C81A to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 153**

Admit that You own, control, or have used Bitcoin Wallet address

1ATZRWNMgV7TV31wNWaBqsaYuNaq1QqQE to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 154**

Admit that You own, control, or have used Bitcoin Wallet address

1HUuM17aso2QjupGDXUBeWtYttrtuFHLod to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 155**

Admit that You own, control, or have used Bitcoin Wallet address

1MFGky43Jc4nfnpofWAjzM87qeNwfK36Lb to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 156**

Admit that You own, control, or have used Bitcoin Wallet address

13jJhB3M1JLxQyKfzH8hgF8HFtGqvj9u1p to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 157**

Admit that You own, control, or have used Bitcoin Wallet address

1NJihGkjdWQGWtB5cGZSF9B6c6CrF1cdn7 to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 158**

Admit that You own, control, or have used Bitcoin Wallet address

1BdyyzgXacYx8nTatZ1irFY4EKyyBQ7y5 to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 159**

Admit that You own, control, or have used Bitcoin Wallet address

17Cr4N9LYsm4C94aXSvMqVZKE6FVzRWRV to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 160**

Admit that You own, control, or have used Bitcoin Wallet address

1AM4MxvnH45QWsKPX4dpwwrQnrtREzNEiN to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 161**

Admit that You own, control, or have used Bitcoin Wallet address

19Q2BMRGHp1GPjmZgVcUdUix38kNATu8kC to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 162**

Admit that You own, control, or have used Bitcoin Wallet address

1NdsCxFDo9LCjv2ezt576FctTv977JV7Z5 to transfer, store, or mine bitcoins.

**REQUEST FOR ADMISSION NO. 163**

Admit that You owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 044e32f5e01d70333fb84b744cb936bf49acab518282c111894b18bcf3a63c12.

**REQUEST FOR ADMISSION NO. 164**

Admit that You owned at least one of the Bitcoin Wallet addresses in Block Chain transaction c246c27e7bacc667d27ace253abf2bba82aa1e5fcd1d73e1b85863f6b890e1bf.

**REQUEST FOR ADMISSION NO. 165**

Admit that You owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 3a8954add69cb1ef52ddb69d4237269e81f983cf742e986c7a37a90d722e8297.

**REQUEST FOR ADMISSION NO. 166**

Admit that You owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 3b7c45eec9810eacb57effef5c2171dc0a6cf35de5d3c19d7d483252b21f97a9.

**REQUEST FOR ADMISSION NO. 167**

Admit that You owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 5e9d547f1aaa5e6dce080023cbc1771a9a6895cfc1b40394bdc0f1376a8d2f26.

**REQUEST FOR ADMISSION NO. 168**

Admit that You owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 6eb63eb2ef00b19e8ccb7d0005994e091e4192f2ef946cde561054a8845bd668.

**REQUEST FOR ADMISSION NO. 169**

Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 12425ac75946ff870caefd9f5cda52cb0c7a82d3b7f223642901d2e6f119956b.

**REQUEST FOR ADMISSION NO. 170**

    Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 1118be45bb832b22364b0ab06e5845ab93d014637d6df6758d07aa03ac589312.

**REQUEST FOR ADMISSION NO. 171**

    Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 2c0365e006915357a38effca6c01c9a9b2da6ec86627d71b8218bfc7534b0e.

**REQUEST FOR ADMISSION NO. 172**

    Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction b269bf1b82dae8a61f7f91dbfa9d807e30963c1ae00ddd95a8faebea6d0a007.

**REQUEST FOR ADMISSION NO. 173**

    Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 4ee89f7cf824a85ad5f11d52604ffdebe9f01302bcea8ddec0af450f9185ddf1.

**REQUEST FOR ADMISSION NO. 174**

    Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 1dda0f8827518ce4d1d824bf7600f75ec7c199774a090a947c58a65ab63552e3.

**REQUEST FOR ADMISSION NO. 175**

    Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 060d8c746dc1659fd624fcc8e7f5e458cb55c482b055bddcf0aec71510ceab8d.

**REQUEST FOR ADMISSION NO. 176**

    Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 6463b735b545133d4de2c043bc9269ac07724daf2bcd1501ceedac0bf11b3ad5.

**REQUEST FOR ADMISSION NO. 177**

Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 6925bd743c2a2dcb68d254990af5d75260665df54d42a0520893837687e8121e.

**REQUEST FOR ADMISSION NO. 178**

Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction b14fa3a802d03634af420afb208b1d238cfed9bbfbd1ca48b8c27df29ea78113.

**REQUEST FOR ADMISSION NO. 179**

Admit that You owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 6954607a91d7be09ae095b066299d91651039683fe1e66bf76e4000635acc5f1.

**REQUEST FOR ADMISSION NO. 180**

Admit that You owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 4f97c4837d1da9fc0ff0217607581c84f0fc087187033fb63e0d64baa5ac7880.

**REQUEST FOR ADMISSION NO. 181**

Admit that You owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 37712e4aaf4419454c6a3dcdbd45d90d0459b58054a6eeed426dd9ee819623f8.

**REQUEST FOR ADMISSION NO. 182**

Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 7cc8857522d314039334ae052f7f105e5c0da04a36b95d87a8462bf5055ff311.

**REQUEST FOR ADMISSION NO. 183**

Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction f33eab093997d3103d1919b192af15924e46e7febec743f60babea768ef2615c.

**REQUEST FOR ADMISSION NO. 184**

Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain

transaction 2da8f03d3b95ac1ae095a543d4c4654ea8e3414d0df7701881bffb5c62a62138.

**REQUEST FOR ADMISSION NO. 185**

Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction c2ac8c35990ecb9e8071fe1b8deb62295a976c2be39c02141ba4298a5af903ef.

**REQUEST FOR ADMISSION NO. 186**

Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction aa2075898d04142610f75560bea6a6aa909ee3c5882abf0832ea12253d8bdef9.

**REQUEST FOR ADMISSION NO. 187**

Admit that You have owned at least one of the Bitcoin Wallet addresses in Block Chain transaction 66a1f22b011b9c0e9f5d2f5dd901530d92d78105ba5c580e29c2d9f5963361fc.

**REQUEST FOR ADMISSION NO. 188**

Admit that You failed to keep each Exchange Member's Fiat Currency in the Member's account, in the Member's name as registered in his or her account details, or on such Member's behalf.

**REQUEST FOR ADMISSION NO. 189**

Admit that You were able to avoid keeping each Exchange Member's Fiat Currency in the Member's account, in the Member's name as registered in his or her account details, or on such Member's behalf because of financial services You received from Mizuho Bank, Ltd.

**REQUEST FOR ADMISSION NO. 190**

Admit that Mizuho Bank, Ltd. was aware that Persons managing or operating the Bitcoin Exchange Known as Mt. Gox failed to keep each Exchange Member's Fiat Currency in the Member's account, in the Member's name as registered in his or her account details, or on such Member's behalf.

**REQUEST FOR ADMISSION NO. 191**

Admit that You made Mizuho Bank, Ltd. aware that the Persons managing or operating the Bitcoin Exchange Known as Mt. Gox had failed to keep each Exchange Member's Fiat Currency in the Member's account, in the Member's name as registered in his or her account details, or on such Member's behalf.

