IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS,<br><br>   *Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

## NOTICE OF MOTION

TO:  All counsel of record

  PLEASE TAKE NOTICE that on **April 23, 2014 at 9:00 a.m.** the undersigned shall appear before **Hon. Gary Feinerman,** in **Courtroom 2125** at 219 South Dearborn Street, Chicago, Illinois and shall present **Gay-Bouchery's Motion to Quash Plaintiffs' First Set of Requests to Admit or in the Alternative, for Extension of Time to Answer Requests,** a copy of which is attached and served on you.

            GONZAGUE GAY-BOUCHERY

         By:  /s Daniel J. Fumagalli
            His attorney

Daniel J. Fumagalli
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 855-4330
dfumagalli@chuhak.com

2372979.1.24187.54364

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on April 18, 2014 a copy of the foregoing Notice of Motion referred to above was filed electronically. Notice of this filing will be sent to registered CM/ECF users by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      s/ Daniel J. Fumagalli