U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Gregory Greene, et al.<br>v.<br>MTGOX, Inc., et al. | Case Number: 1:14-cv-01437 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Jed McCaleb

| NAME (Type or print) |  |
|---|---|
| Paul B. Rietema |  |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Paul B. Rietema |  |
| **FIRM** |  |
| Jenner & Block LLP |  |
| **STREET ADDRESS** |  |
| 353 North Clark Street |  |
| **CITY/STATE/ZIP** |  |
| Chicago, Illinois 60654 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6300671 | TELEPHONE NUMBER<br>312-840-7208 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |