**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No.  14-cv-01437 |
| v. | Hon. Gary Feinerman |
| MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS, | Magistrate Judge Susan Cox |
| *Defendants*. | |

**DEFENDANT GAY-BOUCHERY'S MOTION FOR EXTENSION OF TIME**
**TO FILE MOTION TO DISMISS AND TO RESPOND TO PLAINTIFFS' MOTION TO**
**APPROVE SERVICE BY ALTERNATIVE MEANS**

Defendant, Gonzague Gay-Bouchery ("Gay –Bouchery"), by his attorney Daniel J. Fumagalli, moves for an extension of time within which to file any motion to dismiss and to respond to any motion of Plaintiffs to approve service by alternative means, up to and including May 14, 2014.

In support of this motion, Gay-Bouchery states:

On March 14, 2014 Plaintiffs filed their First Amended Complaint which named Gay-Bouchery and others as additional defendants for the first time.  (Doc. 36.)   Plaintiffs later filed a Corrected First Amended Complaint on March 17, 2014 (Doc. 37) and issued a summons to be served on Gay-Bouchery on March 18, 2014.  To date, no service of the summons has been effected.

On April 14, 2014 undersigned counsel filed his appearance on behalf of Gay-Bouchery.  (Doc. 62) and appeared at the presentation of Plaintiff's Motion for Preliminary Injunction, also set by

Plaintiffs for April 14, 2014. On that date the Court set a briefing schedule on Gay-Bouchery's motion to dismiss, which allowed Gay-Bouchery until April 28, 2014 to file his motion to dismiss. (Doc. 63.) In the same order, the Court also set a filing date of April 28, 2014 for Gay-Bouchery to respond to Plaintiffs' previously filed motion to approve service by alternative means. (Doc. 54.)

Gay-Bouchery seeks additional time to file his motion to dismiss and to respond to Plaintiffs' motion to approve service by alternative means.

The requested extensions are sought in good faith and not for purposes of undue delay or prejudice. Over the past week counsel have discussed and worked on an agreement that may resolve the case as to Gay-Bouchery, which would obviate the need for any motion as to the pleadings or the service of summons.

Counsel for Plaintiffs has indicated to undersigned counsel that it agrees with an extension on this matter.

WHEREFORE, for all the reasons set forth above, Defendant, Gonzague Gay-Bouchery, requests that the Court extend the period of time for him to file a motion to dismiss and extend the time to file his response to Plaintiffs' motion to approve service by alternative means, until May 14, 2014, and for any other relief the Court deems fair and appropriate.

Respectfully submitted,

GONZAGUE GAY-BOUCHERY

By:    /s Daniel J. Fumagalli
His attorney

Daniel J. Fumagalli
Michael A. Eurich
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL  60606
(312) 855-4330
dfumagalli@chuhak.com

2