IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:14-cv-01437 |
| v. | Hon. Gary Feinerman |
| MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS, | Magistrate Judge Susan Cox |
| *Defendants*. | |

## NOTICE OF MOTION

TO:   All counsel of record

PLEASE TAKE NOTICE that on **April 30, 2014 at 9:00 a.m.** the undersigned shall appear before **Hon. Gary Feinerman,** in **Courtroom 2125** at 219 South Dearborn Street, Chicago, Illinois and shall present **Gay-Bouchery's Motion for Extension of Time to File Motion to Dismiss and to Respond to Plaintiffs' Motion to Approve Service by Alternative Means,** a copy of which is attached and served on you.

                                                                GONZAGUE GAY-BOUCHERY

                                                    By:    /s Daniel J. Fumagalli
                                                                His attorney

Daniel J. Fumagalli
Michael A. Eurich
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL  60606
(312) 855-4330
dfumagalli@chuhak.com

2372979.1.24187.54364

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on April 25, 2014 a copy of the foregoing Notice and Defendant Gay-Bouchery's Motion for Extension of Time to File Motion to Dismiss and to Respond to Plaintiffs' Motion to Approve Service by Alternative Means referred to above was filed electronically. Notice of this filing will be sent to registered CM/ECF users by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      s/ Daniel J. Fumagalli