IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:14-cv-01437 |
| ) | |
| v. ) | Judge Gary Feinerman |
| ) | |
| MTGOX INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 1, 2014 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman in the room usually occupied by him as Courtroom 2125 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing motions, and shall then and there present Defendants Mark Karpeles' And Tibanne KK's Agreed Motion For Extension Of Time To File Their Motion To Dismiss And Their Response To Plaintiffs' Motion To Approve Service By Alternative Means.

                                              Respectfully submitted,

                                              MARK KARPELES and TIBANNE KK

                                              By:   /s/ Eric N. Macey
                                                             One Of Their Attorneys

Eric N. Macey
emacey@novackmacey.com
Richard G. Douglass
rdouglass@novackmacey.com
Amanda M. Hinkley
ahinkley@novackmacey.com
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
Tel: (312) 419-6900
Fax: (312) 419-6928

*Attorneys for Defendants*
*Mark Karpeles and Tibanne KK*

## **CERTIFICATE OF SERVICE**

      Eric N. Macey, an attorney, hereby certifies that, on April 28, 2014, I caused a true and correct copy of the foregoing *Notice Of Motion* to be filed electronically with the Court's CM/ECF system. Notice of this filing was sent to all parties who are registered CM/ECF users by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                                      /s/ Eric N. Macey