# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Gregory Greene, et al.

                    Plaintiff,

v.                                            Case No.: 1:14−cv−01437
                                            Honorable Gary Feinerman

MtGox Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Defendant Gay−Bouchery's motion for an extension [75] is granted. The time for Defendant Gay−Bouchery to file his motion to dismiss and to respond to Plaintiff's motion for alternative service [54] is extended to 5/14/2014. The 4/30/2014 motion hearing [76] is stricken. Defendant Karpeles and Tibanne's motion for an extension [77] is granted. The time for Defendants Karpeles and Tibanne to file their motion to dismiss and to respond to Plaintiff's motion for alternative service [54] is extended to 5/12/2014. The 5/1/2014 motion hearing [78] is stricken. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.