# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gregory Greene, et al.

                        Plaintiff,

v.                                           Case No.: 1:14–cv–01437
                                                           Honorable Gary Feinerman

MtGox Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2014:

       MINUTE entry before the Honorable Gary Feinerman: Motion Hearing regarding motion for settlement, [79], motion for leave to file excess pages[81] set for 5/1/2014 at 9:00 a.m. is stricken and reset to 5/1/2014 at 10:00 a.m. (TIME CHANGE ONLY.) Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.