## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Greene v. MtGox Inc. et al.

Case Number: 1:14-cv-01437

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Gregory Greene

| | |
|---|---|
| NAME (Type or print) <br> Scott B. Kitei | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Scott B. Kitei | |
| FIRM <br> Honigman Miller Schwartz and Cohn LLP | |
| STREET ADDRESS <br> 2290 First National Building; 660 Woodward Avenue | |
| CITY/STATE/ZIP <br> Detroit, Michigan 48226 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6283260 | TELEPHONE NUMBER <br> (313) 465-7524 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