UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gregory Greene, et al.
                    Plaintiff,

v.                                          Case No.: 1:14–cv–01437
                                            Honorable Gary Feinerman

MtGox Inc., et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2014:

  MINUTE entry before the Honorable Gary Feinerman: Status hearing held. Plaintiff's motion for leave to file instanter an oversized motion [81] is granted. Plaintiffs motion for class certification and preliminary approval of a class settlement [79] is entered and continued. If Defendants Tibanne KK and Karpeles wish to oppose that motion, they should respond by 5/12/2014 at 5:00 p.m. Status hearing continued to 5/13/2014 at 9:15 a.m. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.