*For Clerk* 

1

aee

## CLAIM

Gregory Greene et al v Mt. Gox Inc et al; United States District Court, Northern District of Illinois, No. 14-01437

Presiding judge: Judge Feinerman

**Creditor name:** Inaam Khoury

**Address to which any correspondence/ repayment from MtGox can be sent:**
90 Jackson Street, Methuen, MA 01844

**Phone number to reach Inaam Khoury:** 978 902 0086

**Email address for any correspondence to Inaam Khoury:** inaam_khoury@student.uml.edu

N7 FILED MAY 05 2014
MAY 05 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Hello, my name is Inaam Khoury. I am a creditor who is owed funds in the amount of USD $7900. This claim and the following evidence is provided for consideration of my restitution. From my understanding, the court determined a 16.5% repayment of all US based MtGox debts.

I am claiming $7900 USD cash is owed to me by MtGox, none of which has been repaid. I may only be able to prove that $7500 is owed to me, and if that is the case then so be it. I have attached proofs proving that I have $7500 held by MtGox and I personally earned $400 USD using MtGox's services, though because the website now has limited functionality, I cannot prove this claim. However, MtGox certainly can.

I will be providing two different proofs for consideration of my repayment. However, I must explain why this is so. On 5/2/2013 and 5/7/2013, I sent a total $7500 USD to MtGox to be used as I wished on their trading platform. I have a statement from Dwolla proving this. I have this proof attached. However, according to MtGox, they claim my balance owed to me is in the form of bitcoins, which is an unsubstantiated claim. MtGox's website now has limited functionality and I cannot prove what trades have occurred on my account.

After MtGox became insolvent, they continued operating their trading platform, essentially taking people's money in return for absolutely nothing. As you can see on the provided graph, MtGox was insolvent on Feb 6th. They acknowledged on their website that they cannot complete transactions, hid the fact that they knew they were insolvent, and yet they continued to operate because they incurred operating income. Therefore, my trade was never legitimately conducted, I was never given any bitcoins by MtGox at any point in time this year. Any other claim is an outright lie. In fact, all claim verification in MtGox's accounts ought to be accounted for on or before February 5th to determine the true value of creditor funds.

I will provide Mtgox data proving the true date of MtGox insolvency and the true date that real bitcoin trading stopped occurring on MtGox.

I will provide here what MtGox says was in my account upon being bankrupt. This is the only information the MtGox website can currently provide. It is important to note that they acknowledge this

information not to be used as a determinant of claim, for they are probably aware of the fraud they committed in trying to operate illegally for weeks after they had known they were not trading anything for USD. My account username is bedodabe, and my account password is bedudabe for www.mtgox.com

It is critical to note that as with any currency, one vendor cannot control its value. This can be troublesome for creditors who spent money on bitcoins when MtGox was trading them at anything less than almost $700 per coin. After Feb 5, MtGox never accurately portrayed the correct price of a bitcoin because they were not trading bitcoins. They were simply taking people's orders only to receive commissions.

MTGOX Website information:



## Connected as bedodabe.

## My wallets:

- BTC: **11.48468198 BTC**
- USD: **$ 0.00000**

アカウントをご確認いただくユーザーの皆様への重要なお知らせ
このサイトでご確認いただく残高は，あくまでも，ユーザーの皆様の便宜のために当社が行っているサービスに過ぎません。
このサイトでアカウントの残高をご確認いただくことが，破産手続上の破産債権の届出を意味するわけではなく，また，ご確認いただいた残高の全額が破産手続における破産債権として認められるとは限りませんのでご注意ください。
破産手続における破産債権額は，債権届出及びその後の債権調査手続により確定することとなりますが，債権届出の方法等につきましては，本件での取り扱いをお知らせできる状況になりましたら，当社のホームページへ掲載いたします。以上

**Important announcement to all users confirming their account**
This balance confirmation service is provided on this site only for the convenience of all users. Please be aware that confirming the balance on this site does not constitute a filing of bankruptcy claims under the bankruptcy procedure and note that the balance amounts shown on this site should also not be considered an acknowledgment by the bankruptcy trustee of the amount of any bankruptcy claims of users. Bankruptcy claims under a bankruptcy procedure will be fixed through filing of claims and the investigation procedure. The method for filing claims will be published on this site as soon as we are in a situation to announce it.

**The following page shows the graph, where around Febuary 5th Mtgox stopped trading real bitcoins, and started trading imaginary bitcoins whilst still taking clinets money.**



bitcoincharts.com/charts/mtgoxUSD#rg150zigDailyzczsg2014-01-01zeg2014-03-01ztgSzm1g10zm2g25zv
to this chart · Larger chart
Mt. Gox (USD)
Apr 29, 2014 – Daily
Op:173.2, Hi:173.8, Lo:101.6, Cl:135
Vol: 29.89K
mtgoxUSD
UTC – http://bitcoincharts.com
1200
1100
1000
900
800
700
600
500
400
300
200
100
0
2 Jan
7
12
17
22
27
1 Feb
6
11
16
21
1 Mar
(cc) BY-SA
This chart is licensed under a Creative Commons Attribution-ShareAlike 3.0 Unported License.
EN
1:03 PM
4/29/2014

Final Pages- Dwolla Proof of claim

In these last pages, I have included Dwolla statements demonstrating the funds I have deposited into MtGox, and none of which have I withdrawn or received bitcoins for at any point in time.







Dwolla, Inc [US] https://www.dwolla.com/activity#moneyout/detail/2830906/1

Cash

$0.00

+ Add money — Withdraw

Dwolla Credit

Sign up for a Dwolla Credit account to instantly buy things from places you love.

**Need help?**
Contact our support team.

We've made it easier for people to search for you by name. Enable this feature

## Payment activity

Money In | Money Out | Pending | Requests 0 | Fees

Mutum Sigillum LLC
$5,000.00 sent

« Back

| | |
|---|---|
| **Dwolla ID:** | 812-649-1010 |
| **Date:** | 5/2/2013 12:27:05 PM |
| **Transaction ID:** | 2830906 |
| **Amount sent:** | $5,000.00 |
| **Status:** | Sent |
| **Funding source:** | Your Dwolla balance |
| **Details:** | M07461435X |

Start EN 1:09 PM 4/29/2014

Dwolla, Inc [US] https://www.dwolla.com/activity#moneyout/detail/2830938/1

Cash

$0.00

+ Add money — Withdraw

Dwolla Credit

Sign up for a Dwolla Credit account to instantly buy things from places you love.

**Need help?**
Contact our support team.

We've made it easier for people to search for you by name. Enable this feature

## Payment activity

Money In | Money Out | Pending | Requests 0 | Fees

Mutum Sigillum LLC
$2,000.00 sent

« Back

| | |
|---|---|
| **Dwolla ID:** | 812-649-1010 |
| **Date:** | 5/2/2013 12:28:21 PM |
| **Transaction ID:** | 2830938 |
| **Amount sent:** | $2,000.00 |
| **Status:** | Sent |
| **Funding source:** | Your Dwolla balance |
| **Details:** | M07461435X |

Start EN 1:09 PM 4/29/2014

I swear, under penalty of perjury, that I, Inaam Khoury, have acted honestly, and in good faith, for the preparation of my claim. 4/30/14