# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gregory Greene, et al.
                               Plaintiff,

v.                                            Case No.: 1:14–cv–01437
                                                          Honorable Gary Feinerman

MtGox Inc., et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons stated on the record, stipulated motion to stay proceedings [88], as amended in open court, is granted. Proceedings are stayed as to the claims against Defendants Karpeles, Tibanne KK and Mizuho Bank, Ltd. For the reasons stated on the record, Plaintiffs' motion for preliminary settlement approval [79] is granted. Enter order. The 5/13/2014 status hearing [86] is stricken and re–set for 7/8/2014 at 9:30 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.