IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY GREENE, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 14-01437 |
| | ) | |
| MTGOX CO., LTD., ET AL., | ) | Honorable Gary Feinerman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Friday, July 1, 2014 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead, in Courtroom 2125 of the Everett McKinley Dirkson United States Courthouse, located at 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Motion for leave to substitute Brown Rudnick LLP as lead counsel to defendant MtGox Co., Ltd. a/k/a MtGox KK, by and through Nobuaki Kobayashi, in his capacity as the bankruptcy trustee and foreign representative of MtGox Co., Ltd., and for other relief, a copy of which has been served upon you.

Dated: June 6, 2014

Respectfully submitted,

Defendant MtGox Co., Ltd. a/k/a MtGox KK,
by and through Nobuaki Kobuyashi in his capacity
as the bankruptcy trustee and foreign representative
of MtGox Co., Ltd.

By: /s/ Brian Ira Tanenbaum
Attorney for MtGox Co., Ltd. a/k/a MtGox KK

## **CERTIFICATE OF SERVICE**

I, Brian Ira Tanenbaum, an attorney, hereby certify that I served the above and foregoing Amended Notice of Motion and Motion for leave to substitute Brown Rudnick LLP as lead counsel to defendant MtGox Co., Ltd. a/k/a MtGox KK, by and through Nobuaki Kobayashi, in his capacity as the bankruptcy trustee and foreign representative of MtGox Co., Ltd., and for other relief, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on June 6, 2014.

By: /s/ Brian Ira Tanenbaum_____

Brian Ira Tanenbaum, Esq. (ARDC #6181447)
brian@bitlaw.org
Proposed Local Counsel for Defendant
The Law Offices of Brian Ira Tanenbaum, Ltd.
2970 Maria Avenue, Suite 207
Northbrook, IL 60062
Telephone: 847-562-1636
Facsimile: 847-562-1637

David Molton, Esq.
dmolton@brownrudnick.com
Proposed Lead Counsel for Defendant
Brown Rudnick LLP
Seven Times Square
New York, NY 10036