IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 14-01437 |
| ) | |
| MTGOX CO., LTD., ET AL., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO SUBSTITUTE BROWN RUDNICK LLP AS LEAD COUNSEL TO DEFENDANT MTGOX CO., LTD. A/K/A MTGOX KK, BY AND THROUGH NOBUAKI KOBAYASHI, IN HIS CAPACITY AS THE BANKRUPTCY TRUSTEE AND FOREIGN REPRESENTATIVE OF MTGOX CO., LTD., AND FOR OTHER RELIEF**

MtGox Co., Ltd., a/k/a MtGox KK, by and through Nobuaki Kobayashi, in his capacity as the bankruptcy trustee and foreign representative of MtGox Co., Ltd., one of the Defendants herein ("Defendant"), pursuant to Rule 83.15 and Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, hereby moves for the entry of an order to substitute the law firm of Brown Rudnick LLP for Defendant's current counsel, Baker & McKenzie LLP and to designate local counsel. In support of this motion, Defendant states as follows:

1. Pursuant to Local Rule 83.17, an "attorney of record may not withdraw, nor may any other attorney file an appearance on behalf of the same party or as a substitute for the attorney of record, without first obtaining leave of court."

2. Defendant is currently represented by Baker & McKenzie LLP, a law firm with offices located in the Northern District of Illinois. Baker & McKenzie LLP desires to withdraw

as counsel for said Defendant. In their place, Defendant desires to be represented by the law firm of Brown Rudnick LLP.

4. Attorneys David Molton and Daniel J. Saval, of Brown Rudnick LLP, a law firm with offices in, among other locations, New York, seek to represent Defendant herein. Mr. Molton was admitted to the trial bar for the United States District Court for the Northern District of Illinois in 1994. Mr. Saval, who is licensed to practice law in New York, Massachusetts, the United States District Court for the Southern District of New York and the District of Massachusetts, and the United States Court of Appeals for the Second and Third Circuits, will file simultaneously with this motion, a motion to appear pro hac vice before this Court in the present litigation.

5. Pursuant to Local Rule 83.15(a), an "attorney not having an office within this District ("nonresident attorney") shall appear before this Court only upon having designated as local counsel a member of the bar of this Court having an office within this District upon whom service of papers may be made."

6. To comply with Local Rule 83.15(a), Defendant wishes to designate as local counsel Brian Ira Tanenbaum, Esq., of The Law Offices of Brian Ira Tanenbaum, Ltd., and requests the Court's permission to allow said attorney to file his appearance on behalf of Defendant instanter. Brian Ira Tanenbaum is a member of the trial bar of this Court, and maintains an office in the Northern District of Illinois.

7. Defendant states that the granting of this motion for leave to substitute counsel will not impede the progress of the case in any respect.

8. Defendant's former counsel, Baker & McKenzie LLP, have consented to this Motion.

WHEREFORE, MtGox Co., Ltd., a/k/a MtGox KK, by and through Nobuaki Kobayashi, in his capacity as the bankruptcy trustee and foreign representative of MtGox Co., Ltd., one of the Defendants herein, respectfully requests that its motion be granted in all respects along with such other and further relief as is just and proper.

    Respectfully submitted,

    MtGox Co., Ltd., a/k/a MtGox KK, by and through Nobuaki Kobayashi, in his capacity as the bankruptcy trustee and foreign representative of MtGox Co., Ltd., one of the Defendants herein


    By: /s/ Brian Ira Tanenbaum
        One of its Attorneys


David Molton, Esq.
Proposed Lead Counsel for Defendant
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Brian Ira Tanenbaum, Esq. (ARDC #6181447)
Proposed Local Counsel for Defendant
The Law Offices of Brian Ira Tanenbaum, Ltd.
2970 Maria Avenue, Suite 207
Northbrook, IL 60062
Telephone: 847-562-1636
Facsimile: 847-562-1637