## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gregory Greene, et al.

                      Plaintiff,

v.                                            Case No.: 1:14–cv–01437
                                                        Honorable Gary Feinerman

MtGox Inc., et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Motion for leave to substitute counsel [99] is granted. Attorneys Gamlen, Mitchell, and Murphy are terminated as counsel for Defendant Mt. Gox KK. Attorneys Molton and Tannenbaum may enter their appearance for Defendant Mt. Gox KK. Motion hearing scheduled for 7/1/2014 [98] is stricken. Application to appear pro hac vice [101] is granted. Attorney Daniel Joseph Saval added as counsel for Mt.Gox KK. Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.