Dear Clerk:

Please refund the amount of $50.00 for Receipt No. 0752-9554400 which is a duplicate payment for filing a Pro Hac Vice in Case No. 14-cv-01437.

Thank you.