IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MTGOX INC., *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 14-01437<br><br>Hon. Gary Feinerman |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY

**PLEASE TAKE NOTICE THAT** on June 19, 2014, the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") entered the *Order Recognizing Foreign Main Proceeding and Granting Related Relief* (the "Recognition Order") on the petition filed by Mr. Nobuaki Kobayashi, in his capacity as the bankruptcy trustee and foreign representative of defendant MtGox Co., Ltd., a/k/a MtGox KK (the "Debtor"), recognizing the Debtor's bankruptcy proceeding under Japanese law, currently pending before the Twentieth Civil Division of the Tokyo District Court in Japan, as a foreign main proceeding pursuant to Chapter 15 of Title 11 of the United States Code (the "Bankruptcy Code") and granting certain related relief. The Debtor's Chapter 15 bankruptcy case is pending before the Bankruptcy Court in the case captioned In re MtGox Co., Ltd. a/k/a MtGox KK, Case No. 14-31229 (SGJ). A copy of the Recognition Order is attached hereto as **Exhibit A**.[1]

Pursuant to Section 1520(a)(1) of the Bankruptcy Code, upon entry of the Recognition Order, the automatic stay of Section 362 of the Bankruptcy Code immediately became applicable

---

[1] The Recognition Order refers to the *Joint Stipulation and Order Between the Greene Plaintiffs and the Foreign Representative of MtGox Co., Ltd.* (the "Greene Stipulation") and the *Joint Stipulation and Order Between the Foreign Representative of MtGox Co., Ltd. and CoinLab, Inc.* (the "CoinLab Stipulation"). The Greene Stipulation and CoinLab Stipulation are attached hereto as **Exhibits B and C**, respectively.

with respect to the Debtor and the property of the Debtor within the territorial jurisdiction of the United States, and therefore, *inter alia*, the claims asserted against the Debtor in this action have been stayed.

Dated: July 7, 2014
       Chicago, Illinois

Respectfully submitted,

**THE LAW OFFICES OF BRIAN IRA TANENBAUM, LTD.**

*/s/ Brian Ira Tanenbaum*
Brian Ira Tanenbaum (ARDC # 6181447)
2970 Maria Avenue, Suite 207
Northbrooke, IL 60062
Telephone: (847) 562-1636
Facsimile: (847) 562-1637
Email: brian@bitlaw.org

- and -

**BROWN RUDNICK LLP**
David J. Molton
Daniel J. Saval (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: dsaval@brownrudnick.com

*Counsel for Defendant MtGox Co., Ltd, a/k/a MtGox KK, by and through Nobuaki Kobayashi, in his capacity as the Bankruptcy Trustee and Foreign Representative of MtGox Co., Ltd. a/k/a MtGox KK*

**CERTIFICATE OF SERVICE**

    I, Brian Ira Tanenbaum, an attorney, hereby certify that I served the above and foregoing Suggestion of Bankruptcy and Notice of Stay, by causing a true and accurate copy of same to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on July 7, 2014.

By: /s/ Brian Ira Tanenbaum_____