# Exhibit A

Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>Mt. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | NO. 2:13-cv-777-MJP<br><br>PLAINTIFF'S MOTION FOR RELIEF FROM STAY AND TEMPORARY RESTRAINING ORDER<br><br>Note for Motion Calendar:<br>July 21, 2014 |

## I. INTRODUCTION

Plaintiff CoinLab, Inc. (CoinLab) moves that the Court enjoin Defendant Tibanne KK (Tibanne) from dissipating its assets during the pendency of this Court's stay of this litigation. (Dkt.# 62). On April 30, 2014, this Court entered a stay of Coinlab's claims against Tibanne because co-defendant, and Tibanne subsidiary, MtGox KK (MtGox) filed for bankruptcy protection. Concurrently with the stay, the Court permitted Baker Mackenzie to withdraw on behalf of MtGox and Tibanne, and ordered that Tibanne obtain new counsel within 30 days or face sanctions. Almost 90

PLAINTIFF'S MOTION FOR RELIEF FROM STAY
AND TEMPORARY RESTRAINING ORDER - 1
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

days later, no counsel has appeared for Tibanne. At the same time, Tibanne is admittedly and actively dissipating its assets. Tibanne has announced its intent to auction the domain name 'Bitcoins.com' in Dallas on <u>July 24</u> and expects to obtain $750,000. Tibanne owns 450 domain names and the intellectual property behind the MtGox bitcoin exchange, all of which it is systematically liquidating. If Tibanne is permitted to liquidate its assets outside the protections of bankruptcy, then it will render itself judgment-proof and effectively prevent CoinLab from ever obtaining relief for the claims it brings in this litigation.

## II. FACTS AND PROCEDURAL BACKGROUND

CoinLab brought suit against Defendants MtGox and Tibanne, Japanese corporations, for breach of an agreement giving CoinLab an exclusive license to use Defendants' software and other intellectual property in providing digital currency exchange services in the U.S. and Canada. Dkt. No. 1. CoinLab is engaged in the operation and development of Bitcoin and other software and technology products, services and platforms. Dkt. No. 42-2 at 2. Prior to filing for bankruptcy protection, MtGox was a Bitcoin exchange and financial services business. *Id*. Tibanne is MtGox's parent. Dkt. No. 48-3 at 8. Tibanne owns approximately 85 percent of MtGox. Declaration of Roger Townsend in Support of Motion for Relief from Stay and TRO ("Townsend Dec.").

PLAINTIFF'S MOTION FOR RELIEF FROM STAY
AND TEMPORARY RESTRAINING ORDER - 2
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

MtGox – but not Tibanne – filed for bankruptcy protection in Japan and then filed for recognition in the U.S. Bankruptcy Court for the Northern District of Texas pursuant to Chapter 15 of the US Bankruptcy Code. Dkt. No. 42-8; Dkt. No. 37. The bankruptcy court in Texas concluded that it had jurisdiction over the MtGox bankruptcy and an automatic stay of all United States litigation against MtGox took effect pursuant to section 362 of the Bankruptcy Code. Dkt. No. 42-10 at 3; Dkt. No. 37. MtGox then moved for a stay of litigation against Tibanne. This Court granted the stay motion and requested that the parties provide a status report 120 days after the stay order issued. Dkt. No. 62. The Court also ordered that Tibanne secure counsel with 30 days or face sanctions. No counsel has appeared on behalf of Tibanne.

Since entry of the stay, Tibanne has publicly announced its intent to dissipate assets, including selling off valuable domain names such as "bitcoins.com" and "akb.com." Townsend Dec. at Ex. 1 (Recent media). On July 24, Tibanne is scheduled to auction "bitcoins.com" and expects a return of at least $750,000. *Id*. A listing of more than 450 domain names owned by Tibanne which CoinLab is aware of is attached hereto. Townsend Dec. at Ex. 2. CoinLab understands that Tibanne intends to commence the sale of all of these assets as soon as possible. *Id*. The owner of Tibanne, Mark Karpeles, told the Wall Street Journal that Tibanne owned some domain names that he planned to auction off "to keep alive his other business, web-services company Tibanne, which was the de facto operator of Mt. Gox." *Id*.

