# Exhibit C



Steve Woodrow <swoodrow@edelson.com>

## RE: Greene et al v. Mark Karpeles et al.
1 message

**Richard Douglass** <RDouglass@novackmacey.com>  Mon, Aug 4, 2014 at 8:22 AM
To: Steve Woodrow <swoodrow@edelson.com>
Cc: "Eric N. Macey" <emacey@novackmacey.com>, "Amanda M. Hinkley" <AHinkley@novackmacey.com>, Jay Edelson <Jedelson@edelson.com>, Christopher Dore <Cdore@edelson.com>, Ben Thomassen <Bthomassen@edelson.com>, Alicia Hwang <ahwang@edelson.com>, Alex Tievsky <atievsky@edelson.com>

Steven,

We disagree with your assertions in the below email, and reserve the right to respond more fully thereto at any later appropriate time. We also continue to object to you filing any document containing your inaccurate descriptions of what has happened in other proceedings and our clients' positions. However, if you file something anyway and include our emails to you, please also include this one. Thank you.

Sincerely,

Rich

**Richard G. Douglass**

rdouglass@novackmacey.com

**312.419.6900** T
**312.419.6928** F

Download V-Card >>    Location >>    Bio >>         100 North Riverside Plaza • Chicago, IL 60606-1501

CONFIDENTIAL The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone at 312.419.6900 and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your

**cooperation.**

 **Please consider the environment before printing this e-mail.**

---

**From:** Steve Woodrow [mailto:swoodrow@edelson.com]
**Sent:** Friday, August 01, 2014 2:30 PM
**To:** Richard Douglass
**Cc:** Eric N. Macey; Amanda M. Hinkley; Jay Edelson; Christopher Dore; Ben Thomassen; Alicia Hwang; Alex Tievsky
**Subject:** Re: Greene et al v. Mark Karpeles et al.

Richard:

We are admittedly confused by your email, which appears to complain that we didn't provide you with more time to respond to a matter you already know your client disagrees with. In any case, our deadline was in the interests of acting promptly considering the limited duration of the TRO that was entered in Washington, and we note that you previously denied our request for more time to discuss these issues as your client rushed to consummate the now-stayed auction.

In any case, we will delete the part of the statement that denotes it was a "joint" report (it was only put in the draft in the hopes we could reach an agreement, which you've made clear we cannot), otherwise edit the document to state that your client does not agree with our filing, and attach our emails. Your clients of course remain free to file whatever response they so choose.

Regards,

-Steven


On Thu, Jul 31, 2014 at 8:26 AM, Richard Douglass <RDouglass@novackmacey.com> wrote:

Steve,

I reviewed the non-final draft "Joint Status Report" that you sent to us on Tuesday night. We do not agree to any such joint filing for a number of reasons. For one thing, we disagree with many of your factual assertions and legal conclusions including, without limitation, your description of other legal actions and our clients' legal positions in this and other actions.

Moreover, since the stay was entered in this case, the Court has set periodic status hearings where the parties can advise the Court of any developments that they deem relevant. Written status reports – joint or otherwise – were not requested by the Court. Accordingly, we do not believe that it is reasonable for you to ask our client to incur the cost of preparing a written status report and responding to your assertions. Such a

request seems designed to make this litigation more expensive and burdensome for our clients, despite the agreed stay. Indeed, we see no reason for this filing, other than a desire to prejudice the Court against our clients.

Based on the foregoing, we object to your filing the proposed report, and particularly object to you calling the filing a "Joint" anything. Further, we note that you have again presented us with a written document and asked for revisions based on an artificial deadline that you have unilaterally imposed, and threatened to tell the Court that we did not respond if we do not react on your timeframe. We ask you again to refrain from proceeding in this manner.

Notwithstanding the foregoing, we believe that it is likely that you will proceed with your filing over our objections, and probably will attach this email as an exhibit. Accordingly, and for completeness, please note that we reserve the right to respond more fully at any later appropriate time to the assertions and arguments contained in your draft "Joint Status Report," as well as to any other assertions or arguments contained in any document you ultimately file.

Sincerely,

Rich

**CONFIDENTIAL The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone at 312.419.6900 and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.**

 **Please consider the environment before printing this e-mail.**

---

**From:** Steve Woodrow [mailto:swoodrow@edelson.com]
**Sent:** Tuesday, July 29, 2014 6:49 PM
**To:** Richard Douglass
**Cc:** Eric N. Macey; Amanda M. Hinkley; Jay Edelson; Christopher Dore; Ben Thomassen; Alicia Hwang; Alex Tievsky
**Subject:** Re: Greene et al v. Mark Karpeles et al.

Richard,

Further to my email below, attached please fine a proposed Joint Status Report. We're still reviewing it on our end and reserve the right to make edits but wanted to get you a copy with sufficient time to review. Let us

know if you have any changes. Again, we intend on getting a report on file with the Court no later than this Friday, August 1, 2014.

