UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gregory Greene, et al.
          Plaintiff,

v.                 Case No.: 1:14–cv–01437
                 Honorable Gary Feinerman

MtGox Inc., et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2014:

  MINUTE entry before the Honorable Gary Feinerman:If any party desires court action on the issue set forth in Plaintiff's 8/4/2014 status report [108], that party should file a motion. Otherwise, the court will assume that no court action is desired or necessary. That said, the court expects that defendants in this case who also are defendants in related litigation, including No. 2:13–cv–777–MJP (W.D. Wash.), will inform the courts in the related litigation of any potentially relevant orders, including any TRO, entered in this case. Likewise, the court expects to be informed of any potentially relevant orders entered in the other litigation.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.