**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Gregory Greene, et al.
                            Plaintiff,

v.                                       Case No.: 1:14−cv−01437
                                              Honorable Gary Feinerman

MtGox Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 23, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion to certify class [2] is denied without prejudice as moot in light of the 5/9/2014 order [96] certifying a settlement class. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.