UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gregory Greene, et al.
                              Plaintiff,

v.                                              Case No.: 1:14–cv–01437
                                                Honorable Gary Feinerman

MtGox Inc., et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, November 4, 2014:

    MINUTE entry before the Honorable Gary Feinerman:If any party believes that an earlier status hearing is warranted in light of the decision in the CoinLab case [114] or for any other reason, that party should contact the Courtroom Deputy. Otherwise, the 12/10/2014 status hearing [113] shall stand. Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.