# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gregory Greene, et al.
        Plaintiff,

v.              Case No.: 1:14–cv–01437
              Honorable Gary Feinerman

MtGox Inc., et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 10, 2014:

  MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 1/8/2015 at 10:30 a.m. The parties reported that the premise underlying the proposed settlement has not panned out and that the litigation will have to proceed. The parties shall file a joint status report by 1/5/2015. If Defendants Karpeles or Tibanne KK would like to oppose their counsel's forthcoming motion for leave to withdraw, they must inform counsel and the court of such and also must either file a written opposition or appear in court (in person or telephonically) on the date the motion to withdraw is presented. Counsel for Karpeles and Tibanne KK shall send his clients a copy of this order and shall discuss with his clients whether they oppose the motion to withdraw.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.