IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:14-cv-01437 |
| ) | |
| v. ) | Judge Gary Feinerman |
| ) | |
| MTGOX INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 30, 2014 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman in the room usually occupied by him as Courtroom 2125 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing motions, and shall then and there present their Motion For Leave To Withdraw As Counsel For Defendants Mark Karpeles And Tibanne KK.

Respectfully submitted,

ERIC N. MACEY, RICHARD G. DOUGLASS
and AMANDA M.H. WOLFMAN

By: /s/ Amanda M.H. Wolfman
   One Of Their Attorneys

Eric N. Macey
emacey@novackmacey.com
Richard G. Douglass
rdouglass@novackmacey.com
Amanda M.H. Wolfman
awolfman@novackmacey.com
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
Tel: (312) 419-6900
Fax: (312) 419-6928

## CERTIFICATE OF SERVICE

Amanda M.H. Wolfman, an attorney, certifies that she caused copies of the foregoing **Notice of Motion** to be served: (a) on all counsel of record by electronically filing the document with the Clerk of Court using the ECF system this 19th day of December, 2014; and (b) on Defendants Mark Karpeles and Tibanne KK by Federal Express and e-mail to:

> Tibanne KK
> Mark Karpeles -- mark@tibanne.com
> Level 15-F
> Cerulean Tower
> 26-1 Sakuragaoka-cho
> Shibuya-ku
> Tokyo, Japan   150-8512

/s/ Amanda M.H. Wolfman