IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:14-cv-01437 |
| ) | |
| v. ) | Judge Gary Feinerman |
| ) | |
| MTGOX INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, pursuant to this Court's Order dated August 5, 2014, Defendants Mark Karpeles and Tibanne KK caused to be filed with the U.S. District Court for the Northern District of Illinois, an Order, dated January 6, 2015, entered by the Honorable Marsha J. Pechman, who is presiding over the matter styled *CoinLab, Inc. v. Mt. Gox KK, et al.*, Case No. 2:13-cv-777-MJP, currently pending in the United States District Court for the Western District of Washington, a copy of which is attached hereto and served upon you.

Respectfully submitted,

MARK KARPELES and TIBANNE KK

By: /s/ Amanda M.H. Wolfman
One Of Their Attorneys

Eric N. Macey
emacey@novackmacey.com
Richard G. Douglass
rdouglass@novackmacey.com
Amanda M.H. Wolfman
awolfman@novackmacey.com
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
Tel: (312) 419-6900
Fax: (312) 419-6928

*Attorneys for Defendants
Mark Karpeles and Tibanne KK*

## CERTIFICATE OF SERVICE

Amanda M.H. Wolfman, an attorney, hereby certifies that, on January 6, 2015, she caused a true and correct copy of the foregoing *Notice Of Filing* to be filed electronically with the Court's CM/ECF system. Notice of this filing was sent to all parties who are registered CM/ECF users by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Amanda M.H. Wolfman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB INC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MT GOX KK, et al.,<br><br>　　　　　　Defendants. | CASE NO. C13-777 MJP<br><br>ORDER GRANTING DEFENDANT TIBANNE KK'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

THIS MATTER comes before the Court on a motion to withdraw by the attorneys of record for Defendant Tibanne KK. (Dkt. No. 110.) After reviewing the motion and all related papers, and good cause having been shown, the Court GRANTS the motion.

Local Civil Rule 83.2(b)(3) requires a business entity defendant, except a sole proprietorship, to be represented by counsel or it may face an entry of default against it. The withdrawal of counsel will leave Defendant Tibanne KK unrepresented. Business entity Defendant Tibanne KK is ordered to retain new counsel within 30 days after entry of this order. If no counsel appears on business entity Defendants' behalf within this time period, Plaintiffs are

ORDER GRANTING DEFENDANT TIBANNE
KK'S MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL- 1

1 | directed to file a motion for entry of default against business entity Defendants pursuant to Fed.

2 | R. Civ. P. 55 and the Local Rules of the Western District of Washington.

4 | The clerk is ordered to provide copies of this order to all counsel.

5 | Dated this 5th day of January, 2015.

Marsha J. Pechman
Chief United States District Judge

ORDER GRANTING DEFENDANT TIBANNE
KK'S MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL- 2