UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gregory Greene, et al.

                       Plaintiff,

v.                                             Case No.: 1:14–cv–01437
                                                                Honorable Gary Feinerman

MtGox Inc., et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 12, 2015:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 2/12/2015 at 9:30 a.m. Plaintiff's motion for preliminary injunction [56] is withdrawn. For the reasons and with the qualifications stated on the record, counsel's motion to withdraw [121] is granted. Attorneys Eric Macey, Amanda Wolfman, and Richard Douglass are terminated as counsel for Defendants Tibanne KK and Mark Karpeles, effective 1/16/2015. Plaintiffs' motion to approve service [54] is entered and continued; for the reasons stated on the record, Plaintiffs shall serve the necessary papers on counsel for Defendants Tibanne KK and Mark Karpeles before 1/16/2015, with the understanding that if the motion to approve service [54] ultimately is denied, such service will be ineffective. For the reasons stated on the record, the class settlement and certification orders [94][96] are vacated. The stay order [95] is vacated, except for the claims against the defendants now in bankruptcy proceedings. Plaintiffs motion for leave to file second amended complaint shall be filed by 2/5/2015 and noticed for 2/12/2015 at 9:30 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.