## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS,<br><br>     *Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

### JOINT STIPULATION TO EXTEND DEADLINES

Plaintiffs Gregory Greene and Joseph Lack (collectively, "Plaintiffs") and Defendants

Mizuho Bank, Ltd., Gonzague Gay-Bouchery, and Jed McCaleb (collectively, the "Stipulating

Parties"), by and through their undersigned counsel, hereby stipulate and respectfully request that

the Court enter an Order extending Plaintiffs' deadline to file their motion for leave to amend the

complaint by fourteen (14) days. In support of the instant stipulation, the Stipulating Parties state

as follows:

WHEREAS, Plaintiff Greene filed his initial complaint on February 27, 2014 (Dkt. 1),

and three weeks later, filed an amended complaint naming additional parties, as well as

additional factual allegations and claims (Dkts. 36, 37);

WHEREAS, on May 8, 2014, the Court stayed proceedings pending resolution of a proposed class action settlement between Plaintiffs and certain defendants. (Dkts. 94, 96);

WHEREAS, as explained in the Parties' January 5, 2015 Joint Status Report (Dkt. 126), as a result of the sale of certain assets of the Mt. Gox estate in the Japanese bankruptcy proceedings, the proposed class action settlement was rendered *void ab initio*;

WHEREAS, on January 8, 2015, the Court lifted the stay of proceedings and ordered Plaintiffs to file their anticipated motion for leave to amend the complaint by February 5, 2015. (Dkts. 128, 129);

WHEREAS, Plaintiffs are currently engaged in discussions with, and have exchanged documents and information with, certain defendants that could affect the scope and content of their proposed second amended complaint; and

WHEREAS, Plaintiffs request, subject to the Court's approval, that the deadline to file their motion for leave to amend be extended by fourteen (14) days for the purpose of providing the parties with an opportunity to complete their discussions.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Stipulating Parties, and subject to the approval of the Court, Plaintiffs shall have until February 19, 2015 to file their motion for leave to file an amended complaint.

**IT IS SO STIPULATED.**

GREGORY GREENE AND JOSEPH LACK, individually, and on behalf of a class of similarly situated individuals,

Dated: February 4, 2015

By:/s/ Alicia E. Hwang
One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com

1

Ari J. Scharg
ascharg@edelson.com
Alicia E. Hwang
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

Dated: February 4, 2015       SHEARMAN & STERLING LLP
Attorneys for Defendant Mizuho Bank, Ltd.

By:/s/ Jeffrey Resetarits (w/ permission)
Jerome S. Fortinsky
John A. Nathanson
Jeffrey Resetarits
599 Lexington Avenue
New York, NY 10022
212-848-4000

Jonathan S. Quinn
NEAL, GERBER & EISENBERG
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
312-269-8093

Dated: February 4, 2015       CHUCAK & TECSON, PC
Attorneys for Defendant Gonzague Gay-Bouchery

By:/s/ Daniel J. Fumagalli (w/ permission)
Daniel J. Fumagalli
Michael A. Eurich
CHUCAK & TECSON, PC
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606

Dated: February 4, 2015       KELLER, SLOAN, ROMAN & HOLLAND LLP
Attorneys for Defendant Jed McCaleb

By:/s/ Ethan Jacobs (w/ permission)
Ethan Jacobs
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111

1

## CERTIFICATE OF SERVICE

I, Alicia E. Hwang, an attorney, hereby certify that I served the above and foregoing ***Joint Stipulation to Extend Deadlines***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on February 4, 2015.

/s/: Alicia E. Hwang

2