## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gregory Greene, et al.

      Plaintiff,

v.           Case No.: 1:14−cv−01437

            Honorable Gary Feinerman

MtGox Inc., et al.

      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 6, 2015:

  MINUTE entry before the Honorable Gary Feinerman: By agreement of the parties [130], the time for Plaintiffs to move for leave to file a second amended complaint is extended to 2/19/2015. Any such motion shall be noticed for 2/26/2015. The 2/12/2015 status hearing [129] is stricken and re−set for 2/26/2015 at 9:00 a.m. For future reference, if the parties would like to amend the schedule, they should file and notice a motion (agreed or not) to amend the schedule rather than filing a stipulation. Mailed notice (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.