IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:14-cv-01437 |
| v. | Hon. Gary Feinerman |
| MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS, | Magistrate Judge Susan Cox |
| *Defendants*. | |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiffs Gregory Greene and Joseph Lack and Defendants Mizuho Bank, Ltd., Gonzague Gay-Bouchery, and Jed McCaleb (the "Parties"), hereby respectfully and jointly move the Court for an Order extending Plaintiffs' deadline to file their motion for leave to amend the complaint by twenty-one (21) days. In support of the Motion, the Parties state as follows:

1. On January 8, 2015, the Court directed Plaintiffs to file their anticipated motion for leave to amend the complaint by February 5, 2015. (Dkts. 128, 129.)

2. Since that time, the Parties have engaged in multiple in-person and telephonic discussions regarding their respective claims and defenses. Accordingly, the Parties filed a Joint Stipulation to extend Plaintiffs' deadline to move for leave to amend the complaint by fourteen

1

(14) days (until February 19, 2015), which was granted by the Court on February 6, 2015. (Dkts. 130, 132.)

3.	In the past two weeks, Plaintiffs and certain defendants have continued their discussions and are in the process of exchanging additional information regarding the facts and legal theories at issue. The Parties anticipate that these discussions will be completed within twenty-one (21) days.

4.	As such, the Parties agree that the deadline for Plaintiffs to file their motion for leave to amend should be extended by an additional twenty-one (21) days.

WHEREFORE, the Parties respectfully request that the Court enter an order extending Plaintiffs' deadline to file their motion for leave to amend the complaint until March 12, 2015.

Respectfully submitted,

GREGORY GREENE AND JOSEPH LACK, individually, and on behalf of a class of similarly situated individuals,

Dated: February 19, 2015			By: /s/ Alicia E. Hwang
						One of Plaintiffs' Attorneys

						Jay Edelson
						jedelson@edelson.com
						Ari J. Scharg
						ascharg@edelson.com
						Alicia E. Hwang
						ahwang@edelson.com
						EDELSON PC
						350 North LaSalle Street, Suite 1300
						Chicago, Illinois 60654

Dated: February 19, 2015			SHEARMAN & STERLING LLP
						Attorneys for Defendant Mizuho Bank, Ltd.

						By: /s/ Jeffrey Resetarits (w/ permission)
						Jerome S. Fortinsky
						John A. Nathanson

|   |   |
|---|---|
|   | Jeffrey Resetarits<br>599 Lexington Avenue<br>New York, NY 10022<br>212-848-4000 |
|   | Jonathan S. Quinn<br>NEAL, GERBER & EISENBERG<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602<br>312-269-8093 |
| Dated: February 19, 2015 | CHUCAK & TECSON, PC<br>Attorneys for Defendant Gonzague Gay-Bouchery<br><br>By:/s/ Daniel J. Fumagalli (w/ permission)<br>Daniel J. Fumagalli<br>Michael A. Eurich<br>CHUCAK & TECSON, PC<br>30 S. Wacker Drive, Suite 2600<br>Chicago, Illinois 60606 |
| Dated: February 19, 2015 | KELLER, SLOAN, ROMAN & HOLLAND LLP<br>Attorneys for Defendant Jed McCaleb<br><br>By:/s/ Ethan Jacobs (w/ permission)<br>Ethan Jacobs<br>KELLER, SLOAN, ROMAN & HOLLAND LLP<br>555 Montgomery Street, 17th Floor<br>San Francisco, CA 94111 |

## CERTIFICATE OF SERVICE

I, Alicia E. Hwang, an attorney, hereby certify that I served the above and foregoing ***Joint Motion to Extend Deadlines***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on February 19, 2015.

/s/: Alicia E. Hwang