UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gregory Greene, et al.

                                    Plaintiff,

v.                                                        Case No.: 1:14–cv–01437
                                                        Honorable Gary Feinerman

MtGox Inc., et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 20, 2015:

      MINUTE entry before the Honorable Gary Feinerman: Minute entry [135] is amended to reflect: Plaintiff's motion for extension of time [133] is granted. By agreement of the parties, the time for Plaintiffs to move for leave to file a second amended complaint is extended to 3/12/2015. The 2/23/2015 motion hearing [134] is stricken. The 2/26/2015 status hearing [132] is stricken and re–set for 3/18/2015 at 9:00 a.m. If any party would like an earlier status hearing, that party should contact the Courtroom Deputy. Mailed notice (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.