IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>              *Plaintiffs*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS,<br><br>              *Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiffs Gregory Greene and Joseph Lack and Defendants Mizuho Bank, Ltd., Gonzague Gay-Bouchery, and Jed McCaleb (the "Parties"), hereby respectfully move the Court for an Order extending Plaintiffs' deadline to file their motion for leave to amend the complaint by fourteen (14) days. This is the Parties' final request for an extension of this deadline. In support of the Motion, the Parties state as follows:

1. On January 8, 2015, the Court directed Plaintiffs to file their anticipated motion for leave to amend the complaint by February 5, 2015. (Dkts. 128, 129.)

2. Since that time, the Parties have engaged in multiple in-person and telephonic discussions regarding their respective claims and defenses. Accordingly, the Parties filed a Joint

Stipulation to extend Plaintiffs' deadline to move for leave to amend the complaint by fourteen (14) days (until February 19, 2015), which was granted by the Court. (Dkts. 130, 132.)

3. In light of their continuing and productive discussions, the Parties filed—and the Court granted—an additional request to extend Plaintiffs' deadline to move for leave to amend by an additional twenty-one (21) days, until March 12, 2015. (Dkts. 133, 135.)

4. Since that time, Plaintiffs and certain defendants have continued exchanging information and have made substantial progress towards narrowing the facts and claims at issue in this case. At this juncture, they respectfully request one final extension of fourteen (14) days to complete their discussions on a remaining issue.

WHEREFORE, the Parties respectfully request that the Court enter an Order extending Plaintiffs' deadline to file their motion for leave to amend the complaint until March 26, 2015.

Respectfully submitted,

GREGORY GREENE AND JOSEPH LACK, individually, and on behalf of a class of similarly situated individuals,

Dated: March 12, 2015

By: /s/ Alicia E. Hwang
One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
Alicia E. Hwang
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

Dated: March 12, 2015

SHEARMAN & STERLING LLP
Attorneys for Defendant Mizuho Bank, Ltd.

By: /s/ Jeffrey Resetarits (w/ permission)

|  |  |
|---|---|
|  | Jerome S. Fortinsky<br>John A. Nathanson<br>Jeffrey Resetarits<br>599 Lexington Avenue<br>New York, NY 10022<br>212-848-4000<br><br>Jonathan S. Quinn<br>NEAL, GERBER & EISENBERG<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602<br>312-269-8093 |
| Dated: March 12, 2015 | CHUCAK & TECSON, PC<br>Attorneys for Defendant Gonzague Gay-Bouchery<br><br>By:/s/ Daniel J. Fumagalli (w/ permission)<br>Daniel J. Fumagalli<br>Michael A. Eurich<br>CHUCAK & TECSON, PC<br>30 S. Wacker Drive, Suite 2600<br>Chicago, Illinois 60606 |
| Dated: March 12, 2015 | KELLER, SLOAN, ROMAN & HOLLAND LLP<br>Attorneys for Defendant Jed McCaleb<br><br>By:/s/ Ethan Jacobs (w/ permission)<br>Ethan Jacobs<br>KELLER, SLOAN, ROMAN & HOLLAND LLP<br>555 Montgomery Street, 17th Floor<br>San Francisco, CA 94111 |

### CERTIFICATE OF SERVICE

    I, Alicia E. Hwang, an attorney, hereby certify that I served the above and foregoing ***Joint Motion to Extend Deadlines***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on March 12, 2015.

/s/: Alicia E. Hwang