IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:14-cv-01437 |
| v. | Hon. Gary Feinerman |
| MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS, | Magistrate Judge Susan Cox |
| *Defendants*. | |

**PLAINTIFFS' *UNOPPOSED* MOTION TO EXTEND DEADLINES**

Plaintiffs Gregory Greene and Joseph Lack ("Plaintiffs") hereby respectfully move the Court for an Order extending Plaintiffs' deadline to move for leave to amend the pleadings by fourteen (14) days. In support of their unopposed[1] motion, Plaintiffs state as follows:

1. On January 8, 2015, the parties appeared for a status hearing before the Court, during which the Court lifted the stay of litigation and directed Plaintiffs to file their anticipated motion for leave to amend the complaint by February 5, 2015. (Dkts. 128, 129.)

2. Following the hearing, Plaintiffs engaged in three months of extensive in-person and telephonic discussions with Defendants Gonzague Gay-Bouchery, Jed McCaleb, and Mizuho

---

[1] Defendants Mizuho Bank, Gonzague Gay-Bouchery, and Jed McCaleb have indicated that they do not oppose the relief sought herein.

Bank in an effort to narrow the legal and factual issues in dispute. In light of the progress they made during this comprehensive process, the Parties jointly filed three separate requests to extend Plaintiffs' deadline to move for leave to amend the complaint (up until March 26, 2015), which were granted by the Court. (Dkts. 132, 135, 139.)

3. The Parties' good faith informational exchange—which is now complete—was successful in narrowing the issues and scope of this lawsuit moving forward. Indeed, although Plaintiffs initially planned on pursuing a broad range of theories and claims on behalf of a number of different classes, they received verified information from Defendants during the exchange that corrected their understanding of certain underlying facts and altered the focus of this litigation. As a result, Plaintiffs Greene and Lack, through their upcoming proposed Second Amended Complaint, intend to dismiss certain defendants from the case, substantially narrow their theories of liability and claims, and substantially narrow the scope of the class definitions.

4. Not surprisingly, a number of putative class members that Plaintiffs' counsel have been in communication with (including certain of their clients that have not been named as party-plaintiffs in this lawsuit) have questions about Plaintiffs' plan to substantially narrow the claims and class definitions. While Plaintiffs' counsel have already spoken with many, they still have a number of in-person and telephonic conferences scheduled over the next few days that will likely require follow up discussions. As such, Plaintiffs respectfully request an additional 14-day extension to provide their counsel with time to discuss the impact of the proposed Second Amended Complaint with their clients (and other inquiring putative class members) before the amended pleadings are filed.

5. Accordingly, Plaintiffs respectfully request a final 14-day extension of their deadline to move for leave to amend the pleadings.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order extending Plaintiffs' deadline to file their motion for leave to amend the pleadings until April 9, 2015.

        Respectfully submitted,

        GREGORY GREENE AND JOSEPH LACK, individually, and on behalf of a class of similarly situated individuals,

Dated: March 25, 2015        By: /s/ Alicia E. Hwang
        One of Plaintiffs' Attorneys

        Jay Edelson
        jedelson@edelson.com
        Ari J. Scharg
        ascharg@edelson.com
        Alicia E. Hwang
        ahwang@edelson.com
        EDELSON PC
        350 North LaSalle Street, Suite 1300
        Chicago, Illinois 60654

**CERTIFICATE OF SERVICE**

  I, Alicia E. Hwang, an attorney, hereby certify that I served the above and foregoing ***Plaintiffs' Unopposed Motion to Extend Deadlines***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on March 25, 2015.

                /s/: Alicia E. Hwang