IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, *Plaintiffs*, v. MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS, *Defendants*. | Case No. 1:14-cv-01437 Hon. Gary Feinerman Magistrate Judge Susan Cox |

### NOTICE OF MOTION

TO:     See attached certificate of service.

     **PLEASE TAKE NOTICE** that on April 6, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present *Plaintiffs' Unopposed Motion to Extend Plaintiffs' Deadline to File Motion for Leave to Amend the Complaint*, a copy of which has been served upon you via the Court's CM/ECF electronic filing system.

                                                 Respectfully submitted,

                                                 **GREGORY GREENE and JOSEPH LACK**, individually and on behalf of all others similarly situated,

Dated: March 25, 2015                    By:/s/Alicia E. Hwang
                                                  One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
Alicia E. Hwang
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 130
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## CERTIFICATE OF SERVICE

      I, Alicia E. Hwang, an attorney, hereby certify that on March 25, 2015, I served the above and foregoing *Notice of Motion* by causing a true and accurate copy of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 25th day of March 2015.

                                                      /s/ Alicia E. Hwang