## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gregory Greene, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:14–cv–01437
                                                            Honorable Gary Feinerman

Mark Karpeles, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 16, 2015:

  MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 7/22/2015 at 9:00 a.m. Motion hearing held. For the reasons stated on the record, Plaintiffs motion for leave to amend the pleadings [143] is granted. Plaintiffs shall file the second amended complaint as a separate docket entry. Plaintiffs' claims against MtGox Inc., Mt.Gox KK, Tibanne KK, Mt. Gox North America, Inc., Gonzague Gay–Bouchery, Jed McCaleb, and John Doe Defendants are dismissed without prejudice. The Clerk is directed to terminate those parties as party defendants. Defendants Mizuho Bank and Mark Karpeles shall answer or otherwise plead to the second amended complaint by 5/14/2015. If either defendant files a motion to dismiss, Plaintiff's response is due by 6/11/2015, and Defendant's reply is due by 6/25/2015.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.