UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS,<br><br>    *Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Judge Gary Feinerman<br>Magistrate Judge Susan Cox |

## **MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendant Mizuho Bank, Ltd. respectfully moves this Court for an order dismissing with prejudice this action for lack of personal jurisdiction. This motion is based upon the accompanying Memorandum of Law of Defendant Mizuho Bank, Ltd. in Support of its Motion to Dismiss the Second Amended Class Action Complaint for Lack of Personal Jurisdiction and the Declaration of Yasuo Imaizumi.[1]

---

[1] Pursuant to the order of the Court on the record at the hearing on April 16, 2015, Mizuho Bank, Ltd. is moving to dismiss the Second Amended Class Action Complaint initially under Rule 12(b)(2), while preserving its right to move to dismiss under Rule 12(b)(6) afterwards in the event the Court does not grant this motion. In submitting the present motion to dismiss, Mizuho Bank, Ltd. expressly preserves all its rights and defenses under U.S. and Japanese law.

MIZUHO BANK, LTD.


By:   */s/* Jonathan S. Quinn
           One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
312-269-8000

-And-

Jerome S. Fortinsky (admitted *Pro Hac Vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *Pro Hac Vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *Pro Hac Vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
212-848-4000

*Attorneys for Defendant Mizuho Bank, Ltd.*


Dated: May 14, 2015

## **CERTIFICATE OF SERVICE**

I, Jonathan S. Quinn, an attorney, hereby certify that I caused a true and correct copy of **Defendant Mizuho Bank, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction; Memorandum of Law of Defendant Mizuho Bank, Ltd. in Support of its Motion to Dismiss the Second Amended Class Action Complaint for Lack of Personal Jurisdiction; and the Declaration of Yasuo Imaizumi** to be served upon all counsel of record using the Court's CM/ECF electronic filing system on the 14th day of May, 2015.

      /s/ Jonathan S. Quinn