## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GREGORY GREENE and JOSEPH LACK,
individually and on behalf of all others
similarly situated,

            *Plaintiffs,*

v.

MTGOX INC., a Delaware corporation, MT.
GOX KK, a Japanese corporation, TIBANNE
KK, a Japanese corporation, MT. GOX
NORTH AMERICA, INC., a New York
corporation, MIZUHO BANK, LTD., a
Japanese financial institution, MARK
KARPELES, an individual, GONZAGUE
GAY-BOUCHERY, an individual, JED
MCCALEB, an individual, and JOHN DOE
DEFENDANTS,

            *Defendants.*

Case No. 1:14-cv-01437

Hon. Gary Feinerman

Magistrate Judge Susan Cox

## DECLARATION OF YASUO IMAIZUMI

       I, Yasuo Imaizumi, declare the following:

    1.     I am currently a Deputy General Manager, Legal Division of Mizuho Bank, Ltd. ("Mizuho Bank") and submit this declaration in support of Mizuho Bank's motion to dismiss the Second Amended Class Action Complaint for lack of personal jurisdiction. The facts stated herein are true to the best of my knowledge based on records maintained by Mizuho Bank in its regular course of business.

    2.     Mizuho Bank is a Japanese financial institution that is incorporated under the laws of Japan.

    3.     Mizuho Bank's headquarters is located at Otemachi Tower, 1-5-5, Otemachi, Chiyoda-ku, Tokyo 100-8176, Japan.

4.      Mizuho Bank has over 450 branches and sub-branches in Japan with over 20,000 employees.

5.      Outside of Japan, Mizuho Bank has 45 branches or representative offices. In Chicago, Illinois, Mizuho Bank operates a single branch office (the "Chicago Branch").

6.      The Chicago Branch has fewer than 30 employees and generates less than one percent of Mizuho Bank's revenue.

7.      In September 2012, Mt. Gox Co., Ltd. ("Mt. Gox") opened bank accounts at Mizuho Bank's Shibuya Branch located at 1-24-16 Shibuya, Shibuya-ku, Tokyo 150-0002, Japan. Employees of Mizuho Bank in Japan made all policies and decisions relating to Mt. Gox's bank accounts, including all policies and decisions in connection with (i) international wire transfers (that is, wire transfers sent to or from locations outside Japan) into and out of Mt. Gox's bank accounts, (ii) fees charged to Mt. Gox in connection with international wire transfers and other services, and (iii) the status of Mt. Gox's bank accounts with Mizuho Bank, including whether to suspend certain services. In addition, Mizuho Bank in Japan processed all international wire transfers into and out of Mt. Gox's bank accounts. Mizuho Bank's Chicago Branch did not open or maintain any accounts for Mt. Gox; it did not make any policies or decisions related to Mt. Gox's bank accounts; and it did not process any wire transfers related to Mt. Gox.

8.      Mt. Gox's customers made withdrawal requests directly to Mt. Gox – not Mizuho Bank.

9.      Nothing in the customer agreement between Mt. Gox and Mizuho Bank prevented or restricted Mt. Gox from opening and maintaining accounts with other banks in order to service its clients.

10.     All witnesses and documents potentially relevant to the plaintiffs' allegations and Mt. Gox's bank accounts with Mizuho Bank are located in Japan.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this  14  th day of May, 2015 in Tokyo, Japan.

_____
Yasuo Imaizumi

3