Case 3:14-cv-01437-Document #: 15-31 Filed: 06/11/15 Page 1 of 5 PageID #:1453

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>MtGox Co., Ltd. (a/k/a MtGox KK),<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 14-31229-sgj-15 |

## DECLARATION OF NOBUAKI KOBAYASHI IN SUPPORT OF THE
## AMENDED VERIFIED PETITION FOR RECOGNITION AND CHAPTER 15 RELIEF

I, Nobuaki Kobayashi (the "Petitioner"), in my capacity as the bankruptcy trustee and foreign representative of MtGox Co., Ltd., a/k/a MtGox KK (the "Debtor" or "MtGox"), pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge and belief, including based upon my review of the books, records and documents of the Debtor and interviews of the relevant personnel of the Debtor:

1.      I am a resident of Japan and, after receiving an L.L.B. from Chuo University in 1979, have been registered to practice law in Japan since 1983. I am currently a partner at Nagashima Ohno & Tsunematsu ("NO&T"), a Japan-based law firm engaged in the provision of corporate reorganization, insolvency and related services in Japan. Since becoming an attorney at law, I have been a member of the Insolvency Law Study Group of the Tokyo Bar Association, and I was appointed Chairperson in 2002. Since 2013, I have been Chairperson of the Study Committee on the Bankruptcy Law System of the Japan Federation of Bar Associations. I have lectured in a variety of programs and institutions and have delivered lectures on insolvency practice hosted by the Training and Research Institute for Court Officials of the Supreme Court of Japan and attended by Japanese judges. From 2007 to March 2014, I was a Visiting Professor

in insolvency law at Chuo University Law School in Tokyo, Japan. In 2012, I was ranked the fourth most valuable business law attorney in Japan based on a survey conducted by Nikkei.

2.    In addition, I have extensive experience in each of Japan's three types of insolvency proceedings, namely: (i) bankruptcy proceedings under the Bankruptcy Act of Japan (the "Bankruptcy Act"); (ii) civil rehabilitation proceedings under Japan's Civil Rehabilitation Act (*Minji Saisei Ho*) (the "JCRA"); and (iii) reorganization proceedings under Japan's Corporate Reorganization Act (*Kaisha Kosei Ho*). Specifically, I have served as: (i) the bankruptcy trustee in approximately 40 Japan bankruptcy proceedings involving companies; (ii) the supervisor in approximately 30 Japan civil rehabilitation proceedings; and (iii) the reorganization trustee in approximately 10 Japan reorganization proceedings.[1] As such, I am fully familiar with Japanese insolvency law and with MtGox's Japan Proceeding (as described below).

3.    On April 24, 2014, I was appointed as the bankruptcy trustee of MtGox. As explained in more detail below, MtGox is the subject of a bankruptcy procedure (the "Japan Proceeding") under the Bankruptcy Act,[2] currently pending before the Twentieth Civil Division of the Tokyo District Court in Japan (the "Tokyo Court").

---

[1]    I note that I served as the co-trustee and co-foreign representative of Elpida Memory, Inc. ("Elpida") in its reorganization proceedings in Japan and related Chapter 15 case in the U.S. Bankruptcy Court for the District of Delaware. In 2012, the Delaware Bankruptcy Court recognized the Elpida reorganization proceeding as a foreign main proceeding. See In re Elpida Memory, Inc., Case No. 12-10947 (CSS) (Bankr. D. Del. Apr. 24, 2012) [Docket No. 65].

[2]    An English translation of the Bankruptcy Act, which was prepared by the Ministry of Justice in Japan, is available at: http://www.japaneselawtranslation.go.jp/law/detail/?re=01&dn=1&x=0&y=0&co=1&ia=03&yo=&gn=&sy=&ht=&no=&bu=&ta=&ky=%E7%A0%B4%E7%94%A3%E6%B3%95&page=29.   English translations of the relevant provisions of the Bankruptcy Act referenced in this Declaration are attached hereto as **Exhibit 1**.

2

Case 1:14-cv-01437 Document #: 15-1 Filed: 06/11/15 Page 3 of 5 PageID #:1455

4.      I submit this declaration in support of the Amended Verified Petition for Recognition and Chapter 15 Relief (the "Amended Petition"),[3] which I, in my capacity as bankruptcy trustee and foreign representative of MtGox, have contemporaneously filed with this Court seeking recognition of the Japan Proceeding as a "foreign main proceeding" or, in the alternative, a "foreign nonmain proceeding," and related relief under Chapter 15 of title 11 of the United States Code (the "Bankruptcy Code"). The facts hereinafter set forth in this declaration are based upon my personal knowledge or, as indicated below, based upon my investigation of the books, records and documents of MtGox and interviews of the relevant personnel of the Debtor.

