IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>      *Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

## DECLARATION OF ANTHONY P. MOTTO

Pursuant to 28 U.S.C. § 1746, I, Anthony P. Motto, hereby declare and state as follows:

  1.  I am over the age of eighteen and am fully competent to make this declaration. This declaration is based upon my personal knowledge, except where expressly noted otherwise. I make this declaration in support of Plaintiffs' Opposition to Defendant Mizuho Bank Ltd.'s Motion to Dismiss the Second Amended Complaint. If called upon to testify as to the matters stated herein, I could and would competently do so.

  2.  Throughout my entire life, I have resided in and been a citizen of the State of Illinois.

  3.  I registered for a Mt. Gox account in early 2014. To activate my account, I was required to—and did—accept Mt. Gox's Terms of Use.

  4.  On February 15, 2014, I wired $1,000.00 USD from my checking account with J.P. Morgan Chase Bank, N.A. ("Chase") to Mizuho Bank for deposit in its account for Mt. Gox. (*See* Wire Transfer Confirmation, attached hereto as Exhibit 1.)

5. I made the transfer request through Chase bank by logging into my online account, which was opened under my name—Anthony P. Motto—and registered to my home address in Streamwood, Illinois. I opened my account at the Chase bank branch located in Streamwood, Illinois.

6. To submit the transfer request, I navigated to the "Payments and Transfers" page on the Chase website and input the required information, including Mizuho's SWIFT code, Mizuho's address, Mt. Gox's address, and Mt. Gox's account number with Mizuho. In addition, I specified my personal Mt. Gox account number in the "Message to recipients bank" field.

7. After I submitted the wire transfer, I received confirmation from Chase that Mizuho had accepted my deposit on February 18, 2014. (*See* Ex. 1.)

8. At no time prior to my deposit was I aware that Mizuho had terminated processing withdrawals and that I would be thereafter be unable to access the funds I deposited into my Mt. Gox account.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 06/11/2015 in Streamwood, Illinois.

*Anthony P. Motto*
_____
Anthony P. Motto