UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MTGOX INC., a Delaware corporation, MT. GOX KK, a Japanese corporation, TIBANNE KK, a Japanese corporation, MT. GOX NORTH AMERICA, INC., a New York corporation, MIZUHO BANK, LTD., a Japanese financial institution, MARK KARPELES, an individual, GONZAGUE GAY-BOUCHERY, an individual, JED MCCALEB, an individual, and JOHN DOE DEFENDANTS,<br><br>    *Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Judge Gary Feinerman<br>Magistrate Judge Susan Cox |

**UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION**

  Defendant Mizuho Bank, Ltd. ("Mizuho Bank"), by its attorneys, and pursuant to Rule 6 of the Federal Rules of Civil Procedure, respectfully moves this Court for a six day enlargement of time to reply to Plaintiffs' Opposition to Defendant Mizuho Bank, Ltd.'s Motion to Dismiss the Second Amended Class Action Complaint (the "Opposition," and Mizuho Bank's reply, the "Reply"). In support of this motion (the "Motion"), Mizuho Bank states as follows:

  1.  The Plaintiffs filed the Opposition on June 11, 2015.

  2.  Mizuho Bank's Reply is due on June 25, 2015.

  3.  The time for Mizuho Bank to file its Reply has not yet passed.

4. Under Rule 6(b)(l)(A) of the Federal Rules of Civil Procedure, this Court may, for good cause, enlarge the time to file a reply brief when the request is made before the original time to file the brief has expired.

5. This is Mizuho Bank's first request for an enlargement of time with respect to its Reply.

6. Mizuho Bank requests this enlargement of time because its attorneys require additional time to prepare an appropriate response.

7. This Motion is not made for the purposes of delay.

8. Plaintiffs do not oppose the requested enlargement of time.

WHEREFORE, Mizuho Bank, Ltd., respectfully requests that this Court grant its Motion, enter an order allowing Mizuho Bank until July 1, 2015 to file its Reply, and grant such other relief as this Court deems just and proper.

MIZUHO BANK, LTD.

By:   /s/ Jason A. Frye
       One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL  60602-3801
312-269-8000

-And-

Jerome S. Fortinsky (admitted *Pro Hac Vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *Pro Hac Vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *Pro Hac Vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
212-848-4000

*Attorneys for Defendant Mizuho Bank, Ltd.*


Dated:  June 18, 2015