## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gregory Greene, et al.
                              Plaintiff,

v.                                                          Case No.: 1:14–cv–01437

MtGox Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 29,2015:

     MINUTE entry before the Honorable Gary Feinerman: At the 8/3/2015 hearing [156], the court may have a limited number of questions regarding Defendant Mizuho Bank's pending motion to dismiss [148]. Out−of−town counsel is welcome to participate by telephone so long as advance arrangements are made with the Courtroom Deputy.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.