# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gregory Greene, et al.

                                Plaintiff,

v.                                                           Case No.: 1:14–cv–01437
                                                                    Honorable Gary Feinerman

Mark Karpeles, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 2, 2015:

      MINUTE entry before the Honorable Gary Feinerman:Defendant Mizuho Bank Ltd.'s motion to clarify 11/16/2015 minute order [167] is denied as to clarification and denied without prejudice as to a stay of discovery. The 11/16/2015 order [166] is sufficiently clear that no clarification is necessary. As to the requested stay of discovery, the strong presumption, absent agreement of the parties or the presence of particular claims (e.g., those governed by 15 U.S.C. 78u–4(b)(3)(B)), is that discovery is not stayed during the pendency of a Rule 12(b)(6) motion. Defendant Mizuho's motion does not attempt to explain how the presumption has been rebutted under the facts and circumstances of this particular case. Defendant Mizuho may renew its motion to stay at any time; if it does so, it should consider simultaneously filing its Rule 12(b)(6) motion to dismiss, so the court could make an informed (though necessarily tentative) judgment as to the likelihood of the motion's being granted. Motion hearing set for 12/7/2015 [168] is stricken.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.