**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | ) ) ) ) |
| *Plaintiffs*, | ) Case No. 14 C 01437 ) |
| v. | ) Judge Gary Feinerman ) Magistrate Judge Susan E. Cox |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | ) ) ) ) |
| *Defendants*. | ) ) |

**DEFENDANT MIZUHO BANK, LTD.'S AGREED MOTION FOR LEAVE**
**TO FILE OVERSIZE BRIEF AND TO ENTER PROPOSED BRIEFING SCHEDULE**

Defendant Mizuho Bank, Ltd. ("Mizuho"), by and through its undersigned counsel, respectfully submits this agreed motion for leave to file an oversize brief, not to exceed thirty (30) pages, in support of its Motion to Dismiss for Failure to State a Claim Or Alternatively on *Forum Non Conveniens* Grounds, filed contemporaneously herewith, and to enter the parties' agreed-upon briefing schedule. In support of this motion (the "Motion"), Mizuho states as follows:

1.      Plaintiffs' Second Amended Class Action Complaint (the "Complaint") asserts four causes of action against Mizuho: tortious interference with contract (Fourth Cause of Action; unjust enrichment (Fifth Cause of Action); fraudulent concealment (Sixth Cause of Action); and an accounting (Seventh Cause of Action).

2.      Mizuho has filed a motion to dismiss under Rule 12(b)(6) contemporaneously herewith because the plaintiffs have failed to state any claim against Mizuho. In the alternative, Mizuho also has moved to dismiss the plaintiffs' claims on the independent ground of *forum non*

*conveniens* because Japan is an adequate and available alternative forum, and all of the public and private interest factors that courts consider under this doctrine weigh heavily in favor of holding these proceedings in Japan.

3.      Given the number of claims asserted and the alternative bases for dismissal, it is not practicable to adequately set forth all of Mizuho's grounds for dismissal in fifteen (15) pages. The requested number of pages is necessary in order to afford Mizuho a fair opportunity to raise all of its arguments, without sacrificing the force or persuasiveness of its arguments.

4.      Counsel for Mizuho has conferred with counsel for the plaintiffs, and the plaintiffs do not oppose Mizuho's request for leave to file an oversize brief.  Counsel for Mizuho and counsel for the plaintiffs have agreed that Mizuho's memorandum of law in support and plaintiffs' response in opposition shall not exceed thirty (30) pages, and that Mizuho's reply brief in further support of its motion to dismiss shall not exceed twenty (20) pages.

5.      Counsel for Mizuho and counsel for the plaintiffs also have conferred about and agreed to the following proposed briefing schedule:

- Mizuho to file its memorandum of law by January 29, 2016;

- Plaintiffs to file their response in opposition by February 19, 2016; and

- Mizuho to file its reply by March 14, 2016.

WHEREFORE, Mizuho respectfully requests that this Court grant its Motion; grant the parties leave to file their respective memoranda of law in excess of fifteen pages; and enter the proposed briefing schedule set forth herein.

MIZUHO BANK, LTD.

By:    _/s/ Jason A. Frye_____
                      One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL  60602-3801
(312) 269-8000

Jerome S. Fortinsky (admitted *pro hac vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *pro hac vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *pro hac vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Dated: January 26, 2016