# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>[Hon. Gary Feinerman]<br><br>Magistrate Judge Susan Cox |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on February 2, 2016, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel will appear before the Honorable Gary Feinerman, or any Judge sitting in his stead, in Room 2125 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois 60604, and then there present ***Plaintiff's Motion to Compel***, a true and accurate copy of which is attached and hereby served upon you.

    Respectfully submitted,

    **GREGORY GREENE and JOSEPH LACK**,
    individually, and on behalf of a class of similarly
    situated individuals,

Dated: January 27, 2016      By: /s/ Alexander T.H. Nguyen
    One of Plaintiffs' Attorneys

    Jay Edelson
    jedelson@edelson.com
    Ari J. Scharg
    ascharg@edelson.com
    Alexander T.H. Nguyen
    anguyen@edelson.com
    Alicia E. Hwang
    ahwang@edelson.com
    EDELSON PC

350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

      I, Alexander T.H. Nguyen, an attorney, hereby certify that I served the above and foregoing *Notice of Plaintiffs' Motion to Compel*, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on January 27, 2016.

                                      s/ Alexander T.H. Nguyen