UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gregory Greene, et al.

                            Plaintiff,

v.                                                Case No.: 1:14–cv–01437
                                                Honorable Gary Feinerman

Mark Karpeles, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 9, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 3/3/2016 at 9:15 a.m. Motion hearing held. Defendant Mizuho's motion to dismiss [172] and Plaintiffs' motion to compel [180] are entered and continued. For the reasons stated on the record, Defendant Mizhuo's motion to stay discovery [174] is granted in part and entered and continued in part; discovery is stayed through 3/3/2016. Defendant Mizuho's agreed motion for leave to file oversize brief and to enter proposed briefing schedule [176] is granted. Plaintiffs shall file their opposition to the motion to dismiss [172] by 2/19/2016; reply due by 3/14/2016. Plaintiffs shall file their supplemental memorandum in support of the motion to compel [180] or response to the motion to stay [174] by 2/17/2016.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.