UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| *Plaintiffs*, | ) Case No. 14 C 01437<br>) |
| v. | ) Judge Gary Feinerman<br>) Magistrate Judge Susan E. Cox |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | )<br>)<br>)<br>) |
| *Defendants*. | ) |

**DEFENDANT MIZUHO BANK, LTD.'S MOTION
FOR LEAVE TO FILE SUPPLEMENTAL BRIEF *INSTANTER* TO
ADDRESS RECENT ADDITIONAL AUTHORITY IN SUPPORT OF
ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Mizuho Bank, Ltd. ("Mizuho"), by their attorneys, respectfully move this Court for leave to submit a short supplemental memorandum of law to address two recent cases, *Noboa v. Barceló Corporación Empresarial*, No. 15-2001 (7th Cir. Feb. 4, 2016) and *Gullen v. Facebook.com*, 2016 WL 245910 (N.D. Ill. Jan. 21, 2016), that support Mizuho's Motion to Dismiss for Lack of Personal Jurisdiction. (Dkt. 148.) In support of this motion, Mizuho states as follows:

1. On May 14, 2015, Mizuho filed its motion to dismiss for lack of personal jurisdiction in which it argued (among other things) that, under the Supreme Court's decision in *Walden v. Fiore*, 134 S. Ct. 1115 (2014), this Court must dismiss Mizuho for lack of specific personal jurisdiction because the plaintiffs have not alleged any intentional contacts by Mizuho with Illinois. (Dkt. 149 at 6-9; Dkt. 155 at 1-5.)

2. The U.S. Court of Appeals for the Seventh Circuit and Judge Alonso in this District have recently issued opinions that provide additional insight into the scope and meaning of *Walden* and provide further support for Mizuho's motion to dismiss for lack of personal jurisdiction. *See Noboa v. Barceló Corporación Empresarial*, No. 15-2001 (7th Cir. Feb. 4, 2016); *Gullen v. Facebook.com*, 2016 WL 245910 (N.D. Ill. Jan. 21, 2016).

WHEREFORE, for the foregoing reasons, defendant Mizuho Bank, Ltd. respectfully requests that this Court grant it leave to file the attached short memorandum of law *instanter* to address two recent cases that are directly relevant to Mizuho's pending motion to dismiss for lack of personal jurisdiction (Ex. A).

                              MIZUHO BANK, LTD.

                        By:    */s/* Jason A. Frye
                                  One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL 60602-3801
(312) 269-8000

Jerome S. Fortinsky (admitted *pro hac vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *pro hac vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *pro hac vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Dated: February 11, 2016