# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Greene v. Mizuho Bank, Ltd. and Mark Karpeles    Case Number: 14-cv-1437

An appearance is hereby filed by the undersigned as attorney for:
Gregory Greene and Joseph Lack

Attorney name (type or print): John Aaron Lawson

Firm: Edelson PC

Street address: 350 North LaSalle St, 13th Floor

City/State/Zip: 60654

Bar ID Number: 6313328    Telephone Number: 312-561-4104
(See item 3 in instructions)

Email Address: alawson@edelson.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 15, 2016

Attorney signature:    S/ J. Aaron Lawson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015