IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | Case No. 1:14-cv-01437 |
| *Plaintiffs*, | Judge Gary Feinerman |
| v. | Magistrate Judge Susan Cox |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | |
| *Defendants*. | |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiffs Gregory Greene and Joseph Lack ("Plaintiffs") and Defendant Mizuho Bank, Ltd. ("Mizuho") respectfully move the Court for an order modifying the current briefing deadlines and adjourning the upcoming status hearing to allow the Parties an opportunity to meet and confer regarding the pending discovery issue. In support of this motion, the Parties state as follows:

1. During the February 9, 2016 hearing, the Court entered a briefing schedule directing (i) Plaintiffs to file their supplemental memorandum in support of the motion to compel by February 17, 2016, (ii) Plaintiffs to file their response in opposition to Mizuho's motion to dismiss by February 19, 2016, and (iii) Mizuho to file its reply in support of its motion to dismiss by March 14, 2016. (Dkt. 185). The Court also scheduled a status hearing for March 3, 2016. (*Id.*).

2. The Parties jointly request that the Court modify the current schedule by (i) extending the deadline for Plaintiffs to file their supplemental memorandum in support of the

motion to compel to March 9, 2016, (ii) extending the deadline for Plaintiffs to file their response in opposition to Mizuho's motion to dismiss to March 9, 2016, (iii) extending the deadline for Mizuho to file its reply in support of its motion to dismiss to April 4, 2016, and (iv) adjourning the status hearing currently scheduled for March 3, 2016 and rescheduling it for a date after April 4, 2016.

3. This joint motion is brought in good faith and not for purposes of delay..

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order: (i) extending the deadline for Plaintiffs to file their supplemental memorandum in support of the motion to compel by to March 9, 2016, (ii) extending the deadline for Plaintiffs to file their response in opposition to Mizuho's motion to dismiss to March 9, 2016, (iii) extending the deadline for Mizuho to file its reply in support of its motion to dismiss to April 4, 2016, and (iv) adjourning the status hearing currently scheduled for March 3, 2016 and rescheduling it for a date after April 4, 2016.

Respectfully submitted,

Dated: February 17, 2016
By: /s/ Ari J. Scharg
One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
Alexander T.H. Nguyen
anguyen@edelson.com
Alicia E. Hwang
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370

*Counsel for Plaintiffs and the putative class*

2

Dated: February 17, 2016    By: /s/ Jeffrey Resetarits

Jerome S. Fortinsky
John A. Nathanson
Jeffrey Resetarits
SHERMAN & SHERMAN LLP
599 Lexington Avenue
New York, NY 10022
212-848-4000

Jonathan S. Quinn
NEAL, GERBER & EISENBERG
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
312-269-8093

*Counsel for Defendant Mizuho Bank, Ltd.*

4

**CERTIFICATE OF SERVICE**

      I, Ari J. Scharg, an attorney, hereby certify that I served the above and foregoing ***Joint Motion to Extend Deadlines***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on February 17, 2016.

                                    /s/ Ari J. Scharg