**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:14-cv-01437 |
| v. | Judge Gary Feinerman |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | Magistrate Judge Susan Cox |
| *Defendants*. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Tuesday, February 23, 2016 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Gary Feinerman, or any Judge sitting in his stead, in Courtroom 2125 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the Parties' ***Joint Motion to Extend Deadlines***, a copy of which has been served upon you.

Respectfully submitted,

Dated: February 17, 2016

By:/s/ Ari J. Scharg_____
One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
Alexander T.H. Nguyen
anguyen@edelson.com
Alicia E. Hwang

ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370

*Counsel for Plaintiffs and the putative class*

## <u>CERTIFICATE OF SERVICE</u>

I, Ari J. Scharg, an attorney, hereby certify that I served the above and foregoing ***Notice of Joint Motion to Extend Deadlines***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on February 17, 2016.

/s/ Ari J. Scharg