# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>    *Defendants*. | Case No. 1:14-cv-01437<br><br>Honorable Gary Feinerman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 15, 2016 at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Gary Feinerman, or any Judge sitting in his stead, in Room 2125 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois 60604, and then there present the Parties' ***Joint Motion to Extend Deadlines and to Withdraw Plaintiffs' Motion to Compel***, a true and accurate copy of which is attached and hereby served upon you.

Respectfully submitted,

**GREGORY GREENE and JOSEPH LACK**,
individually, and on behalf of a class of similarly situated individuals,

Dated: March 9, 2016

By: /s/ Alicia E. Hwang
One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
Alexander T.H. Nguyen
anguyen@edelson.com
Alicia E. Hwang
ahwang@edelson.com

EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

      I, Alicia E. Hwang, an attorney, hereby certify that I served the above and foregoing *Notice of Motion*, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on March 9, 2016.

                                                    s/ Alicia E. Hwang
                                                         Alicia E. Hwang