IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:14-cv-01437 |
| v. | Hon. Gary Feinerman |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | Magistrate Judge Susan Cox |
| *Defendants*. | |

### DECLARATION OF ALICIA E. HWANG

Pursuant to 28 U.S.C. § 1746, I, Alicia E. Hwang, hereby declare and state as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. This declaration is based upon my personal knowledge, except where expressly noted otherwise. I make this declaration in support of *Plaintiffs' Opposition to Defendant Mizuho Bank, Ltd.'s Motion to Dismiss for Failure to State a Claim or Alternatively for Forum Non Conveniens.* If called upon to testify as to the matters stated herein, I could and would competently do so.

2. I am an attorney at the law firm of Edelson PC, which has been retained to represent Plaintiffs Gregory Greene and Joseph Lack (collectively, "Plaintiffs") in this matter. I am admitted to practice in the State of Illinois and in the United States District Court for the Northern District of Illinois.

3. In January 2016, I obtained a copy of an affidavit from Yasuo Imaizumi that had been filed by Defendant Mizuho Bank Ltd. ("Mizuho") in the case of *Joyce v. MtGox, Inc.,* a class action brought on behalf of Canadian customers of Mt. Gox currently pending in the

Ontario Superior Court of Justice. *See Joyce v. MtGox, Inc.*, No. CV-14-500253-00CP (Ont. Sup. Ct.). The Imaizumi affidavit was provided to me by Ted Charney, an attorney representing Plaintiff Joyce and the putative class in that case. A true and accurate copy of the Imaizumi affidavit and its exhibits is attached hereto as Exhibit 1.

4. In his affidavit, Mr. Imaizumi states that he is Mizuho's Deputy General Manager of its Legal Division and has personal knowledge of the matters contained therein. Attached to the Imaizumi affidavit as Exhibit B is what is purported to be a certified English translation of the online banking services contract between Mizuho and Mt. Gox. Article 5 of the contract (located on the page marked as 42 in the upper right hand corner) sets forth the conditions under which Mizuho may terminate its contract with Mt. Gox, including for "performing illegal transactions" or otherwise violating its Terms of Service.

5. The Imaizumi affidavit also contains a copy of a "Cancellation Notice" dated December 27, 2013 (located on pages marked as 69-71 in the upper right hand corner). The Cancellation Notice states that, "pursuant to the terms of the usage provisions, at the Bank's discretion, the contract [] between you and the Bank shall be terminated effective January 31, 2014." The Cancellation Notice is addressed to co-Defendant Mark Karpeles and is represented as having been delivered by registered mail on December 30, 2013.

6. The parties exchanged their initial disclosures on December 18, 2015. Other than Plaintiffs and class-member Anthony Motto, Mizuho's Initial Disclosures identified only three other potential witnesses as likely to have discoverable information: Hirotaka Shimizu, Hiroaki Aikawa, and Shuuichirou Mita (all former or current employees of Mizuho). Mizuho's Initial Disclosures likewise identified only one category of documents, characterized as "Documents

concerning Mt. Gox's bank account at Mizuho," that it may use to support its claims or defenses. A true and accurate copy of Mizuho's Initial Disclosures is attached as Exhibit 2.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2016 in San Francisco, California.

<u>Alicia E. Hwang</u>
Alicia E. Hwang