# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| *Plaintiffs*, | ) Case No. 14 C 01437 |
| v. | )<br>) Judge Gary Feinerman<br>) Magistrate Judge Susan E. Cox |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | )<br>)<br>)<br>) |
| *Defendants*. | )<br>) |

## UNOPPOSED MOTION
## FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION

Defendant Mizuho Bank, Ltd. ("Mizuho Bank"), by its attorneys, and pursuant to Rule 6 of the Federal Rules of Civil Procedure, respectfully moves this Court for a twelve day enlargement of time to reply to Plaintiffs' Opposition to Defendant Mizuho Bank, Ltd.'s Motion to Dismiss the Second Amended Class Action Complaint (the "Opposition," and Mizuho Bank's reply, the "Reply"). In support of this motion (the "Motion"), Mizuho Bank states as follows:

1. Mizuho Bank filed its Memorandum of Law in Support of its Motion to Dismiss the Second Amended Class Action Complaint on January 29, 2016 [Dkt. 172].

2. The Plaintiffs filed the Opposition on March 11, 2016 [Dkt. 197].

3. Mizuho Bank's Reply is due on April 8, 2016 [Dkt. 196].

4. The time for Mizuho Bank to file its Reply has not yet passed.

5. Under Rule 6(b)(l)(A) of the Federal Rules of Civil Procedure, this Court may, for good cause, enlarge the time to file a reply brief when the request is made before the original time to file the brief has expired.

6.       Mizuho Bank requests this enlargement of time because its attorneys require additional time to prepare an appropriate response.

7.       This Motion is not made for the purposes of delay.

8.       Plaintiffs do not oppose the requested enlargement of time.

WHEREFORE, Mizuho Bank respectfully requests that this Court grant its Motion, enter an order allowing Mizuho Bank until April 20, 2016 to file its Reply, and grant such other relief as this Court deems just and proper.

                       MIZUHO BANK, LTD.

By:   */s/* Jason A. Frye
         One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6296848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL  60602-3801
312-269-8000

Jerome S. Fortinsky (admitted *Pro Hac Vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *Pro Hac Vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *Pro Hac Vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
212-848-4000

*Attorneys for Defendant Mizuho Bank, Ltd.*

Dated: March 28, 2016