UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gregory Greene, et al.

                    Plaintiff,

v.                                         Case No.: 1:14−cv−01437
                                                Honorable Gary Feinerman

Mark Karpeles, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 29, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Unopposed motion for enlargement of time to reply to Plaintiffs' opposition [201] is granted. The time for Defendant Mizuho to file its reply brief in support of its motion to dismiss [172] is extended to 4/20/2016. Motion hearing set for 4/4/2016 [202] is stricken. Status hearing set for 4/13/2016 [193] is stricken and re−set for 4/27/2016 at 9:30 a.m. Given the parties' agreement regarding discovery at this point [194], Defendant Mizuho's motion to stay discovery [174] is denied as moot.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.