# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gregory Greene, et al.

                              Plaintiff,

v.                                                     Case No.: 1:14–cv–01437
                                                                 Honorable Gary Feinerman

Mark Karpeles, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 5, 2016:

       MINUTE entry before the Honorable Gary Feinerman:Because putative class counsel filed a third amended complaint [205] that names as a putative class representative an Illinois resident who is alleged to be a member of the Deposit Subclass, this case will not be transferred to the Central District of California.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.