# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| *Plaintiffs*, | ) Case No. 14 C 01437 |
| | ) |
| v. | ) Judge Gary Feinerman<br>) Magistrate Judge Susan E. Cox |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | )<br>)<br>)<br>) |
| *Defendants*. | )<br>) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 27, 2016 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman in Courtroom 2125 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present **Defendant Mizuho Bank, Ltd.'s Motion For Certification For Interlocutory Appeal**, a copy of which has been served upon you via the Court's electronic filing system.

MIZUHO BANK, LTD.

By: */s/* Jason A. Frye
        One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL  60602-3801
(312) 269-8000

Jerome S. Fortinsky (Admitted *Pro Hac Vice*)
jfortinsky@shearman.com
John A. Nathanson (Admitted *Pro Hac Vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (Admitted *Pro Hac Vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000


Dated:  April 21, 2016

## **CERTIFICATE OF SERVICE**

I, Jason A, Frye, an attorney, hereby certify that I caused a true and correct copy of **Defendant Mizuho Bank, Ltd.'s Motion For Certification For Interlocutory Appeal** to be served upon all counsel of record using the Court's CM/ECF electronic filing system on the 21st day of April, 2016.

         /s/ Jason A. Frye