## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Gregory Greene, et al.
                              Plaintiff,

v.                                      Case No.: 1:14−cv−01437
                                             Honorable Gary Feinerman

Mark Karpeles, et al.
                              Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, April 22, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing set for 4/27/2016 at 9:00 a.m. [209] is re−set for 10:30 a.m. Status hearing set for 4/27/2016 at 10:15 a.m. [204] is re−set for 10:30 a.m. TIME CHANGE ONLY. The court will have questions regarding the pending motion to dismiss [172].Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.