IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, and ANTHONY MOTTO, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>   *Defendants*. | Case No. 1:14-cv-01437<br><br>[Hon. Gary Feinerman]<br><br>Magistrate Judge Susan Cox |

**UNOPPOSED MOTION FOR LEAVE TO**
**WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS**

  Pursuant to Local Rule 83.17, Plaintiffs Gregory Greene, Joseph Lack, and Anthony Motto, respectfully move this Court to grant Alex Nguyen leave to withdraw as counsel of record for Plaintiffs in the above-captioned matter. In support of this Motion, Plaintiffs state as follows:

  1. Attorney Alexander T.H. Nguyen is no longer associated with the law firm Edelson PC, which has been retained to represent Plaintiffs in this matter. As such, Mr. Nguyen seeks leave to withdraw his appearance on behalf of Plaintiffs.

  2. Although Mr. Nguyen is no longer associated with Edelson PC, and will no longer represent Plaintiffs in this action, Plaintiffs will continue to be represented by other attorneys at Edelson PC, including Jay Edelson, Ari J. Scharg, Benjamin S. Thomassen, and Alicia Hwang. Therefore, Plaintiffs will not be prejudiced by Mr. Nguyen's withdrawal.

  WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting Mr. Nguyen leave to withdraw his appearance as one of the attorneys of record for Plaintiffs.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 4, 2016 | By: /s/ Benjamin S. Thomassen<br>One of Plaintiffs' Attorneys |
|  | Jay Edelson<br>jedelson@edelson.com<br>Ari J. Scharg<br>ascharg@edelson.com<br>Benjamin S. Thomassen<br>bthomassen@edelson.com<br>Alicia Hwang<br>ahwang@edelson.com |
|  | EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |
|  | *Counsel for Plaintiffs and the Putative Class* |

## **CERTIFICATE OF SERVICE**

     I, Benjamin S. Thomassen, an attorney, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on May 4, 2016.

                                                    /s/ Benjamin S. Thomassen