**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GREGORY GREENE, JOSEPH LACK, and
ANTHONY MOTTO, individually and on
behalf of all others similarly situated,

>                    *Plaintiffs*,

v.

MIZUHO BANK, LTD., a Japanese financial
institution, and MARK KARPELES, an
individual,

>                    *Defendants*.

Case No. 1:14-cv-01437

[Hon. Gary Feinerman]

Magistrate Judge Susan Cox

**NOTICE OF MOTION**

   **PLEASE TAKE NOTICE** that on May 10, 2016 at 9:00 a.m., or as soon thereafter as

counsel may be heard, we shall appear before the Honorable Gary S. Feinerman or any judge

sitting in his stead in Courtroom 2125, and then and there present ***Unopposed Motion for Leave***

***to Withdraw as Counsel of Record for Plaintiffs***, a true and accurate copy of which is attached

hereto and hereby served upon you.


                                        Respectfully submitted,

Dated: May 4, 2016                      By:/s/ Benjamin S. Thomassen
                                        One of Plaintiffs' Attorneys

                                        Jay Edelson
                                        jedelson@edelson.com
                                        Ari J. Scharg
                                        ascharg@edelson.com
                                        Benjamin S. Thomassen
                                        bthomassen@edelson.com
                                        Alicia Hwang
                                        ahwang@edelson.com

EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiffs and the Putative Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin S. Thomassen, an attorney, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on May 4, 2016.

/s/ Benjamin S. Thomassen