UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, | ) ) ) ) |
| *Plaintiffs*, | ) ) Case No. 14 C 01437 |
| v. | ) ) Judge Gary Feinerman ) Magistrate Judge Susan E. Cox |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | ) ) ) ) |
| *Defendants*. | ) ) |

**DEFENDANT MIZUHO BANK, LTD.'S MOTION FOR LEAVE
TO FILE SUPPLEMENTAL MEMORANDUM OF LAW *INSTANTER*
IN SUPPORT OF ITS MOTION TO DISMISS THE SECOND AMENDED
CLASS ACTION COMPLAINT FOR FAILURE TO STATE A CLAIM
OR ALTERNATIVELY FOR *FORUM NON CONVENIENS***

Defendant Mizuho Bank, Ltd. ("Mizuho"), by its attorneys, respectfully moves this Court for leave to submit a supplemental memorandum of law and the accompanying declaration of Hirotaka Uranaka. In support of this motion, Mizuho states as follows:

1. At the April 27, 2016 hearing on Mizuho's motion to dismiss, the Court, for purposes of evaluating Mizuho's request for dismissal on *forum non conveniens* grounds, asked whether there is any difference between Japanese law and Illinois law as to the elements of the causes of action asserted by the plaintiffs in the Second Amended Class Action Complaint (the "Complaint"). (*See* Apr. 27, 2016 Tr. at 13:24-14:5; 17:22-18:19; 20:10-14; 21:20-22:18, attached as Exhibit A.)

2. In order to more fully respond to the Court's questions on this subject, Mizuho respectfully requests leave to submit a supplemental memorandum of law and the accompanying

declaration of Hirotaka Uranaka, who is admitted to practice law in both Japan and New York. (*See* Exhibit B, supplemental memorandum of law with exhibits.)

3. As set forth in Mizuho's supplemental memorandum of law, Japanese law provides a means of redress for plaintiffs that prove tortious interference with contract, unjust enrichment, or fraudulent concealment. In each instance, however, the formulation of the cause of action under Japanese law is different from the formulation under Illinois law.

WHEREFORE, defendant Mizuho Bank, Ltd. respectfully requests that this Court grant it leave to file the attached supplemental memorandum of law *instanter* and declaration of Hirotaka Uranaka.

                                                  MIZUHO BANK, LTD.

                                                  By:   /s/ Jason A. Frye
                                                              One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL  60602-3801
(312) 269-8000

Jerome S. Fortinsky (admitted *Pro Hac Vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *Pro Hac Vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *Pro Hac Vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

*Attorneys for Defendant Mizuho Bank, Ltd.*


Dated:  May 24, 2016