IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, and ANTHONY MOTTO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Plaintiffs Gregory Greene, Joseph Lack, and Anthony Motto hereby move for an extension of time, to June 10, 2016, to respond to Defendant Mizuho Bank, Ltd.'s supplemental memorandum (dkt. 220). In support, Plaintiffs state as follows:

1. On May 24, 2016, Mizuho moved for leave to supplement its pending motion to dismiss. (Dkt. 217.) In an order dated May 25, 2016, the Court granted Mizuho leave to supplement, and order Plaintiffs to respond by June 2, 2016, eight days later. (Dkt. 219.)

2. On May 29, 2016, the wife of Plaintiffs' counsel, Ari Scharg, gave birth. While Mr. Scharg continues to work sporadically during this time, he is temporarily out of the office. As such, Plaintiffs request a brief extension of time, to June 10, 2016, to prepare their response to Mizuho's supplemental memorandum.

3. Plaintiffs' counsel corresponded with counsel for Mizuho regarding the relief sought in this motion. Defendant has consented to Plaintiffs' requested extension of time.

                                              Respectfully submitted,

                                              **GREGORY GREENE, JOSEPH LACK, and ANTHONY MOTTO**, individually, and on behalf of a class of similarly situated individuals,

Dated: June 1, 2016                By: /s/ J. Aaron Lawson
                                              One of Plaintiffs' Attorneys

                                              Ari J. Scharg
                                              ascharg@edelson.com
                                              Alicia Hwang
                                              ahwang@edelson.com
                                              J. Aaron Lawson
                                              alawson@edelson.com
                                              EDELSON PC
                                              350 North LaSalle Street, 13th Floor
                                              Chicago, Illinois 60654
                                              Tel: 312.589.6370
                                              Fax: 312.589.6378

                                              *Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

      I, J. Aaron Lawson, an attorney, hereby certify that I served the foregoing ***Plaintiffs' Unopposed Motion for an Extension of Time***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on June 1, 2016.

      /s/ J. Aaron Lawson