IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, and ANTHONY MOTTO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

## NOTICE OF MOTION

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that on **Tuesday, June 7, 2016, at 9:00 a.m**., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead, in Courtroom 2125 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present *Plaintiff's Unopposed Motion for an Extention of Time.*

|  |  |
|---|---|
| | **GREGORY GREENE, JOSEPH LACK, and ANTHONY MOTTO**, individually, and on behalf of a class of similarly situated individuals, |
| Dated: June 1, 2016 | By:/s/ J. Aaron Lawson<br>One of Plaintiffs' Attorneys<br><br>Ari J. Scharg<br>ascharg@edelson.com<br>Alicia Hwang |

ahwang@edelson.com
J. Aaron Lawson
alawson@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiffs and the Putative Class*