IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, and ANTHONY MOTTO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

## JOINT STATUS REPORT

Plaintiffs Gregory Greene, Joseph Lack, and Anthony Motto ("Plaintiffs") and Defendant Mizuho Bank, Ltd. ("Defendant," and collectively the "Parties"), in accordance with the Court's July 21, 2016 Order (Dkt. 227), collectively submit this joint status report to inform the Court of their proposed scheduling deadlines. The Parties' proposed scheduling deadlines are as follows:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Deadline for Plaintiff to File a Motion to Amend the Complaint | **Plaintiffs' Position**: May 31, 2017<br><br>**Defendant's Position**: September 15, 2016 or 15 days after the Court issues the order on the pending motion to dismiss (whichever is later) |
| Deadline for Defendant to Answer the Complaint | **Plaintiffs' Position**: 30 days after the Court issues the order on the pending motion to dismiss<br><br>**Defendant's Position**: If Plaintiff does not file a motion to amend the complaint, then October 5, 2016 or 30 days after the Court issues the order on the pending motion to dismiss (whichever is later). If Plaintiff files a motion |

1

| | to amend the complaint, then 15 days after the Court rules on the motion to amend |
|---|---|
| Deadline to Complete Fact Discovery (both class and merits) | August 31, 2017 (12 months) |
| Plaintiff's Deadline to Disclose Expert Witnesses and File Expert Reports | September 15, 2017 |
| Defendant's Deadline to Disclose Rebuttal Expert Witnesses and File Rebuttal Expert Reports | November 1, 2017 |
| Deadline to Complete Expert Discovery | December 15, 2017 |
| Plaintiff's Deadline to File for Class Certification | December 15, 2017 |
| Defendant's Deadline to Oppose Class Certification | February 1, 2018 |
| Plaintiff's Deadline to File Reply in Support of Class Certification | March 1, 2018 |
| Deadline to File Dispositive Motions | Eight weeks after receipt of Court's order on Class Certification |

\*      \*      \*

Respectfully submitted,

**GREGORY GREENE, JOSEPH LACK, and ANTHONY MOTTO**, individually, and on behalf of a class of similarly situated individuals,

Dated: August 23, 2016        By: /s/ Benjamin S. Thomassen

Benjamin S. Thomassen
bthomassen@edelson.com
J. Aaron Lawson
alawson@edelson.com
EDELSON PC
350 North LaSalle Street,
13th Floor Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiffs and the Putative Class*

2

**MIZUHO BANK, LTD.**

Dated: August 23, 2016

                                        By:    /s/ Jeffrey J. Rsetaritis
                                                    One of Its Attorneys

                                        Jonathan S. Quinn (#6200495)
                                        jquinn@ngelaw.com
                                        Jason A. Frye (#6292848)
                                        jfrye@ngelaw.com
                                        NEAL, GERBER & EISENBERG LLP
                                        Two North LaSalle Street
                                        Chicago, IL 60602-3801
                                        (312) 269-8000

                                        Jerome S. Fortinsky (admitted *pro hac vice*)
                                        jfortinsky@shearman.com
                                        John A. Nathanson (admitted *pro hac vice*)
                                        john.nathanson@shearman.com
                                        Jeffrey J. Resetarits (admitted *pro hac vice*)
                                        jeffrey.resetarits@shearman.com
                                        SHEARMAN & STERLING LLP
                                        599 Lexington Avenue
                                        New York, NY 10022-6069
                                        (212) 848-4000

## **CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, hereby certify that I served the foregoing ***Joint Status Report***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on August 23, 2016.

                                       /s/ Benjamin S. Thomassen