## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Gregory Greene, et al.
                                        Plaintiff,

v.                                                    Case No.: 1:14–cv–01437
                                                               Honorable Gary Feinerman

Mark Karpeles, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 26, 2016:

      MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendant Mizuho's motion to dismiss [172] is granted in part and denied in part. Count IV (tortious interference with contract) is dismissed as to Plaintiff Greene, and Count VII (accounting) is dismissed as to all Plaintiffs; the motion otherwise is denied. Defendant Mizuho shall answer the surviving portions of the operative complaint [205] by 9/16/2016.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.