# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Gregory Greene, et al.
                                Plaintiff,

v.                                                   Case No.: 1:14–cv–01437
                                                  Honorable Gary Feinerman

Mark Karpeles, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 30, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 11/16/2016 at 9:00 a.m. Fact discovery shall be completed by 8/31/2017. Plaintiffs' Rule 26(a)(2) disclosures shall be served by 9/15/2017. Defendant's Rule 26(a)(2) disclosures and rebuttal expert reports shall be served by 11/1/2017. Expert depositions shall be completed by 12/15/2017. Plaintiff's motion for class certification shall be filed by 12/15/2017; Defendant's response due by 2/1/2018; reply due by 3/1/2018. Motions to amend the pleadings or add new parties shall be filed by 2/24/2017. Because their original motion [54] was terminated for reasons not apparent on the record, and because there may be additional facts that bear on the motion, Plaintiffs have until 9/13/2016 to file a renewed motion to approve service on Defendant Karpeles by alternative means. See 1/12/2015 Order [129]. The time for Defendant Mizuho to answer the surviving portions of the operative complaint is extended to 9/30/2016. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.