IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, and ANTHONY MOTTO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, September 21, 2016 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Gary Feinerman, or any Judge sitting in his stead, in Courtroom 2125 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present *Plaintiffs' Renewed Motion to Approve Alternative Service on Defendant Mark Karpeles*, a copy of which has been served upon you.

Respectfully submitted,

**GREGORY GREENE, JOSEPH LACK, and ANTHONY MOTTO**, individually, and on behalf of a class of similarly situated individuals,

Dated: September 13, 2016

By: /s/ Benjamin S. Thomassen

Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street,
13th Floor Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiffs and the Putative Class*

1

**CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, hereby certify that I served the foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on September 13, 2016.

                                              /s/ Benjamin S. Thomassen