Gregory Greene, et al.
                    Plaintiff,

v.                                        Case No.: 1:14–cv–01437
                                          Honorable Gary Feinerman

Mark Karpeles, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 21, 2016:

    MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons stated on the record, Plaintiffs' renewed motion to approve alternative service on Defendant Mark Karpeles [232] is granted. Defendant Mark Karpeles has been properly served.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.