UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY GREENE, JOSEPH LACK, and ANTHONY MOTTO, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 14 C 01437 |
| v. | ) ) ) | Judge Gary Feinerman Magistrate Judge Susan E. Cox |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | ) ) ) ) | |
| *Defendants*. | ) ) | |

## NOTICE OF FILING

TO: Counsel of Record

    PLEASE TAKE NOTICE that, on February 24, 2017, Mizuho Bank, Ltd. ("Mizuho") caused to be filed with the Clerk of the Court its **Amended Answer and Affirmative Defenses to the Plaintiffs' Third Amended Class Action Complaint and Crossclaims against Defendant Mark Karpeles**, which was filed pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure after obtaining plaintiffs' written consent.

                                                  Respectfully submitted,

                                                  MIZUHO BANK, LTD.

                                                  By:     /s/ Jason A. Frye
                                                              One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL 60602-3801
(312) 269-8000

Jerome S. Fortinsky (admitted *pro hac vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *pro hac vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *pro hac vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Dated: February 24, 2017

**CERTIFICATE OF SERVICE**

I, Jason A. Frye, an attorney, hereby certify that I caused a true and correct copy of Defendant Mizuho Bank, Ltd.'s **Notice of Filing** to be served upon all counsel of record using the Court's CM/ECF electronic filing system on the 24th day of February, 2017.

      /s/ Jason A. Frye