IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated, ) ) ) ) ) | |
| ) | Case No. 14 CV 01437 |
| *Plaintiffs*, ) | |
| ) | Judge Gary Feinerman |
| v. ) | Magistrate Judge Susan E. Cox |
| ) | |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, ) ) ) ) | |
| *Defendants*. | |

**MOTION FOR LEAVE FOR DAVID J. BRADFORD
AND PAUL B. RIETEMA TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, the undersigned counsel respectfully requests leave to withdraw the appearance of David J. Bradford and Paul B. Rietema of Jenner & Block LLP as counsel on behalf of Jed Mccaleb. In support of this motion, counsel states as follows:

1. Mr. Bradford and Mr. Rietema were attorneys for Mr. Mccaleb in the above-captioned matter and entered appearances with the Court on April 14, 2014 and April 18, 2014, respectively. Attorney Ethan Jacobs appeared on Mr. Mccaleb's behalf on November 5, 2014.

2. Plaintiffs' claims against Mr. Mccaleb were dismissed without prejudice on April 16, 2015. Counsel respectfully submits that Mr. Mccaleb will not be prejudiced by the withdrawal of Mr. Bradford and Mr. Rietema as counsel.

WHEREFORE, counsel respectfully requests that the Court enter an order granting this motion, and withdrawing the appearances of David J. Bradford and Paul B. Rietema as attorneys of record for Jed Mccaleb.

Dated: March 21, 2017

Respectfully Submitted,

By:   /s/ Paul B. Rietema

David J. Bradford
Paul B. Rietema
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312-222-9350
Facsimile: 312-840-7308
*dbradford@jenner.com*
*prietema@jenner.com*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing *Motion for Leave for David J. Bradford and Paul B. Rietema to Withdraw as Counsel* was filed on this 21st day of March, 2017, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

/s/ Paul B. Rietema
Paul B. Rietema