**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated, ) ) ) ) ) | |
| *Plaintiffs*, ) | Case No. 14 CV 01437 |
| ) | Judge Gary Feinerman |
| v. ) | Magistrate Judge Susan E. Cox |
| ) | |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, ) ) ) ) | |
| *Defendants*. | |

**NOTICE OF MOTION**

TO:  All Counsel of Record

PLEASE TAKE NOTICE that on March 27, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Gary Feinerman, or any judge sitting in his stead in Courtroom 2125, and shall present ***Motion for Leave for David J. Bradford and Paul B. Rietema to Withdraw as Counsel***, a copy of which has been served upon you.

Dated: March 21, 2017

Respectfully Submitted,

By:  /s/ Paul B. Rietema

David J. Bradford
Paul B. Rietema
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312-222-9350
Facsimile: 312-840-7308
*dbradford@jenner.com*
*prietema@jenner.com*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing *Notice of Motion* was filed on this 21st day of March, 2017, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

/s/ Paul B. Rietema
Paul B. Rietema