**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Gregory Greene, et al.
                          Plaintiff,

v.                                            Case No.: 1:14–cv–01437
                                                     Honorable Gary Feinerman

Mark Karpeles, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 22, 2017:

      MINUTE entry before the Honorable Gary Feinerman:Motion to withdraw as attorney [247] is denied without prejudice for failure to comply with Local Rule 83.17. Motion hearing set for 3/27/2017 [248] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.