IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>[Hon. Gary Feinerman]<br><br>Magistrate Judge Susan Cox |

**MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFFS**

Pursuant to Local Rule 83.17, Plaintiffs Gregory Greene, Joseph Lack, Anthony Motto and Gregory Pearce respectfully move this Court to grant Alicia Hwang leave to withdraw as counsel of record for Plaintiffs in the above-captioned matter. In support of this Motion, Plaintiffs state as follows:

1. Attorney Alicia Hwang is no longer associated with the law firm Edelson PC, which has been retained to represent Plaintiffs in this matter. As such, Ms. Hwang seeks leave to withdraw her appearance on behalf of Plaintiffs.

2. Although Ms. Hwang is no longer associated with Edelson PC, and will no longer represent Plaintiffs in this action, Plaintiffs will continue to be represented by other attorneys at Edelson PC, including Jay Edelson, Ari J. Scharg, Aaron Lawson and Benjamin S. Thomassen. Therefore, Plaintiffs will not be prejudiced by Ms. Hwang's withdrawal.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting Ms. Hwang leave to withdraw her appearance as one of the attorneys of record for Plaintiffs.

Respectfully submitted,

Dated: March 23, 2017    By: /s/ Benjamin S. Thomassen
One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
Aaron Lawson
alawson@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on March 23, 2017.

                                      /s/ Benjamin S. Thomassen