IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>    *Defendants*. | Case No. 1:14-cv-01437<br><br>[Hon. Gary Feinerman]<br><br>Magistrate Judge Susan Cox |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on March 28, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Gary S. Feinerman or any judge sitting in his stead in Courtroom 2125, and then and there present our *Motion for Leave to Withdraw as Counsel of Record for Plaintiffs*, a true and accurate copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

Dated: March 23, 2017     By: /s/ Benjamin S. Thomassen
                One of Plaintiffs' Attorneys

                Jay Edelson
                jedelson@edelson.com
                Ari J. Scharg
                ascharg@edelson.com
                Benjamin S. Thomassen
                bthomassen@edelson.com
                Aaron Lawson

alawson@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiffs and the Putative Class*

1

2

**CERTIFICATE OF SERVICE**

    I, Benjamin S. Thomassen, an attorney, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on March 23, 2017.

                                                              /s/ Benjamin S. Thomassen