# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| *Plaintiffs*, | )<br>) Case No. 14 CV 01437<br>)<br>) Judge Gary Feinerman |
| v. | ) Magistrate Judge Susan E. Cox<br>) |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | )<br>)<br>)<br>) |
| *Defendants*. | |

## MOTION FOR LEAVE FOR DAVID J. BRADFORD AND PAUL B. RIETEMA TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, the undersigned counsel respectfully requests leave to withdraw the appearance of David J. Bradford and Paul B. Rietema of Jenner & Block LLP as counsel on behalf of Jed Mccaleb. In support of this motion, counsel states as follows:

1. Mr. Bradford and Mr. Rietema entered appearances on behalf of Mr. Mccaleb in the above-captioned matter on April 14, 2014, and April 18, 2014, respectively. Attorney Ethan Jacobs appeared on behalf of Mr. Mccaleb on November 5, 2014.

2. Plaintiffs' claims against Mr. Mccaleb were dismissed without prejudice on April 16, 2015. Counsel respectfully submits that Mr. Mccaleb will not be prejudiced by the withdrawal of Mr. Bradford and Mr. Rietema as counsel.

3. Attached as Exhibit A is a completed Notification of Party Contact Information form for Mr. Mccaleb.

WHEREFORE, counsel respectfully requests that the Court enter an order granting this motion, and withdrawing the appearances of David J. Bradford and Paul B. Rietema as attorneys of record for Jed Mccaleb.

Dated: April 4, 2017                    Respectfully Submitted,

By:   /s/ Paul B. Rietema

David J. Bradford
Paul B. Rietema
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  312-222-9350
Facsimile:  312-840-7308
*dbradford@jenner.com*
*prietema@jenner.com*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing *Motion for Leave for David J. Bradford and Paul B. Rietema to Withdraw as Counsel* was filed on this 4th day of April, 2017, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

/s/ Paul B. Rietema
Paul B. Rietema
