# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, <br><br> *Defendants*. | Case No. 14 CV 01437 <br><br> Judge Gary Feinerman <br> Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on April 10, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Gary Feinerman, or any judge sitting in his stead in Courtroom 2125, and shall present ***Motion for Leave for David J. Bradford and Paul B. Rietema to Withdraw as Counsel***, a copy of which has been served upon you.

Dated: April 4, 2017

Respectfully Submitted,

By:   /s/ Paul B. Rietema

David J. Bradford
Paul B. Rietema
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:   312-222-9350
Facsimile:   312-840-7308
*dbradford@jenner.com*
*prietema@jenner.com*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing *Notice of Motion* was filed on this 4th day of April, 2017, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

/s/ Paul B. Rietema
Paul B. Rietema