**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated, *Plaintiffs*, v. MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, *Defendants*. | Case No. 14 C 01437 Judge Gary Feinerman Magistrate Judge Susan E. Cox |

## DECLARATION OF JEFFREY J. RESETARITS

I, JEFFREY J. RESETARITS, declare as follows:

1. I am a member of the firm of Shearman & Sterling LLP ("Shearman & Sterling"), which represents defendant Mizuho Bank, Ltd. in this action. I submit this declaration in support of Defendant Mizuho Bank, Ltd.'s Motion To Approve Alternative Service On Defendant Mark Karpeles.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a July 14, 2016 article from CoinDesk entitled *Report: Mt Gox CEO Mark Karpeles Released On Bail*.

3. Attached hereto as Exhibit 2 are copies of the Certificates of Registered Matters in Respect of Representatives for Mt. Gox KK and Tibanne KK (the "Certificates") that a legal assistant employed by Shearman & Sterling in its Tokyo office obtained at my direction from the Tokyo Legal Affairs Bureau of the Ministry of Justice of Japan. The Certificates list Mr.

Karpeles as the registered representative director for the two entities and provide his address. Translations accompany the Certificates.

4. A staff member at the Legal Affairs Bureau stated that the information contained therein was the latest on file, and the address of the registered representative director on the Certificates could therefore be treated as current.

5. On November 24, 2016, an administrative assistant employed by Shearman & Sterling in its Tokyo office, at my direction, sent a copy of the Answer and Affirmative Defenses to Plaintiffs' Third Amended Class Action Complaint and Crossclaims Against Defendant Mark Karpeles ("Crossclaims") to Mr. Karpeles by registered mail through Japan Post at the address found in the Certificates. Attached hereto as Exhibit 3 is a copy of the certificate of receipt from Japan Post and a translation of that certificate.

6. On November 25, 2016, this administrative assistant checked on Japan Post's website to determine the status of the package containing the Crossclaims that was sent to Mr. Karpeles. The website showed that the Crossclaims could not be delivered and would be returned to Shearman & Sterling's Tokyo office. Attached hereto as Exhibit 4 is a copy of the screen shot of the delivery failure status on Japan Post's website and a translation of that screen shot.

7. On November 24, 2016, I contacted Mr. Karpeles's former counsel at Novack and Macey LLP by phone to inquire if the firm still represented Mr. Karpeles. Richard Douglass, a partner at Novack and Macey LLP, confirmed that his firm no longer represented Mr. Karpeles and could not accept service of the Crossclaims on his behalf.

8.      On January 29, 2017, I sent an email to Mr. Karpeles at "magicaltux@gmail.com." Mr. Karpeles responded within an hour. Attached hereto as Exhibit 5 is a true and accurate copy of that email exchange.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of May, 2017 in New York, New York.

/s/ Jeffrey J. Resetarits
Jeffrey J. Resetarits