# **<u>EXHIBIT 2</u>**

# 代 表 者 事 項 証 明 書

会社法人等番号　０１１０－０１－０７０３５６

商　　　号　　　株式会社ＭＴＧＯＸ

本　　　店　　　東京都渋谷区渋谷二丁目１１番５号

代表者の資格、氏名及び住所

   東京都目黒区青葉台三丁目６番２８－３３０２
   号
   代表取締役　　　カルプレス・マルク・マリ・
   　　　　　　　　ロベート

   東京都千代田区紀尾井町３番１２号紀尾井町ビ
   ル長島・大野・常松法律事務所
   保全管理人　　　小　林　信　明
   破産法により上記の者による業務及び財産の管
   理を命ずる。

   東京都渋谷区渋谷二丁目１１番５号株式会社Ｍ
   ＴＧＯＸ破産管財人室
   破産管財人　　　小　林　信　明

保全管理人に関する事項
   東京都千代田区紀尾井町３番１２号紀尾井町ビ
   ル長島・大野・常松法律事務所
   保全管理人　　　小　林　信　明
   破産法により上記の者による業務及び財産の管
   理を命ずる。

破産に関する事項
   平成２６年４月２４日午後５時東京地方裁判所の破産手続開始

          以　下　余　白

  これは上記の者の代表権に関して登記簿に記録されている現に効力を有する事
  項の全部であることを証明した書面である。
  （東京法務局渋谷出張所管轄）
    平成２８年１１月１８日
  東京法務局
  登記官　　　　　　　　　　　　　　　　黒　澤　貞　彦



整理番号　ち８００７７２　　　　　　　　　　　　　　　　　　　　　　１／１

# Certificate of Registered Matters in Respect of Representatives

Corporate Registration Number  0110-01-070356

Trade Name    Mt. Gox

Headquarters    2-11-5 Shibuya, Shibuya Ward, Tokyo

Representative Qualifications, Name and Address
    3-6-28-3302 Aobadai, Meguro Ward, Tokyo
    Representative Director    Mark Marie Robert Karpelès
    Nagashima Ohno & Tsunematsu
    Kioicho Building, 3-12 Kioicho, Chiyoda Ward, Tokyo
    Preservation Administrator    Nobuaki Kobayashi
    The Bankruptcy Act enjoins management of business and assets by the above person.

    Mt. Gox Bankruptcy Administration Office
    2-11-5 Shibuya, Shibuya Ward, Tokyo
    Bankruptcy Administrator    Nobuaki Kobayashi

Items concerning the Bankruptcy Administrator
    Nagashima Ohno & Tsunematsu
    Kioicho Building, 3-12 Kioicho, Chiyoda Ward, Tokyo
    Preservation Administrator    Nobuaki Kobayashi
    The Bankruptcy Act enjoins management of business and assets by the above person.

Items concerning Bankruptcy
    April 24, 2014 5PM  - commencement of bankruptcy procedures in the Tokyo District Court

        Below left intentionally blank

This document certifies that these are all currently valid items recorded in the register concerning the representation rights of the above person.
(jurisdiction of the Shibuya Branch of the Tokyo Legal Affairs Bureau)
    November 18, 2016
    Tokyo Legal Affairs Bureau
    Registrar        Sadahiko Kurosawa    [seal: (illegible)]

Reference number    chi 800772                1 / 1

# 代表者事項証明書

会社法人等番号　０１１０－０１－０６９７８４

商　　　号　　株式会社ＴＩＢＡＮＮＥ

本　　　店　　東京都渋谷区渋谷二丁目１１番５号

代表者の資格、氏名及び住所

　　　　　　　東京都目黒区青葉台三丁目６番２８－３３０２号
　　　　　　　代表取締役　　　カルプレス・マルク・マリ・ロベート

　　　　　　　東京都港区虎ノ門四丁目３番１３号ヒューリック神谷町ビル４階ビンガム・坂井・三村・相澤法律事務所（外国法共同事業）
　　　　　　　破産管財人　　　粟　田　口　太　郎

破産に関する事項
　　　　　　　平成２７年１月３０日午前１０時３０分東京地方裁判所の破産手続開始

　　　　　　　　　　　　　　　　　　　　　　以　下　余　白

　　　　　これは上記の者の代表権に関して登記簿に記録されている現に効力を有する事項の全部であることを証明した書面である。
　　　　　（東京法務局渋谷出張所管轄）
　　　　　　　　　平成２８年１１月１８日
　　　　　東京法務局
　　　　　登記官　　　　　　　　　　　　　　　黒　澤　貞　彦　

整理番号　つ８００８２８　　　　　　　　　　　　　　　　　　　　　　　　１／１

# Certificate of Registered Matters in Respect of Representatives

Corporate Registration Number  0110-01-069784

Trade Name    Tibanne Co., Ltd.

Headquarters    2-11-5 Shibuya, Shibuya Ward, Tokyo

Representative Qualifications, Name and Address
    3-6-28-3302 Aobadai, Meguro Ward, Tokyo
    Representative Director    Mark Marie Robert Karpelès

    Bingham Sakai Mimura Aizawa (Foreign Law Joint Enterprise)
    4-3-13 Hulic Kamiyacho Building, Toranomon, Minato Ward, Tokyo
    Bankruptcy Administrator    Kotaro Kurita

Items concerning Bankruptcy
    January 30, 2015 10:30AM - commencement of bankruptcy procedures in the Tokyo District Court

                                                                     Below left intentionally blank

This document certifies that these are all currently valid items recorded in the register concerning the representation rights of the above person.
(jurisdiction of the Shibuya Branch of the Tokyo Legal Affairs Bureau)
                    November 18, 2016
    Tokyo Legal Affairs Bureau
    Registrar    Sadahiko Kurosawa    [seal: (illegible)]

Reference number    tsu 800828    1 / 1

**Morningside Translations**

**TRANSLATOR CERTIFICATION**

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of Queens**
**State of New York**

Date: April 20, 2017

To whom it may concern:

I, Dan McDonald, a translator fluent in the Japanese and English languages, on behalf of Morningside Translations, do solemnly and sincerely declare that the following is, to the best of my knowledge and belief, a true and correct translation of the document(s) listed below in a form that best reflects the intention and meaning of the original text.

The documents are designated as:
- Certificate of Registered Matters in Respect of Representatives (Mt. Gox KK)
- Certificate of Registered Matters in Respect of Representatives (Tibanne KK)

_____
Signature of Dan McDonald

Accurate Translation Services 24/7