# **EXHIBIT 3**

書留・特定記録郵便物等受領証

(ご依頼主のご住所・お名前)
シャーマンアンドスターリング外国法事務弁護士事務所 大河裕子 (菊池) 様
〒100-0011 千代田区内幸町2-2-2 富国生命ビル5階

| お届け先のお名前 | お問い合わせ番号 | 申出損害要償額 | 摘要 |
|---|---|---|---|
| カルプレス・マルク・マリ・ロベート 様 | 101-23-45040-0 | | |
| 様 | | | |
| 様 | | | |

配達証明

【ご注意】
この受領証は、損害賠償の請求をするときその他の場合に必要ですから大切に保存してください。
損害賠償額は原則として次のとおりです。
・一般書留：申出損害要償額欄の記入額（記入がない場合は10万円）を限度とする実損額です。
・簡易書留：5万円を限度とする実損額です。
・特定記録：損害賠償はありません。
【配達状況がわかります】
フリーコール 0120-232886
インターネット http://www.post.japanpost.jp

東京・西新庄
28.11.24
8-12

日本郵便株式会社

## Registered Mail / Specific Record Mail Receipt

| (name and address of requesting party) *Ms. Hiroko Ohba (Kikuchi)* *Shearman and Sterling LLP* *Fukoku Seimei Bldg. 5th Floor* *2-2-2 Uchisaiwaicho, Chiyoda Ward 100-0011* ||||
|---|---|---|---|
| Recipient Name | Notification Number | Proposed Claim for Damages | Remarks |
| Mr. *Mark Marie Robert Karpelès* | *101-23-45040-0* | | |
| Mr. | | | |
| Mr. | | | |

Delivery Certification

[Notice]
This receipt is necessary when requesting monetary damages, etc., so please keep it with care.
In principle, financial damages are as follows.
-General registered mail: Actual damages limited to the total noted in the proposed claim for damages field (100,000 yen if nothing is noted).
- Recorded delivery: Actual damages limited to 50,000 yen.
- Specific record: There are no financial damages.
[To understand the delivery situation]
Toll free: 0120-232886
Internet: http://www.post.japanpost.jp

[QR code]

[seal: Tokyo – Nishi-Shimbashi 11/24/2016    8 – 12]

Japan Post Co., Ltd.



 **TRANSLATOR CERTIFICATION**

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of Queens**
**State of New York**

Date: April 20, 2017

To whom it may concern:

I, Dan McDonald, a translator fluent in the Japanese and English languages, on behalf of Morningside Translations, do solemnly and sincerely declare that the following is, to the best of my knowledge and belief, a true and correct translation of the document(s) listed below in a form that best reflects the intention and meaning of the original text.

The documents are designated as:
- Japan Post Registered Mail / Specific Record Mail Receipt

_____
Signature of Dan McDonald

**Accurate Translation Services 24/7**