# **EXHIBIT 4**

| お問い合わせ番号 | 商品種別 |
|---|---|
| 101-23-45040-0 | 一般書留 |

## 履歴情報

| 状態発生日 | 配送履歴 | 詳細 | 取扱局 / 郵便番号 | 県名等 |
|---|---|---|---|---|
| 2016/11/24 10:42 | 引受 | | 西新橋郵便局 / 105-0003 | 東京都 |
| 2016/11/24 14:20 | 発送 | | 銀座郵便局 / 100-8799 | 東京都 |
| 2016/11/24 18:00 | 発送 | | 新東京郵便局(第二特殊室) / 137-8799 | 東京都 |
| 2016/11/24 20:19 | 到着 | | 目黒郵便局 / 152-8799 | 東京都 |
| 2016/11/25 | 差出人に返送 | あて所が不明のため | 目黒郵便局 / 152-8799 | 東京都 |

| Inquiry Number | Product Category |
|---|---|
| 101-23-45040-0 | General registered mail |

Historical Information

| Date of Occurrence | Delivery History | Details | Handling Office / Postal Code | Prefecture name, etc. |
|---|---|---|---|---|
| 11/24/2016 10:42 | Acceptance | | Nishi-Shimbashi Post Office / 105-0003 | Tokyo |
| 11/24/2016 14:20 | Sent | | Ginza Post Office / 100-8799 | Tokyo |
| 11/24/2016 18:00 | Sent | | Shin-Tokyo Post Office (Special Section No. 2) / 137-8799 | Tokyo |
| 11/24/2016 20:19 | Arrived | | Meguro Post Office / 152-8799 | Tokyo |
| 11/25/2016 | Returned to sender | Destination address is unclear | Meguro Post Office / 152-8799 | Tokyo |

 **TRANSLATOR CERTIFICATION**

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of Queens**
**State of New York**

Date: April 20, 2017

To whom it may concern:

I, Dan McDonald, a translator fluent in the Japanese and English languages, on behalf of Morningside Translations, do solemnly and sincerely declare that the following is, to the best of my knowledge and belief, a true and correct translation of the document(s) listed below in a form that best reflects the intention and meaning of the original text.

The documents are designated as:
o  Japan Post Delivery Failure Notice for Inquiry Number 101-23-45040-0

_____
Signature of Dan McDonald

**Accurate Translation Services 24/7**