# **EXHIBIT 5**

**Jeffrey Resetarits**

| | |
|---|---|
| From: | MagicalTux (Google) <magicaltux@gmail.com> |
| Sent: | Sunday, January 29, 2017 4:24 PM |
| To: | Jeffrey Resetarits |
| Subject: | Re: Mt. Gox |

Dear Mr. Resetarits,

Thank you very much for your email.

Having no legal counsel, I am unsure whether it would be in my advantage of discussing with you, and I'd appreciate it if you could tell me more about what kind of issues you wish to discuss.


Best regards,
Mark Karpelès

On Mon, Jan 30, 2017 at 5:24 AM, Jeffrey Resetarits <Jeffrey.Resetarits@shearman.com> wrote:

Dear Mr. Karpeles,

We represent Mizuho Bank in litigation related to Mt. Gox that is taking place in U.S. federal court in Chicago. We are writing to ask if you would speak with us about issues in the litigation related to Mt. Gox's banking relationship with Mizuho. Counsel for the plaintiffs in our case, from the Edelson firm, have mentioned their recent discussions with you and we thought it would be helpful to speak as well to discuss the issues in the case that are relevant from Mizuho's perspective.

Please let us know if you are available to speak and we can arrange a phone call or video conference at a time that works for you.

Thank you and best regards,

Jeff

---

Jeffrey J. Resetarits

Shearman & Sterling LLP

599 Lexington Avenue
New York, NY  10022

T +1.212.848.7116 | F + 1.646.848.7116

jeffrey.resetarits@shearman.com | www.shearman.com

1

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.