IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>      *Defendants*. | Case No. 14 C 01437<br><br>Judge Gary Feinerman<br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 11, 2017 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman in Courtroom 2125 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present **Defendant Mizuho Bank, Ltd.'s Motion to Approve Alternative Service on Defendant Mark Karpeles**, a copy of which has been served upon you via the Court's electronic filing system.

                                       MIZUHO BANK, LTD.


                                       By:   /s/ Jason A. Frye
                                                      One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL  60602-3801
(312) 269-8000

Jerome S. Fortinsky (admitted *pro hac vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *pro hac vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *pro hac vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000


Dated:  May 2, 2017

## **CERTIFICATE OF SERVICE**

    I, Jason A. Frye, an attorney, hereby certify that I caused a true and correct copy of **Defendant Mizuho Bank, Ltd.'s Motion to Approve Alternative Service on Defendant Mark Karpeles** and **Memorandum of Law in Support** to be served upon all counsel of record using the Court's CM/ECF electronic filing system on the 2nd day of May, 2017.

                                                                           /s/ Jason A. Frye