## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Greene | ) | |
| | ) | |
| Plaintiff | ) | Case No: 14 C 1437 |
| | ) | |
| v. | ) | |
| | ) | Judge: Gary Feinerman |
| MtGox Inc. et al | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## **Order**

Pursuant to Civil Rule 4(f)(3), Defendant Mizuho Bank may serve its cross-claims on Defendant Mark Karpeles via his personal email address (magicaltux@gmail.com), and also via certified mail and email on his former counsel, Richard Douglass, Novack and Macey, LLP, 100 North Riverside Plaza, Suite 1500, Chicago, IL 60606. Attorney Douglass is directed to forward the physical and electronic copies of the cross-claims to Karpeles at his last known physical and email addresses.

Date: 5/9/2017

_____
United States District Court Judge