# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated, *Plaintiffs*, v. MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, *Defendants*. | Case No. 14 C 01437<br><br>Judge Gary Feinerman<br>Magistrate Judge Susan E. Cox |

## CERTIFICATE OF SERVICE

I, Jason A. Frye, an attorney, hereby certify that on the 10th day of May, 2017, pursuant to the Court's Order of May 9th, 2017 [Dkt. 264], Michael Grunfeld, an attorney at Shearman & Sterling LLP, caused a true and correct copy of **Mizuho's Answer and Affirmative Defenses to the Plaintiffs' Fourth Amended Class Action Complaint and Crossclaims Against Mark Karpeles** to be served on Defendant Mark Karpeles via his personal email address (magicaltux@gmail.com), and also via certified mail and email on his former counsel, Richard Douglass, Novack and Macey, LLP, 100 North Riverside Plaza, Suite 1500, Chicago, IL 60606.

                                                                                      /s/ Jason A. Frye