**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Gregory Green, et al. v. Mizuho Bank, LTD., et al.

Case Number: 14 C 01437

An appearance is hereby filed by the undersigned as attorney for:

Gregory Greene, Joseph Lack, Anthony Motto and Gregory Pearce

Attorney name (type or print): Nina Eisenberg

Firm: Edelson PC

Street address: 123 Townsend Street, Suite 100

City/State/Zip: San Francisco, CA 94107

Bar ID Number: 305617
(See item 3 in instructions)

Telephone Number: 415-212-9300

Email Address: neisenberg@edelson.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 19, 2017

Attorney signature: S/ Nina Eisenberg

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015