UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 14 C 01437<br><br>Judge Gary Feinerman<br><br>Magistrate Judge Susan E. Cox |

### DECLARATION OF MICHAEL GRUNFELD

I, MICHAEL GRUNFELD, declare as follows:

1. I am an attorney at the firm of Shearman & Sterling LLP ("Shearman & Sterling"), which represents defendant Mizuho Bank, Ltd. ("Mizuho") in this action. I submit this declaration in support of Defendant Mizuho Bank, Ltd.'s Motion For Sanctions Under Rule 11 (the "Motion").

2. ███████████████████████████████████████████

3. Attached hereto as Exhibit B is a version of the Fourth Amended Complaint showing with strikeouts all of the allegations that Mizuho, through the Motion, asks the Court to require Edelson to remove because they are based on the allegation that Mt. Gox users in the

United States were unable to make withdrawals from their Mt. Gox accounts – an allegation that Edelson knew was unfounded at the time Edelson filed the Fourth Amended Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of July, 2017 in New York, New York.

/s/ Michael Grunfeld
Michael Grunfeld

## **CERTIFICATE OF SERVICE**

The undersigned attorneys hereby certify that on the 7th day of July, 2017, they caused this **Declaration of Michael Grunfeld** to be served by causing true and accurate copies of such paper to be transmitted via ECF to all counsel of record,

/s/ Jonathan S. Quinn

and via electronic mail to Mark Karpeles.

/s/ Michael Grunfeld