

Confidential

Edelson002264



Confidential

Edelson002265



Confidential

Edelson002266



**Confidential**

**Edelson002267**

Confidential

Edelson002268

Confidential

Edelson002269



Confidential

Edelson002270