# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>　　　　　*Defendants*. | Case No. 14 C 01437<br><br>Judge Gary Feinerman<br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

　　　　PLEASE TAKE NOTICE that on July 20, 2017 at 9 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman in Courtroom 2125 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present **Defendant Mizuho Bank, Ltd.'s Motion For Sanctions Under Rule 11**, a redacted copy of which has been served upon you via the Court's electronic filing system or via electronic mail.

　　　　　　　　　　　　　　　　　　　MIZUHO BANK, LTD.


　　　　　　　　　　　　　　　　　By:　/s/ Jonathan S. Quinn
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL  60602-3801
(312) 269-8000

Jerome S. Fortinsky (admitted *pro hac vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *pro hac vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *pro hac vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Attorneys for Defendant Mizuho Bank, Ltd.


Dated: July 7, 2017

## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certify that on the 7th day of July, 2017, they caused **Defendant Mizuho Bank, Ltd.'s Motion for Sanctions Under Rule 11** to be served by causing true and accurate copies of such paper to be transmitted via ECF to all counsel of record,

/s/ Jonathan S. Quinn

and via electronic mail to Mark Karpeles.

/s/ Michael Grunfeld