UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>    *Defendants*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**DECLARATION OF JAY EDELSON**

I, Jay Edelson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Founder and CEO of Edelson PC, which has been retained to represent Plaintiffs Gregory Greene, Joseph Lack, Anthony Motto, and Gregory Pearce (collectively, "Plaintiffs") in this matter. I have personal knowledge of all matters set forth herein. If called upon to testify as such matters stated, I could and would competently do so.

2. I submit this Declaration in support of Plaintiffs' Response to Mizuho's Motion for Sanctions Under Fed. R. Civ. P. 11.

3. Attached as Exhibit A is a true and accurate copy of a letter my firm sent to counsel for Defendant Mizuho Bank, Ltd. on June 28, 2017, in response to Mizuho's proposed Rule 11 motion.

4. Attached as Exhibit B is a true and accurate copy of Mizuho's proposed "Memorandum of Law In Support of Motion for Sanctions Under Rule 11," which counsel for

1

Mizuho sent to my firm on June 12, 2017.

5.	Attached as Exhibit C is a true and accurate copy of an email that Mark Karpeles sent to Ben Thomassen, an attorney at my firm, along with an attachment to that email (an email from Gonzague Gay-Bouchery to Marx Jean-Denis) on October 18, 2016.

6.	Attached as Exhibit D is a true and accurate copy of an email that Ari Scharg, an attorney at my firm, sent to Jeffery Resetarits, counsel for Mizuho, on March 11, 2015.

7.	Attached as Exhibit E is a true and accurate copy of an email that Ari Scharg, an attorney at my firm, sent to Jeffery Resetarits, counsel for Mizuho, on March 24, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2017				/s/ Jay Edelson

**CERTIFICATE OF SERVICE**

    I, Jay Edelson, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on July 17, 2017.

                                                /s/ Jay Edelson