# Exhibit D



**Ari Scharg <ascharg@edelson.com>**

## RE: Mt. Gox

**Ari Scharg** <ascharg@edelson.com>　　　　　　　　　　　　　　　　　　　　　　　Wed, Mar 11, 2015 at 8:12 PM
To: Jeffrey Resetarits <Jeffrey.Resetarits@shearman.com>
Cc: Alicia Hwang <ahwang@edelson.com>, Jerome Fortinsky <JFortinsky@shearman.com>

Jeff-

We appreciate the frank and open discussion that we've had over the past two months. At this point, based on our discussions, we are ready to abandon the vast majority of claims that we anticipated bringing against Mizuho in January. We would however still like additional clarification on the circumstances surrounding the post-June 2013 deposits. (We recognize that the number of deposits at issue is likely low.) Here's what I propose -- a final extension of 14 days (we'd make clear to the court that this is the final request), and a phone call on Friday or Monday to give us a chance to clarify our understanding of the facts (as their may presently be a slight disconnect). To the extent still relevant based on our call, we may also ask for the number of transactions at issue.

Let me know if this proposed way forward works on your end, and if so, we'll circulate a motion.

Best,
Ari

Ari J. Scharg | Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
312.239.3362 (direct) | 312.589.6370 (firm) | 312.589.6378 (fax)
ascharg@edelson.com | www.edelson.com

Please consider the environment before printing this e-mail

CONFIDENTIALITY AND LIABILITY FOR MISUSE.
The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.
Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

[Quoted text hidden]