# Exhibit E



Ari Scharg <ascharg@edelson.com>

## Mizuho Follow Up

**Ari Scharg** <ascharg@edelson.com> Tue, Mar 24, 2015 at 5:16 PM
To: Jeffrey Resetarits <Jeffrey.Resetarits@shearman.com>, Jerome Fortinsky <JFortinsky@shearman.com>
Cc: Jay Edelson <jedelson@edelson.com>, Alicia Hwang <ahwang@edelson.com>, Rafey Balabanian <rbalabanian@edelson.com>

Jeff and Jerry,

We appreciate the open dialogue and exchange of information over the past few months. As you know, we initially planned on pursuing a broad range of theories and claims against Mizuho on behalf of a number of different classes, including for breach of contract, tortious interference, and violations of the EFTA and UCC, stemming from what we believed to be Mizuho's failure to process cash deposit and withdrawal requests that it received from Mt. Gox users in the United States. Over the course of our discussions, you have provided information to us that corrected our misunderstanding of the underlying facts. As a result, we will no longer be pursuing those claims.

At this point, the only claims that remain viable in our view are those arising from the circumstances surrounding Mizuho's decision to stop providing withdrawal services to Mt. Gox in June 2013. As we've discussed at length, we believe that Mizuho misled consumers by concealing the fact that it would no longer provide withdrawal services to Mt. Gox (thus leaving users with no means to make cash withdrawals from the exchange), while at the same time, continuing to process and accept Mt. Gox's user deposits (and collect related transaction fees). Accordingly, we intend to move forward with this narrow theory through claims for fraudulent concealment, unjust enrichment, and a request for an accounting. And rather than pursuing these claims on behalf of broad classes of Mt. Gox users that lost money or bitcoin as initially planned, the class definition will be substantially narrowed to include only those Mt. Gox users who deposited money through Mizuho after June 2013 (i.e., when it stopped processing withdrawals). Separately, we note that the amended complaint will also assert claims against Mark Karpeles for fraud and mismanagement of the Mt. Gox exchange.

As we move forward, we sincerely hope that we can keep the lines of communication open and remain willing to listen if you feel that we're misapprehending the facts or the law. Please don't take the filing of the amended complaint as any indication that your words have not been heard or been given serious consideration. As we hope to have demonstrated over the past few months, the opposite is true.

Finally, we wanted to alert you to an issue that will effect the timing of the upcoming motion for leave to amend. Given that our clients lost significant amounts of money when Mt. Gox went bankrupt in February 2014 (some as much as $80,000), they understandably have serious concerns and questions about our plan to substantially narrow the claims and class definition. While we've already spoken to some, we still have a number of in-person and telephonic conferences scheduled over the next few days that will likely require follow up discussions. As such, we intend to move the Court for an additional 14-day extension to allow us time to bring each of our clients up to speed with the information that we've learned over the past three months through our exchange, and to obtain their sign-off and approval. Please let us know whether you oppose this request.

Best regards,

Ari

Ari J. Scharg | Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
312.239.3362 (direct) | 312.589.6370 (firm) | 312.589.6378 (fax)
ascharg@edelson.com | www.edelson.com

Please consider the environment before printing this e-mail

CONFIDENTIALITY AND LIABILITY FOR MISUSE.
The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.