# !IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 14 C 01437 |
| v. | Judge Gary Feinerman |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | Magistrate Judge Susan E. Cox |
| *Defendants*. | |

## NOTICE OF MOTION

  PLEASE TAKE NOTICE that on August 29, 2017 at 9 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Gary Feinerman in Courtroom 2125 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and will present **Defendant Mizuho Bank, Ltd.'s Motion For Partial Reconsideration Of Its Motion To Dismiss For Lack Of Personal Jurisdiction In Light Of New And Controlling Supreme Court Precedent**, a copy of which has been served upon you via the Court's electronic filing system or via electronic mail.

        MIZUHO BANK, LTD.

        By: /s/ Jason A. Frye
            One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL  60602-3801
(312) 269-8000

Jerome S. Fortinsky (admitted *pro hac vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *pro hac vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *pro hac vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Attorneys for Defendant Mizuho Bank, Ltd.



Dated: August 15, 2017

## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certify that on the 15th day of August, 2017, they caused **Defendant Mizuho Bank, Ltd.'s Motion For Partial Reconsideration Of Its Motion To Dismiss For Lack Of Personal Jurisdiction In Light Of New And Controlling Supreme Court Precedent** to be served by causing true and accurate copies of such paper to be transmitted via ECF to all counsel of record,

/s/ Jason A. Frye

and via electronic mail to Mark Karpeles.

/s/ Sarah C. C. Tishler