UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Gregory Greene, et al.
                            Plaintiff,

v.                                              Case No.: 1:14–cv–01437
                                                Honorable Gary Feinerman

Mark Karpeles, et al.
                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2017:

　　MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 10/2/2017 at 9:15 a.m. The 8/29/2017 motion hearing [284] is stricken. Motion hearing held. Defendant's Mizuho Bank's motion for partial reconsideration on personal jurisdiction [282] is entered and continued. Plaintiff's response due by 9/13/2017; reply due by 9/27/2017. The schedule is amended as follows. Plaintiffs' Rule 26(a)(2) disclosures shall be served by 10/2/2017. Defendant&#039;s Rule 26(a)(2) disclosures shall be served by 11/16/2017. Expert depositions shall be completed by 1/16/2018.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.