UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>   *Defendants*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND
BRIEFING SCHEDULE ON MIZUHO BANK, LTD'S
MOTION FOR PARTIAL RECONSIDERATION**

  Plaintiffs Joseph Lack, Anthony Motto, and Gregory Pearce ("Plaintiffs") by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully move the Court for a 7-day extension of their deadline to file a brief in opposition to Defendant's Motion For Partial Reconsideration Of Its Motion To Dismiss For Lack Of Personal Jurisdiction In Light Of New And Controlling Supreme Court Precedent (the "Motion"), (dkt. 282), such that Plaintiffs' opposition to the Motion would come due on September 20, 2017, and Defendant's reply in support of its Motion would come due on October 4, 2017. In support of the instant request, Plaintiffs state as follows:

  1.  Defendant Mizuho Bank, Ltd. filed the Motion on August 15, 2017. (Dkt. 282.) The Court set a briefing schedule on the Motion the next day, following a status conference with the Parties. (Dkt. 285.) Pursuant to that schedule, Plaintiffs' response in opposition to the Motion

1

is due on September 13, 2017, and Defendant Mizuho's reply in support of the Motion is due on September 27, 2017. (*Id.*)

2. Since receiving Defendant's Motion, Plaintiffs have worked diligently to review, analyze, and respond to the arguments raised therein. Notwithstanding this effort, Plaintiffs now seek a 7-day extension to their current response deadline so that they can fully prepare and finalize their opposition brief. In short, Plaintiffs submit that the requested 7-day extension will allow the Parties to provide the Court with the best possible record from which to reach an informed decision on the Motion.

3. Plaintiffs' counsel conferred with Mizuho's counsel on September 12, 2017. Counsel for Mizuho indicated that Defendant does not oppose this motion and agrees to the relief requested herein. This is the first request for an extension filed by Plaintiffs in regard to the Motion.

4. The requested extension of time is not sought for the purposes of delay or any improper purpose. Further, the extension will not prejudice any Party or affect any other deadlines or hearing dates currently set by the Court.

5. Based on the foregoing, Plaintiffs respectfully submit that good cause exists to grant this extension of time.

**WHEREFORE**, Plaintiffs Joseph Lack, Anthony Motto, and Gregory Pearce respectfully request that the Court enter an order (i) granting the instant motion, (ii) extending their deadline to oppose the Motion from September 13, 2017 to September 20, 2017, and extending Mizuho's deadline to reply in support of its Motion from September 27, 2017, to October 4, 2017, and (iii) awarding such other and further relief as the Court deems reasonable and just.

| | |
|---|---|
| Dated: September 12, 2017 | By: /s/ Benjamin S. Thomassen<br>One of Plaintiffs' Attorneys |

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
Nina Eisenberg
neisenberg@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

Counsel for Plaintiffs and the Putative Classes

**CERTIFICATE OF SERVICE**

   I, Benjamin S. Thomassen, an attorney, hereby certify that on September 12, 2017, I caused to be served the above and foregoing ***Plaintiffs' Unopposed Motion to Extend Briefing Schedule on Defendant Mizuho Bank, Ltd.'s Motion For Partial Reconsideration Of Its Motion To Dismiss For Lack Of Personal Jurisdiction In Light Of New And Controlling Supreme Court Precedent*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                /s/ Benjamin S. Thomassen