# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>    *Defendants*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

TO: See attached certificate of service.

  **PLEASE TAKE NOTICE** that on September 18, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present ***Plaintiffs' Unopposed Motion to Extend Briefing Schedule on Mizuho Bank, LTD's Motion for Partial Reconsideration***, a copy of which has been served upon you via the Court's CM/ECF electronic filing system.

| | |
|---|---|
| Dated: September 12, 2017 | By: /s/ Benjamin S. Thomassen<br>   One of Plaintiffs' Attorneys<br><br>Jay Edelson<br>jedelson@edelson.com<br>Benjamin S. Thomassen<br>bthomassen@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>Rafey S. Balabanian<br>rbalabanian@edelson.com<br>J. Aaron Lawson |

alawson@edelson.com
Nina Eisenberg
neisenberg@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

Counsel for Plaintiffs and the Putative Classes

2

## **CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, hereby certify that on September 12, 2017, I caused to be served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                        /s/ Benjamin S. Thomassen