UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Gregory Greene, et al.
                    Plaintiff,

v.                                        Case No.: 1:14−cv−01437
                                        Honorable Gary Feinerman

Mark Karpeles, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 13, 2017:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's unopposed motion to extend briefing schedule on Mizuho Bank's motion for partial reconsideration [286] is granted. The time for Plaintiffs to respond to Defendant Mizuho's motion for partial reconsideration is extended to 9/27/2017; reply due by 10/4/2017. Status hearing set for 10/2/2017 [285] is stricken and re−set for 10/13/2017 at 10:30 a.m. Motion hearing set for 9/18/2017 [287] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.