# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Gregory Greene, et al.

                    Plaintiff,

v.                                      Case No.: 1:14–cv–01437
                                                Honorable Gary Feinerman

Mark Karpeles, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 14, 2017:

    MINUTE entry before the Honorable Gary Feinerman:Order entered 9/13/2017 [288] is amended. The time for Plaintiffs to respond to Defendant Mizuho's motion for partial reconsideration is extended to 9/20/2017; reply due by 10/4/2017. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.