

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
**CLERK**

312-435-5670

RE: Failure to Comply with General Order 14-0024

Dear

As you know, the Northern District of Illinois utilizes CM/ECF to provide electronic notices to parties. You are receiving this letter due to a critical concern with your email account. Pursuant to General Order 14-0024 Section IV(G), e-filers must maintain a current and active email account. On                    , my office received a report that a notice of electronic filing sent to you at                    was returned undeliverable.

In order to resolve this issue, you must access your CM/ECF account by following the applicable steps on the enclosed instructional sheet to update your contact information. If this attorney no longer works at your law firm, you must immediately file the appropriate documents to be in compliance with the local rules. Once you have updated your information, you are required to send an email to the Clerk's office. Please send the email to: docketing_ilnd@ilnd.uscourts.gov and provide your name, the case number referenced on the enclosed document, and an indication that you have updated your account and/or filed a notification of change of address.

Attached to this letter is a copy of the filing that was returned undeliverable to your email address. Again, you must resolve this matter immediately and notify my office once you have corrected the problem.

Sincerely,

*Thomas G. Bruton*

Thomas G. Bruton
Clerk of Court
Northern District of Illinois

Enclosures