IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>        *Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**MOTION BY ANTHONY MOTTO, JOSEPH LACK, and GREGORY PEARCE FOR CLASS CERTIFICATION**

Plaintiffs Anthony Motto, Joseph Lack, and Gregory Pearce, through undersigned counsel, hereby respectfully move the Court, under Fed. R. Civ. P. 23(a) and (b)(3), for an order certifying the following classes:

**Deposit Class**: All individuals who, while residing in the United States, wired fiat currency to Mt. Gox's account at Mizuho Bank between June 20, 2013, and February 24, 2014.

**Withdrawal Class**: All individuals who, while residing in the United States, submitted to Mt. Gox a request to withdraw fiat currency between June 20, 2013, and February 24, 2014, and whose request went unfulfilled.[1]

---

[1] Excluded from both classes are (1) Defendant, Defendant's agents, subsidiaries, parents, successors, predecessors, and any entity in which Defendant or its parents have a controlling interest, and those entity's current and former employees, officers, and directors, (2) the Judge to whom this case is assigned and the Judge's immediate family, (3) persons who execute and file a timely request for exclusion from the Class and Subclass, (4) persons who have had their claims in this matter finally adjudicated and/or otherwise released, (5) individuals whose claims accrued while they resided in Louisiana or Mississippi, and (6) the legal representatives, successors, and assigns of any such excluded person.

As shown in Plaintiffs' contemporaneously filed Memorandum of Law in Support of Class Certification, the two Classes are sufficiently numerous, face common legal and factual questions, possess claims that are typical of the claims of the putative named plaintiffs, and have been and will be adequately represented by movants and their counsel. Further, the common legal and factual issues underlying the claims at issue predominate over any questions affecting only individual members of the Deposit and Withdrawal Classes, and a class action is the superior method of resolving this controversy. As such, the classes are readily certifiable under Fed. R. Civ. P. 23(a) and (b)(3).

In support of the instant Motion, Plaintiff hereby incorporates his contemporaneously filed Memorandum of Law in Support of Motion for Class Certification, along with all arguments made and authorities cited therein, as well as the exhibits attached thereto.

**WHEREFORE**, Plaintiffs Anthony Motto, Joseph Lack, and Gregory Pearce respectfully request that the Court enter an Order (i) granting the instant Motion for Class Certification, (ii) certifying the Deposit Class and Withdrawal Class identified above pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), (iii) appointing Anthony Motto and Joseph Lack to represent the Deposit Class and Gregory Pearce to represent the Withdrawal Class, (iv) appointing Plaintiff's counsel, Jay Edelson, Rafey Balabanian, Benjamin Thomassen, and J. Aaron Lawson of Edelson PC as class counsel pursuant to Fed. R. Civ. P. 23(g), and (v) awarding such other and further relief as this Court deems reasonable and just.

          Respectfully submitted,

          **ANTHONY MOTTO, JOSEPH LACK,**
          and **GREGORY PEARCE** individually and on
          behalf of all others similarly situated,

Dated: October 12, 2017          By: /s/ Jay Edelson
                                        One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson*
alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495
*admitted only in Illinois, supervised by members of the California Bar

Counsel for Plaintiffs and the Putative Classes

**CERTIFICATE OF SERVICE**

    I, J. Aaron Lawson, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, and via electronic mail to Mark Karpeles, on October 12, 2017.

                                      /s/ J. Aaron Lawson