# EXHIBIT 3

```
                    *** HIGHLY CONFIDENTIAL ***
 1           IN THE UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF ILLINOIS

 3                    EASTERN DIVISION

 4

 5   GREGORY GREENE, JOSEPH LACK,      )

 6   ANTHONY MOTTO, and GREGORY PEARCE,)

 7   individually and on behalf of all )

 8   others similarly situated,        )

 9           Plaintiffs,               )

10       vs.                           ) No. 14 CV 1437

11   MIZUHO BANK, LTD., a Japanese     )

12   financial institution, and MARK   )

13   KARPELES, an individual,          )

14           Defendants.               )

15

16           The ** CONFIDENTIAL ** videotaped

17   deposition of ANTHONY PATRICK MOTTO, called for

18   examination, taken pursuant to the Federal Rules of

19   Civil Procedure of the United States District Courts

20   pertaining to the taking of depositions, taken before

21   DINA G. MANCILLAS, a Certified Shorthand Reporter

22   within and for the State of Illinois, CSR No. 84-3400

23   of said state, at Suite 2200, Two North LaSalle

24   Street, Chicago, Illinois, on July 26, 2017, at

25   9:00 a.m.
```

Case: 1:14-cv-01437 Document #: 295-2 Filed: 10/13/17 Page 3 of 38 PageID #:3339
Anthony Motto, et al./ In re: Mt. Gox, et al.
07/26/2017                                                          2

```
 1   PRESENT:

 2        EDELSON PC

 3        350 North LaSalle Street, Suite 1300

 4        Chicago, Illinois  60654

 5

 6        BEN THOMASSEN, ESQ.

 7

 8             appeared on behalf of the Plaintiffs

 9

10        SHEARMAN & STERLING LLP

11        599 Lexington Avenue

12        New York, New York  10022-6069

13

14        JEFFREY J. RESETARITS, ESQ.

15

16             appeared on behalf of Defendant

17             Mizuho Bank, Ltd.

18

19   ALSO PRESENT:

20        Mr. Lenny Parsons, Legal Videographer,

21             US Legal Support, Inc.

22

23   REPORTED BY:

24             DINA G. MANCILLAS, CSR, RPR, CRR, CLR

25             CSR No. 84-3400
```

```
  1                 I N D E X

  2   WITNESS                        EXAMINATION

  3   ANTHONY PATRICK MOTTO

  4       By Mr. Resetarits                    7

  5

  6                 E X H I B I T S

  7     NUMBER                              PAGE

  8   Motto Deposition Exhibit 1, Fourth Amended    18

  9       Class Action Complaint.

 10   Motto Deposition Exhibit 2, Bates           79

 11       No. Motto-000934.

 12   Motto Deposition Exhibit 3, Bates           82

 13       Nos. Motto 000201 through Motto 000203.

 14   Motto Deposition Exhibit 4, Bates           84

 15       Nos. MIZ_0003847 through MIZ_0003848.

 16   Motto Deposition Exhibit 5, Bates           87

 17       Nos. Motto 000614 through Motto 000615.

 18   Motto Deposition Exhibit 6, Bates           92

 19       No. Motto-000919.

 20   Motto Deposition Exhibit 7, Bates           92

 21       No. Motto-000910.

 22   Motto Deposition Exhibit 8, Bates           96

 23       Nos. Motto-000959 through Motto-000961.

 24   Motto Deposition Exhibit 9, Bates           96

 25       Nos. Motto-000965 through Motto-000970.
```

```
 1                I N D E X   (Continued)

 2

 3                    E X H I B I T S

 4      NUMBER                                    PAGE

 5   Motto Deposition Exhibit 10, Document         105

 6      labeled Group Exhibit B, with

 7      attachments.

 8   Motto Deposition Exhibit 11, Document         143

 9      entitled "MTGOX Online Bankruptcy Claim

10      Filing System."

11   Motto Deposition Exhibit 12, Plaintiff        147

12      Anthony Motto's Answers to Defendant

13      Mizuho Bank Ltd.,'s Second Set of

14      Interrogatories.

15   Motto Deposition Exhibit 13, Printout         150

16      from the Mt. Gox website.

17   Motto Deposition Exhibit 14, Bates            157

18      Nos. Motto 000075 through Motto 000076.

19   Motto Deposition Exhibit 15, Bates            160

20      No. Motto 000089.

21   Motto Deposition Exhibit 16, Bates            167

22      Nos. Motto-001047 through Motto-001048.

23   Motto Deposition Exhibit 17, Bates            170

24      Nos. Motto-001210 through Motto-001211.

25
```

```
 1                    I N D E X   (Continued)

 2

 3                       E X H I B I T S

 4        NUMBER                                    PAGE

 5      Motto Deposition Exhibit 18, Bates          172

 6          Nos. Motto 000372 through Motto 000373.

 7      Motto Deposition Exhibit 19, Bates          194

 8          Nos. Motto 000515 through Motto 000552.

