# EXHIBIT 4

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF ILLINOIS

3                    EASTERN DIVISION

4    GREGORY GREENE, JOSEPH LACK,

5    ANTHONY MOTTO, and GREGORY PEARCE,

6    individually and on behalf of

7    all others similarly situated,

8                         Plaintiffs,

9         vs.

10   MIZUHO BANK, LTD., a Japanese      Civil Action No.

11   financial institution, and        14 C 01437

12   MARK KARPELES, an individual,

13                         Defendants.

14   _____

15

16        VIDEOTAPED DEPOSITION OF JOSEPH LACK

17

18              Wednesday, August 2, 2017

19              9:01 a.m. - 3:56 p.m.

20                Shearman & Sterling

21           535 Mission Street, 25th Floor

22              San Francisco, California

23   REPORTED BY:

24   James Beasley

25   CSR No. 12807, CCR No. 835, RPR

```
 1    APPEARANCES:

 2

 3         For the Plaintiffs:

 4

 5              EDELSON PC

 6                 BY:  EVE-LYNN RAPP, ESQ.

 7                 BY:  NINA EISENBERG, ESQ.

 8                 123 Townsend Street, Suite 100

 9                 San Francisco, California 94107

10

11

12

13

14         For the Defendants:

15

16              SHEARMAN & STERLING, LLP

17                 BY:  JEFFREY J. RESETARITS, ESQ.

18                 599 Lexington Avenue

19                 New York, New York 10022

20

21

22

23         Also Present:

24              ANDREW MARTIN, THE VIDEOGRAPHER

25
```

```
 1              INDEX TO EXAMINATION

 2

 3            WITNESS:  JOSEPH LACK

 4                                      PAGE

 5   PROCEEDINGS                          7

 6

 7   EXAMINATION                        PAGE

 8   BY MR. RESETARITS                    9

 9

10   AFTERNOON SESSION                  129

11

12   EXAMINATION                        PAGE

13   BY MR. RESETARITS (CONTINUED)      129

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX TO EXHIBITS

 2                 JOSEPH LACK, VOLUME I

 3    Gregory Greene, et al., v. Mizuho Bank, Ltd., et al.

 4                 Thursday, August 10, 2017

 5              James Beasley  CSR No. 12807, RPR

 6

 7    NEWLY MARKED         DESCRIPTION            PAGE

 8                   (Attached to Transcript.)

 9

10    Exhibit 1   Document entitled:  "Fourth Amended    12

11                Class Action Complaint"; 34 pages.

12    Exhibit 2   E-mail correspondence, first page,     96

13                Joseph Lack to Joe Lack, December

14                16, 2015; 21 pages.

15    Exhibit 3   Document entitled:  "Wells Fargo      101

16                Bank Combined Disclosure for

17                Outgoing Consumer International

18                Wires"; one page.

19    Exhibit 4   Document entitled:  "Wire Transfer    104

20                Services Outgoing Wire Transfer

21                Request"; four pages.

22    Exhibit 5   "Attn:  Wire Investigations"; two     132

23                pages.

24

25
```

```
 1              INDEX TO EXHIBITS (CONTINUED)

 2

 3    NEWLY MARKED          DESCRIPTION              PAGE

 4                   (Attached to Transcript.)

 5

 6    Exhibit 6   Document entitled:  "Wire Transfer    135

 7                Services Outgoing Wire Transfer

 8                Request"; two pages.

 9    Exhibit 7   Cover page entitled:  "Group Exhibit  141

10                B"; nine pages.

11    Exhibit 8   Document entitled:  "Statement on     150

12                Resumption of Withdrawals and

13                Improved Banking"; one page.

14    Exhibit 9   Document entitled:  "MtGox- Bitcoin   155

15                Exchange:  Transfer"; two pages.

16    Exhibit 10  Document entitled:  "Plaintiff        173

17                Joseph Lack's Answers to Defendant

18                Mizuho Bank Ltd.'s First Set of

19                Interrogatories"; 13 pages.

20    Exhibit 11  Document entitled:  "Plaintiff        182

21                Joseph Lack's First Supplemental

22                Answers to Defendant Mizuho Bank

23                Ltd.'s First Set of

24                Interrogatories"; nine pages.

25
```

```
 1              INDEX TO EXHIBITS (CONTINUED)

 2

 3    NEWLY MARKED          DESCRIPTION               PAGE

 4                    (Attached to Transcript.)

 5

 6   Exhibit 12  Document entitled:  "Plaintiff      188

 7               Joseph Lack's Second Supplemental

 8               Answers to Defendant Mizuho Bank

 9               Ltd.'s First Set of

10               Interrogatories"; seven pages.

11   Exhibit 13  Handwritten notes; two pages.        189

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              San Francisco, California;

 2          Thursday, August 10, 2017, 9:01 a.m.

 3                      * * *

 4              P R O C E E D I N G S

 5                      * * *

 6          THE VIDEOGRAPHER:  Good morning.  We are

 7   on the record.  This is the recorded video

