# EXHIBIT 5

```
 1

 2              IN THE UNITED STATES DISTRICT COURT

 3           FOR THE NORTHERN DISTRICT OF ILLINOIS

 4                      EASTERN DIVISION

 5


 6   GREGORY GREENE, JOSEPH LACK, :
     ANTHONY MOTTO, and GREGORY   :    CASE NO. 14 C 01437
 7   PEARCE, individually and on  :
     behalf of all others         :  JUDGE GARY FEINERMAN
 8   similarly situated,          :
                                  :
 9        Plaintiffs,             :  MAGISTRATE JUDGE
                                  :   SUSAN E. COX
10                                :
          vs.                     :
11                                :
     MIZUHO BANK, LTD., a Japanese:
12   financial institution, and   :
     MARK KARPELES, an individual,:
13                                :
          Defendants.             :
14

15

16           Transcript of the videotaped deposition of

17   GREGORY PEARCE taken by and before Lisa Forlano,

18   CCR, CRR, RMR, Certificate No. XI01143, at the

19   offices of Hangley Aronchick Segal Pudlin &

20   Schiller, One Logan Square,  27th Floor,

21   Philadelphia, Pennsylvania, commencing on Wednesday,

22   August 16, 2017, at 9:09 a.m.

23

24

25
```

```
 1   A P P E A R A N C E S:

 2

 3

 4           EDELSON PC
             BY:  NINA EISENBERG, ESQ.
 5           123 TOWNSEND STREET, SUITE 100
             SAN FRANCISCO, CALIFORNIA  94107
 6

 7           ATTORNEYS FOR PLAINTIFFS

 8

 9           SHEARMAN & STERLING LLP
             BY:  JEFFREY J. RESETARITS, ESQ.
10           599 LEXINGTON AVENUE
             NEW YORK, NEW YORK  10022-6069
11

12           ATTORNEYS FOR DEFENDANT, MIZUHO BANK, LTD.

13

14

15

16

17   ALSO PRESENT:

18              Rick Christian, Video Operator

19

20

21

22

23

24

25
```

```
1

2                          I N D E X

3

4    WITNESS                                   PAGE

5    GREGORY PEARCE

6      By Mr. Resetarits                        4

7

8

9                        E X H I B I T S
```

```
10   Pearce-1  e-mail chain                          35

11   Pearce-2  Statement on the Resumption of        46
     Withdrawals and Improved Banking
12
     Pearce-3  Document Motto 000075 - Motto 000076   53
13
     Pearce-4  Document Pearce 001455 - Pearce 001459  58
14
     Pearce-5  Exhibit C, 8 pages                     75
15
     Pearce-6  Fourth Amended Class Action Complaint  103
16
     Pearce-7  Group Exhibit B document              113
17
     Pearce-8  Two-page document, Pearce 001453 -    124
18   Pearce 001454

19   Pearce-9  MtGox Bankruptcy Claims Filing System, 125
     Bates 000010 - 000024
20
     Pearce-10 Excerpt, Bates Pearce 000025, Pearce  128
21   000153, Pearce 001446

22   Pearce-11  Plaintiff Gregory Pearce's Answers to 153
     Defendant Mizuho Bank's First Set of Interrogatories
23
     Pearce-12  e-mail, Pearce 000009                155
24
```

```
25
```

```
1              VIDEO OPERATOR:  We're on the record.

2        My name is Rick Christian.  I'm the

3        videographer retained by US Legal.  This is a

4        video deposition for the US District Court for

5        the Northern District of Illinois.

6              Today's date is August 16, 2017, and

7        the video time is 9:09 a.m.  This deposition

8        is being held at One Logan Square, in

9        Philadelphia, in the matter of Gregory Greene,

10       et al. versus Mizuho Bank LTD, et al.

11             The deponent is Gregory Pearce.

12             All counsel will be noted on the

13       stenographic record.

14             The court reporter is Lisa Forlano, and

15       she will now swear in the witness.

16             GREGORY PEARCE, having been duly sworn,

17       was examined and testified as follows:

18             MR. RESETARITS:  Good morning,

19       Mr. Pearce.  At the beginning of this

