# EXHIBIT 7

**From:** Mark Karpeles [magicaltux+mk@gmail.com]
**Sent:** Wednesday, October 12, 2016 12:40 AM
**To:** Ben Thomassen
**CC:** Jay Coinabul; Jay Edelson
**Subject:** Re: MtGox / Mizuho - phone call follow-ups

Mr Thomassen,

Thank you very much for your email. I will try to provide as much information as possible based on my own knowledge of what happened or elements I have at my disposition at this moment. Speaking of which please confirm if it is acceptable to attach documents to emails I send you (only PDF files so far) to substantiate my answers.

Please note that unless stated otherwise the information I provide there does not constitute testimony or anything that would be legally burdening, nor do I waive any right such as but not limited to challenging service or jurisdiction.
You must understand that I am not well versed in US law, but at the same time I believe information I have could be useful to you, and by extension all MtGox creditors, and I provide this information in good faith.


1. Most of the communications with Mizuho were in person or by fax, sometimes by phone. Mizuho can receive emails, but has a policy against sending any email which is quite common in Japan. I do not have access to all the documents (the MtGox trustee should have these) but I do have some elements remaining, such as recording of some discussions with Mizuho (other than the one mentioned already in the third amended complaint) in Japanese, copies of some PDF documents and emails from or to other TIBANNE or MTGOX employees (hereafter "our employees" and similar).

We did have various issues with Mizuho over time, most due to our overwhelming volume of transactions until May~June 2013. I do have a document here listing transfers stopped by Citibank, and around that time, internet discussions also cover the fact CitiBank is not processing transfers related to MtGox (see https://www.reddit.com/r/Bitcoin/comments/1h0fmb/citibank_will_no_longer_process_any_transfers_to/?st=iu6f2ya9&sh=2f51d468).

Among other things I have a list of transfers which have been blocked by CitiBank, showing the transfer date, destination bank, and "cover bank" which is always CITI, as well as Mizuho transfer ID, and handwritten MtGox transfer ID. The document was produced by Mizuho and bears a print serial number from Mizuho (each document Mizuho produces has a serial number, I am not sure of its purpose).

Starting that point (early June 2011) Mizuho requested MtGox to switch banks, and offered to wait a bit before closing the account, to which MtGox replied that we would do our best to find a new banking partner. In the following meetings we told Mizuho about our situation, including the fact that so far we couldn't open a new bank account that would allow us to process transfers as we did with them. We were in discussion with Mitsubishi UFJ, and also Mayzus.
At the same time we started sending transfer through Japan Post and started the account opening process (1 month). Because the transfers requests are paper based the number of transfers we could do per day was limited. It would take 2 to 3 hours to send 10 transfers. The need for paper documents (which needed official company stamp, etc) was not practical, but also the fact that transfers through Japan Post required funds to be converted to JPY before being sent, causing extra fees in the form of conversion fees.

2. Mizuho first requested MtGox to close the bank account soon after limiting withdrawals. The

                                                                                        Edelson007121

withdrawals limitation was imposed immediately and notified to us by phone. We later had a meeting with people from Mizuho main branch who requested us to close the account.

3. Our ability to process transfers, both incoming and outgoing, has always been part of the core of MtGox business, and since the opening of the bank account with Mizuho was this made clear. Before Mizuho agreed to open a bank account for MtGox we had to explain our business and the way things works. We specifically said we would do a lot of international transfers, and Mizuho offered us a discount on all international transfer fees, as well as on domestic transfer fees and currency exchange fees.

After June 2013, transfers from other methods than Mizuho were not affected. This means that at least EU transfers were still working (albeit limited by our local bank limit of daily 60000 euro), OkPay (but limited by our unability to further credit our OkPay account), and Japanese domestic transfers. Transfers to customers not covered by those methods could be performed through JapanPost, which use Deutsche Bank for US transfers, could be processed, at extra cost and in very limited quantity. In total over US$35 million went through Japan Post to customers around the world, including in the US.

