# EXHIBIT 18



Mark Karpeles <mark@tibanne.com>

## Mizuho Update
1 message

**Gonzague Gay-Bouchery** <gonzague@tibanne.com>  Fri, Jun 21, 2013 at 12:26 PM
To: MARX Jean-Denis <Jean-Denis.Marx@bakermckenzie.com>, Mark Karpeles <mark@tibanne.com>

HI JD,

Shimizu-San from Mizuho called back Mark. Mark asked if we could have a meeting with the HQ and we are waiting for them to get back to us on this. However in the meantime Shimizu-San told us that from today onward we are no longer allowed to send ANY kind of currencies out of Japan. However we are still able to accept international Deposits as well as local JPY Deposits and Withdrawals.

Regards,
--
--
Gonzague GAY-BOUCHERY

TIBANNE Co.,Ltd.
Marketing & Corporate Communication Manager

Round Cross 5F, Shibuya 2-11-6,
Shibuya-ku Tokyo, Japan 150-0002



E: gonzague@tibanne.com
T: +81 (0)3-4520-6203 - Direct
T: +81 (0)3-4520-6200
F: +81 (0)3-4520-6299
Skype: gbgtibanne

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Confidential                                                                                                                                                       Edelson007136