# EXHIBIT 24



Nina Eisenberg <neisenberg@edelson.com>

## Fwd: RE: Coinabul// RE: Selection of new banking venue in Japan for TPC, GK

**Jay Coinabul** <jay@coinabul.com>  Wed, Aug 2, 2017 at 8:19 PM
To: Nina Eisenberg <neisenberg@edelson.com>

---------- Forwarded message ----------
From: "Takehiko FUKUOKA" <fukuoka@sansei-tokyo.co.jp>
Date: Sep 13, 2013 2:03 AM
Subject: RE: Coinabul// RE: Selection of new banking venue in Japan for TPC, GK
To: "Jay Coinabul" <jay@coinabul.com>
Cc: "Haba, Takayo" <haba@sansei-tokyo.co.jp>, <kitagawa@sansei-tokyo.co.jp>, "SANSEI_Garrison" <garrison@sansei-tokyo.co.jp>

Dear Mr. Jay san,

Thank you for your reply. We regret to inform of the following.

We were notified that any and all companies who are dealing business with Mt.Gox or in virtual currency are not allowed to do any business with banks in Japan. Therefore I think you need to change your business in Japan or liquidate the subsidiary. If you continue your business plan in Japan, no one will wish to become a representative, because such person will not be permitted to make any transactions with banks.

Regards,

- Takehiko Fukuoka
- SANSEI Trust Tax and Accounting
- Tel 81-3-3580-2388 (dial in)

**From:** Jay Coinabul [mailto:jay@coinabul.com]
**Sent:** Thursday, September 12, 2013 7:35 PM
**To:** Takehiko FUKUOKA
**Subject:** Re: Coinabul// RE: Selection of new banking venue in Japan for TPC, GK

Hello,

Thanks for making clear, but I'm afraid I don't quite understand- it appears as if there is some legal injunction barring anyone who does business with MtGox? Or is it mainly that the banking industry in Japan is angry at MtGox?

CONFIDENTIAL Shore000001

I understand that your hands are tied in terms of representation. Can you begin the process of finding a substitute representative, since it is not possible for me to do so from overseas?

I have to say that I am extremely confused in this circumstance, due to that my company as well as MtGox have incredibly strict AML procedures and work very closely with all regulators to ensure that any business is completely upstanding. Is there something I am not aware of in regards to procedures changing in Japan in regards to Bitcoin?

Thanks,

Jay

On Wed, Sep 11, 2013 at 11:53 PM, Takehiko FUKUOKA <fukuoka@sansei-tokyo.co.jp> wrote:

Dear Mr. Jay-san:

I apologize for the arising concerns and confusion. We would ask your kind understanding.

In this case, we have been made to understand that Japanese banks refuse any and all transactions with Mt.Gox. Such conditions are out of our control, unfortunately. And the realities in Japan are that if the banks know our firm, and then I have some business relations with Mt.Gox, the banks have to terminate our firm or me personally. This reality in Japan is also out of our control, in fact.

Therefore I apologize that SANSEI Trust Tax and Accounting and I have no alternative but to stop working with you and your related company, and I request my resignation of representative in Japan. I kindly ask that another person be engaged as representative of your Japan company at soonest possibility.

We are unable to reconfigure presentations for what we are doing with Mt.Gox to the bank, so our observations are that you need to trade with Mt.Gox directly out of abroad as perhaps heretofore.

Thank you for your understanding and best regards,

⌐⌐ Takehiko Fukuoka
⌐⌐ SANSEI Trust Tax and Accounting
⌐⌐ Tel 81-3-3580-2388 (dial in)

CONFIDENTIAL                                                                                                                          Shore000002

**From:** Jay Coinabul [mailto:jay@coinabul.com]
**Sent:** Wednesday, September 11, 2013 11:20 AM
**To:** Takehiko FUKUOKA
**Cc:** SANSEI_Haba; SANSEI_Garrison; SANSEI_Mizobuchi; Kitagawa, Harumi
**Subject:** Re: Coinabul// RE: Selection of new banking venue in Japan for TPC, GK

Hello Mr. Fukuoka,

I am extremely disappointed to hear this news.

