# EXHIBIT 25



# Statement Regarding Temporary Hiatus on U.S. Dollar Withdrawals

TOKYO - JAPAN - June 20th, 2013

Over the past weeks Mt. Gox has experienced rising volumes of deposits and withdrawals from established and upcoming markets interested in Bitcoin. This increased volume has made it difficult for our bank to process the transactions smoothly and within a timely manner, which has created unnecessary delays for our global customers. This is especially so for those in the United States who are requesting wire transfer withdrawals from their accounts.

We are currently making improvements to process withdrawals of United States Dollar (USD) denominations, and as a result are temporarily suspending cash withdrawals of USD for the next two weeks.

Please be reassured that USD deposits and transfers to Mt. Gox will remain unaffected, as will deposits and withdrawals in other currencies, and we will be resuming USD withdrawals once the process is completed.

We apologize for any inconvenience this causes our U.S. customers in the meantime, and look forward to resuming withdrawal service as well as debuting a dramatically improved trading engine which will be launching very soon.

Regards
Mt.Gox Co. Ltd Team.

Mt.Gox Contact **press@mtgox.com**
**Download PDF**

© 2010 - 2013 Tibanne Co. Ltd. (Japan) |