# EXHIBIT 34

**From:** **Support Desk** info@mtgox.com
**Subject:** Request received: checking the status of first deposit
**Date:** February 16, 2014 at 5:02 PM
**To:** Anthony Motto tmotto@highline.net



## Please do not write below this line ##

### Ticket #217404: checking the status of first deposit

Your request (#217404) has been received, and will be reviewed by our support staff shortly.

Please be noted that the Mt.Gox Support Desk operates 24/7/365, however with limited weekend support. Kindly wait and we would respond shortly.

To review the status of the request and add additional comments, follow the link below:
http://support.mtgox.com/requests/217404

---

**Anthony Motto, Feb 17 08:01:**

Hello,

I made my first wire transfer, I just want to make sure it goes ok.
here is the wire details below.
generally, about how long should this take?


Wire Details
Account Details

Wire to MtGox Co Ltd, Shibuya, Tokyo, Japan(...7705)
Wire from PERFBUS CHK (...6987)

Wire Details - Sender
Wire amount 1000.00 U.S. Dollars (USD)
Scheduled On Link to more information in a new browser window. 02/15/2014 at 01:48 PM ET
Wire date 02/18/2014
Message to recipient M52981497X
Message/instructions to recipient bank M52981497X
Memo Link to more information in a new browser window. M52981497X
Transaction number 4958647906
Fed reference number N/A
Status Pending
Submitted by Administrator on 2/15/2014 1:48:13 PM
Last modified by Administrator on 2/15/2014 1:48:13 PM
Approved by Not Available

------------------
Submitted from: https://www.mtgox.com/trade/funding-options

### This email is a service from Support Desk.