# EXHIBIT 35

# Wire Transfer Services
## Outgoing Wire Transfer Request


WELLS FARGO

| Today's Date: | Created After Deadline: | | Wells Fargo Reference Number: |
|---|---|---|---|
| 01/22/2014 | No | | FW00000619022740615 |
| Banker Name: | | | Officer/Portfolio Number: |
| NATANEL E. SAZEGAR | | | CQ146 |
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| / | 04397 | 0000619 | E2154-010 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC") and the International Bank Account Number ("IBAN").

### Originator's Information

| Customer Name: | | Street Address: | |
|---|---|---|---|
| JOSEPH LACK | | 13080 PACIFIC PROMENADE APT 409 | |
| Primary ID Type: | Primary ID Description: | Address Line 2: | |
| DLIC | B6601243 | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: |
| CA | | 01/11/2019 | |
| Secondary ID Type: | Secondary ID Description: | City: | State: |
| PINV | PIN Validation | PLAYA VISTA | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | | | 90094-2116 | US |
| | | | Home Phone: | Business Phone: |
| | | | 213/447-8799 | |

### Wire Amount and Source of Funds

| Create AU: | Debit Wells Fargo Account: | Bank/COID: | Amount (US Dollars): |
|---|---|---|---|
| 0000619 | ▮36784 | 00114 | $40,000.00 |

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| MtGox Co Ltd | Round Cross Shibuya 5F, 11-6 |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ▮7705 | Shibuya 2-Chome, Shibuya-ku Tokyo, |
| Information/Comments: | Name/Address Line 3: |
| M44878669X | Japan 150-002 |
| | Beneficiary Phone Number: |
| | |

### Beneficiary Bank (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: | |
|---|---|---|---|
| | MHCBJPJT | MIZUHO BANK, LTD. | |
| Beneficiary Bank Address: | | City: | Country: |
| | | TOKYO | JP |



Customer Copy

Page 1 of 4
WTR6603 (11-13 SVP)

CONFIDENTIAL　　Lack 000013

Wire Transfer Services Outgoing Wire Transfer Request

## Wire Fees

Wire transfer fees will be charged to the Originator's Debit Account. Additional fees from intermediary and beneficiary banks may be charged to international transactions.
My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

AU of Originator's Account:     Wells Fargo Wire Fee Amount:
0000619     $45

## Customer Signature

I acknowledge I have received and had an opportunity to review this Outgoing Consumer International Wire Transfer Request ("Request"), the Wire Transfer Agreement on pages 3 and 4 of this Request, and the separate Combined Disclosure for this transaction. By signing, I certify all of the information on this Request is correct. **The beneficiary account number and beneficiary bank identification number (e.g. IBAN, RTN, or SWIFT BIC) I provide are complete and accurate, and I understand I could lose the transfer amount if this information is incorrect.** I authorize Wells Fargo to rely on the information in this Request when making the requested wire transfer.

Originator Name
JOSEPH LACK

Originator Signature

☐ Submit manually     Date:
☐ Signature not required     01/22/2014



WTR6603 (11-13 SVP)     Page 2 of 4

CONFIDENTIAL     Lack 000014

## Agreement For Outgoing Consumer International Wire Transfer Requests ("Wire Transfer Agreement")

**Responsibility of Wells Fargo.** The wire transfer described in the Outgoing Consumer International Wire Transfer Request (pages 1 and 2) ("Request") may be sent by wire, telegraph, telephone, cable, or whatever other transmission method Wells Fargo considers to be reasonable. The wire transfer may be transmitted directly to the Beneficiary Bank (the financial institution designated in the Request as the Beneficiary Bank), or indirectly to the Beneficiary Bank through another bank, government agency, or other third party Wells Fargo considers to be reasonable. Wells Fargo may utilize any funds transfer system or intermediary bank reasonably selected by Wells Fargo, even if its selection differs from instructions in the request.

