# EXHIBIT 41

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>       *Defendants*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**DECLARATION OF ANTHONY MOTTO**

I, Anthony Motto, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18, and, if called to do so, could testify competently to the matters set forth below.

2. I was the sole proprietor of Highline Technologies, Inc., owner of a deposit account at the Chase Bank in Streamwood, Illinois. For many years the business was solely a computer consulting business, but around 2013 I made the decision to expand into bitcoin-related ventures. I opened another account at Chase in Highline Technologies' name to handle this aspect of the business. (Highline Technologies eventually ceased principal operations in mid- to late-2014.) It was from this account that I transferred money to Mizuho Bank, marked for receipt by Mt. Gox.

3. I scheduled the wire to be completed on February 18, 2014.

      4.      I do not recall receiving any communication from Chase offering me the opportunity to cancel my wire transaction.

      5.      On or about September 5, 2017, I asked Chase if they had any documents or records reflecting that they had given me any opportunity to cancel the wire. I was told that Chase had no such documents.

      6.      I declare under penalty of perjury that the foregoing is true and correct. Executed October 13, 2017

*[signature: Anthony Motto]*
_____

## Signature Certificate

 **Document Reference:** `8HTDU6J695BMWEYF5TYNIJ`





**Tony Motto**
Party ID: EDEMUTIP7LZKVD5BW79JVJ
IP Address: 99.179.149.12

| VERIFIED EMAIL: | megahz21@gmail.com |



Multi-Factor
**Digital Fingerprint Checksum**   `675ebf5440fde85295118a7c031c20951ba75bdc`



| Timestamp | Audit |
|---|---|
| 2017-10-13 15:00:00 -0700 | All parties have signed document. Signed copies sent to: Aaron Lawson, Tony Motto, and Stewart Pollock. |
| 2017-10-13 14:59:59 -0700 | Document signed by Tony Motto (megahz21@gmail.com) with drawn signature. - 99.179.149.12 |
| 2017-10-13 14:58:22 -0700 | Document viewed by Tony Motto (megahz21@gmail.com). - 99.179.149.12 |
| 2017-10-13 14:21:33 -0700 | Document created by Stewart Pollock (spollock@edelson.com). - 173.164.131.25 |



This signature page provides a record of the online activity executing this contract.

Page 1 of 1