# EXHIBIT 43



City of New York, State of New York, County of New York

I, Wendy Poon, hereby certify that documents marked with the following Bates stamps are, to the best of my knowledge and belief, true an accurate translations from Japanese into English: MIZ_0003022-MIZ_0003023, MIZ_0003108-MIZ_0003110, MIZ_0003205, MIZ_0003341-MIZ_0003342, MIZ_0003343, MIZ_0003347, MIZ_0003348, MIZ_0003361-MIZ_0003362, MIZ_0003363-MIZ_0003364, MIZ_0003365, MIZ_0003370-MIZ_0003371, MIZ_0003377, MIZ_0003457, MIZ_0003467-MIZ_0003468, MIZ_0003764-MIZ_0003766, MIZ_0003792-MIZ_0003793, MIZ_0003803

_____
Wendy Poon

Sworn to before me this
October 12, 2017

_____
Signature, Notary Public

ANGELA LO
NOTARY
NO. 01LO6353549
QUALIFIED IN
NEW YORK COUNTY
COMM. EXP.
01-30-2021
STATE OF NEW YORK
PUBLIC

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE