IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**MOTION BY ANTHONY MOTTO, JOSEPH LACK, and GREGORY PEARCE FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs Anthony Motto, Joseph Lack, and Gregory Pearce hereby give notice that they are filing their Memorandum in Support of Motion for Class Certification, and certain accompanying exhibits, under seal. Plaintiffs further state as follows:

On January 26, 2016, the Court entered a protective order in this case permitting any party to designate documents as either "Confidential" or "Attorney's Eyes Only." (Dkt. 178.) The accompanying memorandum relies on several documents that were designated either "Confidential" or "Attorney's Eyes Only." These documents are attached as exhibits to the memorandum. Facts derived from these documents are central to the accompanying memorandum.

In Plaintiffs' view, none of these documents meet the criteria for filing under seal—none contain trade secrets or the kind of information whose economic value depends on secrecy, and

neither is there good cause to maintain the secrecy of any of these documents sufficient to upset the presumption against public access. *See, e.g.*, *Baxter Int'l, Inc. v. Abbott Labs.*, 297 F.3d 544, 546-48 (7th Cir. 2002). Thus, the Court should order the accompanying memorandum and exhibits be filed publicly.

    Nevertheless, Defendant Mizuho Bank, Ltd., has seen fit to designate many of these documents as subject to the Protective Order entered in this case. Plaintiffs thus file these documents, along with an unredacted version of their Memorandum in Support of Class Certification, under seal in order to allow Defendant an opportunity to say why the documents, while not meeting the criteria for filing under seal, should be filed under seal, and only the redacted Memorandum be available publicly.

                                         Respectfully submitted,

                                         **ANTHONY MOTTO, JOSEPH LACK,**
                                         and **GREGORY PEARCE** individually and on behalf of all others similarly situated,

Dated: October 13, 2017               By: /s/ Jay Edelson
                                              One of Plaintiffs' Attorneys

                                         Jay Edelson
                                         jedelson@edelson.com
                                         Benjamin S. Thomassen
                                         bthomassen@edelson.com
                                         EDELSON PC
                                         350 North LaSalle Street, Suite 1300
                                         Chicago, Illinois 60654
                                         Tel: 312.589.6370
                                         Fax: 312.589.6378

                                         Rafey S. Balabanian
                                         rbalabanian@edelson.com
                                         J. Aaron Lawson*
                                         alawson@edelson.com
                                         Edelson PC
                                         123 Townsend Street, Suite 100
                                         San Francisco, California 94107

Tel: 415.212.9300
Fax: 415.373.9495
*admitted only in Illinois, supervised by members of the California Bar*

Counsel for Plaintiffs and the Putative Classes

**CERTIFICATE OF SERVICE**

    I, J. Aaron Lawson, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, and via electronic mail to Mark Karpeles, on October 12, 2017.

                                           /s/ J. Aaron Lawson