IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>   *Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**MOTION BY ANTHONY MOTTO, JOSEPH LACK, and GREGORY PEARCE FOR LEAVE TO FILE EXCESS PAGES *INSTANTER***

  Plaintiffs Anthony Motto, Joseph Lack, and Gregory Pearce, through undersigned counsel, hereby move under N.D. Ill. 7.1 for leave to file, *instanter*, their memorandum in support of their motion for class certification in excess of the Court's 15-page limit. In support Plaintiffs state as follows:

  1.  In the Memorandum, Plaintiffs seek to certify two multistate classes against Defendant Mizuho Bank, Ltd.

  2.  In preparing this memorandum, Plaintiffs' counsel made every effort to comply with Local Rule 7.1. However, in order to adequately address (i) the factual and procedural posture of the case, (ii) the claims of the proposed classes, and (iii) the appropriateness of class certification under Federal Rules of Civil Procedure 23(a) and 23(b)(3), Plaintiff's Memorandum exceeds the Court's fifteen-page limit.

3. Specifically, Plaintiffs' Memorandum includes 37 pages of substance, exclusive of supporting exhibits.

4. Plaintiffs do not file the instant motion for any improper purpose. Instead, the excess pages are necessary to adequately address the facts and law relevant to the motion for class certification.

**WHEREFORE**, Plaintiffs Anthony Motto, Joseph Lack, and Gregory Pearce respectfully request that the Court enter an Order (i) granting leave to file their memorandum in support of their motion for class certification, the substance of which shall not exceed thirty-seven (37) pages, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**ANTHONY MOTTO, JOSEPH LACK,** and **GREGORY PEARCE** individually and on behalf of all others similarly situated,

Dated: October 13, 2017

By: /s/ Jay Edelson
   One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson*
alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107

Tel: 415.212.9300
Fax: 415.373.9495
*admitted only in Illinois, supervised by members of the California Bar*

Counsel for Plaintiffs and the Putative Classes

**CERTIFICATE OF SERVICE**

    I, J. Aaron Lawson, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, and via electronic mail to Mark Karpeles, on October 12, 2017.

                                       /s/ J. Aaron Lawson