UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>    *Defendants*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

TO:   See attached certificate of service.

  **PLEASE TAKE NOTICE** that on October 18, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Motion by Anthony Motto, Joseph Lack, and Gregory Pearce for Class Certification**, a copy of which has been served upon you via the Court's CM/ECF electronic filing system, or, where appropriate, by electronic mail.

| | |
|---|---|
| Dated: October 13, 2017 | By: /s/ Jay Edelson<br>   One of Plaintiffs' Attorneys<br><br>Jay Edelson<br>jedelson@edelson.com<br>Benjamin S. Thomassen<br>bthomassen@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>Rafey S. Balabanian<br>rbalabanian@edelson.com<br>J. Aaron Lawson* |

1

alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495
*-*admitted in Illinois, practice supervised by members of the California bar*

Counsel for Plaintiffs and the Putative Classes

## **CERTIFICATE OF SERVICE**

  I, J. Aaron Lawson, an attorney, hereby certify that on October 13, 2017, I caused to be served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system, and via email upon Mark Karpeles.

              /s/ J. Aaron Lawson