# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Gregory Greene, et al.

                    Plaintiff,

v.

Mark Karpeles, et al.

                    Defendant.

Case No.: 1:14–cv–01437
Honorable Gary Feinerman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 16, 2017:

    MINUTE entry before the Honorable Gary Feinerman: Motion hearing on Plaintiff's motion to certify class [294] set for 10/18/2017 [299] is stricken and re–set to 10/17/2017 at 10:00 AM. Mailed notice (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.