IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all other similarly situated,<br><br>        *Plaintiffs,*<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, and insividual,<br><br>        *Defendants.* | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**MOTION BY NINA EISENBERG FOR LEAVE TO WITHDRAW HER APPEARANCE AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFF**

Nina Eisenberg, one of the attorneys of record for Plaintiffs, Gregory Greene, Joseph Lack, Anthony Motto, and Gregory Pearce ("Plaintiffs"), respectfully moves this Court pursuant to Local Rule 83.17 for leave to withdraw as counsel of record for Plaintiffs. In support of this Motion, Ms. Eisenberg states as follows:

    1.    As of September 19, 2017, Ms. Eisenberg no longer works with the law firm Edelson PC, which has been retained to represent the Plaintiffs in this matter. As such, Ms. Eisenberg seeks leave to withdraw his appearance on behalf of the Plaintiffs.

    2.    Although Ms. Eisenberg no longer works with Edelson PC and no longer represents the Plaintiffs in this action, the Plaintiffs will continue to be represented by other attorneys at Edelson PC, including Jay Edelson, Rafey Balabanian, J. Aaron Lawson, and Benjamin S. Thomassen. Plaintiffs will, therefore, not be prejudiced by Ms. Eisenberg's withdrawal.

WHEREFORE, Ms. Eisenberg respectfully requests that the Court enter an order granting her leave to withdraw his appearance as one of the attorneys of record for Plaintiffs.

Respectfully submitted,

Dated: November 14, 2017

By: /s/ Benjamin S. Thomassen

/s/ Benjamin S. Thomassen for Nina Eisenberg

One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
J. Aaron Lawson
alawson@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

*Counsel for Plaintiffs and the Putative Classes*

## CERTIFICATE OF SERVICE

      I hereby certify that I served the above and foregoing *Motion by Nina Eisenberg for Leave to Withdraw Her Appearance as One of the Counsel of Record for Plaintiffs* by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system on November 14, 2017.

                                                  /s/ Benjamin S. Thomassen