IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all other similarly situated,<br><br>        *Plaintiffs,*<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, and insividual,<br><br>        *Defendants.* | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Monday, November 20, 2017 at 9:00 am or as soon thereafter as I may be heard, I shall appear before Honorable Judge Gary Feinerman or any judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen Building, U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the Plaintiff's *Motion by Nina Eisenberg for Leave to Withdraw Her Appearance as One of the Counsel of Record for Plaintiffs*, a copy of which has been served upon you via Court's CM/ECF electronic filing system.

Dated: November 14, 2017        By: /s/ Benjamin S. Thomassen
                                                   One of Plaintiff's Attorneys

                                                   Jay Edelson
                                                   jedelson@edelson.com
                                                 Benjamin S. Thomassen
                                                 bthomassen@edelson.com
                                                 J. Aaron Lawson
                                                 alawson@edelson.com
                                                 EDELSON PC

350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
EDELSON PC
rbalabanian@edelson.com
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

      I, Benjamin S. Thomassen, an attorney, hereby certify that on November 14, 2017, I served the above and foregoing *Notice of Motion* by causing a true and accurate copy of such paper to be transmitted to all parties via the court's CM/ECF electronic filing system on this day the 14th day of November 2017.

                                                              /s/ Benjamin S. Thomassen