# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | No. 1:14-cv-01437 |
| v. | Hon. Gary Feinerman |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | Magistrate Judge Susan Cox |
| *Defendants*. | |

## PLAINTIFF ANTHONY MOTTO'S UNOPPOSED MOTION TO EXTEND EXPERT DEPOSITION DEADLINE

Plaintiff Anthony Motto ("Plaintiff") by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4), respectfully moves the Court for a 21-day extension of the Court's deadline for the parties to complete expert depositions. In support of this motion, Plaintiff states as follows:

1. On August 16, 2017, the Court amended the case schedule, whereby all expert depositions must be completed by January 16, 2018.

2. Since that time, Plaintiff designated two experts: Professor Todd Henderson and Mr. Andrew Rasmussen. Those individuals were deposed on December 21, 2017 and January 11, 2018, respectively. Defendant also designated two experts: Mr. Mark Williams and Mr. Hirotada Inoshita. Plaintiff deposed Mr. Williams on January 11, 2018.

3. With respect to Mr. Inoshita's deposition, counsel for Defendant initially indicated—as the parties reported to the Court at the December 12, 2017 status hearing—that

Mr. Inoshita would be available to be deposed via video conference from Tokyo. Upon researching the matter, however, counsel for both sides agree that a treaty between the governments of United States and Japan requires that the deposition take place in one of a limited number of locations in Japan, which are accordingly in high demand. Thus, conducting Mr. Inoshita's deposition from Japan—whether in person or via videoconference—would take several months to schedule and almost certainly require counsel for all parties to travel to Tokyo. *See generally* U.S. Embassy & Consulates in Japan, Depositions in Japan, https://jp.usembassy.gov/u-s-citizen-services/local-resources-of-u-s-citizens/attorneys/depositions-in-japan/ (last visited January 16, 2018).[1]

  4. The parties are exploring other options for timely and efficiently conducting Mr. Inoshita's deposition. To facilitate this process, Plaintiff respectfully requests a 21-day extension to the expert deposition deadline—i.e., from January 16, 2018, to February 6, 2018. Plaintiff reasonably believes that by February 6, 2018, Mr. Inoshita's deposition will either be complete or the parties will have a concrete sense of when then the deposition will occur (i.e., in the event the parties must proceed by deposition by reserving space at the U.S. Embassy in Tokyo).

  5. Plaintiff's counsel conferred with Mizuho's counsel on January 16, 2018. Counsel for Mizuho indicated that Defendant does not oppose this motion and agrees to the relief requested herein.

  6. The requested extension is not sought for the purposes of delay or any improper purpose. Further, the extension will not prejudice any Party or affect any other deadlines or hearing dates currently set by the Court.

  7. Based on the foregoing, Plaintiff respectfully submits that good cause exists to

---

[1]  Per the information provided by the United States's Embassy in Japan, the next availability to conduct a deposition in Tokyo, Japan is in late March and April 2018.

2

grant the requested extension to the Court's case schedule.

**WHEREFORE**, Plaintiff Anthony Motto respectfully requests that the Court enter an order (i) granting the instant motion, (ii) extending the deadline to complete expert depositions until February 6, 2018, and (iii) awarding such other and further relief as the Court deems reasonable and just.

Dated: January 16, 2018          By: /s/ Benjamin S. Thomassen
                                                        One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

Counsel for Plaintiffs and the Putative Classes

## **CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, hereby certify that on January 16, 2018, I caused to be served the above and foregoing *Plaintiff's Unopposed Motion to Extend Expert Deposition Deadline* by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                                      /s/ Benjamin S. Thomassen