UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>   *Defendants*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

### PLAINTIFF ANTHONY MOTTO'S UNOPPOSED MOTION TO EXTEND EXPERT DEPOSITION DEADLINE

TO: See attached certificate of service.

**PLEASE TAKE NOTICE** that on January 22, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present *Plaintiff's Unopposed Motion to Extend Expert Deposition Deadline*, a copy of which has been served upon you via the Court's CM/ECF electronic filing system.

Dated: January 16, 2018      By: /s/ Benjamin S. Thomassen
                One of Plaintiffs' Attorneys

                Jay Edelson
                jedelson@edelson.com
                Benjamin S. Thomassen
                bthomassen@edelson.com
                EDELSON PC
                350 North LaSalle Street, Suite 1300
                Chicago, Illinois 60654
                Tel: 312.589.6370
                Fax: 312.589.6378

                Rafey S. Balabanian

rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

Counsel for Plaintiffs and the Putative Classes

## **CERTIFICATE OF SERVICE**

  I, Benjamin S. Thomassen, an attorney, hereby certify that on January 16, 2018, I caused to be served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                /s/ Benjamin S. Thomassen