IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 14 C 01437 |
| v. | Judge Gary Feinerman |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | Magistrate Judge Susan E. Cox |
| *Defendants*. | |

**DEFENDANT MIZUHO BANK, LTD.'S
UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZE BRIEF**

Defendant Mizuho Bank, Ltd. ("Mizuho"), by and through its undersigned attorneys, respectfully moves for leave to file an oversize brief, not to exceed thirty-five (35) pages, in opposition to Plaintiffs' motion for class certification. In support of this motion, Mizuho states as follows:

1. The plaintiffs' motion for class certification seeks to certify a class against Mizuho. [Dkt. 294.]

2. In support of their motion, the plaintiffs filed a 37-page memorandum of law. [Dkt. 295.]

3. In preparing its response in opposition, Mizuho's counsel made every effort to comply with Local Rule 7.1. However, in order to adequately address each of the plaintiffs' arguments in favor of class certification, Mizuho's brief will exceed the Court's fifteen (15) page limit.

4. Given the substantive arguments contained in the plaintiffs' memorandum of law, it is not practicable to adequately present all of Mizuho's arguments in fifteen (15) pages. The requested number of pages is necessary in order to afford Mizuho a fair opportunity to raise all of its arguments, without sacrificing the force or persuasiveness of its arguments.

5. Counsel for Mizuho has conferred with counsel for the plaintiffs, and the plaintiffs do not oppose Mizuho's request for leave to file an oversize brief.

WHEREFORE, Mizuho respectfully requests that this Court grant its Motion; grant Mizuho leave to file its response in opposition to the plaintiffs' motion for class certification in excess of fifteen (15) pages; and grant such other and further relief as appropriate.

                                      MIZUHO BANK, LTD.

                                      By:   */s/* Jason A. Frye
                                                  One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL 60602-3801
(312) 269-8000

Jerome S. Fortinsky (admitted *Pro Hac Vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *Pro Hac Vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *Pro Hac Vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

*Attorneys for Defendant Mizuho Bank, Ltd.*


Dated: January 23, 2018