IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants.* | Case No. 14 C 01437<br><br>Judge Gary Feinerman<br><br>Magistrate Judge Susan E. Cox |

## DECLARATION OF JEROME S. FORTINSKY

I, JEROME S. FORTINSKY, declare as follows:

I am a member of the firm of Shearman & Sterling LLP, which represents defendant Mizuho Bank, Ltd. ("Mizuho") in this action. I have been admitted *pro hac vice* in this action and submit this declaration in support of Defendant Mizuho Bank, Ltd.'s Motion to Exclude the Report and Testimony of M. Todd Henderson.

1. Attached hereto as Exhibit 1 are true and correct excerpts from the transcript of the December 21, 2017 deposition of M. Todd Henderson.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of M. Todd Henderson, dated October 2, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of February, 2018 in New York, New York.

_____
Jerome S. Fortinsky