IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>    *Defendants*. | Case No. 14 C 01437<br><br>Judge Gary Feinerman<br><br>Magistrate Judge Susan E. Cox |

**MOTION FOR LEAVE TO FILE MIZUHO'S MOTION TO EXCLUDE THE
REPORT AND TESTIMONY OF M. TODD HENDERSON UNDER SEAL**

Defendant Mizuho Bank, Ltd. ("Mizuho"), by its attorneys, and pursuant to Northern District of Illinois Local Rule 26.2, respectfully moves for an Order of this Court allowing it to file the papers in support of Mizuho's Motion to Exclude the Report and Testimony of M. Todd Henderson (the "Motion to Exclude") under seal.[1]

  1.  Mizuho's Memorandum Of Law In Support Of Its Motion to Exclude the Report and Testimony of M. Todd Henderson ("Memorandum Of Law") quotes from and discusses the substance of two documents: the transcript of the deposition of M. Todd Henderson, and the Expert Report of M. Todd Henderson, each of which the parties have labeled "CONFIDENTIAL" (the "Confidential Documents"). In addition, Mizuho describes the

---

[1] Mizuho continues to contest this Court's personal jurisdiction over it in this litigation, and does not consent to jurisdiction by virtue of this filing, but is instead filing necessary documents in this litigation to avoid being found in default, or otherwise prejudicing its position, and reserves all rights.

Confidential Documents in the Motion to Exclude and attaches them as Exhibits 1 through 2 to the Declaration of Jerome S. Fortinsky, which is being filed in support of the Motion to Exclude.

2. On January 26, 2016, this Court entered a Stipulated Protective Order, which governs documents marked by the parties as confidential. (Dkt No. 178). The Stipulated Protective Order provides that "[a]ny Discovery Material designated as "CONFIDENTIAL" . . . submitted to the Court (including documents or materials containing information therefrom), shall be labeled "CONFIDENTIAL" . . . and shall be filed under seal." (*Id.* at ¶ 18).

3. Because the motion papers associated with Mizuho's Motion to Exclude (the "Motion Papers") include a copy of, quote from, and discuss the substance of the Confidential Documents, Mizuho requests that the Court grant it leave to file the Motion Papers under seal with access limited to the Court, attorneys of record, and parties to this case. *See, e.g.*, *Cusack v. Bank United of Texas FSB*, 159 F.3d 1040, 1042 (7th Cir. 1998) (affirming the district judge's order that certain information be filed under seal with the court, noting the "low public value of disclosure in the circumstances weighed against the possible costs to the defendant of that disclosure").

4. Mizuho is filing redacted versions of the Motion Papers on the public docket, and is filing unredacted versions of these documents under seal, subject to the Court's ruling on this Motion for Leave to File Under Seal.

WHEREFORE, Defendant Mizuho respectfully requests the Court to enter an Order granting it leave to file the Motion Papers under seal.

MIZUHO BANK, LTD.

By:   /s/ Jerome S. Fortinsky
     One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL 60602-3801
(312) 269-8000

Jerome S. Fortinsky (admitted *pro hac vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *pro hac vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *pro hac vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Dated: February 1, 2018

# CERTIFICATE OF SERVICE

The undersigned, Jerome S. Fortinsky, an attorney, hereby certifies that on February 1, 2018, he caused a true and accurate copy of the foregoing **Motion For Leave To File Mizuho's Motion to Exclude the Report and Testimony of M. Todd Henderson Under Seal** to be filed with the Clerk of Court using the CM/ECF system, which shall send notification to all counsel of record by operation of the Court's electronic filing system.

                                                       /s/ Jerome S. Fortinsky
                                                          Jerome S. Fortinsky