IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 14 C 01437 |
| v. | Judge Gary Feinerman |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | Magistrate Judge Susan E. Cox |
| *Defendants*. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 6, 2018 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Gary Feinerman in Courtroom 2125 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and will present a **Motion for Leave to File Mizuho's Motion to Exclude the Report and Testimony of M. Todd Henderson Under Seal**, a copy of which has been served upon you via the Court's electronic filing system or via electronic mail.

MIZUHO BANK, LTD.


By:  /s/ Jerome S. Fortinsky
        One of Its Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL  60602-3801
(312) 269-8000

Jerome S. Fortinsky (admitted *pro hac vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *pro hac vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *pro hac vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Attorneys for Defendant Mizuho Bank, Ltd.


Dated:  February 1, 2018

## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certify that on the 1st day of February, 2018, they caused Defendant Mizuho Bank, Ltd.'s **Motion for Leave to File Mizuho's Motion to Exclude the Report and Testimony of M. Todd Henderson Under Seal** to be served by causing true and accurate copies of such paper to be transmitted via ECF to all counsel of record,

/s/ Jerome S. Fortinsky

and via electronic mail to Mark Karpeles.

/s/ Chad Remus