IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 14 C 01437<br><br>Judge Gary Feinerman<br><br>Magistrate Judge Susan E. Cox |

## DECLARATION OF JEROME S. FORTINSKY

I, JEROME S. FORTINSKY, declare as follows:

I am a member of the firm of Shearman & Sterling LLP, which represents defendant Mizuho Bank, Ltd. ("Mizuho") in this action. I have been admitted *pro hac vice* in this action and submit this declaration in opposition to Plaintiff's Motion For Class Certification.

1. Attached hereto as Exhibit 1 is a true and correct copy of the complaint in *Lack v. Mizuho Bank*, 2:18-cv-00617 (C.D. Cal.), filed January 24, 2018.

2. Attached hereto as Exhibit 2 is a true and correct copy of the complaint in *Pearce v. Mizuho Bank*, 2:18-cv-00306-RK (E.D. Pa.), filed January 24, 2018.

3. Attached hereto as Exhibit 3 is a true and correct copy of an announcement from Mt. Gox's website entitled "Statement Regarding Temporary Hiatus on U.S. Dollar Withdrawals," dated June 20, 2013, which was printed from http://web.archive.org/web/20130811014059/https://www.mtgox.com/press_relea

se_20130620.html. A copy of this document was also submitted as Exhibit 25 to Memorandum in Support of Motion by Anthony Motto, Joseph Lack, and Gregory Pearce for Class Certification ("Plaintiff's Motion for Class Certification") (Doc. No. 295-11).

4. Attached hereto as Exhibit 4 is a true and correct copy of an announcement from Mt. Gox's website entitled "Statement on Resumption of Withdrawals and Improved Banking," dated July 4, 2013, which was printed from http://web.archive.org/web/20130810181218/https://www.mtgox.com/press_relea se_20130704.html. A copy of this document was also submitted as Exhibit 26 to Plaintiff's Motion for Class Certification (Doc. No. 295-12).

5. Attached hereto as Exhibit 5 is a true and correct copy of a document produced in discovery by plaintiff Anthony Motto, bearing Bates numbers Motto 000075 through Motto 000076. Relevant material in this document has been highlighted by counsel for the Court's convenience.

6. Attached hereto as Exhibit 6 is a true and correct copy of a seizure warrant issued on May 14, 2013 in the proceeding entitled In the Matter of the Seizure of The contents of one Dwolla account, Case No. 13-1162 (SKG), in the U.S. District Court for the District of Maryland. Relevant material in this document has been highlighted by counsel for the Court's convenience. A copy of this document was also submitted as Exhibit 9 to Plaintiff's Motion for Class Certification (Doc. No. 295-6).

7. Attached hereto as Exhibit 7 is a true and correct copy of a page from Mt. Gox's support website entitled "Withdrawal and Deposit Information," dated September

29, 2011, which was printed from https://web.archive.org/web/20130501221733/https://support.mtgox.com/entries/20490576-Withdrawals-and-Deposits. Relevant material in this document has been highlighted by counsel for the Court's convenience.

8. Attached hereto as Exhibit 8 is a true and correct copy of the expert report of Mark T. Williams, dated November 16, 2017.

9. Attached hereto as Exhibit 9 are true and correct copies of excerpts from the transcript of the deposition in this case of Mizuho Bank, Ltd., by Yasuo Imaizumi, on August 9, 2017.

10. Attached hereto as Exhibit 10 is a true and correct copy of Mizuho Bank Ltd.'s Second Supplemental Response to Plaintiffs' First Set of Interrogatories, dated November 11, 2016. Relevant material in this document has been highlighted by counsel for the Court's convenience.

11. Attached hereto as Exhibit 11 is a true and correct copy of a news article posted on techcrunch.com on August 23, 2013, by Romain Dillet, entitled "Feds Seize another $2.1 million from Mt. Gox, adding up to $5 Million."

12. Attached hereto as Exhibit 12 is a true and correct copy of a news article posted on Coindesk on May 15, 2013, by Shirley Siluk, entitled "Why are the Feds Seizing Mt. Gox and Dwolla Funds?"

13. Attached hereto as Exhibit 13 is a certified translation of an internal Mizuho business record dated June 7, 2013, which was produced in discovery by Mizuho bearing Bates numbers MIZ_0003441 through MIZ_0003442. Relevant material in this document has been highlighted by counsel for the Court's convenience.

14. Attached hereto as Exhibit 14 is a certified translation of an internal Mizuho business record dated June 21, 2013, which was produced in discovery by Mizuho bearing Bates numbers MIZ_0003764 through MIZ_0003766. Relevant material in this document has been highlighted by counsel for the Court's convenience.

15. Attached hereto as Exhibit 15 is a certified translation of an internal Mizuho business record dated June 28, 2013, which was produced in discovery by Mizuho bearing Bates numbers MIZ_0003467 through MIZ_0003468. Relevant material in this document has been highlighted by counsel for the Court's convenience.

16. Attached hereto as Exhibit 16 is a certified translation of an internal Mizuho business record dated July 29, 2013, which was produced in discovery by Mizuho bearing Bates numbers MIZ_0003474 through MIZ_0003475. Relevant material in this document has been highlighted by counsel for the Court's convenience.

17. Attached hereto as Exhibit 17 is a certified translation of an internal Mizuho business record dated August 19, 2013, which was produced in discovery by Mizuho bearing Bates numbers MIZ_0003480 through MIZ_0003484. Relevant material in this document has been highlighted by counsel for the Court's convenience.

18. Attached hereto as Exhibit 18 is a certified translation of an internal Mizuho business record dated September 30, 2013, which was produced in discovery by Mizuho bearing Bates number MIZ_0003376. Relevant material in this document has been highlighted by counsel for the Court's convenience.

