# Exhibit 3

2/1/2018                Mt.Gox - ビットコイン取引所

https://www.mtgox.com/press_release_20130620.html     Go

JUL AUG NOV
◀ **11** ▶
2012 **2013** 2014

91 captures
11 Aug 2013 - 22 Dec 2017

ユーザー名    パスワード    ログイン
または 登録する

ホーム        取引   商用ツール   セキュリティーセンター    設定   よくある質問 💬 📱

# Statement Regarding Temporary Hiatus on U.S. Dollar Withdrawals

TOKYO – JAPAN – June 20th, 2013

Over the past weeks Mt. Gox has experienced rising volumes of deposits and withdrawals from established and upcoming markets interested in Bitcoin. This increased volume has made it difficult for our bank to process the transactions smoothly and within a timely manner, which has created unnecessary delays for our global customers. This is especially so for those in the United States who are requesting wire transfer withdrawals from their accounts.

We are currently making improvements to process withdrawals of United States Dollar (USD) denominations, and as a result are temporarily suspending cash withdrawals of USD for the next two weeks.

Please be reassured that USD deposits and transfers to Mt. Gox will remain unaffected, as will deposits and withdrawals in other currencies, and we will be resuming USD withdrawals once the process is completed.

We apologize for any inconvenience this causes our U.S. customers in the meantime, and look forward to resuming withdrawal service as well as debuting a dramatically improved trading engine which will be launching very soon.

Regards
Mt.Gox Co. Ltd Team.

Mt.Gox Contact press@mtgox.com
Download PDF

リンク集

取引
取引[API]
手数料一覧表
よくある質問
利用規約

MOBILE WEBSITE
サポート
認証を取得する
プライバシーポリシー

会社概要

会社概要    お問い合わせ

APPS AND SOCIAL

Bitcoin Foundation
Platinum Member

© 2010 – 2013 Tibanne Co. Ltd. (Japan) |