# Exhibit 5

MtGox - Bitcoin Exchange                                                             Page 1 of 2

Last: $901.00   High: $930.00   Low: $867.43   Vol: 9035 BTC   W.Avg: $893.37

Account Number: M52981497X    Open orders: 0    megahz2    Sign out
Your wallet: 0.00000000 BTC    $0.00000

| HOME | TRADE | MERCHANT TOOLS | SECURITY CENTER | SETTINGS | FAQ | NEWS |

**Attention Users:** All withdrawals and deposits require account verification.
Increase your account security now by visiting our Security Center!

**Special Offer: 25% Discount Off trading fees** from December 20th 2013 to January 20th 2014! Click here to find out more.

**Important Reminder:** Due to the New Year holiday observed by Japanese financial institutions between December 29, 2013 and January 6, 2014, deposits and withdrawals are currently experiencing delays. For withdrawals, your funds will be placed into your bank account once your transaction has been processed.

Please note that European transactions should not be affected by these delays.

Thank you for your understanding, and on behalf of the MtGox team please accept our best wishes for 2014!

# Transfer

TRADE

**FUNDING OPTIONS**

ACCOUNT HISTORY

CHECKOUT BUTTON

**Add Funds   Withdraw Funds   Redeem Codes**

**BTC :** You can still withdraw up to **100.00000000 BTC** provided you have enough on your account (your limit is 100.00000000 BTC per 24 hours )
**USD :** You can still withdraw up to **$1,000.00000** provided you have enough on your account (your limit is $1,000.00000 per 24 hours and $10,000.00000 per 30 days)

**Notes on International Withdrawals**

**SEPA Withdrawals:**
Due to the daily withdrawal limits imposed by our European bank, all fund transfers to SEPA accounts in Europe will take 6 weeks or less depending on the size of your withdrawal.

**International Wire Transfers:**
At the moment we are manually processing wire transfers and have a slight backlog as we create a new withdrawal system with our banking partners. Your withdrawal may take 4 weeks or more depending on the amount.

Your patience and understanding in processing withdrawals is greatly appreciated.

**Please use the form below to initiate your withdrawal.**

(Available withdraw methods)                                  (Add a new method)
Bitcoins                                                      Add withdraw method

❓ Amount                    Enter the amount

❓ Bitcoin Address           Enter a bitcoin address

                         CONFIRM

https://www.mtgox.com/trade/funding-options                              1/17/2014

Motto 000075

MtGox - Bitcoin Exchange

Page 2 of 2

**QUICK LINKS**

TRADE
TRADE API
FEE SCHEDULE
FAQ
TERMS OF USE
UNLINK YUBIKEY/OTP

MOBILE WEBSITE
SUPPORT
GET VERIFIED
PRIVACY POLICY
LOST PASSWORD

**OUR COMPANY**

ABOUT US    CONTACT US

**APPS AND SOCIAL**

Bitcoin Foundation
Gold Member

© 2010 - 2014 MtGox Co.Ltd. (Japan)

https://www.mtgox.com/trade/funding-options

1/17/2014

Motto 000076