Exhibit 7

2/12/2016     Withdrawals and Deposits : Support Desk



Forums / Support / FAQ

# Withdrawals and Deposits



mt.gox support
posted this on September 29, 2011 18:19

## Withdrawal and Deposit Information

**IMPORTANT**: Before sending anything, please read all of what is written here:

By depositing funds into your Mt.Gox account you agree to use this service only for the buying and selling of Bitcoins and associated activities. Funds deposited with Mt.Gox may only be withdrawn to an account held by the originator of those funds located in your country of origin, except where transferring Bitcoins or other non-fiat currencies. Breach of these terms and / or use of this service in a manner other than that for which it is intended may result in the suspension of your account pending investigation.

Please also be advised that all deposits are subject to an ID check by our AML team and this process would take up to 1 business day.

Note: Please be sure to instruct your transfer to be sent in a specific currency that you wish for to ensure that they are not converted by the intermediate bank or receiving bank in the process in order to avoid any exchange rate losses. For example, if you wish to receive USD in your Mt.Gox wallet, please instruct the bank for the funds to be sent only in USD.

## Transaction Limits

```
Deposits
```

All methods below **do not** have deposit limits:

Bitcoin - For everyone.

Dwolla - Only for US citizens who have a verified account with us.

LibertyReserve - Through AurumXchange and Bitinstant only

OKPAY - For everyone has an OKPay account.

Japanese Domestic Transfer - For Japanese residents who have a verified account with us.

Technocash - Only for Australian residents who have a verified account.

Wire: If you plan to send more than 50000 USD as an International Wire, we **need** to know who you are. Please refer to the "Increasing Transaction Limits" section for more information on what to provide us with. Also, you will need to let us know 3 days prior to sending the funds so we can notify our bank and do not send. Please note that we are unable to accept funds coming from any entity or country listed by the OFAC*

SEPA: In order to make Euro deposits you need to have a "**verified**" or "**trusted**" account status. Please visit **https://mtgox.com/forms/verification** to apply.

```
Withdrawals
```

All methods below are subject to a withdrawal limit of 1000 USD per 24hr period and 10000 USD per 30 Day period:

Bitcoin - Everyone.

Dwolla - Only for US citizens who have a verified account with us.

Technocash - Only for Australian residents who have a verified account.

International Wire - For the rest of the world and you do not need to be verified. However, we cannot send USD to Serbia, Croatia and Belarus due to our bank's prohibition of sending USD to certain countries.

Japanese Domestic Transfer - Only for Japanese residents who have a verified account with us.

Liberty Reserve- Through Aurumxchange

OKPay - Everyone who has an OkPay account can use this.

SEPA - For verified accounts and those who wish to send funds in EUR only.

## Increasing Transaction Limits

If you wish to increase your withdrawal limit you will need to **send us a copy of your official government photo ID** (such as a scan of your passport and/or drivers license) **plus a copy of your utility bill (private) or corporate information (company)**.

If you wish to proceed, please **Click Here** and be sure to fill out the form completely.

We will review your document and increase your withdraw limit based on your risk profile.

\*\*If you are sending a scan of your drivers license in a language **other than english**, we may require you to get a notarized translation of it before we can raise your limits.

## Transfer Methods

## AurumXchange/Redeemable Mt.Gox code (USD, EUR, CAD, CHF, AUD, HKD, YEN, MYR, NZD, SAR, SEK, and THB)

**AurumXchange is an official funding partner of MtGox. This service enables Bitcoin traders to rapidly fund their accounts using a variety of electronic currencies, as well as Wire Transfers and SEPA transfers.**

**We currently support the following funding methods:**

**E-Currencies:**

- Liberty Reserve (Instant funding - NO FEE)
- PerfectMoney (INSTANT funding - 1% FEE)
- Pecunix (INSTANT funding - NO FEE)
- HD-Money (INSTANT funding - NO FEE)
- VouchX Vouchers (INSTANT funding - NO FEE)
- CosmicPay (INSTANT funding - NO FEE)
- C-Gold (INSTANT funding - 5% FEE)

**Banking and other payment methods:**

- SEPA Euro transfers (WITHIN 1 business day - NO FEE)
- International Wire Transfer in USD (WITHIN 1 to 2 business days - NO FEE)
- Wire Transfer in GBP (WITHIN 1 to 2 business days - NO FEE)
- CASH deposit at 10,000 locations in the USA (Coming soon!)
- INSTANT EURO BANK TRANSFERS (Coming soon!)
- LOCAL AUSTRALIAN BANK DEPOSITS (Coming soon!)

