Exhibit 11

 News  Video  Events  Crunchbase  Search

**CONNECT YOUR BIG IDEA TO THE RIGHT NETWORK.** Find Internet solutions built for entrepreneurs 

**DISRUPT NY** Kayvon Beykpour of livestreaming platform Periscope to speak at Disrupt NY  **Get Your Tickets Today ▶**

Startups  Dwolla  Bitcoin  mt.gox

# Feds Seize Another $2.1 Million From Mt. Gox, Adding Up To $5 Million

*Posted Aug 23, 2013 by Romain Dillet (@romaindillet)*

**590 SHARES**   f  y  in  8+  ⊙  Ju  ✉  ▶    Next Story ▶



Bitcoin exchange service Mt. Gox's financial troubles are even more worrying than anticipated. On Monday, GigaOm reported that the U.S. Department of Homeland Security had seized $2.9 million from Mt. Gox's Dwolla account. But The Genesis Block found out that Mt. Gox's Wells Fargo accounts were seized as well, adding $2.1 million to the frozen assets. In total, $5 million was seized as Mt. Gox failed to register in the U.S. as a money transmitting company.

In May, the Department of Homeland Security issued a seizure warrant for Mt. Gox's Dwolla account. As a consequence, its users couldn't use Dwolla anymore to exchange USD to Bitcoins and Bitcoins to USD.

Yet, the most surprising move happened in June, when the company announced that it would suspends U.S. dollar withdrawals. While the feature was supposed to come back two weeks later, withdrawals have been sluggish ever since.

*$2.1 million was seized on June 19, just one day before suspending U.S. withdrawals.*

The latest warrant tells us why Mt. Gox couldn't keep up with demand. $2.1 million was seized on June 19, just one day before suspending U.S. withdrawals. With $5 million in frozen assets, the company simply didn't have enough funds in dollars to convert Bitcoin to USD.

Even when U.S. authorities planned to seize Mt. Gox's Dwolla account, they already stated that Mt. Gox's Wells Fargo accounts were the real issue. In order to accept funds in dollars, the company opened a Wells Fargo business account for Mutum Sigillum LLC (Mt. Gox's American subsidiary). But it declared that Mt. Gox was "a business not engaged in money services."

In particular, president and CEO Mark Karpeles answered 'no' to two important questions: "Do you deal in or exchange currency for your customer?" and "Does your business accept funds from customers and send the funds based on customers' instructions (Money Transmitter)?"

According to the Department of Homeland Security, the Bitcoin exchange service should be considered as a money transmitting company. More recently, New York's top banking regulator confirmed this view — according to New York's Financial Services, all Bitcoin firms should respect the current financial regulatory guidelines to "root out illegal activity."

Here are the seizure warrants obtained by The Genesis Block:

Case 1:13-mj-01085-SAG

UNITED STA
DISTRIC

SHOW ME MORE LIKE MT. GOX - WELLS FARGO SEIZURE WARRANTS
SIMILAR TO MT. GOX - WELLS FARGO SEIZURE WARRANTS
BACK TO DOC
Browse more like Mt. Gox - Wells Fargo Seizure Warrants
Previous | Next
Bitcoin Mt Gox Warrant Executed
jeff_roberts881
Bitcoin indictment
tiramani3853
More from TechCrunch
Silk Road exhibits GX 241
Previous | Next
MotherboardTV
Payday Investigation Final Report
Coinfire Cease and Desist
TechCrunch
Coin Fire
Mandiant M-Trends 2015
Torchats
TechCrunch
forbesadmin
RadioShack Chapter 11 Petition
154 1United States v Ross William Ulbricht 14 Cr 68
TechCrunch
DeepDotWeb.com

View this document on Scribd

**590 SHARES** | 173 | 365 | 32 | 20 | 0 | 0 | 0

f Share  ✈ Tweet  in Share  g+  reddit  StumbleUpon  ✉  Flipboard

**Recommended For You**



- 1. 'Uber For Weed' Startup Eaze Raises $10 Million In Funding Led By DCM Ventures 21 hours ago techcrunch.com Vibrant Media Ryan Lawler Ryan Lawler TC



- 2. iRobot Is Working On A Robotic Mower That's Angering Astronomers a day ago techcrunch.com Vibrant Media John Biggs John Biggs TC

- 3. Twitter Is Pushing Celebrities And Publishers To Stop Using Meerkat 2 days ago techcrunch.com TechCrunch.com (AOL) Josh Constine and Ingrid Lunden Josh

ADVERTISEMENT





ADVERTISEMENT



## CrunchBase

**Mt.Gox** —

**FOUNDED**
2010

**OVERVIEW**
Mt.Gox is the world's largest and most established Bitcoin exchange that facilitates the trade of Bitcoin for local currencies around the world, quickly and securely. All Mt.Gox customers have at least two sub-accounts: one for Bitcoins (BTC) and one for their local currency (eg. USD). Bitcoins can be purchased using funds sent from the customer's bank account to their Mt.Gox account. Balances ...

