Exhibit 28

Forums / Announcements / Announcements

## Statement Regarding BTC Withdrawal Delays

An update of this statement has been posted here.

Posted: Jan 31 17:05 JST

Dear MtGox Customers,

For the past few days some of our users have been suffering from Bitcoin Withdrawal delays where transactions could be stuck for several hours or days.

Please rest assured that this is only affecting a limited number of users and transactions, and that we are working hard on resolving this problem as soon as possible.

We ask for your patience and understanding as we work to resolve this issue and will continue to update you on this matter as the situation evolves.

Thank you for your continuous support.

Best regards,
The MtGox Team


お客様各位

平素より弊社サービスをご利用いただき誠にありがとうございます。

現在、一部のお客様のビットコインの引き出しにおいて数時間から数日の遅延が発生しております。

該当するお客様の一部の引き出しで遅れが生じており、すべての取り引きに影響するものではございません。

この度は多大なご不便とご迷惑をおかけしておりますことを深くお詫びいたします。

引き続き解消に向けて尽力し経過をご報告いたしますので、何卒ご理解を賜りますようお願い申し上げます。

株式会社MTGOX

https://support.mtgox.com/entries/26501000-Statement-Regarding-BTC-Withdrawal-Delays/voting_control?
authenticity_token=olhSR9od%2Faupl1ICUV7ls92Gh3Z4NBDkbbSD8lso0vo%3D: live document unavailable: javax.net.ssl.SSLHandshakeException:
sun.security.validator.ValidatorException: PKIX path validation failed: java.security.cert.CertPathValidatorException: timestamp check failed