Exhibit 29

## Forums/Announcements/Announcements

Update - Statement Regarding BTC Withdrawal Delays

Posted: Feb 04 17:58 JST

Dear MtGox Customers,

As noted recently, we are currently experiencing a problem where some bitcoin withdrawals are not being transferred correctly, affecting a limited number of users. Currently the problem is being fixed, but many previous transactions did not go through over the past days. Those transactions have now been returned to customer accounts in full, so any transactions that appeared to be "stuck" should now be refunded.

This problem applies primarily to larger transactions, so we appreciate your patience as we fix the issue. Smaller transactions should be fine in the meantime, and we will update you on the status as soon as possible.

Thank you for your patience.

Best Regards,

MtGox Team

https://support.mtgox.com/entries/26128504-Update-Statement-Regarding-BTC-Withdrawal-Delays/voting_control?authenticity_token=oIhSR9od%2Faupl1ICUV7ls92Gh3Z4NBDkbbSD8Iso0vo%3D: live document unavailable: javax.net.ssl.SSLHandshakeException: sun.security.validator.ValidatorException: PKIX path validation failed: java.security.cert.CertPathValidatorException: timestamp check failed