# Exhibit 30

| HOME | TRADE | MERCHANT TOOLS | SECURITY CENTER | SETTINGS | FAQ | NEWS |

**Statement Regarding BTC Withdrawal Delays**

**Tokyo - JAPAN - February 07, 2014**

Dear MtGox Customers,

In our efforts to resolve the issue being encountered by various bitcoin withdrawals, it was determined that the increase in the flow of withdrawal requests has hindered our efforts on a technical level. To understand the issue thoroughly, the system needs to be in a static state.

In order for our team to resolve the withdrawal issue it is necessary for a temporarily pause on all withdrawal requests to obtain a clear technical view of the current processes.

We apologize for the sudden short notice. All bitcoin withdrawal requests will be on pause, and the withdrawals in the system will be returned to your MtGox wallet and can be reinitiated once the issue is resolved. The trading platform will perform as usual for the needs of our customers.

Our team will resolve this problem as soon as possible and will provide an update on Monday, February 10, 2014 (JST).

We deeply apologize for the inconvenience caused, and thank you for your kind support and considerations.

Sincerely,

The MtGox Team

**QUICK LINKS**

TRADE
TRADE API
FEE SCHEDULE
FAQ
TERMS OF USE
UNLINK YUBIKEY/OTP

MOBILE WEBSITE
SUPPORT
GET VERIFIED
PRIVACY POLICY
LOST PASSWORD
REPORT SECURITY ISSUE

**OUR COMPANY**

ABOUT US    CONTACT US

**APPS AND SOCIAL**

Bitcoin Foundation
Gold Member

© 2010 - 2014 MtGox Co.Ltd. (Japan) |