Exhibit 31



FOR IMMEDIATE RELEASE

## August 2013 Mt. Gox Status Update

TOKYO - JAPAN - August 5th, 2013 ---- There are many things happening right now at Mt. Gox, so we want to give everyone a quick status update on certain issues that are important to our customers worldwide and to the Bitcoin community.

Based on the the questions and feedback we have received, we are addressing three issues in this update -- site speed and security, upcoming currency integrations, and the administrative issues with depositing and withdrawing currency. We're making progress on all fronts, though of course not as fast as we want.

### AKAMAI

Mt. Gox is now proud to be supported by Akamai, meaning that mtgox.com is hosted on thousands of servers all around the world, connecting our customers at their local level. Not only does this massively increase our protection, but since the transition the performance and speed of mtgox.com has been greatly improved. Both factors are very important for the next few items.

Structurally we've moved from being a hosted service to being entirely self-hosted, meaning that we have much more flexibility in what we want to do and have full control of our data center. This is a major step up for Mt. Gox in our evolution.

### Trade Engine Midas

Our new trading engine is finished and soon to be deployed after a couple of hardware updates. Code-named "Midas", we're currently bench-testing the engine at over 500,000 trades per second, but Midas is capable of much more than that. We're really looking forward to showing you what it can do, and are pretty certain you'll love it too.

### UX Improvement

While we're also working on some big-picture changes, Mt. Gox is also testing some new interface designs based on lots of user feedback. Selected customers are already able to see some of the changes, and we'll be rolling them out over the next weeks.

### LiteCoin Update

We hate to apologize yet again for the delay in implementing Litecoin, but the fact of the matter is that it depends on a variety of factors, including completing all of the above before we launch. We're looking forward to the rollout, but at this point are reluctant to speculate on when. We are sorry to keep Litecoin enthusiasts hanging.

**Deposits and Withdrawal Update**
Finally, the issues with deposits and withdrawals from Mt. Gox are being relieved, but still not at the rate we want.

For example it currently takes up to 10 days to process a deposit because our bank, upon receiving deposits, notifies us of the deposit but holds them for 7~10 days before transferring them to our account. This has always been the case, and we were still crediting customer accounts before receiving the funds ourselves, but some cases in which the bank subsequently rejected the deposits meant that we incurred significant losses. The risk is now too high for us to credit accounts prematurely.

We are in the process of forming relationships with new partners, banks, and taking other steps -- hopefully we will not only be back where we were before we encountered these issues, but much further ahead.

**Moving Forward**
Over the last months our mission has not changed. We are fighting as always to improve our services despite setbacks, but our mission as always is to support the widespread adoption of Bitcoin as much as we can. To accomplish the latter goal, we have a team focused on communicating the beauty of Bitcoin to the world with new websites and ad campaigns aimed at global markets (news on that soon). We thank you for all of your support, and look forward to sharing our projects very soon.

**Media Contact**
press@mtgox.com

**About Mt. Gox**
Mt. Gox Co. Ltd. is a privately-owned Japanese corporation based in Tokyo, Japan. Recognized as the leading exchange for Bitcoin, a digital currency, Mt. Gox has seen unprecedented global growth in 2013 and is currently focusing on building stronger infrastructure to promote the spread of Bitcoin throughout the world.