Exhibit 38

東京地方裁判所平成 26 年（フ）第 3830 号
破産者　株式会社 MTGOX

# 報告書

平成 29 年 9 月 27 日

東京地方裁判所民事第 20 部合議係　御中

破産者　株式会社 MTGOX

破産管財人　弁護士　小 林 信 明

## 第 1　破産財団の経過及び現状
### 1　破産財団の現状

　　本報告書作成時までの調査による破産財団の状況は、財産目録及び貸借対照表記載のとおりであり、平成29年9月26日現在、当職が確保している預金残高は1,213,801,185円であり、第8回債権者集会時から約183,000,000円増加した。

　　但し、BTC の保有状況等に関する調査中であるため、当該目録及び貸借対照表には、破産者の保有する BTC は記載していない。

### 2　BTC 管理状況

　　平成 29 年 9 月 21 日時点において破産財団で管理する BTC は、202,185.36428254BTCとなっている。当職は、現在も引き続き破産者が保有する BTC の有無を調査しており、かかる BTC が発見され次第、当職が管理するアドレスに移動させて管理する予定である。

　　なお、平成 29 年 9 月 21 日時点において破産財団で管理するビットコインキャッシュは、202,185.36428254BCC である。

## 第 2　破産債権の調査の状況
### 1　破産債権届出及び認否の状況

　　当職は、平成28年5月25日の債権調査期日において、破産者のビットコイン取引所のユーザー（以下「ユーザー」という。）から届け出られた破産者に対する BTC 及び金銭の返還に関する債権（以下「取引所関係破産債権」という。）の全てにつき、認否をした。平成28年5月25日時点における破産債権届出及び認否の状況の概要については、以下のとおりである。

|  | 届出件数 | 届出金額<br>※1 | 認めた金額<br>※1 | 認めなかった金額　※1 |
|---|---|---|---|---|
| 取引所関係破産 | 24750 件 | 263 兆 5192 億 | 456 億 0959 万 | 263 兆 4736 億 |

| 債権を届け出た債権者 | | 6830 万 3371 円 | 3503 円 | 5870 万 9868 円 |
|---|---|---|---|---|

※1　全て円転した金額である。

　その後、当職は、上記の認めなかった金額のうち、現在までに102件378,011,986円を認めるに至っている。

　142件の査定申立て（査定申立額2,223,322,737円（元本のみ））については、現在までに全てについて裁判所の決定が出されており、全て当職の主張を認めるものである。

　裁判所の査定決定に対し、14件（訴額1,972,594,935円（元本のみ））の査定異議の訴えが提起された（ただし、現在までに、2件の査定異議の訴えは取り下げられた。）。当職は、当該訴えに対し、査定申立てのときと同内容の反論を行っている。

　今後、残りの異議訴訟についても、可及的速やかに終了させるよう引き続き努める。

## 2　取引所関係破産債権以外の債権届出の状況

　取引所関係破産債権以外の債権を届け出た債権者に対しては、平成27年9月9日の債権調査期日において認否をしているが、うち2名から破産債権査定の申立てがあり、現在査定手続中である。

## 第3　BTC消失経緯等調査

　当職は、破産者における BTC 及び法定通貨の消失の有無・経緯等に関し、有限責任監査法人トーマツ（関連法人を含む。）、及び税理士法人レクス会計事務所に委嘱し、かつ支援企業である Payward グループの協力も得ながら、調査を進めている。

　また、カルプレス・マルク・マリ・ロベートは、後述のとおり、逮捕起訴されたが、当職は、警視庁などの捜査機関の捜査協力要請に対し、可能な協力を行ってきており、今後とも協力を行っていく方針である。なお、かかる警察捜査との関係でも、捜査又は調査に関する情報については、慎重に取り扱う必要が生じている。

　存在する情報が限られていること等の事情もあり、全容の把握は難しいと考えているものの、今後も、可能な限りで、調査を続行する予定である。なお、上記調査の結果については、プライバシーの問題等について配慮した上で、適切な時期、方法及び内容にて公表することを予定している。

## 第4　関連会社

　破産者には、複数の関連会社（親会社等）が存し、以下の会社等に対する貸付金等を有するため、その回収に努めている。

## 1　(株)TIBANNE

　当職は、平成27年5月15日、破産者の親会社である(株)TIBANNE の破産手続（東京地方裁判所平成27年（フ）第585号）において、破産債権の届出（届出破産債権額合計

2

25,841,657,102円。なお、平成27年11月19日に306,362,100円を取り下げている。）を
したが、破産管財人栗田口太郎弁護士より異議を述べられたため、平成27年10月13日、
破産債権査定の申立てを行った。現在、（株)TIBANNE の破産手続において査定手続中で
ある。

**2 （株)Bitcoin. Café**

当職が（株) Bitcoin. Café の破産手続（東京地方裁判所平成26年（フ)第5603号)に
おいて行った破産債権の届出（届出金額60,710,136円）について（株) Bitcoin. Café
の債権者である東急建設株式会社が述べた異議に関し、同社が最高裁判所に対し、上
告及び上告受理申立てを行っていたところ、平成29年1月19日、最高裁判所により上告
棄却及び不受理の決定がなされ、当職の上記届出を認めることを内容とする裁判所の
判断が確定した。

