Exhibit 39

Gregory Pearce
08/16/2017

1

```
IN THE UNITED STATES DISTRICT COURT

  FOR THE NORTHERN DISTRICT OF ILLINOIS

              EASTERN DIVISION


GREGORY GREENE, JOSEPH LACK,    :
ANTHONY MOTTO, and GREGORY      :   CASE NO. 14 C 01437
PEARCE, individually and on     :
behalf of all others            :   JUDGE GARY FEINERMAN
similarly situated,             :
                                :
        Plaintiffs,             :
                                :   MAGISTRATE JUDGE
                                :   SUSAN E. COX
                                :
       vs.                      :
                                :
MIZUHO BANK, LTD., a Japanese   :
financial institution, and      :
MARK KARPELES, an individual,   :
                                :
        Defendants.             :
```

      Transcript of the videotaped deposition of
GREGORY PEARCE taken by and before Lisa Forlano,
CCR, CRR, RMR, Certificate No. XI01143, at the
offices of Hangley Aronchick Segal Pudlin &
Schiller, One Logan Square, 27th Floor,
Philadelphia, Pennsylvania, commencing on Wednesday,
August 16, 2017, at 9:09 a.m.

```
 1   A P P E A R A N C E S:

 2

 3

 4          EDELSON PC
            BY:  NINA EISENBERG, ESQ.
 5          123 TOWNSEND STREET, SUITE 100
            SAN FRANCISCO, CALIFORNIA  94107
 6

 7          ATTORNEYS FOR PLAINTIFFS

 8

 9          SHEARMAN & STERLING LLP
            BY:  JEFFREY J. RESETARITS, ESQ.
10          599 LEXINGTON AVENUE
            NEW YORK, NEW YORK  10022-6069
11

12          ATTORNEYS FOR DEFENDANT, MIZUHO BANK, LTD.

13

14

15

16

17   ALSO PRESENT:

18            Rick Christian, Video Operator

19

20

21

22

23

24

25
```

Gregory Pearce
08/16/2017

83

1  Q   So it was February 8, 2014. Is it
2  accurate to state that you had approximately two to
3  three weeks before you needed the money?
4  A   I wanted it as soon as possible, but I
5  was wanting it before the end of the month because I
6  needed it just to live.
7  Q   To the extent that there were delays in
8  the withdrawals, is it accurate to state that you
9  were okay with those delays as long as the money
10 came before the end of February?
11        MS. EISENBERG: Objection to the extent
12     it mischaracterizes prior testimony.
13        Proceed.
14        THE WITNESS: No, I was not okay with
15     taking that long. It was a situation -- I
16     wanted it at least by then, but I was not okay
17     with it being -- taking that long.
18 BY MR. RESETARITS:
19 Q   I asked a different question. If MtGox
20 had delays in processing currency withdrawals and it
21 was going to take two, three weeks, were you okay
22 with that?
23 A   Not really.
24 Q   So what did you do about it, then?
25 A   Well, shortly thereafter, I don't

1  remember exactly when it was, but I had asked them
2  to cancel the transfer with the intent of converting
3  it back to bitcoin and transferring the bitcoin out
4  to my CampBX account so then I could withdraw the
5  cash from there.
6       Q    Before we get to that, on February 10,
7  did MtGox respond to you?
8       A    Yes.
9       Q    And what did they tell you?
10      A    It says their delay may take a few
11 weeks to get back to normal.
12      Q    It says, Please note that the
13 international withdrawals are currently delayed and
14 may take a few weeks to get back to normal.  Please
15 be assured that the withdrawals will be based on the
16 queuing system.
17           When you got that e-mail, what did you
18 understand that to mean?
19      A    That at that time -- I understood that
20 that meant that they were eventually going to
21 process the withdrawal, but there will be a delay
22 and they would get some kind of notification when
23 they were able to do it.
24      Q    Again, were you okay with the delay?
25           MS. EISENBERG:  Objection, asked and

1    answered.
2        Proceed.
3        THE WITNESS: I already said before I
4    was not okay with that delay.
5  BY MR. RESETARITS:
6    Q    So what did you do about it?
7        MS. EISENBERG: Same objection.
8        Go ahead.
9        THE WITNESS: I contacted them back,
10    and if you look at my response on the 10th, I
11    said I needed a quicker solution and I had an
12    idea. At some point in that time frame was
13    when I discovered they were having a problem
14    with the bitcoin transfers. So I thought of
15    the idea, you know, to let me know when I
16    could transfer the bitcoins so that I could
17    transfer them out to another location where I
18    could get the withdrawal from.
19  BY MR. RESETARITS:
20    Q    So what you wanted to do -- correct me
21  if I'm wrong, but what you wanted to do was cancel
22  your withdrawal request, have the $5,900 credited
23  back to your MtGox account. You were then going to
24  buy bitcoin with the 5900 on the MtGox exchange and
25  transfer those bitcoins and any other bitcoins you

Gregory Pearce
08/16/2017
86

1 had with MtGox to CampBX; is that correct?
2      A     Yes.
3      Q     That was the solution you were
4 proposing on February 10, 2014?
5      A     Yes, that's exactly right.
6      Q     So what happened next?
7      A     Well, they told me about a manual
8 withdrawal system with a 5 percent extra fee. And
9 they asked me if I was interested in doing that, and
10 at that point in time I was not because I figured
11 I'd be losing money.
12      Q     Let's take it a little bit slower.
13 When you talk about a manual withdrawal system we're
14 talking about a manual currency withdraw system,
15 correct?
16      A     It was something they offered, proposed
17 to me.
18      Q     Right.
19      A     I'm guessing that if you used the
20 normal withdrawal page it puts your request in a
21 queue and it gets processed as opposed to the manual
22 system where a person physically handles your
23 transaction manually right away or quickly,
24 allegedly.
25      Q     And so they were --

Gregory Pearce
08/16/2017

87

```
 1      A      And then they were going to charge a
 2  5 percent fee for that.
 3      Q      So they were proposing that they would
 4  use this manual or person-based system to process
 5  your currency withdrawal more quickly but there
 6  would be a 5 percent charge, right?
 7      A      Yes.
 8      Q      And they made that proposal on?
 9      A      Eleventh of February.
10      Q      Yes, February 11, right?
11      A      Yes.
12      Q      And you didn't want to pursue that
13  option at that time, correct?
14      A      At that time, correct.
15      Q      On February 11 you e-mailed them and
16  said -- it's in the middle of the second paragraph
17  it says, I wish to cancel my withdrawal request and
18  have the balance restored to my account, total being
19  approximately $5,900.
20             Do you see that?
21      A      Yes.
22      Q      It says, I can then purchase bitcoin
23  and then transfer them out.
24             Do you see that?
25      A      Yes.
```