IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 14 C 01437<br><br>Judge Gary Feinerman<br><br>Magistrate Judge Susan E. Cox |

**NOTICE OF MOTION TO TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

PLEASE TAKE NOTICE that, on January 31, 2018, Plaintiff Anthony Motto filed a Motion for Consolidation and Transfer Pursuant to 28 U.S.C. § 1407 with the United States Judicial Panel on Multidistrict Litigation. A copy of that motion and accompanying brief is attached hereto.

Dated: February 2, 2018

Respectfully submitted,

By: /s/ Benjamin S. Thomassen
One of Plaintiffs' Attorneys

Jay Edelson
Jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian

1

rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

*Counsel for Plaintiff and the
Putative Class*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 2, 2018, I served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                  /s/ Benjamin S. Thomassen