# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Gregory Greene, et al.

                              Plaintiff,

v.                                                    Case No.: 1:14–cv–01437
                                                      Honorable Gary Feinerman

MtGox Inc., et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, February 4, 2018:

        MINUTE entry before the Honorable Gary Feinerman:Motions to seal document [324] and [328] are granted. Defendant Mizuho Bank may file under seal the designated materials, so long as it publicly files redacted versions of those materials. Motion hearings set for 2/6/2018 [325] and [329] are stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.