# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE MT. GOX LITIGATION | MDL-_____ |

**FILED**

FEB 02 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION OF PLAINTIFF ANTHONY MOTTO FOR CONSOLIDATION AND TRANSFER PURSUANT TO 28 U.S.C. § 1407

Anthony Motto, a Plaintiff in the case styled *Greene, et al. v. Mizuho Bank, Ltd., et al.*, United States District Court for the Northern District of Illinois, Eastern Division, Case No. 1:14-cv-01437, respectfully moves this Panel, pursuant to 28 U.S.C. § 1407, for an Order consolidating and transferring pretrial proceedings for the following actions:

- *Greene v. Mizuho Bank, Ltd., et al.*, No. 1:14-cv-01437 (N.D. Ill.);
- *Lack v. Mizuho Bank, Ltd., et al.*, No. 2:18-cv-00617 (W.D. Cal.); and
- *Pearce v. Mizuho Bank, Ltd. et al.*, No. 2:18-cv-00306 (E.D. Pa.).

For the reasons presented in the Memorandum attached to this motion, and all other documents attached hereto, Plaintiff Motto's Motion for Consolidation and Transfer Pursuant to 28 U.S.C. § 1407 should be granted, and all of these related actions, as well as any subsequently filed actions against Mizuho Bank, Ltd. containing similar allegations, should be transferred to the United States District Court for the Northern District of Illinois, Eastern Division, before the Honorable Judge Gary Feinerman.

Dated: January 31, 2018

Respectfully submitted,

**EDELSON PC**
By: /s/ Rafey S. Balabanian

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

*Attorneys for Plaintiffs:*

Case No. 1:14-cv-01437, *Greene v. Mizuho Bank, Ltd., et al.*, in the United States District Court for the Northern District of Illinois

Case No. 2:18-cv-00617, *Lack v. Mizuho Bank, Ltd., et al.*, in the United States District Court for the Central District of California

Case No. 2:18-cv-00306, *Pearce v. Mizuho Bank, Ltd., et al.*, in the United States District Court for the Eastern District of Pennsylvania.