UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>   *Defendants*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**PLAINTIFF ANTHONY MOTTO'S MOTION TO EXTEND EXPERT DEPOSITION DEADLINE AND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Plaintiff Anthony Motto ("Plaintiff") by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4), respectfully moves the Court for a 38-day extension of the Court's deadline for the parties to complete expert depositions (until March 16, 2018) and a 29-day extension of his deadline to file a reply in support of his motion for class certification (until March 30, 2018). In support of this motion, Plaintiff states as follows:

1. On January 16, 2018, Plaintiff moved the Court to extend the expert deposition deadlines in the case, citing the logistical difficulties involved in scheduling the deposition of Defendant Mizuho Bank, Ltd.'s expert, Mr. Hirotada Inoshita, who resides in Japan. The Court granted that motion on January 17, 2018 and extended the deadline to depose Mr. Inoshita to February 6, 2018.

2. Pursuant to the parties' continued discussion and agreement, Mr. Inoshita will travel from Tokyo, Japan to Hong Kong for a video deposition on February 26, 2018.

3. On February 1, 2018, Mizuho filed an opposition to Plaintiff's motion for class certification. (Dkt. 326.) In connection with that opposition, Mizuho attached the proposed expert report of Bruce Strombom, (dkt. 327-40), and relied on Dr. Strombom's opinion to support its various arguments regarding Rule 23(b)(3)'s predominance inquiry, (*see* dkt. 326 at 30-35).

4. Plaintiff will seek to depose Dr. Strombom and has requested his availability. To allow the parties sufficient time to schedule and complete Dr. Strombom's deposition—and in light of several already-scheduled commitments of Plaintiff's counsel throughout the month of February—Plaintiff respectfully requests an additional 38-day extension to his deadline to complete expert depositions, i.e., from February 6, 2018 to Friday, March 16, 2018.

5. Further, because Dr. Strombom's deposition testimony will likely affect Plaintiff's reply in support of his motion for class certification (i.e., in responding to Mizuho's arguments noted above, *supra* ¶ 3), Plaintiff also seeks a 29-day extension to his deadline to file a reply in support of his motion for class certification—from March 1, 2018 to Friday, March 30, 2018.[1]

6. The requested extension is not sought for the purposes of delay or any improper purpose. Further, the extension will not prejudice any Party or affect any other deadlines or hearing dates currently set by the Court, other than those noted above. To this end, Plaintiff notes that when the parties first discussed and agreed to a schedule for briefing class certification (in August 2016), they also agreed to a single set of expert disclosure

---

[1] Mizuho, for example, filed a motion to exclude the testimony of M. Todd Henderson contemporaneously with its opposition to Plaintiff's motion for class certification. (Dkt. 320.) The requested extension would give Plaintiff the same opportunity, given that Mizuho was permitted to file an expert report after the Court-ordered expert disclosure deadline.

dates, as is reflected in the Court's August 30, 2016 entry. (Dkt. 231.) Had Mizuho disclosed that it anticipated submitting one or more expert reports in connection with its opposition to Plaintiff's motion for class certification, Plaintiff would have requested additional time to accommodate any necessary depositions. Mizuho, however, did not disclose the possibility of filing additional expert reports until a status hearing in late October 2017—long after the Court had set the class certification briefing schedule.

7. Based on the foregoing, Plaintiff respectfully submits that good cause exists to grant the requested extension to the Court's case schedule.

**WHEREFORE**, Plaintiff Anthony Motto respectfully requests that the Court enter an order (i) granting the instant motion, (ii) extending the deadline to complete expert depositions until March 16, 2018, (iii) extending the deadline to file a reply in support of Plaintiff's motion for class certification until March 30, 2018, and (iv) awarding such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**ANTHONY MOTTO**, individually and on behalf of all others similarly situated,

Dated: February 6, 2018

By: /s/ Benjamin S. Thomassen
     One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com

Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

Counsel for Plaintiffs and the Putative Classes

**CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                        /s/ Benjamin S. Thomassen