# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>        Defendants. | Case No.: 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**EXPERT REPORT OF MARK T. WILLIAMS**
November 16, 2017

CONFIDENTIAL

## TABLE OF CONTENTS

I.    QUALIFICATIONS AND EXPERIENCE ...................................................................1

II.   ASSIGNMENT ...........................................................................................................2

III.  CASE BACKGROUND ...............................................................................................2

IV.   DOCUMENTS CONSIDERED ...................................................................................5

V.    SUMMARY OF OPINIONS ........................................................................................5

VI.   BACKGROUND ON BITCOIN ...................................................................................9

      A.    Overview Of Bitcoin ...........................................................................................9

      B.    Bitcoin Users And Uses .....................................................................................11

      C.    Risks Of Bitcoin Relative To Fiat Currency And Other Investments .......................15

      D.    Bitcoin Exchanges .............................................................................................21

VII.  MT. GOX ...................................................................................................................26

      A.    History Of The Exchange ...................................................................................26

      B.    Mt. Gox Services ...............................................................................................27
            1.    Exchange Platform / Broker .....................................................................27
            2.    Depository Of Bitcoin And Funds ............................................................27
            3.    Coin Buying And Selling .........................................................................28
            4.    Withdrawing Bitcoin Or Cash Balances ...................................................28

      C.    Warning Signs About Mt. Gox Increased Over Time ................................................33

      D.    There Were Warning Signs Of The Delays Mt. Gox Customers Faced
            In Withdrawing USD From Mt. Gox ...................................................................39

      E.    Mt. Gox Bankruptcy ..........................................................................................46

VIII. REBUTTAL TO HENDERSON REPORT ...................................................................48

      A.    Mt. Gox Customers Did Not Communicate With Or Directly Interact
            With Mizuho Bank .............................................................................................48

      B.    Mr. Henderson's Assertion That Mizuho Bank "Effectively Destroyed
            The Market For US Investors" In The Mt. Gox Exchange By "Closing
            Off The Exit Pipe" Is Factually Incorrect ..............................................................51

      C.    Mr. Henderson's Claim That Mizuho Bank "Substantially
            Contributed" To The "Dramatic Losses for US Investors" Is Incorrect
            Because Investors Had The Ability To Withdraw Funds Or Bitcoin
            From Mt. Gox Just Prior To Its Bankruptcy .............................................................54

      D.    Mr. Henderson Is Incorrect In Stating That Mizuho Bank Had A
            "Virtual Monopoly On Access To The Exchange" .....................................................56

CONFIDENTIAL

E.    Mr. Henderson's Estimate Of The Number Of American Withdrawals That Were "Frustrated" Is Highly Speculative And Does Not Constitute A Reliable Count Of The Number Of Class Members................................57

F.    Mr. Henderson Makes Various Statements That Call Into Question His Understanding Of The Nascent Bitcoin Market And Financial Markets In General.......................................................................................................................59

CONFIDENTIAL

## I.  QUALIFICATIONS AND EXPERIENCE

1.   My name is Mark T. Williams.  For the last 15 years I have taught banking, finance and capital markets at Boston University.  My areas of expertise include banking, the use of cryptocurrencies, investment management, risk management and commodity trading. Through my academic and work experiences, I have gained a strong understanding of how the capital markets function, how cryptocurrencies are used, how financial institutions operate, and the importance of regulation to protect consumers.  My business address is 595 Commonwealth Avenue, Boston, Massachusetts, 02115.

2.   In January 2014, I was asked to provide testimony at The New York State Department of Financial Services' hearing regarding virtual currencies shortly after I wrote an article on the subject in the *New York Times*.  In my testimony, I warned regulators and investors of the high risks associated with unregulated virtual currencies such as bitcoin and the exchanges on which they traded.  In April 2014, I testified before the Congressional Committee on Small Business on the risks associated with virtual currencies.  I made similar presentations in 2015 at The World Bank and The Bretton Woods Committee on virtual currencies.  I also provided risk assessment comments to the SEC in 2016 and 2017 related to proposed bitcoin exchange-traded funds ("ETFs").  Frequently, I am sought out by the media to provide thought leadership on cryptocurrency risk and related matters.

3.   I joined Boston University in 2002 as a Visiting Scholar, and I currently hold the academic rank of Executive-in-Residence and Master Lecturer.  Prior to working at Boston University, I was a senior trading floor executive at Citizens Power LLC, a Boston-based commodity-trading firm.  At this firm I held the title of senior vice

1

CONFIDENTIAL

president and head of risk management. My other work experience includes service at the Federal Reserve Bank as a field examiner in Boston and San Francisco.

4.    A copy of my CV, together with a list of the trial and deposition testimony I have given over the past four years is attached as **Exhibit 1**.

5.    I am compensated at the rate of $550 per hour for my time. Analysis Group personnel working under my direction have assisted me in preparing this report. Neither my compensation nor that of Analysis Group and its employees is contingent upon my findings, the testimony I may give, or the outcome of this litigation.

## II.    ASSIGNMENT

6.    Counsel for Mizuho Bank, Ltd. ("Mizuho Bank") has asked me to provide background information on bitcoin and Mt. Gox and to comment on the opinions provided by the plaintiffs' experts, Mr. Andrew J. Rasmussen and Professor M. Todd Henderson, in the reports they submitted on October 2, 2017.[1]

## III.    CASE BACKGROUND

7.    This case involves two purported classes of individuals who invested or attempted to invest in bitcoin through Mt. Gox, a Japan-based bitcoin exchange that filed for bankruptcy protection in Japan in February 2014.[2] In the complaint, the plaintiffs allege

---

[1]    Expert report of Andrew J. Rasmussen ("Rasmussen Report"), undated; Expert Report of Professor M. Todd Henderson, October 2, 2017 ("Henderson Report").

[2]    On February 28, 2014, Mt. Gox made an "application for commencement of a procedure of civil rehabilitation . . . at the Tokyo District Court." Mt. Gox, "Announcement Regarding An Application For Commencement of a Procedure of Civil Rehabilitation," February 28, 2014, *available at* https://www.mtgox.com/img/pdf/20140228-announcement_eng.pdf.

CONFIDENTIAL

that Mt. Gox's customers suffered losses of more than $400 million as a result of the "gross negligence or outright theft" of Mt. Gox's owner, Mark Karpeles.[3] The plaintiffs further allege that Mizuho Bank, a Japanese bank where Mt. Gox had a deposit account, "bears significant responsibility as well" due to its undisclosed decision to stop processing withdrawal requests made by Mt. Gox customers in the United States.[4]

8.  The plaintiffs propose two separate classes in their motion for class certification:[5]

    1.  <u>Withdrawal Class</u>: All individuals who, while residing in the United States, submitted to Mt. Gox a request to withdraw fiat currency[6] between June 20, 2013, and February 24, 2014, and whose request went unfulfilled.

    2.  <u>Deposit Class</u>: All individuals who, while residing in the United States, wired fiat currency to Mt. Gox's account at Mizuho Bank between June 20, 2013, and February 24, 2014.[7]

9.  There are three named plaintiffs seeking to act as a class representative in this action: Joseph Lack, Anthony Motto, and Gregory Pearce.[8]

---

[3]  Fourth Amended Class Action Complaint ("FAC"), March 7, 2017, pp. 1–2.

[4]  FAC, p. 2.

[5]  Motion by Anthony Motto, Joseph Lack, and Gregory Pearce for Class Certification, October 12, 2017.

[6]  Fiat currency is money that sovereign nations have declared as legal tender.

[7]  Although the FAC referred to a "Mt. Gox Class" and two "subclasses," the plaintiffs redefined their proposed classes in their motion for class certification. FAC, p. 20; Memorandum in Support of Motion by Anthony Motto, Joseph Lack, and Gregory Pearce for Class Certification, October 12, 2017, pp. 1–2. Throughout this report, I will refer to the time between June 20, 2013, and February 24, 2014, as the "class period."

[8]  Based on the plaintiffs' motion for class certification, it is my understanding that Gregory Greene is no longer seeking to act as a class representative in this case. Motion by Anthony Motto, Joseph Lack, and Gregory Pearce for Class Certification, October 12, 2017.

3  CONFIDENTIAL

10.     According to the complaint, Joseph Lack became a Mt. Gox customer in January 2014 and initially wired $40,000 from his Wells Fargo bank account to his account at Mt. Gox. Mr. Lack alleges that the funds were never reflected in his Mt. Gox account prior to Mt. Gox's bankruptcy. Mr. Lack alleges that he attempted to reverse the wire on February 20, 2014, but was unable to do so because, according to his bank, the transfer was completed on February 3, 2014.[9]

11.     According to the complaint, Anthony Motto became a Mt. Gox customer in early 2014. He alleges that on February 15, 2014, he wired $1,000 from his Chase bank account to Mt. Gox's bank account at Mizuho Bank in order to fund his account and begin trading. On February 18, 2014, after receiving confirmation from his bank that his wire was completed, Mr. Motto reported that he did not see his balance reflected in his Mt. Gox account. Mr. Motto alleges that he attempted to contact Mt. Gox regarding his deposit, but never received an adequate answer or a means to retrieve his deposited funds.[10]

12.     According to the complaint, Gregory Pearce opened his Mt. Gox account around November 2013 and began trading bitcoin. Mr. Pearce alleges that, on January 29, 2014, he attempted to withdraw $5,900 in US dollars ("USD") from his Mt. Gox account. Twelve days later, on February 10, 2014, he allegedly received notice from Mt. Gox that international wire transfers were delayed. Mr. Pearce alleges that he then attempted to cancel his currency withdrawal request and was successful on February 12, 2014.[11] Five days later, on February 17, 2014, Mr. Pearce converted the currency back into bitcoin.

---

[9]     FAC, pp. 14–16.

[10]    FAC, pp. 16–18.

[11]    Email from Gregory Pearce, to Mt. Gox (February 11, 2014) (Pearce001455–459 at 457) (Pearce Exhibit 4);
        Deposition of Gregory Pearce, August 16, 2017, pp. 87–100.

CONFIDENTIAL

Four days later, on February 21, 2014, Mr. Pearce allegedly tried to withdraw the bitcoin with the intention of selling the bitcoin on a different exchange.[12] Mr. Pearce alleges that he was never able to withdraw these bitcoin because the Mt. Gox exchange went offline shortly thereafter.[13]

## IV.   DOCUMENTS CONSIDERED

13.   The documents and materials I have considered in forming my opinions are listed in **Exhibit 2**.

14.   I understand that the trial in this case has not yet been scheduled. Should additional relevant documents or information be made available to me between now and then, I reserve the right to adjust or supplement my opinions as appropriate.

## V.   SUMMARY OF OPINIONS

15.   Mt. Gox, a leading bitcoin exchange during the proposed class period, shared many characteristics of other bitcoin exchanges, including little regulation, weak controls, no minimum capital requirements, unpredictable customer service, and limited consumer protections. Since its inception, Mt. Gox had also been a prime target for cyber hackers. These risk factors were in the public domain. Bitcoin exchanges like Mt. Gox were subject to significant bankruptcy risk. Approximately half of all digital exchanges that opened from 2009 to 2013 failed. The average life expectancy for such exchanges was a little over one year.

---

[12]   Email from Mt. Gox Support, to Gregory Pearce (February 24, 2014) (Pearce001455–459 at 455–456) (Pearce Exhibit 4); Deposition of Gregory Pearce, August 16, 2017, pp. 87–100.

[13]   FAC, pp. 18–19.

CONFIDENTIAL

16. During the class period Mt. Gox customers had the ability to withdraw assets from their Mt. Gox accounts through various means other than by receiving a direct wire transfer from Mizuho Bank. Class members could receive wire transfers from banks other than Mizuho Bank. In fact, Mt. Gox customers received outbound USD wire transfers totaling $26.2 million from Japan Post Bank.[14] This is only $3.2 million less than the total outbound wires that Mt. Gox customers received from Mizuho Bank.[15] Moreover, there were ways for Mt. Gox customers to transfer bitcoin out of Mt. Gox. In other words, Mt. Gox's "exit pipes" (to use the plaintiffs' expert's term and contrary to his opinion) were still not shut off during the proposed class period even in the absence of direct outbound wire transfers from Mizuho Bank.

17. Prior to and during the proposed class period, Mt. Gox experienced publicly disclosed and publicly discussed regulatory and operational issues, including the seizure by the US Department of Homeland Security of two bank accounts with 5 million USD held by Mt. Gox's American subsidiary because Mt. Gox falsified documents in an apparent attempt to circumvent US currency and money transmitter regulatory compliance requirements, the halting of USD withdrawals from June 20, 2013, to July 4, 2013, large backlogs in fulfilling USD withdrawal requests, and the halting of all withdrawal requests of bitcoin beginning on February 7, 2014.

---

[14] Counsel provided me with a spreadsheet showing outbound USD wires sent by Japan Post Bank (DB_0000001). The first outbound USD wire shown in the spreadsheet was on June 26, 2013, and the last was on February 24, 2014.

[15] Counsel provided me with a spreadsheet showing outbound USD wires sent by Mizuho Bank (MIZ_0002569). The first outbound USD wire shown in the spreadsheet was on November 30, 2012, and the last was on June 13, 2013.

CONFIDENTIAL

18.    Further, throughout the proposed class period, a growing body of information provided warning signs of the delays Mt. Gox customers faced in withdrawing USD from Mt. Gox. This information included popular press articles, disclosures from Mt. Gox, and chat room discussions. In addition, the price at which bitcoin traded on Mt. Gox as compared with other exchanges reflected the delays in withdrawing USD from Mt. Gox. In particular, the price of bitcoin per USD at Mt. Gox was at a discount compared to other exchanges, reflecting the risk of holding USD at Mt. Gox relative to other exchanges.

19.    Mt. Gox declared bankruptcy on February 28, 2014, and disclosed that it had lost $450 million worth of bitcoin through a security breach. While it has yet to be determined how much was ultimately lost and who was responsible, I have seen no evidence that would tie Mt. Gox's bankruptcy to Mizuho Bank's alleged wrongdoing. Mt. Gox did not go bankrupt because of its banking relationship with Mizuho Bank or because Mizuho Bank stopped outbound USD wire services in June 2013. Not only did Mt. Gox have the ability to make outbound USD wires to its customers through Japan Post Bank, but Mt. Gox itself, if under liquidity pressures, would have had an incentive to delay processing withdrawal requests in order retain its cash on hand. Holding on to customers' funds in a "Hold the Cash" strategy and not fulfilling withdrawal requests would be one means for Mt. Gox to attempt to stave off filing for bankruptcy, particularly in light of the missing bitcoin. In other words, the observed withdrawal delays could have been caused by an internal Mt. Gox policy. From November 15, 2012, to June 13, 2013 (the last day Mizuho Bank processed an outbound USD wire from Mt. Gox to one of its US customers), inbound USD wire transfers to Mt. Gox's account at Mizuho Bank were $51.3 million and outbound USD wire transfers from Mt. Gox to its US customers

CONFIDENTIAL

through its account at Mizuho Bank were $29.4 million, for a $21.9 million net increase in USD.[16] From June 14, 2013, through February 2014, inbound USD transfers to Mt. Gox's account at Mizuho Bank fell to $8.4 million, and outbound USD wire transfers from Mt. Gox to its US customers through its account at Japan Post Bank totaled $26.2 million and therefore exceeded inbound wire transfers by approximately $17.8 million. Given the missing bitcoin, the seizure of $5 million by regulators, and the dramatic decrease in inbound transfers, Mt. Gox may have had an incentive to slow down the pace of outbound withdrawals because it may have had insufficient funds.

20.    Professor Henderson's report is riddled with factual and conceptual errors that render it unreliable.  As a result of these errors and for other reasons, Mr. Henderson fails to show a causal link between Mizuho Bank's purported actions and any losses by members of the purported class.  These errors in the Henderson Report include (among others):

- Mr. Henderson incorrectly describes Mizuho Bank's role with respect to Mt. Gox customers.  When customers set up accounts, they did so directly with Mt. Gox, and when they wired money into Mt. Gox, the funds went via wire transfer from the Mt. Gox customer to the customer's bank to Mizuho Bank to Mt. Gox. Contrary to Mr. Henderson's assertions, Mizuho Bank was not a broker or market maker that stood between Mt. Gox and customers in the purchase and sale of bitcoin.  Mt. Gox, not Mizuho Bank, acted as an intermediary or broker between buyers and sellers of bitcoin.

- Mr. Henderson's statement that Mizuho Bank "effectively destroyed the market for US investors in the Mt. Gox exchange" by "closing off the exit pipe" is factually incorrect.  During the class period, Mt. Gox customers had several ways of moving their assets out of Mt. Gox even after Mizuho Bank stopped processing outbound wire transfers to the US. Further, Mr. Henderson ignores plausible reasons that Mt. Gox itself may have delayed or denied withdrawal requests including liquidity issues, lack of sufficient staffing, and US regulatory actions.

---

[16]    Counsel provided me with a spreadsheet showing inbound USD wires sent to Mizuho Bank (MIZ_0002568). The first inbound USD wire shown in the spreadsheet was on November 15, 2012, and the last was on February, 27, 2014.

CONFIDENTIAL

- Mr. Henderson's claim that Mizuho Bank "substantially contributed" to the "dramatic losses for US investors" is incorrect—investors had the ability to withdraw funds and/or bitcoin from Mt. Gox up to around the time of its bankruptcy. Furthermore, Mr. Henderson fails to show how Mizuho Bank's alleged actions reduced the value of Mt. Gox customers' investments or contributed to their losses.

- Mr. Henderson is incorrect in stating that Mizuho Bank had a "virtual monopoly on access to the exchange." In fact, Mt. Gox had banking relationships with several banks in addition to Mizuho Bank, and I know of no way that Mizuho Bank could prevent Mt. Gox from entering into additional banking relationships.

- Mr. Henderson's estimate of the number of withdrawals from Mt. Gox by its US customers that were "frustrated" is highly speculative, was provided without supporting data, and does not constitute a reliable count of the number of class members.

- Mr. Henderson makes various contradictory statements that call into question his understanding of the nascent bitcoin market and financial markets in general.

21. In the remainder of the report, I expand upon this summary and describe my opinions in further detail and provide the bases for them.

## VI.  BACKGROUND ON BITCOIN

### A.  Overview Of Bitcoin

22. Bitcoin was the first decentralized cryptocurrency (also known as virtual currency or digital currency) launched.[17] Bitcoin was created by an unknown programmer (or group

---

[17] A cryptocurrency is a digital currency which uses cryptography to control the generation of units of currency and verify the transfer of funds; cryptocurrencies operate independently of a central bank. Patrick Schueffel, "The Concise Fintech Compendium" (Switzerland: School of Management Fribourg, 2017), *available at* http://www.heg-fr.ch/FR/HEG-FR/Communication-et-evenements/evenements/Documents/Schueffel2017_The-Concise-FINTECH-COMPENDIUM.PDF.

9  CONFIDENTIAL

of programmers) using the pseudonym Satoshi Nakamoto.[18]  The concept was unveiled

in a 2008 whitepaper but not officially released until January 2009.[19]

23.  Bitcoin remains the largest cryptocurrency in terms of market value.  Although its share

of the cryptocurrency market has declined, its total market value has increased

dramatically over the last four years.  As of January 2014, the market value of all bitcoin

outstanding topped $10 billion, or more than 90 percent of the total market value of all

cryptocurrencies.[20]  As of November 15, 2017, the market value of all bitcoin outstanding

topped $122 billion, or more than 55 percent of the total market value of all

cryptocurrencies.[21]

24.  Like other cryptocurrencies, bitcoin is structured as a peer-to-peer system that allows

users to transact directly, sidestepping the use of regulated intermediaries such as

commercial banks.  Bitcoin transactions are verified through a decentralized node

structure and recorded on a distributed ledger (i.e., the bitcoin blockchain).  Individuals

and/or groups referred to as "miners," in a multitude of locations, using powerful

computers and special software, validate and approve transactions by solving a "proof-of-

work" algorithm or puzzle.  Through cryptography, each transaction carries a unique

---

[18]  In October 2008, a whitepaper titled "Bitcoin: A Peer-To-Peer Electronic Cash System" was published.  Satoshi Nakamoto, "Bitcoin: A Peer-To-Peer Electronic Cash System," Bitcoin, October 2008, *available at* https://bitcoin.org/bitcoin.pdf.

[19]  Bitcoin's creator has yet to step forward to claim credit. *See, e.g.*, Bitcoin Exchange Guide, "CryptoCurrency — Digital Money Trading, Exchanges & Investing Guide?" n.d., accessed October 12, 2017, https://bitcoinexchangeguide.com/cryptocurrency/.

[20]  Mark T. Williams, Testimony to the New York State Department of Financial Services, January 28–29, 2014. In January 2014, other top currencies included Litecoin, Peercoin, Namecoin, Worldcoin and Feathercoin.

[21]  CoinMarketCap estimated that bitcoin and all cryptocurrencies had a total market capitalization of $122 billion and $220 billion on November 15, 2017, respectively.  55.4% = $122,031,622,215 ÷ $220,152,571,828. CoinMarketCap, "Cryptocurrency Market Capitalizations," accessed November 15, 2017, https://coinmarketcap.com/all/views/all/.

CONFIDENTIAL

digital signature.[22] Once node consensus or "proof of work" is achieved and the
"hashing process" completed, digital currency movement is recorded and added—block
by block—to the chain.[23] This validation process is completed every ten minutes.
Approved transactions are then time-stamped and become a permanent record, making it
almost impossible to change or modify. As a "reward" for validating transactions, a
successful miner is rewarded with bitcoin.[24] Thus bitcoin are generated through this
mining activity, which provides an incentive to post transactions to the blockchain. By
2013, over twelve million bitcoin had been produced. As of November 2017, there are
over sixteen million bitcoin outstanding. The maximum of twenty-one million bitcoin
will be reached in 2140.[25]

**B.    Bitcoin Users And Uses**

25.    Since its inception, bitcoin has increasingly gained market attention and new users.
Initially, potential users focused on bitcoin's potential to become a global currency
rivaling the USD. Other users focused on the promise of the blockchain and the
underlying payment system. The investment thesis was that retailers and consumers

---

[22]  Each private key contains thirty-five or more alphanumeric characters.

[23]  A hash function is a mathematical algorithm that links one transaction or block to another. This provides a
permanent digital fingerprint of transaction order, date, and time. Each node, or network of computers, keeps a
record of the verified and approved transaction.

[24]  Initially, miners solving puzzles were awarded fifty bitcoin per block added to the chain, in 2012 the reward
halved to twenty-five, and in 2016 it was halved again to 12.5. Users entering into bitcoin transactions also
offer miners bitcoin for including their transaction into the blockchain. This is akin to a transaction fee paid by
bitcoin users to the miners.

