Exhibit 9

CONFIDENTIAL

```
 1        UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF ILLINOIS
 2              EASTERN DIVISION
   - - - - - - - - - - - - - - - - - - - - - - - - -
 3  GREGORY GREENE, JOSEPH LACK,
    ANTHONY MOTTO, and GREGORY PEARCE,
 4  individually and on behalf of all
    others similarly situated,
 5
                 Plaintiffs,
 6                           Case No.  No.
     -against-               1:14-cv-01437
 7
 8  MIZUHO BANK, LTD., a Japanese
    financial institution, and MARK
 9  KARPELES, an individual,
10
                 Defendants.
11  - - - - - - - - - - - - - - - - - - - - - - - - -
12
            CONFIDENTIAL 30(b)(6) DEPOSITION
13  OF MIZUHO BANK, LTD., by YASUO IMAIZUMI, a
14  Witness herein, taken by Plaintiffs, pursuant
15  to Notice, at the offices of Shearman &
16  Sterling, 599 Lexington Avenue, New York, New
17  York, on Wednesday, August 9, 2017, at 9:06
18  a.m., before DEBRA STEVENS, a Certified
19  Realtime and Registered Professional Reporter
20  and Notary Public within and for the State of
21  New York.
22
23
24  Job No. 2667455
25  Pages 1 - 174
```

Page 1

CONFIDENTIAL

```
 1    A P P E A R A N C E S :

 2

 3    Attorneys for Plaintiffs

 4          EDELSON P.C.

 5          BY:  BENJAMIN THOMASSEN, ESQ.

 6               AARON LAWSON, ESQ.

 7          350 North LaSalle Street, Suite 1300

 8          Chicago, Illinois 61654

 9          bthomassen@edelson.com

10          alawson@edelson.com

11

12    Attorneys for Defendants

13          SHEARMAN & STERLING LLP

14          BY:  JEROME S. FORTINSKY, ESQ.

15               SAYURI SHIMODA, ESQ.

16          599 Lexington Avenue

17          New York, New York 10022-6069

18          jfortinsky@shearman.com

19          sshimoda@shearman.com

20

21    ALSO PRESENT:

22          ROBERT KLEIN,

23          Japanese Language Interpreter

24

25
```

Page 2

CONFIDENTIAL

1      Q.      I am handing you what has been
2   marked Plaintiffs' Exhibit 4.     Plaintiffs'
3   Exhibit 4 is entitled Mizuho Bank Ltd.'s
4   Third Supplemental Response to Plaintiff's
5   First Set of Interrogatories.
6           Let me know, sir, when you have
7   a chance to determine whether you
8   recognize that document.
9           MR. FORTINSKY:  Off the record.
10          (Discussion held off the
11      record.)
12      A.      I recognize this document.
13      Q.      You have seen it before today?
14      A.      Yes.
15      Q.      Did you review it before
16   preparing for your deposition today?
17      A.      Because the --
18          MR. FORTINSKY:  Objection to
19      form.
20      A.      I put my signature at the end of
21   this document.
22      Q.      So, just for the record, you are
23   referring to Plaintiffs' Exhibit 4, and it
24   looks like an unnumbered page but it
25   follows page 13 so it would be the 14th

Page 44

CONFIDENTIAL

1    page of Plaintiff's 4.  The verification

2    page has your signature; correct?

3        A.    Correct.

4        Q.    So you reviewed the answers to

5    the various questions in here and

6    determined that they were true to the best

7    of your knowledge when you signed this

8    document?

9        A.    Correct.

10       Q.    So let's turn to page 10 of

11   Plaintiffs' Exhibit 4.  You see the

12   portion that says Interrogatory Number 19?

13       A.    I see it.

14       Q.    Just for the record I will read

15   it.  It says, "Identify and describe any

16   investigation, review, examination,

17   testing, analysis, quality control or

18   diligence you performed into Mt. Gox or

19   Mark Karpeles prior to or during the

20   relevant time period, including

21   identification of all persons involved and

22   all documents reviewed or analyzed."

23           Do you see where I read that

24   from?

25       A.    Yes.

Page 45

CONFIDENTIAL

1      Q.     Did I read it accurately?

2      A.     Yes.

3      Q.     If you flip to page 11 you will

4   see the substantive response at the top

5   where it says, "Mizuho conducted due

6   diligence on Mt. Gox consistent with its

7   regular business practices."

8          Do you see that?

9      A.     Yes.

10     Q.     Part of that due diligence, I

11  assume, was seeing if Mt. Gox was on any

12  of the lists you referenced earlier for

13  criminal connections and that sort of

14  thing.  Right?

15     A.     Yes.

16     Q.     Were there any other steps that

17  Mizuho conducted with respect to Mt. Gox

18  at any point following its application for

19  an account with Mizuho?

20     A.     Yes.  During the time period

21  March 2013 there are a number of news

22  article saying bitcoin could be used for

23  the drug dealing or money laundering,

24  other illegal misconduct.

