Exhibit 13



# Certificate of Accuracy

STATE OF NEW YORK)

SS:

COUNTY OF KINGS)

This is to certify that the attached documents:

- **Mizuho business record, dated June 7, 2013**
- **Mizuho business record, dated June 21, 2013**
- **Mizuho business record, dated June 28, 2013**
- **Mizuho business record, dated July 29, 2013**
- **Mizuho business record, dated August 19, 2013**
- **Mizuho business record, dated September 30, 2013**
- **Mizuho business record, dated October 31, 2013**
- **Mizuho business record, dated November 20, 2013**
- **Mizuho business record, dated July 17, 2013**
- **Mizuho business record, dated August 30, 2013**

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Japanese language into the English language.

Hafida Santoudji

Sworn to and subscribed before me

this _1st_ day of _February_ 2018

Notary Public

FARMER RAMOS
NOTARY PUBLIC, State of New York
No. 01RA6303309
Qualified in Bronx County
Commission Expires March 31, 2019

| Customer Name<br>MTGOX<br>Corporation | Rating | | Information Classification<br>Selection<br>MB | | HQ Recipients:<br>Compliance Management Division,<br>Operational Service Promotion Division. | |
|---|---|---|---|---|---|---|
| | | | "MA" information is stored according to rules | | Branch Number<br>2101 | Branch Name<br>Shibuya Group No.1 |

Transaction History Record Sheet

| Date | June 7, 2013 | | Time | 10:00~10:40 | Branch Manager | Asst. Branch Manager | Section Mgr. | | Person in Charge |
|---|---|---|---|---|---|---|---|---|---|
| Location | Reception Room at our company | | Method | Visit | [seal Akiyama] | [seal illegible] | [seal Kano] | | [seal Kiyomizu] |
| The other party | Mark Karpeles, CEO<br>Iritori, Secretary<br>Ishikawa, Person in Charge | | Our party | Akiyama<br>Branch<br>Manager<br>Kiyomizu | Already sent ← Apply "○" when sending a copy to HQ | | | | |

| Details | Regarding distribution to other banks | | | Ad hoc review | | Insider information | | | Complaints | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | None | Trivial | Applicable | Not applicable | applicable |
| | | | | | ○ | ○ | | | ○ | |

| Interview Overview | Credit Case/Products | | | | | | Others | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case acceptance | Internal study | Client proposal | Product Selection | Negotiations of Conditions | Explanation on important items | Explanation of Refusal | Customer Withdrawal | Information Collection | Understand Actual Situation | Understand Needs | Sales | Others |
| | | | | | | | | | ○ | | | | |

1. A visit was made with branch manager, and a report has been provided [below] with regards to the result of negotiation on the distribution to other banks
2. Outline of statements

Branch Manager) Bank of China is currently rejecting remittances, and there are concerns that such actions may also spread to other banks. We can't say that there is no possibility of our bank carrying out the same transactions as the Bank of China, and if these actions spread to other banks then our bank will no longer be able to continue engage in transactions.

Other party) We are not as equipped as other financial institutions to deal with money laundering, but we are performing system checks, etc.

Also, in addition to our previous efforts, we have been proceeding forward with localizing transactions to allow US users the capability to carry out transactions in the US.

Branch Manager) How is the progress in fulfilling the long-standing request of distribution to other banks? Although the number of transactions at our feel have been decreasing, but if the number of transactions does increase in the future, we cannot cause any problems from a systems point of view, and concentrating transactions at [only] one bank is not good. Up until now, with respect to confirmation with people other than those subject to the OFAC, there were cases where the response from your company came after a number of days had passed as well as cases where your company could not confirm and inquiries had to be made among the banks thus leading to requests for return of funds since the Remitter could not provide documents to confirm personal identification. Therefore, we cannot say there are no problems from the perspective of money laundering and reputation risks. We fear the possibility that your company is unintentionally involved in money laundering and inflow of black money, and in such cases we would need to freeze the account immediately.

Other party) If subsidiaries could be established in the US (it would take at least 6 months), then more than half of the transactions would be performed from the US, and it may be possible to decrease the number of transactions. In terms of transactions with domestic financial institutions, from the 2 perspectives of 1) automation of transactions and 2) handling and processing fees associated with lifting fees, I think it would be the two megabanks: MUFG and SMBC. As for MUFG, next week the systems department is planning to visit us and we have the impression that discussions (which also includes lifting fees, etc.) will go successfully, and SMBC is once again requesting for opening of an account. Furthermore, at Resona, procedures would be carried out via fax, which is not realistic. Citi has also expressed their desire to open an account, and currently the branch company in Japan is reaching out to the headquarters in the US, which looks like it will take some time.

Branch manager) Transaction automation and fees are of course important, but we may reach a situation where we may suddenly be unable to carry out transactions so we would like a mechanism set in place at Resona and other banks that allows for remittances. Also, in terms of handling and processing fees, administrative costs have risen beyond original expectations and the handling and processing fees are currently being reviewed, so we would like this to be taken into consideration as well. As discussed at the previous meeting, we would like to plan for some progress to be made by the 14th.

Other party) I understand

(continues on the next page)

- When making a record concerning such matters as transaction history concerning overseas Japanese [companies], please issue an "Overseas Japanese Checksheet".
- For interview records concerning securities cooperation, fill in a "Securities Cooperation Record" (in principle, this format cannot be used).
- For interview records to which complaints apply, follow the procedures to prepare a "Complaint Response Record Sheet".
- For parties where there is concern of bankruptcy, when necessary, note ranking, off balance limit, the existence of any interested parties other than the primary person and representatives, and self-assessment results (timing and each classification amount)

(When appropriate, use the "Transaction History Record Sheet" (3112Y081-4))

Printing Number: F88CM-DPBE9-NGN3P-VTDDH-VR870-6

3112Y081 "Transaction History Records" (5Y) 11.7

CONFIDENTIAL

MIZ_0003441

| Client Name<br>MTGOX<br>Corporation | | Date<br>June 7, 2013 (Monday) | Branch Number<br>Branch Name<br>210<br>Shibuya Group No.1 |
|---|---|---|---|

※This format is used for page 2 and beyond (this format is not used for page 1).

**Transaction History Record Sheet (continued ※)**

3. Observations

(1). Based on the history up until now, we have many concerns about whether or not transactions can be continued at our bank. Depending on the situation, it is possible that transactions may be suspended. The branch manager has already explained about the support being provided to our bank which is centered on foreign banks as well as ascertaining an approach for distributing [accounts from] our bank to other domestic banks.

(2). Set a certain grace period and work towards cancelling the transactions.

Printing number: GJ79A-GH8MC-34GTJ-BLNGN-B9D4P-7
CONFIDENTIAL

MIZ_0003442