# Exhibit 14



# Certificate of Accuracy

STATE OF NEW YORK)
                           SS:
COUNTY OF KINGS)

This is to certify that the attached documents:

- Mizuho business record, dated June 7, 2013
- Mizuho business record, dated June 21, 2013
- Mizuho business record, dated June 28, 2013
- Mizuho business record, dated July 29, 2013
- Mizuho business record, dated August 19, 2013
- Mizuho business record, dated September 30, 2013
- Mizuho business record, dated October 31, 2013
- Mizuho business record, dated November 20, 2013
- Mizuho business record, dated July 17, 2013
- Mizuho business record, dated August 30, 2013

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Japanese language into the English language.

_____
Hafida Santoudji

Sworn to and subscribed before me
this 1st day of February 2018

_____
Notary Public

FARINEO RAMOS
NOTARY PUBLIC, State of New York
No. 01RA6300308
Qualified in Bronx County
Commission Expires March 31, 2018

| | |
|---|---|
| From: | hideto.oomura@mizuho-bk.co.jp [hideto.oomura@mizuho-bk.co.jp] |
| Sent: | Friday, June 21, 2013 6:35:28 PM |
| To: | kouji.arita@mizuho-bk.co.jp; masato.yasuhara@mizuho-bk.co.jp |
| CC: | hiroaki.okumura@mizuho-bk.co.jp; toshiyuki.shimada@mizuho-bk.co.jp; yuusuke.izumi@mizuho-bk.co.jp; tomoji.sudo@mizuho-bk.co.jp; hiroki.matsui@mizuho-bk.co.jp; shiho.higashi@mizuho-bk.co.jp; hiroshi.uehara@mizuho-bk.co.jp; hisashi.fujita@mizuho-bk.co.jp; ichirou.hamada@mizuho-bk.co.jp; kiyotaka.imaizumi@mizuho-bk.co.jp; koichi.fujimaki@mizuho-cb.co.jp |
| BCC: | hideto.oomura@mizuho-bk.co.jp |
| Subject: | Fw: Company M matter (Status report) |
| Attachments: | 20130621report.doc |

General Manager Arita, General Manager Yasuhara:

I have received the following email from Compliance and I am working on it. I will talk with Company M next Friday (28) starting at 11:30 at the Shibuya Branch. Thank you.

Operations Services Promotion Department

Operations Management #2 Team      Hideto Oomura

TEL 03-3596-1525, extension 31204

FAX : 03-3502-0207    MN312614

*****************************************

--Sender: Hideto Oomura / Operations Services Promotion Dept / Mizuho Bank  Sent:    June 21, 2013, 05:35 PM---

To:  masakane.koike@mizuhofg.co.jp

Sender:  Hiroaki Aikawa / Compliance Management Department / Mizuho Bank

Date sent:    June 21, 2013     05:15 p.m.    Shinji Akiyama, Mizuho Bank; Hideto Oomura, Operations Services Promotion Department Mizuho Bank; Y. Kinoshita / Operations Planning Department, Mizuho Bank; Keiichi Suzuki, Business Office Operations #4 Department, Mizuho Bag; Yasuo Nagano, Management Planning Department, Mizuho Bank, Yasuhiro.sasaki@mizuhofg.co.jp; Y. Okuda, Customer Service Department, Mizuho Bank, S. Fujiwara, Legal Department, Mizuho Bank; Tatsuo Kobayashi, Compliance Management Department, Mizuho Bank; Shunsuke Fukuma, Compliance Management Department, Missouri Bank; Chiho Suzuki, Legal Department, Mizuho Bank; Mitsuo Otani, Compliance Management Department, Mizuho Bank; Tatsushi Hanamori, Compliance Management Department, Mizuho Bank

Subject: Company M matter (Status report)

Managing Director Koike (CC)    The following is a report on handling the captioned company subsequent to the Related Departments Committee meeting. We will continue to deal with the matter in coordination with the related departments and branches. (PW = the Company name in half-character lowercase letters)
*******************************************************

Mizuho Bank (MHBK Compliance Management Department, Financial Crimes Countermeasures Section
Hiroaki Aikawa (extension: 30673)

(Manager, Money Laundering Countermeasures Office: 8+614+5300)

1-1-5 Uchisaiwaicho, Chiyoda-ku, Tokyo 100-0011

Tel: 03-3596-1680    Fax: 03-3501-1256 M-Net 312803
*******************************************************

Please respond to the above email address if you do not wish to receive these emails. We will discontinue sending email.

