Exhibit 15



# Certificate of Accuracy

STATE OF NEW YORK)
                         SS:
COUNTY OF KINGS)

This is to certify that the attached documents:

- Mizuho business record, dated June 7, 2013
- Mizuho business record, dated June 21, 2013
- Mizuho business record, dated June 28, 2013
- Mizuho business record, dated July 29, 2013
- Mizuho business record, dated August 19, 2013
- Mizuho business record, dated September 30, 2013
- Mizuho business record, dated October 31, 2013
- Mizuho business record, dated November 20, 2013
- Mizuho business record, dated July 17, 2013
- Mizuho business record, dated August 30, 2013

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Japanese language into the English language.

_____
Hafida Santoudji

Sworn to and subscribed before me
this 1st day of February 2018

_____
Notary Public

FAPINES RAMOS
NOTARY PUBLIC, State of New York
No. 01RA6963369
Qualified in Bronx County
Commission Expires March 31, 2018

ERIKSEN TRANSLATIONS INC. / 50 COURT STREET, SUITE 700, BROOKLYN, NY 11201 / TEL 718-802-9010 / WWW.ERIKSEN.COM

| Client name | Ranking | | | | | Information Classification Selection | HQ Recipients: |
|---|---|---|---|---|---|---|---|
| MTGOX, Inc. | - | | | | | MB | Compliance Management Division, Operational Service Promotion Division |
| Branch Mgr | Asst. Branch Mgr | (illegible) | Section Mgr | Person in Charge | Transaction History Record Sheet | MA information is to be stored according to the rules. | Branch number / Branch name |
| [seal: Sakamoto] | [seal: Tsunoda] | [seal: (illegible)] | [seal: (illegible)] | [seal: (illegible)] | | | 2101 / Shibuya 1st Division |

| Date | 2013/06/28 | Time | 11:30 – 12:30 | Branch Mgr | Asst. Branch Mgr. | Section Mgr | Person in Charge |
|---|---|---|---|---|---|---|---|
| Location | 5F Meeting Room B in our branch | Method | visit | [seal: Akiyama] | [seal: Fusai] | [seal: Kanno] | [seal: Shimizu] |
| Names of other party | Refer to the below | Names of our party | Refer to the below | Already sent ← Apply "o" when sending a copy to HQ | | | |
| Details | HQ meeting | | | Ad hoc review: Required / Not required ○ | Insider information: No ○ / Trivial | Complaint: Applicable / Not applicable ○ / Applicable | |

| Interview overview (o seal) | Credit limit issue / products | | | | | | | Other | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case acceptance | Internal review | Proposal to customer | Product selection | Negotiation of conditions | Explanation of important items | Explanation of Refusal | Customer withdrawal | Collection of Information ○ | Understand Actual situation | Understand needs | Sales / Other |

Other party: CEO Mark Karpeles, Secretary Udaki, Mr. Gonzag Gei Bushri (all from MTGOX, Inc.) Attorney Jean-Denis Marx (Baker & McKenzie)

Our party: Director Aikawa (Compliance Management Division, Financial Crimes Section), Assistant Director Ohmura (Operational Service Promotion Division, 2nd Operational Management Team) Branch Manager Akiyama, Shimizu (all from the Shibuya branch)

1. This is a report on the results of the interview with HQ at our company visit to the branch
2. Overview of interview details
   (1) Concerning Citi

Other party: Citi refusing the remittance is a great threat to our company's business. We want to provide an explanation since we don't understand the reason for Citi's refusal.

Can we request cooperation in making a point of contact between Citi and our company?

Our party: While financial institutions generally communicate with each other, there is no mediation with clients of remitting banks and the banks receiving the remittances.

The reason for Citi's refusal is because of their compliance policy. Nothing more, nothing less.

Also, as previously communicated, although our bank contacted Citi, Citi replied that they have no plans to meet since it is not a customer of their own bank.

Making a point of contact with Citi through the bank is difficult. I think it would be best to ask through your own company's route.

   (2) Transactions with our bank

Other party: Currently, remittances from your bank to banks other than Citi have also stopped. Can you do remittances to banks other than Citi?

Our party: We said that unfortunately the bank cannot accept outward remittances as of last weekend.

Other party: Why are you trying to doing that even though the reason for Citi refusing the remittance is still unknown?

Our party: As the Section Mgr, Assistant Branch Mgr, and Branch Mgr have explained in order, while there is also the issue of Citi, there is the inherent risk of the bank becoming [unintentionally] involved due to bitcoin's investability, as well as the risk of inflow of gray and black funds. This is a result of a comprehensive judgment concerning these risks.

| |
|---|
| Outward remittances are already being refused, and there is also a great amount of arrears for incoming remittances. |
| Moving forward, we also want you to stop incoming remittances. Please remove Mizuho's name from the transfer deposit designated accounts. |

(continues on the following page)

-When making a record concerning such matters as transaction history concerning overseas Japanese [companies], please issue an "Overseas Japanese Checksheet".
-For interview records concerning securities cooperation, fill in a "Securities Cooperation Record" (in principle, this format cannot be used).
-For interview records to which complaints apply, follow the procedures to prepare a "Complaint Response Record Sheet".
-For parties where there is concern of bankruptcy, when necessary, note ranking, off balance limit, the existence of any interested parties other than the primary person and representatives, and self-assessment results (timing and each classification amount)
(When appropriate, use the "Transaction History Record Sheet" (3112Y081-4))

(illegible)                                                3112Y081 "Transaction History Record Sheet" (5Y) (illegible).7

2013/09/03   15:07

Print number   CZW7Z-ONCK6-FTKWJ-8PRSN-8

CONFIDENTIAL                                                                                           MIZ_0003467

| Client name | Date | Branch number | Branch name |
|---|---|---|---|
| MTGOX, Inc. | 06/28/2013 (Friday) | 210 | 1st Shibuya Division |

*Use as the form for page 2 onwards of the Transaction History Record Sheet (Don't use this form as the first page.)

| Transaction History Record Sheet (continued*) |
|---|
| Attorney: The business model of our company has no relation to investment, and there are no problems of actually concern. This is a legal business that has also already been explained to the Financial Services Agency and others. |
| We comply at a high level with AML policy concerning the inflow of gray funds, etc. Also, bitcoin itself has a high degree of traceability from cash and is safe. |
| Not even banks can bring money loan risk down to "zero", but can you decide whether our company's AML system is sufficient without inspecting it? |
| Our party: We don't perform inspections, and we are in position to even engage in such for that matter. This is the result of repeated careful discussion to date based on materials, etc. we have received. |
| Attorney: If we get Citi's understanding, then is there room to change your bank's stance concerning transactions? |
| Also, other remittance means, etc. need to be secured even just to cancel transactions with your bank, and this will take quite some time. Can your bank handle that in the mean time until [we can secure another remittance means]? |
| Our party: I believe that our bank's policies do not change based on Citi's policies. |
| Also, it is the view of our bank that the time thought to be reasonably necessary to secure other means has already been granted. |
| Attorney: I didn't know the stance of your bank. Shouldn't documentation be submitted for an important fact like this? |
| Our party: The Branch Mgr already made a visit and conveyed this to the President. |
| Attorney: … . Outward remittances from your bank have already stopped, but in the event that your bank permanently closed, what would happen with the deposits in your bank? |
| Our party: We can handle deposits sent to Mt. Gox (accounts at another bank). |
| Attorney: I understand. |
|    3.   Observations |
| Moving forward, we will continue to handle this carefully and thoroughly as before while checking with HQ. |

(illegible)

2013/09/03    15:07

(text cut off)

CONFIDENTIAL

MIZ_0003468