# Exhibit 16



# Certificate of Accuracy

STATE OF NEW YORK)
                        SS:
COUNTY OF KINGS)

This is to certify that the attached documents:

- Mizuho business record, dated June 7, 2013
- Mizuho business record, dated June 21, 2013
- Mizuho business record, dated June 28, 2013
- Mizuho business record, dated July 29, 2013
- Mizuho business record, dated August 19, 2013
- Mizuho business record, dated September 30, 2013
- Mizuho business record, dated October 31, 2013
- Mizuho business record, dated November 20, 2013
- Mizuho business record, dated July 17, 2013
- Mizuho business record, dated August 30, 2013

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Japanese language into the English language.

_____
Hafida Santoudji

Sworn to and subscribed before me
this _1st_ day of _February_ 2018

_____
Notary Public

FARIBES RAMOS
NOTARY PUBLIC, State of New York
No. 01RA6303568
Qualified in Bronx County
Commission Expires March 31, 2018

ERIKSEN TRANSLATIONS INC. / 50 COURT STREET, SUITE 700, BROOKLYN, NY 11201 / TEL 718-802-9010 / WWW.ERIKSEN.COM

Storage period: March 31, 2024:    Information classification

Issue date: July 29, 2013

Issue:

MB

## Interview / work record

| Preparing unit | 1st Shibuya Division | | |
|---|---|---|---|
| Director | Vice Director / Vice Branch Director | Assistant Director / Department Director | Manager |
| [seal: AKIYAMA] | [seal: KAZEMATSURI] | [seal: KANNO] | [seal: SHIMIZU] |
| *Copy recipients to be confirmed | | | POC: 87- |

210-21

| Name of the other party | MTGOX, Inc. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of interview | 2013/7/29 | | | Time | 15:30 – 15:45 | | | | Location | Meeting room at the company | | |
| Other party | CEO Mark Karpeles, Secretary Udaki | | | | | | | | | | | |
| Our party | Director Kanno, Shimizu | | | | | | | | | | | |
| Summary of interview | Credit limit issue / products | | | | | | | | Other | Ad hoc review | Insider information | | complaint |
| | Received | Internal review | Proposal to customer | Product selection | Negotiation of conditions | Explanation of important items | Explanation of refusal | Customer withdrawal | | | Minor | Pertinent | |
| | | | | | o | | | | | | | | |
| Issue | Information collection – Negotiations for fee stipulations | | | | | | | | | | | | |

Summary and observations

1. **History**
   This is the previous situation of the pending request to cancel the transactions. This time we negotiated for a review of all fees and a return to the provided fees.

2. **Main points**
   Our party: And what is the situation with efforts with other financial institutions?
   President: We are negotiating with multiple financial institutions. We are waiting for responses from these institutions so we still don't know when we can start.
   Our party: Is that so? About a month has passed since we requested transaction cancellation in June. Although currently outward remittances are stopped, there continue to be about 20 – 50 incoming remittances every day. Also, we are transitioning from the previous automatic processing of incoming remittances to partial manual procedures, and there is quite a cost burden. So now we would like to review the reduced and exempted fees and return to the stipulated fees in the attachment. Also, stopping reductions and exemptions does not mean that transactions will continue, but rather working toward future transaction cancellation.
   President: Yes…, I see.
   Our party: We look forward to your cooperation on this. This doesn't mean in a day or two. How about from next Monday (08/05)?
   President: Currently it takes 7 – 10 days to deposit incoming remittances, so we want to avoid this for at least current (deposit requests already made) customers.
   Our party: We will bring this back for consideration within the bank. It also wouldn't be good for the deadline to keep slipping, so how about from 08/12, for example?
   President: I see. Please consider that.
   Our party: Understood. We'll contact you again.

3. **Observation**
   We got approval for most of the fee stipulation requests. Also, internal branch discussion is complete for handling from 08/12. We will follow up toward smooth transaction cancellation through thorough and careful handling.

End of report

| Instructions / observations | | | | |
|---|---|---|---|---|
| Copy recipients<br>Compliance Management Division<br>Operational Planning Division | Date copy received | | | |
| | Director | Vice Director / Vice Branch Director | Assistant Director / Department Director | Manager |

(illegible)

3112Y081-2 Interview / work record (10Y) 13.07

(illegible)

Print number: MXYHP-R404K-KD4MJ-9MBVZ-GLMH7-4

MTGOX, Inc.

(unit: yen)

E-Business

|  | Current | Stipulated |
|---|---|---|
| Monthly fee | 5,000 | 20,000 |

*Draw down September fees*

Domestic exchange

|  | Current | Stipulated |
|---|---|---|
| Transfer fee<br>same branch, up to 30,000 yen | 0 | 0 |
| same branch, over 30,000 yen | 0 | 0 |
| different branch, up to 30,000 yen | 100 | 200 |
| different branch, over 30,000 yen | 100 | 400 |
| different bank, up to 30,000 yen | 200 | 500 |
| different bank, over 30,000 yen | 200 | 700 |
| Salary transfer fee    same branch | 0 | 0 |
| Salary transfer fee<br>different branch | 50 | 100 |
| Salary transfer fee<br>different bank | 100 | 300 |

Foreign exchange

|  | Current | Stipulated |
|---|---|---|
| Outward remittance fee | 1,000 | 4,000 |
| Incoming remittance fee | 1,000 | 1,500 |
| Lifting fee | 0 | 1/20% * |
| Return request fee | 1,000 | 4,500 |
| Exchange commission**    USD | 10 | 100 |
| Exchange commission**    EUR | 15 | 150 |
| Exchange commission**    GBP | 36 | 360 |

*min fee 2,500 yen

**The unit for exchange commission is Sen (1/100 yen). 90% reduction and exemption for other currencies as well → switch to stipulations

(illegible)

(illegible)

Printing Number: 95NAM-RQZRN-9AD8A-BNW92-8MDXZ-9