Exhibit 17



# Certificate of Accuracy

STATE OF NEW YORK)
                       SS:
COUNTY OF KINGS)

This is to certify that the attached documents:

- Mizuho business record, dated June 7, 2013
- Mizuho business record, dated June 21, 2013
- Mizuho business record, dated June 28, 2013
- Mizuho business record, dated July 29, 2013
- Mizuho business record, dated August 19, 2013
- Mizuho business record, dated September 30, 2013
- Mizuho business record, dated October 31, 2013
- Mizuho business record, dated November 20, 2013
- Mizuho business record, dated July 17, 2013
- Mizuho business record, dated August 30, 2013

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Japanese language into the English language.

_____
Hafida Santoudji

Sworn to and subscribed before me
this 1st day of February 2018

_____
Notary Public

FARIHEE RAMOS
NOTARY PUBLIC, State of New York
No. 01RA6903360
Qualified in Bronx County
Commission Expires March 31, 2018

Z00648FF

2013/08/20 18:27

Storage period: March 31, 2024:   Information classification

Issue date: August 19, 2013

Issue: Press release

MB

## Interview / work record

| Preparing unit 1st Shibuya Division | | | |
|---|---|---|---|
| Director | Vice Director / Vice Branch Director | Assistant Director / Department Director | Manager |
| [seal: AKIYAMA] | [seal: KAZEMATSURI] | [seal: KANNO] | [seal: SHIMIZU] |

*Copy recipients to be confirmed     POC: 87-

210-21

| Name of the other party | MTGOX, Inc. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of interview | 2013/8/19 | | | Time | 11:00 – 11:15 | | | | Location | | 8th floor at our company | |
| Other party | CEO Mark Karpeles, President Secretary Udaki | | | | | | | | | | | |
| Our party | Branch Manager Akiyama, Director Kanno, Shimizu | | | | | | | | | | | |
| Summary of interview | Credit limit issue / products | | | | | | | | Other | Ad hoc review | Insider information | | complaint |
| | Received | Internal review | Proposal to customer | Product selection | Negotiation of conditions | Explanation of important items | Explanation of refusal | Customer withdrawal | | | Minor | Pertinent | |
| | | | | | | | | | ○ | | | | |
| Issue | Transaction cancellation scheduled time | | | | | | | | | | | | |

Summary and observations

1. The transaction cancellation scheduled time was confirmed for the branch manager's accompanied visit.

2. Overview
   Our party: It is unfortunate that some of the expressions in the press release of the other day are seen as problematic for our bank. Incidentally, quite some time has passed since our transaction cancellation request. What is the status?
   Other party: Talks are progressing between The Bank of Tokyo-Mitsubishi UFJ and Resona Bank. We think transactions will begin next week. The investigation into our company has already ended (2nd line), and now there is an investigation into Tibanne Co., Ltd. and myself (CEO). When there is a communication approving the commencement of transactions, we will begin online (e-business) procedures, and if things go well I think we will be able to transfer money from the week after next. Also, we began using the Shinsei Bank GoRemit overseas money transfer service from today (We don't have an account at Shinsei Bank). Other than that, we set up a yen savings account at the post office. With this, there is no longer need for prepayment.
   Our party: Our understanding is that your business is the brokerage of bitcoin transactions, but now our savings remain in the 5-billion-yen range.
   Other party: Around 10% is our interest, and the remaining 90% is deposits from customers. In our business, first we receive money transfers from customers to us. Customers can purchase bitcoins after we confirm the money transfers.
   Our party: Deposits? In that case, aren't authorization and other things necessary?
   Other party: We have made an explanation to the Financial Services Agency about relevant deposits, and are confirming that there is no problem.
   Our party: Is that so? I see. By the way, what about Bitcoin Japan that Shimizu asked about the other day?
   Other party: They are our customer and are not relevant. We have a registered trademark for Bitcoin, and no particular regulations on company names, etc. can be made.
   Our party: Understood.

3. Observations
   They have begun transactions with Shinsei Bank, and will soon start transactions with Mitsubishi and Resona. We will continue to follow this.

Instructions / observations

| Copy recipients Compliance Management Division Operational Planning Division | Date copy received | | | |
|---|---|---|---|---|
| | Director | Vice Director / Vice Branch Director | Assistant Director / Department Director | Manager |
| | | | | |

Z003AFAF

3112Y081-2 Interview / work record (10Y) 13.07

2013/09/03 15:07

Printing Number:   ACA2B-4B349-4QLW3-2RSN7-PEACA-6

GoRemit Shinsei Overseas Money Remittance Service / Shinsei Bank   &lt;reference&gt;   Z00648FF

Page 1 of 4   18:27

**Shinsei Bank**   From here you are entering the Shinsei Bank website. Shinsei Bank does not make guarantees concerning sites not provided by us that you visited before this website.

| GoRemit<br>Simple and Easy Overseas Rimittances<br>Shinsei Bank GoRemit | Reducing work and cost in overseas remittances<br><br>Fee per remittance |
|---|---|
| Registration fee / Management fee<br>0 yen | All are 2,000 yen *1<br><br>&gt;&gt;Apply here |

