# Exhibit 18



# Certificate of Accuracy

STATE OF NEW YORK)
                        SS:
COUNTY OF KINGS)

This is to certify that the attached documents:

- Mizuho business record, dated June 7, 2013
- Mizuho business record, dated June 21, 2013
- Mizuho business record, dated June 28, 2013
- Mizuho business record, dated July 29, 2013
- Mizuho business record, dated August 19, 2013
- Mizuho business record, dated September 30, 2013
- Mizuho business record, dated October 31, 2013
- Mizuho business record, dated November 20, 2013
- Mizuho business record, dated July 17, 2013
- Mizuho business record, dated August 30, 2013

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Japanese language into the English language.

_____
Hafida Santoudji

Sworn to and subscribed before me
this _1st_ day of _February_ 2018

_____
Notary Public

FARIDES RAMOS
NOTARY PUBLIC, State of New York
No. 01RA6303008
Qualified in Bronx County
Commission Expires March 31, 2018

Storage period: March 31, 2024  Information classification: MB
Issued date: September 30, 2013

Case title: **Meeting/ Business Record**

| Creation Department Office and store team |||| 
|---|---|---|---|
| Shibuya branch ||||
| Director [seal: AKIYAMA] | Vice Director / Vice Branch Director [seal: KAZEMATSURI] | *Assistant Director / Department Director [seal: KANNO] | Manager [seal: SHIMIZU] |

*Copy recipients to be confirmed  Contact: 87-210-21

| Name of the other party | MTGOX Corporation | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of interview | September 30, 2013 | Time | 18:00-18:10 | | | | | Location | | | |
| Other party | Manager Ishikawa |||||||||||
| Our party | Shimizu |||||||||||
| Summary of interview | Credit Case/Product ||||||| Others | Occasional review | Insider information || Complaints |
| | Received | Internal review | Proposal to customer | Product selection | Negotiation of conditions | Explanation of important items | Explanation of refusal | Customer withdrawal | | | Very few | Applicable | |
| | | | | | | | | | O | | | | |
| Case name | Information gathering |||||||||||

**Summary and observations**

1. Received a call from our Manager Ishikawa. The following information was gathered.
2. Meeting contents outline
   Other party: It seemed that the phone call was made to the president the day before.
   Our party: Yes, we wanted to find out the current progress.
   Other party: Yes. We are proceeding with the account opening. However, as you may know, the bank is busy at the end of the term, and it is not moving along as smoothly as we had hoped for.
   Our party: I believe that we were told that everything including the setup of EB were to be completed by the end of September. Could you please explain the situation in detail?
   Other party: I do not think there is any need for that. Would a bank be able to force cancellation to begin with? What are the reasons?
   Our party: That matter has already been explained to your president in the presence of an affiliated attorney when needed and we took time to explain the situation together with the Headquarters. Please confirm with the president and others involved. I do not want to provide an insufficient explanation.
   Other party: Do you mean that it cannot be explained simply?
   Our party: Please confirm with the president in order to avoid my explanation being insufficient.
   Other party: I understand. However, I do not see the need to explain the status of the progress of the account being created at another bank.
   Our party: I see. I understand. However, I would like state that in spite of the fact that the schedule aiming for the end of September was delayed, it is not our understanding that the schedule would be delayed until the end of October. Well, I will excuse myself.
3. Remarks
   - In spite of the fact that the schedule our company set initially has been delayed, there are no sufficient explanations for the reasons for delay, current progress status, or future handlings. Also, they do not seem think that it would be necessary to provide any explanations to us. I would think it is extremely insincere.
   - I will contact the president the next day and would like to request some explanations.

Instructions / observations

| Copy recipients | | Date copy received | | | |
|---|---|---|---|---|---|
| | | Director | Vice Director / Vice Branch Director | Assistant Director / Department Director | Manager |

[Overlapped illegible numbers and letters]
2013/10/30 12:31

3112Y081-2 "Meeting/Business record" (10Y) 13.07

Printing number: 5YT7C-KLVET-WAEGU-PAKKP-JDT58-4