Exhibit 19



# Certificate of Accuracy

STATE OF NEW YORK)
                             SS:
COUNTY OF KINGS)

This is to certify that the attached documents:

- Mizuho business record, dated June 7, 2013
- Mizuho business record, dated June 21, 2013
- Mizuho business record, dated June 28, 2013
- Mizuho business record, dated July 29, 2013
- Mizuho business record, dated August 19, 2013
- Mizuho business record, dated September 30, 2013
- Mizuho business record, dated October 31, 2013
- Mizuho business record, dated November 20, 2013
- Mizuho business record, dated July 17, 2013
- Mizuho business record, dated August 30, 2013

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Japanese language into the English language.

_Hafida Santoudji_

Sworn to and subscribed before me
this _1st_ day of _February_ 2018

_Notary Public_

FARIDES RAMOS
NOTARY PUBLIC, State of New York
No. 01RA6360568
Qualified in Bronx County
Commission Expires March 31, 2018

**From:** Satoru Ishikawa <Ishikawa@tibanne.com> [Satoru Ishikawa <ishikawa@tibanne.com>]
**Sent:** Thursday, October 31, 2013 8:29:21 PM
**To:** hirotaka.shimizu@mizuho-bk.co.jp
**Subject:** Progress and future transition to other banks

Mr. Shimizu,

Thank you for all that you do. This is Ishikawa
Thank you for your visit the other day.
Below is the response from our company.
The below is based on the current situation; I will contact you if there are any changes in the schedule.

1. Matters related to domestic deposits and withdrawals
Tasks are scheduled to be completed today, and transition is scheduled to start on November 6.
The tasks are being conducted ahead of schedule, so they may be completed before schedule.
I'll contact you separately if they are completed ahead of schedule.

2. Matters related to foreign deposits and withdrawals
Transition is to be complete from the end of November and by the middle of December.
The schedule will be determined in the future based on the progress of the other banks indicated below.

3. Letter for users
The letter is scheduled to be distributed after all systems have been transitioned.

4. Progress of other banks
Opening accounts at the main bank is scheduled to be completed in the beginning of November (scheduled to be completed by the end of next week at the earliest; week after next at the latest).

The scheduling target for complete transition is about the end of November until the beginning of December.
As for the order of priority, the opening of accounts is to be completed first, and then we will move onto opening the internet banking.
The transition cannot be conducted right after the accounts are opened because the opening of normal accounts and internet banking cannot be conducted at the same time (requests from other banks).

There may be some discrepancies between your bank's schedule and your order of priority, but we believe that no further problems will arise between our banks if we can proceed with the flow indicated above.
We are very careful on how to proceed with the foreign remittance, so you may feel that our response is especially delayed, but we are working for a complete transition; we appreciate your cooperation in conducting internal adjustments.

If you respond in an email and not just a phone call, then both companies will be able to confirm the details, and we can prevent any problems from arising.
I know dealing with email can be difficult, but if you can make this adjustment within the company in regards to this issue, it would be a great help.

Please confirm.
Thank you very much.


Satoru Ishikawa

CONFIDENTIAL

MJZ_0003165