**REQUEST FOR ADMISSION NO. 192**

Admit that Mizuho Bank, Ltd. continued to facilitate transfers of Fiat Currency into the Bitcoin Exchange Known as Mt. Gox after You made Mizuho aware that the Bitcoin Exchange Known as Mt. Gox was on the verge of collapse.

**REQUEST FOR ADMISSION NO. 193**

Admit that Mizuho Bank, Ltd. continued to facilitate transfers of Fiat Currency into the Bitcoin Exchange Known as Mt. Gox after You made Mizuho aware that the Persons who operated the Bitcoin Exchange Known as Mt. Gox had claimed that they had lost hundreds of millions of dollars of Member bitcoins and currency.

**REQUEST FOR ADMISSION NO. 194**

Admit that Mizuho Bank, Ltd. continued to facilitate transfers of Fiat Currency into the Bitcoin Exchange Known as Mt. Gox after February 7, 2014.

**REQUEST FOR ADMISSION NO. 195**

Admit that the Persons who filed bankruptcy on behalf of Mt. Gox KK have done so with the intent of delaying payments to creditors.

**REQUEST FOR ADMISSION NO. 196**

Admit that the Persons who filed bankruptcy on behalf of Mt. Gox KK have done so with the intent of distracting the public while You hide Your own Assets.

**REQUEST FOR ADMISSION NO. 197**

Admit that You are aware that the Persons who filed bankruptcy on behalf of Mt. Gox KK have done so with the intent of delaying payments to creditors.

**REQUEST FOR ADMISSION NO. 198**

Admit that You are aware that the Persons who filed bankruptcy on behalf of Mt. Gox KK have done so with the intent of distracting the public while You hide Your own Assets.

**REQUEST FOR ADMISSION NO. 199**

Admit that You have assisted the Persons who filed bankruptcy on behalf of Mt. Gox in delaying payments to creditors.

**REQUEST FOR ADMISSION NO. 200**

Admit that You have received help from legal services firms that are aware of Your plan to hide Your own Assets in Your effort to hide Assets from creditors.

**REQUEST FOR ADMISSION NO. 201**

Admit that You have received help from accounting firms that are aware of Your plan to hide Your own Assets in Your effort to hide Assets from creditors.

**REQUEST FOR ADMISSION NO. 202**

Admit that Mizuho Bank, Ltd. continued to facilitate transfers of Fiat Currency into the Bitcoin Exchange Known as Mt. Gox after Mizuho knew that the Persons who operated the Bitcoin Exchange Known as Mt. Gox had claimed to have lost millions of dollars of Members bitcoins and currency.

**REQUEST FOR ADMISSION NO. 203**

Admit that You specifically notified Mizuho Bank, Ltd. of the provision in the Terms of Use with Exchange Members that stated that the Bitcoin Exchange Known as Mt. Gox represented and warranted that it would "hold all monetary sums and all Bitcoins deposited by each Member in its Account, in that Member's name as registered in their Account details, and on such Member's behalf."

**REQUEST FOR ADMISSION NO. 204**

Admit that You own at least one Bitcoin Wallet that continues to directly receive bitcoins mined from the Eligius Mining Pool.

**REQUEST FOR ADMISSION NO. 205**

Admit that You directly mine bitcoins on the Eligius Mining Pool.

**REQUEST FOR ADMISSION NO. 206**

Admit that You have continued to receive bitcoins directly from the Eligius Mining Pool after Mt. Gox KK filed bankruptcy on February 28, 2014.

**REQUEST FOR ADMISSION NO. 207**

Admit that You possess over $10,000 worth of Bitcoin Mining Equipment.

**REQUEST FOR ADMISSION NO. 208**

Admit that You possess over $100,000 worth of Bitcoin Mining Equipment.

**REQUEST FOR ADMISSION NO. 209**

Admit that You own software that has the capacity to transfer bitcoins repeatedly through the Block Chain without the involvement of a human to process each transaction.

**REQUEST FOR ADMISSION NO. 210**

Admit that You mine bitcoins on Bitcoin Mining Pools apart from the Eligius Mining Pool.

**REQUEST FOR ADMISSION NO. 211**

Admit that Mark Karpeles stole at least 1,000 of the bitcoins he has claimed were lost due to "transaction malleability."

**REQUEST FOR ADMISSION NO. 212**

Admit that Mark Karpeles stole all of the bitcoins he has claimed were lost due to "transaction malleability."

**REQUEST FOR ADMISSION NO. 213**

Admit that transaction malleability did not cause the loss of hundreds of millions of dollars worth of Fiat Currency on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 214**

Admit that transaction malleability did not cause the loss of hundreds of thousands of dollars worth of Fiat Currency on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 215**

Admit that hackers did not cause the loss of tens of millions of dollars worth of Fiat Currency on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 216**

Admit that hackers did not cause the loss of hundreds of thousands of bitcoins on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 217**

Admit that a computer bug did not cause the loss of hundreds of millions of dollars worth of Fiat Currency on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 218**

Admit that a computer bug did not cause the loss of hundreds of thousands of bitcoins on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 219**

Admit that Mark Karpeles made material false statements in the bankruptcy or reorganization proceeding filed in Japan Related To the closing of the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 220**

Admit that Mark Karpeles made material false statements in his declaration filed in connection with the Chapter 15 recognition proceeding he caused to be filed in the Bankruptcy Court for the Northern District of Texas on or about March 10, 2014.

**REQUEST FOR ADMISSION NO. 221**

Admit that the Mt. Gox Business Plan Europe attached hereto as Ex. A is a true and accurate version of that document.

**REQUEST FOR ADMISSION NO. 222**

Admit that the Mt. Gox Business Plan Europe attached hereto as Ex. A was created by Mark Karpeles or Persons acting under his direction or control.

**REQUEST FOR ADMISSION NO. 223**

Admit that You have communicated with Mark Karpeles since February 28, 2014.

**REQUEST FOR ADMISSION NO. 224**

Admit that You continue to provide substantial assistance to Mark Karpeles.

**REQUEST FOR ADMISSION NO. 225**

Admit that Mark Karpeles could not have stolen Exchange Member bitcoins without Your help and assistance.

**REQUEST FOR ADMISSION NO. 226**

Admit that the Bitcoin Exchange Known as Mt. Gox was a Ponzi Scheme.

**REQUEST FOR ADMISSION NO. 227**

Admit that You were aware that the Bitcoin Exchange Known as Mt. Gox was a Ponzi Scheme.

**REQUEST FOR ADMISSION NO. 228**

Admit that You used interstate wires to take or exchange Member bitcoins and Fiat Currency after You were aware that the Bitcoin Exchange Known as Mt. Gox was not in possession of Exchange Member bitcoins and/or Fiat Currency.

**REQUEST FOR ADMISSION NO. 229**

Admit that You knew Mark Karpeles was engaged in fraud and willfully provided assistance to him in furtherance of the fraud, including helping him transfer bitcoins or Fiat Currency.

**REQUEST FOR ADMISSION NO. 230**

Admit that You knew Mark Karpeles was engaged in fraud and willfully provided assistance to him in furtherance of the fraud, including providing him and Related Persons with financial services.

**REQUEST FOR ADMISSION NO. 231**

      Admit that without his legal team, Mark Karpeles would not have been able to steal bitcoins and Fiat Currency from Exchange Members.