PLAINTIFF'S MOTION FOR RELIEF FROM STAY
AND TEMPORARY RESTRAINING ORDER - 3
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

The sale of Tibanne's assets would immediately and irreparably harm CoinLab. If Tibanne is allowed to sell its assets, Tibanne can prevent CoinLab from obtaining relief in this lawsuit by rendering itself judgment-proof. A U.S. District Court in Chicago recently issued a similar order against Tibanne, which has since expired. Townsend Dec. at Ex. 3.

### III. AUTHORITY

Pursuant to Fed. R. Civ. P. 65(b) and Local Civil Rule 65(b), the Court may issue a temporary restraining order without notice where immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Fed. R. Civ. P. 65(b). A temporary restraining order may be imposed for up to 14 days. Fed. R. Civ. P. 65(b)(2). Where a plaintiff can show that the defendants have a history of violating court orders, an ex parte temporary restraining order may be warranted. *Reno Air Racing Ass'n v. McCord*, 452 F.3d 1126, 1131 (9th Cir. 2006). Even if the Defendant could be reached, if it is "fruitless" to provide such notice, a Rule 65(b) order may issue. *Am. Can Co. v. Mansukhani*, 742 F.2d 314, 322 (7th Cir. 1984).

A temporary restraining order is proper here. Tibanne is unrepresented by counsel and, for more than 45 days, has been in violation of an order from this Court requiring Tibanne to obtain representation. *See* Dkt. No. 61. Tibanne intends to proceed with this sale without regard to CoinLab's rights. Moreover, harm to CoinLab is imminent: Tibanne is proceeding with a sale of assets beginning July 24. *See*

PLAINTIFF'S MOTION FOR RELIEF FROM STAY
AND TEMPORARY RESTRAINING ORDER - 4
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

Townsend Dec. at Ex. 1. Tibanne has already disclosed its intent to sell other domain names. *Id.* CoinLab is aware of more than 450 domain names owned by Tibanne. Townsend Dec. at Ex. 2. Tibanne should not be allowed to effectuate self-help relief by selling its assets while pending claims remain against it in this forum.

If the Court allows Tibanne to proceed with the sale of these assets, Tibanne can prevent CoinLab from obtaining any relief in this lawsuit. Tibanne rendering itself judgment-proof will irreparably and immediately harm CoinLab by exterminating CoinLab's right to a remedy for MtGox's and Tibanne's breach of its exclusive licensing agreement. A U.S. District court in Chicago has already recognized the propriety of entering an order preventing Tibanne's dissipation of assets. Townsend Dec. at Ex. 3. This Court should do so as well.

### IV. CONCLUSION

For the reasons stated above, CoinLab requests that the Court enter a temporary restraining order preventing Tibanne from dissipating its assets for 14 days.

DATED this 21st day of July, 2014.

BRESKIN JOHNSON & TOWNSEND PLLC

By: /s/ Roger M. Townsend
Roger M. Townsend, WSBA No. 25525
Brendan W. Donckers, WSBA No. 39406
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Phone: 206-652-8660
Facsimile: 206-652-8290
rtownsend@bjtlegal.com
bdonckers@bjtlegal.com

PLAINTIFF'S MOTION FOR RELIEF FROM STAY
AND TEMPORARY RESTRAINING ORDER - 5
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

DEFENDANT TIBANNE KK
Counsel: unrepresented
Contact information: unknown

DEFENDANT MT. GOX KK
Counsel:

PLAINTIFF'S MOTION FOR RELIEF FROM STAY
AND TEMPORARY RESTRAINING ORDER - 6
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record including those listed below:

| | |
|---|---|
| Tibanne KK<br>Mark Karpeles<br>11-5, Shibuya 2-chome<br>Shibuya-ku<br>Tokyo, Japan<br>mark@tibanne.com<br>+81 3 4520 6200 | Brian D. Buckley, WSBA No. 26423<br>1191 Second Avenue, 10th Floor<br>Seattle, WA 98101<br>Phone: 206-389-4521<br>Fax: 206-389-4511<br>Email: bbuckley@fenwick.com |

/s/ Joan Ristuccia
Joan Ristuccia, Legal Assistant

---

PLAINTIFF'S MOTION FOR RELIEF FROM STAY
AND TEMPORARY RESTRAINING ORDER - 7
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660