Best regards,

-Steven

On Mon, Jul 28, 2014 at 3:27 PM, Steve Woodrow <swoodrow@edelson.com> wrote:

Richard:

Following up on our discussions regarding the proposed sale by Tibanne of www.bitcoins.com or other website address assets, we've been made aware of the TRO that has been entered in the Western District of Washington by Judge Pechman. We plan on monitoring the filings to determine whether we'll need to file any motions/petitions (either in that case, before Judge Feinerman, or both).

In the meantime, we believe its appropriate given our comments the last time we were before Judge Feinerman to apprise him as to the status of the Washington proceedings. We think a joint status report makes the most sense and would like to get one filed no later than this Friday. We'll plan on circulating a draft by Tomorrow and would appreciate prompt feedback/edits. If we don't hear back by Friday we'll simply note the lack of response. I am available the rest of the week to discuss this issue.

Best regards,

-Steven

On Tue, Jul 22, 2014 at 12:01 PM, Richard Douglass <RDouglass@novackmacey.com> wrote:

Steve,

At this time, Tibanne KK does not agree to try to delay the sale.

Rich

**CONFIDENTIAL** The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone at 312.419.6900 and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.

 **Please consider the environment before printing this e-mail.**

---

**From:** Steve Woodrow [mailto:swoodrow@edelson.com]
**Sent:** Monday, July 21, 2014 12:49 PM
**To:** Richard Douglass
**Subject:** Re: Greene et al v. Mark Karpeles et al.

Hi Richard:

Following up on our call last week, I was wondering if you had spoken with the client(s) and whether they agree to a 14 day time frame or if they can propose another deadline (assuming some sale was imminent). Please let me know.

-Steven

On Wed, Jul 16, 2014 at 9:35 AM, Richard Douglass <RDouglass@novackmacey.com> wrote:

No problem. I'm here.

**CONFIDENTIAL** The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone at **312.419.6900** and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.

 **Please consider the environment before printing this e-mail.**

---

**From:** Steven Woodrow [mailto:swoodrow@edelson.com]
**Sent:** Wednesday, July 16, 2014 10:35 AM
**To:** Richard Douglass
**Subject:** Re: Greene et al v. Mark Karpeles et al.

In 3 minutes, my apologies.

Steven L. Woodrow

Edelson PC

999 West 18th St Ste 3000

Denver, CO 80202

m: 312.589.6370

d: 303.357.4878

f: 312.589.6378

swoodrow@edelson.com

www.edelson.com

Sent from my iPhone. Please excuse any typos.

On Jul 16, 2014, at 9:30 AM, Richard Douglass <RDouglass@novackmacey.com> wrote:

> Steve,

> Are you calling me?

> Rich

> **CONFIDENTIAL** The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone at **312.419.6900** and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.

> **Please consider the environment before printing this e-mail.**

> **From:** Steve Woodrow [mailto:swoodrow@edelson.com]
> **Sent:** Tuesday, July 08, 2014 12:52 PM
> **To:** Richard Douglass
> **Cc:** Jay Edelson; Ben Thomassen; Christopher Dore; Alicia Hwang; Eric N. Macey
> **Subject:** Re: Greene et al v. Mark Karpeles et al.

Richard:

Thank you for your time on the phone yesterday. As we discussed during the call, and like Jay mentioned in Court this morning, we believe that the sale of any .com domain names may implicate U.S. assets.

According to our research, to determine where domain names are located, courts have taken their cue from the Anticybersquatting Consumer Protection Act, which considers domain names to exist both at the location of the domain registry and the domain registrar. *Office Depot v. Zuccarini*, 596 F.3d 696, 702 (9th Cir. 2010). For the purposes of asserting *quasi in rem* jurisdiction, therefore, all .com domains are located at Verisign in Virginia. *Id.* at 703.

This principle still applies even if the registrar or the owner of the domain is in a foreign country. *See, e.g.*, *Consumer Source Holding, Inc. v. Does 1-24*, No. 1:13-CV-1512 AJT/JFA, 2014 WL 2967942 (E.D. Va. July 1, 2014); *In the Matter of the Seizure of Internet domain name bodog.com*, No. 1:12-mj-01099, dkt. 1–2 (D. Md. Mar 15, 2012) (authorizing U.S. government to seize a .com domain name even though it was owned by a foreign company). Therefore, even if mtgox.com is registered to Mr. Karpeles, and even though it is registered through a German registrar, it is still located in the United States by virtue of being a .com domain. We have been unable to locate any authority suggesting that a domain name is located at the registrar but not the registry. If you know of such authority, please send it along.

Please let us know if you can schedule a phone call for later this week once you have had a chance to review these authorities.

Best regards,

-Steven

On Mon, Jul 7, 2014 at 8:47 AM, Steve Woodrow <swoodrow@edelson.com> wrote:

We can use this dial in for the call Today.

866-305-2467
Guest Code: 439460

On Thu, Jul 3, 2014 at 12:16 PM, Richard Douglass <RDouglass@novackmacey.com> wrote:

That's fine.

CONFIDENTIAL The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone at 312.419.6900 and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.