5.      I respectfully seek entry of an order (the "Recognition Order") recognizing the Japan Proceeding as a "foreign main proceeding" as defined in 11 U.S.C. §§ 1502(4) and 1517(b)(1) or, in the alternative, a "foreign nonmain proceeding" as defined in 11 U.S.C. §§ 1502(5) and 1517(b)(2). I also request that this Court grant me, as the bankruptcy trustee and foreign representative of the Debtor, (i) authority to conduct necessary discovery pursuant to 11 U.S.C. § 1521(a)(4) and (ii) entrustment of the administration and realization of all of the Debtor's assets within the territorial jurisdiction of the United States, pursuant to 11 U.S.C. § 1521(a)(5). Under the auspices of the Tokyo Court and with the ancillary assistance of this Court, the ultimate goals of the Japan Proceeding are to liquidate the assets of MtGox in a manner that maximizes the recoveries for all creditors, wherever located, and to determine the current claims that exist to those assets and to make distributions to creditors in accordance with applicable Japanese law. To effectuate this goal, I respectfully request that this Court grant the relief requested in the Amended Petition.

---

[3]    Any capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Amended Petition.

Debtor's records and documents, it is my understanding and belief that Tibanne thereafter

granted MtGox the right to operate the MtGox Exchange.

22.     Based upon available public information, it is my understanding and belief that at

one time MtGox was reported to be the largest online bitcoin exchange in the world, handling

over 80% of all bitcoin trade worldwide, but that is no longer the case.

23.     It is my understanding that bitcoin is a form of digital currency that reportedly

was first conceived of in 2008 by a person or group going by the name of Satoshi Nakamoto.

Reportedly, the first actual bitcoin was created or "mined" in 2009. I understand there are

several ways in which a person can obtain bitcoin, including the following:

- Bitcoins are "created" through a computer software algorithm which, at any point in time, resides on thousands of computers on the Internet. Persons who certify bitcoin transactions over the bitcoin peer-to-peer network are remunerated by the issuance of a fixed number of bitcoins which evolves over time. The certification is done by the solving of an "algorithm" with the use of ever-more powerful computers. These persons are called "miners" and the process of obtaining bitcoin in this fashion is called "mining."

- A person can also obtain bitcoins that have already been mined by buying them from another. These transactions can consist of "one-to-one" transactions between a buyer and seller. In addition, a person can buy or sell bitcoin through an online exchange, such as the MtGox Exchange operated by MtGox on the mtgox.com website. In these exchange transactions, the buyer and seller create accounts at the exchange and then fund the account with currency funds, bitcoin or both. The user can then enter a buy or sell order online and the website will match the buy or sell order with one or more sell or buy orders. The buyer receives an increase in bitcoin in his/her account and the seller receives an increase in currency in his/her account. The bitcoin exchange receives a fee or commission for the transaction.

- A person can also obtain and use bitcoin through commercial or merchant transactions; that is, a person can use bitcoin in certain circumstances to pay for goods and services.

24.     According to a customer list provided to me by the Debtor, the Debtor has

approximately 120,000 customers who had a balance in their bitcoin or fiat currency account as

of the date of the Japan Petition, and those customers reside in approximately 175 countries

Case 14-31229-sgj15 Doc 127 Filed 05/23/14 Entered 05/23/14 21:49:08 Page 11 of 72

around the world. As of the date of this Declaration, I currently have information on the location

of approximately 80,000 customers. Of that amount, I have determined that approximately

30,701 customers are located in the United States, approximately 6,103 are located in the United

Kingdom, approximately 5,921 are located in Germany, approximately 2,458 are located in

Canada, approximately 2,416 are located in France, approximately 2,284 are located in China,

and approximately 1,095 are located in Japan.

      25.     The MtGox exchange allowed persons with MtGox accounts to buy and sell

bitcoin among themselves. It is my understanding and belief that using the MtGox Exchange

generally consisted of a five-step process: (i) opening an account; (ii) verifying the account; (iii)

adding funds to the account; (iv) buying and selling bitcoins; and (v) withdrawing funds.[9] To

open and use a MtGox account, a prospective customer would fill out an application on the

Website. Based upon my discussions with the Debtor's relevant personnel, it is my

understanding and belief that after completing the application, the Website would display

standard terms and conditions for use of the MtGox Exchange and the customer would need to

click a button indicating that he or she agreed to those terms and conditions before creating an

account. Once the account was created, the customer was assigned an account number. When a

customer wanted to start buying or selling bitcoin on the MtGox Exchange, he or she would need

to fund the account by depositing currency, bitcoin, or both into the account. The Website's

"General Information" page (the "General Information Page")[10] answered frequently asked

---

[9]   Copies of the Website screenshots describing each step are attached hereto as **Exhibit 8**, as they appeared on February 21, 2014 and were obtained through the website archiving service known as "Wayback Machine" located at http://www.archive.org.

[10]   A copy of the General Questions Page is attached hereto as **Exhibit 9**, as it appeared on May 1, 2013 and was obtained through the website archiving service known as "Wayback Machine" located at http://www.archive.org.