 9      Motto Deposition Exhibit 20, Bates          199

10          Nos. Motto 000169 through Motto 000172.

11      Motto Deposition Exhibit 21, Plaintiff      210

12          Anthony Motto's Answers to Defendant

13          Mizuho Bank Ltd.,'s First Set of

14          Interrogatories.

15      Motto Deposition Exhibit 22, Plaintiff      231

16          Anthony Motto's First Supplemental

17          Answers to Defendant Mizuho Bank

18          Ltd.,'s First Set of Interrogatories.

19      Motto Deposition Exhibit 23, Bates          236

20          Nos. Motto 000145 through Motto 000146.

21

22

23

24

25
```

```
 1              THE VIDEOGRAPHER:  Good morning.  We
 2      are on the record.
 3                   This is the videotaped deposition
 4      of Anthony Motto in the matter of Gregory
 5      Greene, et al., versus Mizuho Bank, Ltd.,
 6      et al., Case No. 14 CV 1437.
 7                   This deposition is taking place
 8      at 2 North LaSalle Street, Chicago, Illinois,
 9      on July 26th, 2017, at 9:06 a.m.
10                   My name is Lenny Parsons.  I'm
11      the videographer with US Legal Support.
12      Video and audio recording will be taking
13      place unless all counsel have agreed to go
14      off the record.
15                   Will all present please identify
16      themselves, beginning with the witness.
17              MR. THOMASSEN:  That's you.
18              THE WITNESS:  I'm sorry.  What's that?
19              THE VIDEOGRAPHER:  Identify yourself,
20      please.
21              THE WITNESS:  I'm Anthony Motto.
22              MR. THOMASSEN:  And -- sorry.  I'm Ben
23      Thomassen, counsel for Mr. Motto.
24              MR. RESETARITS:  Jeff Resetarits with
25      Shearman & Sterling for Mizuho Bank.
```

```
 1            THE VIDEOGRAPHER:  The certified court
 2       reporter is Dina Mancillas.
 3                    Please swear in the witness.
 4                       (The witness was duly sworn.)
 5            MR. RESETARITS:  Good morning,
 6       Mr. Motto.
 7            THE WITNESS:  Good morning.
 8            MR. RESETARITS:  Before we get started,
 9       I just wanted to put one statement on the
10       record.
11                 Mizuho Bank does not believe that
12       the Court has jurisdiction over Mizuho.
13       Mizuho filed a motion to dismiss for lack of
14       personal jurisdiction in this case, but the
15       Court denied it.
16                 Mizuho continues to contest that
17       the Court has jurisdiction over Mizuho.
18            ANTHONY PATRICK MOTTO,
19  called as a witness herein, having been first duly
20  sworn, was examined and testified as follows:
21                    EXAMINATION
22  BY MR. RESETARITS:
23       Q.    Mr. Motto, could you state your full
24  name and address for the record?
25       A.    Anthony Patrick Motto, 121 Crestwood
```

```
 1    2014.  So just focusing -- because we'll get to

 2    2014.

 3               Just focusing on mid-2013, what

 4    artificial hurdles did Mizuho create?  That's --

 5    that's really the question.

 6               MR. THOMASSEN:  And same objections as

 7          before.  The document speaks for itself.

 8          Object to the extent you're calling for a

 9          legal conclusion.

10               MR. RESETARITS:  I -- I'm not -- just

11          to be clear for the record, I'm not calling

12          for a legal conclusion.

13                   I'm asking to understand the

14          statement in the complaint factually.

15               MR. THOMASSEN:  Okay.  So to -- to the

16          extent you have personal knowledge of the

17          question he's asking, go for it.

18    BY THE WITNESS:

19          A.    I think that by seeing on the website

20    and various sources that, "Everything is fine.

21    We're just going through changes," along with

22    everything else, those are hurdles.

23                   I mean, those are -- are obstacles that

24    I -- I couldn't foresee, you know -- there was

25    nobody saying, "We have issues over here."  They
```

 1    were just saying, "We're fine and just stand by.

 2    We're -- we're busy."

 3    BY MR. RESETARITS:

 4        Q.      Who's the "they" in that sentence?

 5        A.      That would be Mt. Gox.

 6        Q.      Okay.  Any statements that Mizuho made

 7    in -- in mid-2013 that you're referring to?

 8        A.      I don't have anything specific that

 9    Mizuho said, and I don't -- yeah.  I don't have

10    anything to reflect directly from Mizuho.