 8   deposition of Joseph Lack, in the matter of Gregory

 9   Greene, et al., versus Mizuho Bank, in the

10   United States District Court for the Northern

11   District of Illinois, Eastern Division, Case

12   No. 14 C 01437, taken on behalf of the defendant.

13          This deposition is taking place at

14   Shearman & Sterling, 535 Mission Street,

15   San Francisco, California, on August 2, 2017, at

16   9:01 a.m.

17          My name is Andrew Martin.  I'm the

18   videographer with U.S. Legal Support, located at

19   44 Montgomery Street, Suite 550, San Francisco,

20   California.

21          Video and audio recording will be taking

22   place unless all counsel have agreed to go off the

23   record.

24          Would all present please introduce

25   themselves, beginning with the witness.
```

```
 1              THE WITNESS:  Joseph Lack.

 2              MS. RAPP:  Eve-Lynn Rapp with Edelson PC,

 3     counsel for plaintiff.

 4              MS. EISENBERG:  Nina Eisenberg, counsel

 5     with Edelson PC, counsel for plaintiff and the

 6     putative class.

 7              MR. RESETARITS:  Jeffrey Resetarits with

 8     Shearman & Sterling on behalf of Mizuho Bank.

 9              THE VIDEOGRAPHER:  The certified court

10     reporter is James Beasley.

11              Would you please swear in the witness.

12                            * * *

13                    Joseph Lack,

14     being first duly sworn and/or affirmed by the

15     Certified Shorthand Reporter to tell the truth, the

16     whole truth and nothing but the truth, testified as

17     follows:

18                            * * *

19              MR. RESETARITS:  Good morning, Mr. Lack.

20     At the beginning of the deposition, I just want to

21     put a statement on the record.  Mizuho does not

22     believe that the Court has jurisdiction over Mizuho.

23     Mizuho filed a motion to dismiss for lack of

24     personal jurisdiction.  The Court denied that

25     motion, but Mizuho continues to contest that the
```

```
 1    until Mt. Gox' collapse was that it wanted to

 2    make -- continue to profit from deposit fees.

 3              So I'm asking you what facts there are to

 4    support that that was a factor for Mizuho to

 5    continue accepting customer deposits.

 6         A.   I am unaware of any facts that support

 7    that.

 8         Q.   Okay.  Could you read Paragraph 35 and 36.

 9         A.   Okay.

10         Q.   In Paragraph 36 it says:

11                   "Both Karpeles and Mizuho knew that

12                   these statements were false."

13              In Paragraph 36, do you agree that "these

14    statements" refers to the statements referenced in

15    the previous paragraph, Paragraph 35?

16         A.   I believe so.

17         Q.   Again, what facts do you have to support

18    the allegation that Mizuho knew these facts, and by

19    "these facts" we're referring to the statements in

20    Paragraph 5 -- 35, knew that the statements in

21    Paragraph 35 were false?

22         A.   Well, from my understanding, is that

23    Mizuho had already blocked any type of withdrawal

24    requests from Mt. Gox users.  But then the statement

25    that Karpeles said that it was only a minor -- where
```

```
 1   is it?  -- due to change in the banking system is --

 2   is completely wrong.

 3           So Mizuho knew the reason and -- and

 4   this -- Karpeles's statement said something

 5   different than Mizuho had already taken action

 6   against.

 7       Q.   Let -- let's take Karpeles's statement one

 8   at a time.  Karpeles says in Paragraph 35 that the

 9   delays in processing withdrawal requests were due to

10   a backlog.

11           What facts do you have that that

12   statement's not true?

13       A.   Well, there may have been a backlog, but

14   it was a backlog for a -- for a reason that Karpeles

15   did not -- or Mizuho say the real -- the real reason

16   was.  I mean, at the time Mt. Gox was the largest

17   exchange processing Bitcoins.

18           And there was a tremendous spike in the

19   price throughout 2013 from a hundred to a thousand,

20   and a lot of people were jumping to the exchange,

21   depositing, withdrawing.  Again, this is just from

22   my understanding of the exchange after the fact.

23           And so, yeah, it's understandable to --

24   and not knowing what was really going on -- to see

25   that, sure, you would understand why there would be
```

1    a backlog, maybe there was limited staff and they

2    were flooded with requests.

3            But that wasn't the reason for the

4    backlog.  The backlog, from what I understand, is

5    that it was because Mizuho had in -- sometime in

6    around mid-2013, had already taken action against

7    Mt. Gox to prohibit any -- any -- any or all

8    withdrawal requests.  Many or all, I'm not sure.