20       deposition I want to just put on the record

21       that Mizuho does not believe that the court

22       has jurisdiction over Mizuho.  Mizuho filed a

23       motion to dismiss for lack of personal

24       jurisdiction, but the Court denied that

25       motion.  Mizuho continues to contest that the
```

```
 1    another site to set up an account because CampBX was

 2    slow to process withdrawals and slow to process --

 3    actually mostly they were slow at processing

 4    deposits.

 5         Q      Had you tried to make a withdrawal on

 6    CampBX?

 7         A      No.

 8         Q      So your main concern was the slowness

 9    in which CampBX processed your deposit in the fall

10    of 2013?

11         A      Right.  For example, when I first sent

12    the deposit, bitcoin was trading a lot less money

13    than it was when my deposit finally was showing up

14    where I could do something with it.  Had it been

15    credited a lot sooner I could have made a lot more

16    money.

17         Q      So what was it about MtGox that caught

18    your eye on Bitcoinity?

19         A      Well, the one thing I noticed is that

20    it was trading at a higher amount, and it was one of

21    the highest of all the exchanges, so that caught my

22    eye, so then I looked up the website for MtGox and,

23    you know, from reading what was on their main site,

24    it was possible to set up an account there and

25    transfer, you know, real dollars to and from the
```

```
1    United States.  And their site looked much more
2    professional than CampBX.  It was more organized.
3    It had more information on it.  It had like news
4    feeds you could read sometimes.  It just looked a
5    lot more professional.  Like looking at Dean
6    Witter's stock site as opposed to some kid who wrote
7    a website for his high school project.  CampBX's
8    site is kind of -- kind of cheesy really.  It's
9    really simplistic.
10        Q     In the fall of 2013 when you visited
11   the MtGox website, did you spend time reading
12   information that was on the website?
13        A     Yes.
14        Q     Did you read news releases that MtGox
15   had made to its customers?
16        A     Sometimes.
17        Q     Did you read the frequently asked
18   questions section of the website?
19        A     Some of it.  I didn't read every word
20   of it, no.
21        Q     But you read some of it?
22        A     Yes.
23        Q     Do you recall any other information
24   that you read in the fall of 2013 when you visited
25   the MtGox website?
```

```
 1        A      The one thing that kind of stuck out

 2   was they were advertising as the world's largest

 3   bitcoin exchange and, you know, from looking at the

 4   graphics of trading volume, comparing that to

 5   CampBX, for example, you know, CampBX might have had

 6   hundreds of transactions in a day where MtGox was

 7   having tens of thousands or more transactions per

 8   day.  So it was clearly obvious that more people

 9   were using it.

10        Q      Did you open an account at MtGox in the

11   fall of 2013?

12        A      Yes.  I do not remember the exact date,

13   but yes, I did.

14        Q      And again, why did you want to open an

15   account at MtGox?

16        A      Bitcoin was trading at a higher dollar

17   amount there.

18        Q      Can you describe the process that you

19   went through to open an account at MtGox?

20        A      I created a log-in profile and set that

21   up and they had -- they had another option that I

22   didn't do immediately, but I did later, for a

23   two-factor authentication that I thought was kind of

24   cool.  They have this thing that's called a YubiKey.

25   It's a physical device that you plug into a USB port
```