4. The mention of the workaround during the phone call was not by me, but probably Jay. Either way I understand some customers indeed cancelled their withdraw requests to instead buy bitcoins on MtGox and withdraw these. This in turn caused the price on MtGox to increase, and resulting in later customers buying bitcoins at a rate higher than other exchanges. Historical data on the MtGox exchange rate are available online, and it would be possible for anyone to check the rate online.

5. a. i. Transfers were fully stopped in June 2013. Before that Mizuho requested us at various points in time to adapt our usage patterns to their capacity, including limiting the number of transfers per day, and paying transfer fees not monthly but at each transfer occurence.

5. a. ii. I believe Mizuho's interface would crash if we submitted a file too large (probably over 200 or 300 transfers). At some point we worked around that by uploading multiple files in the same day, which caused Mizuho to ask us to limit to something more reasonable.

5. a. iii. EU and JP users were affected for non-domestic transfers (ie. in currencies other than local currency). For example a customer in Japan with a bank account in USD in a Japanese institution needs to receive transfer by wire rather than domestic transfer.

5. a. iv. Usually by a phone call to one of our employees in charge of communicating with the bank, and these were usually to be applied immediately, or in possibly retroactively.

5. a. v. I do not remember this subject being brought up by Mizuho directly, however our contract with Mizuho, including related to the preferential fees, included various non disclosure elements. The fact MtGox did not disclose anything more than the fact transfers were limited because we were over Mizuho's technical capabilities (and later the fact outgoing international transfers were halted temporarily until we could find a new banking partner) was discussed with our lawyers at Baker&McKenzie and done based on their advice.

5. b. i. MtGox's preferential fees were agreed by Mizuho when we opened an account with them based on our transfer volume at the time, which we initially provided Mizuho a breakdown of.

5. b. ii. I would have to check if I have any document showing this, however this was after June 2013 as far as I can remember, as part of Mizuho efforts to get MtGox to close its account (which

Edelson007122

also included but not limited to and not at the same timing: delaying deposits, requiring deposits to be processed by hand, and possibly more).

5. b. iii. Fees for international transfers, domestic transfers and currency exchanges were reduced for MtGox all at the same time. Mizuho stopped the discount for all types of transactions at the same time.

5. b. iv. EU customers withdrawing currencies other than EUR or PLN were affected, as well as Japanese domestic users.

5. b. v. By phone to our staff one evening and effective immediately, as far as I can remember.

5. b. vi. I should be able to fetch such records as I have access to processed transfers, however said records may include nominative customer information which is protected under MtGox privacy policy (and even if these are not effective anymore I still consider myself under duty to protect customers private details, including names, account numbers and such).

5. c. i. I believe this change was done sometime before June 2013. MtGox always paid the fees to Mizuho in time (actually, Mizuho collected these from MtGox's JPY account on a regular basis automatically).

5. c. ii. By phone to one of our employees, as far as I can remember.

6. We discussed with the Japan Post persons in charge at Japan Post Shibuya branch. We started using Japan Post in June or July 2013 soon after Mizuho blocked our ability to send wire transfers. As previously mentioned another issue with Japan Post is the fact that they only handle JPY accounts, and will convert currency to the recipient country's currency. This means for example that we can only send USD to a US bank, and USD at Mizuho first needs to be converted to JPY before being converted again in USD by Japan Post, causing exchange fees to be collected twice, once by Mizuho and once by Japan Post and/or its partners.
I do believe Mizuho understood why it was difficult for MtGox to find a new banking partner as they were themselves trying to cut ties with us following pressure from CitiBank. We had numerous meetings with Mizuho head quarters people regarding our efforts to open a new bank account and any progress on that point.

7. We had no direct communication with (or at least no response from) CitiBank, however we learned through Mizuho that their decision to stop processing our outgoing transfers was related to CitiBank refusing to process said transfers. Documents showing list of blocked transfers show that all such transfers were going through CitiBank and were stopped. This happened in June 2013, with earliest blocked transfer dated May 30th 2013 and the bulk of the transfers on June 10~11th 2013.