So, please clarify for me because I am confused: Mizuho has said that anyone who has any business at all with MtGox is basically banned from the banking community in Japan entirely?

If my understanding is correct, Mizuho made a direct threat to you saying that if you represent TransPacific Commerce, they will punish any other businesses you represent? This seems highly illegal to me, I am not quite sure how this is possible for them to make such a threat to you.

As far as the last comment: "We guess that all companies that have been trading with Mt.Gox may be camouflaging to the bank. As you may derive, we cannot camouflage and open the bank account, as under policy of our firm." I am confused about this. Is this saying that any company or person who is working with MtGox is engaged in money laundering? My company has incredibly strict money laundering policies, and so does MtGox, so I am highly confused. Your clarification is appreciated.

-Jay

On Mon, Sep 9, 2013 at 9:37 PM, Takehiko FUKUOKA <fukuoka@sansei-tokyo.co.jp> wrote:

Dear Mr. Jay san,

My name is Takehiko Fukuoka, representative of SANSEI Trust Tax and Accounting. Thank you for your inquiry, and we regret any problems with requests from your customers. I would like to reply for Ms. Harumi Kitagawa.

Although we have been trying to make contacts to Mt.Gox for asking any best way to open the bank account, it has been under extreme conditions. And now, we have been given warnings by Mizuho bank that any person and company involving in bitcoin with Mt.Gox cannot do business with any banks, even if a foreign based bank in Japan other than Mizuho.

The Mizuho Bank also gave warning to me personally in regard to involving with this business, which is that all other business with which I am involved in Japan, that Mizuho presently does or shares, will suffer suspension of all business transactions. In the case of SMBC, we did not disclose any specific name and business to the bank at that time, so SMBC had not provided such strong warnings as of yet.

We guess that all companies that have been trading with Mt.Gox may be camouflaging to the bank. As you may derive, we cannot camouflage and open the bank account, as under policy of our firm.

Therefore, we are very sorry that we cannot continue our services anymore for your company, and I would also request my resignation.  Please find any other person to become the new representative.

We apologize for the situation.

Sincerely yours,

　　Takehiko Fukuoka
　　SANSEI Trust Tax and Accounting
　　Tel 81-3-3580-2388 (dial in)

---

**From:** Jay Coinabul [mailto:jay@coinabul.com]
**Sent:** Monday, September 09, 2013 7:35 PM
**To:** Kitagawa, Harumi
**Cc:** SANSEI_Fukuoka; SANSEI_Haba; SANSEI_Garrison; SANSEI_Mizobuchi
**Subject:** Re: Coinabul// RE: Selection of new banking venue in Japan for TPC, GK

Hello Harumi,

That is terrible news regarding Mizuho. I was not able to open account with Mizuho in the US. It sounds like I should not send any funds to Mizuho for processing at this time, which is extremely unfortunate considering I have a massive volume of angry emails from customers and business partners every day asking where the status improvement is.

I understand virtual currencies are not specifically governed yet in many areas of the world, however, the largest presence for processing of Bitcoins is based in Japan. MtGox has an extremely strict AML program, and so do I, so I think that the banks are worried without good cause. I am more than happy to provide any and all information that could possibly be used for criteria for judgement to SMBC and Mizuho.

In the mean time, it is absolutely urgent that we are able to establish accounts in Japan as soon as possible. We should pursue with MUFJ, Resona in terms of Japanese native banks. Also we should try to work with

Commerzbank, ING Bank, LLoyds TSB, Barclays, HSBC, and Credit Suisse. For American banks, if needed, I suppose we can also ask Wells Fargo, Bank of America, and Chase but all three are likely to say no. Any other banks which you have prior established good relationships with which may help to expedite this process should be explored as well, I trust your judgment on this point since you are far more experienced than me in terms of dealing with Japanese banking institutions.