**Limitation of Liability.** Wells Fargo is liable only for damages required to be paid as provided under Regulation E, subpart B or, to the extent applicable, Article 4A of the Uniform Commercial Code (except as expressly modified by this Wire Transfer Agreement). Except as required by Regulation E, subpart B, Wells Fargo will not be responsible for the acts or omissions of any other person or entity, including but not limited to any processor, any country's central bank, or any other financial institution, and no such person or entity will be deemed Wells Fargo's agent. In no event shall Wells Fargo have any liability for any indirect, incidental, consequential, punitive, or special damages, even if advised of the possibility of such damages.

**Reliance on Information Provided.** If a wire transfer request describes the person to receive the wire transfer ("Beneficiary") inconsistently by name and account number, the wire transfer may be made on the basis of the account number even if the account number identifies a person different from the Beneficiary. If a wire transfer request describes a financial institution inconsistently by name and identification number, the identification number may be relied upon as the proper identification of the financial institution.

**Currency.** A wire transfer expressed in U.S. Dollars will be sent in U.S. Dollars. You may request that, prior to executing the wire transfer, Wells Fargo convert the amount to be transferred from U.S. Dollars to the currency of a designated foreign government or intergovernmental organization ("Foreign Currency"). The foreign exchange rate is disclosed in the Wire Transfer Combined Disclosure.

**Error Resolution.** In the event that you believe an error has occurred with respect to this wire transfer, you must notify Wells Fargo within 180 days of the "*Availability Date*" (the date when funds will be available to the Beneficiary) specified on the Wire Transfer Combined Disclosure by contacting us at the telephone number or address specified on the Wire Transfer Combined Disclosure. If you fail to notify us within this time period, Wells Fargo will not be liable for any error or loss of interest or any interest equivalent relating to the erroneous transaction. Unauthorized transactions (e.g., a wire transfer you did not authorize), are not considered errors. Your reporting obligations for unauthorized transactions are described below. When you contact us, please tell us: (a) your name, address and telephone number where we can reach you during business hours; (b) the Beneficiary's name and, if known, his or her telephone number and address; (c) the date, dollar amount and transaction confirmation number of the wire transfer specified on the Wire Transfer Combined Disclosure; and (d) the error or problem with the wire transfer, and why you believe it is an error or problem.

**Cutoff Times.** We have cutoff times for processing wire transfer requests. Cutoff times vary by store location and the type of wire transfer request. We may treat wire transfer requests received after a cutoff time as if received the next business day (every day is a business day except Saturdays, Sundays, and federal holidays). We tell you our cutoff times upon request. The Availability Date for your wire transfer is specified on the Wire Transfer Combined Disclosure which Wells Fargo has separately provided to you.

**Cancellation.** You may cancel this wire transfer request for a full refund within 30 minutes of completing this transaction. To cancel, call the cancellation phone number printed on your Wire Transfer Combine Disclosure.

**Finality.** After the time for cancellation, the wire transfer will be final and will not be subject to stop payment or recall, except Wells Fargo may, at your request, try to stop payment or recall the wire transfer. In such case, Wells Fargo will incur no liability for its failure or inability to do so.

**Taxes and Fees.** Tax and fee information for your wire transfer request, including the outgoing wire fee is disclosed in the Wire Transfer Combined Disclosure which Wells Fargo has separately provided to you in connection with this wire transfer request.

**Choice of Law.** This Outgoing Consumer International Wire Transfer Request is a "remittance transfer" as defined in Regulation E, Subpart B, and will be governed by the laws of the United States and, to the extent applicable, the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, without regard to its conflict of laws principles.

**Other Agreements/Dispute Resolution.** I understand I am bound by the Wire Transfer Agreement and the account agreement I have with Wells Fargo, including the terms of the dispute resolution program under which our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge. In the event of any conflict of interest between a provision of this Wire Transfer Agreement and any other agreement you may have with Wells Fargo (including, without limitation, any account agreement between us), the terms herein will govern the subject matter of this Wire Transfer. Agreement.