19. Attached hereto as Exhibit 19 is a certified translation of an internal Mizuho business record dated October 31, 2013, which was produced in discovery by

Mizuho bearing Bates number MIZ_0003165. Relevant material in this document has been highlighted by counsel for the Court's convenience.

20. Attached hereto as Exhibit 20 is a certified translation of an internal Mizuho business record dated November 20, 2013, which was produced in discovery by Mizuho bearing Bates number MIZ_0003343. Relevant material in this document has been highlighted by counsel for the Court's convenience. The plaintiff submitted a translation of the Japanese original as Exhibit 8 to Plaintiff's Motion for Class Certification.

21. Attached hereto as Exhibit 21 is a true and correct copy of a printout of an internal Mizuho business record, which was produced in discovery by Mizuho in native format bearing Bates number MIZ_0002568.

22. Attached hereto as Exhibit 22 is a true and correct copy of a printout of a spreadsheet, which was produced in discovery by third-party, Deutsche Bank Trust Company America, in native format bearing Bates number DB_000001, accompanied by the Affidavit of Paula Cipolla, dated January 16, 2018.

23. Attached hereto as Exhibit 23 is a true and correct copy of Mizuho Bank Ltd.'s Responses and Objections to Plaintiff Anthony Motto's First Set of Interrogatories, dated June 13, 2017. Relevant material in this document has been highlighted by counsel for the Court's convenience.

24. Attached hereto as Exhibit 24 is a certified translation of an internal Mizuho business record dated July 17, 2013, which was produced in discovery by Mizuho bearing Bates number MIZ_0003472. Relevant material in this document has been highlighted by counsel for the Court's convenience.

25. Attached hereto as Exhibit 25 is a true and correct copy of a printout of an internal Mizuho business record, which was produced by Mizuho in discovery in native format bearing Bates number MIZ_0002569.

26. Attached hereto as Exhibit 26 are true and correct copies of excerpts from the transcript of the deposition in this case of Andrew J. Rasmussen on January 11, 2018.

27. Attached hereto as Exhibit 27 is a true and correct copy of a document produced in discovery by Gregory Pearce bearing Bates numbers Pearce001455 through Pearce001459. Relevant material in this document has been highlighted by counsel for the Court's convenience.

28. Attached hereto as Exhibit 28 is a true and correct copy of an announcement on Mt. Gox's website entitled "Statement Regarding BTC Withdrawal Delays," dated January 31, 2014, which was printed from https://web.archive.org/web/20140221015148/https:/support.mtgox.com/entries/2 6501000-Statement-Regarding-BTC-Withdrawal-Delays.

29. Attached hereto as Exhibit 29 is a true and correct copy of an announcement on Mt. Gox's website entitled "Update – Statement Regarding BTC Withdrawal Delays," dated February 4, 2014, which was printed from https://web.archive.org/web/20140221015147/https://support.mtgox.com/entries/2 6128504-Update-Statement-Regarding-BTC-Withdrawal-Delays.

30. Attached hereto as Exhibit 30 is a true and correct copy of an announcement from Mt. Gox's website entitled "Statement Regarding BTC Withdrawal Delays," dated February 7, 2014, which was printed from

https://web.archive.org/web/20140210023230/https://www.mtgox.com/press_release_20140207.html. A copy of this announcement was also submitted as Exhibit 36 to Plaintiff's Motion for Class Certification (Doc. No. 295-17).

31. Attached hereto as Exhibit 31 is a true and correct copy of a Mt. Gox Press Release, dated August 5, 2013, entitled "August 2013 Mt. Gox Status Update." Relevant material in this document has been highlighted by counsel for the Court's convenience. A copy of this press release was also submitted as Exhibit 28 to Plaintiff's Motion for Class Certification.

32. Attached hereto as Exhibit 32 is a certified translation of an internal Mizuho business record, dated August 30, 2013, which was produced in discovery by Mizuho bearing Bates numbers MIZ_0003485 through MIZ_0003486. Relevant material in this document has been highlighted by counsel for the Court's convenience.

33. Attached hereto as Exhibit 33 are true and correct copies of excerpts from the transcript of the deposition in this case of Anthony Motto on July 26, 2017.

34. Attached hereto as Exhibit 34 is a true and correct copy of a document produced in discovery by Anthony Motto bearing Bates numbers MOTTO 000201 through MOTTO 000203.

35. Attached hereto as Exhibit 35 is the Declaration of Shuichiro Mita, Senior Manager of the Compliance Promotion Department No. 2 for Mizuho, executed January 30, 2018, with accompanying Exhibits A through G.

36. Attached hereto as Exhibit 36 is a true and correct copy of a document produced in discovery by Anthony Motto bearing Bates number MOTTO 001104.

37. Attached hereto as Exhibit 37 is a true and correct excerpt of a document entitled "List of Bankruptcy Creditors and List of Acceptance or Rejection of Claims (In Respect of Bitcoin Exchange-Users of Bankrupt)," dated May 25, 2016, which was produced in discovery by Gregory Pearce bearing Bates numbers Pearce 000025 through Pearce 001446. Relevant material in this document has been highlighted by counsel for the Court's convenience.

38. Attached hereto as Exhibit 38 is a true and correct copy of a Report to the Tokyo District Court, Collegiate Section of 20th Civil Division in Japanese and English, dated September 27, 2017. Relevant material in this document has been highlighted by counsel for the Court's convenience.

39. Attached hereto as Exhibit 39 are true and correct copies of excerpts from the transcript of the deposition in this case of Gregory Pearce on August 16, 2017.

40. Attached hereto as Exhibit 40 is a true and correct copy of the expert report of Bruce Strombom, Ph.D., dated February 1, 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of February, 2018 in New York, New York.

/s/ Jerome S. Fortinsky