**Once your order is completed, you will receive your funds in the form of a redeemable MtGox voucher. We DO NOT require notarized and/or apostile of documentation when funding with wires. Note that fees may change occasionally due to market conditions.**

**Please visit https://www.aurumxchange.com/funding/mtgox for easy to follow instructions on how to fund your account.**

Deposits

The code can be used to load USD funds into a Mt.Gox account and the funds will be added to your account instantly.

Funds may be wired to AurumXchange Company as USD, EUR, or CAD (the latter two of which would be exchanged into USD) for purchase of a MT.Gox USD redeemable code (voucher). You can purchase codes using SEPA wire transfers, local GBP transfers in the UK, and USD wire transfers. You can also purchase automatically using e-currencies.

With AurumXchange MasterCard Instant Load debit card, you can load **INSTANTLY** with your codes.

Upcoming features:

Transfer codes to **ANY** Visa or MasterCard in the world (Coming end of August).

**INSTANT** bank transfers to buy codes from selected European countries (Coming mid September).

Withdrawals

Funds may be withdrawn by sending a Mt.Gox redeemable code (voucher) to AurumXchange Company and then wired to a bank account. You can also sell codes back to AurumXchange and receive payment through e-currencies, wire transfers in USD, SEPA EUR transfers, and direct bank transfers within the UK.

**Reference Information**

If you have or want to generate a Mt.Gox redeemable code, you can do it here: **https://mtgox.com/trade/funding-options**

To **BUY** Mt.Gox Redeemable codes go to **www.aurumxchange.com/buy** and follow the onscreen instructions.

To **SELL** Mt.Gox Redeemable codes go to **www.aurumxchange.com/sell** and follow the onscreen instructions.

To **EXCHANGE** Mt.Gox Redeemable codes to and from other currencies, please go to **https://www.aurumxchange.com/exchange** and follow the onscreen instructions.

## Redeem Private Key

```
Deposits
```

If you have a private key to redeem, please enter it on the **Add Funds** page to deposit it into your account.

**NOTE:** Redeeming private keys still take 6 confirmations on the network, and thus may take up to 2 hours to deposit into your account.

## Europe/SEPA Transfers (EUR)

```
Deposits
```

Bank details:
Account Owner: MT. GOX POLAND INC. SP. Z O.O.
Bank Name: BANK ZACHODNI WBK S.A.
BIC: WBKPPLPP
IBAN: PL59 1090 2398 0000 0001 1759 5694
Bank Address: ul. Rynek 9/11, 50-950 Wrocław, Poland

Mt.Gox Poland address: PLAC POWSTAŃCÓW WARSZAWY 2, 00-030 WARSZAWA, POLAND
(**IMPORTANT:** Please do not forget to enter this address)

Message: M#######X (**IMPORTANT**: this identifies you and will allow your funds to reach YOUR account)  To see this message, after you become a verified account with us, go to Funding Options>Add Funds>Euro Transfer.

In order to make Euro deposits you need to have a "**verified**" or "**trusted**" account status. Please visit **https://mtgox.com/forms/verification** to apply.

**Processing Fees**

Deposits incur a fee of up to 10 PLN. Please be advised that if the transfer was a wire transfer and not a SEPA transfer, fees may be charged by the sending bank or an intermediate bank.

```
Withdrawals
```

In order to make Euro withdrawals you need to have a "**verified**" or "**trusted**" account status. Please visit **https://mtgox.com/forms/verification** to apply.

All funds will be send through our Polish account and will involve the following fees:

- Withdrawals below 10€ are not possible
- Withdrawals come with a 1% fee with minimum of 5.5 PLN

As is standard for SEPA customers should expect a 1 to 5 working day delay from the time the withdrawal is initiated until seeing funds arrive in your personal bank account.

## Australian Transfers (AUD)

```
Deposits
```

**Technocash will charge 3.95% of the deposited amount as handling fees for deposits under $99,950 and 1.25% of any amount above that. The remaining funds will be converted at the current rate and added to your account. You have to be a verified account to use this method. If you are planning to transfer small amounts, we recommend this method. If you plan to send large amounts, we recommend the international wire transfer method.**

**To add funds, please make a deposit to:**
**Bank Name: Bank of Western Australia**
**Bank Address: Suite 4, 99 Phillip Street**
**Bank Country: Australia**
**Name of Account: Technocash Ltd**
**Branch Codes: 302162**
**Account Number: 0407981**
**Message: M#######X (IMPORTANT: this message identifies you and will allow us to credit YOUR account) To see this message, after you become verified, please go to Funding Options>Add Funds>AUD Domestic Transfer**

Please be advised that deposits may take up to 5 business days to appear. If you do not receive your transfer within 3 business days, please feel free to contact us.

```
Withdrawals
```

Our bank charges 10 AUD per transaction for withdrawals. Please be advised that it could take 3-5 business days before your funds reach your account.