**LOCATION**
Tokyo, Tokyo

**CATEGORIES**
E-Commerce

**WEBSITE**
http://mtgox.com

Full profile for Mt.Gox

**Bitcoin** +

 **NEWSLETTERS**

**TechCrunch Daily** Top headlines, delivered daily

**TC Week-in-Review** Most popular stories, delivered Sundays

**CrunchBase Daily** Latest startup fundings, delivered daily

Enter Address    SUBSCRIBE

## Related Videos







**Snapchat Ditches Best Friends | Crunch Report**
6:04

**TC BTC Podcast: Bitcoin Mining, Coinbase Exchange & Bitcoin Pricing**

**Bitcoin World Proves It's Not All Hardware at CES**

**More Related Videos**

## 13 comments

### Sign in

[ + Follow ]   [ Share ]   [ Post comment as... ]

Newest | Oldest | Popular



**Not-a-Person**    Oct 10, 2013

All seizures must have an admiralty presumption. They should attack the 'ship of state' with the body of law that governs the water in which that ship floats...

Reply   Like



**cowardlyanon**    Aug 27, 2013

Well, bitcoin is not a currency, so he answered truthfully to the first question.

You can only withdraw your own money, so it is not a money transmitter service either, so he also answered the second question truthfully too.

Reply Like


**admin1**  Aug 24, 2013

No matter what's going on the State always pleads security.

Reply Like


**tropicana**  Aug 23, 2013

No wonder our international wires @ Gox were in limbo for weeks before they halted them officially. Some folks on bitcointalk thought that we were being too harsh on Mt. Gox, but where there's smoke there's fire. Had to take a hit on the exchange and move fiat out via btc's to Coinbase.

That $/btc price you see on Gox is pretty much an empty shell right now. Your fiat is free to check out anytime, but it may never leave.

Reply Like


**idpeor**  Aug 23, 2013

Wow. Prism State.

Reply Like


**PriyaSingh**  Aug 23, 2013

Bitcoin will be bigger than any of us know

Reply Like


**advocatus**  Aug 23, 2013

They deserve it.

Reply Like


**jefffrese**  Aug 23, 2013

@advocatus why?

Reply Like



**advocatus**  Aug 23, 2013

@jefffrese @advocatus They committed fraud. They should have registered as a currency exchange. They defrauded Wells Fargo by opening their account under false pretenses.

Reply  Like



**Kiii**  Aug 24, 2013

**@advocatus**

Now that's just truly ridiculous and clueless, even for bootlickers.

Reply  Like



**admin1**  Aug 24, 2013

@advocatus @Elio clearly not, read the facts.

Reply  Like



**advocatus**  Aug 23, 2013

@Elio @advocatus The government aspect is debatable, so I'm not going to get into that. They've still clearly defrauded Wells Fargo. So that money should be seized and criminal proceedings should be initiated.

Reply  Like



**Elio**  Aug 23, 2013

**@advocatus**

You are an idiot, because at the time when mtgox opened those accounts officials were laughing at the idea that bitcoin is valuable and no one thought about it as a viable money, also the decision of Texas federal judge that bitcoin is money is a king's edict rather than a decision that based on a law, for example Europe has a much stricter justice system in terms how much leeway a judge has and European Central Bank in it's report about virtual currencies concluded that there could not be judgement about bitcoin because it doesn't fall under any definition of money that european laws has.

When Jered Kenna from Tradehill exchange approached an official with questions about legality of his business he was told to get lost because it's "not a priority at the moment" . And if you think that mtgox should had to preemptively get every license US government has to offer then you are idiot again because it's not a viable business model and mtgox would have go bankrupt.

Reply Like

Powered by Livefyre

UP NEXT

As The PC Era Ends, Microsoft's Next CEO Faces An Uphill Battle On Mobile

*Posted Aug 23, 2013*

# CrunchBoard
## Job Listings

### Enterprise Database Manager
Foundation Center

### Programmer
Foundation Center

### Manager/Director of User Growth
Figure 1

### Software Engineer, Search Engine Optimization
PayScale

### Program Manager, Search Engine Optimization
Payscale

**More from CrunchBoard**

## Crunch Network

News

TCTV

Events

CrunchBase

## About

Staff

Contact Us

Advertise With Us

Send Us A Tip

## International

China

Europe

Japan

## Follow TechCrunch

f  🐦  g+  in  ▶

𝓟       🔗  ᴎ

## TechCrunch Apps

## Subscribe to TechCrunch Daily

Latest headlines delivered to you daily

[ Enter Email Address ]  [ SUBSCRIBE ]

© 2013-2015 AOL Inc. All rights reserved.  Aol Tech  Privacy Policy  About Our Ads  Anti Harassment Policy  Terms of Service
Powered by WordPress.com VIP  Fonts by