**3 カルプレス・マルク・マリ・ロベート**

当職は、平成27年10月23日、御庁に対し、破産者の代表取締役であるカルプレス・
マルク・マリ・ロベートの破産手続開始の申立てを行った。その結果、同年11月10日、
同人について破産手続開始決定がなされ、破産管財人に坂口昌子弁護士が選任された。
また、カルプレス・マルク・マリ・ロベートは、平成27年9月11日に私電磁的記録不
正作出・同供用罪及び業務上横領罪の容疑で起訴され、さらに同年11月18日に同じく
私電磁的記録不正作出・同供用罪及び業務上横領罪の容疑で追起訴された。平成29年7
月11日に当該事件に関する第1回公判が行われた。なお、同人は、平成28年7月14日に
保釈されている。
当職は、平成29年2月6日、カルプレス・マルク・マリ・ロベートの破産手続（平成
27年（フ)第9170号）において、破産債権の届出（届出金額25,190,162,021円）を行っ
た。

**第5 破産法第 177 条第 1 項の規定による保全処分又は第 178 条第 1 項に規定する役
員責任査定決定を必要とする事情の有無**

破産法第 177 条第 1 項の規定による保全処分又は第 178 条第 1 項に規定する役員責
任査定決定を必要とする事情の有無については、上記第 3 の調査と並行し引き続き調
査をしている。

**第6 破産手続進行に関する事項**

**1 配当の見込み等**

全ての破産債権につき認否を終えたため、今後、可能な限り早期に配当手続に進み
たいと考えている。しかし、その具体的日程については、当職の認否に対する各債権
者の応答等によって影響を受けざるを得ない。したがって、現時点では、配当見込み、

配当時期、及び配当方法等は未定である。

　なお、破産配当が可能となる場合に BTC を配布する方法を用いるか否かについては、引き続き検討中である。

## 2　その他必要な情報のウェブサイトでの提供

　本件では、極めて多数の債権者が各国に存するため、本件に関し債権者に必要な情報等は、できる限り、当職の管理するウェブサイト（https://www.mtgox.com/）に随時公表する予定である。

以　　上

平成26年(フ)第3830号
破産者 株式会社MTGOX
破産管財人 弁護士 小林信明

## 財 産 目 録

（開始決定日：平成26年4月24日現在）
[単位：円]