[25]  Halving occurs every 210,000 blocks, or approximately every four years. This halving process will reach zero
in 2140, after which no new bitcoin can be created.

CONFIDENTIAL

would quickly adopt it, eventually replacing the multi-trillion dollar credit card industry.[26]

26.     In my experience, during the proposed class period, bitcoin users generally fell into three main categories: 1) early adopters and those curious about the new technology, 2) those attempting to profit from it, and 3) those wanting to use it for nefarious or illicit purposes. Bitcoin can be thought of as either an innovative response to facilitate meaningful commerce or a designer currency for the criminally inclined.[27]

27.     The first group of bitcoin users consists of those who are interested in bitcoin and the underlying blockchain technology. This includes computer scientists and programmers who earn bitcoin through "mining."

28.     The second group of bitcoin users consists of those who were interested in profiting from investing in bitcoin either short-term or long-term. Short-term investors or speculators looked to profit from rapid price appreciation or potential differential pricing across different bitcoin exchanges. By contrast, long-term investors purchased bitcoin hoping to earn money or obtain a store of value over the long run. Although there were short-term investors who wanted to trade bitcoin frequently, the majority of bitcoin investors did not buy and sell bitcoin on a daily basis. Indeed, during 2013 and through February 2014, bitcoin was widely hoarded, and only a small portion was traded or used for legitimate

---

[26]     Retailers such as Overstock.com were early acceptors of bitcoin, and other smaller ones also followed. *See, e.g.,* Cade Metz, "Overstock.com Becomes First Major Retailer to Accept Bitcoin Worldwide," *Wired*, September 11, 2014, *available at* https://www.wired.com/2014/09/overstock-com-becomes-first-major-retailer-accept-Bitcoin-worldwide/.

[27]     Mark T. Williams, "Bitcoin Is Not Yet Ready for the Real World," *New York Times*, January 24, 2014, *available at* https://dealbook.nytimes.com/2014/01/24/bitcoin-is-not-yet-ready-for-the-real-world/.

CONFIDENTIAL

transactional purposes on a daily basis.[28]  Academic research done in 2012 showed that up to 73 percent of bitcoin were held in dormant wallets rather than used for trading purposes or to buy things.[29]

29.  **Exhibit 3** is a behavior-use graph further demonstrating that most investors held on to bitcoin.[30]  For example, as shown on **Exhibit 3**, by July 1, 2013, 39 percent of all bitcoin had been held for more than one year, with 29 percent held for at least two years.[31]  Only 7 percent of bitcoin had been held for one week or less, and 16 percent of bitcoin had been held for one month or less.  Those who wired funds into Mt. Gox with the goal of purchasing bitcoin and holding would not be concerned about converting bitcoin to fiat currency or wiring sales proceeds immediately out of their accounts.

30.  The final group of bitcoin users consists of those looking to use the cryptocurrency for nefarious or illicit purposes, as well as people who view bitcoin as a potential replacement for government-backed currency or who generally wanted anonymity.  As an unregulated and nationless cryptocurrency, bitcoin avoids the regulatory and government scrutiny of fiat currencies and registered investments, and naturally appeals to those who prefer anonymity and secrecy.  Users of bitcoin can sidestep currency restrictions, tax

---

[28]  *See* **Exhibit 3**.

[29]  Dorit Ron and Adi Shamir, "Quantitative Analysis of the Full Bitcoin Transaction Graph" (2013).

[30]  The graph was created by Reddit Bitcoin moderator jratcliff63367 based on data compiled by Tim Swanson and published in Crypto Coin News on November 27, 2014.  Jratcliff63367, "An Area Chart showing the distribution of Bitcoins based on Age of Last Use Throughout History," Reddit, November 22, 2014, accessed October 27, 2017, https://www.reddit.com/r/Bitcoin/comments/2n205b/an_area_chart_showing_the_distribution_of/; Tim Swanson, "Approximately 70% of all bitcoins have not moved in 6 or more months," Great Wall of Numbers, November 22, 2014, accessed October 27, 2017, http://www.ofnumbers.com/2014/11/22/approximately-70-of-all-bitcoins-have-not-moved-in-6-or-more-months/.

[31]  This includes the area of the figure above the pink series (i.e., the sum of "Two to Three Years," "Three to Four Years," and "Over Four Years").

CONFIDENTIAL

reporting requirements, and money laundering regulations. These attributes quickly allowed bitcoin, the largest of the cryptocurrencies, to become the "currency of choice for those engaged in illicit activities."[32] The most widely known illicit marketplace making use of bitcoin was Silk Road, a bitcoin-based site focused on selling drugs, prostitution, and other illegal activities. In October 2013, the FBI raided Silk Road, shutting it down.[33] One academic study has shown bitcoin used in Silk Road transactions subsequently flowing into Mt. Gox.[34] Bitcoin's reputation as a cryptocurrency used for nefarious purposes was further cemented in January 2014 when government officials charged Charlie Shrem, Vice Chairman of the Bitcoin Foundation, with using bitcoin to launder money.[35]

---

[32] Mark T. Williams, "Bitcoin Is Not Yet Ready for the Real World," *New York Times*, January 24, 2014, *available at* https://dealbook.nytimes.com/2014/01/24/bitcoin-is-not-yet-ready-for-the-real-world/.

[33] On October 1, 2013, the FBI arrested Ross Ulbricht of Silk Road in the San Francisco public library. In his trial, Mr. Ulbricht's counsel presented evidence that a Department of Homeland Security special agent suspected Mark Karpeles was Silk Road's owner, and that they sought a warrant to search Mr. Karpeles's Gmail account based on probable cause that Mr. Karpeles had secretly administered Silk Road to boost the price of bitcoin. Donna Leinwand Leger, "How FBI brought down cyber-underworld site Silk Road," *USA Today*, October 21, 2013, *available at* https://www.usatoday.com/story/news/nation/2013/10/21/fbi-cracks-silk-road/2984921/; Andy Greenberg, "DHS Believed Mt. Gox CEO Might Have Been Silk Road's Secret Mastermind," *Wired*, January 15, 2015, *available at* https://www.wired.com/2015/01/dhs-believed-mt-gox-ceo-might-silk-roads-secret-mastermind/.

[34] Sarah Meiklejohn et al. "A Fistful of Bitcoins: Characterizing Payments Among Men with No Names," Internet Measurement Conference, October 23–25, 2013, pp. 10–11. While Plaintiffs' expert Mr. Rasmussen claims that "any reputable trader during [Mt.] Gox's time would have preferred to trade with [Mt.] Gox over others due to its professionalism," this research shows that Mt. Gox potentially had customers tied to illicit activity. Rasmussen Report, p. 15.

[35] Mr. Shrem eventually pled guilty to aiding and abetting an unlicensed money transmitting business and sentenced to prison. Jessica Roy, "BitInstant CEO Charlie Shrem Arrested for Alleged Money Laundering," *Time*, January 27, 2014, *available at* http://time.com/1892/bitinstant-ceo-charlie-shrem-arrested-for-alleged-money-laundering/; Sydney Ember, "Charles Shrem, Bitcoin Supporter, Pleads Guilty in Court," *New York Times*, September 4, 2014, *available at* https://dealbook.nytimes.com/2014/09/04/charles-shrem-bitcoin-supporter-pleads-guilty-to-federal-charge/; James Cook, "'Bitcoin Millionaire' Charlie Shrem Sentenced To 2 Years In Prison," *Business Insider*, December 22, 2014, *available at* http://www.businessinsider.com/bitcoin-millionaire-charlie-shrem-sentenced-to-2-years-in-prison-2014-12.

CONFIDENTIAL

31.     During the proposed class period, bitcoin could be obtained by users in six ways: buying

through an exchange, buying through an informal sellers' network, buying through

ATMs, receiving as payment for retail goods and services or through bartering, receiving

as a gift, or mining it. One of the most common ways to buy bitcoin is through digital-

currency exchanges. As the price of bitcoin has skyrocketed, rising from around $13 at

the start of 2013 to more than $1,100 by December of 2013,[36] illegitimate ways to obtain

bitcoin including cyberattacks also skyrocketed. Since 2009, there have been more than

fifty cyber-thefts and other schemes against bitcoin exchanges and other businesses

associated with the bitcoin industry.[37]

**C.     Risks Of Bitcoin Relative To Fiat Currency And Other Investments**

32.     Unlike fiat currency, such as the USD, bitcoin is not legal tender, meaning it is not

backed by the taxing power, economic assets, or monetary policies of a sovereign nation.

As a nationless currency, its value is derived in large part from artificially created

scarcity of supply balanced against prevailing market demand. Some, including Nobel

Prize-winning economist Robert Shiller and former Federal Reserve Bank Chairman

---

[36]   On January 1, 2013, the volume-weighted closing USD price was $13.30; on December 4, 2013 (the high closing value for 2013), it was $1,154.68. The Quandl platform (www.Quandl.com) contains publicly available data from bitcoin exchanges. I downloaded daily price and volume data for the bitcoin exchange-currency pairs included in the Cawrey 2013 article. I used this data in several instances in this report. Unless otherwise noted, throughout this report I will refer to the bitcoin price in USD as the volume-weighted average USD price based on the USD trades on Bitstamp, BTC-e, CampBX, and Mt. Gox. The term "Quandl" used throughout this report refers to the data I downloaded from the platform. Quandl, *available at* https://www.quandl.com/collections/markets/bitcoin-data; Daniel Cawrey, "Withdrawals from Mt. Gox: growing pains or banking bottleneck?" *CoinDesk,* August 12, 2013, *available at* http://www.coindesk.com/withdrawals-from-mt-gox-growing-pains-or-banking-bottleneck/.

[37]   Jamie Redman, "The Bitcoin Exchange Thefts You May Have Forgotten," *Bitcoin.com News,* February 3, 2017, *available at* https://news.bitcoin.com/bitcoin-exchange-thefts-forgotten/. The article details the loss of several hundred thousand bitcoin from entities other than Mt. Gox.

CONFIDENTIAL

Alan Greenspan, have viewed its large increases in price as the ultimate bubble, only

sustained because people think it is going to continue to rise in value.[38]

33.     Unlike fiat currency, such as the USD, virtual currencies have experienced extreme price

volatility.  Although the supply of bitcoin was designed to grow at a slow, predictable

rate through the mining process, sudden increases or decreases in market demand have

caused prices to skyrocket or plummet.  During the proposed class period, bitcoin's price

in USD increased from $109.46 per bitcoin on June 20, 2013, to a peak on December 4,

2013, of $1,154.68 per bitcoin.[39]  In 2013, the price rose over 8,500 percent by its

December 4, 2013, peak, but by February 20, 2014 the price plummeted over 76 percent

from its peak, to a low of under $300.[40]  Bitcoin pricing is subject to daily swings of 10

percent or more.  From January 1, 2013, to December 31, 2013, bitcoin's USD price had

an annualized volatility equal to 142 percent, measured using the standard deviation of

---

[38]  On December 4, 2013, in a *Bloomberg News* article, former Federal Reserve Bank Chairman Alan Greenspan stated that "bitcoin is a bubble without intrinsic currency value."  On December 5, 2013, in a WBUR-Cognoscenti OpEd piece, I concluded that "Bitcoin is not a currency with intrinsic value but a hyper bubble fueled by a get-rich-quick mindset."  On January 24, 2014, Yale University Professor and Nobel Laureate Robert Shiller also described bitcoin as "an amazing example of a bubble." Jeff Kearns, "Greenspan Says Bitcoin a Bubble Without Intrinsic Currency Value," *Bloomberg News*, December 4, 2013, *available at* https://www.bloomberg.com/news/articles/2013-12-04/greenspan-says-bitcoin-a-bubble-without-intrinsic-currency-value; Maria Tadeo, "Alan Greenspan blasts Bitcoin as Beijing moves to ban the virtual currency," *Independent,* December 5, 2013, accessed October 16, 2017, http://www.independent.co.uk/news/business/news/alan-greenspan-blasts-bitcoin-as-beijing-moves-to-ban-the-virtual-currency-8984738.html; Mark T. Williams, "Beware of Bitcoin," WBUR-Cognoscenti, December 5, 2013, *available at* http://cognoscenti.legacy.wbur.org/2013/12/05/bitcoin-currency-mark-t-williams; Financial Post, "Bitcoin is an 'amazing example of a bubble:' Robert Shiller" *Financial Post*, January 24, 2014, *available at* http://business.financialpost.com/business-insider/bitcoin-is-an-amazing-example-of-a-bubble-robert-shiller.

[39]  *See* **Exhibit 5**.  At inception, bitcoin traded at prices below $1, and as of November 2017, bitcoin has traded at prices above $7,000.  Quandl; Daniel Palmer, "Bitcoin Sets New Record as Price Tops $7,000," *CoinDesk*, November 2, 2017, *available at* https://www.coindesk.com/bitcoin-price-gains-continue-with-record-high-just-shy-of-7000/.

[40]  On January 1, 2013, the closing volume-weighted average USD price was $13.30; on December 4, 2013 (the high closing value for 2013), it was $1,154.68. 8,583% = $1,154.68 ÷ $13.30 − 1.  On February 20, 2014, the closing volume-weighted price was $273.27.  −76.29% = $273.27 ÷ $1,154.68 − 1.  Quandl.

CONFIDENTIAL

daily returns (price movements).[41]  In contrast, over the same period, the US Dollar

index, which measures the value of one USD compared with a basket of other currencies,

had an annualized volatility equal to 6 percent, measured using the standard deviation of

daily returns (price movements).  This means that bitcoin traded in USD was twenty-four

times more volatile than the USD.  *See* **Exhibit 4**.

34.     In addition to extreme daily price risk, bitcoin users are subject to other risks not present

in fiat currency.  Unlike USD, bitcoin as non-legal tender has the potential to be subject

to rapid policy change and sovereign clampdown risk (i.e., the government restricting the

legal use of bitcoin).  Sovereign nations enjoy a monopoly on money creation and can use

this power, including restricting capital flight, to benefit their economy and improve the

general welfare of their citizens.  If not controlled and tightly regulated, virtual currencies

such as bitcoin can pose a threat to sovereign nations' monopoly power.  The legal status

of bitcoin and other cryptocurrencies varies by country, and restricting the legal use of

bitcoin is not uncommon.  During the proposed class period, for example, several nations,

including China, the world's second largest economy, and Russia, the world's ninth

largest economy, formally restricted the use of bitcoin on December 5, 2013, and on

February 6, 2014, respectively.[42]  During this same time period, China also publicly

---

[41] To obtain an annualized standard deviation of daily returns, I take the standard deviation of daily returns and multiply by the square root of the number of trading days in a year.  For bitcoin, which trades every day including weekends, that number is 365 and for the US Dollar Index that number is 253.

[42] Gerry Mullany, "China Restricts Banks' Use of Bitcoin," *New York Times,* December 5, 2013, accessed October 16, 2017, http://www.nytimes.com/2013/12/06/business/international/china-bars-banks-from-using-bitcoin.html; Reuters, "Russian Authorities say Bitcoin Illegal," February 9, 2014, *available at* http://www.reuters.com/article/us-russia-bitcoin/russian-authorities-say-bitcoin-illegal-idUSBREA1806620140209; Melina Perez, "The 10 Richest Economies In The World In 2014," *The Richest,* July 25, 2014, *available at* https://www.therichest.com/rich-list/rich-countries/the-10-richest-economies-in-the-world-in-2014/.

CONFIDENTIAL

announced that bitcoin was not a virtual currency but a virtual commodity.[43]  This has

implications related to how it is regulated, taxed, and viewed by market participants.

Unlike legal tender, bitcoin in the US has also been designated as property for tax

purposes by the Internal Revenue Service.[44]

35.     Compared with other investments, bitcoin has significant additional risks arising from the

lack of regulation.  Unlike stock and commodity exchanges in the United States, where

there are laws, regulations, regulators and enforcement to provide protections to market

participants, trading in bitcoin has gone largely unregulated.  The majority of bitcoin

trading during the proposed class period occurred on digital exchanges outside of the

reach of the US regulatory framework, regulation and protections.  This consumer risk

factor continues to hold true today.

36.     In 2013–2014, there were numerous public warnings and news reports related to the risks

of investing in bitcoin.  A timeline of such reports includes:

- <u>March 18, 2013</u> – The Financial Crimes Enforcement Network (FinCEN), a
bureau of the US Treasury, provided guidance that bitcoin exchanges are
considered money services businesses and thus subject to registration, reporting
and recordkeeping requirements.[45]

---

[43]   Gerry Mullany, "China Restricts Banks' Use of Bitcoin," *New York Times,* December 5, 2013, accessed
October 16, 2017, http://www.nytimes.com/2013/12/06/business/international/china-bars-banks-from-using-
bitcoin.html.

[44]   Internal Revenue Service, Notice 2014-21, March 25, 2014, *available at* https://www.irs.gov/pub/irs-drop/n-14-
21.pdf.

[45]   Financial Crimes Enforcement Network, Application of FinCEN's Regulations to Persons Administering,
Exchanging, or Using Virtual Currencies, March 18, 2013.

CONFIDENTIAL

- <u>March 27, 2013</u> – Dwolla,[46] a payment processor used by Mt. Gox, experienced a Distributed Denial of Service (DDoS) attack.[47]

- <u>May 28, 2013</u> – The US Attorney's Office for the Southern District of New York announced charges against Liberty Reserve, one of the world's largest bitcoin payment companies, for allegedly running a $6 billion money-laundering scheme. Until these charges were announced, Liberty Reserve was an approved payment provider on the Mt. Gox platform. This news made headlines because it was the largest international money laundering prosecution in history.[48]

- <u>July 23, 2013</u> – The Securities and Exchange Commission ("SEC") charged a Texas man with running a bitcoin-denominated Ponzi scheme. Investors lost millions in this scheme.[49]

- <u>October 1, 2013</u> – The FBI arrested Ross Ulbricht of Silk Road for running a bitcoin-based criminal enterprise focused on selling drugs, prostitutions, guns for hire, and engaging in other illicit activities.[50]

---

[46] Dwolla, located in Des Moines, Iowa, provided payment processing services between Mt. Gox and its US customers. With an easy mobile interface and low transaction costs, this service was popular with bitcoin customers. Unlike US commercial banks that might charge up to $40 for international wires, Dwolla's typical fee was 25 cents per transaction. Up through May 2013, when a Wells Fargo Bank account owned by Mutum Sigillum LLC (Mt. Gox's American subsidiary, which processed payments to American users), was seized by US authorities, funds would flow from Japan-based Sumitomo Mitsui Bank in the name of Mt. Gox to the Mutum Sigillum account at Wells Fargo Bank. Once funds reached Wells Fargo Bank, they were transferred to Dwolla, which would then send the funds to pay Mt. Gox customers' bank accounts in the US.

Sarah Perez, "Dwolla is Latest Victim of DDoS Attacks–Site & API Down For Second Day," *Techcrunch*, March 28, 2013, *available at* https://techcrunch.com/2013/03/28/dwolla-latest-victim-of-ddos-attacks-started-yesterday-continue-today/.

[47] Distributed Denial of Service (DDoS) attacks occur when an attacker overloads the processing capacity of a target server by directing web traffic from a myriad of computers to the target, often with the goal of compromising and breaching system security. Department of Homeland Security, "Security Tip (ST04-015) Understanding Denial-of-Service Attacks," accessed November 14, 2017, https://www.us-cert.gov/ncas/tips/ST04-015.

[48] Marc Santora, William K. Rashbaum, and Nicole Perlroth, "Online Currency Exchange Accused of Laundering $6 Billion," *New York Times*, May 28, 2013, accessed October 18, 2017, http://www.nytimes.com/2013/05/29/nyregion/liberty-reserve-operators-accused-of-money-laundering.html. Mt. Gox listed Liberty Reserve as a withdrawal and deposit option as of May 1, 2013. Mt. Gox. "Withdrawals and Deposits," September 29, 2011, *available at* https://web.archive.org/web/20130501221733/https://support.mtgox.com/entries/20490576-Withdrawals-and-Deposits.

[49] Press Release, *SEC Charges Texas Man with Running Bitcoin-Denominated Ponzi Scheme*, No. 2013-132 (July 23, 2013), *available at* https://www.sec.gov/news/press-release/2013-132.

[50] Donna Leinwand Leger, "How FBI brought down cyber-underworld site Silk Road," *USA Today*, October 21, 2013, *available at* https://www.usatoday.com/story/news/nation/2013/10/21/fbi-cracks-silk-road/2984921/.

CONFIDENTIAL

- <u>November 2013</u> – GBL, a China-based bitcoin exchange that claimed to be based in Hong Kong went dark, resulting in investor losses of over $4 million.[51]

- <u>December 4, 2013</u> – Former Federal Reserve Bank Chairman, Alan Greenspan stated publicly that bitcoin was a "bubble."[52]

- <u>December 5, 2013</u> – China, the world's second largest economy, warned that virtual currencies such as bitcoin carry substantial risk and prohibited its banks and money transmitters from accepting bitcoin. This news served as a public sign of bitcoin's risk and uncertainty.[53]

- <u>December 12, 2013</u> – The European Banking Authority warned of the risks derived from buying, holding, or trading virtual currencies such as bitcoin.[54]

- <u>December 18, 2013</u> – China's biggest bitcoin exchange, BTC China, stopped accepting deposits. Bitcoin prices plummeted by 50 percent on the news.[55]

- <u>December 20, 2013</u> – Traders accused OKCoin, once the second largest China-based bitcoin exchange of faking its trading volume data.[56]

- <u>January 19, 2014</u> – Alibaba, the Chinese equivalent of Amazon, stopped accepting bitcoin as payment.[57]

---

[51] Jim Edwards, "A Bitcoin Exchange Holding $4.1 Million for 1,000 Customers Has Simply Vanished," *Business Insider,* November 12, 2013, *available at* http://www.businessinsider.com/bitcoin-exchange-gbl-holding-41-billion-vanishes-2013-11.

[52] Jeff Kearns, "Greenspan Says Bitcoin a Bubble Without Intrinsic Currency Value," *Bloomberg News*, December 4, 2013; Maria Tadeo, "Alan Greenspan blasts Bitcoin as Beijing moves to ban the virtual currency," *Independent,* December 5, 2013, accessed October 16, 2017, http://www.independent.co.uk/news/business/news/alan-greenspan-blasts-bitcoin-as-beijing-moves-to-ban-the-virtual-currency-8984738.html.

[53] Gerry Mullany, "China Restricts Banks' Use of Bitcoin," *New York Times,* December 5, 2013, accessed October 16, 2017, http://www.nytimes.com/2013/12/06/business/international/china-bars-banks-from-using-bitcoin.html.