25     Q.     Okay.

Page 46

CONFIDENTIAL

1      A.    So, you know, our concern is
2 raised for the nature of the Mt. Gox
3 business.  Also, we had inquiry from other
4 banks regarding the nature of business of
5 Mt. Gox.
6      Q.    Is this during that same time
7 period, March 2013?
8      A.    March or April time period.
9      Q.    Okay.  So let's step back.  You
10 said in March of 2013 Mizuho became aware
11 of news articles discussing that bitcoin
12 could be used for criminal purposes.
13 Right?
14      A.    Yes.
15      Q.    So, what did Mizuho do in
16 response to that information in terms of
17 due diligence?
18      A.    We tried to gather the news
19 article, to gather the information
20 relating to the nature of bitcoins.  But
21 we -- just media information, so it's
22 public information.
23      Q.    You said media information?
24      A.    Media information.  So, news
25 reporting or, you know, the website

Page 47

CONFIDENTIAL

1    articles.

2          Our conclusion at that time,

3    there are certain, you know, reputations

4    about certain illegal-related activities

5    going on with the bitcoin business, but we

6    are not sure it's true or not at that

7    time.

8          Q.    Okay.  So, you said certain

9    illegal -- sorry.  Let me start over.

10          Reputations about certain

11    illegal related activities going on with

12    the bitcoin business.  By "bitcoin

13    business" do you mean Mt. Gox

14    specifically, or bitcoins in general?

15          A.    Both.  In general and Mt. Gox

16    specific.

17          Q.    So in March of 2013, did Mizuho

18    find any media articles suggesting that

19    Mt. Gox was involved in illegal activity?

20          A.    That kind of information we are

21    trying to find, but we found more general,

22    you know, evaluation of the nature of

23    bitcoin business.

24          Q.    Okay.

25          So is it accurate, then, that in

Page 48

CONFIDENTIAL

1  March of 2013 Mizuho found some media
2  articles related to bitcoin generally that
3  were making a connection between bitcoin
4  and certain criminal activity?
5      A.    Yes.
6      Q.    But in that same time frame,
7  March of 2013, Mizuho didn't find anything
8  specifically suggesting that Mt. Gox was
9  related to illegal activity?
10     A.    But a little -- a month later,
11  mid April or beginning of May -- I forget
12  the exact timing -- but we heard from
13  other banks that some of the money which
14  generated by the illegal activities were
15  credited to the account of Mt. Gox, so
16  then our concern is paramount.
17     Q.    Just so I understand, in
18  March 2013, with respect to the general
19  media articles you have been discussing,
20  you did not find any or Mizuho did not
21  find any specifically tieing Mt. Gox to
22  criminal conduct; right?
23     A.    Yes.
24     Q.    Now let's talk about the banks
25  that you are referencing, inquiries from

Page 49

CONFIDENTIAL

```
 1    other banks in March and April of 2013.
 2    What other banks reached out to Mizuho?
 3         A.    You need the specific name?
 4         Q.    Yes.
 5         A.    Standard Chartered Bank.
 6         Q.    Okay.
 7         A.    And Bank of Tokyo-Mitsubishi.
 8         Q.    Okay.  Any others?
 9         A.    As far as I can remember, that
10    is the two names.
11         Q.    Did those two banks reach out
12    together, or did they reach out
13    separately?
14         A.    Separately.
15         Q.    So what did -- let's start with
16    Standard Chartered Bank.  Is that a
17    Japanese bank?
18         A.    No.  It's -- I think it's
19    English, U.K.
20         Q.    U.K.?
21         A.    U.K.
22         Q.    So when did it reach out to
23    Mizuho around the time period you are
24    discussing?
25         A.    I think it's March.
```

Page 50

CONFIDENTIAL

1    Q.    What did it say when it reached

2    out?

3    A.    They had inquiry about the, you

4    know, the KYC, the Know Your Customer

5    items for Mt. Gox.  So, nature of business

6    or legitimate purpose of business or who

7    is controlling the Mt. Gox entity.  Things

8    like that.

9    Q.    So did Standard Chartered Bank

10   reach out to Mizuho to try to obtain that

11   information?

12   A.    Yes.

13   Q.    Do you know, was Mt. Gox trying

14   to open an account with Standard Chartered

15   Bank at that time?

16   A.    No, we don't know.

17   Q.    Did Standard Chartered Bank give

18   Mizuho any reason to believe that Mt. Gox

19   was related in criminal activity in these

20   communications?

21        MR. FORTINSKY:  Objection to

22        form.

23   A.    No details.  It is usual banking

24   custom, usual banking practice when we

25   have certain concern.  We can send an

Page 51

CONFIDENTIAL

```
1    inquiry to the other banks to check their
2    backgrounds.
3         Q.    In your description right now
4    you are saying generally Mizuho Bank, if
5    it has questions about one of its
6    customers, it has the ability to reach out
7    to other banks to find out more
8    information about that customer?
9         A.    That happens.
10        Q.    And that is what you understand
11   Standard Chartered Bank was doing in this
12   instance in March of 2013?
13        A.    That's right.
14        Q.    Do you remember what kind of
15   information Standard Chartered Bank
16   requested about Mt. Gox at that time?
17        A.    Just I said.  KYC stuff.
18        Q.    Why don't you break down KYC
19   stuff?  What kind of items are included
20   under KYC?
21        A.    The nature of business or
22   operations, and then background of the
23   management.
24        Q.    Did Mizuho respond to Standard
25   Chartered Bank's inquiry?
```