We appreciate your understanding that this message contains information in response to the "Act on Regulation of Transmission of Specified Electronic Mail."

908057.00001

MB
June 21, 2013

(CC) Managing Director Koike
Related Departments

Compliance Management Department

| Gen. Manager | Assistant General Manager | CO | Financial Crimes Section |
|---|---|---|---|
|  |  |  |  |

### (Progress Report) Status of Dealing with MT GOX Co., Ltd. (Customer of Shibuya Branch)

The following is a report on the status of the response to the captioned company since the Related Department Committee Meeting (June 13).

1. Status of response this week

    (1) Request to cancel business (June 17)

    Request to cancel business made by Branch Manager Akiyama [name unconfirmed] to the president of MT GOX in view of the discussions in the Related Department Committee. Specifically, (1) Refusal of outbound remittances subsequent to June 24; (2) cancellation also of inbound remittances as soon as possible and provision of memorandum about transitional measures; (3) cancellation of account after cancellation of inbound remittances. The president said "We are aware of the bank's intentions," without committing himself one way or the other.

    (2) Questioning about the status of business development at other banks (June 17)
    The president said that they are in negotiations with SMBC and BTMU, but details are unknown.

    (3) Reaction on the MT GOX side (June 18, June 19)

    An email addressed to the Shibuya Branch was received from our attorneys (Baker & McKenzie law firm). The following is what the attorneys are asking for:

    ① They want to know whom to contact at Citibank because they want to contact Citibank to explain to them the nature and circumstances of the business.

    ② They want to talk to our bank, with MT GOX present, and discuss the potential (as well as the conditions) of continuing business.

    ③ They also want us to disclose what information has been reported by our bank to Citibank. Additionally, they want to discuss the presentation of additional information to Citibank (with Headquarters if possible).

    (4) Announcement on the MT GOX website (June 20)
    Announcement to MT GOX's customers that, "two-week suspension of the handling of withdrawals in dollars (= the company's outbound remittances)" as shown in the attachment. The reason given will be increased volume. We will say that there are no problems with remittances in other currencies, and will provide advance notice that an innovative new system for dollars will be released in the near future.

    (5) Status trace (June 21)
    The number of outbound remittances this week (since the request to cancel business) is decreasing. There was an email from the Shibuya Branch today reiterating that, starting next week, outbound remittances will be declined, and the response was "We are aware of the bank's intentions and we are consulting with our attorneys now." Also, the attorneys are checking on the memorandum, and it has not been submitted.

908058.00001

MB

2. Response after next week

   (1) Although there is no change in our policy of canceling business with MT GOX, we need to go about this carefully to mitigate risks. We believe that it is inappropriate to "turn them away at the door" when it comes to requests for discussions and the like. Specifically, we would like to handle matters as follows:

   ① Our bank will tell Citibank what the company's [MT GOX] intentions are and leave it to Citibank to decide what it wants to do after that. (Naturally, our bank is in a neutral position and we are only conveying our company's intentions; we are not aggressively demanding action.)

   ② We will meet with them (with this department and the operations service department in attendance if necessary). We will carefully and impartially listen to what they have to say, but in the absence of specific circumstances in which there is a significant improvement in the situation we've seen up to this point, there will be no change from our bank's policy of canceling business. We will reiterate our bank's awareness of risk as we have told them all along without disclosing detailed reasons, and clearly convey to them that, "after an overall assessment, we have come to the conclusion that we will cancel business and that there is no room to continue transactions."

   ③ We will explain that all we have done is send ordinary remittance advice to Citibank and we have not provided any other specific information.

   (2) After next week we will decline transactions if any outbound remittances are brought in. There will be a certain amount of friction with MT GOX, but we have already told them of our awareness of risk associated with the company's business and we have issued warnings about the possibility of declining [their business], so we have advised them that we will give them one week's grace and then formally decline [their business]. It's our bank's sense that that is a sufficiently careful approach and we have no other choice. Conversely, if we were to dawdle and extend the deadline, our policy of canceling business would end up becoming vague and we feel that is inappropriate. On the other hand, we cannot find any legal grounds for refusing deposits of inbound remittances (repayments to inbound banks), and if we were to do so, there is a strong likelihood that fingers would be pointed at us, so we do not intend to implement that at this point in time.

   (3) For now there is no explanation to our bank about the announcement on the MT GOX website, but we cannot say that it is impossible that there will be an explanation saying that the reason that remittances cannot be handled is the responsibility of the bank. We will monitor the situation carefully.

END

908058.00002