Check GoRemit exchange rates here

| Individual Customers | Corporate customers |
|---|---|
| We respond to customer needs by resolving a variety of overseas remittance issues. ||
| Customer needs: 1 | Customer needs: 2 |
| I want to easily remit money to multiple recipients.<br>→ You can easily remit money to multiple recipients through one procedure. | I want to easily do troublesome remittance total calculations.<br>→Our remittance request form (overseas remittance calculation form) has a calculation function. Just by entering the remittance total, the yen total is automatically calculated with the exchange rate of that day. |
| Customer needs: 3 | Customer needs: 4 |
| I want to make an overseas remittance without going to the bank.<br>Just use internet banking or an ATM to remit the funds to a designated account. You don't need to come to the bank. | I want to do remittance procedures as fast as possible.<br>If the deposit to the designated account is confirmed by 3PM on the same business day, the remittance will be processed (illegible) same day. *2 |

*If yen-denominated overseas remittance deposits are confirmed in the morning of the same day, these funds only will be handled on the same day.

Z003AFAF

2013/09/13   15:07

Printing Number:   9XZL6-XZY8L-JKMC2-EEP7M-9FSOV-2     2013/08/19

*1 Aside from a remittance fee of 2,000 yen, in some cases overseas fees such as those of the intermediary and receiving bank may be deducted from the remittance total. For yen-denominated overseas remittances, there will be a yen conversion fee of 0.1% of the remittance total (minimum of 1,500 yen) in addition to our 2,000 yen fee.

*2 The deposit is normally made in the receiving account 1 – 3 business days later. This may take a greater number of days due to various factors such as the practices of the recipient.

**Apply**

GoRemit Meticulous Overseas Remittance Support

| Exchange rate email service |
|---|
| Exchange rates, which vary by the day, are sent out every business day (registration required). |

| Remittance result notification service |
|---|
| You can confirm information such as the exchange rate applied using the remittance results notifications after the remittance is complete. |

| Customer service and support |
|---|
| Experienced staff respond to customer requests. |

Procedure from application to use

Step 1: Register information for the customer (remitter) and the recipient.

Using the Apply button, please perform the procedures and follow the instructions to send the required documentation. Please have your confirmation documentation ready as it is required (Check the Apply page for details).

Step 2: Receive registration completion notification

Following examination by us, you will receive an examination completion notification usually within 7 to 10 days. Please confirm recipient information and designated account details.

Step 3: Remittance instructions and transfer of remittance funds

Send remittance instructions to us using a remittance request form (online or via fax), then transfer yen funds to a designated account. After deducting a fee, we will calculate with the rate of that day and start overseas remittance procedures.

Step 4: Completion

The deposit will be made to the receiving account usually 1 – 3 business days later*2. Also, you will receive a separate remittance results notification following completion of remittance procedures.

**Apply**

Frequently asked questions

Do I need to set up a savings account with Shinsei Bank?

    No. You can use the overseas remittance service even if you don't set up a savings account.

What kind of documentation do I need for registration?

    Corporate customers should have the below documents 1) – 4).

1) Application (this can be prepared on our homepage)
2) Copy of a register book or a certificate of full registry records (original document within three months of the issue date)
3) Seal certificate (original document within three months of the issue date)
4) Copy or reproduction of any of the below items as identity verification documents of the representative or person in charge

GoRemit Shinsei Overseas Money Remittance Service / Shinsei Bank     18:27    Page 4 of 4

Z00648FF

    Driver's license (copy of both sides if the person has changed address and the current address is noted on the reverse of the driver's license)
    Resident card (within 6 months of the date of issue)
    Health insurance card (to confirm the current address notation)
    Residence card, special permanent resident certificate, alien registration card (copy of both sides if the person has changed address and the current address is noted on the reverse)

Are there fees other than the 2,000 yen remittance fee?

    Yes. There are overseas fees such as those of the intermediary and receiving banks. These fees will be deducted from the remittance fee.
    For yen-denominated overseas remittances, in addition to our fee of 2,000 yen there will be a yen conversion fee of 0.1% of the remittance total (minimum of 1,500 yen).

Can you do yen-denominated overseas remittances?

    Yes, we can. However, since banks handling yen-denominated overseas remittances are limited, please contact us before using this service.
    For such remittances, only funds with deposits confirmed in the morning of the same day will be handled on that day. In addition to our fee of 2,000 yen[*1] there will be a yen conversion fee of 0.1% of the remittance total (minimum of 1,500 yen).

**Apply**

| GoRemit exclusive inquiries | 0120-227-503<br>Hours: weekdays 9AM to 5PM | Click here for GoRemit service details |
|---|---|---|

[*1] Aside from a remittance fee of 2,000 yen, in some cases overseas fees such as those of the intermediary and receiving bank may be deducted from the remittance total. For yen-denominated overseas remittances, there will be a yen conversion fee of 0.1% of the remittance total (minimum of 1,500 yen) in addition to our 2,000 yen fee.

[*2] The deposit is normally made in the receiving account 1 – 3 business days later. This may take a greater number of days due to various factors such as the practices of the recipient.

Color your life | Shinsei Bank

Shinsei Bank, Limited.     Director of the Kanto Finance Bureau (Registered Financial Institution) No. 10     Japan Securities Dealers Association / The Financial Futures Association of Japan

Copyright 2013 – Shinsei Bank, Limited. All rights reserved.

Z003AFAF

2013/09/03 15:07

Printing Number: 9XZL6-XZY8L-JKMC2-EEP7M-9FSOV-2     2013/08/19