**REQUEST FOR ADMISSION NO. 232**

      Admit that You continue to hold bitcoins and Fiat Currency that can be traced back to the Class Members.

**REQUEST FOR ADMISSION NO. 233**

      Admit that You knew the Bitcoin Exchange Known as Mt. Gox did not possess the bitcoins and Fiat Currency it was claiming to hold on behalf of Exchange Members as early as January 2013.

**REQUEST FOR ADMISSION NO. 234**

      Admit that You continue to hold bitcoins and Fiat Currency that can be traced back to the Class Members.

**REQUEST FOR ADMISSION NO. 235**

      Admit that You knew the Bitcoin Exchange Known as Mt. Gox did not possess the bitcoins and Fiat Currency it was claiming to hold on behalf of Exchange Members as early as July 2013.

**REQUEST FOR ADMISSION NO. 236**

      Admit that You knew the Bitcoin Exchange Known as Mt. Gox did not possess the bitcoins and Fiat Currency it was claiming to hold on behalf of Exchange Members as early as January 2014.

**REQUEST FOR ADMISSION NO. 237**

Admit that You were aware that the owners of the Bitcoin Exchange Known as Mt. Gox had failed to segregate Exchange Member funds from the operating accounts of the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 238**

Admit that Mark Karpeles personally designed backend computer code that supported and ran the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 239**

Admit that Mark Karpeles built into the computer code that supported and ran the Bitcoin Exchange Known as Mt. Gox the capacity to allow him to hide or steal Exchange Member bitcoins and Fiat Currency.

**REQUEST FOR ADMISSION NO. 240**

Admit that You benefitted financially from fraud committed by Mark Karpeles as alleged in the Complaint.

**REQUEST FOR ADMISSION NO. 241**

Admit that You benefitted financially from the breaches of fiduciary duty committed by Mark Karpeles as alleged in the Complaint.

**REQUEST FOR ADMISSION NO. 242**

Admit that You benefitted financially from the breaches of express trust committed by Mark Karpeles as alleged in the Complaint.

**REQUEST FOR ADMISSION NO. 243**

Admit that You have received direct benefits from Exchange Members as a result of unscrupulous, unfair, or immoral conduct.

**REQUEST FOR ADMISSION NO. 244**

Admit that You have knowledge regarding the identity of the Person(s) who transferred 180,000 bitcoins between March 7, 2014 and March 15, 2014 through the Block Chain by splitting the bitcoins into other Wallets containing increasingly smaller bitcoin amounts.

**REQUEST FOR ADMISSION NO. 245**

Admit that You have knowledge regarding the identity of the Person who transferred 180,000 bitcoins between March 7, 2014 and March 15, 2014 through the Block Chain by splitting the bitcoins into other Wallets containing increasingly smaller bitcoin amounts to avoid detection.

**REQUEST FOR ADMISSION NO. 246**

Admit that You have knowledge regarding the identity of the Person(s) who transferred 180,000 bitcoins between March 7, 2014 and March 15, 2014 into other Wallets containing increasingly smaller bitcoin amounts to prepare such bitcoins for Mixing or Tumbling.

**REQUEST FOR ADMISSION NO. 247**

Admit that Mizuho continued to facilitate transactions from Persons into the Bitcoin Exchange Known as Mt. Gox after it knew that the Bitcoin Exchange Known as Mt. Gox was a Ponzi Scheme.

**REQUEST FOR ADMISSION NO. 248**

Admit that Mizuho continued to facilitate transactions from Persons into the Bitcoin Exchange Known as Mt. Gox after it knew that the Person(s) who operated or controlled the Bitcoin Exchange Known as Mt. Gox had claimed to suffered the loss of hundreds of thousands of Exchange Members' bitcoins.

**REQUEST FOR ADMISSION NO. 249**

Admit that Mizuho continued to facilitate transactions from Persons into the Bitcoin Exchange Known as Mt. Gox after it knew that the Person(s) who operated or controlled the Bitocin Exchange Known as Mt. Gox had claimed to have lost millions of dollars deposited by Exchange Members in the United States.

**REQUEST FOR ADMISSION NO. 250**

Admit that You possess Fiat Currency belonging to Plaintiff Greene.

**REQUEST FOR ADMISSION NO. 251**

Admit that You possess bitcoins belonging to Plaintiff Greene.

**REQUEST FOR ADMISSION NO. 252**

Admit that You possess Fiat Currency belonging to Plaintiff Lack.

**REQUEST FOR ADMISSION NO. 253**

Admit that You possess bitcoins belonging to Plaintiff Lack.

**REQUEST FOR ADMISSION NO. 254**

Admit that Mizuho accepted Plaintiff Lack's $40,000 in Fiat Currency for deposit on the Bitcoin Exchange Known as Mt. Gox after it had been made aware that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox was not keeping each Exchange Member's bitcoins and Fiat Currency in the Member's account, in the Member's name, or on the Member's behalf.

**REQUEST FOR ADMISSION NO. 255**

Admit that You knew as early as July 2013 that despite language in the Terms of Use with Exchange Members that it would keep each Member's bitcoins and Fiat Currency in the Member's account, in the Member's name, on the Member's behalf, that the Bitcoin Exchange

Known as Mt. Gox was not keeping each Member's bitcoins and Fiat Currency in the Member's account, in the Member's name, or on the Member's behalf.

**REQUEST FOR ADMISSION NO. 256**

Admit that You knew as early as July 2013 that despite language in the Terms of Use with Exchange Members that it would keep each Member's bitcoins and Fiat Currency in the Member's account, in the Member's name, on the Member's behalf, that the Bitcoin Exchange Known as Mt. Gox was not keeping each Member's bitcoins and Fiat Currency in the Member's account, in the Member's name, on the Member's behalf.

**REQUEST FOR ADMISSION NO. 257**

Admit that despite knowing as early as July 2013 that the Person(s) operating the Bitcoin Exchange Known as Mt. Gox were not keeping each Member's bitcoins and Fiat Currency in the Member's account, in the Member's name, on the Member's behalf, that You continued to provide substantial assistance to the Persons operating the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 258**

Admit that You have substantial Assets located in more than one country.

**REQUEST FOR ADMISSION NO. 259**

Admit that You helped conceal Mark Karpeles' theft of bitcoins from the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 260**

Admit that You helped conceal Mark Karpeles' theft of bitcoins from the Bitcoin Exchange Known as Mt. Gox during the pendency of Mt. Gox KK's bankruptcy proceedings.

**REQUEST FOR ADMISSION NO. 261**

Admit that You are in possession of hundreds of thousands of bitcoins that have been

divided into thousands of Bitcoin Wallets.

**REQUEST FOR ADMISSION NO. 262**

Admit that Mark Karpeles is in possession of hundreds of thousands of bitcoins that have been divided into thousands of Bitcoin Wallets.

**REQUEST FOR ADMISSION NO. 263**

Admit that You are in possession of Yubikeys associated with Bitcoin Wallets containing the 180,000 bitcoins moved through the Block Chain from Wallet 1KecDYadohxk8MCDqKf8SBEMhCUNveAsCj between March 6, 2014 and March 15, 2014.