 **Please consider the environment before printing this e-mail.**

---

**From:** Steve Woodrow [mailto:swoodrow@edelson.com]
**Sent:** Thursday, July 03, 2014 1:00 PM
**To:** Richard Douglass
**Cc:** Jay Edelson; Ben Thomassen; Christopher Dore; Alicia Hwang; Eric N. Macey
**Subject:** Re: Greene et al v. Mark Karpeles et al.

How about Monday, 1pm Central?

On Thu, Jul 3, 2014 at 11:58 AM, Richard Douglass <RDouglass@novackmacey.com> wrote:

Ok. Would you let me know when you are available early next week so we can set up a time?

CONFIDENTIAL The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone at 312.419.6900 and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.

 **Please consider the environment before printing this e-mail.**

---

**From:** Jay Edelson [mailto:jedelson@edelson.com]
**Sent:** Thursday, July 03, 2014 11:32 AM
**To:** Richard Douglass
**Cc:** Steve Woodrow; Ben Thomassen; Christopher Dore; Alicia Hwang; Eric N. Macey


**Subject:** Re: Greene et al v. Mark Karpeles et al.

Why don't we have a quick phone call so we can understand your view.

Sent from my iPhone

On Jul 3, 2014, at 12:01 PM, Richard Douglass <RDouglass@novackmacey.com> wrote:

> Steve,
>
> Thanks for your email. I reviewed the article you sent and the asset freeze order entered by Judge Feinerman does not apply to the sales you referenced.
>
> Sincerely,
>
> Rich
>
> **CONFIDENTIAL** The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone at **312.419.6900** and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.
>
> 🌲 **Please consider the environment before printing this e-mail.**
>
> ---
>
> **From:** Steve Woodrow [mailto:swoodrow@edelson.com]
> **Sent:** Wednesday, July 02, 2014 12:25 PM
> **To:** Eric N. Macey; Richard Douglass
> **Cc:** Jay Edelson; Ben Thomassen; Christopher Dore; Alicia Hwang
> **Subject:** Greene et al v. Mark Karpeles et al.
>
> Eric:

We've recently learned that Mark or Tibanne may be selling domain names ending in .com that could be considered U.S. assets (for example, see page 7 of the attached article). We are curious as to whether the asset freeze ordered by Judge Feinerman may impact such sales. Please let us know your view on this when you get a moment.

Best regards,

-Steven

--

Steven L. Woodrow I Edelson PC

999 West 18th Street, Suite 3000

Denver, Colorado 80202

303.357.4878 (direct) I 303.357.4877 (firm) I 312.589.6378 (fax)

swoodrow@edelson.com I www.edelson.com

🌳 Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE

The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

--

Steven L. Woodrow I Edelson PC

999 West 18th Street, Suite 3000

Denver, Colorado 80202

303.357.4878 (direct) l 303.357.4877 (firm) l 312.589.6378 (fax)

swoodrow@edelson.com l www.edelson.com


✺ Please consider the environment before printing this e-mail.


CONFIDENTIALITY AND LIABILITY FOR MISUSE

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.


Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.


--

Steven L. Woodrow l Edelson PC

999 West 18th Street, Suite 3000

Denver, Colorado 80202

303.357.4878 (direct) l 303.357.4877 (firm) l 312.589.6378 (fax)

swoodrow@edelson.com l www.edelson.com


✺ Please consider the environment before printing this e-mail.


CONFIDENTIALITY AND LIABILITY FOR MISUSE

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).

 Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

--

Steven L. Woodrow l Edelson PC

999 West 18th Street, Suite 3000

Denver, Colorado 80202

303.357.4878 (direct) l 303.357.4877 (firm) l 312.589.6378 (fax)

swoodrow@edelson.com l www.edelson.com

๏ Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

--

Steven L. Woodrow l Edelson PC

999 West 18th Street, Suite 3000

Denver, Colorado 80202

303.357.4878 (direct) l 303.357.4877 (firm) l 312.589.6378 (fax)

swoodrow@edelson.com l www.edelson.com


✆ Please consider the environment before printing this e-mail.


CONFIDENTIALITY AND LIABILITY FOR MISUSE

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.


Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.


--

Steven L. Woodrow l Edelson PC

999 West 18th Street, Suite 3000

Denver, Colorado 80202

303.357.4878 (direct) l 303.357.4877 (firm) l 312.589.6378 (fax)

swoodrow@edelson.com l www.edelson.com


✆ Please consider the environment before printing this e-mail.


CONFIDENTIALITY AND LIABILITY FOR MISUSE

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this


communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

--

Steven L. Woodrow l Edelson PC

999 West 18th Street, Suite 3000

Denver, Colorado 80202

303.357.4878 (direct) l 303.357.4877 (firm) l 312.589.6378 (fax)

swoodrow@edelson.com l www.edelson.com

☻ Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

--

Steven L. Woodrow l Edelson PC

999 West 18th Street, Suite 3000

Denver, Colorado 80202

303.357.4878 (direct) l 303.357.4877 (firm) l 312.589.6378 (fax)

swoodrow@edelson.com l www.edelson.com

🌱 Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.