11        Q.      The -- the next sentence in Paragraph 2

12    says, "The most significant of these hurdles was

13    to stop processing any withdrawal requests made by

14    Mt. Gox users in the United States, thus making it

15    impossible for United States' users to withdraw

16    any money from their Mt. Gox accounts."

17            Do you see that?

18        A.    Yes.

19        Q.    What -- what facts do you have to

20    support the statement in this complaint -- what

21    personal knowledge do you have that it was

22    impossible for Mt. Gox users in the United States

23    to withdraw money from Mt. Gox?

24            MR. THOMASSEN:  I'll just -- I'll just

25        quickly object to form, especially the

1        contrast between facts and personal knowledge

2        that you made.

3    BY MR. RESETARITS:

4        Q.     Let's -- let's start with facts.

5    What -- what facts are you aware of that it was

6    impossible for Mt. Gox users in the United States

7    to withdraw money from Mt. Gox?

8        A.     What time?  What time frame?

9        Q.     We're talking --

10       A.     Mid-2013?

11       Q.     Yeah, mid-2013.

12       A.     I was only aware of delays in the

13   websites, in -- like, in the first paragraph of --

14   of 2.  When -- I -- I wasn't aware that it was

15   impossible to withdraw money until after the fact.

16            So I -- I wasn't aware that it was

17   impossible to draw money until after I had

18   deposited the funds.

19       Q.     And when did you deposit the funds?

20       A.     January 2014.

21       Q.     Are you sure?

22       A.     Yes.

23       Q.     Okay.  Well, we'll -- we'll get to some

24   documents later that -- that will show something

25   different, but we can -- we can hold off on that.

```
 1   correct?

 2        A.    Correct.

 3              MR. RESETARITS:  I'd like to mark as

 4        Motto 4, a two-page document.  It has the

 5        Bates No. MIZ_0003847, and it goes to 3848.

 6                    (Motto Deposition Exhibit 4 was

 7                    marked for identification.)

 8                    (Document tendered.)

 9              MR. THOMASSEN:  Do you have one for me,

10        Jeff?

11              MR. RESETARITS:  Oh, sorry.

12                    (Document tendered.)

13              MR. THOMASSEN:  Thanks.

14   BY MR. RESETARITS:

15        Q.    Mr. Motto, I want to direct your

16   attention to the top of the document.

17              Do you see where it says, "Received

18   Date:  2014-02-18"?

19        A.    Yes.

20        Q.    Is that the same date that -- that a

21   wire transfer was made --

22        A.    Yes.

23        Q.    -- from JPMorgan Chase to Mt. Gox?

24        A.    Yes.

25        Q.    The "from" says -- in this document
```

```
 1   says, "JPMorgan Chase Bank New York Head Office,

 2   New York."

 3              Do you see that?

 4       A.    Yes.

 5       Q.    And then down in the middle of the

 6   page, it says, "Highline Technologies, Inc.,

 7   160 Grow Lane, Streamwood, Illinois, 60107."

 8              Do you see that?

 9       A.    Yes.

10       Q.    The next line says, "Beneficiary

11   Customer:  Mt. Gox Co., Limited, Shibuya, Tokyo,

12   Japan."

13              Do you see that?

14       A.    Yes.

15       Q.    Does this -- does the information on

16   this document match the wire transfer that

17   Highline Technologies sent to Mt. Gox?

18       A.    It appears to.

19       Q.    Does this document clarify for you at

20   all whether it was you that sent the wire transfer

21   or Highline Technologies?

22       A.    Yes.

23              MR. THOMASSEN:  Object -- hold on.

24       Object to form.

25                  Go ahead.
```

 1   BY THE WITNESS:

 2       A.    Yes.  It's me as Highline Technologies.

 3   BY MR. RESETARITS:

 4       Q.    Okay.  But the wire came from Highline

 5   Technologies, is that correct?

 6             MR. THOMASSEN:  Object to form.

 7   BY THE WITNESS:

 8       A.    Yes.

 9   BY MR. RESETARITS:

10       Q.    And it came from a bank account in the

11   name of Highline Technologies, is that correct?

12       A.    I believe so, yeah.

13       Q.    Mr. Motto, you signed -- you appear to

14   have opened your Mt. Gox account around

15   January 14th or 15th of 2014, is that correct?

16       A.    Correct.

17       Q.    It appears from the documents we looked

18   at that you -- that Highline Technologies wired

19   money to Mt. Gox around February 18th, 2014, is

20   that correct?