9        Q.   Do you know for a fact that Mt. Gox did

10   not use other banks to service its U.S. customers?

11       A.   I -- I was never informed of that.  I was

12   never informed that Mt. Gox used other banks.

13       Q.   Do you have any --

14       A.   Any other.

15       Q.   Do you have any -- any facts affirmatively

16   which support the statement that Mt. Gox did not use

17   any banks -- other banks to process withdrawal

18   requests by -- by Mt. Gox's U.S. customers?

19       A.   All the documents that I read in opening

20   accounts, all around that -- that time frame of me

21   looking into Mt. Gox, opening an account, I was

22   never -- and it -- never came across any other bank

23   name to go through on either depositing or

24   withdrawing money.

25       Q.   That's not my question.

```
 1    moment.
 2         Q.   Do you know who does have facts to support
 3    that allegation?
 4         A.   I would rely on my attorneys for that
 5    statement.
 6         Q.   Other than your attorneys, do you know
 7    anybody that has any facts that support the
 8    statement that Mizuho prohibited Mt. Gox from
 9    disclosing that withdrawal difficulties were
10    attributable to Mizuho?
11         A.   No, I do not.
12         Q.   Could you read Paragraph 59.
13         A.   Yes.
14         Q.   Do you see in Paragraph 9 (verbatim) where
15    it says:
16              "Plaintiff Lack joined Mt. Gox in early
17              2014 after reading Mt. Gox's
18              representations about the Exchange's
19              security, reliability, and ability to
20              withdraw or deposit bitcoins at any time"?
21         A.   Yes.
22         Q.   Where did you read the representations
23    that are referenced in Paragraph 59?
24         A.   They would have been on Mt. Gox's website.
25         Q.   When did you read those representations?
```

1      A.   I would say probably toward the end of

2 2013 I started going on their website. I'm not sure

3 exactly when I first went to the website, but it

4 would -- it would be towards the end of 2013.

5      Q.   Do you have a printout of those

6 representations referenced in Paragraph 59?

7      A.   If -- if I do, they're -- would have been

8 produced to you. I just don't remember if I printed

9 out screenshots of the website. I don't think I

10 did.

11      Q.   Do you recall what Mt. Gox's website said

12 about security, reliability, and ability to withdraw

13 or deposit Bitcoins at any time?

14      A.   Not word for word. But I mean, I remember

15 statements saying how large Mt. Gox was at the time.

16 Holding over $400 million in assets, the largest in

17 the world.

18           And then as far as their security goes, it

19 was -- it was either -- it was -- it was mentioned

20 in the terms and conditions and maybe even the

21 privacy notice, but --

22           And then it could have also been -- I

23 remember also coming across it -- it may have been

24 in the website itself, one of the web pages talking

25 about, you know, as an enhanced security feature,

```
 1    you know, if you would like to purchase a YubiKey,

 2    which is a type of second-factor authentication,

 3    plugging into a hard device.  And that further

 4    safeguards that you say who you are on that computer

 5    or device when you log in.

 6            That was the first time I heard of -- of

 7    this particular security feature.  And that

 8    interested me even more.  And I was making plans

 9    to -- to purchase that, but then they shut down

10    before I had an opportunity to -- to purchase that.

11            So as far as reading, going through the

12    website, hearing about, you know, how big the

13    exchange was, the fact that they're open 24/7, that

14    the number of users on the exchange was really, I

15    think, the first exchange of that size to really

16    sort of join buyers and sellers to come to a --

17    basically a common price to purchase or sell

18    Bitcoin.

19            So all that sort of really interested me

20    and -- and caused me to make a deposit into the

21    account.

22       Q.   So it sounds like security and reliability

23    were big factors in your decision to join Mt. Gox;

24    is that correct?

25       A.   Correct.
```

```
 1        Q.   What -- what other -- what other factors
 2   came into play?
 3        A.   Yeah, I think it -- those two were the
 4   biggest factors.  And it -- it gave me more peace of
 5   mind to learn or -- or to -- to read that they were
 6   the largest exchange out there at the time
 7   processing more than any other exchange, any other
 8   exchange that there would have been would have been
 9   much smaller.
10             And I -- I felt comfortable depositing
11   money in -- in this exchange.
12        Q.   Other than reading stuff on -- on
13   Mt. Gox's website, you know, prior to signing up for
14   Mt. Gox, what other sources of information did you
15   review or read before joining Mt. Gox?
16        A.   Various websites, news articles.  I
17   can't -- I wasn't really a subscriber to any
18   particular website or -- or like a specific tech
19   website.
20             It was just very just general searches
21   from Google or other search engines and just started
22   trying to come up with learning more about the whole
23   Bitcoin, blockchain, cryptocurrency.  And -- and
24   then that was the first thing, was learning about
25   the blockchain, cryptocurrencies.  And that probably
```

```
1    started from late 2012.

2              And then towards the end of 2013, looking

3    into specifically Mt. Gox Exchange as a -- as a

4    location to put my money and -- and have my digital

5    currency stored on that exchange.

6         Q.   Can you be more specific about sources

7    that you reviewed about Mt. Gox specifically?

8         A.   I -- I may have to refer to my

9    interrogatory answers.  They were -- I can't recall

10   any specific website or specific article I read

11   about Mt. Gox.  Most of the information I received

12   was directly from the Mt. Gox website.

13        Q.   Uh-huh.  Do you know where Mt. Gox is

14   located or was located?

15        A.   They were located in Japan.

16        Q.   Do you know if -- while Mt. Gox was in

17   existence, do you know if it was regulated by any

18   entity?

19        A.   That I never looked into so I can't say if

20   they were or if they weren't.

21        Q.   In -- in the research that you did prior

22   to joining Mt. Gox in late 2013, did you -- what --

23   what -- what risks did you identify?

24        A.   In the exchange or in the currency?

25        Q.   In the exchange.
```