 1           they wanted, basically.

 2   BY MR. RESETARITS:

 3        Q      And what did they say?

 4        A      They asked me to provide a complete

 5   proof of residence.

 6        Q      Did you provide that to them?

 7        A      Yes.

 8        Q      How long did it take you to get

 9   approved by MtGox after you initially signed up?

10        A      I think it was just a few days.

11        Q      After you were approved, then what did

12   you do next with MtGox?

13        A      I transferred bitcoin from my CampBX

14   account into the MtGox account.

15        Q      When did you do that?

16        A      I do not know the exact time of that.

17   I do not have the ability to log in to the CampBX

18   account to look for transaction times, and the MtGox

19   site is gone so I can't log in there to look,

20   either.

21        Q      Did you do it soon after you were

22   approved by MtGox?

23        A      Yes.

24        Q      So it was likely in November of 2013?

25        A      Yes.

```
 1        Q      Did you transfer all of your bitcoin
 2   from CampBX to MtGox?
 3        A      Yes.
 4        Q      Did you have any cash in your CampBX
 5   account?
 6        A      No.
 7        Q      Do you recall how many bitcoin you
 8   transferred from the CampBX exchange to the MtGox
 9   exchange in November of 2013?
10        A      I do not remember.
11        Q      Why did you transfer bitcoin from
12   CampBX to MtGox in November of 2013?
13        A      Because MtGox -- MtGox trading rates
14   were about 14 to 17 percent higher.
15        Q      Any other reason?
16        A      That was the main reason.  I saw it as
17   I instantly made some money.
18        Q      Is it easy to transfer bitcoin from one
19   exchange to another?
20        A      Yes.
21        Q      Was it easy to transfer bitcoin from
22   CampBX to MtGox?
23        A      Yes.
24        Q      Can you explain the process of
25   transferring a bitcoin from one -- from CampBX to
```

```
 1    money.
 2         Q      And the correspondence goes from
 3    January 30, 2014 until February 25, 2014?
 4                MS. EISENBERG:  Objection to the extent
 5         that the document speaks for itself.
 6                Proceed.
 7                THE WITNESS:  Yes.
 8    BY MR. RESETARITS:
 9         Q      When did you first attempt to withdraw
10    currency from MtGox?
11         A      I believe it was on the 30th of
12    January.
13         Q      Why did you attempt to withdraw
14    currency from MtGox?
15         A      Because I had been making money buying
16    and selling bitcoins up to that point and I needed
17    some of the money for miscellaneous expenses, and I
18    wanted cash back because at that point in time there
19    was a difference in the value of bitcoin between
20    MtGox and CampBX, so what I was planning on doing
21    was withdrawing enough money so I'd have operating
22    expenses for the next month, and then the rest of
23    the money I was going to deposit back into CampBX
24    and then transfer the bitcoins back into MtGox,
25    doing a circle and taking advantage of the -- like I
```

1    said, the difference between the two exchanges

2    was -- it varied, but it was roughly 14, 17, maybe

3    even -- I think it more than 20 percent once, but

4    most of the time it was around 15 percent, give or

5    take a little bit.

6            So I was looking at if I could withdraw

7    5,000, and even if it took two weeks, as soon as I

8    transferred it, I'm already making 15 percent of

9    that.  I'm thinking in the back of my head that's

10   several hundred dollars.  If I could do that twice a

11   month, a nice little chunk of income, and I still

12   have bitcoins in the system that could be increasing

13   in value.

14       Q    So just to be clear, in January of 2014

15   your plan was to withdraw some money from MtGox,

16   deposit some of it back into CampBX, buy bitcoin and

17   then transfer the bitcoin back to MtGox; is that

18   correct?

19       A    Yes.

20       Q    And you were thinking you could do that

21   on a regular basis?

22       A    Correct.

23       Q    We're going to take some time and go

24   through each one of these back and forth with MtGox.