8. Based on recent investigation results in cooperation with third parties we have found the following:

- On January 27th 2011, 400000 BTC were withdrawn from MtGox system directly (ie. not as a withdraw from a customer account, but bitcoins moved away from MtGox internal wallet). At the same date Jed McCaleb's account was manually adjusted to be credited by 100000 BTC, then debited 200000 BTC, resulting in a total change of -100000 BTC. Later another 40000 BTC, and another ~13000 BTC were also deducted from his account. Additionally, ~85000 BTC were transferred by Jed to MtGox internal wallet after March 1st 2011, meaning the total balance remaining owed by Jed to MtGox would be at least 150000 BTC, or around 100 million USD.

Edelson007123

- Following those bitcoins on the blockchain we can see these credited from times to times to the MtGox account held by Jed McCaleb, to be sold and resulting funds withdrawn to a bank account controlled by Jed McCaleb.

- It appears at least part of said bitcoins are still controlled by Jed McCaleb and are being transferred to what seems to be a Bitcoin exchange on the blockchain, probably to be sold for cash as was done previously on MtGox.

Additionally, investigations done here show bitcoins have been stolen and were still being moved while I was in detention (between August 1st 2015 and July 14th 2016) which further evidences a third party acting in the theft of said bitcoins.

As you may have read published online (see http://www.thedailybeast.com/articles/2016/05/19/behind-the-biggest-bitcoin-heist-in-history-inside-the-implosion-of-mt-gox.html) when Jed sold the MtGox website to TIBANNE, a part of MtGox bitcoins and currency were missing. Among other things US$50000 allegedly stolen by an individual known as "baron" by exploiting a security vulnerability in MtGox in January 2011.

Regarding this vulnerability in an email dated January 29th 2011 Jed said:
> I know now you probably wonder if the whole site is riddled with bugs.
> I like to think I'm pretty careful about this type of thing and there
> is nothing like this left in there. And I know this guy was hacking
> around on the site trying various things for a month or so. So that is
> some indication that there is nothing this bad on there.
>
> The loss of the 50k although a lot of money shouldn't actually be an
> issue as long as deposits continue to be greater than withdrawals. We
> can just let the loss ride until the site either makes it or not.

Later, on the exact day Jed sent the access to MtGox to TIBANNE, another hacker stole 85000 BTC from MtGox. After TIBANNE took control of MtGox on March 1st 2011 various security issues became evident and were solved as they came up until the June 2011 hack, when I deemed Jed's code to be not suitable and went on rewriting it from scratch.

Mark

On Wed, Oct 12, 2016 at 12:31 PM, Ben Thomassen <bthomassen@edelson.com> wrote:
> Mr. Karpeles:
>
> Thanks again for speaking with us yesterday. As you confirmed on the call, because you're not represented by an attorney, we can talk to you directly. If that changes, however, please let us know immediately; we'll cease communications with you and speak directly with your attorney.
>
> We're working with the information you provided and assessing what next steps we will take both with respect to our lawsuit and your role in it. That said, we do have a number of follow up questions for you, which will help confirm details you mentioned on the call and supplement our understanding of the relationship between the MtGox Exchange and Mizuho Bank. We realize that these requests overlap with much of what was discussed on the call, but we hope you'll understand our need to be precise.
>
> Please be aware that we are still learning about what happened to MtGox. Any additional

Edelson007124

documents, communications, and information you can provide about the below—or anything else related to the Exchange (e.g., the report you mentioned you are presently drafting for the Trustee, regarding Jed McCaleb)—will be appreciated.

**Questions and Requests:**

**1. Communications**. More than anything, copies of communications between yourself and Mizuho (emails or otherwise) regarding the Exchange would be incredibly helpful, especially those relating to Mizuho's decision to limit / stop outbound wire transfers, decision to remove the preferential fee structure for the Exchange, or any other communications showing that Mizuho wanted MtGox to close its account. Further, to the extent actual communications would respond to any of the questions below, please provide them.

**2. Requests to close the MtGox Account**. When did Mizuho first ask you to close the MtGox account? Was it before or after Mizuho started imposing limitations on transfers and increasing fees? Did Mizuho ever give you a reason for the request, or did they always just refer to it as a "business decision" (as opposed to providing reasons for the request, like unanticipated volume)?