Basically, what it comes down to is that I cannot do this myself being located outside of Japan, but it is mission-critical that this be completed in a timely manner. As it stands, I have spent months now and a large amount of funds trying to fix this situation, but I am still left without currency conversion service in Japan. I know that you are at the mercy of banks, but I do request that your firm do everything within its power to establish banking accounts for TransPacific Commerce GK this week. The timelines I have been given for establishment of banking within Japan, through no fault of yours, have not been met and as a result all of the partners and customers I deal with are pressing me with extreme urgency to complete our obligations based on these timelines.

Please inquire with all possible banks as quickly as possible, and keep me informed as to all developments and ways which I can help to expedite the process. I appreciate your continued efforts on this front, and please feel free to inquire further as to anything I can do to help.

-Jay

On Fri, Sep 6, 2013 at 12:53 AM, Kitagawa, Harumi <kitagawa@sansei-tokyo.co.jp> wrote:

Dear Jay,

We had a visit of Ms. Matsui of Mizuho bank this afternoon once again with their final answer. This time, she was accompanied by her supervisor. Very unfortunately, they told us that they could not proceed with the web-banking service application any further.

They confessed that they learned about the details of GK's business after they opened the account. According to them, in addition to more restricted governmental monitoring on new accounts with every bank since last April, it is their company policy to hold back on opening any account suspected of virtual currency businesses even with a slightest possibility. MSBC told

us almost the same thing when they declined our request of opening an account of TransPacific GK with them.

Furthermore, we need to tell you that they are requesting us to close the account of TransPacific GK as soon as possible. Mizuho bank already warned us that the foreign currency transactions from TransPacific GK will be very difficult as their foreign exchange department is even stricter with the reasons of each wire. Just for our information, may we confirm with you if you actually succeeded with opening an account with Mizuho bank in the U.S.?

We hope you can understand our situation. Bitcoin transactions are not yet as popular here as some other parts of the globe, and Japanese banks are on alert to the unknown business. In addition, since sufficient governmental regulations are not yet developed in Japan, it seems that the banks are having problems with evaluating this new business properly due to lack of criteria for judgment.

If you have any other alternative approaches, we would like to discuss them. Should you need more information, please let us know.

Thank you and best regards,

Harumi Kitagawa

Sansei Trust Tax and Accounting

---

**From:** Jay Coinabul [mailto:jay@coinabul.com]
**Sent:** Friday, September 06, 2013 2:13 PM
**To:** Kitagawa, Harumi
**Cc:** SANSEI_Fukuoka; SANSEI_Haba; SANSEI_Garrison; SANSEI_Mizobuchi
**Subject:** Re: Coinabul// RE: Selection of new banking venue in Japan for TPC, GK

Thanks kindly. Hopefully they will hurry so I can get my first series of transfers moving before the week ends in Japan - I appreciate all of your efforts pushing them to move quickly in the last couple of weeks.

-Jay

On Wed, Sep 4, 2013 at 10:16 PM, Kitagawa, Harumi <kitagawa@sansei-tokyo.co.jp> wrote:

Dear Jay,

Thank you for your support.

We just finished the meeting with the bank at our office. Mr. Fukuoka and I attended it and explained about your business activities.
They are supposed to send us the feedback probably by tomorrow. We will get back to you as soon as we can.

We appreciate your patience.

Best regards,

Harumi Kitagawa

Sansei Trust Tax and Accounting

---

**From:** Jay Coinabul [mailto:jay@coinabul.com]
**Sent:** Thursday, September 05, 2013 2:01 PM
**To:** Kitagawa, Harumi
**Cc:** SANSEI_Fukuoka; SANSEI_Haba; SANSEI_Garrison; SANSEI_Mizobuchi
**Subject:** Re: Coinabul// RE: Selection of new banking venue in Japan for TPC, GK

Hello Harumi,

Let me know if anything is needed for your meeting today from me, and I can provide. If it is before 4PM your time, you can also reach me on the phone at 760-282-4529.