## Wire Transfer Information

**General Information: You can NOT have a bank as the final beneficiary,** unless the wire is a payment to Wells Fargo (i.e.: mortgage, auto loan, etc,). We are required to know who the money is going to in order to ensure the funds are not being used to support terrorist or drug activity. We need a beneficiary account number, beneficiary bank identification number and a complete physical address.

Wires going to foreign countries require different numbers depending on the receiving foreign country. All wire transfer payments destined for Europe should include the SWIFT Bank Identifier Code (SWIFT BIC), International Routing Code (IRC) as applicable, and for participating countries the beneficiary's International Bank Account Number (IBAN). Mexican banks require a CLABE number in addition to the SWIFT BIC. If you do not have a SWIFT BIC, IBAN, IRC, or Mexican CLABE number, you must contact the beneficiary of the wire. If the beneficiary does not have the needed information, please have the beneficiary contact their bank to obtain it. Sending an international wire without the required information can cause the wire to be delayed, returned, or assessed additional fees. When sending funds in a foreign currency, please ensure the beneficiary's account accepts the designated foreign currency. For international wires in foreign currency equal to or over $100,000 U.S. equivalent, please call your local Foreign Exchange Specialist at 800-786-5593, to obtain a contract number.

1. **SWIFT** Bank Identifier Code (SWIFT BIC). The 8 or 11 character SWIFT BIC is a unique series of alpha numeric characters that help to identify a specific financial institution.
2. **International Routing Code (IRC):** Some countries throughout the international banking community have created international routing codes, which are used in combination with the SWIFT BIC to aid in routing the payment through a main office to a branch. Each country has a specific name for their routing code (i.e., Sort Code in the United Kingdom, Canadian Payments Association Routing Numbers in Canada).
3. **International Bank Account Number (IBAN):** The IBAN varies by country/institution. Only the bank servicing an account can provide the correct IBAN of that account.



Page 3 of 4

WTR6603 (11-13 SVP)

Wire Transfer Services Outgoing Wire Transfer Request

Participating Countries that require an IBAN:

| | | | | | |
|---|---|---|---|---|---|
| Albania | Dominican Republic | Guadeloupe | Lithuania | Norway | Spain |
| Andorra | Estonia | Hungary | Luxembourg | Poland | Sweden |
| Austria | Finland | Iceland | Macedonia | Portugal | Switzerland |
| Belgium | France | Ireland (Republic of) | Malta | Reunion Island | Tunisia |
| Bosnia and Herzegovina | French Guiana | Isle of Man | Martinique | Romania | Turkey |
| Bulgaria | French Polynesia | Italy | Mauritania | San Marino | United Arab Emirates |
| Croatia | Georgia | Kazakhstan | Monaco | Saudi Arabia | United Kingdom |
| Cyprus | Germany | Kuwait | Montenegro | Serbia | |
| Czech Republic | Gibraltar | Latvia | Netherlands | Slovak Republic | |
| Denmark | Greece | Liechtenstein | New Caledonia | Slovenia | |

4. **Mexico CLABE Account Number:** Mexican banks require an 18 digit CLABE account number be added to the beneficiary instructions to ensure payment. The CLABE number is required on all Mexican Peso (MXN) and USD payments sent to Mexico.



MtGox - Bitcoin Exchange                                              Page 1 of 1

*X6784.    20 K. 40.*

**Wire information:**

**Beneficiary Name (Recipient):** MtGox Co Ltd, Shibuya, Tokyo, Japan (IMPORTANT: if the beneficiary account name is not entered, our bank cannot assign the funds to our account)
**Branch Number-Account Number:** 210-1457705 (can be entered without the hyphen)
**SWIFT:** MHCBJPJT
**Name Of Bank:** Mizuho Bank Ltd.
**Branch Name (if required):** Shibuya
**Bank address:** 1-5, Uchisaiwaicho 1-Chome, Chiyoda-ku 100-0011 Tokyo, Japan
**Recipient Address:** Round Cross Shibuya 5F, 11-6 Shibuya 2-Chome, Shibuya-ku Tokyo, Japan *150-0002*
**Message:** M44878669X (IMPORTANT: this message identifies you and will allow us to credit YOUR account)