## International Wire Transfers

```
Deposits
```

First-timer depositors are requested to upload their copy of the official ID to facilitate this process.

**Wire information:**

**Benificiary Name (Recipient): MtGox Co Ltd, Shibuya, Tokyo, Japan**
**Branch Number-Account Number: 210-1457705**
**SWIFT: MHBKJPJT**

**Name Of Bank:** Mizuho Bank Ltd.
**Branch Name (if required):** Shibuya
**Bank address:** 1-5, Uchisaiwaicho 1-Chome, Chiyoda-ku 100-0011 Tokyo, Japan

**Message:** M#######X (IMPORTANT: this message identifies you and will allow us to credit YOUR account) To see this message, go to Funding Options>Add Funds>Bank Transfer

### Processing Fees

Our bank charges a receiving fee of 1,000 Yen. Any fee charged by your bank or an intermediate bank will be deducted.

If you plan to invest more than 50000 USD or equivalent on the long term in bitcoins, we **need** to know about you. In this case please use our verification system to get your account verified first.
Submission of forged documents will result in declaration to the appropriate authorities.

Not following the instructions written below can result in your funds being lost, or handed over to the local authorities while pending investigation.

Also note that International deposits lower than 75 USD (or equivalent) typically result in only a small amount of funds being deposited into the receiving account or may be rejected because the amount of fees went over the amount of sent funds. This is due to intermediaries and banking fees.

If you plan to do a EUR transfer from Europe, we *strongly* encourage you to send money via the **Euro Bank Transfer** deposit option. It is a much cheaper way to deposit, however it is only available to accounts that have a "verified" or "trusted" status.

```
Withdrawals
```

Note: Wire transfers are currently taking up to 1 week to process due to the volume of withdrawal requests in queue. If your withdrawal is larger than 10,000 USD, it will take at least 2 weeks to process.

Withdrawals typically take 2-5 full business days to reach your bank, provided that you have included all required information such as your full name and address as it appears on your bank statement.

### Processing Fees

Our bank charges a fee of 2,000 JPY.

**Please note that these costs do not include intermediate bank fees.

Also note that the minimum amount for International Withdrawals is 75 USD as amounts lower than this result in funds being received due to intermediaries and banking fees.

# Dwolla (USD)

```
Deposits
```

### Deposit Reference Information

You will need a **Dwolla.com** account and a verified account with Mt.Gox to be able to make Dwolla deposits.

You can send funds to:
Account number: **812-649-1010** (click here to send funds directly)
Account name: Mutum Sigillum LLC

You must include the following message: M#########X in the Details section. To see this message, after you are verified, go to Funding Options>Add Funds>Dwolla.

For Example: M12345678X

Your deposit may be delayed to up to 24 hours (up to 48 hours if the funds have been sent on Friday as our AML team does not work on weekends) after your Dwolla transaction clears until **Dwolla allows us to make this automated** and due to more stringent AML requirements, all deposits are subjected to a verification process.

**Processing Fees**

There is a US$0.25 fee that you can either choose to pay yourself when sending funds, or we will deduct it from the received amount here.

Withdrawals

Withdrawing funds from Dwolla to a bank account could complete **the next business day** however waiting **2-8 business days** before the transaction completes is possible as well.

Please note that you will need a verified Mt.Gox account for Dwolla withdrawals and we are experiencing Dwolla delays of up to 8 business days at the moment.

**Processing Fees**

Mt. Gox uses **Dwolla.com** for withdrawing USD, with a cost of only $0.25 per withdrawal.

# Liberty Reserve Transfers (USD)

Deposits

You can deposit Liberty Reserve **ONLY** through our partner:

**AurumXchange**

# GBP Deposit (UK)

Deposits

**WARNING: Barclays has closed our account as of September 24, 2012. Please do not send any funds to our Barclays account in the UK until we receive an update regarding this matter.**

Should you wish to send GBP, please use either our International Wire transfer option or OkPay.