### 資産の部

| 番号 | 科目 | 所　価 | 評価額(回目価入額) | 備考 |
|---|---|---|---|---|
| 1 | 現金及び預金 | 1,336,251 | 1,359,603 | |
| | 現金 | 0 | 0 | |
| | みずほ銀行 渋谷支店 普通預金 No.1157705 | 120,000 | 152,602 | 解約入金済み。 |
| | みずほ銀行 渋谷支店 普通預金 No.1197669 | 0 | 47 | 解約入金済み。 |
| | みずほ銀行 渋谷支店 外貨普通預金 No.9110151 | 0 | 0 | 通貨：USD、解約入金済み。 |
| | みずほ銀行 渋谷支店 外貨普通預金 No.9110186 | 0 | 0 | 通貨：GBP、解約入金済み。 |
| | みずほ銀行 渋谷支店 外貨普通預金 No.9110216 | 0 | 97 | 通貨：AUD、解約入金済み。 |
| | みずほ銀行 渋谷支店 外貨普通預金 No.9110267 | 0 | 0 | 通貨：USD、解約入金済み。 |
| | みずほ銀行 渋谷支店 外貨普通預金 No.9110232 | 91 | 87 | 通貨：DKK、解約入金済み。 |
| | みずほ銀行 渋谷支店 外貨普通預金 No.9110275 | 28 | 26 | 通貨：AUD、解約入金済み。 |
| | みずほ銀行 渋谷支店 外貨普通預金 No.9110283 | 25 | 23 | 通貨：SGD、解約入金済み。 |
| | みずほ銀行 渋谷支店 外貨普通預金 No.9110259 | 89 | 87 | 通貨：CHF、解約入金済み。 |
| | ゆうちょ銀行 渋谷支店 総合口座 No.10170-18110711 | 945 | 945 | 解約入金済み。 |
| | 楽天銀行 第二営業支店 普通預金 No.7018261 | 279,157 | 279,213 | 解約入金済み。 |
| | ジャパンネット銀行 すずめ支店 普通預金 No.2359081 | 596,168 | 596,168 | 解約入金済み。 |
| | 八千代銀行 渋谷支店 普通預金 No.0623939 | 0 | 0 | 解約入金済み。 |
| | 八千代銀行 渋谷支店 外貨普通預金 No.0623949 | 95,357 | 93,168 | 通貨：AUD、解約入金済み。 |
| | 八千代銀行 渋谷支店 外貨普通預金 No.0623950 | 141,608 | 136,014 | 通貨：EUR、解約入金済み。 |
| | 八千代銀行 渋谷支店 外貨普通預金 No.0623938 | 102,476 | 100,677 | 通貨：USD、解約入金済み。 |
| | りそな銀行 渋谷支店 普通預金 No.2973992 | 0 | 100 | 解約入金済み。 |
| 2 | 貸付金等 | 1,307,423,210 | 46,686,362 | 評価額は平成29年9月26日までの換価実績による。 |
| | ㈱TIBANNE | 772,791,001 | 0 | 破産者の関係会社。平成27年1月30日破産手続開始決定、破産債権届出済み。 |
| | ㈱ShadeID | 338,139,321 | 16,686,362 | 破産者の関係会社。平成27年9月29日、債権譲渡契約に基づき回収。 |
| | ㈱Bitcoin cafe | 60,000,000 | 0 | 破産者の関係会社。平成26年6月18日破産手続開始決定、破産債権届出済み。 |
| | カルプレス・マルク・マリ・ロバート | 136,175,781 | 0 | 破産者の代表者。平成27年11月10日破産手続開始決定。 |
| | MTGOX HongKong | 317,107 | 0 | 破産者の関係会社。普通益率。 |
| 3 | 預入金 | 925,926 | 331,600 | 評価額は平成29年9月26日までの換価実績による。 |
| | ㈱TIBANNE | 562,026 | 0 | 破産者の親会社。貸付金の未収入例あり。 |
| | 渋谷税務署(法人税中間納付) | 242,300 | 243,900 | 平成26年7月21日還付金入金済み。 |
| | 渋谷都税事務所(事業税及び地方法人特別税中間納付) | 80,500 | 80,800 | 平成26年7月29日還付入金済み。 |
| | 岩手都税事務所(住民税法人税割中間納付) | 40,800 | 6,500 | 均等割分を控除の上、平成26年7月29日還付金入金済み。 |
| 4 | 現払金(東京地方裁判所) | 2,000,000 | 2,000,000 | 平成26年6月4日回収。 |
| 5 | 預け金 | 783,948,565 | 862,720,420 | 評価額は平成29年9月26日までの換価実績による。 |
| | 申立代理人 | 211,459,630 | 231,557,868 | 平成26年5月12日に計算繰越して引渡ぎ済み。 |
| | 申立代理人 | 509,510,685 | 500,656,397 | 平成26年5月9日に計算繰越して引渡ぎ済み。 |
| | 申立代理人 | 32,978,250 | 32,977,386 | 平成26年5月8日に計算繰越して引渡ぎ済み。 |
| | その他 | 0 | 97,486,771 | 平成27年1月7日回収。 |
| 6 | 敷金保証金 | 1,693,444,088 | 990,215,331 | 評価額は平成29年9月26日までの換価実績による。 |
| | CoinLab | 500,000,000 | 0 | 訴訟継続中。 |
| | その他 | 1,193,444,088 | 990,215,331 | 平成29年6月15日入金済み。 |
| 7 | 工具器具備品等 | 101,557,699 | 32,582,300 | 評価額は平成29年9月26日までの換価実績による。 |
| | DELL サーバー | 5,819,000 | 0 | |
| | Violin Server | 90,623,142 | 32,382,300 | 平成26年11月27日売却、入金済み。 |
| | Apple Japan ノートパソコン28台 | 5,383,438 | 0 | |
| | Chair | 2,902,119 | 200,000 | 平成27年6月18日売却、入金済み。 |
| 8 | 敷金 | 700,000 | 0 | 評価額は平成29年9月26日までの換価実績による。 |
| | ディ・エグゼクティブ・センター・ジャパン株式会社 | 510,000 | 0 | 解約済み、回収不能。 |
| | ディ・エグゼクティブ・センター・ジャパン株式会社(駐車場敷金) | 160,000 | 0 | 解約済み、回収不能。 |
| 9 | 差入保証金 | 10,586,875 | 10,587,933 | 被差金が供託した仮差押解放金に係る。回収済み。 |
| 10 | 関係者 | 85,875,146 | 0 | 評価額は平成29年9月26日までの換価実績による。 |
| | Applico Inc. | 33,433,375 | 0 | 資産生なし |
| | Internet Escrow Services | 3,673,459 | 0 | 資産生なし |
| | Mandalah KK | 31,993,500 | 0 | 資産生なし |
| | The Phuse Inc. | 4,573,513 | 0 | 資産生なし |
| | Winsoft Technology Solutions Inc. | 12,782,299 | 0 | BCEとなっている。 |
| 11 | 受取利息 | | 365,653 | 預金利息 |
| 12 | 破産申立予納金 | | 18,063,297 | |
| | 破産申立予納金(カルプレス・マルク・マリ・ロバート) | 0 | 3,026,000 | 破産申立予納金分戻り(報酬等発生分) |
| | 破産申立予納金(㈱TIBANNE) | 0 | 15,037,297 | 破産申立予納金分戻り(報酬等発生分) |
| | 資産合計 | 3,990,797,660 | 1,964,912,701 | |

### 負債の部

| 番号 | 科目 | 帳簿債権 | 届出金額 | 備考 |
|---|---|---|---|---|
| 1 | 財団債権・優先的破産債権(公租公課) | 54,371,152 | 回未定 | |
| | 財団債権(その他の経費) | 19,253,642 | 回未定 | |
| 2 | 一般破産債権(取引所関係破産債権) | 8,256,092,211 | 263,519,268,330,371 | |
| | 一般破産債権(取引先等) | 402,470,293 | 13,119,083,453 | |
| | 負債合計 | 8,732,190,301 | 回未定 | |

※1 「帳簿」は、原則として、平成26年4月24日現在の破産者の帳簿価額を記載しており、当該金額が実際の金額とは一致するものではない。
※2 「評価額(回目価入額)」は、原則として、平成29年9月26日現在に実際に回収された金額を記載している。
※3 破産者が保有するBitcoinは、Bitcoin Cashと、上記資産には含まれていない。なお、平成29年9月21日時点において既定管理するBitcoinは、202,185.36429254 BTCであり、Bitcoin Cashは、202,185.36429254 BCCとなっている。
※4 本目録の記載は、原則として、調査結果に基づく内容であり、今後の調査により本目録に記載のない資産又は負債が判明する可能性がある。