[54] European Banking Authority, "EBA warns consumers on virtual currencies," December 13, 2013, *available at* http://www.eba.europa.eu/-/eba-warns-consumers-on-virtual-currencies; Huw Jones, "EU banking watchdog warns of risks from Bitcoin," *Reuters*, December 12, 2013, *available at* http://www.reuters.com/article/us-eu-bitcoin/eu-banking-watchdog-warns-of-risks-from-bitcoin-idUSBRE9BC00820131213.

[55] Alex Hern, "Bitcoin plummets as China's largest exchange blocks new deposits," *Guardian*, December 18, 2013, *available at* https://www.theguardian.com/technology/2013/dec/18/bitcoin-plummets-china-payment-processors-digital-cryptocurrency.

[56] Eric Mu, "Chinese Bitcoin Exchange OKCoin Accused of Faking Trading Data," *CoinDesk,* December 21, 2013, *available at* https://www.coindesk.com/chinese-bitcoin-exchange-okcoin-accused-faking-trading-data/.

[57] Joe Weisenthal, "China's E-Commerce Giant Alibaba Just Banned Bitcoin," *Business Insider,* January 8, 2014, *available at* http://www.businessinsider.com/alibaba-bitcoin-2014-1.

CONFIDENTIAL

- <u>January 24, 2014</u> – I warned in a *New York Times* opinion article about the high consumer risk and low investor protection associated with bitcoin.[58]

- <u>January 24, 2014</u> – Nobel laureate and Yale economist Robert Shiller announced at the World Economic Forum in Davos, Switzerland that bitcoin was ". . . just an amazing example of a bubble."[59]

- <u>January 27, 2014</u> – Charlie Shrem, the Vice Chairman of the Bitcoin Foundation, was arrested by the FBI for allegedly using bitcoin in a money laundering scheme.[60]

- <u>January 29, 2014</u> – I warned regulators and investors of the high risks associated with virtual currencies and unregulated exchanges in testimony at the New York Department of Financial Services public hearing on virtual currencies. This hearing received global media coverage.[61]

- <u>February 6, 2014</u> – Russia declared the use of bitcoin illegal.[62]

### D.   Bitcoin Exchanges

37.   Soon after the creation of bitcoin, exchanges developed that offered investors the ability to buy and sell bitcoin to and from each other on an organized platform.

38.   The primary function of bitcoin exchanges is to match buyers and sellers by posting bid/ask prices (i.e., an order book) and earn a fee for this service. Typically, these fees are

---

[58]   Mark T. Williams, "Bitcoin Is Not Yet Ready for the Real World," *New York Times*, January 24, 2014, *available at* https://dealbook.nytimes.com/2014/01/24/bitcoin-is-not-ready-for-the-real-world/.

[59]   Financial Post, "Bitcoin is an 'amazing example of a bubble:' Robert Shiller," *Financial Post*, January 24, 2014, *available at* http://business.financialpost.com/business-insider/bitcoin-is-an-amazing-example-of-a-bubble-robert-shiller.

[60]   Jessica Roy, "BitInstant CEO Charlie Shrem Arrested for Alleged Money Laundering," *Time*, January 27, 2014, *available at* http://time.com/1892/bitinstant-ceo-charlie-shrem-arrested-for-alleged-money-laundering/.

[61]   Cameron Fuller, "New York Bitcoin License? State Department of Financial Services Seeks Possible Regulation," *International Business Times*, January 30, 2014, *available at* http://www.ibtimes.com/new-york-bitcoin-license-state-department-financial-services-seeks-possible-1551234.

[62]   Reuters, "Russian Authorities say Bitcoin Illegal," February 9, 2014, *available at* http://www.reuters.com/article/us-russia-bitcoin/russian-authorities-say-bitcoin-illegal-idUSBREA1806620140209.

CONFIDENTIAL

less than 1 percent of transaction value, but there is no industry standard.[63] As I discuss below, during the proposed class period, bitcoin pricing varied by exchange with daily differentials that sometimes exceeded 10 percent.[64] Different exchanges made markets for bitcoin in different currencies. USD, Chinese Yuan, Euro, and Japanese Yen were the most popular fiat currencies used to purchase and sell bitcoin during the proposed class period.[65] Compared with the regulated global stock and bond markets, bitcoin exchanges tend to provide investors with poorer price transparency, slower order execution, unpredictable customer service, and greater bankruptcy risk. In addition, exchanges often have the incentive to falsely report trade volume in order to promote their appeal to liquidity-seeking investors.[66] Some exchanges have been accused of acting on that incentive and inflating volume.[67] Exchanges also remained susceptible to, and were frequently targeted by, cyber hackers.[68]

---

[63] For example, during the 2013 and 2014 period, Mt. Gox had a sliding fee schedule with a maximum of 0.6 percent and a minimum of 0.25 percent whereas BTC-e charged 0.2 percent for all transactions as of September 2013. Mt. Gox, "Fee Schedule," December 1, 2011, *available at* https://web.archive.org/web/20130430132509/https://mtgox.com/fee-schedule; BTC-e, "Terms & conditions," n.d., *available at* https://web.archive.org/web/20130921120425/https://btc-e.com/page/1.

[64] *See* **Exhibit 13**.

[65] *See, e.g.,* Daniel Cawrey, "Withdrawals from Mt. Gox: growing pains or banking bottleneck?" *CoinDesk,* August 12, 2013, *available at* http://www.coindesk.com/withdrawals-from-mt-gox-growing-pains-or-banking-bottleneck/.

[66] Mark T. Williams, Testimony at the hearing regarding virtual currency before the New York State Department of Financial Services, January 28–29, 2014, p. 12.

[67] For example, on December 21, 2013, CoinDesk, a widely followed virtual currency publication, indicated that OKCoin, one of the largest Chinese exchanges, potentially overstated actual trade volume in a scheme to bolster business. Eric Mu, "Chinese Bitcoin Exchange OKCoin Accused of Faking Trading Data," *CoinDesk,* December 21, 2013, *available at* https://www.coindesk.com/chinese-bitcoin-exchange-okcoin-accused-faking-trading-data/.

[68] Jamie Redman, "The Bitcoin Exchange Thefts You May Have Forgotten," *Bitcoin.com News,* February 3, 2017, *available at* https://news.bitcoin.com/bitcoin-exchange-thefts-forgotten/. The article details the loss of several hundred thousand bitcoin from entities other than Mt. Gox.

CONFIDENTIAL

39. Customers typically fund an exchange account either by sending cash to the exchange by wire or other means, or by transferring bitcoin directly into the exchange. Unlike regulated exchanges or broker dealers, bitcoin exchanges typically hold all customers' funds in a single unsegregated exchange-owned and controlled bank account.[69] The exchange would then allocate the funds (and bitcoin) to individual customers through its own internal accounting system independent of its bank.[70] For example, a customer with bitcoin in her account can sell her bitcoin to a bitcoin buyer, and the cash will be credited to the selling customer's exchange account following the transaction and debited from the buyer's account. The bitcoin will be credited to the bitcoin buyer's account and debited from the seller's. The cash or bitcoin will remain in a customer's exchange account until the customer makes a withdrawal request from the exchange. For cash withdrawal requests, the exchange through its own bank account will typically have the funds wired to a bank account of the customer's choosing and for bitcoin withdrawal requests, the exchange will send bitcoin to a wallet of the customer's choosing. Clearly, the purchase and sale of bitcoin on an exchange are done independently of any bank.

40. During the proposed class period there were several exchanges operating globally that investors could choose when buying and selling bitcoin. Locations of the three largest

---

[69] The European Bank Agency said that consumers should be aware that exchange platforms do not hold virtual currency as a deposit like banks do. *See* European Banking Authority, "EBA warns consumers on virtual currencies," December 13, 2013, *available at* http://www.eba.europa.eu/-/eba-warns-consumers-on-virtual-currencies.

[70] Both the Rasmussen Report and Henderson Report acknowledge this lack of segregated accounts: "In either case, the Exchange custodies (holds all monetary sums and Bitcoins, on behalf of member[s], in the Exchange's account) deposited assets and controls all generated deposit addresses; an internal accounting scheme is utilized for mapping deposit balance to member's account." Rasmussen Report, pp. 15–16. "[U]nlike brokerage accounts on traditional securities exchanges, the accounts handled by Mizuho [Bank] (and later Japan Post Bank) on the Mt. Gox exchange were not segregated by customers." Henderson Report, p. 32.

CONFIDENTIAL

exchanges included China (BTC China), Japan (Mt. Gox) and Slovenia (Bitstamp).[71]
There were also smaller exchanges located in Hong Kong, Singapore, Cyprus, and the
United States.[72] Options for purchasing bitcoin in the United States included CampBX,
which was used by Mr. Pearce, as well as Coinbase.[73] Lack of regulation or consumer
protection is characteristic of bitcoin exchanges; bitcoin exchanges provide no protection
to guarantee the safety of their customers' cash or bitcoin holdings, which is in contrast to
US banks or brokerage firms whose customer deposits and securities are protected by
Federal Deposit Insurance Corporation ("FDIC") and Securities Investor Protection
Corporation ("SIPC") insurance, respectively, and various laws and regulations
governing bank and brokerage practices.[74] This lack of regulation and investor
protections allowed bad actors to gain a foothold into bitcoin exchanges and increased
investor risk. Furthermore, without standards and with relatively low barriers to entry,
exchanges tend to be thinly capitalized and poorly managed.

---

[71] *See, e.g.,* BTC China, "About Us," *available at* https://www.btcchina.com/page/aboutus; AltConomy, "Bitstamp Review," *available at* https://altconomy.com/bitstamp-review/; Timothy B. Lee, "The slow decline of Bitcoin's biggest exchange, in one chart," *Washington Post,* September 4, 2013, *available at* https://www.washingtonpost.com/news/the-switch/wp/2013/09/04/the-slow-decline-of-bitcoins-biggest-exchange-in-one-chart/?utm_term=.28f61ad584c6.

[72] *See, e.g.,* Crunchbase, "Bitfinex," Crunchbase.com, *available at* https://www.crunchbase.com/organization/bitfinex; Coin Republic, "Buy/Sell Bitcoins (Singapore)," *available at* https://coinrepublic.com/buy-sell-bitcoins-singapore/; AuthentaTrade, "Contact," AuthentaTrade.com, *available at* http://www.authenta.trade/; CampBX, "Home," CampBX, *available at* https://campbx.com/.

[73] Deposition of Gregory Pearce, August 16, 2017, pp. 23–27. Founded in 2012, Coinbase is a digital currency retailer based in San Francisco, CA. Unlike Mt. Gox and other exchanges, during the proposed class period, Coinbase was not an exchange that facilitated transactions between independent buyers and sellers; rather, when a user bought or sold bitcoin on Coinbase, the user was always transacting directly with Coinbase. In other words, Coinbase was a retailer that bought and sold its own inventory. Sean Ludwig, "Y Combinator-backed Coinbase now selling over $1M Bitcoins per month," *VentureBeat,* February 8, 2013, *available at* https://venturebeat.com/2013/02/08/coinbase-bitcoin/.

[74] "SIPC protects against the loss of cash and securities – such as stocks and bonds – held by a customer at a financially-troubled SIPC-member brokerage firm. The limit of SIPC protection is $500,000, which includes a $250,000 limit for cash." Federal Deposit Insurance Corporation, "Understanding Deposit Insurance," accessed November 15, 2017, https://www.fdic.gov/deposit/deposits/; Securities Investor Protection Corporation, "What SIPC Protects," accessed November 15, 2017, https://www.sipc.org/for-investors/what-sipc-protects.

CONFIDENTIAL

41.     Not surprisingly, in an unregulated marketplace with weak controls, investors faced

considerable risks.  The failure rate of exchanges was high, exposing investors to losses

of bitcoin or cash.  Such risks and investor losses were public and known (or should have

been known) to bitcoin investors.  A 2013 academic study revealed that, of the forty

bitcoin exchanges that started from 2009 to 2013, almost half failed, often wiping out

customer balances.[75]  As discussed above, in the absence of regulation and consumer

protection, customers had little recourse if their bitcoin exchange went bankrupt with few

or no assets to distribute to creditors, including the exchange customers.  The study,

which was reported by *CoinDesk*,[76] concluded that the failure rate of bitcoin exchanges

was 45 percent with a median life expectancy of only 381 days.  Several exchanges have

collapsed due to external fraud, such as cyber-theft, or internal fraud, such as

embezzlement.[77]  Regardless of the cause of the failure of the exchange, in the majority

of cases investors were left bearing the brunt of the financial losses.

42.     In addition to bankruptcy risk, bitcoin exchange customers risk sudden suspension of

customer withdrawals and other customer service issues.[78]  With little to no regulatory

oversight, it is not unusual for certain well-connected exchange customers to gain

---

[75]     Tyler Moore and Nicholas Christin, "Beware the Middleman: Empirical Analysis of Bitcoin-Exchange Risk," Financial Cryptography and Data Security 7859 (2013): 25–33, *available at* http://fc13.ifca.ai/proc/1-2.pdf.  *See also* Luke Parker, "36 Bitcoin exchanges that are no longer with us," *Brave New Coin*, October 23, 2015, *available at* https://bravenewcoin.com/news/36-bitcoin-exchanges-that-are-no-longer-with-us/.

[76]     Doug Watt, "45% of bitcoin exchanges fail, study finds," *CoinDesk*, April 25, 2013, *available at* https://www.coindesk.com/45-percent-of-bitcoin-exchanges-fail-study-finds/.

[77]     *See, e.g.,* Tyler Moore and Nicholas Christin, "Beware the Middleman: Empirical Analysis of Bitcoin-Exchange Risk," Financial Cryptography and Data Security 7859 (2013): 25–33, *available at* http://fc13.ifca.ai/proc/1-2.pdf; Luke Parker, "36 Bitcoin exchanges that are no longer with us," *Brave New Coin*, October 23, 2015, *available at* https://bravenewcoin.com/news/36-bitcoin-exchanges-that-are-no-longer-with-us

[78]     *See, e.g.,* Mt. Gox, "It's been an epic few days: What happened?" Mt. Gox, press release, April 4, 2013, *available at* https://web.archive.org/web/20130430142150/https://mtgox.com/press_release_20130404.html.

CONFIDENTIAL

preferential treatment in price execution (i.e., better purchase or sale prices).[79] Front-running, the practice of trading in the exchange accounts to the detriment of client accounts, is also a highly significant risk. In a weak corporate governance environment, customer funds are at greater risk from internal and external fraud.

## VII.   MT. GOX

### A.   History Of The Exchange

43.   Mt. Gox, the first cryptocurrency exchange, was founded by computer programmer Jed McCaleb in 2007 as a website to buy and sell "Magic: The Gathering" trading cards.[80] In late 2010, the website changed its business model and became a marketplace to exchange cash for bitcoin.[81] In January 2011, according to Nathaniel Popper in his 2015 book, a Mt. Gox user known as Baron hacked into Mt. Gox accounts and stole bitcoin worth around $45,000.[82] Mr. Popper notes, "[t]he incident reinforced Jed's belief that Mt. Gox was a prime target for hackers and that he had neither the time nor the security expertise to protect it adequately."[83] In March 2011, Mr. McCaleb sold Mt. Gox to Mark Karpeles, a French-born programmer. As I discuss in greater detail below, some investigators believe that Mt. Gox was already missing bitcoin at this time and that, by the middle of

---

[79]   Mark T. Williams, "Bitcoin: Examining the Benefits and Risks for Small Business," Testimony before the US House of Representatives, Committee on Small Business, April 2, 2014, p. 14.

[80]   Mt. Gox is an acronym for "Magic: The Gathering Online Exchange." Cryptos R US Insider, "Newsletter update," September 4, 2017, *available at* https://insider.cryptosrus.com/cryptosrusinsider/Content/newsletters/Newsletter%209-4-2017.pdf.

[81]   Robert McMillan, "The Inside Story of Mt. Gox, Bitcoin's $460 Million Disaster," *Wired,* March 3, 2014, *available at* https://www.wired.com/2014/03/bitcoin-exchange/.

[82]   Nathaniel Popper, *Digital Gold* (New York: Harper, 2015), p. 67.

[83]   *Id.*

2013, Mt. Gox was technically insolvent and practically depleted of bitcoin.[84]  Under Mr.

Karpeles, Mt. Gox grew rapidly and became the world's largest bitcoin exchange,

purporting to account for over 80 percent of global trading volume as of July 2011.[85]

44.     **Exhibit 5** demonstrates the total monthly bitcoin volume from October 2012 to February

2014 for a set of bitcoin exchanges identified in an August 2013 *CoinDesk* article along

with the volume-weighted average USD price.[86]  As shown on the exhibit, Mt. Gox was

the largest exchange until November 2013, and its market share generally declined

throughout the class period.

**B.     Mt. Gox Services**

*1.     Exchange Platform / Broker*

45.     Mt. Gox was a digital currency exchange where customers opened accounts funded with

fiat currency that could be used to buy bitcoin or funded with bitcoin transferred into the

exchange.  Mt. Gox received fees on transactions on the exchange.

*2.     Depository Of Bitcoin And Funds*

46.     In addition to providing fee-driven brokerage services, Mt. Gox also provided fiat

currency conversion, fund holding, and wallet storage services.  Funds held in a user's

---

[84]   Kim Nilsson, "The Missing Mt. Gox Bitcoins," WizSec, April 19, 2015, accessed October 17, 2017, http://blog.wizsec.jp/2015/04/the-missing-mtgox-bitcoins.html.

[85]   Daniel Cawrey, "Withdrawals from Mt. Gox: growing pains or banking bottleneck?" *CoinDesk*, Aug. 12, 2013, available at https://www.coindesk.com/withdrawals-from-mt-gox-growing-pains-or-banking-bottleneck/.

[86]   The exchange-currency pairs included in **Exhibit 5** are the following: Bitcurex PLN, Bitstamp USD, BTC China, BTC-e RUB, BTC-e USD, BTC.de EUR, CampBX USD, Mt. Gox AUD, Mt. Gox EUR, Mt. Gox GBP, Mt. Gox JPY, Mt. Gox USD, Virtex CAD, and Virwox SLL.  Daniel Cawrey, "Withdrawals from Mt. Gox: growing pains or banking bottleneck?" *CoinDesk*, August 12, 2013, *available at* https://www.coindesk.com/withdrawals-from-mt-gox-growing-pains-or-banking-bottleneck/.

Mt. Gox account consisted of fiat currency that the customer had deposited but had not yet used to purchase bitcoin, in addition to the proceeds of any sales of bitcoin. Bitcoin held in a user's Mt. Gox account included bitcoin transferred in from a user's private "wallet," or account at another exchange, or those bitcoin purchased on the Mt. Gox exchange.

### 3. *Coin Buying And Selling*

47.   Once an account was set up, and bitcoin or funds were deposited, users could begin trading. The online trading platform included a specific screen displaying last market price, high-low price, weighted-average price over the last 24 hours, and volume traded. There was also a dedicated screen for Mt. Gox customers to execute buy and sell orders, where customers entered trade detail, including number of bitcoin, buy or sell order, and market price or limit order. A trading fee was also displayed and depended on the volume of bitcoin traded. The trade status of each open order was tracked and noted.

### 4. *Withdrawing Bitcoin Or Cash Balances*

48.   Customers could make bitcoin withdrawals on Mt. Gox by submitting a bitcoin withdrawal request and providing Mt. Gox with a bitcoin address to which the customer's bitcoin holdings should be transferred. The user's new address could refer to a personal hard drive, a mobile wallet, a third-party wallet storage service such as Blockchain.info, or to another bitcoin exchange. A customer might wish to withdraw her bitcoin from Mt. Gox for various reasons, including settling a private transaction, making a gift, moving the bitcoin to a private wallet to enhance bitcoin security, or protecting against the risk of exchange bankruptcy.

CONFIDENTIAL

49.     Cash balances could be withdrawn from Mt. Gox by placing a withdrawal order request with the exchange.  Mt. Gox had stated withdrawal restrictions on customer accounts.  As of February 2012, limits on outbound wires were based on the customer's account level; "Level 0" accounts, which required no customer identification, were limited to withdrawals of $1,000 per day and $10,000 per thirty day period.  "Level 1" or "Verified" customers who had supplied government issued identification and proof of residence were limited to withdrawals of no more than $10,000 per day and $50,000 per month.  "Level 2" or "Trusted" accounts, which required notarized proof of identification, allowed customers to withdraw up to $100,000 per day and $500,000 per month.[87]  The fact that Mt. Gox customers agreed to these wire limit restrictions suggests that they likely were more focused on wiring funds into Mt. Gox to own bitcoin than on wiring fiat currency (like USD) out.  These investors accepted cash withdrawal restrictions that placed limits on liquidating funds quickly.[88]  Bitcoin withdrawals were also restricted based on the verification status of the customer. The limits changed over time.  As of February 2012, unverified customers had a daily withdrawal limit of 400

---

[87]  Mt. Gox, "AML Account Statuses," February 1, 2012, *available at* http://web.archive.org/web/20120623073436/https://support.mtgox.com/entries/20919111-aml-account-statuses.

[88]  All three named plaintiffs sought "Verified" status when they created their accounts. Mr. Pearce achieved "Verified" status and was looking to withdraw $5,900; Mr. Motto achieved "Verified" status and was looking to deposit $1,000, and Mr. Lack achieved "Verified" status and was looking to deposit $40,000.  Email from Scott Pearce, to Mt. Gox Support (November 9, 2013) (Pearce000003–5 at 3–5) (Pearce Exhibit 1); Email from Gregory Pearce, to Mt. Gox (January 30, 2014) (Pearce001455–459 at 459) (Pearce Exhibit 4); Deposition of Gregory Pearce, August 16, 2017, pp. 58–59, 62; Email from Ashley, Mt. Gox Support, to Anthony Motto (February 16, 2014) (Motto-000910) (Motto Exhibit 7); Deposition of Anthony Motto, July 26, 2017, pp. 94–95; Chase, "Wire Money," February 15, 2014 (Motto 000201–203 at 202) (Motto Exhibit 3); Deposition of Anthony Motto, July 26, 2017, pp. 82–84, 95; Email from Sharon, Mt. Gox Support, to Joseph Lack (January 21, 2014) (Lack Exhibit 2); Deposition of Joseph Lack, August 2, 2017, pp. 99–100; Wells Fargo Bank, "Combined Disclosure for Outgoing Consumer International Wires," January 22, 2014 (Lack 000018) (Lack Exhibit 3); Plaintiff Joseph Lack's Answers to Defendant Mizuho Bank Ltd.'s First Set of Interrogatories, December 12, 2016, p. 5 (Lack Exhibit 10); Deposition of Joseph Lack, August 2, 2017, pp. 100–103, 111.