Page 52

CONFIDENTIAL

1      A.     No, because we have obligation
2   to protect customer's information.
3      Q.     Was that request communicated --
4   the Standard Chartered Bank request, was
5   that communicated by phone?  Mail?  Email?
6      A.     I think it's email.
7      Q.     And Mizuho did not respond?
8      A.     Yes.
9      Q.     Let's talk about the Bank of
10  Tokyo-Mitsubishi.  What information did --
11  well, let me step back.  When did it reach
12  out to Mizuho in the same time period?
13     A.     I think end of April or early
14  May.
15     Q.     Of 2013; right?
16     A.     Yes.
17     Q.     What information did it request
18  of Mizuho?
19     A.     They informed us, just in
20  general ways, certain money generated by
21  certain criminal activities were credited,
22  transferred to the account of Mt. Gox.
23     Q.     Okay.  Did they explain what
24  they meant by "certain money"?
25     A.     I forgot the exact number, but

Page 53

CONFIDENTIAL

1  amount was 7 or $8 million.

2      Q.    U.S. dollars?

3      A.    Yes.

4      Q.    And did they give any more

5  detail about the certain criminal

6  activity?

7      A.    No.   Just said illegal conduct.

8      Q.    Did they provide any more

9  information about the money or did they

10  just generally describe that it was

11  between 7 and $8 million?

12      A.    I was not involved such

13  communication directly, but as far as I

14  understand from the records, Bank of

15  Tokyo-Mitsubishi give us certain, you

16  know, warning --

17            THE INTERPRETER:  Excuse me.

18            (Discussion held off the

19     record.)

20      Q.    Let's go back to that.  I asked

21  whether the Bank of Mitsubishi gave you

22  any more detail about certain criminal

23  activity.  Why don't you reanswer that

24  question so we have the record clarified.

25      A.    I was not involved with such

Page 54

CONFIDENTIAL

1   direct communication but as far as I
2   learned from the records, Bank of
3   Tokyo-Mitsubishi contacted us and then
4   giving us the warning the Mt. Gox account
5   could be used for certain illegal
6   activities.
7       Q.    Okay.  Great.
8             So, as far as you are aware,
9   they didn't give you a specific example of
10  criminal activity; it was just a general
11  warning?
12      A.    General warning.
13      Q.    So what if anything did Mizuho
14  do in response to the information received
15  or, I guess, the request received from
16  Standard Chartered Bank?
17      A.    Could you tell me once again?
18      Q.    Sure.  You said that in March of
19  2013 Standard Chartered Bank reached out
20  for KYC information with respect to Mt.
21  Gox; right?
22      A.    Yes.
23      Q.    Did that request cause Mizuho to
24  take any additional steps in terms of due
25  diligence?

Page 55

CONFIDENTIAL

1    Q.     Does the Densai net service have

2    anything to do with the outbound and

3    incoming wire transfers that we have been

4    discussing today?

5    A.     No, I don't think so.

6           MR. THOMASSEN:  I hate to be the

7        one always requesting breaks but let's

8        take another five-minute break.

9           (Recess.)

10   BY MR. THOMASSEN:

11   Q.     Earlier you testified in early

12   2013 Mizuho became concerned about Mt. Gox

13   based on statements or inquiries directed

14   to Mizuho from other banks.  Do you

15   remember that?

16   A.     Yes.

17   Q.     Now at some point Mizuho

18   determined that it wanted to close Mt.

19   Gox's account.  Is that right?

20   A.     You jumped.

21   Q.     Yes.  At some point.

22   A.     At some point, yes.  Around

23   March, April 2013 our concern is

24   paramount, and then we decided to keep

25   distance from Mt. Gox business because we

Page 83

CONFIDENTIAL

1    don't --we don't want to be involved to

2    support any illegal activities.  You know,

3    money laundering or drug dealing.

4            So at the time, April 2013, we

5    request Mt. Gox -- you know, we want to

6    limit or narrow the scope of banking

7    services.  So, "Please arrange new banking

8    service agreement with other banks."  That

9    we requested, Mt. Gox to arrange such new

10   relationship with other bank.

11       Q.    That was in April of 2013?

12       A.    Yes.

13       Q.    And you said that you wanted to

14   keep distance from Mt. Gox.  What did you

15   mean by "keep distance"?

16       A.    Meaning, you know, as the number

17   of transaction was rapidly increased up to

18   March 2012, we had two issues.  One of

19   them is compliance issues.  I said we

20   cannot be involved in any support for

21   illegal activities.

22            Another one is kind of an

23   operational reason.  When we execute the

24   wire transfers there are a certain limit

25   of, let's say, 100 transactions per day.

Page 84

CONFIDENTIAL

1    That kind of operational limitation we
2    have.  But at the time of March 2013, the
3    number of transactions is much, much
4    higher than our limitations.
5            So, at that time Mizuho, you
6    know, decided gradually away from the
7    relationship with Mt. Gox.  So, narrowing
8    the scope of the banking services.
9        Q.    Okay.  Was that -- was a
10   decision made in April of 2013 to narrow
11   the scope of banking services with Mt.
12   Gox?
13       A.    Narrowing; in other words,
14   disperse the transactions with other
15   banks.  We requested them, use other
16   banks.  Because we have operational limits
17   to execute those transactions, so we
18   request Mt. Gox to contact new banks and
19   then open new accounts and then use other
20   bank to make, you know, those increased
21   transactions.
22       Q.    Okay.  That was April of 2013?
23       A.    We started to discuss with Mt.
24   Gox for that.
25       Q.    Was there any discussion at that

Page 85

CONFIDENTIAL

1    point about Mt. Gox closing its accounts

2    with Mizuho?