**REQUEST FOR ADMISSION NO. 264**

Admit that You have knowledge of the Identity of the owner of Wallet 1KecDYadohxk8MCDqKf8SBEMhCUNveAsCj.

**REQUEST FOR ADMISSION NO. 265**

Admit that Mark Karpeles owns Wallet 1KecDYadohxk8MCDqKf8SBEMhCUNveAsCj.

**REQUEST FOR ADMISSION NO. 266**

Admit that You control Wallet 1KecDYadohxk8MCDqKf8SBEMhCUNveAsCj.

**REQUEST FOR ADMISSION NO. 267**

Admit that Mark Karpeles controls Wallet 1KecDYadohxk8MCDqKf8SBEMhCUNveAsCj

**REQUEST FOR ADMISSION NO. 268**

Admit that You knew the Bitcoin Exchange Known as Mt. Gox lacked the Fiat Currency and bitcoins that Person(s) who operated the Bitcoin Exchange Known as Mt. Gox represented publicly were being held by the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 269**

Admit that You profited from the assistance or services You provided to the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 270**

Admit that Mizuho continued to provide financial services to the Persons who operated the Bitcoin Exchange Known as Mt. Gox even after it knew that the Persons who operated the Bitcoin Exchange Known as Mt. Gox had claimed to have lost hundreds of thousands of Exchange Members' bitcoins.

**REQUEST FOR ADMISSION NO. 271**

Admit that over 30% of the transactions Mizuho helped facilitate for the Bitcoin Exchange Known as Mt. Gox were in connection with U.S. citizens.

**REQUEST FOR ADMISSION NO. 272**

Admit that over 50% of the transactions Mizuho helped facilitate for the Bitcoin Exchange Known as Mt. Gox were in connection with U.S. citizens.

**REQUEST FOR ADMISSION NO. 273**

Admit that Mark Karpeles owns Wallet 1Mi6XtS7USxafnQ22CnszsUgd8Vya8ZK18.

**REQUEST FOR ADMISSION NO. 274**

Admit that Mark Karpeles has used Wallet 1Mi6XtS7USxafnQ22CnszsUgd8Vya8ZK18.

**REQUEST FOR ADMISSION NO. 275**

Admit that Mark Karpeles controls the contents of Wallet 1Mi6XtS7USxafnQ22CnszsUgd8Vya8ZK18.

**REQUEST FOR ADMISSION NO. 276**

Admit that Mark Karpeles has transferred all or some of the 180,000 bitcoins moved

through the Block Chain from Wallet 1KecDYadohxk8MCDqKf8SBEMhCUNveAsCj between

March 6, 2014 and March 15, 2014 into Wallet 1Mi6XtS7USxafnQ22CnszsUgd8Vya8ZK18.

**REQUEST FOR ADMISSION NO. 277**

Admit that Tibanne KK own Wallet 1Mi6XtS7USxafnQ22CnszsUgd8Vya8ZK18.

**REQUEST FOR ADMISSION NO. 278**

Admit that Tibanne KK has used Wallet 1Mi6XtS7USxafnQ22CnszsUgd8Vya8ZK18.

**REQUEST FOR ADMISSION NO. 279**

Admit that Tibanne KK controls the contents of Wallet

1Mi6XtS7USxafnQ22CnszsUgd8Vya8ZK18.

**REQUEST FOR ADMISSION NO. 280**

Admit that Tibanne KK has transferred all or some of the 180,000 bitcoins moved

through the Block Chain from Wallet 1KecDYadohxk8MCDqKf8SBEMhCUNveAsCj between

March 6, 2014 and March 15, 2014 into Wallet 1Mi6XtS7USxafnQ22CnszsUgd8Vya8ZK18.

**REQUEST FOR ADMISSION NO. 281**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox owed a

fiduciary duty with respect to Exchange Members.

**REQUEST FOR ADMISSION NO. 282**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox entered

into express trust agreements with Exchange Members.

**REQUEST FOR ADMISSION NO. 283**

Admit that the express trust agreements entered into between the Person(s) who operated

the Bitcoin Exchange Known as Mt. Gox and Exchange Members required the Person(s) who

operated the Bitcoin Exchange Known as Mt. Gox to hold all bitcoins and Fiat currency in the Member's account, in the Member's name, and on the Member's behalf.

**REQUEST FOR ADMISSION NO. 284**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached the fiduciary duties owed to their Exchange Members.

**REQUEST FOR ADMISSION NO. 285**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their express trust agreements with Exchange Members.

**REQUEST FOR ADMISSION NO. 286**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their fiduciary duties to each Exchange Member by failing to hold each Exchange Member's bitcoins in the Member's account, in the Member's name, and on the Member's behalf.

**REQUEST FOR ADMISSION NO. 287**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their express trust agreements with each Exchange Member by failing to hold each Exchange Member's bitcoins in the Member's account, in the Member's name, and on the Member's behalf.

**REQUEST FOR ADMISSION NO. 288**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their contracts with each Exchange Member by failing to hold each Exchange Member's bitcoins in the Member's account, in the Member's name, and on the Member's behalf.

**REQUEST FOR ADMISSION NO. 289**

Admit that the Person(s) who operated the Bitcoin Exchange Known as MtGox breached their fiduciary duties to each Exchange Member by stealing Member bitcoins and Fiat currency.

**REQUEST FOR ADMISSION NO. 290**

Admit that the Person(s) who operated the Bitcoin Exchange Known as MtGox breached their express trust agreements with each Exchange Member by stealing Member bitcoins and Fiat Currency.

**REQUEST FOR ADMISSION NO. 291**

Admit that the Person(s) who operated the Bitcoin Exchange Known as MtGox breached their contracts with each Exchange Member by stealing Member bitcoins and Fiat Currency.

**REQUEST FOR ADMISSION NO. 292**

Admit that the Person(s) who operated the Bitcoin Exchange Known as MtGox breached their fiduciary duties to each Exchange Member by continuing to accept Member deposits after such Person(s) knew that the Bitcoin Exchange known as Mt. Gox had lost hundreds of thousands of Exchange Member bitcoins.

**REQUEST FOR ADMISSION NO. 293**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their express trust agreements to each Exchange Member by continuing to accept Member deposits after such Person(s) knew that the Bitcoin Exchange known as Mt. Gox had lost hundreds of thousands of Exchange Member bitcoins.

**REQUEST FOR ADMISSION NO. 294**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their express trust agreements with each Exchange Member by continuing to accept

Member deposits after such Person(s) knew that the Bitcoin Exchange known as Mt. Gox had lost hundreds of thousands of dollars of Exchange Member Fiat Currency.

## REQUEST FOR ADMISSION NO. 295

Admit that the Person(s) who operated the Bitcoin Exchange Known as MtGox breached their fiduciary duty to each Exchange Member by continuing to accept Member deposits after such Persons knew that the Bitcoin Exchange known as Mt. Gox had lost hundreds of thousands of dollars of Exchange Member Fiat Currency.

## REQUEST FOR ADMISSION NO. 296

Admit that the Person(s) who operated the Bitcoin Exchange Known as MtGox breached their express trust agreements with each Exchange Member by representing to Exchange Members and the public that the Bitcoin Exchange Known as Mt. Gox was "experiencing a problem where some bitcoin withdrawals [were] not being transferred correctly, affecting a limited number of users" after such Persons knew that the Bitcoin Exchange known as Mt. Gox had lost hundreds of thousands of dollars of Exchange Member Fiat Currency.