21             MR. THOMASSEN:  Object to form.

22   BY THE WITNESS:

23       A.    That sounds correct.

24   BY MR. RESETARITS:

25       Q.    Why did you wait a month to transfer

```
 1    money from the JPMorgan bank account in the name
 2    of Highline Technologies to Mt. Gox?
 3         A.    Sure.  One, I had to set up the
 4    accounts.  And then the other one was, I was
 5    getting verification through Mt. Gox.  I thought I
 6    needed verification.  And that took about a week.
 7              So you'll probably see emails further
 8    up that says, "Okay.  You've been verified."  So
 9    the three, four weeks, or whatever, in there is
10    just -- just time.  No particular reason.
11         Q.    Time spent on the verification process,
12    is that right?
13              MR. THOMASSEN:  Object to form.
14    BY THE WITNESS:
15         A.    At living life, yeah.
16    BY MR. RESETARITS:
17         Q.    Okay.
18              MR. RESETARITS:  I'd like to mark as
19         Motto 5 a two-page document, Bates-numbered
20         Motto 000614 to 615.
21                     (Motto Deposition Exhibit 5 was
22                      marked for identification.)
23                     (Document tendered.)
24              MR. RESETARITS:  Sorry.
25              MR. THOMASSEN:  Oh, I got a whole lot
```

```
 1                 Do you see that?

 2       A.      Uh-huh.

 3       Q.      In the second paragraph -- towards the

 4    end of the second paragraph, it says, "As a

 5    result, we took the necessary action of suspending

 6    bitcoin with- -- withdrawals until this technical

 7    issue has been resolved."

 8                 Do you see that?

 9       A.      Yes.

10       Q.      Do you recall Mt. Gox making this

11    announcement?

12       A.      Yes, because I printed it.

13       Q.      Okay.  The next paragraph, "Addressing

14    Transaction Malleability.  Mt. Gox has detected

15    unusual activity on its bitcoin wallets and

16    performed investigations during the past weeks.

17    This confirmed the presence of transactions which

18    need to be examined more closely."

19                 Do you see that?

20       A.      Yes.

21       Q.      What's "transaction malleability"?

22       A.      I don't know the definition of

23    the term.

24                 I'm just knowing, by general industry

25    terminology, that -- I'm assuming that
```

1    "malleability" means that the transaction wasn't

2    transferred in whole.  It was skewed, so to speak.

3         Q.    The -- the -- what transaction?  The

4    bitcoin --

5         A.    The bitcoin transaction itself.

6         Q.    -- transaction?

7         A.    Yeah.

8         Q.    Yeah.  There were problems with the

9    bitcoin transactions?  Is that a simplified way of

10   saying it?

11        A.    Yeah.

12        Q.    There's a nontechnical explanation just

13   below that.

14              It says, "A bug in the bitcoin software

15   makes it possible for someone to use the bitcoin

16   networks to alter transaction details to make it

17   seem like a sending of bitcoins to a bitcoin

18   wallet did not occur when, in fact, it did occur."

19              Do you see that?

20        A.    Uh-huh.

21        Q.    Do you recall now that -- that Mt. Gox

22   announced that there was a bug in the bitcoin

23   software in -- in February of 2014?

24        A.    That was a question to me?

25        Q.    Yeah.

1        A.      I'm sorry.  I thought you were --

2        Q.      Oh, no.  Sorry.  I'm wondering if you

3   knew that there was a bug in the bitcoin

4   software -- if Mt. Gox had announced that there

5   was a bug in the bitcoin software in February of

6   20- -- February 13th of 2014.

7        A.      According to this, there was.  I

8   remember there being a discussion about trans- --

9   transaction malleability, and I believe that it

10  wasn't necessarily the bitcoin code itself.

11           It was the software that accepted the

12  transactions and -- and that portion of it.

13       Q.      I -- I can't say I understand the word

14  "transaction malleability," but do you think it's

15  fair to say that on February 13th, 2014, Mt. Gox

16  was announcing that there was a problem with

17  bitcoin transactions?