1          A.    Prior to signing up?

2          Q.    Yeah.

3          A.    What risks I saw in the exchange?  I --

4     I -- I picked Mt. Gox out because I considered that

5     to be the safest of all -- of -- of any of the

6     other -- other exchanges that were out there at the

7     moment at the time.

8                Now, today, I don't remember what those

9     other exchanges were.  And I don't even know if --

10    if any of those are still in existence or not.  I

11    just don't remember any other specific alternative

12    exchanges.

13               I know I looked at other alternative

14    exchanges and looked on their websites and read

15    about who they were and -- and kind of all the same

16    factors that I looked at comparing several

17    exchanges.  But Mt. Gox really stood out as the --

18    the largest one.  It seemed to be also the safest in

19    terms of what they were providing and marketing for.

20    New security features.  So I didn't see the type of

21    risk that happened.  I never foresaw that happening.

22         Q.    Putting aside the exact risk that happened

23    where Mt. Gox collapsed, did -- in a lead up to when

24    you signed up for Mt. Gox in -- in late 2013, did

25    you read any articles that flagged risks about

1    investing with Mt. Gox?

2         A.   Nothing that really -- not that I can

3    specifically remember.  And certainly nothing that

4    would have put me at a heightened alert that I

5    really should stop -- that I should avoid this

6    altogether.

7              You know, if there had been negative

8    commentary on a particular exchange, it's not like I

9    believe everything I read on the Internet.  I -- you

10   know, it was just some -- the way I see it is maybe

11   there was just some blogger that had a beef with a

12   particular company, you know.  I would just dismiss

13   that.

14             I never saw any real risk in that

15   particular exchange.

16        Q.   So you saw -- you -- prior to signing up,

17   you -- you didn't read anything that alerted the

18   readers to risks in investing in Mt. Gox; is that

19   correct?

20        A.   Nothing that -- that really would have

21   prevented me from doing so.

22             Again, I mean, if I came across a

23   particular blog or a post or a comment by someone,

24   it wasn't something I took seriously.

25        Q.   Even if it didn't prevent you from signing

1   up for Mt. Gox, what were some of the risks that you

2   read about?

3          MS. RAPP:  Object to form.  That assumes

4   that he read about risks.

5   BY MR. RESETARITS:

6          Q.   Let's take a step back.

7          Prior to signing up, did you read any

8   information, online or otherwise, that flagged risks

9   with investing in Mt. Gox?

10         A.   Nothing that I can specifically remember.

11  And that's -- that's why I say I don't remember any

12  specific risks that -- that I read.

13         Had there been, it wasn't anything that I

14  took seriously.  And I just don't remember what

15  those were.

16         Q.   How much time do you think you spent

17  researching Mt. Gox before signing up with Mt. Gox?

18         A.   Oh, maybe -- off and on, maybe two months.

19  I mean, I wasn't -- it was whenever I had free time.

20         Q.   And how much did that add up to over

21  the -- over the two months?  I assume it wasn't a

22  full-time -- full-time job researching Mt. Gox.

23         A.   It was not a full-time job.  I -- it's

24  hard to remember back that far and what I

25  specifically looked into and how long it took.

1           Maybe a few times a week for two months.

2   Maybe -- yeah, I'm not sure on time, how many times

3   per week.  But, I don't know, maybe three hours a

4   week.  I -- I really -- it -- it's -- it's too hard

5   for me to -- to even approximate that.

6           Q.   Okay.  Did you run Google searches for

7   Mt. Gox before you signed up for Mt. Gox to see what

8   type of information was out there on Mt. Gox?

9           A.   Yes.

10          Q.   And -- and what -- what did you -- what

11  did you find?