25   We're going to start with the earliest one,

```
 1   BY MR. RESETARITS:

 2       Q      You did have some bitcoin, however --

 3   the $5,900 did not represent your entire holdings at

 4   MtGox, correct?

 5       A      Correct.

 6       Q      So my question is:  Why didn't you

 7   transfer the bitcoin out when you read press that

 8   showed or that reported that MtGox had lost millions

 9   of dollars?

10       A      I was focusing on the 5900 cash

11   withdrawal.

12       Q      Were you not concerned about your

13   bitcoin holding, also?

14              MS. EISENBERG:  Objection, form.

15              Proceed.

16              THE WITNESS:  I didn't have that much

17          in there, I don't believe.  I don't remember

18          how much was there.  I really don't.  I do

19          not.

20   BY MR. RESETARITS:

21       Q      But you had bitcoin in there on

22   February 8, 2014, right?

23       A      Yes, I do not remember how much.  I do

24   not remember at all what was left in there.

25       Q      The next sentence says, I need that
```

```
 1    money desperately now since the area I live in has

 2    been declared a state of emergency due to a severe

 3    power outage.  I'm unable to work right now because

 4    of these power outages.

 5              Do you see that?

 6         A    Yes.

 7         Q    Did the power outages in February of

 8    2014 change the time period in which you needed the

 9    money from the MtGox exchange?

10              MS. EISENBERG:  Objection, form.

11              Proceed.

12              THE WITNESS:  It increased the urgency.

13    BY MR. RESETARITS:

14         Q    The next sentence says, I still have

15    not gotten an itemized withdrawal confirmation.

16              Do you see that?

17         A    Yes.

18         Q    More than a week after you made the

19    withdrawal request you still had not gotten an

20    e-mail confirming the withdrawal; is that correct?

21         A    That's correct.

22         Q    The last sentence says, I need the

23    transfer to happen before the end of February.

24              Do you see that?

25         A    Yes.
```

```
 1          Q        Can you turn to page 27?

 2          A        Okay.

 3          Q        Do you see in the middle of the page

 4     where it says, fourth cause of action?

 5          A        Yes.

 6          Q        And the fourth cause of action is

 7     titled, Tortious interference with contract against

 8     Defendant Mizuho Bank on behalf of Plaintiff Lack,

 9     Motto, Plaintiff Pearce and the subclasses.

10                   Do you see that?

11          A        Yes.

12          Q        You're Plaintiff Pearce, correct?

13          A        Correct.

14          Q        Just below that paragraph 123, it says

15     Plaintiffs each entered into a -- into consumer

16     agreements with MtGox.

17                   Do you see that?

18          A        Yes.

19          Q        What consumer agreements did you enter

20     into with MtGox?

21                   MS. EISENBERG:  Objection, calls for a

22          legal conclusion.

23                   Answer, if you know.

24                   THE WITNESS:  I filled out the Web form

25          to create an account, and they instructed me
```

```
 1         what documents they wanted me to send them in

 2         order to verify my identity to set up an

 3         account.

 4  BY MR. RESETARITS:

 5         Q     You filled out the Web form to create

 6  an account.  And by that you mean you provided

 7  information to MtGox to open your account, correct?

 8         A     Yes.

 9         Q     What type of information did you

10  provide?

11         A     I think they asked for a copy of my ID

12  and they asked for something else proving my

13  address, like a utility bill or whatever.

14         Q     And so was there also an online form

15  that you filled out with your name and address and

16  things?

17         A     Yes, you create a user ID, your e-mail

18  address you're using and a password.

19         Q     So you filled out a Web-based form on

20  the MtGox website and then afterwards you sent them

21  certain documentation, correct?

22         A     After they -- well, they told me what

23  they wanted.

24         Q     So --

25         A     Correct.
```

 1          Q       So what's your understanding of the

 2   agreement between you and MtGox?

 3                  MS. EISENBERG:  Objection insofar as it

 4          calls for a legal conclusion.

 5                  Proceed.

 6                  THE WITNESS:  I established an account

 7          with them in order to buy and sell bitcoins

 8          and convert back and forth between cash and

 9          bitcoins and be able to transfer either of

10          them in or out.

11   BY MR. CERUTTI:

12          Q       Is there a written agreement between

13   you and MtGox?

14                  MS. EISENBERG:  Same objection.

15                  Proceed.

16                  THE WITNESS:  I believe there was.  I

17          don't remember all the wording of it, but

18          yeah, there was something I had to click and

19          agree to.

20   BY MR. RESETARITS:

21          Q       Okay.  So as part of the sign-up

22   process you clicked and agreed to an agreement

23   between you and MtGox; is that your understanding?

24          A       Yes.

25          Q       So that would be the written agreement

```
 1

 2                    C E R T I F I C A T I O N

 3

 4               I, LISA FORLANO, a Certified Realtime

 5          Reporter, Certified Court Reporter and Notary

 6          Public, do hereby certify that I reported the

 7          deposition in the above-captioned matter, that

 8          the said witness was duly sworn by me; that

 9          the foregoing is a true and correct transcript

10          of the stenographic notes of testimony taken

11          by me in the above-captioned matter.

12               I further certify that I am not an

13          attorney or counsel for any of the parties,

14          not a relative or employee of any attorney or

15          counsel connected with the action, nor

16          financially interested in the action.

17                        Lisa Forlano

18               LISA FORLANO, CRR, CCR #XI01143

19

20   DATED:   August 25, 2017

21

22

23

24

25
```