**3. Effect on MtGox**. When did you first tell Mizuho that its changes affecting outbound transfers were threatening the Exchange? What effects did you tell Mizuho the changes had on the Exchange? How did Mizuho respond? What is the total amount of money users (for JP and non-JP users) were able to take out of the Exchange after June 2013?

**4. MtGox users' workarounds to Mizuho's restrictions**. You explained that because MtGox users could not withdraw cash, they were converting their holdings to bitcoin and attempting to move bitcoin out of the exchange. Are there records that reflect this? How many users took this action, if you know? On the phone you suggested that customers lost about 10% of the value of their bitcoin through this process. Please confirm whether we understood that correctly and provide a more detailed explanation of why that is the case.

**5. Mizuho's actions**. During the call, you explained that Mizuho took a number of steps to try and force MtGox to close its account. Please confirm details about the following:

    **a. Mizuho's limitation of transfers:**

        i. What date(s) did the transfer limitation(s) begin (we understand it was sometime in 2013)?

        ii. You explained that Mizuho limited outbound transfers to 100 per day; was there any limit to outbound transfers before that point? What did the 100-transfer limit apply to (i.e., did it apply to domestic and international transfers)? Didn't Mizuho stop processing international wire withdrawals for MtGox completely in June 2013?

        iii. How did the transfer limitations affect non-US users (e.g., EU and JP)?

        iv. How were the transfer limitations communicated to you?

        v. Did Mizuho ever discuss whether MtGox customers should be told about the transfer limitations or do anything to prevent you from disclosing the transfer limitations to your customers? How was the decision not to disclose these limitations made?

    **b. Mizuho's decision not to give MtGox preferential fee treatment:**

        i. Why did MtGox originally receive a preferential fee structure?

Edelson007125

ii. What date did Mizuho change the fee structure?

iii. Which specific fee structures were changed and how were they changed?

iv. Which customers were affected by the change (we know US customers were affected, but aren't clear about whether JP or EU customers were as well)?

v. How were the fee changes communicated to you?

vi. Do you have any records—or, if you don't have access to the actual records, any other information—about the total fees collected by Mizuho as a result of the changed fee structures?

**c. Mizuho's decision to start collecting transfer fees "in real time":**

i. What date did Mizuho stop collecting transfer fees from MtGox on a monthly basis and begin collecting them in real time? Were you ever late in paying these fees before Mizuho made this change?

ii. How were the changed collection practices communicated to you?

**6. Japan Post**. Who did you speak with at Japan Post about its transfer services for MtGox? When did MtGox start using them? You mentioned that Japan Post could only process 10 outbound wire transfers per day. Were there any other limitations on Japan Post's services that made them an unattractive banking partner for MtGox? Finally, did Mizuho understand that you were trying—but could not—find a suitable banking replacement?

**7. Citibank.** You explained that all outbound transfers were stopped by Citibank. When did that occur? Can you explain whether and how Mizuho's decision to stop processing international wire withdrawals from MtGox in June 2013 was related to Citibank's decision? (Also, any communications between yourself and Citibank related to MtGox would be helpful.)

**8. Jed McCaleb.** If we understood you correctly, you suggested that Jed withdrew around 200,000 bitcoin belonging to Gox customers in January 2011. We'd appreciate more details about that event, including when it happened, whether there were written communications between you and Jed about the occurrence, and whether Jed took the position that he had some legal right to the bitcoin. To the extent there are any documents concerning Jed's conduct, those would be especially helpful.

\*            \*            \*            \*

Again, we appreciate your help in providing us with more information about the above topics. We'll be back in touch about suggested next steps once we have your responses.

Sincerely,

Ben Thomassen

--
Ben Thomassen | Edelson PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois  60654
312.572.7208 (direct) | 312.589.6370 (firm) | 312.589.6378 (fax)
bthomassen@edelson.com | www.edelson.com

Confidential                                                                 Edelson007126

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**Confidential**