Thanks!

-J

On Tue, Sep 3, 2013 at 3:22 AM, Jay Coinabul <jay@coinabul.com> wrote:

Thank you much. Please also let me know if you have any feedback on my response, or think anything should be modified to best suit our application.

Thank you again,

Jay

On Tue, Sep 3, 2013 at 2:46 AM, Kitagawa, Harumi <kitagawa@sansei-tokyo.co.jp> wrote:

Dear Mr. Shore,

Thank you for the detailed information.

The meeting with the bank is postponed to Thursday, September 5. We will try our best and let you know how the meeting went as soon as we can.

Please feel free to let us know if there is any information you would like to add. We truly appreciate your kind support and cooperation on this matter.

Best regards,

Harumi Kitagawa

Sansei Trust Tax and Accounting

---

**From:** Jay Coinabul [mailto:jay@coinabul.com]
**Sent:** Tuesday, September 03, 2013 3:46 PM
**To:** Kitagawa, Harumi
**Cc:** SANSEI_Fukuoka; SANSEI_Haba; SANSEI_Garrison; SANSEI_Mizobuchi
**Subject:** Re: Coinabul// RE: Selection of new banking venue in Japan for TPC, GK

Hello,

I will provide a basic overview for your elucidation:

We receive payments in digital methods from our customers from all over the world to our company in the USA, which are forwarded for processing to our partner in Japan. Because receiving payments digitally for gold is tricky and our company is so large, we require a very specialized payment processing partner type which is not available in the USA; the largest company in the world to work with this type of payment processing is based in Japan. This payment processor in Japan called MtGox converts our digital payments to normal currencies like JPY and USD for us. At this point each time we receive payment from MtGox, we must move normal currencies to our accounts, and then to our suppliers and other business partners to cover the expense of operations.

Instead of each time moving currencies across from Japan to USA via SWIFT, and then SWIFT within USA many times again to cover expenses and costs of business, we have established TransPacific Commerce GK in order to act as a means to make faster and less costly the many transfers which must take place. This way, we can simply accept payment from MtGox via our local accounts in JPY, instead of requiring SWIFT across the ocean to the USA for every single payment. Then, we can convert JPY to USD and send SWIFT once, instead of twice, for the same payment, since SWIFT is expensive and slow.

1. The money is for orders made with our company in the USA, which is the output of our payments sent to MtGox for conversion from digital payment to 'traditional' fiat form.

2. It is transacted in Japan due to the fact that we are so large, and the only company type which focuses on conversion of our digital payments which can handle the kinds of volumes we deal with is based in Japan.

3. Our basic business model is that users will send digital payments to our website, and receive in the mail gold or silver products in order to satisfy our contract. Most of our customers are in the USA, but we do service customers in Japan. They are serviced by the same Terms of Service on our website as all customers worldwide. If a copy of our terms of service is desired, please feel free to ask and I will generate a easily readable PDF output for you.

4. We settle our contractual obligation with customers via shipment of gold or silver(customer chooses exact product) directly to customer via express shipping worldwide.

5. A Japanese customer buys via making an order on our website, sending digital payment, and receiving gold in the mail. The same process applies for selling, but a customer places an order, mails to us gold or silver, and then receives a digital payment.

6. The overseas company TransPacific Commerce GK is not for the purposes of dealing with Japanese customers. TransPacific Commerce GK services all customers of Coinabul LLC via establishing a closer relationship between our payment processing partners in Japan who process all funds from all customers from all countries made via digital payment and Coinabul LLC in the USA. It services only Coinabul LLC as a customer, providing service of managing the conversion process of digital payments and business relationships with the partner of Coinabul LLC called MtGox who is based in Japan.