**NOTE: International wire transfers usually take 10 business days to reach us. All deposits are subject to AML check due to more stringent AML requirements and this process may take up to 24 hours after the funds have reached us.**

Note: Please be sure to instruct your transfer to be sent in a specific currency that you wish for to ensure that they are not converted by the intermediate bank or receiving bank in the process in order to avoid any exchange rate losses. For example, if you wish to receive USD in your MtGox wallet, please instruct the bank for the funds to be sent only in USD and ask the bank to add a message, "Do not Convert" to avoid the intermediate bank from converting the funds as well.

https://www.mtgox.com/trade/funding-options                                1/22/2014

Lack 000017

# Wells Fargo Bank
## Combined Disclosure for Outgoing Consumer International Wires

**WELLS FARGO**

Transaction Date and Time (Month, Day, Year)
Date / Time 01/22/2014  10:23 AM  (PT)

Transaction Confirmation:
325066

### Originator's (Sender) Information

Originator Name:
JOSEPH LACK

Debit Account (Last 4 Digits):
67~~76~~ 6784

Address Line 1:
13080 PACIFIC PROMENADE APT 409

Address Line 2:
PLAYA VISTA, CA 90094-2116

### Beneficiary Bank Information

Beneficiary Bank Name:
MIZUHO BANK LTD

Beneficiary Bank ID (BIC/SWIFT):
MHCBJPJT

Beneficiary Bank Country Code:
JP

### Beneficiary Information

Beneficiary Name:
mtgox co ltd  *Mt Gox Co Ltd*

Address Line 1:
Round Cross Shibuya 5F,11-6 Shibuya

Beneficiary Account Number:
2101457705

Address Line 2:
2-Chome,Shibuya-ku Tokyo, Japan

Address Line 3:
150-0002

### Wire Information

The following items will be debited from your account.

| | |
|---|---|
| Transfer Amount: | 40,000.00 USD |
| Wire Transfer Fee: + | 45.00 USD |
| Associated Taxes: + | 0.00 USD |
| Total Transfer and Charges: | 40,045.00 USD |

Availability Date: 01/29/14

Recipient Amount and Fees.

| | |
|---|---|
| Transfer Amount: | 40,000.00 USD |
| Other Fees: - | 0.00 USD |
| Total for Recipient: | 40,000.00 USD |

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.

**Beneficiary Account Number / Bank ID:** The beneficiary account number and beneficiary bank identification number (e.g. IBAN, RTN, or SWIFT BIC) you provided must be complete and accurate. You could lose the transfer amount if this information is incorrect.

**Availability Date:** Beneficiary may receive the wire transfer before or on the availability date specified above.

**Cancellation:** You can cancel this wire transfer for a full refund within 30 minutes of transaction authorization. To initiate such a request or if you have questions, call the Wire Transfer Services Team at 1-855-339-6655.

**Disputes:** You have a right to dispute errors in your transaction. If you think there is an error, contact the Wire Transfer Services Team at 1-855-339-6655 as soon as possible (must be within 180 days of the Availability Date listed above). You may also go to www.wellsfargo.com/help/faqs/transfers_faqs for a written explanation of your rights.

**Questions:** For questions or complaints about Wells Fargo, you can contact the Consumer Financial Protection Bureau at 1-855-411-2372, 1-855-729-2372 (TTY / TDD) or at www.consumerfinance.gov.

### Proof of Payment Section (Banker Use Only - To be signed after the Wire is authorized):

Wire Payment Confirmed - Banker Signature:

Time/Date:

Banker Name:
NATANEL E. SAZEGAR

Banker Phone Number:
/

WTR1073 (11-13 SVP)

Page 1 of 1
Wells Fargo Confidential

CONFIDENTIAL

Lack 000018