# PLN funds

Deposits

Polish bank transfer details for depositing PLN funds:
Account number: 87 1090 2398 0000 0001 1759 5675
Name: MT. GOX POLAND INC. SP. Z O.O.
Bank Address: ul. Rynek 9/11, 50-950 Wrocław, Poland

Mt.Gox Poland address: PLAC POWSTAŃCÓW WARSZAWY 2, 00-030 WARSZAWA, POLAND (**IMPORTANT:** Please do not forget to enter this address)
Title/Comment: M########X For buying BTC on MtGox.com for user (enter your username here) To see this message, go to Funding Options>Add Funds>PLN Transfer.

(IMPORTANT: Copy & Paste the *ENTIRE* title/comments above. If you do not do this funds will *NOT* be deposited into your Mt.Gox account)

Please also do not send two transfers of equal amount on the same day to us as it could result in only one deposit being credited.

Withdrawals

Please make sure to enter YOUR address in the form, and not your bank's address.
A fee of 0.5 złoty applies for each withdraw request.

# Bitinstant

Deposits

You can deposit funds into your Mt.Gox account by entering the following at **bitinstant.com**:

Exchange Account: ##### (Your Mt.Gox Merchant ID)

or

Exchange Account: (Your Mt.Gox username)

**BitInstant is a 3rd party service that enables Bitcoin traders to rapidly fund their Mt.Gox accounts using a variety of payment methods in an extremely rapid and secure manner.**

Currently, the following payment methods are supported:

Dwolla

2/12/2016 Withdrawals and Deposits : Support Desk

Cash Bank Deposits

Payments generally clear within 1 minute and fees vary on average between 0.25% and 1.00% based on the amount being sent and various market factors.

*To perform an Instant Dwolla deposit simply visit **BitInstant** to begin your transfer.*

**For more information please see the BitInstant FAQ at bitinstant.com or contact their Support at support@bitinstant.com. If your Bitinstant transfers are missing, please contact Bitinstant directly as they process your deposits to Mt.Gox and we are only the recipient.**

**IMPORTANT: If Bitinstant sends you the funds to the wrong account, the transaction is considered final and Mt.Gox will not be able to do anything to recover the funds.**

## OKPAY (CHF, EUR, GBP, RUB, USD)

```
Deposits
```

### Deposit via OKPAY

You will need a **OKPAY** account to deposit via this method. There is a 1% fee for all deposits made via OKPAY.

```
Withdrawals
```

You may select OKPAY withdrawal option by selecting "Add withdraw method" on the Funding Options page. Processing times varies at the moment depending on traffic and amount of the transfer. There is a 1% fee for all withdrawals made via OKPAY.

## Japanese Domestic Transfer (JPY)

```
Deposits
```

ビットコイン購入をご希望の方は、 みずほ銀行 渋谷支店(210) 普通 1457705 カ)MTGOX までご希望の金額をお振り込みください。 (手数料はお客様負担となります。 )  その際、振込依頼人の欄に **M########X** とご記入ください。

If you wish to buy bitcoins, please deposit the amount into the account below (Fees are not included).

Mizuho, Shibuya Branch (210), normal account 1457705 カ)MTGOX

Please enter M########X in the name of payer. To see this message, please go to Funding Options>Add Funds>Japan Domestic Transfer.

```
Withdrawals
```

Domestic withdrawals to another Japanese bank in Japan costs 200 JPY per transfer.

## Cash Deposit via BitInstant (USD)

Case: 1:14-cv-01437 Document #: 327-7 Filed: 02/01/18 Page 11 of 11 PageID #:4130

Deposits

Instantly fund your MtGox account with cash through BitInstant.

Thanks to our US based partner BitInstant, you can now deposit cash through Bank of America, Chase, Wells Fargo and Citibank!

Once you submit the cash amount you would like to deposit below, you will be directed to a TrustCash page to help you locate the nearest bank where you can make the deposit. You will also be provided a unique deposit invoice which will be required by your Bank.

Please note that the required minimum amount for using this method is $20 USD. Also, in order to clear your transaction, we will be obliged to forward your email details to BitInstant.

If you have any questions or issues with this server, please call 1-716-712-4846 or email Bitinstant at **support@bitinstant.com**.

### It's been over XX business days, where are my funds?

**Tracking down missing transfers**

On a daily basis, due to missing or incomplete information we have transfers that we or our bank cannot process until we hear from our customers. For deposits its usually because your bank has truncated information or details haven't been included. Generally with withdrawals its because the full name and address hasn't been included (as it appears on your bank statement). If you believe you have made an error when sending funds, or you haven't received your funds **after the required processing time (XX full business days as it relates to your transfer)** please do not hesitate to email us about so we can look into it for you.

Please fill out the below information so we can begin looking into your transaction inquiry.

### Oops.
### The page you were looking for doesn't exist.