# 収 支 計 算 書

自 平成26年 4月24日
至 平成29年 9月26日

平成26年(フ)第3830号
破産者 株式会社MTGOX
破産管財人 弁護士 小林 信明

(単位:円)

| 番号 | 収 入 の 部 摘 要 | 金額 | 番号 | 支 出 の 部 摘 要 | 金額 |
|---|---|---|---|---|---|
| 1 | 引継現預金 | 766,593,252 | 1 | 事務費 | 33,376,215 |
| 2 | 引継予納金 | 2,000,000 | 2 | 破産開始決定通知書送付費用 | 6,890,292 |
| 3 | 供託金回収 | 10,587,933 | 3 | 消耗品費 | 8,857,465 |
| 4 | 受取利息 | 365,655 | 4 | 専門家報酬 | 313,381,871 |
| 5 | 税金還付 | 331,600 | 5 | 業務委託報酬 | 144,311,374 |
| 6 | 他社預け金の回収 | 990,215,531 | 6 | 和解金(通信関連契約解約費用) | 6,310,433 |
| 7 | 破産手続の支援等に関する契約に基づくPaywardの支援金 | 32,382,300 | 7 | 旅費交通費 | 298,930 |
| 8 | 預け金の回収 | 97,486,771 | 8 | 管財人室家賃・敷金 | 7,207,132 |
| 9 | 備品売却収入 | 200,000 | 9 | 公租公課(管財人報酬の源泉所得税等) | 40,051,170 |
| 10 | ㈱Shade3Dに対する貸付金譲渡代金 | 46,686,362 | 10 | コールセンター費用 | 8,744,658 |
| 11 | カルプレス・マルク・マリ・ロベート破産申立予納金戻り(郵券等戻り含む) | 3,026,000 | 11 | TIBANNE破産申立予納金 | 15,000,000 |
| 12 | TIBANNE破産申立予納金戻り(郵券等戻り含む) | 15,037,297 | 12 | 管財人報酬 | 163,681,976 |
| | | | 13 | カルプレス・マルク・マリ・ロベート破産申立予納金 | 3,000,000 |
| | 合 計 | 1,964,912,701 | | 合 計 | 751,111,516 |

| | |
|---|---|
| 差引残金 | 1,213,801,185 |

平成26年(フ)第3830号
破産者　株式会社MTGOX
破産管財人　弁護士　小林　信明
(破産手続開始の決定日：平成26年　4月24日現在)

## 【破産】貸借対照表

(単位：円)

| 科目 | 評価額(財団組入額)※1 | 科目 | 届出額 |
|---|---:|---|---:|
| 現　金　及　び　預　金 | 1,359,603 | 財団債権及び優先的破産債権 ※3 | 73,627,794 |
| 短　期　貸　付　金 | 46,686,362 | 一　般　破　産　債　権 | 263,532,387,386,824 |
| 未　　収　　入　　金 | 331,600 | | |
| 仮　　払　　金 | 2,000,000 | | |
| 預　　け　　金 | 862,720,420 | | |
| 他　社　預　け　金 | 990,215,531 | | |
| 工　具　器　具　備　品 | 32,582,300 | | |
| 敷　　金 | 0 | | |
| 差　入　保　証　金 | 10,587,933 | | |
| 開　　発　　費 | 0 | | |
| 受　　取　　利　　息 | 365,655 | | |
| 破　産　申　立　予　納　金 | 18,063,297 | | |
| 資　　産　　計 ※2 | 1,964,912,701 | 負　　債　　計 | 263,532,461,014,618 |

※1 「評価額(財団組入額)」は、平成29年9月26日現在実際に回収された金額を記載している。
※2 破産者が保有するBitcoin及びBitcoin Cashは、上記資産には含まれていない。なお、平成29年9月21日時点において
　　 破産財団で管理するBitcoinは、202,185.36428254 BTCであり、Bitcoin Cashは、202,185.36428254 BCCである。
※3 財団債権及び優先的破産債権については、交付要求未了のため、破産手続開始決定時の破産者の帳簿に基づく金額である。
※4 本貸借対照表の記載は、現時点での調査結果に基づく内容であり、今後の調査により本貸借対照表に記載のない資産
　　 又は負債が判明する可能性がある。

[Translation]

Tokyo District Court 2014 (fu) No. 3830
Bankrupt Entity: MtGox Co., Ltd.

# Report

September 27, 2017

To: Tokyo District Court, Collegiate Section of 20th Civil Division

Bankrupt Entity: MtGox Co., Ltd.
Bankruptcy Trustee: Nobuaki Kobayashi, Attorney-at-law

## I. Progress and Status of Bankruptcy Estate

### 1. Status of Bankruptcy Estate

According to our investigation up to the date of this report, the status of the bankruptcy estate is as shown in the List of Assets and the Balance Sheet, and the balance in the account that I have secured as of September 26, 2017, is JPY 1,213,801,185, i.e., an increase of approximately JPY 183,000,000 from the time of the 8th creditors' meeting.

However, since the investigation of the status of the holdings of BTC is still on-going, such List of Assets and Balance Sheet do not contain BTC held by the bankrupt entity.

### 2. Status of BTC managed

The amount of BTC managed by the bankruptcy estate as of September 21, 2017, is 202,185.36428254 BTC. Currently, I am still investigating the existence of additional BTC held by the bankrupt entity. If any BTC is found, I will move them to the address which I manage, and I will keep such BTC there, in the soonest manner.

The amount of Bitcoin Cash managed by the bankruptcy estate as of September 21, 2017, is 202,185.36428254 BCC.

## II.  Status of Investigation of Bankruptcy Claims

### 1.  Status of Filing of Bankruptcy Claims and Acceptance or Rejection of Claims

On May 25, 2016, the date of the investigation of claims, I completed the task of accepting or rejecting each of the claims against the Bankrupt Entity seeking a refund of BTC or money that was filed by users of the Bankrupt Entity's Bitcoin exchange (such users, the "Users"; and such claims, the "Bankruptcy Claims Related to Exchange").