CONFIDENTIAL

bitcoin per day, "Verified" customers had a daily withdrawal limit of 4,000 bitcoin per day, and "Trusted" customers had a daily withdrawal limit of 40,000 bitcoin per day.[89] In March 2013, Mt. Gox reduced the daily withdrawal limits of bitcoin to 100, 1,000, and 10,000 for unverified, "Verified," and "Trusted" customers, respectively, per day.[90]

50. Customers had a menu of choices for transferring fiat currency out of their Mt. Gox accounts. These options changed over time and varied by type of fiat currency. For customers wanting USD, customers could request that Mt. Gox wire funds from its bank account to a bank of their choosing. I understand that Mt. Gox used Japan Post Bank to wire USD to its customers' banks during the proposed class period after Mizuho Bank stopped processing outbound wire transfers for Mt. Gox.[91]

51. During the class period, Mt. Gox customers had the ability to get their assets out of their Mt. Gox accounts without involving Mizuho Bank. For example, as discussed below, Mt. Gox users could transfer their bitcoin out of Mt. Gox until approximately February 7, 2014 (discussed in detail below), and Mt. Gox users received wire transfers of fiat currency from Mt Gox through Japan Post Bank from June 26, 2013, through February 24, 2014. In fact, as shown on **Exhibit 6**, Mt. Gox customers received a total of $26.2 million in USD wire transfers from Mt. Gox through Japan Post Bank, which is only $3.2 million less than the total outbound wires that Mt. Gox customers received from Mizuho

---

[89] Mt. Gox, "AML Account Statuses," February 1, 2012, *available at* http://web.archive.org/web/20120623073436/https://support.mtgox.com/entries/20919111-aml-account-statuses.

[90] Mt. Gox, "Mt.Gox announces new withdrawal limit rules for its customers," March 13, 2013, *available at* https://web.archive.org/web/20130502190324/https://mtgox.com/press_release_20130313.html. I have seen no evidence that Mt. Gox changed these limits after March 2013.

[91] As I discuss below, prior to May 2013, Mt. Gox had two preapproved payment processors to choose from, Liberty Reserve and Dwolla.

CONFIDENTIAL

Bank.[92]  In other words, Mt.  Gox's "exit pipes" were not shut off during the class period,

even if Mt. Gox could not send outbound wire transfers through Mizuho Bank.

52.     Even after Mizuho Bank stopped processing outbound wire transfers, there were several

ways for Mt. Gox customers to make a withdrawal from Mt. Gox.  These four methods

are described below and are also depicted on **Exhibits 7** through **Exhibit 10**:

>   1.  <u>Outbound wire using Mt. Gox's standard or expedited withdrawal</u>
>       <u>services.</u>  Mt. Gox offered customers the opportunity to receive outbound
>       wire transfers, including expedited withdrawals for a fee of 5 percent of
>       the transaction amount.[93]  This expedited method was discussed in the
>       popular press and known to the named plaintiffs, or at least one of them,
>       Mr. Pearce, who was offered an expedited withdrawal, but elected not to
>       use this service.[94]  As noted above, Mt. Gox continued sending its
>       customers wire transfers, on either a standard or an expedited basis
>       through February 24, 2014.  These wires were sent by Mt. Gox to the
>       customers' bank accounts through Japan Post Bank and possibly other
>       banks with which Mt. Gox had a relationship. For example, Mt. Gox's

---

[92]  Mt. Gox may have sent its customers funds through other banks as well, but I understand that only records from Japan Post Bank were produced in discovery in this litigation.  The $26.2 million figure quoted above should therefore be viewed as the minimum amount sent by Mt. Gox to its customers through USD wire transfers during the class period.

[93]  Charging such a fee was consistent with the way bitcoin exchanges in general operated.  For example, the plaintiffs' expert Mr. Rasmussen stated, "an Exchange may elect to charge a flat or percentage-based fee derived from [the] amount to be withdrawn." Rasmussen Report, p. 17.

[94]  *See, e.g.*, email from Mt. Gox Support, to Gregory Pearce, February 24, 2014 (Pearce001455–459 at 457–458) (Pearce Exhibit 4); Deposition of Gregory Pearce, August 16, 2017, p. 86.  The Simovic Declaration notes: "Mark Karpeles, Managing Director of Tibanne/Mt. Gox, replied that I would be required to pay a 5% fee for 'expedited withdrawal.'" And "[i]n other words, Mt. Gox was going to keep my money and only release it slowly while charging a 5% fee." Declaration of Marko Simovic, December 18, 2013 (Edelson025919–926), ¶¶ 12–13 (the "Simovic Declaration").

bankruptcy filing indicates that it had bank accounts with four banks other than Mizuho Bank and Japan Post Bank including Rakuten Bank, Japan Net Bank, Yachiyo Bank, and Resona Bank.[95] *See* **Exhibit 7**.

2.  <u>Transfer bitcoin to another exchange.</u> A customer could use currency in her Mt. Gox account to purchase bitcoin on Mt. Gox, and then transfer the bitcoin to another exchange. The bitcoin could be sold on the other exchange and converted to cash.[96] *See* **Exhibit 8**. For example, in responding to comments on an online bitcoin forum about getting fiat currency from Mt. Gox, a user in January 2014 noted "I've transferred all $ -> BTC -> Coinbase -> $. This way I'm getting my funds with a 4% hit. Better than nothing."[97]

3.  <u>Transfer to private wallet.</u> A Mt. Gox customer could use funds held at Mt. Gox to purchase bitcoin, and then transfer the bitcoin to a private wallet. This customer could then sell these bitcoin to another bitcoin user at an agreed-upon price. *See* **Exhibit 9**.

---

[95]  Report to Tokyo District Court, Collegiate Section of 20th Civil Division, September 27, 2017, p. 14. I understand that Japan Post Bank is listed as Yucho Bank on the document. Miki Tanikawa, "Banking in Japan: At postal giant, friendly service and low fees," *New York Times*, September 28, 2002, *available at* http://www.nytimes.com/2002/09/28/news/banking-in-japan-at-postal-giant-friendly-service-and-low-fees.html.

[96]  This type of transaction was also widely discussed and explained in 2013 on public social forums such as Reddit. *See, e.g.*, Reddit, "One more day without Mt. Gox USD withdrawals. When was the last?," July 15, 2013, accessed August 24, 2017, https://www.reddit.com/r/Bitcoin/comments/1ic2h9/one_more_day_without_mt_gox_usd_withdrawals_when/; Reddit, "When will Mt. Gox resume withdrawals," August 20, 2013, accessed August 24, 2017, https://www.reddit.com/r/Bitcoin/comments/1krdhe/when_will_mtgox_resume_withdrawals/;

[97]  Bitcoin Forum, "0.25 BTC Bounty – Show me a Mt. Gox USD Withdrawal :)," Bitcoin Talk, January 14, 2014, accessed September 13, 2017, https://bitcointalk.org/index.php?topic=251895.0;a.

CONFIDENTIAL

4.  Transfer "Trapped Coins" to Bitcoin Builder. After Mt. Gox suspended bitcoin transfers on February 7, 2014, a secondary market emerged that allowed Mt. Gox account holders to exchange their "trapped" bitcoin at Mt. Gox for unencumbered bitcoin outside of Mt. Gox (at a discount). This unencumbered bitcoin could then be sold on another exchange, sold in a private exchange, or bartered.[98] *See* **Exhibit 10**.

53.  In short, prior to the collapse of Mt. Gox, its customers could withdraw their assets from the exchange.

**C.     Warning Signs About Mt. Gox Increased Over Time**

54.  From the time Mark Karpeles purchased Mt. Gox in 2011 through its bankruptcy filing in 2014, information about growing risks specific to Mt. Gox—including regulatory risk, delayed withdrawals of currency and bitcoin, and risk of cyber-theft from the exchange—proliferated via news publications and online public information. This information was widely reported and discussed by bitcoin users.

55.  As bitcoin prices and the amount of trading volume on Mt. Gox increased, the amount of DDoS attacks that attempted to prevent customers from accessing Mt. Gox and other bitcoin-related companies also increased. Cyber hackers sought targets where security could be breached and sizable profits could be made. Previous hacks as far back as

---

[98] *See, e.g.*, Joon Ian Wong, "Has This Company Found a Workaround for Mt. Gox Withdrawals," *CoinDesk*, February 21, 2014, *available at* https://www.coindesk.com/has-company-found-workaround-mt-gox-withdrawals/; Bitcoin Builder, "Homepage," accessed October 20, 2017, https://bitcoinbuilder.com/.

CONFIDENTIAL

January and June 2011 had proven that Mt. Gox was a vulnerable target.[99] As previously mentioned, on March 18, 2013, FinCEN warned investors about the inherent risks in investing in virtual currencies such as bitcoin. Then, on March 27, 2013, Dwolla,[100] a payment processor used by Mt. Gox, was attacked.[101] The following day, Mt. Gox web servers were targeted.[102] A week later, on April 4, 2013, Mt. Gox was attacked again, as was Instawallet, a bitcoin storage company.[103] The DDoS hack of Instawallet successfully breached its systems, forced it to shut down indefinitely, and caused its customers to suffer losses.[104] The successful hack of Instawallet proved that, while the security protecting the blockchain itself might be strong, the software used to actually store bitcoin remained vulnerable. These events were a warning sign to those who kept bitcoin at bitcoin exchanges, including Mt. Gox.

56.     The series of DDoS attacks, combined with increased trade orders, overwhelmed Mt. Gox and caused trades and services, including outbound wire disbursements, to fail.

---

[99] In January 2011, Mt. Gox was hacked by a user named Baron who stole bitcoin worth $45,000. Nathaniel Popper, *Digital Gold* (New York: Harper, 2015), p. 67. On June 19, 2011, a security breach of the Mt. Gox trading platform caused a bitcoin flash crash. Many client accounts were compromised as hackers generated user passwords that were publicly released on the Internet. Oliver Dale, "The History of the Mt. Gox Hack: Bitcoin's Biggest Heist," Blockonomi, October 4, 2017, *available at* https://blockonomi.com/mt-gox-hack/; Stephen Chapman, "Bitcoin market flash-crash and database leak from Mt.Gox," *ZDNet*, June 20, 2011, *available at* http://www.zdnet.com/article/bitcoin-market-flash-crash-and-database-leak-from-mt-gox/.

[100] *See* n. 46, *supra*.

[101] Sarah Perez, "Dwolla is Latest Victim of DDoS Attacks–Site & API Down For Second Day," *TechCrunch*, March 28, 2013, *available at* https://techcrunch.com/2013/03/28/dwolla-latest-victim-of-ddos-attacks-started-yesterday-continue-today/.

[102] Mike Wheatley, "Bitcoin Under Attack? Dwolla & Mt. Gox Both Hit With DDoS Attacks Overnight," *siliconANGLE*, March 29, 2013, *available at* https://siliconangle.com/blog/2013/03/29/bitcoin-under-attack-dwolla-mt-gox-both-hit-with-ddos-attacks-overnight/.

[103] Mt. Gox, "It's been an epic few days: What happened?" Mt. Gox, press release, April 4, 2013, *available at* https://web.archive.org/web/20130430142150/https://mtgox.com/press_release_20130404.html; Sean Ludwig, "Bitcoin wallet service Instawallet hacked, shuts down 'indefinitely,'" *Venture Beat*, April 3, 2013, *available at* https://venturebeat.com/2013/04/03/bitcoin-wallet-instawallet-hacked/.

[104] Sean Ludwig, "Bitcoin wallet service Instawallet hacked, shuts down 'indefinitely,'" *Venture Beat*, April 3, 2013, *available at* https://venturebeat.com/2013/04/03/bitcoin-wallet-instawallet-hacked/.

CONFIDENTIAL

Starting April 11, 2013, Mt. Gox was forced to take systems offline and suspend trading.[105] These cyberattacks were reported by the media,[106] and gave customers reason to be concerned about the level of controls at Mt. Gox.

57.    In May and June 2013, the US Government publicly took action against Mt. Gox that would call into question its ability to operate in the United States. As mentioned above, on May 14, 2013, the US Department of Homeland Security ("DHS") seized a Mt. Gox bank account valued at $2.9 million at Wells Fargo Bank that it used in conjunction with Dwolla to provide USD to its US-based customers making withdrawal requests. The US Government determined that Mt. Gox had falsified documents in an attempt to circumvent US currency and money transmitter regulatory compliance requirements.[107] On that same day, in response to court orders from DHS and the US District Court for the District of Maryland, Dwolla notified its Mt. Gox customers that it would no longer facilitate cash withdrawal or deposit services.[108] Then on May 28, 2013, Liberty Reserve, a Costa Rican-based payment processor used by Mt. Gox, was closed down

---

[105]    During this twelve-hour forced shutdown period, the price of bitcoin plummeted. *See, e.g.*, Mt. Gox, "Hi everyone, just a quick update on the situation and what happened last night," Mt. Gox, press release, April 11, 2013, *available at* https://web.archive.org/web/20130502184126/https://mtgox.com/press_release_20130411.html; U.S. Department of Homeland Security, *Daily Open Source Infrastructure Report*, April 15, 2013, available at https://www.dhs.gov/sites/default/files/publications/nppd/ip/daily-report/dhs-daily-report-2013-04-15.pdf.

[106]    *See, e.g.*, U.S. Department of Homeland Security, *Daily Open Source Infrastructure Report*, April 1, 2013, *available at* https://www.dhs.gov/sites/default/files/publications/nppd/ip/daily-report/dhs-daily-report-2013-04-01.pdf; U.S. Department of Homeland Security, *Daily Open Source Infrastructure Report*, April 15, 2013, *available at* https://www.dhs.gov/sites/default/files/publications/nppd/ip/daily-report/dhs-daily-report-2013-04-15.pdf.

[107]    Romain Dillet, "Feds Seize Assets From Mt. Gox's Dwolla Account, Accuse It Of Violating Money Transfer Regulations," *TechCrunch*, May 16, 2013, *available at* https://techcrunch.com/2013/05/16/mt-gox-dwolla-account-money-seizure/; United States District Court District of Maryland, Seizure Warrant, Case #13-1162-SKG, May 14, 2013.

[108]    Dwolla, "Email to users who completed a payment to Mutum Sigillum LLC, Dwolla, Inc.," May 14, 2013, *available at* http://static1.businessinsider.com/image/5192b5c069bedd6d40000004-960/dwolla-email.png.

under The Patriot Act, preventing Mt. Gox customers from using this processor to transfer USD into and out of the exchange.[109] On June 19, 2013, the US Department of Homeland Security seized an additional $2.1 million from another Mt. Gox-controlled bank account at Wells Fargo. According to the seizure warrants, the accounts seized had been used almost exclusively by Mt. Gox's US subsidiary to wire funds to Dwolla for customer withdrawals.[110] By this point, the US Government had seized a total of $5 million from Mt. Gox accounts in the US because of Mt. Gox's noncompliance with US regulations. On June 20, 2013, Mt. Gox announced it had suspended outbound wires to its US customers for a two-week period.[111] On August 5, 2013, Mt. Gox announced that it would no longer credit user accounts with fiat currency deposits until its bank had confirmed that the deposit had cleared, and that under this new policy the lag time between a user's wire transaction and the credit to her Mt. Gox account would be between seven and ten days. In other words, customers could not instantly purchase bitcoin upon wiring funds into Mt. Gox.[112]

---

[109] The founder of Liberty Reserve, Arthur Budovsky, was later charged with running a cybercriminal enterprise and laundering over $250 million. Arthur Budovsky pled guilty on January 29, 2016, and is currently serving a twenty-year jail term for money laundering. US Department of Justice, "Liberty Reserve Founder Arthur Budovsky Sentenced In Manhattan Federal Court to 20 Years for Laundering Hundreds Of Millions Of Dollars Through His Global Digital Currency Business," press release, May 6, 2016, *available at* https://www.justice.gov/usao-sdny/pr/liberty-reserve-founder-arthur-budovsky-sentenced-manhattan-federal-court-20-years.

[110] United States District Court District of Maryland, Seizure Warrant, Case #13-1085SAG, May 9, 2013.

[111] Mt. Gox, "Statement Regarding Temporary Hiatus on U.S. Dollar Withdrawals," Mt. Gox, press release, June 20, 2013, *available* at https://web.archive.org/web/20130811014059/https://www.mtgox.com/press_release_20130620.html.

[112] Mt. Gox, "August 2013 Mt. Gox Status Update," Mt. Gox, press release, August 5, 2013, *available at* https://web.archive.org/web/20130805084259/https://www.mtgox.com/press_release_20130805.html.

CONFIDENTIAL

58.     In November 2013, *Wired* contained a revealing article about Mt. Gox entitled "The Rise
        and Fall of the World's Largest Bitcoin Exchange."[113]  The article reported that, despite
        contrary claims by Mt. Gox, customers were still experiencing long delays and extended
        processing times in withdrawing fiat currency from their Mt. Gox accounts.  As I discuss
        in greater detail below, beginning in the summer of 2013, articles in the popular press and
        talk forums, including Reddit, discussed Mt. Gox's extremely slow and uncertain
        withdrawal procedure, including stories of customers' lack of success in getting cash out
        of Mt. Gox.  These news stories and discussions, along with the regulatory actions that
        began in the spring of 2013, call into question assertions that class members who claim to
        have wired money to Mt. Gox's account would not have done so had they known Mizuho
        Bank was not processing Mt. Gox's outbound wire transfers.  Such class members wired
        money to Mt. Gox in the face of known delays in receiving outbound USD wires.

59.     A few months later, beginning in January 2014, Mt. Gox announced severe restrictions
        on bitcoin withdrawals.  On January 31, 2014, Mt. Gox posted a statement on its website
        advising that it was experiencing bitcoin withdrawal delays of "several hours or days."[114]
        On February 4, 2014, Mt. Gox stated that the purported problem "is being fixed" and that
        the "problem applies primarily to larger transactions."[115]  The purported problem was not
        fixed, and on February 7, 2014, Mt. Gox announced a "pause on all [bitcoin] withdrawal

---

[113]  Robert McMillan and Cade Metz, "The Rise and Fall of the World's Largest Bitcoin Exchange," *Wired*,
        November 6, 2013, *available at* https://www.wired.com/2013/11/mtgox/.

[114]  Mt. Gox, "Statement Regarding BTC Withdrawal Delays," January 31, 2014, *available at*
        https://web.archive.org/web/20140221015148/https://support.mtgox.com/entries/26501000-Statement-
        Regarding-BTC-Withdrawal-Delays.

[115]  Mt. Gox, "Update – Statement Regarding BTC Withdrawal Delays," February 4, 2014, *available at*
        https://web.archive.org/web/20140221015147/https://support.mtgox.com/entries/26128504-Update-Statement-
        Regarding-BTC-Withdrawal-Delays.

CONFIDENTIAL

requests."[116]  On February 10, 2014, Mt. Gox provided another update, advising that the

suspension of bitcoin withdrawals would continue.[117]  This press release also disclosed

for the first time that Mt. Gox had been cyberhacked though "transaction malleability," a

bug that exposed digital wallets to theft.  Mt. Gox also claimed publicly that it was in the

process of resolving the issue.[118]  Mr. Motto wired $1,000 to Mt. Gox on February 15,

2014, just a few days after Mt. Gox had announced that bitcoin withdrawals had been

halted indefinitely and that the exchange was dealing with the ramifications of a

cyberhack.[119]

60.     By February 16, 2014, with bad news coming out at a rapid pace, the price quoted on Mt.

Gox plummeted to $300 or half the price on other exchanges.[120]  *See* **Exhibit 11**.  This

price decline (both in magnitude and in comparison to other exchanges) occurred after

announcements regarding the inability to withdraw bitcoin and the cyber hack, and

reflects market concerns about the ability to withdraw bitcoin at Mt. Gox, rather than

customers' inability to withdraw fiat currency immediately.[121]  Soon thereafter, on

---

[116]   Mt. Gox, "Statement Regarding BTC Withdrawal Delays – UPDATE," February 7, 2014, *available at* https://web.archive.org/web/20140221015146/https://support.mtgox.com/entries/26130949-Statement-Regarding-BTC-Withdrawal-Delays-UPDATE.

[117]   Mt. Gox, "Update - Statement Regarding BTC Withdrawal Delays," February 10, 2014, *available at* https://web.archive.org/web/20140221015052/https://support.mtgox.com/entries/26745970-Update-Statement-Regarding-BTC-Withdrawal-Delays.

[118]   Mt. Gox, "Addressing Transaction Malleability," Mt. Gox, press release, February 10, 2014, *available at* http://web.archive.org/web/20140210122955/https://www.mtgox.com/press_release_20140210.html.

[119]   Chase, "Wire Money," February 15, 2014. Motto 000201–203 at 202 (Motto Exhibit 3); Deposition of Anthony Motto, July 26, 2017, pp. 82–84, 95.

[120]   As discussed above, just a few months prior in December 2013, the price exceeded $1,100.

[121]   As I discuss below, delays in withdrawing fiat currency by means of outbound wire resulted in *higher* bitcoin prices at Mt. Gox as compared to prices on other exchanges.

CONFIDENTIAL

February 28, 2014, Mt. Gox filed for bankruptcy protection.[122]  **Exhibit 11** shows a timeline of the various public announcements related to customers' ability to deposit or withdraw USD and bitcoin at Mt. Gox.

> **D.    There Were Warning Signs Of The Delays Mt. Gox Customers Faced In Withdrawing USD From Mt. Gox**

61.    Throughout the proposed class period, information regarding the ever-increasing delays Mt. Gox customers faced in withdrawing USD was available to the public from a variety of sources—including disclosures from Mt. Gox, popular press articles, government websites, and chatroom threads.[123]  In addition, the market price differential for bitcoin traded at Mt. Gox as compared with other exchanges showed that participants in the bitcoin exchange were in fact already being compensated for the risks of using Mt. Gox throughout the class period, and they in effect paid a price that reflected a discount for holding USD at Mt. Gox.

62.    Mt. Gox disclosed several times during the proposed class period that customers would experience delays in withdrawals.  On June 20, 2013, Mt. Gox announced that it was suspending cash withdrawals of USD for two weeks.[124]  Then on July 4, 2013, Mt. Gox issued a press release announcing that it had a two-week backlog of withdrawal

---

[122]  Mt. Gox, "Announcement Regarding An Application For Commencement Of A Procedure of Civil Rehabilitation," February 28, 2014, *available at* https://www.mtgox.com/img/pdf/20140228-announcement_eng.pdf.

[123]  As discussed above, just prior to the beginning of the class period, there was publicly available information showing that prior avenues for withdrawing fiat currency from Mt. Gox (i.e., Dwolla, and Liberty Reserve) had been cut off or severely restricted.