3        A.    Ultimately we tried to terminate

4    the relationship, but once we had open

5    accounts for Mt. Gox we are not legally

6    permissible to close the account

7    unilaterally.  So if they said okay, if

8    they agreed to close the account, it's

9    okay, we can close account due to the

10   mutual agreement.

11            But at the time we had a

12   concern, great concern for the nature of

13   business but we have no solid evidence Mt.

14   Gox operation were involved certain

15   misconduct or illegal activities.  So, we

16   are not legally permitted, permissible to

17   close the account.

18       Q.    Sure.  What I am trying to

19   figure out is whether in April of 2013

20   there were -- were there internal

21   discussions at Mizuho about requesting

22   that Mt. Gox close its account, or that

23   happened later?

24       A.    Ultimately we trying to close

25   the accounts.  But at the time, exact

Page 86

CONFIDENTIAL

1  timing April 2013, our first action will

2  be narrow the scope of banking services,

3  that meaning stop the wiring services.

4  And then we aimed at terminate both

5  incoming and outbound at the same time.

6          But as you can imagine, we

7  cannot control U.S. customers because U.S.

8  customer is not our customers.  There are

9  no means for Mizuho to contact them.  So,

10  when the incoming wire transfer was

11  initiated by the U.S. customers, you know,

12  we have to receive such money transfer and

13  then we have to credit such money to the

14  account of Mt. Gox with Mizuho.

15          So, only we can do at that time

16  is making agreement with Mt. Gox to stop

17  the outgoing wire transfer because

18  outgoing wire transfer was, you know, made

19  by Mt. Gox.  So when we have agreement

20  with them, so it's going to be stopped.

21      Q.    So, it sounds like -- please

22  correct me if I am wrong -- in April of

23  2013 is when Mizuho first requested Mt.

24  Gox form relationships with other banks to

25  handle its wire transfer needs?

Page 87

CONFIDENTIAL

```
 1        A.      That's right.
 2                MR. FORTINSKY:   Object to form.
 3        Q.      Including to its customers in
 4    the United States?
 5        A.      Right.
 6        Q.      At that time, April 2013, did
 7    Mizuho know one way or the other whether
 8    Mt. Gox had relationships with any other
 9    banks that could handle outbound wire
10    transfers to the United States?
11        A.      Yes.  We follow up with the CEO
12    any progress afterwards.  And then Mark
13    Karpeles, CEO of Mt. Gox, mention they
14    started to negotiate to establish new
15    banking relationship with some other
16    banks.
17        Q.      Okay.  When did those follow-ups
18    happen?
19        A.      I think a couple of times at
20    least since April 2013.  And then we
21    understand that they contacted BTMU, Bank
22    of Tokyo-Mitsubishi, and SMBC, Sumitomo
23    Mitsui Banking Corporation.  Also, they
24    contacted Resona.
25        Q.      What was that?
```

Page 88

CONFIDENTIAL

1     A.     Resona Bank, R-E-S-O-N-A.

2     Q.     So at at least two points after

3  April 2013 Mizuho followed up with Mt. Gox

4  and found out that Mt. Gox was in

5  negotiations with other banks to establish

6  new banking relationships.  Is that

7  correct?

8     A.     Yes.  Those banks also include

9  the Japan Post Bank.

10     Q.     You mentioned negotiations.  Did

11  Mizuho ever know whether Mt. Gox had

12  established relationships with any other

13  banks that could process its outbound wire

14  transfers to the United States or its U.S.

15  customers?

16     A.     Yes.

17     Q.     Yes, you do know that; and did

18  it establish a relationship with another

19  bank?

20     A.     According to the statement made

21  by Mark Karpeles we understand such new

22  banking relationship were established.

23     Q.     Okay.

24     When did you understand that a

25  new banking relationship was established

Page 89

CONFIDENTIAL

1    to service Mt. Gox's United States

2    customers?

3        A.      During May and June 2013, from

4    the conversation with the Mt. Gox banks.

5        Q.      Were these in-person meetings?

6        A.      Yes.

7        Q.      Did Mizuho have any

8    understanding of the wire transfer volume

9    that these other banks were able to handle

10   in terms of outbound wire transmissions to

11   United States customers?

12       A.      We are not monitoring the number

13   of wire transactions so we don't know

14   number of the transaction or volume of the

15   transaction Mt. Gox request to other

16   banks.  We are not aware of it.

17       Q.      In this same time period,

18   May 2013, was Mt. Gox still making

19   outbound wire requests through its account

20   at Mizuho to accounts in the United

21   States?

22       A.      Up to June 21, 2013, we

23   continuously receive request from Mt. Gox

24   for outbound wire transfer.  I am pretty

25   sure that request includes remittance to

                                    Page 90

CONFIDENTIAL

1    the U.S. customers.

2         Q.    So in early June of 2013, did

3    the volume of requests from -- sorry.