## REQUEST FOR ADMISSION NO. 297

Admit that the Person(s) who operated the Bitcoin Exchange Known as MtGox breached their fiduciary duty to each Exchange Member by representing to Exchange Members and the public that the Bitcoin Exchange Known as Mt. Gox was "experiencing a problem where some bitcoin withdrawals [were] not being transferred correctly, affecting a limited number of users" after such Persons knew that the Bitcoin Exchange known as Mt. Gox had lost hundreds of thousands of dollars of Exchange Member Fiat Currency.

## REQUEST FOR ADMISSION NO. 298

Admit that the Person(s) who operated the Bitcoin Exchange Known as MtGox breached

their fiduciary duty to each Exchange Member by representing to Exchange Members and the public that a "bug," or "technical malfunction" was affecting the Bitcoin Exchange Known as Mt. Gox even though such Person(s) were aware that no such technical malfunction existed.

**REQUEST FOR ADMISSION NO. 299**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their express trust agreements with each Exchange Member by representing to Exchange Members and the public that a "bug," or "technical malfunction" was affecting the Bitcoin Exchange Known as Mt. Gox even though such Person(s) were aware that no such technical malfunction existed.

**REQUEST FOR ADMISSION NO. 300**

Admit that the Person(s) who operated the Bitcoin Exchange Known as MtGox breached their fiduciary duty to each Exchange Member by representing to Exchange Members and the public that such Person(s) were investigating a "bug," or "technical malfunction" purportedly affecting the Bitcoin Exchange Known as Mt. Gox even though such Person(s) were aware that no such investigation was undertaken.

**REQUEST FOR ADMISSION NO. 301**

Admit that the Person(s) who operated the Bitcoin Exchange Known as MtGox breached their express trust agreement with each Exchange Member by representing to Exchange Members and the public that such Person(s) were investigating a "bug," or "technical malfunction" purportedly affecting the Bitcoin Exchange Known as Mt. Gox even though such Person(s) were aware that no such investigation was undertaken.

**REQUEST FOR ADMISSION NO. 302**

Admit that the Person(s) who operated the Bitcoin Exchange Known as MtGox breached

their fiduciary duty to each Exchange Member by representing to Exchange Members and the public that such Person(s) were investigating "transaction malleability" issues purportedly affecting the Bitcoin Exchange Known as Mt. Gox even though such Person(s) were aware that no such transaction malleability issues were affecting the Bitcoin Exchange Known as Mt. Gox.

## REQUEST FOR ADMISSION NO. 303

Admit that the Person(s) who operated the Bitcoin Exchange Known as MtGox breached their express trust agreements with each Exchange Member by representing to Exchange Members and the public that such Person(s) were investigating "transaction malleability" issues purportedly affecting the Bitcoin Exchange Known as Mt. Gox even though such Person(s) were aware that no transaction malleability issues were affecting the Bitcoin Exchange Known as Mt. Gox.

## REQUEST FOR ADMISSION NO. 304

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their fiduciary duty with each Exchange Member by representing to Exchange Members and the public that such Person(s) were investigating "transaction malleability" issues purportedly affecting the Bitcoin Exchange Known as Mt. Gox even though no such investigation was undertaken.

## REQUEST FOR ADMISSION NO. 305

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their express trust agreement with each Exchange Member by representing to Exchange Members and the public that such Person(s) were investigating "transaction malleability" issues purportedly affecting the Bitcoin Exchange Known as Mt. Gox even though no such investigation was undertaken.

**REQUEST FOR ADMISSION NO. 306**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their fiduciary duty with each Exchange Member by representing to Exchange Members and the public that such Person(s) had "implemented a solution that should enable withdrawals" through the Bitcoin Exchange Known as Mt. Gox even though no such solution had been implemented.

**REQUEST FOR ADMISSION NO. 307**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their express trust agreement with each Exchange Member by representing to Exchange Members and the public that such Person(s) had "implemented a solution that should enable withdrawals" through the Bitcoin Exchange Known as Mt. Gox even though no such solution had been implemented.

**REQUEST FOR ADMISSION NO. 308**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their fiduciary duty with each Exchange Member by representing to Exchange Members and the public that such Person(s) were working to "re-initiate bitcoin withdrawals" even though no such efforts were being made.

**REQUEST FOR ADMISSION NO. 309**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their express trust agreement with each Exchange Member by representing to Exchange Members and the public that such Person(s) were working to "re-initiate bitcoin withdrawals" even though no such efforts were being made.

**REQUEST FOR ADMISSION NO. 310**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their fiduciary duty to each Exchange Member by representing to Exchange Members and the public that the Bitcoin Exchange Known as Mt. Gox was experiencing issues "due to a change in [its] banking systems" even though no such changes were being made.

**REQUEST FOR ADMISSION NO. 311**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their express trust agreement with each Exchange Member by representing to Exchange Members and the public that the Bitcoin Exchange Known as Mt. Gox was experiencing issues "due to a change in [its] banking systems" even though no such changes were being made.

**REQUEST FOR ADMISSION NO. 312**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their fiduciary duty to each Exchange Member by representing to Exchange Members and the public that the Bitcoin Exchange Known as Mt. Gox was developing new business relationships with banks for improved withdrawal capabilities, where no such relationships were being developed.

**REQUEST FOR ADMISSION NO. 313**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their express trust agreements with each Exchange Member by representing to Exchange Members and the public that the Bitcoin Exchange Known as Mt. Gox was developing new business relationships with banks for improved withdrawal capabilities, where no such relationships were being developed.

**REQUEST FOR ADMISSION NO. 314**

Admit that You knew that the representations Identified in Requests for Admission Nos. 296 through 313, were misleading to Exchange Members.

**REQUEST FOR ADMISSION NO. 315**

Admit that You intended to mislead Exchange Members through the representations Identified in Requests for Admission Nos. 296 through 313 above.

**REQUEST FOR ADMISSION NO. 316**

Admit that You made the representations Identified in Requests for Admission Nos. 296 through 313 while You were preparing to shut down the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 317**

Admit that You made the representations Identified in Requests for Admission Nos. 296 through 313 above while Mt. Gox KK was preparing to file for bankruptcy protection.

**REQUEST FOR ADMISSION NO. 318**

Admit that Mutum Sigillum holds, owns, or is in control of Assets in excess of $1,000 in the United States.

**REQUEST FOR ADMISSION NO. 319**

Admit that Mutum Sigillum holds, owns, or is in control of Assets in excess of $10,000 in the United States.

**REQUEST FOR ADMISSION NO. 320**

Admit that Mutum Sigillum holds, owns, or is in control of Assets in excess of $100,000 in the United States.

**REQUEST FOR ADMISSION NO. 321**

Admit that Mutum Sigillum holds, owns, or is in control of Assets in excess of

$1,000,000 in the United States.

**REQUEST FOR ADMISSION NO. 322**

Admit that Mutum Sigillum holds, owns, or is in control of Assets in excess of

$10,000,000 in the United States.

**REQUEST FOR ADMISSION NO. 323**

Admit that Mutum Sigillum holds, owns, or is in control of Assets in excess of

$100,000,000 in the United States.