18       A.      Yes.

19       Q.      So this is -- you printed this out

20  February 13th, 2014.

21           We just looked at a number of exhibits

22  from January and February of 2014.  This is

23  important.  So I want you to correct me if I'm

24  wrong, but as of 2013, 2014, you were aware that

25  Mt. Gox was manually processing withdrawal

```
 1   requests, that Mt. Gox had a backlog in processing

 2   withdrawal requests, that it could take up -- it

 3   could take Mt. Gox up to four weeks to process

 4   withdrawal requests -- I believe in one of your

 5   communications with a third party, you said that

 6   Mt. Gox was down.

 7              And in this most recent exhibit,

 8   Mt. Gox announced that there was a problem with

 9   its bitcoin transactions and potentially a bug in

10   the software.

11              Do you agree with that?

12        A.    Yes.

13        Q.    So even though you knew about those

14   problems, five days later, you sent a thousand --

15   or, you had JPMorgan wire from your account -- not

16   your account, the -- the Highline Technologies

17   account -- to Mt. Gox a thousand dollars, is that

18   right?

19        A.    Correct.

20              MR. THOMASSEN:  Object to form.

21   BY MR. RESETARITS:

22        Q.    Why?  Weren't -- weren't you concerned

23   about the problems on the Mt. Gox exchange?

24        A.    Yeah.  I think it's the same concerns I

25   have for a local institutions, too.  Just two
```

```
 1    months ago, Visa was down because of issues.

 2              So we all have issues with technology.

 3    And, you know, as long as somebody is addressing

 4    the issues to correct them, I'm okay.  And that's

 5    what I was reading, you know.

 6              Whether it's factual or not now, I

 7    don't know, but under that assumption, yeah, I

 8    wasn't overly concerned about a new product coming

 9    to market and having some issues.

10              And it really seemed like the issue was

11    more on Mt. Gox's side as opposed to bitcoin

12    because it was just an accountability transaction

13    issue, and I think that was more of it than --

14    than the technology itself.

15              So, yes, I was comfortable still

16    investing in bitcoin.

17        Q.    Were you concerned at all that with

18    these problems we just discussed, that you could

19    lose your money?

20        A.    Yes.

21        Q.    You were?

22        A.    [Nonverbal response.]

23        Q.    Were you concerned with these problems,

24    that it might take, as they announced, four weeks

25    or more for withdrawals?
```

```
1        A.     Yeah.  I -- I wasn't overly concerned
2   about the -- personally, I wasn't concerned about
3   the U.S. withdrawals as -- per se, because I
4   wanted to buy bitcoin.
5              And I would have withdrawn bitcoin.  I
6   wouldn't have turned it back into U.S. dollars.
7        Q.     If -- so you made your investment in
8   February.  I believe it was February 18th, 2014.
9        A.     It sounds about right.
10       Q.     If -- if Mizuho had announced that in
11  20- -- June of 2013 -- so, six, seven months
12  before that -- that -- that it was no longer
13  processing with -- fiat currency withdrawal
14  requests, how would that have impacted your
15  decision?
16       A.     I would have worked another way to get
17  funds into the Mt. Gox exchange.  In fact, that's
18  part of the emails, was, I was asking for other
19  methods to get funds in.
20             So if it was -- if -- if Mizuho had
21  stated that -- or, Mt. Gox, then that would have
22  just changed my mode of operation.
23       Q.     Okay.  Can you describe for me your
24  relationship -- and by this, I don't -- I mean
25  your -- well, your relationship with Mizuho?
```

```
 1        Q.     Uh-huh.

 2        A.     And since I can't see what I put in, I

 3   don't know if they took the transaction or not.

 4        Q.     Okay.  Do you consider bitcoin a safe

 5   investment?

 6        A.     I consider it a risky investment.

 7        Q.     Remind me again, when did you first

 8   become interested in bitcoin?

 9        A.     I'm going to say mid- to late 2013.

10   I'm going to say November or December it piqued.

11        Q.     And, again, what -- what interested you

12   about bitcoin?

13        A.     Bitcoin's based upon cryptography, like

14   passwords and hash algorithms, and I initially was

15   interested in that portion of it, the technology.

16               And then I found out that it was also

17   valuable.  I was hooked.

18        Q.     You know, during -- during the fall of

19   2013, the price of bitcoin was rising quite a bit,

20   is that -- is that right?

21        A.     Yeah.

22        Q.     Is -- was -- was that a factor in you

23   getting interested in bitcoin?

24        A.     I believe that the more people that

25   came to market, the more it went up in value.
```

```
 1        Q.     Yeah.   What did you -- did you view

 2    bitcoin as an investment?

 3        A.     Yeah.

 4        Q.     Yeah.

 5        A.     Originally, it was going to be a

 6    hobby --

 7        Q.     Uh-huh.

 8        A.     -- but then I found out that it makes

 9    money.

10               So it was a dual-purpose thing.  I got

11    to enjoy the technology and make a little money at

12    it.

13        Q.     Is it similar to investing in the stock

14    market?

15        A.     Very.

16        Q.     Yeah?

17        A.     Very.

18        Q.     Were you planning on using bitcoin as a

19    method of payment or strictly as an investment?

20        A.     You know, the more I became interested,

21    the more I was willing to accept bitcoin as well

22    as Visa, you know.  It is -- you know, you can

23    accept whatever on your website.

24               So I had no problem with accepting

25    bitcoin if -- if it came to that, but my business
```

```
 1    was closed, and it was just personal investment at

 2    that point.

 3        Q.    I want to ask you about a number of

 4    different bitcoin-related entities that I noticed

 5    in some of the documents you produced.

 6              I'm happy to, you know, pull out each

 7    document if -- if you need your recollection

 8    re- -- refreshed, but let's just start at the

 9    beginning.

10              Are you familiar with an entity called

11    My Wallet?

12        A.    Yeah.

13        Q.    What is it?

14        A.    It's a -- basically like a wallet, only

15    it's a digital wallet on the web somewhere that

16    you could access.

17        Q.    And -- and did you sign up for My

18    Wallet?

19        A.    I probably did.  I know that when I

20    found stuff bitcoin-related, I tried to sign up.

21    Whether or not I utilized it, I'm pretty sure I

22    didn't use My Wallet because it's a risky market,

23    new people in the market putting money in somebody

24    else's wallet.

25              So I tried to keep my bitcoins on me
```

```
 1   personally.
 2        Q.    Keep --
 3        A.    So, no.
 4        Q.    Keep your bitcoins "on me," what do you
 5   mean by that?  You had your own --
 6        A.    Put them in my own wallet.
 7        Q.    You had -- did you have your own wallet
 8   or --
 9        A.    Yeah.
10        Q.    Yeah?  Okay.  Have you ever heard of
11   BitPay?
12        A.    Yes.
13        Q.    What's BitPay?
14        A.    I think it's like -- like an
15   intermediary, I think, but I think BitPay -- I'm
16   not sure if BitPay is just digital currency or if
17   there's any U.S. in there.
18             And I didn't use BitPay either, I don't
19   think.
20        Q.    But you signed up for it?
21        A.    Yes.
22        Q.    Why -- so we just talked about
23   My Wallet and BitPay, two things you signed up for
24   but didn't use.
25             Why did you sign up for it if you
```