12          A.   Geez, I really don't remember.  Maybe

13  there were -- there were articles about Mt. Gox,

14  just in the paper, being the biggest Bitcoin

15  exchange, you know, and also it was around the time

16  that this whole idea of cryptocurrency was

17  becoming -- starting to become more mainstream.

18          So then there was a lot of talk about just

19  the underlying currency itself that would be

20  associated with any article on Mt. Gox.  There

21  was -- and when you read about Mt. Gox at the time,

22  it was -- there would be a short little paragraph

23  of, you know, this is an exchange and there might be

24  some other exchanges but then this is all about what

25  its service is.

 1               And then most of the article was more

 2     about the actual coin itself than the exchange.  So

 3     I was able to come across enough information on

 4     Mt. Gox to say:  Oh, let me go to their website and

 5     I'll get more information directly from their

 6     website.  And so that's really where I got the bulk

 7     of their information from.

 8          Q.   From Mt. Gox's website?

 9          A.   Yes.

10          Q.   I -- I've never been on Mt. Gox's website.

11     Are there -- where do you go for information?

12     Explain -- explain to me the -- the process.

13          A.   I -- I cannot remember what their website

14     looked like.  But -- yeah, I -- I just -- I -- I

15     would -- I would assume there would be the main tabs

16     of, let's say, history and, you know, if you want to

17     open an account, then it takes you into a

18     separate -- separate page.  And then it says this is

19     what you have to provide.  And then after they

20     process your information then they give you an

21     actual account number.  And then at that point, you

22     can then deposit the money.

23               And then there's the terms and conditions.

24     The privacy notice.  I'm sure there's some other

25     things I'm leaving out there.

1    Q.   To -- to the extent that the website had a

2    frequently asked questions, is that something that

3    you would have reviewed?

4            MS. RAPP:  Object to form.

5            But you can answer.

6            THE WITNESS:  Yes, it definitely -- I

7    looked throughout the website.  It may have also

8    included a publications or press tab on it or recent

9    events.  And so that seemed to be the -- the best

10   source of information that just had it all together

11   in one place rather than piecemealing various

12   Internet searches.

13   BY MR. RESETARITS:

14       Q.   And -- and did you read information in the

15   different tabs, for example, the news tab?

16       A.   Yes.

17       Q.   Did you read information in the frequently

18   asked questions tab, to the extent there was one?

19       A.   Yes.

20       Q.   Can you think of any other tabs or sources

21   of information that the website had that you read?

22       A.   I just don't remember.

23       Q.   Do you recall that when you first signed

24   up for Mt. Gox that it took a -- it -- it took some

25   time, maybe a month for you -- for your Mt. Gox

```
 1    account to be verified or approved?

 2         A.   I don't remember when I first submitted my

 3    information.  And I don't remember if it is in my

 4    documents or if it isn't or even my interrogatory

 5    responses when I actually first submitted my

 6    information.

 7              And then once that was processed, then it

 8    was -- I mean, maybe within a day or two after it

 9    was approved -- yeah, it was within a few days of it

10    being approved.  I then made a deposit, and I

11    believe that was towards the end of January.

12              And, again, I would just have to look

13    at -- for a specific date.

14              MR. RESETARITS:  Sure.  Why don't we --

15    just to be more specific, why don't we mark as

16    Lack 2 a -- you know, a probably 21- -- 20-page

17    document which is Bates numbered Lack 000029 to

18    Lack 000049.

19              (Lack Exhibit 2 was marked for

20              identification and attached to the

21              transcript.)

22              (Discussion off the record.)

23    BY MR. RESETARITS:

24         Q.   Mr. Lack, do you recognize this document?

25         A.   I do.
```

```
 1                    "I will be reporting this to my local

 2                    authorities if you cannot provide me with

 3                    an explanation of where my money is."

 4              Did you -- did you report this incident to

 5    your local authorities?

 6         A.   No.  The only -- the only people I

 7    eventually went to were my attorneys.  And I --

 8    honestly, I -- I had no idea what the right

 9    authority would have been and -- you know, so I was

10    just kind of -- I felt a little lost in where I

11    should go.  The best thing I felt I was able to do

12    was consult with an attorney, which I did.

13         Q.   Did the $40,000 that you wired to Mt. Gox

14    ever show up in your Mt. Gox account?

15         A.   I never saw that amount credited when I

16    logged in to my account.

17         Q.   Okay.  If -- if the money had made itself

18    to your Mt. Gox -- sorry, if -- if when you logged

19    in you saw $40,000 in your Mt. Gox account, what

20    were you planning on doing?

21         A.   Assuming there was none of these

22    underlying issues --

23         Q.   Right.

24         A.   -- I would have eventually converted them

25    to Bitcoin and that would have been my digital
```

1     currency.  And at the time it would be to keep it in

2     that exchange had I -- had -- had none of these

3     problems been existing.