I will try to make an analogy for you so it is more clear. Imagine you are a company in Japan which wishes to take payment for a product via Paypal. This is not highly difficult to do, since Paypal can make SWIFT transfer to you in Japan. Now, your company becomes quite successful, you need to receive and send a lot of Paypal activity for your business to operate. Paypal can not send funds directly to your business partners to pay for things like your business office space, employees, inventory, et cetera. The easiest way to do this activity is to become more geographically and financially close to Paypal, so that Paypal can make transfers to your business more easily and quickly. So, a subsidiary of your company is created closer to Paypal so that you can get fast local transfers, and then make a SWIFT to your parent company's office space, inventory, et

cetera more quickly and directly. This way, your company does not wait for Paypal to SWIFT once to you, then send additional SWIFT many times for office space, inventory, etc: only one batch of SWIFT must happen instead of two creating large cost and time savings.

I think most of this is clear, I tried to boil it down as clearly as possible. Let me know if any parts are confusing and I will be happy to discuss further, I know it is slightly complex and unusual structures for companies.

Thanks much!

-Jay

On Mon, Sep 2, 2013 at 7:14 PM, Kitagawa, Harumi <kitagawa@sansei-tokyo.co.jp> wrote:

Dear Mr. Shore,

Thank you so much for your explanations below. They help us very much.

We, however, would like to present the bank a little more specific information such as the name of your business companies in Japan and the U.S. Some other questions we have come to are;

(a) what the money is for

(b) why it is transacted from Japan

(c) how contracts are made with customers in Japan

(d) how contractual obligations are provided for the Japan customer by the GK or the overseas headquarters

(e) that is, how a Japan customer buys and how a Japan customer sells

(f) what the overseas headquarters does in order to facilitate buying or selling by the Japan customer.

Japanese banks usually think that such money transactions should be done directly between the concerned parties only. It is not a common practice in Japan that a third party performs only fund transfers without any employees or actual supply of goods.

We truly appreciate your full support on this matter, and we hope to have your reply very soon. Our meeting with the bank is scheduled at 16:00 today Japan time.

Best regards,

Harumi Kitagawa

Sansei Trust Tax and Accounting

---

**From:** Jay Coinabul [mailto:jay@coinabul.com]
**Sent:** Monday, September 02, 2013 7:06 PM
**To:** Kitagawa, Harumi
**Subject:** Re: Coinabul// RE: Selection of new banking venue in Japan for TPC, GK

Hello Harumi,

Thank you for following up. I am extremely disappointed to hear this, but hopefully tomorrow we will be able to resolve things. I can make myself available via telephone at your convenience during this meeting to help explain how it is that TransPacific Commerce will work.

In regards to money transactions in Japan:
TransPacific Commerce GK is a new company, acting as the representative to Coinabul LLC, which is a large and established company in the USA operating for 3 years. Coinabul LLC has arrangements with our payment processing partners in Japan which have been successful for many years, but has recently established TransPacific Commerce GK for the purpose of managing this relationship more closely with our payment processors inside of Japan.
TransPacific Commerce GK is a brand-new entity which will serve the purposes of processing conversion of JPY received from our payment processors into USD, which will be wired to our accounts and business partners in the USA for business processing. TransPacific Commerce GK is the representative of Coinabul LLC, a USA company, in regards to managing relationships with our payment processing partners in Japan, as well as holding the responsibility of overseeing conversion and movement of funds from JPY in Japan to USD in the United States.

Thusly, as a new GK subsidiary representing Coinabul in limited matters in Japan which is just beginning the process of undertaking business operations, TransPacific Commerce GK does not yet have invoices or receipts for costs incurred during business operations. However, as a representative of a long-standing company Coinabul in the USA TransPacific Commerce will only undertake payment processing activities internally on behalf of Coinabul with our partners in Japan.