A summary of the status of filings of bankruptcy claims and the acceptance or rejection of claims as of May 25, 2016, is shown below.

| | Number of filings | Total amount of claims filed *1 | Total amount of claims that have been accepted *1 | Total amount of claims that have been rejected *1 |
|---|---|---|---|---|
| Creditors who filed a claim only with respect to the Bankruptcy Claims Related to Exchange | 24,750 filings | JPY 263,519,268,303,371 | JPY 45,609,593,503 | JPY 263,473,658,709,868 |

*1  All amounts have been converted into JPY.

Thereafter, out of the claims that I had originally rejected, to date, I have changed my decision from rejection to acceptance with respect to the certain claims made under 102 filings, the total amount of which is JPY 378,011,986.

With respect to 142 petitions for assessment, the total amount of which is JPY 2,223,322,737 (principal amount only), court decisions have been made for all of them to date, and all of them have accepted my assertions. In response to the assessment orders made by the court, 14 actions were filed to oppose bankruptcy claim assessment, the total amount of which is JPY 1,972,594,935 (principal amount only), two of which have been withdrawn to date.  In respect of such actions, I have made rebuttals, the content of which is the same as those I made in the petitions for assessment.

Going forward, I will continue to make an effort to end the pending actions as soon as possible.

2.  **Status of Filings of Claims Other than Bankruptcy Claims Related to Exchange**

With respect to creditors who filed claims other than the Bankruptcy Claims Related to Exchange, these claims have been accepted or rejected at the investigation of claims that was held on September 9, 2015; however, two creditors filed petitions for a bankruptcy claim assessment, and the assessment is currently under way.

III.  **Investigation of Disappearance of BTC, etc.**

I am conducting investigations into whether any BTC or money in other currencies that were possessed by or under the control of the bankrupt entity have disappeared, and if they have, the events leading to such disappearance by delegating such work to Deloitte Touche Tohmatsu LLC (and its affiliates) and ReEx Accounting Firm, with the assistance of our supporting company, Payward.

Additionally, while Robert Marie Mark Karpeles was arrested and prosecuted as stated below, following a request made by investigation agencies such as the Metropolitan Police Department to cooperate with their investigation, I have been providing and will continue to provide them with cooperation as much as possible. In connection with such police investigation, the careful treatment of information relating to the investigation is now needed.

Due to the circumstances, among others, that the amount of information available is limited, I believe it will be difficult to understand the full picture; however, I will continue these investigations, as much as possible.   We are planning to disclose the results of the aforesaid investigation at the appropriate time, in the appropriate manner and with the appropriate content, taking into account concerns as to privacy, etc.

IV.  **Affiliated Companies**

3

The bankrupt entity has several affiliated companies (parent company, etc.), and has claims such as loans against the following companies and person. I am making efforts to collect such loans.

1. **TIBANNE Co., Ltd.**

In the bankruptcy proceedings against TIBANNE Co., Ltd., which is the parent company of the bankrupt entity (Tokyo District Court 2015 (fu) No. 585), on May 15, 2015, I filed a bankruptcy claim (the total amount of the bankruptcy claim was JPY 25,841,657,102; however, I have withdrawn a portion of that claim in the amount of JPY 306,362,100 on November 19, 2015). Mr. Taro Awataguchi, who is the bankruptcy trustee of TIBANNE, made an objection to the claim; therefore, I filed a petition seeking an assessment of the bankruptcy claim on October 13, 2015. The assessment is currently being processed under the bankruptcy proceeding of TIBANNE, Co., Ltd.

2. **K.K. Bitcoin. Café**

With regard to the objection raised by TOKYU CONSTRUCTION CO., LTD., a creditor of K.K. Bitcoin. Café, against my filing of a bankruptcy claim (the amount of the bankruptcy claim was JPY 60,710,136) in the bankruptcy proceeding against K.K. Bitcoin. Café (Tokyo District Court 2014 (fu) No. 5603), where TOKYU CONSTRUCTION CO., LTD. has filed a final appeal as well as a petition for final appeal to the Supreme Court, the Supreme Court, on January 19, 2017, made a decision to dismiss and reject the final appeal. Accordingly, the court judgment that approves the aforesaid bankruptcy claim that I had filed has become final.

3. **Robert Marie Mark Karpeles**

I filed a petition for the commencement of bankruptcy proceeding regarding Robert Marie Mark Karpeles, who is the representative director of the bankrupt entity, with the court on October 23, 2015. As a result, the commencement of the bankruptcy proceeding against Mr. Karpeles was determined on November 10, 2015, and Ms. Masako Sakaguchi was appointed as the bankruptcy trustee.

4

Robert Marie Mark Karpeles was prosecuted on September 11, 2015 on the charges of unauthorized creation and use of private electromagnetic records and suspicion of corporate embezzlement. Furthermore, he was subsequently prosecuted on November 18, 2015 on the same charges of unauthorized creation and use of private electromagnetic records and suspicion of corporate embezzlement. The first trial of this case was held on July 11, 2017. He was released on bail on July 14, 2016.

In the bankruptcy proceedings against Robert Marie Mark Karpeles (2015 (fu) No. 9170), on February 6, 2017, I filed a bankruptcy claim (the amount of the bankruptcy claim was JPY 25,190,162,021).

## V. Existence of Circumstances Requiring a Temporary Restraining Order, as Stipulated in Article 177, Paragraph 1 of the Bankruptcy Act, and Officer's Liability Assessment Order, as Stipulated in Article 178, Paragraph 1 of Bankruptcy Act

With respect to the existence of circumstances requiring a temporary restraining order, as stipulated in Article 177, Paragraph 1 of the Bankruptcy Act, and officer's liability assessment order, as stipulated in Article 178, Paragraph 1 of the Bankruptcy Act, an investigation is still required to take place concurrently with the investigation stated in section III above.