[124]  Mt. Gox, "Statement Regarding Temporary Hiatus on U.S. Dollar Withdrawals," Mt. Gox, press release, June 20, 2013, *available at* https://web.archive.org/web/20130811014059/https://www.mtgox.com/press_release_20130620.html.

CONFIDENTIAL

requests.[125] Both of these announcements were made several months before any of the named plaintiffs opened their accounts and sent money or bitcoin to Mt. Gox. As of January 2014, Mt. Gox's website stated that wire transfers "may take four weeks or more."[126] Mr. Motto acknowledged that he read and understood this disclosure prior to wiring funds from his personal bank account to Mt. Gox's bank account at Mizuho Bank in February 2014.[127]

63.     Further, popular press articles written during the proposed class period emphasized the problems encountered by Mt. Gox's customers in withdrawing USD from the exchange. For example, an August 12, 2013, article at *CoinDesk* stated:[128]

> Despite resuming withdrawals, a number of people have expressed discomfort at the fact that they cannot get their money from Mt. Gox, despite issuing withdrawal requests. I'm also dealing with this issue as well. I sold some bitcoins via Mt. Gox on July 22 and requested a withdrawal, and as of press time I still have not received money in my bank account.
>
> Others, with more substantial sums of money tied up with Mt. Gox, have been expressing their displeasure on Reddit, the Bitcointalk forum and in the comments section of CoinDesk.

In addition, the November 2013 *Wired* magazine article noted that since June 2013, Mt. Gox's "ability to move money to the US has ground to a near-halt."[129]

---

[125]  Mt. Gox, "Statement on Resumption of Withdrawals and Improved Banking," Mt. Gox, press release, July 4, 2013, *available at* http://web.archive.org/web/20130810181218/https://www.mtgox.com/press_release_20130704.html.

[126]  Printout from Mt. Gox website (January 17, 2014) (Motto 000075–76 at 75) (Motto Exhibit 14).

[127]  Deposition of Anthony Motto, July 26, 2017, pp. 165–167.

[128]  Daniel Cawrey, "Withdrawals from Mt. Gox: growing pains or banking bottleneck?" *CoinDesk,* August 12, 2013, https://www.coindesk.com/withdrawals-from-mt-gox-growing-pains-or-banking-bottleneck/.

[129]  Robert McMillan and Cade Metz, "The Rise and Fall of the World's Largest Bitcoin Exchange," *Wired,* November 6, 2013, *available at* https://www.wired.com/2013/11/mtgox/.

               CONFIDENTIAL

64.    On **Exhibit 12**, I summarize additional press articles available to members of the two
       classes that discuss delays in withdrawing USD from Mt. Gox.  For example, Mr. Lack
       said that he researched bitcoin around the end of 2013 by doing Google and YouTube
       searches and read articles from *The Economist*, *Financial Times*, and *The Wall Street
       Journal;*[130]  Mr. Motto also indicated that he read news related to Mt. Gox in *The Wall
       Street Journal.*[131] *The Wall Street Journal* is included as a source on **Exhibit 12**.

65.    In addition, chat forums corroborate public awareness of the delays that Mt. Gox
       customers had in withdrawing USD from Mt. Gox.  For instance, the titles of the forums
       alone indicate the level of public awareness:

       - "Mt. Gox withdrawal is back, as they claim"

       - "0.25 BTC Bounty – Show me a Mt. Gox USD Withdrawal :)"

       - "One more day without Mt. Gox USD withdrawals. When was the last?"

       - "When will Mt. Gox resume withdrawals"

       - "Mt. Gox BTC withdrawal delays longer and longer"

       - "Mt. Gox withdraw 5% fee?"

---

[130]  Plaintiff Joseph Lack's Answers to Defendant Mizuho Bank Ltd.'s First Set of Interrogatories, December 12, 2016, pp. 3–4 (Lack Exhibit 10).

[131]  Deposition of Anthony Motto, July 26, 2017, p. 139.

CONFIDENTIAL

- "Poll: Are you having Mt. Gox Withdrawal Issues?"[132]

The participants in these chats show an awareness that USD could not rapidly be withdrawn.[133]

66.     Furthermore, the prices at which bitcoin traded on Mt. Gox was a warning sign for Mt. Gox customers about the ability to withdraw USD rapidly from Mt. Gox. In particular, prior to the regulatory actions taken by the US Government in April and May 2013, the USD price at which bitcoin traded at Mt. Gox was similar to the price on other exchanges. However, beginning around June 2013 and continuing through February 7, 2014 (when Mt. Gox halted withdrawals of bitcoin), the USD price at which bitcoin traded on Mt. Gox was higher than on other exchanges.[134] This means that the price of bitcoin per USD at Mt. Gox was at a discount compared with other exchanges, reflecting the risk of holding USD at Mt. Gox compared with other exchanges. As shown on **Exhibit 13**, the price of USD price at which bitcoin traded on Mt. Gox was often 10

---

[132]    Bitcoin Forum, "MtGox withdrawal is back, as they claim," July 4, 2013, accessed August 22, 2017, https://bitcointalk.to/index.php?topic=249658.0;all; Bitcoin Forum, "0.25 BTC Bounty – Show me a Mt. Gox USD Withdrawal :)," July 7, 2013, accessed September 13, 2017, https://bitcointalk.org/index.php?topic=251895.0;all; Reddit, "One more day without Mt. Gox USD withdrawals. When was the last?" July 15, 2013, accessed August 24, 2017, https://www.reddit.com/r/Bitcoin/comments/1ic2h9/one_more_day_without_mt_gox_usd_withdrawals_when/; Reddit, "When will Mt. Gox resume withdrawals," August 20, 2013, accessed August 24, 2017 , https://www.reddit.com/r/Bitcoin/comments/1krdhe/when_will_mtgox_resume_withdrawals/; Reddit, "Mt. Gox BTC withdrawal delays longer and longer," December 5, 2013, accessed August 24, 2017, https://www.reddit.com/r/BitcoinMarkets/comments/1s4cme/mtgox_btc_withdrawal_delays_longer_and_longer /; Bitcoin Forum, "Mt. Gox withdraw 5% fee?" November 15, 2013, accessed October 12, 2017, https://bitcointalk.org/index.php?topic=334341.msg%25msg_id%25; Reddit, "Poll: Are you having Mt. Gox Withdrawal Issues?" February 4, 2014, accessed August 24, 2017, https://www.reddit.com/r/BitcoinMarkets/comments/1wza44/poll_are_you_having_mt_gox_withdrawal_ issues/.

[133]    Such an awareness would call into question a putative class member's claim that she would not have wired funds to Mt. Gox if Mizuho Bank had announced that it had suspended outbound wire transfers.

[134]    As discussed above, after February 7, 2014, this trend reversed and the USD price at which bitcoin traded on Mt. Gox was lower than the price on other exchanges.

CONFIDENTIAL

percent or more compared with other major bitcoin exchanges (such as Bitstamp, BTC-e, and CampBX) that transacted in USD. As I discuss below, market participants generally recognized this "Mt. Gox Risk Premium," (i.e., a discount on USD held at Mt. Gox) as a reflection of the delays Mt. Gox customers faced in withdrawing USD from the exchange. In other words, the market price reflected this liquidity-related risk related to the delays in withdrawing USD from Mt. Gox. As discussed above, one way for customers to withdraw USD from Mt. Gox was to use USD to buy bitcoin and then transfer the bitcoin out of Mt. Gox to another exchange or an external wallet. The demand pressure caused by people buying bitcoin on Mt. Gox (converting cash held) drove up the price of bitcoin. Sellers in effect required a risk premium for selling Mt. Gox bitcoin for USD and holding USD at Mt. Gox because of the perceived potential delay in withdrawing the USD held at Mt. Gox.[135] In addition to its reflection in publicly available prices, the Mt. Gox Risk Premium was documented in press articles. For example, when launching a bitcoin price index in September 2013, *CoinDesk* recognized "[d]ue to Mt. Gox banking delays in transferring US dollars out, a spread of approximately 10% has existed between Mt. Gox and other bitcoin exchanges for several months," and Mt. Gox was not included in the index at least in part because a stated criterion for inclusion was that "banking transfers in or out of the exchange must be

---

[135] I note that as shown on **Exhibit 13**, this premium suddenly reversed course and became a discount on February 7, 2014, when Mt. Gox announced that it had suspended bitcoin withdrawals from the exchange. At that point, the prices for bitcoin on Mt. Gox were lower than those on other exchanges. At best, Mt. Gox customers could only withdraw cash (albeit at a slow rate), which would increase the demand for USD compared to bitcoin, and thus drive down the price of bitcoin because of reduced demand for bitcoin on Mt. Gox.

CONFIDENTIAL

completed within seven days without special fees."[136]  Also, a September 4, 2013,

*Washington Post* article written by Timothy B. Lee discussed the Mt. Gox Risk

Premium:[137]

> something peculiar has been happening.  Ordinarily, the price of a commodity is roughly the same everywhere it's traded.  But lately that rule hasn't applied to Bitcoin.  The price of Bitcoin on Mt. Gox is $145.  Yet on other Bitcoin exchanges, like Bitstamp, Bitcoin only sells for about $130.  And the spread between the two has been growing. . . .If you sell Bitcoins on Bitstamp, you can withdraw the dollars at any time.  In contrast, the Japan-based Mt. Gox, which has been under pressure from American regulators, has been slow to redeem customers' dollar-based deposits. . . .Bitcoin discussion forums are full of people complaining about long delays in processing withdrawal requests.  *So the 10 percent difference between the Mt. Gox price and the price everywhere else reflects market skepticism that traders will be able to get their money back any time soon.* (emphasis added)

67.     A November 6, 2013, *Washington Post* article further noted that "[p]rices on Mt. Gox

tend to be higher than the prices on other dollar-based exchanges.  The spread may reflect

the fact that Mt. Gox customers have struggled to withdraw dollars from the Japan-based

exchange."[138]  Although some bitcoin users, including Mr. Pearce, sold bitcoin on Mt.

Gox in an attempt to profit from the Mt. Gox price premium,[139] those users were taking

on a widely documented timing risk with respect to their ability to withdraw cash from

---

[136]   Jon Matonis, "CoinDesk launches proprietary Bitcoin Price Index," *CoinDesk,* September 11, 2013, *available at* https://www.coindesk.com/coindesk-launches-proprietary-bitcoin-price-index/.

[137]   Timothy B. Lee, "The slow decline of Bitcoin's biggest exchange, in one chart," *Washington Post*, September 4, 2013, *available at* https://www.washingtonpost.com/news/the-switch/wp/2013/09/04/the-slow-decline-of-bitcoins-biggest-exchange-in-one-chart/?utm_term=.49fe74319702.

[138]   Timothy B. Lee, "Bitcoin price reaches a record high for the first time since April," *Washington Post*, November 5, 2013, *available at* https://www.washingtonpost.com/news/the-switch/wp/2013/11/05/bitcoin-price-reaches-a-record-high-for-the-first-time-since-april/?utm_term=.453916e27d26.

[139]   When asked why he wanted to transfer bitcoin between exchanges, Mr. Pearce responded, "Because Mt. Gox -- Mt. Gox trading rates were about 14 to 17 percent higher."  Deposition of Gregory Pearce, August 16, 2017, p. 41.

CONFIDENTIAL

Mt. Gox rapidly enough to make this strategy feasible. In other words, the withdrawal delays were known to bitcoin investors, and sellers of bitcoin on Mt. Gox were compensated for the withdrawal risk they took in the form of a price premium relative to other exchanges.

68.    The foregoing suggests that any Mt. Gox customer who deposited money with the exchange with knowledge of the delays in withdrawing USD from Mt. Gox was willing to assume any risks associated with delays in withdrawal and that being able to withdraw USD from Mt. Gox immediately was not vital to that investor.

69.    Furthermore, at least some Mt. Gox users were given the option of paying 5 percent for expedited withdrawals.[140] Plaintiff Gregory Pearce apparently received such an offer and turned it down.[141] Accepting that offer would have mitigated any losses he purportedly suffered. I have not seen evidence sufficient for me to determine whether his experience differs from the experiences of other purported Withdrawal Class members. Some may have received and accepted expedited withdrawal offers from Mt. Gox, and some may not have inquired about their withdrawals or received expedited withdrawal offers.

---

[140] *See, e.g.*, email from Mt. Gox Support, to Gregory Pearce, February 24, 2014 (Pearce001455–459 at 457–458) (Pearce Exhibit 4); Bitcoin Forum, "Mt. Gox withdraw 5% fee?" November 15, 2013, accessed October 12, 2017, https://bitcointalk.org/index.php?topic=334341.msg%25msg_id%25. The Simovic Declaration notes: "Mark Karpeles, Managing Director of Tibanne/Mt. Gox, replied that I would be required to pay a 5% fee for 'expedited withdrawal.'" And "[i]n other words, Mt. Gox was going to keep my money and only release it slowly while charging a 5% fee." Simovic Declaration ¶¶ 12–13.

[141] *See, e.g.*, email from Mt. Gox Support, to Gregory Pearce, February 24, 2014 (Pearce001455–459 at 457–458) (Pearce Exhibit 4).

CONFIDENTIAL

### E.     Mt. Gox Bankruptcy

70.     Mt. Gox filed for bankruptcy in Tokyo on February 28, 2014.[142]  While the exact causes

of the Mt. Gox bankruptcy are still being investigated by a bankruptcy examiner in Japan,

several market participants have provided insight into the potential causes of Mt. Gox's

bankruptcy.  WizSec,[143] a Tokyo-based bitcoin security firm, conducted an independent

investigation and concluded that bitcoin went missing from Mt. Gox as early as August

2011, and the amount of stolen coin increased over time, with the number of additional

missing bitcoin tapering off by the middle of 2013.[144]  While WizSec did not know who

was responsible for the stolen bitcoin, it believes that Mt. Gox was technically insolvent

for years and practically depleted of bitcoin by the middle of 2013.  In other words, in

WizSec's view, Mt. Gox was bankrupt prior to the beginning of the proposed class

period.  A second observer postulated that the downfall of Mt. Gox began a year prior to

the bankruptcy filing as it "tangled with regulators, split from former business partners

and grappled with cyber attacks."[145]  In addition, Mr. Karpeles blamed Mt. Gox's

---

[142]  I understand that the bankruptcy proceedings are still underway and that it is likely that many putative class members submitted claims in the bankruptcy and may also eventually receive a recovery on their claims from the estate.  For example, Gregory Pearce successfully submitted a bankruptcy claim. *See* Deposition of Gregory Pearce, August 16, 2017, at 125–128.  However, in light of the recent increase in the price of bitcoin, Mt. Gox customers including Mr. Pearce may receive their claim in full.  According to a recent *Wall Street Journal* article: "Bankruptcy-court filings suggest Mt. Gox will have hundreds of millions of dollars left over after paying creditors—money that Mt. Gox's bankruptcy trustee has indicated would belong to the collapsed exchange's shareholders, with Mr. Karpelès's company being the biggest."  Kosaku Narioka, "Former Bitcoin King Is Bankrupt—And He Could Get Rich Again," *Wall Street Journal*, November 9, 2017, *available at* https://www.wsj.com/articles/former-bitcoin-king-is-bankruptand-he-could-get-rich-again-1510223405?mod=e2tw.

[143]  In my experience, WizSec is a credible group of bitcoin security specialists.

[144]  Kim Nilsson, "The Missing Mt. Gox Bitcoins," WizSec, April 19, 2015, accessed October 17, 2017, http://blog.wizsec.jp/2015/04/the-missing-mtgox-bitcoins.html.

[145]  Brett Wolf and Emily Flitter, "Update 2-INSIGHT-Mt Gox: The brief reign of bitcoin's top exchange," Reuters, February 28, 2014, *available at* http://articles.chicagotribune.com/2014-02-28/news/sns-rt-bitcoin-mtgox-20140228_1_bitcoin-exchange-gox-mark-karpeles.

CONFIDENTIAL

bankruptcy on a "weakness in the exchange's systems [that] was behind a massive loss of the virtual currency involving 750,000 bitcoins from users and 100,000 of the company's own bitcoins."[146]

71.   Based on the findings outlined above, Mt. Gox did not go bankrupt because of its banking relationship with Mizuho Bank or because Mizuho Bank stopped outbound USD wire services in June 2013.  Not only did Mt. Gox have the ability to make outbound USD wires through Japan Post Bank, but Mt. Gox itself, if under liquidity pressures, would have an incentive to delay processing withdrawal requests.  Holding on to customer's funds in a "Hold the Cash" strategy and not fulfilling withdrawal requests would be one means for Mt. Gox to attempt to stave off filing for bankruptcy, particularly in light of the missing bitcoin.  Data produced in this matter show that inbound wire transfers slowed considerably in the latter half of 2013.  As shown on **Exhibit 6**, **Exhibit 14**, and **Exhibit 15** from November 15, 2012, to June 13, 2013 (the last day Mizuho Bank processed an outbound USD wire), inbound USD wire transfers were $51.3 million and withdrawals were $29.4 million for a $21.9 million net increase in USD.  From June 14, 2013, through February 2014, inbound USD transfers fell to $8.4 million and outbound USD wire transfers of $26.2 million, and therefore exceeded inbound wire transfers by approximately $17.8 million.  Considering the missing bitcoin and the dramatic decrease in inbound transfers, Mt. Gox may have had an incentive to slow down the pace of outbound withdrawals because it may have had insufficient funds.

---

[146]   Yuri Kageyama, "Tokyo Bitcoin Exchange Files for Bankruptcy," *Washington Examiner*, February 28, 2014, *available at* http://www.washingtonexaminer.com/tokyo-bitcoin-exchange-files-for-bankruptcy/article/2121182.

CONFIDENTIAL

72.     Furthermore, Mt. Gox customers typically invested in bitcoin because they wanted to

make money in the long run.  Most investors bought bitcoin with no obvious intent to sell

quickly. As discussed above, most outstanding coins are hoarded.  The investors' goal

thus was to wire money in to obtain bitcoin, and then buy, hold, and wait for the price of

bitcoin to climb.  Converting bitcoin quickly back to cash was an ancillary consideration.

And while real and growing concerns about Mt. Gox's risky business practices became

public, some customers remained resolute, allowing Mt. Gox to continue to warehouse

their bitcoin and fiat currency, while others such as the named plaintiffs wired in money

or transferred bitcoin to Mt. Gox.

## VIII.   REBUTTAL TO HENDERSON REPORT

73.     In reviewing the expert report of Professor Henderson, I note that Professor Henderson's

report is riddled with factual and conceptual errors that render it unreliable.  As a result of

these errors and for other reasons, Mr. Henderson fails to show a causal link between

Mizuho Bank's purported actions and any losses by members of the purported class.  In

this section I will discuss the primary errors I have identified to date in my review of the

Henderson Report.

### A.      Mt. Gox Customers Did Not Communicate With Or Directly Interact With Mizuho Bank

74.     It is important to understand that Mizuho Bank was not a broker or market maker that

stood between Mt. Gox and customers in the purchase and sale of bitcoin.  As one of Mt.

Gox's depository banks, Mizuho Bank held cash for this exchange and processed wire

transfers as a service to and at the direction of Mt. Gox as the exchange attempted to meet

CONFIDENTIAL

its own customers' needs. Mizuho Bank did not nor should it have filled the registered US stock broker role that Mr. Henderson implies it did or should have done.[147] For example, FINRA[148] states that a broker "acts as an intermediary between a buyer and seller of securities and who executes such transactions."[149] If one were to extrapolate that principle to the facts of this case, assuming that bitcoin is the "security," Mt. Gox the bitcoin exchange, not Mizuho Bank, was the intermediary or "broker" between the buyers and sellers of bitcoin. Mizuho Bank provided a bank account to Mt. Gox and provided Mt. Gox with its banking services. Mizuho Bank did not handle Mt. Gox customers' accounts (i.e., when customers set up Mt. Gox accounts, they did so directly with Mt. Gox). Mt. Gox customers had their own banks and bank accounts. Furthermore, Mt. Gox was set up to service a clientele, some of whom wanted to avoid using banks such as Mizuho Bank as middlemen for the purchase and sale of bitcoin.

75.   As shown in the left panel of **Exhibit 16**, if a Mt. Gox customer wanted to transfer fiat currency to her Mt. Gox account, she was required to provide her bank with wire instructions to Mt. Gox's account at Mizuho Bank. The customer's bank would debit the customer's account and wire the funds to Mizuho Bank, which would deposit the funds into Mt. Gox's account. Mt. Gox would then (or at least should) credit the customer's Mt. Gox account with the funds. Mizuho Bank's customer was its client, Mt. Gox, and not those Mt. Gox customers that used Mt. Gox's exchange services.

---

[147] Henderson Report, p. 10.

[148] Mr. Henderson defines FINRA (the Financial Industry Regulatory Authority) as "the primary, first-line regulator of stock markets and stock brokers, which serve as intermediaries between exchanges and investors." Henderson Report, p. 1.

[149] Broker Check Glossary, *available at* http://www.finra.org/investors/brokercheck-glossary.

            CONFIDENTIAL

76.   As shown in the right panel of **Exhibit 16**, if the Mt. Gox customer wanted to withdraw
      fiat funds from its Mt. Gox account, the customer would instruct Mt. Gox, providing the
      exchange with the wire instructions to the customer's bank account. Once instructions
      were received, Mt. Gox would supply its banks or payment processors with the wire
      transfer instructions. Only then would Mt. Gox's bank debit Mt. Gox's account and wire
      the funds to the customer's bank. The customer's bank would then credit the customer's
      account for the funds.

77.   Unlike the US stock broker framework that Mr. Henderson cites, where one
      communicates directly with one's broker to execute an order on a stock exchange,[150] here
      the Mt. Gox customer would not communicate directly with Mizuho Bank. When a
      customer sent money, Mizuho Bank's contact was only as the receiving bank on a wire
      transfer, and the funds came from the sending bank, not the Mt. Gox customer directly.
      However, despite this, Mr. Henderson concludes that "Mizuho [Bank] misled investors
      about the nature of the investment they were making."[151] It is difficult to conceive how
      Mizuho Bank misled Mt. Gox customers when Mizuho Bank did not even communicate
      or interact directly with the investors. I am not aware of an instance where Mizuho Bank
      represented to Mt. Gox customers that they could withdraw fiat currency from their Mt.
      Gox accounts, nor would I expect such a communication given Mizuho Bank's non-
      broker, non-market maker role. Nor am I aware, nor would I expect, that Mizuho Bank
      made representations to US investors promising any particulars about the withdrawal

---

[150]   Henderson Report, pp. 22–23.

[151]   Henderson Report, p. 10. *See also* Henderson Report, p. 28 ("It appears, however, from the facts about the
        different processes and their impact on U.S. investors that the process followed by Japan Post Bank, such as it
        was available for U.S. investors, was woefully inadequate and inferior to the process that they were promised
        when they invested their money through Mizuho [Bank].").