4              Did the volume of outbound wire

5    requests initiated by Mt. Gox -- let me

6    strike that and start over.

7              In early June 2013, Mt. Gox

8    continued to make outgoing wire requests

9    through Mizuho.  Right?

10        A.    Yes.

11        Q.    Did the volume of those requests

12   in June 2013 decrease from the previous

13   month?

14        A.    I don't have exact numbers, but

15   I think pretty the same level.

16        Q.    Did the volume of outbound wire

17   requests remain at the same level up until

18   June 21, 2013?

19        A.    Yes, I believe so.

20        Q.    How about in that same time

21   period from, let's say, June 1st to

22   June 21, 2013, did the volume of incoming

23   wires to the Mt. Gox account change or

24   remain the same?

25        A.    I have no information about

Page 91

1    that.  As I said, we are not monitoring

2    such activities, the number of transaction

3    or volume of transaction in and out with

4    the Mt. Gox accounts.  But we hope the

5    number of transaction will be decreased

6    and then, you know, goes to zero

7    eventually.

8         Q.    So when did Mizuho decide to

9    eliminate its acceptance of any outbound

10   wire transfers from Mt. Gox?

11             MR. FORTINSKY:  Objection to

12       form.

13        A.    Mid of July -- mid of June.  Mid

14   of June.

15             MR. FORTINSKY:  Objection to

16       form.  States facts not in evidence.

17        Q.    Why did Mizuho decide to take

18   that step?

19        A.    The previous months -- there are

20   a couple of reasons.  One of them, Bank of

21   China and Citibank rejected to deal with

22   any money transfer related to the Mt. Gox.

23   And then also, Japanese FSA, financial

24   service agency -- this is governmental

25   authority overviewing the banking industry

Page 92

CONFIDENTIAL

1    of Japan -- made inquiry for the nature of

2    business of Mt. Gox.

3            Also, the U.S. Homeland Security

4    also took certain legal action to seizure

5    certain Mt. Gox assets.  Those kind of

6    events will be the trigger for Mizuho to

7    make a decision to stop banking

8    relationship with Mt. Gox.

9        Q.    And specifically stop accepting

10   the outbound wire transfers?

11           MR. FORTINSKY:  Objection to

12       form.  States facts not in evidence.

13       A.    That was the first step.  But

14   ultimately we are aiming at terminate any

15   banking transaction with Mt. Gox.

16       Q.    So the ultimate goal was for

17   Mizuho to sever its banking relationship

18   with Mt. Gox?

19       A.    Yes.

20       Q.    The actions by Bank of China and

21   Citibank, you said those occurred in the

22   months prior to June 2013?

23       A.    Yes.  As far as I remember it

24   happened end of May or early June.

25       Q.    Do you know why Bank of China

Page 93

CONFIDENTIAL

1  rejected wire transfers related to Mt.

2  Gox?

3      A.    At the time probably, even in

4  China, there are bad reputation about the

5  bitcoins; bitcoin could be used for some

6  illegal activities.

7      Q.    So, was it your understanding

8  that Bank of China -- sorry.  Was it

9  Mizuho's understanding that Bank of China

10  was concerned about bitcoin more generally

11  or was it a concern about Mt. Gox

12  specifically?

13      A.    I think it is bitcoin itself.

14      Q.    How about with Citibank?

15      A.    Citibank also reject to deal

16  with any money transfer relating to Mt.

17  Gox.  So, I thought the same reason, the

18  nature of bitcoin could be used for

19  illegal misconduct.

20      Q.    Okay.

21      A.    And then Citi also thought they

22  not want to be involved such money

23  transfer because of the reputational

24  reasons.

25      Q.    Because of the reputational

Page 94

CONFIDENTIAL

1    reasons of bitcoin?

2        A.    Yes.

3        Q.    You referenced the FSA.  Was it

4    an investigation that the FSA was involved

5    in?

6        A.    We are not direct parties for

7    such investigation, but as far as we heard

8    Japanese FSA makes certain inquiry

9    directed to Mt. Gox.

10       Q.    Did you know anything about the

11   nature of those inquiries?

12       A.    I am not sure because we are not

13   party to that investigation or inquiry.

14       Q.    All you knew is there were

15   inquiries being made?

16       A.    Yes.  But that is important to

17   Mizuho because Japanese FSA is our direct

18   authority.  And then when they say they

19   had certain concern about the nature of

20   business of Mt. Gox, that making red

21   flag --

22       Q.    Making what?

23             MR. FORTINSKY:  Red flag.

24             THE WITNESS:  Red flag.

25       Q.    The FSA didn't give Mizuho any

Page 95

CONFIDENTIAL

1    indication about what its concerns were?

2        A.    Usually they don't make any

3    comment for their own investigation or

4    concerns so we don't know any conclusion

5    they got or, you know, the final outcome

6    of their inquiry.  We don't know anything

7    about that.

8        Q.    You mentioned U.S. Homeland

9    Security in the same time period, too.

10   What happened with U.S. Homeland Security?

11       A.    I learn from the internal

12   records, that explained -- from the media

13   reports, that U.S. Homeland Security

14   seizured Mt. Gox assets held by certain

15   Mt. Gox-related companies operating in the

16   U.S.

17       Q.    And you just learned about that,

18   you said, from public media reports?