**REQUEST FOR ADMISSION NO. 324**

Admit that Mark Karpeles used or has used Mutum Sigillum as a corporate alter ego.

**REQUEST FOR ADMISSION NO. 325**

Admit that Mark Karpeles used Mutum Sigillum to operate an unlicensed money-

transmitting business.

**REQUEST FOR ADMISSION NO. 326**

Admit that the contents of bank accounts held by Mutum Sigillum were seized by the

United States government.

**REQUEST FOR ADMISSION NO. 327**

Admit that Mark Karpeles was the only signatory on the Wells Fargo Bank records

associated with Mutum Sigillum that were seized by the United States government.

**REQUEST FOR ADMISSION NO. 328**

Admit that Mark Karpeles is the owner of Mutum Sigillum.

**REQUEST FOR ADMISSION NO. 329**

Admit that Mutum Sigillum means "dumb seal" in Latin.

**REQUEST FOR ADMISSION NO. 330**

Admit that Mutum Sigillum means "worthless little symbol" in Latin.

**REQUEST FOR ADMISSION NO. 331**

Admit that Mutum Sigillum failed to observe corporate formalities.

**REQUEST FOR ADMISSION NO. 332**

Admit that Mark Karpeles is the only Employee of Mutum Sigillum.

**REQUEST FOR ADMISSION NO. 333**

Admit that Mark Karpeles failed to keep separate bank accounts between Mutum

Sigillum and other entities.

**REQUEST FOR ADMISSION NO. 334**

Admit that Mark Karpeles commingled funds associated with Mutum Sigillum with

funds of other entities.

**REQUEST FOR ADMISSION NO. 335**

Admit that Mark Karpeles established Mutum Sigillum for the purpose of stealing or

misappropriating Fiat Currency and/or bitcoins.

**REQUEST FOR ADMISSION NO. 336**

Admit that Mark Karpeles established Mutum Sigillum for the purpose of concealing his

theft or misappropriation of Fiat Currency and/or bitcoins.

**REQUEST FOR ADMISSION NO. 337**

Admit that Mark Karpeles used Mutum Sigillum to steal or misappropriate Fiat Currency

and/or bitcoins.

**REQUEST FOR ADMISSION NO. 338**

Admit that Mark Karpeles used Mutum Sigillum to conceal his theft or misappropriation

of Fiat Currency and/or bitcoins.

**REQUEST FOR ADMISSION NO. 339**

Admit that 100 bitcoins, Including bitcoins contained in Bitcoin Wallets, are in Mutum Sigillum's possession or control, or are being held on Mutum Sigillum's behalf.

**REQUEST FOR ADMISSION NO. 340**

Admit that 1,000 bitcoins, Including bitcoins contained in Bitcoin Wallets, are in Mutum Sigillum's possession or control, or are being held on Mutum Sigillum's behalf.

**REQUEST FOR ADMISSION NO. 341**

Admit that 10,000 bitcoins, Including bitcoins contained in Bitcoin Wallets, are in Mutum Sigillum's possession or control, or are being held on Mutum Sigillum's behalf.

**REQUEST FOR ADMISSION NO. 342**

Admit that 100,000 bitcoins, Including bitcoins contained in Bitcoin Wallets, are in Mutum Sigillum's possession or control, or are being held on Mutum Sigillum's behalf.

**REQUEST FOR ADMISSION NO. 343**

Admit that 1,000,000 bitcoins, Including bitcoins contained in Bitcoin Wallets, are in Mutum Sigillum's possession or control, or are being held on Mutum Sigillum's behalf.

**REQUEST FOR ADMISSION NO. 344**

Admit that 100 YubiKeys are in Mutum Sigillum's possession or control, or are being held on Mutum Sigillum's behalf.

**REQUEST FOR ADMISSION NO. 345**

Admit that 1,000 YubiKeys are in Mutum Sigillum's possession or control, or are being held on Mutum Sigillum's behalf.

**REQUEST FOR ADMISSION NO. 346**

Admit that 10,000 YubiKeys are in Mutum Sigillum's possession or control, or are being held on Mutum Sigillum's behalf.

**REQUEST FOR ADMISSION NO. 347**

Admit that 100,000 YubiKeys are in Mutum Sigillum's possession or control, or are being held on Mutum Sigillum's behalf.

**REQUEST FOR ADMISSION NO. 348**

Admit that You transferred, or had transferred on Your behalf, 100 bitcoins to or from Mutum Sigillum during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 349**

Admit that You transferred, or had transferred on Your behalf, 1,000 bitcoins to or from Mutum Sigillum during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 350**

Admit that You transferred, or had transferred on Your behalf, 10,000 bitcoins to or from Mutum Sigillum during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 351**

Admit that You transferred, or had transferred on Your behalf, 100,000 bitcoins to or from Mutum Sigillum during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 352**

Admit that You transferred, or had transferred on Your behalf, Fiat Currency or other Assets with a value in excess of $1,000 to or from Mutum Sigillum during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 353**

Admit that You transferred, or had transferred on Your behalf, Fiat Currency or other Assets with a value in excess of $10,000 to or from Mutum Sigillum during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 354**

Admit that You transferred, or had transferred on Your behalf, Fiat Currency or other Assets with a value in excess of $100,000 to or from Mutum Sigillum during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 355**

Admit that You transferred, or had transferred on Your behalf, Fiat Currency or other Assets with a value in excess of $1,000,000 to or from Mutum Sigillum during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 356**

Admit that You transferred, or had transferred on Your behalf, Fiat Currency or other Assets with a value in excess of $10,000,000 to or from Mutum Sigillum during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 357**

Admit that You transferred, or had transferred on Your behalf, Fiat Currency or other Assets with a value in excess of $100,000,000 to or from Mutum Sigillum during the Relevant Time Period.

**REQUEST FOR ADMISSION NO. 358**

Admit that You transferred, or had transferred on Your behalf, Fiat Currency or other Assets with a value in excess of $1,000 to or from Mutum Sigillum between January 2014 and

the present.

**REQUEST FOR ADMISSION NO. 359**

Admit that You transferred, or had transferred on Your behalf, Fiat Currency or other Assets with a value in excess of $10,000 to or from Mutum Sigillum between January 2014 and the present.

**REQUEST FOR ADMISSION NO. 360**

Admit that You transferred, or had transferred on Your behalf, Fiat Currency or other Assets with a value in excess of $100,000 to or from Mutum Sigillum between January 2014 and the present.

**REQUEST FOR ADMISSION NO. 361**

Admit that You transferred, or had transferred on Your behalf, Fiat Currency or other Assets with a value in excess of $1,000,000 to or from Mutum Sigillum between January 2014 and the present.

**REQUEST FOR ADMISSION NO. 362**

Admit that You transferred, or had transferred on Your behalf, Fiat Currency or other Assets with a value in excess of $10,000,000 to or from Mutum Sigillum between January 2014 and the present.

**REQUEST FOR ADMISSION NO. 363**

Admit that You transferred, or had transferred on Your behalf, Fiat Currency or other Assets with a value in excess of $100,000,000 to or from Mutum Sigillum between January 2014 and the present.