Case: 1:14-cv-01437 Document #: 295-2 Filed: 10/13/17 Page 26 of 38 PageID #:3362
Anthony Motto v. Izzy Nagler, et al.
07/26/2017
187

```
 1    weren't going to use it?

 2         A.    The --

 3              MR. THOMASSEN:  Object to form.

 4    BY THE WITNESS:

 5         A.    If you remember earlier, time is really

 6    important.

 7              And so when you go to buy and sell on

 8    these exchanges, it's real important to be able to

 9    move the funds promptly so you don't lose that

10    market value.

11              And so I tried to set up as many

12    avenues as possible so that if one exchange

13    accepted one form of My Wallet, then I would use

14    My Wallet.  If -- if they used BitPay --

15    BY MR. RESETARITS:

16         Q.    Yeah.

17         A.    -- I would use BitPay.

18         Q.    If I understand this correctly, meaning

19    that when you eventually bought a bitcoin, you

20    wanted to be able to transfer it somewhere else,

21    is that --

22         A.    Yes.

23         Q.    Yeah?  Why?  Why -- why transfer it?

24    I -- I mean -- because I don't --

25         A.    Because of the risk in the market.
```

```
 1    Right now, bitcoins aren't regulated by the FDIC.

 2    And so if my -- the wallet out there or the

 3    exchange, or whatever, went under, I would be out

 4    that money.

 5             So my whole thought was, if I purchased

 6    bitcoin, I might trade it for a little bit, but as

 7    soon as I'm done trading it, I bring it back to

 8    My Wallet.

 9             So if the exchange goes belly up, I'm

10    not going to...

11        Q.    What is -- have you heard of OKPay?

12        A.    Yeah.

13        Q.    What's that?

14        A.    I think that's another inter- --

15    intermediary --

16        Q.    Okay.

17        A.    -- but some of them that I tried to

18    sign up, you sign up, and then you get down there

19    and the banking regulations don't line up, AML or

20    SEPA or something like that.

21        Q.    Okay.

22        A.    So you can't use them anyway.  So if I

23    am signed up there and it's one of those foreign

24    ones, I never used it.  You're welcome to check

25    it.
```

1        Q.     Again, I'm happy to show you documents,

2    but if you remember, we don't need to.

3               Were you signing up for all of these in

4    the -- in the fall of 2013?

5        A.     Yeah.

6        Q.     Yeah?  Have you heard of an entity

7    called Butter Bot?

8        A.     Yeah.

9        Q.     What's -- what's that?

10       A.     Bots are software to let you trade

11   high-speed transactions with software.

12       Q.     Does it have any connection to bitcoin

13   or that's something different?

14       A.     Yeah.  It could be attached to

15   anything.  Bots are used in the stock market.

16   They're black boxes, and you a -- a quant or a

17   programmer tells it where it wants to buy or sell.