4         Q.  Was one of the reasons why you wanted to

5     get involved in the Mt. Gox Exchange because the

6     price of Bitcoin was -- was rising pretty rapidly in

7     late 2013?

8             MS. RAPP:  Object to form.

9             You can answer.

10            THE WITNESS:  You know, that -- that had

11    some part to it.  But it was really the new idea of

12    blockchain-based cryptocurrency, which just new

13    technology interests me.  And this seemed to be kind

14    of going around since '08, '09, at a very small

15    level, but then it really became more and more

16    popular.

17            I enjoyed the -- the concept under --

18    underlying blockchain and the fact that there was

19    this new currency out there, digital currency,

20    there -- there were a lot of cool aspects I saw in

21    it.

22    BY MR. RESETARITS:

23        Q.  For example?

24        A.  Well, you could have a wallet anywhere,

25    move a wallet anytime you want.  And a lot of these

 1    things became known to me more following Gox because

 2    I continued with Bitcoin following the collapse of

 3    this and researching more into it.

 4          But having a wallet around, you can -- you

 5    can move it, it's instantaneous or -- it's -- it's

 6    pretty close to instantaneous.  You can -- you can

 7    use it as digital currency.  So you don't need to go

 8    to an ATM for cash every time.

 9          You know, the way I see it is it's -- it's

10    going to be all over the world, if not -- if it

11    isn't already now.  And as time goes on, possibly

12    more businesses use it as a way to conduct business.

13          So it just -- it was just another account

14    for me to have, basically, another bank account for

15    me to have.  So having all your money in one bank,

16    you can have it in a different...

17    Q.    So you said a lot, so if you don't mind,

18    can we just take it in pieces.

19          You mentioned -- you mentioned a wallet.

20    What -- what's a wallet and how -- how does it work?

21    I -- I don't really understand how Bitcoins work so

22    if you could walk me through the relationship

23    between Bitcoin and a wallet.

24    A.    A wallet is a place to store your

25    Bitcoins.  It's all based -- there -- there are

```
 1    different forms of a wallet.  You can have -- most

 2    people keep it on the Internet, like a digital

 3    wallet.  But you can also store that on a USB key

 4    and -- or you can print it out on paper an actual --

 5    you can print your Bitcoin, whatever value you want

 6    to make it be, on a piece of paper and store that

 7    somewhere.

 8            So that could be considered a wallet, and

 9    it's not very popular because there are more risks

10    involved in having a paper wallet.

11        Q.   Just sticking with the wallet theme, if --

12    if someone bought a Bitcoin on Mt. Gox, can they

13    then transfer it to a wallet?  Or how do you --

14    what's the --

15        A.   I -- I believe -- I think -- if I remember

16    correctly, I believe Mt. Gox -- you were also able

17    to keep a wallet on Mt. Gox.

18        Q.   Okay.

19        A.   And, you know, at the time my whole -- my

20    plan was to just keep it there.  I had no plans to

21    park my money anywhere else once it was converted

22    into Bitcoin.  That would have been the exchange

23    that I kept my -- my money at.

24        Q.   And so you could -- you could buy and sell

25    Bitcoin and keep it there, right?
```

```
 1          A.   So -- so I never got that far on --

 2          Q.   Yeah.

 3          A.   -- Mt. Gox's website so unfortunately I

 4     can't really talk about how -- how the

 5     inner-workings of that worked.

 6               I mean, I understood you can buy Bitcoin

 7     and you could also sell it.  And then you would have

 8     a separate account with -- within Mt. Gox, you would

 9     have like a -- you know, your fiat wallet and then

10     your digital wallet.

11               And then -- so you can move money back and

12     forth between the two accounts if you wanted to buy

13     and sell.  But I never got to that point.

14          Q.   Yeah.

15               MS. RAPP:  Can I interrupt?  Whenever

16     you're done with this line of questioning, can we

17     break for lunch?

18               MR. RESETARITS:  Definitely.

19               MS. RAPP:  Is that okay?

20               THE WITNESS:  I'm okay with that.

21     BY MR. RESETARITS:

22          Q.   You mentioned that -- I want to explore

23     the idea of a wallet again.

24               Was it your plan to -- to buy Bitcoins and

25     keep the Bitcoin in the wallet at Mt. Gox and just
```

```
 1    leave it there like you do -- like you leave money

 2    at -- at Wells Fargo?

 3         A.   Yeah, it was.  And then -- then that

 4    didn't work out for me so well.

 5         Q.   Yeah.

 6         A.   So...

 7         Q.   If you -- so going down the list of other

 8    things, you talked about Bitcoins, you said you

 9    could use it as currency.  How do you do that?

10              If you had a Bitcoin, how do you use it as

11    currency?

12         A.   Well, at the time it would be a little

13    harder because there are still countries that

14    hadn't -- had not yet recognized Bitcoin.  Some

15    countries outlawed it entirely.

16              So -- and not a lot of people were really

17    new to it.  But I had anticipated that it would grow

18    more in popularity as time went on and -- which it

19    since has.

20              So, you know, speaking back to 2014, at

21    the time it would have just been to park it into

22    that account and just keep it there and just sort of

23    keep -- continue researching the idea of blockchain

24    and Bitcoin or other currencies out there,

25    cryptocurrencies.
```

1          Q.   And, again, just so we're on the same page

2     as using it as currency, in 2014 did certain

3     businesses accept Bitcoin as payment?  Could you --

4     could you buy services or goods with Bitcoin?