Specifically, our purposes of establishment in Japan will allow us to move funds more quickly with our partner companies in Japan to our partner companies in the USA, instead of moving money via SWIFT wire transfers between USA and Japan and then further along in the USA to our suppliers/partners every time. This will save a great deal of time, and also cost due to less SWIFT transfers taking place between us and our Japanese partners since we can settle funds in JPY instead. However, there is still the requirement of changing JPY to USD at some point, and it is most practical to do this in the stage between Japan and USA of course instead of in the USA where JPY is less used.

Let me know if this makes sense, or if further clarification is needed.

Thanks,
Jay

CONFIDENTIAL Shore000011

On Mon, Sep 2, 2013 at 1:10 AM, Kitagawa, Harumi <kitagawa@sansei-tokyo.co.jp> wrote:

Dear Mr. Shore,

Thank you kindly for your email.

We feel very sorry to tell you that we received a notice from Mizuho bank that they are unable to accept the request of online banking from TransPacific Commerce GK. They seem to have strong concerns about the flow of the money without substantive business activities in Japan.

We would need to present them a legitimacy of the money transactions via Japan. Ms. Matsui will visit our office with her supervisor tomorrow and we hope to be able to explain them the safety and efficacy of the business plans of TransPacific Commerce GK in Japan well enough. If we could not satisfy them with sound reasons, it could be very hard for them to allow us to use the online banking. Furthermore, they might set limits on the amount of money transactions.

In recent years, Japanese banks have intensified the efforts to restrict and monitor insubstantial companies. It would be truly appreciated if you could provide us a little more details of the reason of the bank account opening in Japan to make them understand that it is necessary for us.

Thank you for your kind understanding and cooperation on this matter. We look forward to hearing back from you soon.

Best regards,

Harumi Kitagawa

Sansei Trust Tax and Accounting

---

**From:** Jay Coinabul [mailto:jay@coinabul.com]
**Sent:** Monday, September 02, 2013 12:37 PM
**To:** Kitagawa, Harumi
**Cc:** SANSEI_Fukuoka; SANSEI_Garrison; SANSEI_Haba; SANSEI_Mizobuchi
**Subject:** Re: Coinabul// RE: Selection of new banking venue in Japan for TPC, GK

CONFIDENTIAL                                                                                       Shore000012

Thank you much Harumi,

The account in Japan is expected to arrange many international payments, I am expecting around $1-4m USD worth of payments per month, and that estimated volume will all be converted from JPY to USD. This will be sent in 5-20 SWIFT wires per month to our processors in the USA. My understanding is that since otherwise I would have to request from you to send each SWIFT, and all must have special details included, it would be better if I got access to the Standard online plan so that I would be sending my wires myself. This seems much easier than asking for you to arrange each wire outbound, so we should probably create a Standard online access today even though it is somewhat expensive.

It is not possible for TransPacific Commerce to begin to show credentials of money transactions before conversion rates are secured. Since we must intake JPY and send USD, it is of utmost importance for us to secure conversion rates first: I cannot begin to send millions of dollars worth of JPY to my Mizuho account for processing if I don't know what the conversion fee will be. I am comfortable with re-negotiating rates after we have further established our relationship with Mizuho, but it is urgent that we at least secure basic introductory rates since the volumes of USD / JPY I will deal with are so large. Basically, I can't begin TPCGK's responsibilities at all without first securing our conversion rate with Mizuho.

Please contact Ms. Matsui with Mizuho today and negotiate as to conversion rates, if possible - I was really hoping I would have already been able to send a large amount of JPY to this account, and if possible would really like to be able to start moving funds there before the end of today. I have many customers / suppliers who have been waiting for me to enact these changes to our Japanese processing structures and I'd really hope to begin processing ASAP.

Thank you again for your continued dedication to this matter, it is highly appreciated.

-Jay


On Fri, Aug 30, 2013 at 12:52 AM, Kitagawa, Harumi <kitagawa@sansei-tokyo.co.jp> wrote:

Dear Mr. Shore,


Thank you for your email.