## VI. Matters regarding Progress of Bankruptcy Proceedings

### 1. Probability of Distribution

Now that all bankruptcy claims have been accepted or rejected, henceforth, I wish to proceed to the distribution process as soon as possible. However, the detailed schedule thereof will inevitably be affected, among others, by each creditor's response to the acceptance or rejection of his or her claim. Therefore, at present, the matters such as the possibility of carrying out a distribution and the timing and method thereof have not yet been determined.

I will continue to consider whether, in the case where a distribution is possible, a distribution will be made by way of distributing BTC.

5

2.  **Provision of Other Necessary Information on Website**

Since an extremely large number of creditors exist worldwide in this case, I plan to disclose, as much as possible, information that are necessary for creditors to be aware of regarding this case on the website that I manage (https://www.mtgox.com) from time to time.

End of document

\* This translation is prepared for reference purposes only.   The Japanese version is the original and if there is any discrepancy between the Japanese original and this translation, the Japanese original supersedes and governs.

# [Translation]

## List of Assets

[Case Number:] Tokyo District Court 2014 (fu) No. 3830
Bankrupt Entity: MtGox Co., Ltd.
Bankruptcy Trustee: Nobuaki Kobayashi, Attorney-at-law

Assets

(As of April 24, 2014, the date of the order of commencement of bankruptcy proceedings)

(In JPY)

| No. | Item | Book value *1 | Appraised amount (amount incorporated into the bankruptcy estate) *2 | Remarks |
|---|---|---|---|---|
| 1 | Cash and deposits | 1,336,251 | 1,359,603 | |
| | Cash | 0 | 0 | |
| | Mizuho Bank, Shibuya Branch, Ordinary deposit account No.1457705 | 120,000 | 152,602 | The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Mizuho Bank, Shibuya Branch, Ordinary deposit account No.1497669 | 0 | 47 | The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Mizuho Bank, Shibuya Branch, Foreign currency ordinary deposit account No.9110151 | 0 | 4 | Currency: USD. The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Mizuho Bank, Shibuya Branch, Foreign currency ordinary deposit account No.9110186 | 0 | 5 | Currency: GBP. The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Mizuho Bank, Shibuya Branch, Foreign currency ordinary deposit account No.9110216 | 0 | 97 | Currency: AUD. The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Mizuho Bank, Shibuya Branch, Foreign currency ordinary deposit account No.9110267 | 0 | 4 | Currency: NZD. The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Mizuho Bank, Shibuya Branch, Foreign currency ordinary deposit account No.9110232 | 91 | 87 | Currency: DKK. The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Mizuho Bank, Shibuya Branch, Foreign currency ordinary deposit account No.9110275 | 28 | 26 | Currency: HKD. The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Mizuho Bank, Shibuya Branch, Foreign currency ordinary deposit account No.9110283 | 25 | 25 | Currency: SGD. The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Mizuho Bank, Shibuya Branch, Foreign currency ordinary deposit account No.9110259 | 89 | 87 | Currency: CHF. The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Yucho Bank, Shibuya Branch, Consolidated account No. 10170-48410711 | 945 | 945 | The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Rakuten Bank, Second Sales Branch, Ordinary deposit account No. 7018261 | 279,457 | 279,213 | The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Japan Net Bank, Suzume Branch, Ordinary deposit account No.2555084 | 596,168 | 596,168 | The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Yachiyo Bank, Shibuya Branch, Ordinary deposit account No. 0623839 | 7 | 7 | The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Yachiyo Bank, Shibuya Branch, Foreign currency ordinary deposit account No. 0623949 | 95,357 | 93,469 | Currency: AUD. The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Yachiyo Bank, Shibuya Branch, Foreign currency ordinary deposit accountNo 0623950 | 141,608 | 136,041 | Currency: EUR. The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Yachiyo Bank, Shibuya Branch, Foreign currency ordinary deposit account No. 0623938 | 102,476 | 100,677 | Currency: USD. The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |
| | Resona Bank, Shibuya Branch, Ordinary deposit account No.2973992 | 0 | 100 | The account has been closed, and the cash in the account has already been transferred into the account of the trustee. |