CONFIDENTIAL

process that they could expect when they became Mt. Gox customers. Additionally, as discussed above, there was publicly available information that discussed the delays in transferring out fiat cash from Mt. Gox. These growing delays were increasingly well known, discussed in chat rooms, and broadcasted publicly over a period of eight months prior to Mt. Gox's bankruptcy.

> **B.** **Mr. Henderson's Assertion That Mizuho Bank "Effectively Destroyed The Market For US Investors" In The Mt. Gox Exchange By "Closing Off The Exit Pipe" Is Factually Incorrect**

78. As discussed above in **Section VII.B.4**, Mt. Gox customers had several ways of moving their assets out of their Mt. Gox accounts even after Mizuho Bank stopped processing outbound wire transfers to the US. Mt. Gox customers could withdraw their bitcoin until approximately February 7, 2014 (when Mt. Gox suspended bitcoin withdrawal requests).[152] Bitcoin could be sent to a customer's private wallet or to an account at another exchange. Or a customer could have sold the bitcoin to another individual and transferred the bitcoin to the purchaser's wallet. Bitcoin transferred to an external wallet could be spent on goods and services. Moreover, between July 2013 and February 2014, Mt. Gox still provided its customers with at least some ability to withdraw fiat money. Mr. Henderson is aware that Japan Post Bank processed outbound wire transfers, and he states without foundation that the process of using Japan Post Bank to process

---

[152] Plaintiffs' expert Mr. Rasmussen acknowledges that Mt. Gox customers could withdraw bitcoin. Rasmussen Report, pp. 17–18. *See also* Simovic Declaration, ¶ 9 ("On September 24, 2013, I withdrew the 54.88 bitcoins, and those bitcoins are not included in my claim against Mt. Gox.").

CONFIDENTIAL

withdrawals was "significantly more burdensome."[153]  Mr. Henderson also fails to

consider or explain why Mt. Gox could not open an account at another bank if it was

unhappy with the service provided by Japan Post Bank.  In addition, as discussed above,

evidence suggests that Mt. Gox offered its customers expedited processing for an

increased fee,[154] and, as discussed above, there were several other "exit pipes" available

for Mt. Gox customers to use to remove their funds from Mt. Gox.  Therefore, Mr.

Henderson's statements that Mizuho Bank was "closing off the exit pipe"[155] and that

Mizuho Bank "effectively destroyed the market for US investors in the Mt. Gox

exchange,"[156] are contrary to fact.

79.     Furthermore, it is not clear how much of the well-documented delay in processing

withdrawal requests from US customers was due to the process of using Japan Post Bank

alleged by Mr. Henderson as opposed to Mt. Gox's internal policies, Mt. Gox's lack of

staffing or resources, or problems with US regulatory requirements after the US

Government's seizure of Mt. Gox's accounts in the US.  The ability and speed with

which a bitcoin exchange customer could withdraw bitcoin or fiat currency are not the

direct responsibility of the exchange's bank, but rather the responsibility of the exchange.

As I have discussed, the non-US bitcoin market is not regulated and indeed that lack of

---

[153]  Henderson Report, p. 26.  Notably, while Mr. Henderson states this is "based on publicly available information and the materials he reviewed in this case," he points to no particular documents that support the contention that the process of using Japan Post Bank was "significantly more burdensome."

[154]  *See, e.g.*, email from Mt. Gox Support, to Gregory Pearce (February 24, 2014, 08:17 JST) (Pearce001455–459 at 457–458) (Pearce Exhibit 4); Bitcoin Forum, "MtGox withdraw 5% fee?" November 15, 2013, accessed October 12, 2017, https://bitcointalk.org/index.php?topic=334341.msg%25msg_id%25.  The Simovic Declaration notes: "Mark Karpeles, Managing Director of Tibanne/Mt. Gox, replied that I would be required to pay a 5% fee for 'expedited withdrawal.'" And "[i]n other words, Mt. Gox was going to keep my money and only release it slowly while charging a 5% fee."  Simovic Declaration, ¶¶ 12–13.

[155]  Henderson Report, p. 10.

[156]  *Id.*

CONFIDENTIAL

regulation was an attraction to many participants. Bitcoin exchanges set their own policies regarding the level of customer registration requirements and withdrawals, and I discussed above some of the restrictions Mt. Gox formally imposed on those registering for an account. I agree with Mr. Rasmussen's observation that "[m]inimum required member registration information may vary between different Exchanges."[157] Mr. Rasmussen also notes that exchanges charged different rates for withdrawals of fiat funds and had different policies on maximum withdrawal amounts of bitcoin.[158] Mt. Gox's willingness to accept deposits knowing withdrawals were delayed was its decision—in effect, it was choosing to have a delayed USD withdrawal policy.

80.     Consequently, Mr. Henderson's conclusion that the decline in the number of withdrawal requests processed and the number of USD withdrawals completed after Japan Post Bank stepped in was due to Mizuho Bank's conduct is factually unsupported.[159] While Mizuho Bank processed a larger number of USD withdrawal requests per month than Japan Post Bank did, Mr. Henderson has not demonstrated that the reduced number of processed withdrawal requests that he cites was not caused, entirely or in part, by Mt. Gox internal policy (e.g., hold-the-cash strategy) or some other factor such as a lack of staffing or resources at Mt. Gox, or even US regulatory action. If Mt. Gox was feeling financial stress, it might have delayed or denied withdrawal requests as a way of maintaining

---

[157] Rasmussen Report, p. 14.

[158] Rasmussen Report, p. 17.

[159] *See* Henderson Report, p. 26 ("It appears Mt. Gox arranged for another bank, Japan Post Bank, to process withdrawals within a few weeks, but the process for this bank were significantly more burdensome for U.S. investors. Based on publicly available information and the materials I reviewed for this case, the process was so burdensome that the amount of money withdrawn by U.S. investors over the next six months was insignificant.") This statement is belied by my analysis on **Exhibit 6** that shows that the amount of USD withdrawals while Japan Post Bank sent outbound wires is similar to the amount sent by Mizuho Bank.

CONFIDENTIAL

liquidity and attempting to stave off bankruptcy. It could be that a delay in or denial of a purported class member's request to withdraw funds was caused by Mt. Gox itself making a decision to delay or deny the withdrawal request, as opposed to the "burdensome" process of using Japan Post Bank, as alleged by Mr. Henderson without foundation.[160] It could be that some class members were affected by an internal Mt. Gox decision while others or none were affected by the alleged "burdensome" Japan Post Bank process. It could also be that increased government regulation and scrutiny contributed to the delay. It could be that the same delays would have occurred even had Mizuho Bank continued processing the outbound wire transfers. Mr. Henderson has provided no evidence or analysis to support that any class member's delay was caused by using Japan Post Bank to process requests as opposed to other factors.

C. **Mr. Henderson's Claim That Mizuho Bank "Substantially Contributed" To The "Dramatic Losses for US Investors" Is Incorrect Because Investors Had The Ability To Withdraw Funds Or Bitcoin From Mt. Gox Just Prior To Its Bankruptcy**

81. Mr. Henderson claims "Mizuho [Bank] breached its duty to these investors by substantially reducing the value of these investments."[161] However, Mr. Henderson fails to show how Mizuho Bank's alleged actions substantially reduced the value of investments or substantially contributed to investor losses. Of note, Mr. Henderson does not even mention the Mt. Gox bankruptcy discussed above.[162] As I discuss above, while there is not yet a definitive understanding of all of the factors that caused the Mt. Gox

---

[160] Henderson Report, p. 26.

[161] Henderson Report, p. 10.

[162] In fact, the word "bankruptcy" does not appear in the Henderson Report.

CONFIDENTIAL

bankruptcy, Mizuho Bank is not considered a factor by the bankruptcy trustee or even by the plaintiffs here, who I understand have not alleged Mizuho Bank as a contributing factor to the bankruptcy.[163] The independent investigation conducted by WizSec, the Tokyo-based bitcoin security firm, has not listed Mizuho Bank as a reason for Mt. Gox's bankruptcy. Without any evidence, it is inappropriate to attribute losses stemming from the bankruptcy to Mizuho Bank. For example, a customer who experienced a delay in withdrawing fiat currency and then suffered losses due to the bankruptcy could have mitigated or avoided the loss by using alternative methods to withdraw funds from Mt. Gox. In addition, an inquiry would be required to see whether other factors, such as Mt. Gox's own policies, as discussed above, affected the delay or denial.

82.     To the extent Mr. Henderson is referring to declines in the value of bitcoin at Mt. Gox as losses attributable to Mizuho Bank, his analysis also falls short. The bitcoin price in USD actually increased on Mt. Gox compared with other exchanges in the latter half of 2013 and remained that way until February 7, 2014. In my opinion, this sizable price differential reflects a premium to sellers of bitcoin and a discount to buyers of USD on Mt. Gox for the risk of holding cash at Mt. Gox given the well-publicized delays in getting cash out of Mt. Gox.[164] Further, the price of bitcoin at Mt. Gox began to fall compared with other exchanges only after Mt. Gox halted withdrawals of bitcoin, a process unrelated to Mt. Gox's relationship with its banks.

---

[163] *See* **Section VII.E**, *infra.*

[164] The price differential also refutes Mr. Henderson's claim that "because of the failures of the broker to fulfill its obligations, the investors were forced to take on additional risk, *without compensation or increases in expected returns.*" Henderson Report, p. 25 (emphasis in original). The price differential reflects the increased risk.

**D.     Mr. Henderson Is Incorrect In Stating That Mizuho Bank Had A "Virtual Monopoly On Access To The Exchange"**[165]

83.     As discussed above, Mr. Henderson's contention that Mizuho Bank had a "virtual monopoly on access to the exchange" ignores the important facts that investors could transfer bitcoin in and out of Mt. Gox without going through Mizuho Bank, and that, until May 2013, Mt. Gox customers could use Dwolla or Liberty Reserve to withdraw funds. Also, as Mr. Henderson himself acknowledges, Japan Post Bank processed outbound wire transfers for Mt. Gox.[166]  Furthermore, according to a summary of the most recent creditors' meeting held by Mt. Gox's Japanese bankruptcy trustee, as of April 24, 2014, "the date of the order of the commencement of bankruptcy proceedings," Mt. Gox disclosed that it had bank accounts with four banks other than Mizuho Bank and Japan Post Bank, including Rakuten Bank, Japan Net Bank, Yachiyo Bank, and Resona Bank.[167]  Furthermore, I know of no way that Mizuho Bank could prevent Mt. Gox from entering into additional banking relationships.

---

[165] Henderson Report, p. 23.

[166] Henderson Report, pp. 26–29.

[167] Report to Tokyo District Court, Collegiate Section of 20th Civil Division, September 27, 2017, p. 14.  I understand that Japan Post Bank is listed as Yucho Bank on the document.  Miki Tanikawa, "Banking in Japan: At postal giant, friendly service and low fees," *New York Times*, September 28, 2002, *available at* http://www.nytimes.com/2002/09/28/news/banking-in-japan-at-postal-giant-friendly-service-and-low-fees.html (explaining that it is "possible to send money from a Yucho account to an account at commercial banks in many countries, including the United States" and that Yucho charged a lower fee than commercial banks for sums below 200,000 yen).

CONFIDENTIAL

E.   **Mr. Henderson's Estimate Of The Number Of American Withdrawals That Were "Frustrated" Is Highly Speculative And Does Not Constitute A Reliable Count Of The Number Of Class Members**

84.   Mr. Henderson finds that "[a]bout 9,500 American withdrawals were frustrated completely."[168] This finding is conjecture. It is not based on a count of identified withdrawal requests that were denied. Instead, Mr. Henderson backs into this number by making speculative and unsupported assumptions. His math is flawed in numerous ways, and he also fails to even define what "frustrated completely" actually means.[169]

85.   Mr. Henderson lays out his calculation in his report:

> At the rate at which it processed transactions in the second quarter of 2013, Mizuho [Bank] would have provided liquidity services for about 30,000 investors in the Mt. Gox exchange in a typical year; after the problems with withdrawals occurred and Japan Post Bank took over, the evidence shows that this number dropped to less than 1,000. That means there were 29,000 individuals who were likely frustrated in their ability to withdraw their funds from the Mt. Gox exchange. For Americans, we can estimate that there were about 10,000 withdrawals in a typical year by Mizuho [Bank], and this dropped to less than 1,000 when Mizuho [Bank] withdrew and was replaced by Japan Post Bank. About 9,500 American withdrawals were frustrated completely.[170]

86.   The first step in Mr. Henderson's calculation rests on the assumption that the number of withdrawal requests during the period when Mizuho Bank stopped processing requests that should have been processed can reasonably be estimated by annualizing the number of requests actually processed in the second quarter of 2013. It is a guess that the

---

[168]  Henderson Report, p. 28.

[169]  It is not clear if Mr. Henderson's notion of complete frustration is something that depends upon an individual class member's tolerance levels, or the length of time of delay or whether it is limited to those who never had their withdrawal processed.

[170]  Henderson Report, pp. 27–28.

CONFIDENTIAL

withdrawal requests that should have occurred after Mizuho Bank stopped processing requests would be identical to the prior period before it stopped. There is no acknowledgment of the multitude of factors that can motivate investors to buy and hold versus those that generate sell and withdrawal requests. The assumption also fails to account for the issue, discussed above, that some of the "frustrated" requests may have been due to Mt. Gox and its policies or other factors and not the wire transferring process Japan Post Bank employed. A second error in Mr. Henderson's calculation that makes it an unreliable measure of the number of class members is that the 2,500 withdrawals per month used as the basis of his calculation is the number of transactions. It is not the number of individuals. A single entity or trader could have transacted multiple times. Another error in the calculation comes from Mr. Henderson's estimate of the number of American transactions. Mr. Henderson claims that at least one third of the investors on Mt. Gox were Americans.[171] His estimate of 9,500 American withdrawals that were frustrated appears to be based on taking approximately one third of his estimate of the 29,000 "individuals who were likely frustrated."[172] Mr. Henderson makes this broad-based assumption but provides no support that about one third of the investors were American. Moreover, even if that were the approximate percentage of American investors, Mr. Henderson has simply presumed that the rate of withdrawal requests of Americans was proportionate to other investors. He provides no basis for this. In sum, Mr. Henderson's calculation is simply conjecture.

---

[171]  Henderson Report, p. 27.

[172]  *Id.*

CONFIDENTIAL

**F.**   **Mr. Henderson Makes Various Statements That Call Into Question His Understanding Of The Nascent Bitcoin Market And Financial Markets In General**

87.   Mr. Henderson states, "[e]very market . . . needs three things: buyers, sellers, and an exchange. An exchange is an organized place where buying and selling takes place."[173] The requirement of an "exchange" is mistaken. Trading occurs in markets without an exchange. For example, the corporate bond market is primarily a dealer market. In dealer markets, there is no "exchange." Housing markets provide another example: houses are generally not traded on an exchange.

88.   In numerous places, Mr. Henderson implies that an investment that cannot be converted immediately to cash is worthless or worth very little.[174] This is incorrect. There are numerous examples of asset classes where buying and selling are not performed in seconds, minutes, or days. Even the most liquid real estate typically requires a 30-to-60-day closing period.[175] Mr. Henderson further states, "The ability to move in and out of investments in a moment's notice is vital for investors."[176] For some investment strategies, this may be important. But not every investment strategy relies on a short-

---

[173] Henderson Report, p. 11.

[174] *See, e.g.,* Henderson Report, p. 33. "This means that [bitcoin] was primarily a medium of investment speculation, and thus valuable only to those ends. Accordingly, liquidity was essential to its purpose."

[175] Mr. Henderson states "There are two primary types of illiquid assets that are commonly held by investors: real estate and gold. The reason liquidity is less important for these assets is because they are either useful for another purpose (one can live in a home and use gold for jewelry or the like) or are extremely stable in value." Henderson Report, p. 31. There are numerous other types of illiquid investments beyond gold and real estate. There are illiquid credit instruments, privately held companies, rare cars, and artwork, to name a few assets that can produce strong market returns. Moreover, gold and real estate are not extremely stable in value. For example, in 2013, gold had an annualized volatility of 22 percent, which is more than 3.5 times the USD's annualized volatility of 6 percent. Furthermore, it is well known that real estate prices increased up to 2006 and then declined dramatically, leading to the financial crisis.

[176] Henderson Report, p. 28.

59                                                         CONFIDENTIAL

term strategy or perceived ability to "time changes in the market." [177] Long-term buy-

and-hold investment strategies are incongruent with timing the market.[178] Indeed, as

discussed above, there is evidence to suggest that many bitcoin investors are in fact long-

term investors, hoarding bitcoin and not trading to time the market. This is not to say

investors do not value liquidity. They do. However, it would be incorrect to infer from

Mr. Henderson's report that a reduction in liquidity of bitcoin on Mt. Gox meant that the

investments there were "worth nothing."[179]


Mark T. Williams
November 16, 2017

---

[177] *Id.*

[178] Warren Buffett is a well-known long-term investor. For example, an October 26, 2013, article in *USA Today* reported on Warren Buffett's "Top 3 Mistakes to Avoid." One was "Trying to time the market" and the second was "trying to mimic high frequency traders." The article quotes Mr. Buffett as saying that "[p]eople that think they can predict the short-term movement of the stock market — or listen to other people who talk about (timing the market) — they are making a big mistake," and "[i]f they are trading actively, they are making a big mistake." Adam Shell, "Warren Buffett: Top 3 Investing Mistakes to Avoid," *USA Today*, October 26, 2013, *available at* https://www.usatoday.com/story/money/personalfinance/2013/10/26/warren-buffett-investment-advice/3188499/.

[179] Mr. Henderson appears to conclude that bitcoin would have been worth nothing if Mizuho Bank or any other bank was not processing fiat currency withdrawals. *See* Henderson Report, p. 26. "In [other] words, if the bank knew that it was not processing withdrawals and that no other bank was doing them either, the bank then also knew that the investments were worth nothing, until the point when withdrawals resumed."

CONFIDENTIAL

Confidential

# Exhibit 1

**Mark T. Williams**
Boston University Questrom School of Business
595 Commonwealth Avenue
Boston, MA 02215
(617) 358-2789
Williams@bu.edu

## Professional History

Boston University (2002–Present)
Executive-in-Residence & Master Lecturer, Finance Department

The Brattle Group Inc., (2009–Present)
Senior Advisor, Expert Witness Practice

Citizens Power LLC/Edison Mission Energy (1997–2002)
Senior Vice President/Vice President, Head of Global Risk Management

Pacific Gas & Electric Corporation (1996–1997)
Senior Risk Analyst – Corporate Finance Department

Federal Reserve Bank (1993–1996)
Bank Examiner – San Francisco/Boston

Banknorth Group (1987–1991)
Regional Trust Officer – Rutland, Vermont

Wilmington Trust - formerly Sussex Trust Company (1985–1987)
Trust Officer – Georgetown, Delaware

## Education

MBA Finance, Boston University School of Business, 1993
BSBA, Finance, University of Delaware, 1985

## Professional Associations

Board of Directors, Appleton Partners LLC
Founding Board Member - Global Association of Risk Professionals, Boston Chapter
Past Advisory Board Member – Masters of Investment Management Program, Boston University
Academic Advisor – FinTech Club, Boston University
Academic Advisory Council Member - Standard & Poor's Global
Member - Boston Security Analysts Society
Member - Boston Economic Club

## Expert Work in Prior Four Years

2013 – New Hampshire District Court, Billodeau vs Allstate Insurance, Arbitration Proceeding.
      Provided Expert Report – Damages Assessment.

## Publications Authored in the Previous Ten Years

### Books

Williams, Mark T. *Uncontrolled Risk: The Lessons of Lehman Brothers and How Systemic Risk Can Still Bring Down the World Financial System.* New York: McGraw-Hill, 2010.

Williams, Mark T. & Alan Lawson. *Longwood Covered Courts and the Rise of American Tennis.* Boston: 2013.

Confidential

# Exhibit 1

**Articles**

Williams, Mark T. "There are signs that Trump is preparing a 'hostile takeover' of the Fed." *Business Insider,* February 16, 2017.

Williams, Mark T. "Trump's 'failed trade economics' could push the US back into recession by 2018." *Business Insider,* January 23, 2017.

Williams, Mark T. "There is a good reason few economists have endorsed Trump's economic plan." *Business Insider,* October 30, 2016.

Williams, Mark T. "A five-point plan to save the MBTA's pension fund." *Boston Globe,* June 30, 2016.

Williams, Mark T. "A priority list for fixing the MBTA." *Boston Globe,* February 25, 2015.

Williams, Mark T. "Mt. Gox is Now a Fallen Tower of Toxic Sludge." *Business Insider,* February 25, 2014.

Williams, Mark T. "Bitcoin Could Evolve Into an Existential Threat Worthy of a Science Fiction Movie." *Business Insider,* February 13, 2014.

Williams, Mark T. "A dangerous mistake lies at Bitcoin's intellectual core." *Financial Times,* February 10, 2014.

Williams, Mark T. "Bitcoin Is Not Yet Ready for the Real World." *The New York Times,* January 24, 2014.

Williams, Mark T. "Bitcoin Will Crash to $10 by Mid-2014." *Business Insider,* December 17, 2013.

Williams, Mark T. "Bitcoin is a Hyper Bubble Fueled by a Get-Rich-Quick Mindset." *Business Insider,* December 6, 2013.

Williams, Mark T. "Beware Of Bitcoin." *Cognoscenti,* December 5, 2013.

Williams, Mark T. "The Cost of Doing Bad Business - Jamie Dimon Steps Down As Chairman Of JPMorgan Chase Banking Unit." *CommPRO,* October 4, 2013.

Williams, Mark T. "How To Prevent The Next Global Financial Crisis." *Cognoscenti,* September 13, 2013.

Williams, Mark T. "The Price Of Gold Is Dropping Like A Brick." *Cognoscenti,* August 6, 2013.

**Testimony**

Williams, Mark T. "Bitcoin: Examining the Benefits and Risks for Small Business." Testimony before the US House of Representatives, Committee on Small Business, April 2, 2014.

Williams, Mark T. Testimony at the hearing regarding virtual currency before the New York State Department of Finance, January 28–29, 2014.

**Comment Letters**

Williams, Mark T. "Re: Continued Comments on SR-BatsBZX-2016-30." November 15, 2016.

Williams, Mark T. "Re: Comments on File No. SR-NYSE Arca-2017-06." March 13, 2017.