19       A.    Public media.

20       Q.    So at the time, in this time

21   period June 2013, were Mizuho's concerns

22   about -- were Mizuho's concerns directed

23   at bitcoin more generally, or specifically

24   to something it suspected Mt. Gox was

25   doing?

Page 96

CONFIDENTIAL

1      A.      Actually, that two matter, it's

2   very similar because Mt. Gox was the

3   largest bitcoin exchange.  So bitcoin

4   general, meaning Mt. Gox itself.  We

5   thought that way.  You know, when we see

6   bitcoin industry have some problem, that

7   direct impact to the Mt. Gox business.

8      Q.      Okay.  In this time period did

9   Mizuho think there was anything criminal

10  about the process of exchanging bitcoin

11  for money?

12     A.      All we know is just reputation,

13  not solid evidence.  So we do not conclude

14  bitcoin or Mt. Gox did a wrong thing.

15  Just a concern, not solid evidence at that

16  time.

17     Q.      So, was Mizuho concerned that by

18  continuing its business relationship with

19  Mt. Gox Mizuho's reputation would be

20  harmed?

21     A.      Yes.  That is what we would be

22  worried about.

23     Q.      Were there any other concerns or

24  was it mostly about Mizuho's reputation in

25  doing business with a bitcoin-related

Page 97

CONFIDENTIAL

1    entity like Mt. Gox?

2            MR. FORTINSKY:   Objection to

3        form.

4        A.    The reputation is also, you

5    know, our main -- one of main concerns.

6    But also in the future, the governmental

7    authority penalize Mizuho because we are

8    supporting the transfer or banking

9    transaction with Mt. Gox.  So, that's

10   another part of our concern.

11           Reputation is present, but

12   future penalized by the authority is

13   another, you know, concern we had.

14       Q.    When you say "reputation is

15   present," what did you mean?

16       A.    When the media said Mizuho is

17   supporting the Mt. Gox business, the

18   bitcoin business, then the people think

19   bitcoin is a bad thing.  And then Mizuho's

20   reputation currently, present reputation

21   will be harmed.

22       Q.    Its present reputation?

23       A.    Present reputation.

24       Q.    Got it.

25           At the time that Mizuho

Page 98

CONFIDENTIAL

```
 1    indicated it would no longer accept
 2    outbound wire transfers, what date was
 3    that?  It was June something.
 4         A.    We propose stopping outbound
 5    wire transfer probably many times before
 6    June 21st.  But at the meeting with Mark
 7    Karpeles as of June 17th we definitely
 8    told him, told Mark Karpeles we will stop
 9    outbound wire transfer services as of
10    June 21st.
11         Q.    June 21st?
12         A.    Yes.  And he said "I
13    understand."  So we had a mutual agreement
14    to stop such outbound wire transfer
15    services.
16         Q.    Do you know whether, as of that
17    time, June 21st, Mt. Gox actually had any
18    other banking partners that could handle
19    the volume of outbound wire requests that
20    it had been submitting to Mizuho?
21         A.    At the time of the June 21st,
22    our information resource is from the
23    comments made by Mark Karpeles.  But early
24    July 2013, Mark Karpeles said Mt. Gox use
25    Japan Post Bank as an alternative.
```

Page 99

CONFIDENTIAL

1    Q.    But as of June 21st, did Mt. Gox
2    indicate whether it had an alternative for
3    the outbound wire transfers that were
4    previously handled by Mizuho as of that
5    date?
6    A.    Prior to June 21st Mark Karpeles
7    also said they negotiated with other banks
8    and they opened account with the other
9    banks.  So we thought Mt. Gox is ready to
10   use other banks.
11         Then our assumption was
12   confirmed by Mark Karpeles in the meeting
13   occurred in July, just a week later from
14   June 21st. You know, they confirmed they
15   used Japan Post Bank as an alternative.
16   Q.    Before June 21, 2013, did Mizuho
17   conduct any -- investigate at all what
18   effect the stopping of outbound wire
19   transfers would have on the Mt. Gox
20   exchange?
21   A.    Tell me once again?
22   Q.    Sure.  Before June 21, 2013, I
23   understand Mizuho had several
24   communications with Mark Karpeles about
25   Mt. Gox's efforts to open new bank

Page 100

CONFIDENTIAL

1    Q.    Do you know whether Mt. Gox ever
2  sent Mizuho drafts of public statements
3  for its review before they were either
4  posted on its home page or disseminated to
5  customers?
6    A.    No.    Usually -- it is their home
7  page.    We are not involved to review
8  beforehand in the bank any contents of
9  their statement.
10   Q.    Were there any limitations --
11  strike that.
12          Under Mt. Gox's contract with
13  Mizuho, were there any limitations on Mt.
14  Gox's ability to publicly discuss its
15  relationship with Mizuho with third
16  parties?
17   A.    There are no such restrictions
18  in the agreement.
19   Q.    If you can go back to Exhibit 2
20  for me?  You can put that aside and we'll
21  come back to it.  Let's look at Exhibit 2
22  real quick.  Do you have Exhibit 2 in
23  front of you?
24   A.    Yes.
25   Q.    Great.  If you go to the page

Page 115

CONFIDENTIAL

1    A.    Yes.  I am done to review.

2    Q.    What is your understanding of

3  what that paragraph discusses?