**REQUEST FOR ADMISSION NO. 364**

Admit that Mizuho Bank, Ltd. continued to facilitate transfers of Fiat Currency into the Bitcoin Exchange Known as Mt. Gox after Mizuho became aware of serial complaints Relating To Member transactions on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 365**

Admit that Mizuho bank accounts Related To the Bitcoin Exchange Known as Mt. Gox were not properly segregated between customer and operational funds.

**REQUEST FOR ADMISSION NO. 366**

Admit that You entered into valid and enforceable agreements with Exchange Members through Your Terms of Service.

**REQUEST FOR ADMISSION NO. 367**

Admit that You entered into valid and enforceable agreements with each Exchange Member that required You to adequately protect and hold the bitcoins and Fiat Currency of each Exchange Member.

**REQUEST FOR ADMISSION NO. 368**

Admit that You entered into valid and enforceable agreements with each Exchange Member that required You to allow Exchange Members to safely and quickly buy, sell, trade, or withdraw their bitcoins through the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 369**

Admit that You entered into valid and enforceable agreements with each Exchange Member that required You to allow Exchange Members to safely and quickly buy, sell, trade, or withdraw their Fiat Currency through the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 370**

Admit that Exchange Members performed all the obligations of any contract or agreement they entered into with You.

**REQUEST FOR ADMISSION NO. 371**

Admit that You breached Your contracts with each Exchange Member by failing to safely and adequately protect and hold Exchange Members' bitcoins.

**REQUEST FOR ADMISSION NO. 372**

Admit that You breached Your contracts with each Exchange Member by failing to safely and adequately protect and hold Exchange Members' Fiat Currency.

**REQUEST FOR ADMISSION NO. 373**

Admit that You breached Your contracts with each Exchange Member by unlawfully retaining, losing, or misusing Exchange Members' bitcoins.

**REQUEST FOR ADMISSION NO. 374**

Admit that You breached Your contracts with each Exchange Member by unlawfully retaining, losing, or misusing Exchange Members' Fiat Currency.

**REQUEST FOR ADMISSION NO. 375**

Admit that You had an obligation to be truthful in Your advertisements and representations Relating To The Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 376**

Admit that You made false representations Relating to the Bitcoin Exchange Known as Mt. Gox to Exchange Members.

**REQUEST FOR ADMISSION NO. 377**

Admit that Exchange Members do not have access to any transaction records Relating To

the deposits, purchases, sales, trades, or withdrawals of bitcoins made on the Bitcoin Exchange

Known as Mt. Gox, other than their own records.

**REQUEST FOR ADMISSION NO. 378**

     Admit that Exchange Members do not have access to any transaction records Relating

To the deposits, purchases, sales, trades, or withdrawals of Fiat Currency made on the Bitcoin

Exchange Known as Mt. Gox, other than their own records.

**REQUEST FOR ADMISSION NO. 379**

     Admit that You and the other Defendants in this lawsuit have access to transaction

records Relating To the deposits, purchases, sales, trades, or withdrawals of bitcoins made on the

Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 380**

     Admit that You and the other Defendants in this lawsuit have access to transaction

records Relating To the deposits, purchases, sales, trades, or withdrawals of Fiat Currency made

on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 381**

     Admit that You, in conjunction with any other Defendant in this lawsuit, entered into a

knowing agreement whereby You conspired to misappropriate user funds that had been entrusted

to bank accounts held by Mizuho.

**REQUEST FOR ADMISSION NO. 382**

     Admit that You used Mizuho's services to continue extracting Fiat Currency and other

Assets from Exchange Members' accounts even after Mt. Gox KK intended to file for

bankruptcy protection.

**REQUEST FOR ADMISSION NO. 383**

Admit that You used Mizuho's services to continue extracting Fiat Currency and other Assets from Exchange Members' accounts in the United States after Mt. Gox KK intended to file for bankruptcy protection.

**REQUEST FOR ADMISSION NO. 384**

Admit that You used Mizuho's services to continue extracting Fiat Currency and other Assets from Exchange Members' accounts after February 24, 2014.

**REQUEST FOR ADMISSION NO. 385**

Admit that You used Mizuho's services to continue extracting Fiat Currency and other Assets from Exchange Members' accounts in the United States after February 24, 2014.

**REQUEST FOR ADMISSION NO. 386**

Admit that Mizuho accepted and deposited transfers into the Bitcoin Exchange Known as Mt. Gox after Mt. Gox KK filed for bankruptcy protection.

**REQUEST FOR ADMISSION NO. 387**

Admit that Mizuho accepted and deposited transfers into the Bitcoin Exchange Known as Mt. Gox after Mizuho became aware that the Bitcoin Exchange Known as Mt. Gox lacked sufficient funds to operate the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 388**

Admit that You entered into an agreement with accounting firms to assist You in concealing Fiat Currency misappropriated from Exchange Members.

**REQUEST FOR ADMISSION NO. 389**

Admit that You entered into an agreement with accounting firms to assist You in concealing bitcoins misappropriated from Exchange Members.

**REQUEST FOR ADMISSION NO. 390**

Admit that You entered into an agreement with legal firms to assist You in concealing Fiat Currency misappropriated from Exchange Members.

**REQUEST FOR ADMISSION NO. 391**

Admit that You entered into an agreement with legal firms to assist You in concealing bitcoins misappropriated from Exchange Members.

**REQUEST FOR ADMISSION NO. 392**

Admit that You entered into an agreement with banks or other financial institutions to assist You in concealing Fiat Currency misappropriated from Exchange Members.

**REQUEST FOR ADMISSION NO. 393**

Admit that You entered into an agreement with banks or other financial institutions to assist You in concealing bitcoins misappropriated from Exchange Members.

**REQUEST FOR ADMISSION NO. 394**

Admit that You, together with any Defendant to this lawsuit, used interstate wires to steal or misappropriate the bitcoins of Exchange Members.

**REQUEST FOR ADMISSION NO. 395**

Admit that You, together with any Defendant to this lawsuit, used interstate wires to steal or misappropriate the Fiat Currency of Exchange Members.

**REQUEST FOR ADMISSION NO. 396**

Admit that You, together with any Defendant to this lawsuit, used interstate wires to conceal the misappropriation of the bitcoins of Exchange Members.

**REQUEST FOR ADMISSION NO. 397**

Admit that You, together with any Defendant to this lawsuit, used interstate wires to

conceal the misappropriation of the Fiat Currency of Exchange Members.

**REQUEST FOR ADMISSION NO. 398**

Admit that other Defendants to this lawsuit have collectively used interstate wires to steal or misappropriate the bitcoins of Exchange Members.

**REQUEST FOR ADMISSION NO. 399**

Admit that other Defendants to this lawsuit have collectively used interstate wires to steal or misappropriate the Fiat Currency of Exchange Members.

**REQUEST FOR ADMISSION NO. 400**

Admit that Jed McCaleb was aware of the fraudulent misappropriation of Exchange Members' bitcoins.

**REQUEST FOR ADMISSION NO. 401**

Admit that Jed McCaleb was aware of the fraudulent misappropriation of Exchange Members' Fiat Currency.

**REQUEST FOR ADMISSION NO. 402**

Admit that Jed McCaleb was aware of the concealment of bitcoins misappropriated from Exchange Members.

**REQUEST FOR ADMISSION NO. 403**

Admit that Jed McCaleb was aware of the concealment of Fiat Currency misappropriated from Exchange Members.