18       Q.     Okay.

19       A.     And you program that into the software,

20   and that's what it does.

21       Q.     So you could do that with bitcoin also?

22       A.     Yes.  I never got that far.

23       Q.     But you signed up for it?

24       A.     Yes.

25       Q.     Okay.

```
 1        A.    And downloaded it.

 2        Q.    And downloaded it.  Have you heard of

 3   an enti- -- entity called Bitcoin Cloud Hashing?

 4        A.    Yes.

 5        Q.    And what is that?

 6        A.    That's -- if you remember earlier, I

 7   said you could make them on your computer kind of

 8   thing.

 9              So what this bitcoin hashing did is,

10   they went and bought, like, rooms full of servers,

11   and then you could rent out the servers from them

12   to make the coins.

13              They take care of electric and

14   maintenance and all that.

15        Q.    So you signed up for this entity?

16        A.    Yeah.  I might have actually -- there

17   was one of them that I signed up and didn't use

18   because their rates were too high.

19              And there was one that I signed up, and

20   they gave me some coins, but then I closed it

21   because it -- it was artificially inflated, and it

22   wasn't beneficial.

23        Q.    So you recall using Bitcoin Cloud

24   Hashing?

25        A.    I don't remember using them, but I know
```

```
 1    that there's some cloud hashings that I might have

 2    tapped.

 3         Q.    Okay.  The next one is Coinbase.

 4               Are you familiar with Coinbase?

 5         A.    Yes.

 6         Q.    What is -- what is Coinbase?

 7         A.    Coinbase is an intermediary between the

 8    bank and -- actually, yeah, an intermediary.

 9    They're -- buy or sell bitcoins from there.

10         Q.    You buy or sell bitcoins on Coinbase?

11         A.    Yeah.

12         Q.    Is it like an exchange or it's

13    different?

14         A.    No.  It's different.  It's only a

15    one-time purchase from your bank to -- to buy the

16    coins.  If you want to trade them --

17         Q.    Yeah.

18         A.    -- at a high speed or anything, you've

19    got to move them to an exchange --

20         Q.    I see.

21         A.    -- that has different regulatory.

22         Q.    So you signed up for Coinbase in the --

23    in the winter of 2013; December, January, that

24    time frame?

25         A.    Yeah.
```

 1      Q.    Yeah?  Did you buy any bitcoin through

 2  Coinbase?

 3      A.    Yes.

 4      Q.    Do you recall when you did that?

 5      A.    I'm going to say January or February.

 6  I don't remember the exact dates, but I know that

 7  we submitted that just because.

 8            So it should be in your files.

 9      Q.    Yeah.  And so that was the first

10  bitcoin transaction you engaged in, is that

11  correct?

12      A.    I think so.

13      Q.    Yeah?  Have you ever heard of an entity

14  called Payeer --

15      A.    Yeah.

16      Q.    -- E-wallet?

17      A.    Yeah.  They're one that I'm positive I

18  couldn't use.

19      Q.    Okay.

20            THE WITNESS:  A shard or something.

21  BY MR. RESETARITS:

22      Q.    You tried to sign up in January of

23  2014, but you couldn't use it?