5          A.   There were actually a few that did.  There

6     was -- there was one large company, and now it

7     escapes my mind, but it was kind of -- it wasn't a

8     Walmart, but it was sort of like an Internet version

9     of a store like that.

10              You can -- I -- I'd have to go back and

11    just maybe do a Google search or something.  But --

12    the name escapes me.  But that was -- there were a

13    couple of businesses that -- that were and some big

14    ones that were making announcements that they were

15    now accepting -- accepting Bitcoin.

16         Q.   Has that grown since 2014?  Do more

17    businesses accept Bitcoin as payment for either

18    goods or services?

19              MS. RAPP:  If you know.

20              THE WITNESS:  Yes.

21    BY MR. RESETARITS:

22         Q.   If you know?

23         A.   Yeah.  I -- I mean, I'm 99 percent sure

24    that -- that there are more, yes.

25         Q.   Did you also see Bitcoin as -- as an

```
1    investment?

2         A.   Yes.

3         Q.   Did you see it as a safe investment?

4         A.   Every investment has its risks.  I was

5    able to understand enough about the cryptocurrency

6    and willing to take on that risk.

7         Q.   The price of Bitcoin rose pretty rapidly

8    in the fall of 2013; do you agree with that?

9         A.   I believe -- I believe it did.  You're

10   right.

11        Q.   Did that cause you any concern that

12   Bitcoin was risky?

13        A.   I saw it as a long-term investment.  So,

14   sure, there's been a lot of volatility in the

15   short-term.  But the fact that it's -- it's growing

16   worldwide at the time and -- and I saw a lot of

17   long-term potential for it.

18             And, sure, I mean, as new technology was

19   going to come around, more competitors came into the

20   picture with cryptocurrencies, and all that changed

21   a little bit.

22             I mean, today if you asked me that

23   question, it -- you know, the answer would -- I have

24   a lot more information today than I did back then

25   about that technology.
```

1           MR. RESETARITS:  All right.  Why don't we

2      take a break for lunch.

3           MS. RAPP:  Okay.

4           MR. RESETARITS:  And --

5           THE VIDEOGRAPHER:  Off the --

6           MR. RESETARITS:  Sorry.

7           THE VIDEOGRAPHER:  Off the record.

8      12:38 p.m.

9                         * * *

10          (LUNCHEON RECESS TAKEN AT 12:38 p.m.)

11                        * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    BY MR. RESETARITS:

2        Q.   If Mt. Gox -- sorry, if Mizuho had

3    announced in June of 2014 that it was no longer

4    processing wire withdrawals, why would that have had

5    an impact on your decision to wire money to Mt. Gox

6    in January of 2014?

7            MS. RAPP:  Object to form.

8            THE WITNESS:  Well, it would -- it would

9    tell me if I ever had to -- it would tell me that I

10   would probably not be able to withdraw money through

11   Mizuho.  And it would also raise my -- raise some

12   concerns about what was going on at Mt. Gox because

13   just everything that I was hearing from Mt. Gox was

14   that everything is back on track and -- and -- and

15   no need for concern.

16   BY MR. RESETARITS:

17       Q.   Although what -- what's different about

18   the announcements that Mt. Gox made where they

19   talked about having to manually process withdrawals,

20   we talked about a backlog, they talked about four

21   weeks, a month -- a month or more to process

22   withdrawal requests, what's different about that

23   information and an announcement from Mizuho, if

24   Mizuho had made one, that it had stopped withdrawal

25   requests?
```

```
 1              MS. RAPP:  Object to form.

 2              THE WITNESS:  Well, Mt. Gox was not being

 3    truthful as to the reasons why there was a backlog.

 4    You know, had they -- had they been more forthright

 5    in explaining that Mizuho, their largest processor

 6    of -- of wire transfers, stopped doing business with

 7    Mt. Gox, for -- for whatever reason it was, I mean,

 8    that would certainly put me -- give me -- you know,

 9    it would -- it would -- I would not want to deal

10    with it if -- if I thought that there was -- if that

11    was the reason for the backlog.