Please refer to the banker's contact information as below.


  Ms. Misako Matsui

  Mizuho Bank, Ltd.

Ginza Branch & Ginza Division II

4-2-11, Ginza, Chuo-ku, Tokyo 104-0061, Japan

Phone: +81-(0)3-3563-6605

Fax: +81-(0)3-3563-6628

misako.matsui@mizuho-bk.co.jp

We are currently negotiating the conversion rate of international remittance with the bank. Ms. Matsui has told me so far that they might want to see some credentials of money transactions first, and then consider the favorable treatment in a stepwise fashion because the account is new.

Also, we would like to know if the Japan account is expected to arrange international payments often. The online service plan we have chosen is a basic one, and it does not allow us to make an online overseas remittance. The monthly fee is JPY 2,100 (The monthly fee is free of charge for the first 6 months). It provides services of domestic payments and checking the balance.

On the other hand, more versatile "Standard" plan that permits us online overseas payments and deposits will cost one-time JPY 52,500 of an initial registration fee and JPY 22,575 of monthly service fees (there is no free-of-charge period). We would be grateful if you could provide us with your opinion.

We will let you know about any developments of the negotiations. Meanwhile, please feel free to contact us if you have any question.

Thank you and best regards,

Harumi Kitagawa

Sansei Trust Tax and Accounting

---

**From:** Jay Coinabul [mailto:jay@coinabul.com]

**Sent:** Friday, August 30, 2013 9:10 AM
**To:** Yuka, Mizobuchi
**Cc:** SANSEI_Fukuoka; SANSEI_Garrison; Kitagawa, Harumi; SANSEI_Haba

**Subject:** Re: Coinabul// RE: Selection of new banking venue in Japan for TPC, GK

Thank you kindly Ms. Mizubuchi!

Could we begin today on setting up online banking at Mizuho, and negotiating rates for USD conversion? I would like to obtain 'standard' fees of 0.1JPY/USD if it is possible, or better, since I will be converting millions of USD worth of JPY on a regular basis.

Mr. Sahara from Mizuho Los Angeles at 213 243 4612 can be reached for establishment of accounts in USA for TransPacific Commerce GK as well, but he is requesting that someone from Mizuho's branch in Tokyo that we are working with contact him directly. If you could request that a representative that we have been working with at Mizuho contact him, that would be great.

Thanks much, and do not hesitate to let me know if further clarification is needed,

Jay


On Thu, Aug 29, 2013 at 2:15 AM, Yuka, Mizobuchi <mizobuchi@sansei-tokyo.co.jp> wrote:

> Dear Mr. Shore,
>
>
> I am Yuka Mizobuchi(Ms.) of SANSEI Trust Tax and Accounting.
>
> Opening procedures of your account at Mizuho bank have been successfully completed.
>
> I send you a copy of the passbook as a PDF attachment.
>
>
> Bank Name:   Mizuho Bank, Ltd.
>
> Branch:      Ginza Branch
>
> Address:     4-2-11, Ginza, Chuo-ku, Tokyo 104-0061 Japan
>
> Phone:       +81-(0)3-3563-6611
>
> Swift Code:  MHBKJPJT
>
> Bank Code:   0001
>
> Branch No.:  035
>
> A/C No.:     2894052
>
> A/C Type:    Ordinary
>
> A/C Name:    TransPacific Commerce GK
>
> Currency:    Japanese Yen
>
>
> Kind regards,

Yuka Mizobuchi

SANSEI Trust Tax and Accounting

Tel: 81-3-3580-3544
Fax: 81-3-3580-3543
Web page: http://www.sansei-tokyo.co.jp

This message contains information which may be confidential and intended solely for the use of the individual or entity to whom they are addressed. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @sansei-tokyo.co.jp and destroy the message and, if any, delete all copies.

...

---

**image001.jpg**
1K

CONFIDENTIAL                                                                                                                          Shore000016