| No. | Item | Book value *1 | Appraised amount (amount incorporated into the bankruptcy estate) *2 | Remarks |
|---|---|---|---|---|
| 2 | Short-term loans | 1,307,423,210 | 46,686,362 | The appraised amount is based on the amount actually converted into cash on or prior to September 26, 2017. |
| | TIBANNE Co., Ltd. | 772,791,001 | 0 | This company is an affiliated company of the bankrupt, and an order of commencement of bankruptcy proceedings for such company was issued on January 30, 2015. The filing of proof of claims has already been completed. |
| | K. K. Shade3D | 338,139,321 | 46,686,362 | This company is an affiliated company of the bankrupt. Collected under the claim assignment agreement on September 29, 2015. |
| | K. K. Bitcoin Café | 60,000,000 | 0 | This company is an affiliated company of the bankrupt, and an order of commencement of bankruptcy proceedings for such company was issued on June 18, 2014. The filing of proof of claims has already been completed |
| | Robert Marie Mark Karpeles | 136,175,781 | 0 | This person is the representative of the bankrupt, and an order of commencement of bankruptcy proceedings for such person was issued on November 10, 2015. |
| | MTGOX HongKong | 317,107 | 0 | This company is an affiliated company of the bankrupt. Repayment of the loan is currently being requested. |
| 3 | Accounts receivable | 925,826 | 331,600 | The appraised amount is based on the amount actually converted into cash on or prior to September 26, 2017. |
| | TIBANNE Co., Ltd | 562,026 | 0 | This company is the parent company of the bankrupt. The accounts receivable against this company comprise of accrued interest on the loan. |
| | Shibuya Tax Office (Interim payment of corporation tax) | 242,200 | 243,900 | Tax refund was paid into the account of the trustee on July 24, 2014 |
| | Shibuya Metropolitan Taxation Office (Interim payment of enterprise tax and special local corporation tax) | 80,800 | 80,800 | Tax refund was paid into the account of the trustee on July 29, 2014. |
| | Shibuya Metropolitan Taxation Office (Interim payment of inhabitants tax on corporation tax basis) | 40,800 | 6,900 | Upon balancing by taxation on a per capita basis, a tax refund was paid into the account of the trustee on July 29, 2014. |
| 4 | Provisional payment (to the Tokyo District Court) | 2,000,000 | 2,000,000 | Collected on June 4, 2014 |
| 5 | Deposits paid | 783,948,565 | 862,720,429 | The appraised amount is based on the amount actually converted into cash on or prior to September 26, 2017. |
| | Counsel for applicant | 241,459,630 | 231,557,866 | The money deposited was already succeeded at the appraised amount on May 12, 2014. |
| | Counsel for applicant | 509,510,685 | 500,698,397 | The money deposited was already succeeded at the appraised amount on May 9, 2014. |
| | Counsel for applicant | 32,978,250 | 32,977,386 | The money deposited was already succeeded at the appraised amount on May 8, 2014. |
| | Others | 0 | 97,486,771 | Collected on January 7, 2015 |
| 6 | Money deposited with other companies | 1,693,444,088 | 990,215,531 | The appraised amount is based on the amount actually converted into cash on or prior to September 26, 2017. |
| | CoinLab | 500,000,000 | 0 | Pending litigation |
| | Others | 1,193,444,088 | 990,215,531 | The money was paid into the account of the trustee on June 5, 2017. |
| 7 | Tools, furniture and fixtures | 104,557,699 | 32,582,300 | The appraised amount is based on the amount actually converted into cash on or prior to September 26, 2017. |
| | DELL Server | 5,649,000 | | |
| | Violin Server | 90,623,142 | 32,382,300 | Sold on November 27, 2014. The consideration has already been transferred into the account of the trustee. |
| | Apple Japan; 28 laptop computers | 5,383,438 | | |
| | Chair | 2,902,119 | 200,000 | Sold on June 8, 2015. The consideration has already been transferred into the account of the trustee. |

2/3

| No. | Item | Book value *1 | Appraised amount (amount incorporated into the bankruptcy estate)*2 | Remarks |
|---|---|---|---|---|
| 8 | Security deposit | 700,000 | 0 | The appraised amount is based on the amount actually converted into cash on or prior to September 26, 2017. |
| | The Executive Center Japan K.K. | 540,000 | 0 | The contract has been cancelled. Irrecoverable |
| | The Executive Center Japan K.K. (Security deposit for parking spaces) | 160,000 | 0 | The contract has been cancelled. Irrecoverable |
| 9 | Guaranty money deposited | 10,586,875 | 10,587,933 | This is a refund of the money for release from provisional seizure deposited by the bankrupt and has already been collected. |
| 10 | Development expenses | 85,875,146 | 0 | The appraised amount is based on the amount actually converted into cash on or prior to September 26, 2017. |
| | Applico Inc. | 33,453,375 | 0 | No value |
| | Internet Escrow Services | 3,073,459 | 0 | No value |
| | Mandalah KK | 31,993,500 | 0 | No value |
| | The Phase Inc. | 4,572,513 | 0 | No value |
| | Winsoft Technology Solutions Inc. | 12,782,299 | 0 | This development expense is currently under investigation, but may be an expense spent in the past and may have no value. |
| 11 | Interest income | 0 | 365,655 | Interest on deposit |
| | Prepayment for filing bankruptcy | 0 | 18,063,297 | Interest on deposit |
| | Prepayment for filing bankruptcy against Robert Mark Karpeles | 0 | 3,026,000 | Return of prepayment for filing bankruptcy against Robert Marie Mark Karpeles (including return of postal stamps, etc.) |
| 12 | Prepayment for filing bankruptcy against TIBANNE Co., Ltd. | 0 | 15,037,297 | Return of prepayment for filing bankruptcy against TIBANNE (including return of postal stamps, etc.) |
| | Total assets *3 | 3,990,797,660 | 1,064,912,701 | |

Liabilities

| No. | Item | Book value | Reported amount | Remarks |
|---|---|---|---|---|
| 1 | Claims on the estate and preferred bankruptcy claims (Taxes and other public charges) | 54,374,152 | The amount has not yet been determined | |
| | Claims on the estate (Other expenses) | 19,253,642 | The amount has not yet been determined | |
| 2 | General bankruptcy claims (the "Bankruptcy Claims Related to Exchange") | 8,256,092,214 | 263,519,268,303,371 | |
| | General bankruptcy claims (Transacting parties, etc.) | 402,470,293 | 13,119,083,453 | |
| | Total liabilities *3 | 8,732,190,301 | The amount has not yet been determined | |

*1 The amounts stated in the "book value" column are, as a rule, entered by referring to the book value as of April 24, 2014, and such amounts do not correspond to their respective amounts of proceeds from their conversion into cash

*2 As a rule, the "appraised amount (amount incorporated into the bankruptcy estate)" shows the amount actually collected on or prior to September 26, 2017.