Confidential

## Exhibit 2
## Documents Considered

### Bates-Stamped Documents

- Chase, "Wire Money," February 15, 2014 (Motto 000201–203) (Motto Exhibit 3).
- Declaration of Marko Simovic, December 18, 2013 (Edelson025919–926).
- Deutsche Bank data (DB_0000001).
- Email from Ashley, Mt. Gox Support, to Anthony Motto (February 16, 2014) (Motto-000910) (Motto Exhibit 7).
- Email from Mt. Gox Support, to Gregory Pearce (February 24, 2014) (Pearce001455–459) (Pearce Exhibit 4).
- Email from Scott Pearce, to Mt. Gox Support (November 9, 2013) (Pearce000003–5) (Pearce Exhibit 1).
- Email from Sharon, Mt. Gox Support, to Joseph Lack (January 21, 2014) (Lack 000029–49) (Lack Exhibit 2).
- Mizuho Bank inbound data (MIZ_0002568).
- Mizuho Bank outbound data (MIZ_0002569).
- Printout from Mt. Gox website (January 17, 2014) (Motto 000075–76) (Motto Exhibit 14).
- Wells Fargo Bank, "Combined Disclosure for Outgoing Consumer International Wires," January 22, 2014 (Lack 000018) (Lack Exhibit 3).

### Case Related Materials

- Deposition of Anthony Motto and all Exhibits, July 26, 2017.
- Deposition of Gregory Pearce and all Exhibits, August 16, 2017.
- Deposition of Joseph Lack and all Exhibits, August 2, 2017.
- Expert Report of Andrew J. Rasmussen and backup materials, n.d.
- Expert Report of Professor M. Todd Henderson and backup materials, October 2, 2017.
- Fourth Amended Class Action Complaint, March 7, 2017.
- Kobayashi, Nobuaki. Bankruptcy Trustee Report on Mt. Gox Co., Ltd. March 8, 2017.
- Kobayashi, Nobuaki. Report to Tokyo District Court, Collegiate Section of 20th Civil Division. September 27, 2017.
- Memorandum in Support of Motion by Anthony Motto, Joseph Lack, and Gregory Pearce for Class Certification, October 12, 2017.
- Motion by Anthony Motto, Joseph Lack, and Gregory Pearce for Class Certification, October 12, 2017.
- Plaintiff Joseph Lack's Answers to Defendant Mizuho Bank Ltd.'s First Set of Interrogatories, December 12, 2016.
- United States District Court District of Maryland. Seizure Warrant. Case #13-1162-SKG. May 14, 2013.
- United States District Court District of Maryland. Seizure Warrant. Case #13-1085SAG. May 9, 2013.
- *Wire Transfer Spreadsheet Translations.xlsx.*

### Data

- Bloomberg. Daily closing price of GLD from 2010 through 2012.
- Federal Reserve. "Trade Weighted U.S. Dollar Index: Major Currencies (DTWEXM)." *Available at* https://fred.stlouisfed.org/series/DTWEXM.
- Quandl. *Available at* https://www.quandl.com/collections/markets/bitcoin-data.

### Publicly Available Documents

- AltConomy. "Bitstamp Review." Altconomy.com. *Available at* https://altconomy.com/bitstamp-review/.
- Antonopoulos, Andreas. *Mastering Bitcoin.* 2nd ed. Sebastopol, CA: O'Reilly, 2017.
- AuthentaTrade. "Contact." AuthentaTrade.com. *Available at* http://www.authenta.trade/.
- Bitcoin Builder. "Homepage." Accessed October 20, 2017, https://bitcoinbuilder.com/.
- Bitcoin Exchange Guide. "CryptoCurrency – Digital Money Trading, Exchanges & Investing Guide?" N.d. Accessed October 12, 2017, https://bitcoinexchangeguide.com/cryptocurrency/.
- Bitcoin Forum. "0.25 BTC Bounty - Show me a Mt Gox USD Withdrawal :)." *Bitcoin Talk* , January 14, 2014. Accessed September 13, 2017, https://bitcointalk.org/index.php?topic=251895.0;a.
- Bitcoin Forum. "MtGox withdraw 5% fee?" *Bitcoin Talk* , November 15, 2013. Accessed October 12, 2017, https://bitcointalk.org/index.php?topic=334341.msg%25msg_id%25.

Confidential

# Exhibit 2
## Documents Considered

- Bitcoin Forum. "MtGox withdrawal is back, as they claim." *Bitcoin Talk*, July 4, 2013. Accessed August 22, 2017, https://bitcointalk.to/index.php?topic=249658.0;all.
- Bitcoin Forum. "MtGox vs BTCe vs CAMP BX vs." *Bitcoin Talk*, June 4, 2013. *Available at* https://bitcointalk.org/index.php?topic=225241.0.
- BTC China. "Home Page." BTC China, March 1, 2012. *Available at* http://web.archive.org/web/20120301175925/https://btcchina.com/.
- BTC China. "Bit Coin China Trading Frequently Asked Questions." BTC China, April 3, 2013.
- BTC China. "About Us." Accessed November 15, 2017, https://www.btcchina.com/page/aboutus.
- BTC-e. "Terms & Conditions." BTC-e, September 21, 2013. *Available at* https://web.archive.org/web/20130921120425/https://btc-e.com/page/1.
- BTC-e. "Terms & conditions." N.d. *Available at* https://web.archive.org/web/20130921120425/https://btc-e.com/page/1.
- Bitcoin Builder. "Homepage." Accessed October 20, 2017, https://bitcoinbuilder.com/.
- Bitstamp. "Fee Schedule." Bitstamp, May 2, 2013. *Available at* https://web.archive.org/web/20130502044903/https://www.bitstamp.net/fee_schedule/.
- Bitstamp. "Fee Schedule." Bitstamp, August 6, 2013. *Available at* https://web.archive.org/web/20130806164219/https://www.bitstamp.net/fee_schedule/.
- CampBX. "Frequently Asked Questions." CampBX. Accessed September 8, 2017, https://campbx.com/faq.php.
- CampBX. "Home." CampBX. *Available at* https://campbx.com/.
- Cawrey, Daniel. "Withdrawals from Mt. Gox: growing pains or banking bottleneck?" *CoinDesk,* August 12, 2013. *Available at* http://www.coindesk.com/withdrawals-from-mt-gox-growing-pains-or-banking-bottleneck/.
- Chapman, Stephen. "Bitcoin market flash-crash and database leak from Mt. Gox." *ZDNet*, June 20, 2011. *Available at* http://www.zdnet.com/article/bitcoin-market-flash-crash-and-database-leak-from-mt-gox/.
- CoinDesk. "About the Bitcoin Price Index." *CoinDesk*, January 25, 2014. *Available at* https://web.archive.org/web/20140125005429/https://www.coindesk.com/price/bitcoin-price-index/.
- CoinDesk. "CoinDesk Removes Mt. Gox from Bitcoin Price Index." *CoinDesk*, February 10, 2014. *Available at* https://www.coindesk.com/coindesk-removes-mt-gox-bitcoin-price-index-2/.
- Coin Republic. "Buy/Sell Bitcoins (Singapore)." *Available at* https://coinrepublic.com/buy-sell-bitcoins-singapore/.
- CoinMarketCap. "Cryptocurrency Market Capitalizations." Accessed November 15, 2017, https://coinmarketcap.com/all/views/all/.
- Cook, James. "'Bitcoin Millionaire' Charlie Shrem Sentenced To 2 Years In Prison." *Business Insider*, December 22, 2014. *Available at* http://www.businessinsider.com/bitcoin-millionaire-charlie-shrem-sentenced-to-2-years-in-prison-2014-12.
- Crunchbase. "Bitfinex." Crunchbase.com. *Available at* https://www.crunchbase.com/organization/bitfinex.
- Cryptos R US Insider. "Newsletter update." September 4, 2017. *Available at* https://insider.cryptosrus.com/cryptosrusinsider/Content/newsletters/Newsletter%209-4-2017.pdf.
- Dale, Oliver. "The History of the Mt Gox Hack: Bitcoin's Biggest Heist." Blockonomi, October 4, 2017. *Available at* https://blockonomi.com/mt-gox-hack/.
- Dillet, Romain. "Feds Seize Assets From Mt. Gox's Dwolla Account, Accuse It Of Violating Money Transfer Regulations." *TechCrunch*, May 16, 2013. *Available at* https://techcrunch.com/2013/05/16/mt-gox-dwolla-account-money-seizure/.
- Dwolla. "Email to users who completed a payment to Mutum Sigillum LLC, Dwolla, Inc." May 14, 2013. *Available at* http://static1.businessinsider.com/image/5192b5c069bedd6d40000004-960/dwolla-email.png.
- Edwards, Jim. "A Bitcoin Exchange Holding $4.1 Million for 1,000 Customers Has Simply Vanished." *Business Insider,* November 12, 2013. *Available at* http://www.businessinsider.com/bitcoin-exchange-gbl-holding-41-billion-vanishes-2013-11.
- Ember, Sydney. "Charles Shrem, Bitcoin Supporter, Pleads Guilty in Court." *New York Times,* September 4, 2014. *Available at* https://dealbook.nytimes.com/2014/09/04/charles-shrem-bitcoin-supporter-pleads-guilty-to-federal-charge/.

Confidential

## Exhibit 2
## Documents Considered

- European Banking Authority. EBA warns consumers on virtual currencies. December 13, 2013. *Available at* http://www.eba.europa.eu/-/eba-warns-consumers-on-virtual-currencies.
- Federal Deposit Insurance Corporation. "Understanding Deposit Insurance." Accessed Nov. 15, 2017, https://www.fdic.gov/deposit/deposits/.
- Financial Crimes Enforcement Network. Application of FinCEN's Regulations to Persons Administering, Exchanging, or Using Virtual Currencies. March 18, 2013.
- Financial Post. "Bitcoin is an 'amazing example of a bubble:' Robert Shiller." *Financial Post,* January 24, 2014. *Available at* http://business.financialpost.com/business-insider/bitcoin-is-an-amazing-example-of-a-bubble-robert-shiller.
- FINRA. "Broker Check Glossary." Accessed November 15, 2017, http://www.finra.org/investors/brokercheck-glossary.
- Fuller, Cameron. "New York Bitcoin License? State Department of Financial Services Seeks Possible Regulation." *International Business Times,* January 30, 2014. *Available at* http://www.ibtimes.com/new-york-bitcoin-license-state-department-financial-services-seeks-possible-1551234.
- Greenberg, Andy. "DHS Believed Mt. Gox CEO Might Have Been Silk Road's Secret Mastermind." *Wired,* January 15, 2015. *Available at* https://www.wired.com/2015/01/dhs-believed-mt-gox-ceo-might-silk-roads-secret-mastermind/.
- Hern, Alex. "Bitcoin plummets as China's largest exchange blocks new deposits." *Guardian,* December 18, 2013. *Available at* https://www.theguardian.com/technology/2013/dec/18/bitcoin-plummets-china-payment-processors-digital-cryptocurrency.
- Internal Revenue Service. Notice 2014-21. March 25, 2014. *Available at* https://www.irs.gov/pub/irs-drop/n-14-21.pdf.
- Jones, Huw. "EU banking watchdog warns of risks from Bitcoin." Reuters, December 12, 2013. *Available at* http://www.reuters.com/article/us-eu-bitcoin/eu-banking-watchdog-warns-of-risks-from-bitcoin-idUSBRE9BC00820131213.
- Jratcliff63367. "An Area Chart showing the distribution of Bitcoins based on Age of Last Use Throughout History." Reddit, November 22, 2014. Accessed October 27, 2017, https://www.reddit.com/r/Bitcoin/comments/2n205b/an_area_chart_showing_the_distribution_of/.
- Jratcliff63367. "Distribution of Bitcoins based on Age of Last Use over Time (a measure of liquidity)." November 22, 2014. Accessed November 7, 2017, http://i.imgur.com/kxyUs5D.png.
- Kageyama, Yuri. "Tokyo Bitcoin Exchange Files for Bankruptcy." *Washington Examiner,* February 28, 2014. *Available at* http://www.washingtonexaminer.com/tokyo-bitcoin-exchange-files-for-bankruptcy/article/2121182.
- Kearns, Jeff. "Greenspan Says Bitcoin a Bubble Without Intrinsic Currency Value." *Bloomberg News* , December 4, 2013.
- Lee, Timothy. "Bitcoin price reaches a record high for the first time since April." *Washington Post,* November 5, 2013. *Available at* https://www.washingtonpost.com/news/the-switch/wp/2013/11/05/bitcoin-price-reaches-a-record-high-for-the-first-time-since-april/?utm_term=.453916e27d26.
- Lee, Timothy. "The slow decline of Bitcoin's biggest exchange, in one chart." *Washington Post,* September 4, 2013. *Available at* https://www.washingtonpost.com/news/the-switch/wp/2013/09/04/the-slow-decline-of-bitcoins-biggest-exchange-in-one-chart/?utm_term=.49fe74319702.
- Leger, Donna Leinwand. "How FBI brought down cyber-underworld site Silk Road." *USA Today,* October 21, 2013. *Available at* https://www.usatoday.com/story/news/nation/2013/10/21/fbi-cracks-silk-road/2984921/.
- Ludwig, Sean. "Bitcoin wallet service Instawallet hacked, shuts down 'indefinitely.'" *VentureBeat,* April 3, 2013. *Available at* https://venturebeat.com/2013/04/03/bitcoin-wallet-instawallet-hacked/.
- Ludwig, Sean. "Y Combinator-backed Coinbase now selling over $1M Bitcoins per month." *VentureBeat,* February 8, 2013. *Available at* https://venturebeat.com/2013/02/08/coinbase-bitcoin/.
- Matonis, Jon. "CoinDesk launches proprietary Bitcoin Price Index." *CoinDesk,* September 11, 2013. *Available at* https://www.coindesk.com/coindesk-launches-proprietary-bitcoin-price-index/.
- McMillan, Robert. "Bitcoin's Big Bank Problem: Why Did Mt. Gox Halt U.S. Payouts?" *Wired* , June 20, 2013. *Available at* https://www.wired.com/2013/06/mt-gox-stops/.

Confidential

# Exhibit 2
# Documents Considered

- McMillan, Robert. "The Inside Story of Mt. Gox, Bitcoin's $460 Million Disaster." *Wired*, March 3, 2014. *Available at* https://www.wired.com/2014/03/bitcoin-exchange/.
- McMillan, Robert and Cade Metz. "The Rise and Fall of the World's Largest Bitcoin Exchange." *Wired*, November 6, 2013. *Available at* https://www.wired.com/2013/11/mtgox/.
- Meiklejohn, Sarah et al. "A Fistful of Bitcoins: Characterizing Payments Among Men with No Names." Internet Measurement Conference, October 23–25, 2013.
- Metz, Cade. "Overstock.com Becomes First Major Retailer to Accept Bitcoin Worldwide." *Wired*, September 11, 2014. *Available at* https://www.wired.com/2014/09/overstock-com-becomes-first-major-retailer-accept-Bitcoin-worldwide/.
- Moore, Tyler and Nicholas Christin. "Beware the Middleman: Empirical Analysis of Bitcoin-Exchange Risk." *Financial Cryptography and Data Security* 7859 (2013): 25–33. *Available at* http://fc13.ifca.ai/proc/1-2.pdf.
- Mt. Gox. "Addressing Transaction Malleability." Mt. Gox, press release, February 10, 2014. *Available at* http://web.archive.org/web/20140210122955/https://www.mtgox.com/press_release_20140210.html.
- Mt. Gox. "AML Account Statuses." February 1, 2012. *Available at* http://web.archive.org/web/20120623073436/https://support.mtgox.com/entries/20919111-aml-account-statuses.
- Mt. Gox. "Announcement Regarding An Application For Commencement Of A Procedure of Civil Rehabilitation." February 28, 2014. *Available at* https://www.mtgox.com/img/pdf/20140228-announcement_eng.pdf.
- Mt. Gox. "August 2013 Mt. Gox Status Update." Mt. Gox, press release, August 5, 2013. *Available at* https://web.archive.org/web/20130805084259/https://www.mtgox.com/press_release_20130805.html.
- Mt. Gox. "Fee Schedule." December 1, 2011. *Available at* https://web.archive.org/web/20130430132509/https://mtgox.com/fee-schedule.
- Mt. Gox. "Hi everyone, just a quick update on the situation and what happened last night." Mt. Gox, press release, April 11, 2013. *Available at* https://web.archive.org/web/20130502184126/https://mtgox.com/press_release_20130411.html.
- Mt. Gox. "It's been an epic few days: What happened?" Mt. Gox, press release, April 4, 2013. *Available at* https://web.archive.org/web/20130430142150/https://mtgox.com/press_release_20130404.html.
- Mt. Gox. "Mt.Gox announces new withdrawal limit rules for its customers." March 13, 2013. *Available at* https://web.archive.org/web/20130502190324/https://mtgox.com/press_release_20130313.html.
- Mt. Gox. "Statement on Resumption of Withdrawals and Improved Banking." Mt. Gox, press release, July 4, 2013. *Available at* http://web.archive.org/web/20130810181218/https://www.mtgox.com/press_release_20130704.html.
- Mt. Gox. "Statement Regarding BTC Withdrawal Delays - UPDATE." February 7, 2014. *Available at* https://web.archive.org/web/20140221015146/https://support.mtgox.com/entries/26130949-Statement-Regarding-BTC-Withdrawal-Delays-UPDATE.
- Mt. Gox. "Statement Regarding BTC Withdrawal Delays." January 31, 2014. *Available at* https://web.archive.org/web/20140221015148/https://support.mtgox.com/entries/26501000-Statement-Regarding-BTC-Withdrawal-Delays.
- Mt. Gox. "Statement Regarding Temporary Hiatus on U.S. Dollar Withdrawals." Mt. Gox, press release, June 20, 2013. *Available at* https://web.archive.org/web/20130811014059/https://www.mtgox.com/press_release_20130620.html.
- Mt. Gox. "Update - Statement Regarding BTC Withdrawal Delays." February 4, 2014. *Available at* https://web.archive.org/web/20140221015147/https://support.mtgox.com/entries/26128504-Update-Statement-Regarding-BTC-Withdrawal-Delays.
- Mt. Gox. "Update - Statement Regarding BTC Withdrawal Delays." February 10, 2014. *Available at* https://web.archive.org/web/20140221015052/https://support.mtgox.com/entries/26745970-Update-Statement-Regarding-BTC-Withdrawal-Delays.
- Mt. Gox. "Withdrawals and Deposits." September 29, 2011. *Available at* https://web.archive.org/web/20130501221733/https://support.mtgox.com/entries/20490576WithdrawalsandDeposits.

Confidential

## Exhibit 2
## Documents Considered

- Mu, Eric. "Chinese Bitcoin Exchange OKCoin Accused of Faking Trading Data." *CoinDesk,* December 21, 2013. *Available at* https://www.coindesk.com/chinese-bitcoin-exchange-okcoin-accused-faking-trading-data/.
- Mullany, Gerry. "China Restricts Banks' Use of Bitcoin." *New York Times,* December 5, 2013. Accessed October 16, 2017, http://www.nytimes.com/2013/12/06/business/international/china-bars-banks-from-using-bitcoin.html.
- Nakamoto, Satoshi. "Bitcoin: A Peer-To-Peer Electronic Cash System." Bitcoin, October 2008. *Available at* https://bitcoin.org/bitcoin.pdf.
- Narioka, Kosaku. "Former Bitcoin King Is Bankrupt—And He Could Get Rich Again." *Wall Street Journal,* November 9, 2017. *Available at* https://www.wsj.com/articles/former-bitcoin-king-is-bankruptand-he-could-get-rich-again-1510223405?mod=e2tw.
- Nilsson, Kim. "The Missing MtGox Bitcoins." WizSec, April 19, 2015. Accessed October 17, 2017, http://blog.wizsec.jp/2015/04/the-missing-mtgox-bitcoins.html.
- Palmer, Daniel. "Bitcoin Sets New Record as Price Tops $7,000." *CoinDesk,* November 2, 2017. *Available at* https://www.coindesk.com/bitcoin-price-gains-continue-with-record-high-just-shy-of-7000/.
- Parker, Luke. "36 Bitcoin exchanges that are no longer with us." *Brave New Coin,* October 23, 2015. *Available at* https://bravenewcoin.com/news/36-bitcoin-exchanges-that-are-no-longer-with-us/.
- Perez, Melina. "The 10 Richest Economies In The World In 2014." *The Richest,* July 25, 2014. *Available at* https://www.therichest.com/rich-list/rich-countries/the-10-richest-economies-in-the-world-in-2014/.
- Perez, Sarah. "Dwolla is Latest Victim of DDoS Attacks–Site & API Down For Second Day." *TechCrunch,* March 28, 2013. *Available at* https://techcrunch.com/2013/03/28/dwolla-latest-victim-of-ddos-attacks-started-yesterday-continue-today/.
- Popper, Nathaniel. *Digital Gold.* New York: Harper, 2015.
- Reddit. "Mt.Gox BTC withdrawal delays longer and longer." December 5, 2013. Accessed August 24, 2017, https://www.reddit.com/r/BitcoinMarkets/comments/1s4cme/mtgox_btc_withdrawal_delays_longer_and_longer/.
- Reddit. "One more day without Mt Gox USD withdrawals. When was the last?" July 15, 2013. Accessed August 24, 2017, https://www.reddit.com/r/Bitcoin/comments/1ic2h9/one_more_day_without_mt_gox_usd_withdrawals_when/.
- Reddit. "Poll: Are you having Mt. Gox Withdrawal Issues?" February 4, 2014. Accessed August 24, 2017, https://www.reddit.com/r/BitcoinMarkets/comments/1wza44/poll_are_you_having_mt_gox_withdrawal_issues/.
- Reddit. "When will Mt.Gox resume withdrawals." August 20, 2013. Accessed August 24, 2017, https://www.reddit.com/r/Bitcoin/comments/1krdhe/when_will_mtgox_resume_withdrawals/.
- Redman, Jamie. "The Bitcoin Exchange Thefts You May Have Forgotten." *Bitcoin.com News,* February 3, 2017. *Available at* https://news.bitcoin.com/bitcoin-exchange-thefts-forgotten/.
- Reuters. "Everything you need to know about Bitcoin." ArabianBusiness.com, November 21, 2013.
- Reuters. "Russian Authorities say Bitcoin Illegal." *Reuters,* February 9, 2014. *Available at* http://www.reuters.com/article/us-russia-bitcoin/russian-authorities-say-bitcoin-illegal-idUSBREA1806620140209.
- Ron, Dorit and Adi Shamir. "Quantitative Analysis of the Full Bitcoin Transaction Graph." 2013.
- Roy, Jessica. "BitInstant CEO Charlie Shrem Arrested for Alleged Money Laundering." *Time,* January 27, 2014. *Available at* http://time.com/1892/bitinstant-ceo-charlie-shrem-arrested-for-alleged-money-laundering/.
- Santora, Marc, and William K. Rashbaum, and Nicole Perlroth. "Online Currency Exchange Accused of Laundering $6 Billion." *New York Times,* May 28, 2013. Accessed October 18, 2017, http://www.nytimes.com/2013/05/29/nyregion/liberty-reserve-operators-accused-of-money-laundering.html.
- Schueffel, Patrick. "The Concise Fintech Compendium." Switzerland: School of Management Fribourg, 2017. *Available at* http://www.heg-fr.ch/FR/HEG-FR/Communication-et-evenements/evenements/Documents/Schueffel2017_The-Concise-FINTECH-COMPENDIUM.PDF.
- Securities and Exchange Commission. "SEC Charges Texas Man With Running Bitcoin-Denominated Ponzi Scheme." Press release, July 23, 2013. *Available at* https://www.sec.gov/news/pressrelease/2013132.