4    A.    This sentence refer to the web

5  page statement which you mentioned in

6  previous page as of the June 20th -- the

7  U.S. dollar withdrawal is suspended for

8  two weeks.  Then this sentence means we

9  don't have any explanation from Mt. Gox

10  regarding this web page announcement.  But

11  our concern is -- the reason of such

12  delay, reason of suspend, Mt. Gox accusing

13  the bank's responsibility.  Mt. Gox saying

14  because of the bank relationship reason

15  that outbound wire transfer is suspended.

16        So, it seems if somebody read

17  this web page announcement, some person

18  may think that way.  So that's our

19  concern.  So we will keep watching the

20  development.

21    Q.    Is it correct, then, that Mizuho

22  was concerned that Mt. Gox would try to

23  attribute processing delays to the bank?

24    A.    Real reason of the delay was

25  caused by Mt. Gox internal process.  Short

Page 129

CONFIDENTIAL

1      A.     This is the legal consultation
2  with our outside law offices, so called
3  Shimada law office.  At the time,
4  January 2014, we are definitely, you know,
5  try to close the account.  But according
6  to the legal counsel's advice, we still
7  don't have solid evidence for compulsory
8  closure of the accounts.
9           So, we discuss certain
10 alternative proposal to Mt. Gox, to
11 request Mt. Gox to submit certain
12 additional promise, like a covenant
13 related to the deposit accounts.  Even
14 though we are not legally permissible to
15 close the account at that time, instead of
16 that, you know, submitting these
17 additional covenants may protect Mizuho.
18           If Mt. Gox violate some of the
19 covenants included here, then we are
20 legally permissible to close the account.
21      Q.     Just for the record, the
22 covenants or, I guess, the draft covenants
23 you are referring to appear on MIZUHO 3769
24 and 3770?
25      A.     That's right.

Page 142

CONFIDENTIAL

1    Q.    Do you know whether these

2  covenants were ever sent to Mt. Gox?

3    A.    No.

4    Q.    They weren't sent, or you don't

5  know?

6    A.    It's not sent to Mt. Gox.

7    Q.    Do you know why they weren't

8  sent?

9    A.    I believe there is some

10  discussion.  We are thinking about those

11  covenants, but Mt. Gox says no because

12  they would like to keep the account,

13  whatever reasons.

14    Q.    I don't understand what you mean

15  by "Mt. Gox says no" in your answer.

16         MR. FORTINSKY:  Objection to

17     form.

18    A.    Because the previous month we

19  repeatedly request them, "Please give us

20  consent to close the accounts."  But Mt.

21  Gox said no repeatedly.  So, we understand

22  they will not consent to Mizuho's request

23  to close the accounts.

24         So, this is the alternative

25  proposal.  At this time of January 2014 we

Page 143

CONFIDENTIAL

1    are not legally permissible to close the
2    account, but by this additional covenants
3    may could be triggered future closure, a
4    compulsory closure.
5        Q.    The idea is that if Mt. Gox
6    agreed to these covenants and then
7    violated them, that would give Mizuho
8    cause to close the account?
9        A.    That's right.
10       Q.    Then what I am trying to
11   understand is, I guess first of all, you
12   said that these covenants were not sent to
13   Mt. Gox.  Is that right?
14       A.    Or even though they receive
15   these covenants, they didn't agree to
16   submit this.
17       Q.    Okay.  So these covenants might
18   have been given to Mt. Gox but Mt. Gox did
19   not agree to abide by them?
20       A.    On that point I am not quite
21   sure, that this draft sent to Mt. Gox or
22   Mt. Gox says no to the draft.  That point,
23   I am not sure.
24       Q.    But it sounds like you are sure
25   that Mt. Gox never agreed to be bound by

CONFIDENTIAL

```
 1        A.      Yes.   I am done.
 2        Q.      I will represent to you that
 3   this is a printout that we created from
 4   the internet archive of the website that
 5   appears on the bottom of the page starting
 6   with https//www.mtgox.com/press_release_
 7   20130620.html.
 8               You had a chance to look over
 9   the content of that document?
10        A.      Yes.   This is the material we
11   talked about, Mt. Gox saying certain U.S.
12   dollar transfer will be delayed or
13   suspended for a certain period of time.
14        Q.      Right.
15        A.      That is the information from
16   this statement.
17        Q.      And when you are referring to
18   the information we discussed before, it
19   was the discussion of information that
20   appeared on the Mt. Gox home page shortly
21   before the withdrawals were --
22        A.      That's right.
23        Q.      I know we discussed that Mizuho
24   was monitoring this post, but did it
25   contact Mt. Gox specifically about this
```

Page 152

CONFIDENTIAL

1  post?

2      A.     I don't think so because the

3  June 20th is one day prior to the last day

4  of our outbound wire transfer processing.

5  So, already both sides, Mizuho and Mt.

6  Gox, already understand, recognize that

7  termination of the services will take

8  place June 21st.  This statement

9  corresponding to that decision.

10     Q.     The day before that decision was

11  to gain effect?