**REQUEST FOR ADMISSION NO. 404**

Admit that Jed McCaleb benefitted from the misappropriation of bitcoins from Exchange Members.

**REQUEST FOR ADMISSION NO. 405**

Admit that Jed McCaleb benefitted from the misappropriation of Fiat Currency from Exchange Members.

**REQUEST FOR ADMISSION NO. 406**

Admit that You were aware of the fraudulent misappropriation of Exchange Members' bitcoins.

**REQUEST FOR ADMISSION NO. 407**

Admit that You were aware of the fraudulent misappropriation of Exchange Members' Fiat Currency.

**REQUEST FOR ADMISSION NO. 408**

Admit that You were aware of the concealment of bitcoins misappropriated from Exchange Members.

**REQUEST FOR ADMISSION NO. 409**

Admit that You were aware of the concealment of Fiat Currency misappropriated from Exchange Members.

**REQUEST FOR ADMISSION NO. 410**

Admit that You benefitted from the misappropriation of bitcoins from Exchange Members.

**REQUEST FOR ADMISSION NO. 411**

Admit that You benefitted from the misappropriation of Fiat Currency from Exchange Members.

**REQUEST FOR ADMISSION NO. 412**

Admit that Mark Karpeles had control over the public statements made about the Bitcoin

Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 413**

Admit that Mark Karpeles had control over the Bitcoin Exchange Known as Mt. Gox's website located at www.mtgox.com and its subdomains.

**REQUEST FOR ADMISSION NO. 414**

Admit that Mark Karpeles had control over the maintenance of hardware used to operate the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 415**

Admit that Mark Karpeles had control over the maintenance of software used to operate the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 416**

Admit that Mark Karpeles had control over the customer service operations of the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 417**

Admit that the Bitcoin Exchange Known as Mt. Gox operates from servers located in the Commonwealth of Massachusetts.

**REQUEST FOR ADMISSION NO. 418**

Admit that the Bitcoin Exchange Known as Mt. Gox operates from servers located at IP address 23.198.168.44.

**REQUEST FOR ADMISSION NO. 419**

Admit that consumers were required to sign up for an account at www.mtgox.com in order to purchase, sell, or transfer bitcoins or Fiat Currency on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 420**

Admit that consumers were required to agree to Your Terms of Use in order to purchase, sell, or transfer bitcoins or Fiat Currency on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 421**

Admit that You received a transaction fee for each trade made on the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 422**

Admit that You continued to mine and receive bitcoins in the United States even after Your Assets were frozen by Order of the Court dated March 11, 2014.

**REQUEST FOR ADMISSION NO. 423**

Admit that any Defendant to this lawsuit continued to mine and receive bitcoins in the United States even after their Assets were frozen by Order of the Court dated March 11, 2014.

**REQUEST FOR ADMISSION NO. 424**

Admit that some Exchange Members in the United States were required to transfer or transmit their bitcoins to the Bitcoin Exchange Known as Mt. Gox through Mizuho.

**REQUEST FOR ADMISSION NO. 425**

Admit that some Exchange Members in the United States were required to transfer or transmit their Fiat Currency to the Bitcoin Exchange Known as Mt. Gox through Mizuho.

**REQUEST FOR ADMISSION NO. 426**

Admit that all Exchange Members in the United States were required to transfer or transmit their bitcoins to the Bitcoin Exchange Known as Mt. Gox through Mizuho.

**REQUEST FOR ADMISSION NO. 427**

Admit that all Exchange Members in the United States were required to transfer or

transmit their Fiat Currency to the Bitcoin Exchange Known as Mt. Gox through Mizuho.

**REQUEST FOR ADMISSION NO. 428**

Admit that You profited from transactions fees even after Exchange Members were unable to withdraw bitcoins from the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 429**

Admit that You profited from transactions fees even after Exchange Members were unable to withdraw Fiat Currency from the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 430**

Admit that You breached Your fiduciary duties to each Exchange Member by profiting from transactions fees even after Exchange Members were unable to withdraw bitcoins or Fiat Currency from the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 431**

Admit that You breached Your express trust agreement with each Exchange Member by profiting from transactions fees even after Exchange Members were unable to withdraw bitcoins or Fiat Currency from the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 432**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox failed to exercise reasonable care in maintaining, protecting, and safeguarding Exchange Members' bitcoins and Fiat Currency.

**REQUEST FOR ADMISSION NO. 433**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their fiduciary duty to Exchange Members by failing to exercise reasonable care in maintaining, protecting, and safeguarding Exchange Members' bitcoins and Fiat Currency.

**REQUEST FOR ADMISSION NO. 434**

Admit that the Person(s) who operated the Bitcoin Exchange Known as Mt. Gox breached their express trust agreements with each Exchange Member by failing to exercise reasonable care in maintaining, protecting, and safeguarding Exchange Members' bitcoins and Fiat Currency.

**REQUEST FOR ADMISSION NO. 435**

Admit that You would not have been able to misappropriate Exchange Members' bitcoins without the assistance of other Defendants to this lawsuit.

**REQUEST FOR ADMISSION NO. 436**

Admit that You would not have been able to misappropriate Exchange Members' Fiat Currency without the assistance of other Defendants to this lawsuit.

**REQUEST FOR ADMISSION NO. 437**

Admit that You would not have been able to conceal the misappropriation of Exchange Members' Assets without the assistance of other Defendants to this lawsuit.

**REQUEST FOR ADMISSION NO. 438**

Admit that You have no intention of reopening the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 439**

Admit that You have no intention of allowing Exchange Members to withdraw their bitcoins from the Bitcoin Exchange Known as Mt. Gox.

**REQUEST FOR ADMISSION NO. 440**

Admit that You have no intention of allowing Exchange Members to withdraw their Fiat Currency from the Bitcoin Exchange Known as Mt. Gox.

**GREGORY GREENE**, individually and on behalf of a class of similarly situated individuals,

Dated: March 21, 2014

By: ___/s/ Steven L. Woodrow___
       One of Plaintiffs' Attorneys

Steven L. Woodrow
swoodrow@edelson.com
Megan Lindsey
mlindsey@edelson.com
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Tel: 303.357.4878
Fax: 303.446.9111

Jay Edelson
jedelson@edelson.com
Christopher L. Dore
cdore@edelson.com
David I. Mindell
dmindell@edelson.com
Alicia Hwang
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiffs and the Putative Classes*

## CERTIFICATE OF SERVICE

I, Steven L. Woodrow, an attorney, hereby certify that on March 21, 2014, I served the above and foregoing ***Plaintiff Gregory Greene's First Set of Requests to Admit Facts to Defendant Gonzague Gay-Bouchery*** by causing true and accurate copies of such paper to be transmitted via International Express Mail and sent via electronic mail to the person shown below:

Via electronic mail:
>  gonzague.a@me.com
>  nihoncar.com@service.tibanne.com

Via International Express Mail:
>  Gonzague Gay-Bouchery
>  3-9-10 Jiyugaoka
>  Tokyo, Japan 152-0035
>  +81.8036991881
>
>  Gonzague Gay-Bouchery
>  c/o Tibanne Privacy
>  Shibuya 2-11-5
>  Tokyo, Japan 150-0002
>  +81.345206200

>  /s/  Steven L. Woodrow
>  Steven L. Woodrow