24      A.    Right.

25      Q.    Have you heard of Cash Into Coins?

```
 1        A.      Yeah.

 2        Q.      Did you sign up for it?

 3        A.      Yes.

 4        Q.      What is Cash Into Coins?

 5        A.      I believe -- and I never used them, but

 6   I believe you -- maybe it was a credit card.  You

 7   could do a credit card and get bitcoin.

 8        Q.      Uh-huh.

 9        A.      I'm just assuming, Cash Into Coins.

10        Q.      So you signed up for it in January of

11   2014, but you didn't use it?

12        A.      [Nonverbal response.]

13        Q.      Have you heard of an entity called

14   Kraken, K-r-a-k-e-n?

15        A.      Yeah.  They're an exchange.

16        Q.      It's an exchange?

17        A.      Yeah.

18        Q.      Did you sign up for Kraken?

19        A.      Yes.

20        Q.      Did you sign up in January of 2014?

21        A.      I'm not sure of the date.

22        Q.      Let me show you a document just to

23   refresh your recollection.

24               MR. RESETARITS:  I would like to mark

25        Motto Exhibit 19, which is a document
```

```
 1        Bates-labeled Motto 000515 to Motto 000552.

 2                        (Motto Deposition Exhibit 19

 3                         was marked for identification.)

 4                        (Document tendered.)

 5   BY MR. RESETARITS:

 6        Q.    Do you recognize this document?

 7              MR. THOMASSEN:  I'll just interject an

 8        objection then.

 9              MR. RESETARITS:  Sure.

10              MR. THOMASSEN:  The exhibit appears to

11        be several different documents, but, you

12        know, that's fine.

13   BY THE WITNESS:

14        A.    In general.

15              MR. RESETARITS:  This is -- this is the

16        way it was produced, for the record.

17              MR. THOMASSEN:  Sure.

18   BY THE WITNESS:

19        A.    And it looks like I'm actually logged

20   in to Kraken.

21   BY MR. RESETARITS:

22        Q.    Okay.  And -- and what's the date on

23   the -- the first page on when you're logged in to

24   Kraken?

25        A.    1/23/14.
```

```
 1        Q.     So, January 23rd, 2014.  So you -- you

 2   signed up for Kraken.

 3               Do you know -- recall when you signed

 4   up for Kraken?

 5        A.     No.

 6        Q.     But it was sometime at or before

 7   January 23rd, 2014, correct?

 8        A.     Yeah.  Anywhere from November on is

 9   when I really got interested in bitcoin.

10   December, I really started to dig in.

11               By January, February, I was dug in.

12        Q.     And where is Kraken based, do you know?

13        A.     I think they're a U.S.-based exchange,

14   but I don't -- I don't know.

15        Q.     Are there any -- are there any

16   advantages or disadvantages to different

17   exchanges?

18               So, Kraken, for example, what's the --

19   what are --

20        A.     I --

21        Q.     -- the benefits of Kraken?

22        A.     I don't necessarily know Kraken.

23               MR. THOMASSEN:  Be sure you just let

24        him finish the question first.

25
```

```
 1    BY THE WITNESS:

 2         A.    But, yeah, there is a difference

 3    between exchanges.

 4              Some are -- are more professionally

 5    regulated and accountable, and some seem like

 6    they're in third worlds.

 7    BY MR. RESETARITS:

 8         Q.    Which -- which camp did Kraken fall

 9    into?

10         A.    This was close to regulated, I believe.

11         Q.    Okay.  Regulated -- does "regulated"

12    mean more safe?

13         A.    Yeah.

14         Q.    Yeah?  Was Mt. Gox regulated?

15         A.    I thought so, but I hear conflicting

16    information.  And like all the other facts, I'm

17    not sure of anything anymore.

18         Q.    If -- if they were regulated, do you

19    know who they were regulated by?

20              MR. THOMASSEN:  Object to form.

21    BY THE WITNESS:

22         A.    I'm assuming by the normal entities

23    that would regulate such a thing.  Whether it's

24    the Securities Exchange Commission or the Federal

25    Reserve, I don't -- I don't know.
```

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF ILLINOIS

 3                       EASTERN DIVISION

 4

 5   GREGORY GREENE, et al.,           )

 6            Plaintiffs,              )

 7       vs.                           ) No. 14 CV 1437

 8   MIZUHO BANK, LTD., et al.,        )

 9            Defendants.              )

10

11           I hereby certify that I have read the

12   foregoing transcript of my videotaped deposition

13   given at the time and place aforesaid, and I do again

14   subscribe and make oath that the same is a true,

15   correct and complete transcript of my deposition so

16   given as aforesaid, and includes changes, if any, so

17   made by me.

18

19

20

21                          ANTHONY PATRICK MOTTO

22   SUBSCRIBED AND SWORN TO before me

23   this     day of                  , A.D. 2017.

24

25   NOTARY PUBLIC
```

```
 1                     CERTIFICATE

 2                         OF

 3                 SHORTHAND REPORTER

 4

 5          I, DINA G. MANCILLAS, a Certified

 6   Shorthand Reporter of the State of Illinois,

 7   CSR License No. 084-003400, do hereby certify:

 8              That previous to the commencement of the

 9   examination of the aforesaid witness, the witness was

10   duly sworn and/or duly affirmed by me to testify the

11   whole truth concerning matters herein;

12              That the foregoing deposition transcript

13   was stenographically reported by me and was

14   thereafter reduced to typewriting under my personal

15   direction and constitutes a true and accurate record

16   of the testimony given and the proceedings had at the

17   aforesaid deposition;

18              That the said deposition was taken before

19   me at the time and place specified;

20              That I am not a relative or employee or

21   attorney or counsel for any of the parties herein,

22   nor a relative or employee of such attorney or

23   counsel for any of the parties hereto, nor am I

24   interested directly or indirectly in the outcome of

25   this action.
```

1            IN WITNESS WHEREOF, I do hereunto set my

2    hand at Chicago, Illinois, this 8th day of August, 2017.

3

4

5

6

7    _____

8         DINA G. MANCILLAS, CSR, RPR, CRR, CLR

9         CSR LICENSE NO. 084-003400

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25