12    BY MR. RESETARITS:

13         Q.   The -- the -- Mt. Gox's announcement,

14    again, that it was manually processing wire

15    withdrawals, that there was a backlog in processing

16    wire withdrawals, and that it would take four weeks

17    or more to process wire withdrawals, does that not

18    raise red flags for you?

19              MS. RAPP:  Object to form.

20              THE WITNESS:  Well, they were leaving out

21    the reasons why.  I mean, they were explaining that

22    they were just -- and they had a lot of business

23    coming in and a lot of people coming in with new

24    accounts and -- and it took time to process all the

25    deposits and withdrawals.
```

1              But I was never made aware of the real

2       reason why.

3       BY MR. RESETARITS:

4              Q.   But where do you see in Exhibits 8 and 9

5       where they provide the reasons why?

6              A.   There -- there -- there aren't any

7       reasons.   I mean, the reasons are that Mizuho

8       stopped doing business with Mt. Gox, basically.   And

9       I -- I don't see that in these two documents.

10             Q.   So just to be clear, you were comfortable

11      in January 22nd, 2014, sending your money to Mt. Gox

12      after Mt. Gox had -- had announced to its customers

13      that it was manually processing withdrawal requests,

14      that it had a backlog in processing withdrawal

15      requests and that it was taking four weeks or more

16      to process withdrawal requests; is that right?

17             MS. RAPP:   Object to form.   It assumes

18      that these representations were available, that he

19      was aware of the representations.

20             THE WITNESS:   I was still comfortable.

21      And because the exchange was still operating, I -- I

22      was not aware of other people having extreme

23      difficulty or impossibility way back in 2013 from --

24      from getting their money out.

25                  And so, obviously, had I known that

1     information it would have also changed my decision

2     to deposit money into that account.

3              But even going back to Exhibit 8, dated

4     July 4th, 2013, it seemed like, you know, at that

5     time they were able to overcome those withdrawal

6     issues at that time, and they're -- they're

7     marketing that they were able to process over a

8     million dollars to customers in the two weeks prior

9     to July 4th.

10             Sounds like, going through this,

11    everything's back on track and they're back -- back

12    to -- back to doing business as unusual.

13    BY MR. RESETARITS:

14        Q.    Although in Exhibit 8 they talk about a

15    two-week backlog, correct?

16             MS. RAPP:  The document speaks for itself.

17             THE WITNESS:  They -- they mention that in

18    the document, saying -- and the reason is -- their

19    reason is that the -- their new system is just

20    getting underway and they have some catching up to

21    do.

22    BY MR. RESETARITS:

23        Q.    Okay.  And then in Exhibit 9 it talks

24    about a four week or more backlog, correct?

25             MS. RAPP:  Same objection.

```
 1              THE WITNESS:  Yes, it does.

 2    BY MR. RESETARITS:

 3         Q.   And -- and that information doesn't --

 4    doesn't impact your decision to send your money to

 5    Mt. Gox, correct?

 6              MS. RAPP:  Object to form.  Assumes the

 7    information was available.  That he reviewed the

 8    information.

 9              You can answer.

10              THE WITNESS:  No, I -- I didn't think it

11    was -- I didn't think it was the -- I didn't have

12    the big picture, I didn't have the whole picture in

13    front of me, the whole story in front of me.

14              So based on this very limited -- very

15    limited statements, I wasn't too concerned.

16    BY MR. RESETARITS:

17         Q.   You weren't too concerned with the

18    statements in Exhibit 8 and 9, correct?

19              MS. RAPP:  Objection.  Again, assumes he

20    saw the documents, that they were available to him.

21              THE WITNESS:  Right.  I was not too

22    concerned.

23    BY MR. RESETARITS:

24         Q.   We looked at a document, I believe it was

25    Exhibit 4, that showed that Wells Fargo charged you
```

```
 1      IN THE UNITED STATES DISTRICT COURT        )
                                                    )
 2      EASTERN DIVISION                            )

 3          I, JAMES BEASLEY, CSR No. 12807, Certified

 4   Shorthand Reporter, certify:

 5          That the foregoing proceedings were taken before

 6   me at the time and place therein set forth, at which

 7   time the witness was put under oath by me;

 8          That the testimony of the witness, the questions

 9   propounded, and all objections and statements made

10   at the time of the examination were recorded

11   stenographically by me and were thereafter

12   transcribed;

13          That a review of the transcript by the deponent

14   was requested;

15          That the foregoing is a true and correct

16   transcript of my shorthand notes so taken.

17   I further certify that I am not a relative or

18   employee of any attorney of the parties, nor

19   financially interested in the action.

20          I declare under penalty of perjury under the laws

21   of California that the foregoing is truce and correct.

22          Dated this 10th day of August, 2017

23              James Beasley

24   _____

25   JAMES BEASLEY, CSR No. 12807
```