*3 The bitcoins and bitcoin cash held by the bankrupt entity are not included in the assets set forth above. In addition, the amount of bitcoins managed by the bankruptcy estate as of September 21, 2017, is 202,185.36428254 BTC and the amount of bitcoin cash managed by the bankruptcy estate as of September 21, 2017, is 202,185.36428254 BCC.

*4 This list has been prepared based on the investigation results at the present point in time, and assets or liabilities not included in this list may be discovered as a result of further investigation.

* This translation is prepared for reference purpose only. The Japanese version is the original and if there is any discrepancy between the Japanese original and this translation, the Japanese original supersedes and governs.

[Translation]

## Income and Expenditure Statement
From April 24, 2014
Through September 26, 2017

[Case Number:] Tokyo District Court 2014 (*fu*) No. 3830
Bankrupt Entity: MtGox Co., Ltd.
Bankruptcy Trustee: Nobuaki Kobayashi, Attorney-at-law

(In JPY)

| | Income | | | | Expenditure | |
|---|---|---|---|---|---|---|
| No. | Abstract | Amount | | No. | Abstract | Amount |
| 1 | Cash and deposits succeeded from the bankrupt | 766,593,252 | | 1 | Office expenses | 33,376,215 |
| 2 | Deposits succeeded from the court | 2,000,000 | | 2 | Expenses for notice of commencement of bankruptcy proceedings to bankruptcy | 6,890,292 |
| 3 | Collection of monies deposited | 10,587,933 | | 3 | Supplies expenses | 8,857,465 |
| 4 | Interest income | 365,655 | | 4 | Professional fees | 313,381,871 |
| 5 | Tax refund | 331,600 | | 5 | Outsourcing fees | 144,311,374 |
| 6 | Collection of money deposited with other companies | 990,215,531 | | 6 | Settlement Money (Expense for terminating telecommunication related agreement) | 6,310,433 |
| 7 | Money provided as assistance by Payward under the contract for providing assistance and others in bankruptcy proceedings | 32,382,300 | | 7 | Transportation expenses | 298,930 |
| 8 | Collection of deposits paid | 97,486,771 | | 8 | Rent and deposit for the bankruptcy trustee's office | 7,207,132 |
| 9 | Proceeds from sale of fixtures | 200,000 | | 9 | Tax and public dues (withholding tax of trustee's fee, etc.) | 40,051,170 |
| 10 | Price for assignment of loan to K.K. Shade3D | 46,686,362 | | 10 | Call center expense | 8,744,658 |
| 11 | Return of prepayment for filing bankruptcy against Robert Marie Mark Karpeles (including return of postal stamps, etc.) | 3,026,000 | | 11 | Prepayment for filing bankruptcy against TIBANNE | 15,000,000 |
| 12 | Return of prepayment for filing bankruptcy against TIBANNE (including return of postal stamps, etc.) | 15,037,297 | | 12 | Trustee's fee | 163,681,976 |
| | | | | 13 | Prepayment for filing bankruptcy against Robert Marie Mark Karpeles | 3,000,000 |
| | Total | 1,964,912,701 | | | Total | 751,111,516 |

| | |
|---|---|
| Balance | 1,213,801,185 |

* This translation is prepared for reference purpose only. The Japanese version is the original and if there is any discrepancy between the Japanese original and this translation, the Japanese original supersedes and governs.

[Translation]

[Case Number:] Tokyo District Court 2014 (*fu*) No. 3830
Bankrupt Entity: MtGox Co., Ltd.
Bankruptcy Trustee: Nobuaki Kobayashi, Attorney-at-law
(As of April 24, 2014, the date of the order of commencement of bankruptcy proceedings)

## [Bankruptcy] Balance Sheet

In JPY

| Item | Appraised amount (amount incorporated into the bankruptcy estate)*1 | Item | Filling amount |
|---|---|---|---|
| Cash and deposits | 1,359,603 | Claims on the estate and preferred bankruptcy claims *3 | 73,627,794 |
| Short-term loans | 46,686,362 | General bankruptcy claims | 263,532,387,386,824 |
| Accounts receivable | 331,600 | | |
| Provisional payment | 2,000,000 | | |
| Deposits paid | 862,720,420 | | |
| Money deposited with other companies | 990,215,531 | | |
| Tools, furniture and fixtures | 32,582,300 | | |
| Security deposit | 0 | | |
| Guaranty money deposited | 10,587,933 | | |
| Development expenses | 0 | | |
| Interest income | 365,655 | | |
| Prepayment for filing bankruptcy | 18,063,297 | | |
| Total assets *2 | 1,964,912,701 | Total liabilities | 263,532,461,014,618 |

*1 The "appraised amount (amount incorporated into the bankruptcy estate)" shows the amount actually collected on or prior to September 26, 2017.

*2 The bitcoins and bitcoin cash held by the bankrupt entity are not included in the assets set forth above. In addition, the amount of bitcoins managed by the bankruptcy estate as of September 21, 2017, is 202,185.36428254 BTC and the amount of bitcoin cash managed by the bankruptcy estate as of September 21, 2017, is 202,185.36428254 BCC.

*3 The amounts of these liabilities are based on the book value of the bankrupt at the time of the order of commencement of bankruptcy proceedings because requests for distribution have not yet been completed.

*4 This balance sheet has been prepared based on the investigation results at the present point in time, and assets or liabilities not included in this balance sheet may be discovered as a result of further investigation.

* This translation is prepared for reference purpose only. The Japanese version is the original and if there is any discrepancy between the Japanese original and this translation, the Japanese original supersedes and governs.