Confidential

# Exhibit 2
## Documents Considered

- Securities Investor Protection Corporation. "What SIPC Protects." Accessed Nov. 15, 2017, https://www.sipc.org/for-investors/what-sipc-protects.
- Shell, Adam. "Warren Buffett: Top 3 Investing Mistakes to Avoid." *USA Today,* October 26, 2013. *Available at* https://www.usatoday.com/story/money/personalfinance/2013/10/26/warren-buffett-investment-advice/3188499/.
- Sidel, Robin. "Bitcoin Index Seeks Clearer Value Picture." *Wall Street Journal,* November 27, 2013. *Available at* https://www.wsj.com/articles/bitcoin-index-seeks-clearer-value-picture-1385588318.
- Swanson, Tim. "Approximately 70% of all bitcoins have not moved in 6 or more months." Great Wall of Numbers, November 22, 2014. Accessed October 11, 2017, http://www.ofnumbers.com/2014/11/22/approximately-70-of-all-bitcoins-have-not-moved-in-6-or-more-months/.
- Tadeo, Maria. "Alan Greenspan blasts Bitcoin as Beijing moves to ban the virtual currency." *Independent,* December 5, 2013. Accessed October 16, 2017, http://www.independent.co.uk/news/business/news/alan-greenspan-blasts-bitcoin-as-beijing-moves-to-ban-the-virtual-currency-8984738.html.
- Tanikawa, Miki. "Banking in Japan: At postal giant, friendly service and low fees." *New York Times*, September 28, 2002. *Available at* http://www.nytimes.com/2002/09/28/news/banking-in-japan-at-postal-giant-friendly-service-and-low-fees.html.
- TradeBlock. "Mt. Gox Withdrawal Freeze Driving Significant Liquidity Concerns." July 12, 2013. *Available at* https://tradeblock.com/blog/mt-gox-withdrawal-freeze-driving-significant-liquidity-concerns/.
- US Department of Homeland Security. *Daily Open Source Infrastructure Report.* April 1, 2013. *Available at* https://www.dhs.gov/sites/default/files/publications/nppd/ip/daily-report/dhs-daily-report-2013-04-01.pdf.
- US Department of Homeland Security. *Daily Open Source Infrastructure Report.* April 15, 2013. *Available at* https://www.dhs.gov/sites/default/files/publications/nppd/ip/daily-report/dhs-daily-report-2013-04-15.pdf.
- US Department of Homeland Security. "Security Tip (ST04-015) Understanding Denial-of-Service Attacks." Accessed November 14, 2017, https://www.us-cert.gov/ncas/tips/ST04-015.
- US Department of Justice. "Liberty Reserve Founder Arthur Budovsky Sentenced In Manhattan Federal Court to 20 Years for Laundering Hundreds Of Millions Of Dollars Through His Global Digital Currency Business." Press release, May 6, 2016. *Available at* https://www.justice.gov/usao-sdny/pr/liberty-reserve-founder-arthur-budovsky-sentenced-manhattan-federal-court-20-years.
- Vaishampayan, Saumya. "Bitcoin Prices Have Stayed Afloat Amid the Fed-Fueled Storm, but Look Out Ahead." *MarketWatch*, June 20, 2013. *Available at* http://www.bitcoin.cm/index/news_article/1041/bitcoin-prices-have-stayed-afloat-amid-the-fed-fueled-storm-but-look-out-ahead/.
- Vigna, Paul. "Bitcoin Exchange Mt. Gox Still Grappling With Slowdown." *Wall Street Journal*, July 30, 2013. *Available at* https://blogs.wsj.com/moneybeat/2013/07/30/bitcoin-exchange-mt-gox-still-grappling-with-slowdown/.
- Watt, Doug. "45% of bitcoin exchanges fail, study finds." *CoinDesk*, April 25, 2013. *Available at* https://www.coindesk.com/45-percent-of-bitcoin-exchanges-fail-study-finds/.
- Weisenthal, Joe. "China's E-Commerce Giant Alibaba Just Banned Bitcoin." *Business Insider,* January 8, 2014. *Available at* http://www.businessinsider.com/alibaba-bitcoin-2014-1.
- Wheatley, Mike. "Bitcoin Under Attack? Dwolla & Mt. Gox Both Hit With DDoS Attacks Overnight." *siliconANGLE*, March 29, 2013. *Available at* https://siliconangle.com/blog/2013/03/29/bitcoin-under-attack-dwolla-mt-gox-both-hit-with-ddos-attacks-overnight/.
- Williams, Mark T. "Beware Of Bitcoin." Cognoscenti, December 5, 2013. *Available at* http://cognoscenti.legacy.wbur.org/2013/12/05/bitcoin-currency-mark-t-williams.
- Williams, Mark T. "Bitcoin Is Not Yet Ready for the Real World." *New York Times,* January 24, 2014. *Available at* https://dealbook.nytimes.com/2014/01/24/bitcoin-is-not-yet-ready-for-the-real-world/.
- Williams, Mark T. "Bitcoin: Examining the Benefits and Risks for Small Business." Testimony before the US House of Representatives, Committee on Small Business, April 2, 2014.
- Williams, Mark T. Testimony at the hearing regarding virtual currency before the New York State Department of Financial Services. January 28–29, 2014.

Confidential

## Exhibit 2
## Documents Considered

- Wolf, Brett and Emily Flitter. "Update 2-INSIGHT-Mt Gox: The brief reign of bitcoin's top exchange." Reuters, February 28, 2014. *Available at* http://articles.chicagotribune.com/2014-02-28/news/sns-rt-bitcoin-mtgox-20140228_1_bitcoin-exchange-gox-mark-karpeles.
- Wong, Joon Ian. "Has This Company Found a Workaround for Mt. Gox Withdrawals." *CoinDesk*, February 21, 2014. *Available at* https://www.coindesk.com/has-company-found-workaround-mt-gox-withdrawals/.

Confidential

**Exhibit 3**

Distribution of Bitcoins based on Age of Last Use over Time (a measure of liquidity)



**Note:**
This is a screenshot of the PNG file with the same title.
**Source:**
Jratcliff63367, "Distribution of Bitcoins based on Age of Last Use over Time (a measure of liquidity)," November 22, 2014, accessed November 7, 2017, http://i.imgur.com/kxyUs5D.png.

Confidential

# Exhibit 4
## Comparison of Bitcoin and US Dollar Volatility
*January 1, 2013–December 31, 2013*

| Asset | Annualized Volatility[1] |
| --- | --- |
| Bitcoin[2] | 142% |
| US Dollar[3] | 6% |
| Bitcoin volatility compared with US Dollar volatility[4] | 24x |

**Notes:**

[1] Volatility is measured by calculating the standard deviation of the daily returns for each asset. The standard deviation is then annualized by multiplying by the square root of the number of trading days assumed in a year. Analysis assumes 365 trading days for bitcoin and 253 for the US Dollar Index.

[2] Volatility calculated using the volume-weighted USD price of bitcoin on Bitstamp, BTC-e, CampBX, and Mt. Gox.

[3] Volatility calculated using the Trade Weighted US Dollar Index: Major Currencies. This Federal Reserve index compares the value of USD with a basket of foreign currencies.

[4] Calculated as bitcoin volatility divided by US Dollar volatility.

**Sources:**

Federal Reserve, "Trade Weighted U.S. Dollar Index: Major Currencies (DTWEXM)," *available at* https://fred.stlouisfed.org/series/DTWEXM; Quandl.

Confidential



**Exhibit 5**
Monthly Bitcoin Exchange Total Volume and Weighted Average USD Price
*October 2012–February 2014*

Notes:
Exchanges included are those mentioned in a *CoinDesk* article from August 2013.
Data shown reflect earliest quarter for which data are available. Volume includes bitcoin transactions in all currencies. Percentages indicate Mt. Gox's share of total volume.
Data for February 2014 are through February 25, 2014.
Volume-weighted average USD price was calculated using daily closing prices on exchanges transacting in bitcoin for USD, weighted by reported daily volume.

Sources:
Quandl; Daniel Cawrey, "Withdrawals from Mt. Gox: growing pains or banking bottleneck?" *CoinDesk*, August 12, 2013, *available at* https://www.coindesk.com/withdrawals-from-mt-gox-growing-pains-or-banking-bottleneck/

Confidential



**Exhibit 6**
Total Mt. Gox Outbound USD Wires Processed
Mizuho Bank vs. Japan Post Bank

**Notes:**
No outbound wires were processed by either bank from June 14, 2013–June 25, 2013. Outbound wires that were cancelled have been removed from the data.
**Sources:**
Mizuho Bank Outbound Wires (MIZ_0002569); Japan Post Bank Outbound Wires (DB_0000001).

Confidential

**Exhibit 7**
**Mt. Gox Customer USD Withdrawal**
*Method 1: Outbound Wire Using Standard or Expedited Withdrawal Service*

**Available through February 24, 2014.**



**Exhibit 8**
**Mt. Gox Customer USD Withdrawal**
*Method 2: Transfer Bitcoin to Another Exchange*

Confidential



**Available through February 7, 2014.**

Customer with USD at Mt. Gox.

Customer purchases bitcoin on Mt. Gox.

Customer with bitcoin at Mt. Gox.

Customer transfers bitcoin from Mt. Gox to a secondary exchange.

Customer with bitcoin at a secondary exchange.

Customer sells bitcoin for USD on secondary exchange.

Customer with USD at a secondary exchange.

Customer requests a withdrawal of USD from secondary exchange.

Mt. Gox customer with USD in customer's personal bank account.

**Exhibit 9**                                         Confidential
**Mt. Gox Customer USD Withdrawal**
*Method 3: Transfer Bitcoin to a Private Wallet*



**Available through February 7, 2014.**

Customer with USD at Mt. Gox.

Customer purchases bitcoin on Mt. Gox.

Customer with bitcoin at Mt. Gox.

Customer withdraws bitcoin to their personal wallet.

Customer with bitcoin in their personal wallet.

Customer arranges to sell bitcoin in a private transaction. Customer transfers bitcoin to buyer's wallet.

Customer with USD as cash, check, or other payment method.

Customer deposits payment at their personal bank.

Mt. Gox customer with USD in customer's personal bank account.

**Exhibit 10**

Confidential

**Mt. Gox Customer USD Withdrawal**

*Method 4: "Trapped Coins" Transferred to Bitcoin Builder*



Confidential

**Exhibit 11**

Timeline of Public Announcements Related to Customers' Ability to Deposit or Withdraw USD or bitcoin from Mt. Gox

*February 1, 2013 – February 25, 2014*



**Sources:**

Quandl; United States District Court District of Maryland, Seizure Warrant, Case #13-1162-SKG, May 14, 2013; Mt. Gox, "Statement Regarding Temporary Hiatus on U.S. Dollar Withdrawals," Mt. Gox, press release, June 20, 2013, *available at* https://web.archive.org/web/20130811014059/https://www.mtgox.com/press_release_20130620.htm; Mt. Gox, "Statement on Resumption of Withdrawals and Improved Banking," Mt. Gox, press release, July 4, 2013, *available at* http://web.archive.org/web/20130810181218/https://www.mtgox.com/press_release_20130704.html; Mt. Gox, "August 2013 Mt. Gox Status Update," Mt. Gox, press release, August 5, 2013, available at https://web.archive.org/web/20130805084259/https://www.mtgox.com/press_release_20130805.html; Mt. Gox, "Statement Regarding BTC Withdrawal Delays," January 31, 2014, available at https://web.archive.org/web/20140221015148/https://support.mtgox.com/entries/26501000-Statement-Regarding-BTC-Withdrawal-Delays; Mt. Gox, "Statement Regarding BTC Withdrawal Delays - UPDATE." February 7, 2014, *available at* https://web.archive.org/web/20140221015146/https://support.mtgox.com/entries/26130949-Statement-Regarding-BTC-Withdrawal-Delays-UPDATE:; Mt. Gox, "Update - Statement Regarding BTC Withdrawal Delays," February 10, 2014, available at https://web.archive.org/web/20140221015052/https://support.mtgox.com/entries/26745970-Update-Statement-Regarding-BTC-Withdrawal-Delays.

Confidential

## Exhibit 12

### Press Articles Discussing Mt. Gox USD Withdrawal Delays

| Date | Relevant Quote | Title | Publication |
|---|---|---|---|
| 6/20/2013 | "On Thursday, Mt. Gox announced a two-week suspension of all U.S. dollar withdrawals from accounts as exchange (sic) has faced a rise in transaction volume." | Bitcoin Prices Have Stayed Afloat Amid the Fed-Fueled Storm, but Look Out Ahead | MarketWatch |
| 6/20/2013 | "THE WORLDS BEST-KNOWN Bitcoin exchange stopped paying out customers in U.S. dollars Thursday. Mt. Gox didn't exactly explain what was going on, though. It blamed an 'increased volume' of transactions, and said in would suspend U.S. cash withdrawals for two weeks as is sorted things out. . . . But the Japanese company has fallen afoul of regulators and is clearly under pressure in the U.S." | Bitcoin's Big Bank Problem: Why Did Mt. Gox Halt U.S. Payouts | Wired |
| 7/12/2013 | "Mt. Gox . . . recently declared a two-week hiatus on USD withdrawals. . . . This is not the first time such an action has been taken by Mt. Gox. In 2012, a number of their customers encountered withdrawal delays as well. . . . [C]oncerns have been raised about Gox's solvency and their ability to service withdrawals at all. While insolvency is unlikely given the tremendous trading volume so far in 2013, it's quite possible Gox is experiencing USD liquidity issues and is using the withdrawal hiatus in an attempt to catch up on their liabilities." | Mt. Gox Withdrawal Freeze Driving Significant Liquidity Concerns | TradeBlock |
| 7/30/2013 | "Mt. Gox, the biggest exchange for trading the virtual currency bitcoin, is still trying to recover from legal and regulatory blows in the past few months, and the company acknowledges it's still slow in processing requests from customers who want to withdraw money from their accounts. Redemption requests 'are not being processed as fast as we would like,' Mt. Gox representative Thomas Glucksmann-Smith wrote in an email response to inquiries from MoneyBeat, 'but we are working hard to solve this and we are still managing to send people their funds.' The company halted withdrawals for two weeks in June in order to install new systems, but processing redemptions has remained constrained, even after the company announced that it had 'fully resumed' withdrawals early in July." | Bitcoin Exchange Mt. Gox Still Grappling With Slowdown | The Wall Street Journal |
| 8/12/2013 | "Despite resuming withdrawals, a number of people have expressed discomfort at the fact that they cannot get their money from Mt. Gox, despite issuing withdrawal requests. I'm also dealing with this issue as well. I sold some bitcoins via Mt. Gox on July 22 and requested a withdrawal, and as of press time I still have not received money in my bank account. Others, with more substantial sums of money tied up with Mt. Gox, have been expressing their displeasure on Reddit, the Bitcointalk forum and in the comments section of CoinDesk." | Withdrawals from Mt. Gox: growing pains or banking bottleneck? | CoinDesk |
| 9/4/2013 | "If you sell Bitcoins on Bitstamp, you can withdraw the dollars at any time. In contrast, the Japan-based Mt. Gox, which has been under pressure from American regulators, has been slow to redeem customers' dollar-based deposits. The exchange declared a two-week 'hiatus' on withdrawals in June. In July, the exchange admitted it had a 'back-log of' withdrawals that we need to process.' Last month, the exchange said that the 'issues with deposits and withdrawals from Mt. Gox are being resolved, but still not at the rate we want.' Bitcoin discussion forums are full of people complaining about long delays in processing withdrawal requests. So the 10 percent difference between the Mt. Gox price and the price everywhere else reflects market skepticism that traders will be able to get their money back any time soon." | The slow decline of Bitcoin's biggest exchange, in one chart | The Washington Post |
| 9/11/2013 | "Due to Mt. Gox banking delays in transferring US dollars out, a spread of approximately 10% has existed between Mt. Gox and other bitcoin exchanges for several months now causing distortion in real-time conversions that depended on the API. This spread has been as high as 20% at times. As a result, businesses such as BitPay and LocalBitcoins.com have already moved away from using the Gox pricing API." | CoinDesk launches proprietary Bitcoin Price Index | CoinDesk |

Confidential

**Exhibit 12**
**Press Articles Discussing Mt. Gox USD Withdrawal Delays**

| Date | Relevant Quote | Title | Publication |
|---|---|---|---|
| 11/5/2013 | "Prices on Mt. Gox tend to be higher than the prices on other dollar-based exchanges. The spread may reflect the fact that Mt. Gox users have struggled to withdraw dollars from the Japan-based exchange." | Bitcoin price reaches a record high for the first time since April | *The Washington Post* |
| 11/6/2013 | "And with its U.S. bank accounts seized, Mt. Gox has had a terrible time moving money to U.S. customers, many of whom are rather unhappy about it. Although the company won't answer questions about its problems, they appear to have spread to other countries as well. In Vancouver, Canada, owners of a bitcoin trading shop called Bitcoiniacs say that every week they deal with walk-in customers who are frustrated by their inability to get their money out of Mt. Gox." | The Rise and Fall of the World's Largest Bitcoin Exchange | *Wired* |

<u>Source:</u>
Exhibit 2.

Confidential

**Exhibit 13**
Mt. Gox Percentage Premium vs. Other Exchanges
*January 1, 2012–February 25, 2014*



4/11/2013: Mt. Gox goes offline following DDoS attacks and increased trade orders

5/14/2013: Seizure warrant issued for Mt. Gox's Dwolla accounts.

6/20/2013: Mt. Gox announced halt of USD withdrawals.

7/4/2013: Mt. Gox announced resumption of USD withdrawals.

2/7/2014: Mt. Gox halts bitcoin withdrawals.

— Mt. Gox Premium over BTC-e.    — Mt. Gox Premium over CampBX    — Mt. Gox Premium over Bitstamp

Notes:
Mt. Gox percentage premium is calculated as Mt. Gox closing price in USD divided by other exchanges closing price in USD minus one. A "negative" percentage premium indicates that the USD price on Mt. Gox was less than that on another exchange. On April 14, 2013, Mt. Gox premiums were 50%, 56%, and 95% over Bitstamp, BTC-e, and CampBX, respectively.

Sources:
Quandl; Mt. Gox, "Hi everyone, just a quick update on the situation and what happened last night," Mt. Gox, press release, April 11, 2013, *available at* https://web.archive.org/web/20130502184126/https://mtgox.com/press_release_20130411.html; United States District Court District of Maryland, Seizure Warrant, Case #13-1162-SKG, May 14, 2013; Mt. Gox, "Statement Regarding Temporary Hiatus on U.S. Dollar Withdrawals," Mt. Gox, press release, June 20, 2013, *available at* https://web.archive.org/web/20130811014059/https://www.mtgox.com/press_release_20130620.htm; Mt. Gox, "Statement on Resumption of Withdrawals and Improved Banking," Mt. Gox, press release, July 4, 2013, *available at* http://web.archive.org/web/20130810181218/https://www.mtgox.com/press_release_20130704.html; Mt. Gox, "Statement Regarding BTC Withdrawal Delays - UPDATE," February 7, 2014, *available at* https://web.archive.org/web/20140221015146/https://support.mtgox.com/entries/26130949-Statement-Regarding-BTC-Withdrawal-Delays-UPDATE.



**Exhibit 14**

Inbound and Outbound USD Wires Processed or Received by Mizuho Bank and Japan Post Bank
*November 2012–February 2014*

Approximately $17.8 million net outflow.

Mizuho Bank processes outbound wires.

Japan Post Bank processes outbound wires.

Daily Amounts

Cumulative Net Total

Inbound — Outbound — Cumulative Net Total

**Notes:**
The Mizuho Bank outbound wire data ends on June 13, 2013. Japan Post Bank outbound wire data starts on June 26, 2013.
All inbound wires were received by Mizuho Bank. Outbound wires that were cancelled have been removed from the data.
**Sources:**
Mizuho Bank Inbound Wires (MIZ_0002568); Mizuho Bank Outbound Wires (MIZ_0002569); Japan Post Bank Outbound
Wires (DB_0000001).

Confidential

Confidential

**Exhibit 15**
Total Mt. Gox Inbound USD Wires Received

Inbound USD Wires

$60,000,000
$50,000,000
$40,000,000
$30,000,000
$20,000,000
$10,000,000
$0

$51,321,035
November 15, 2012–June 13, 2013

$8,406,579
June 14, 2013–February 27, 2014

Notes:
Time periods are divided based on the processing agent for Mt. Gox's outbound wires. All inbound wires were received by Mizuho Bank.
Source:
Mizuho Bank Inbound Wires (MIZ_0002568).

Confidential

## Exhibit 16

### Process Overview of USD Deposit and Withdrawals for Mt. Gox Customers



**Deposit Process**

**Customer**
- Desires to trade bitcoin on Mt. Gox.
- Deposits money at their local bank for wire.

**Customer's Bank**
- Receives customer's wire request.
- Wires funds to Mt. Gox care of Mt. Gox's Bank.

**Mt. Gox's Bank**
- Receives wired funds from customer's bank.
- Credits funds to Mt. Gox's account.

**Mt. Gox**
- Receives notice of deposit from its bank.
- Credits customer's Mt. Gox account with deposited funds.

**Customer**
- Receives notification that funds are now available for trading at Mt. Gox.

**Withdrawal Process**

**Customer**
- Desires to withdraw USD.
- Initiates withdrawal from Mt. Gox using international wire.

**Mt. Gox**
- Receives customer withdrawal request.
- Debits customer's Mt. Gox account.
- Initiates wire with its bank.

**Mt. Gox's Bank**
- Receives instructions for wire from Mt. Gox.
- Wires money to customer's bank.

**Customer's Bank**
- Receives funds wired by Mt. Gox's bank.
- Credits customer's account.

**Customer**
- Receives notice of wire completion from local bank.
- Withdraws deposited funds from local bank.