12     A.     Right.

13     Q.     So you don't know whether Mizuho

14  contacted Mt. Gox regarding the content of

15  Plaintiffs' Exhibit 11?

16     A.     As I told you before, as of

17  June 17th, we already got the consent from

18  Mark Karpeles for stopping wire transfer.

19  So, this is dated as of June 20th.  So in

20  a sense we already know this kind of

21  statement will be posted to announce

22  certain changes for the U.S. dollar

23  denominated transfer.

24     Q.     When we looked at -- you are

25  welcome to pull up group Exhibit 7 again.

Page 153

CONFIDENTIAL

1    The part we were talking about is on page

2    3766.  Turn there for context.  Are you

3    there?

4         A.    Yes.

5         Q.    We are looking at that number 3

6    in brackets down at the bottom again.

7         A.    Right.

8         Q.    We discussed that one reason

9    that Mizuho was paying attention to this

10   post was that out of concern that Mt. Gox

11   would try and blame Mizuho for the issues

12   with outbound wire transfer requests.

13   Right?

14        A.    Yes.

15        Q.    So I understand you are saying

16   that the issue of stopping the outbound

17   wire request was discussed with Mark

18   Karpeles before this point, but, to your

19   knowledge, did Mizuho nevertheless contact

20   Mt. Gox about the content of the post that

21   is shown on Exhibit 11, again perhaps out

22   of concern that Mt. Gox was going to try

23   and blame Mizuho Bank for something?

24        A.    This statement, Exhibit 11,

25   directly comments on any accusation of

Page 154

CONFIDENTIAL

1   bank side.  It says delay was caused by

2   increased volume.  It didn't specifically

3   blame the bank side.  But the statement on

4   the MIZUHO 3766 saying -- going forward

5   there are possibility Mt. Gox blame Mizuho

6   for the delay.  There is a possibility we

7   can expect, anticipate.  That's why we

8   need to monitor the further development on

9   those situations.

10      Q.    So was Mizuho concerned, looking

11  at Exhibit 11, that Mt. Gox said that its

12  bank had difficulty processing

13  transactions smoothly and within a timely

14  basis and has caused unnecessary delays

15  for global customers?

16      A.    Mm-hmm.

17      Q.    Was Mizuho concerned about that

18  statement?

19      A.    Yes, but this sentence does not

20  directly accusing the bank.  But

21  Exhibit 3766 is saying we don't have any

22  explanation from Mt. Gox side for the

23  meaning of those sentences.  So, we need

24  to watch the future development on this

25  situation.

Page 155

CONFIDENTIAL

1      Q.     Did Mizuho ever contact Mt. Gox

2   to try and get an explanation for the

3   meaning of those sentences?

4      A.     Well, actually a month later,

5   August 5th, there is another press release

6   by Mt. Gox.  In that press release Mt. Gox

7   saying due to the relationship with their

8   banks certain delay was caused.  At that

9   time we raised a complaint to Mt. Gox

10  because such delay was caused by Mt. Gox

11  internal process due to the short staff,

12  not by the bank's situation.

13         So, we had -- we send a comment,

14  you know, complaint about that.  But not

15  this time, June 20th statement.  We didn't

16  make any comments.  A month later,

17  beginning of August, we made comments.

18     Q.     How was that complaint made?

19  Was it by email?  Phone?

20     A.     No.  We met -- we had a meeting

21  with Mt. Gox and then directly convey our

22  message to Mt. Gox.

23     Q.     Do you know what Mt. Gox did in

24  response to that complaint?

25     A.     They said that they didn't

Page 156

CONFIDENTIAL

1   specifically mention Mizuho Bank, it's our

2   bank.  We thought that press release is

3   misleading for the reader of that press

4   release.  Somebody may think such delay

5   was caused by, you know, our bank, "our

6   bank," meaning Mizuho Bank.

7        Q.    Did Mizuho request that Mt. Gox

8   change the content of that August 5th

9   post?

10       A.    Yes, we did.  We requested to

11  make change.

12       Q.    Did Mt. Gox make any change, to

13  your knowledge?

14       A.    No.  The first they respond they

15  will do that.  But later on they changed

16  their mind and then they didn't make any

17  change for that press release.

18       Q.    Do you know if they ever just

19  took the post down -- I am sorry.  The

20  press release on August 5th I am referring

21  to.  Do you know if they ever just took

22  that off of their website?

23       A.    Alternatively we requested them

24  to post down that press release as of

25  August 5th.  But they also rejected such

Page 157

CONFIDENTIAL

1    post down the press release.

2        Q.    By "post down," you mean to take

3    the web page down?

4        A.    Yes.  Take it out.

5        Q.    Were there any other instances

6    where Mizuho complained about public

7    statements that Mt. Gox made on its

8    website?

9        A.    There is only one instance,

10   which is the August 5th press release.

11           MR. THOMASSEN:  Let me mark

12       this.

13           (So marked for identification as

14       Plaintiffs' Exhibit 12.)

15       Q.    I am handing you what has been

16   marked Exhibit 12.  Exhibit 12 is a

17   one-page document Bates stamped MIZUHO

18   1305.

19           (Pause.)

20       A.    Okay.  I am done.

21       Q.    Do you recognize Exhibit 12?

22       A.    This is the deposit account

23   statement.  It shows credit or debits from

24   Mt. Gox accounts.

25       Q.    I am just going to gather some

Page 158