Exhibit 20



# Certificate of Accuracy

STATE OF NEW YORK)
                               SS:
COUNTY OF KINGS)

This is to certify that the attached documents:

- Mizuho business record, dated June 7, 2013
- Mizuho business record, dated June 21, 2013
- Mizuho business record, dated June 28, 2013
- Mizuho business record, dated July 29, 2013
- Mizuho business record, dated August 19, 2013
- Mizuho business record, dated September 30, 2013
- Mizuho business record, dated October 31, 2013
- Mizuho business record, dated November 20, 2013
- Mizuho business record, dated July 17, 2013
- Mizuho business record, dated August 30, 2013

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Japanese language into the English language.

_____
Hafida Santoudji

Sworn to and subscribed before me
this 1st day of February 2018

_____
Notary Public

FARINES RAMOS
NOTARY PUBLIC, State of New York
No. 01RA6367668
Qualified in Bronx County
Commission Expires March 31, 2018

ERIKSEN TRANSLATIONS INC. / 50 COURT STREET, SUITE 700, BROOKLYN, NY 11201 / TEL 718-802-9010 / WWW.ERIKSEN.COM

| | | Retention period: March 31, 2024 Information Classification |
|---|---|---|
| Case Name: Interview /Operational Records | | Issuance Date: November 21, 2013 MB |

| Creation Office Section Team | Shibuya | | |
|---|---|---|---|
| Branch Manager | Asst. Branch Manager | Section Mgr./Deputy GM | Person in Charge |
| [seal] Akiyama | [seal] illegible | [seal] illegible | [seal] Kiyomizu |

※Confirm where copy circulated to          Contact Information: 87-210-21

| Client Name | MTGOX Corporation | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Meeting | November 20, 2013 | Time | | 12:00~12:15 | Location | | | | | | |
| Other party | Ishikawa, Person in Charge | | | | | | | | | | |
| Our party | Kiyomizu | | | | | | | | | | |
| Interview Overview | Credit Case and Products | | | | | | | | | | |
| | Case acceptance | Internal review | Proposal to customer | Product Selection | Negotiation of conditions | Explanation of important items | Explanation of Refusal | Customer Withdrawal | Other | Ad hoc Review | Insider information | Complaints |
| | | | | | | | | | | | Trivial | Applicable |
| | | | | | | | | | ○ | | | |
| Case name | Information Gathering | | | | | | | | | | |

Summary and remarks
1. A telephone call was made to the person in charge at our company, Mr. Ishikawa, and the information below was collected.
2. Outline of interview details
The email received on October 31 was closely looked over, and intent concerning the implementation details and progress were confirmed.
   (1.   regarding domestic deposits and withdrawals)
Other party: The domestic portion has been completed. [hw] I think for new users the amount is with Japan Net Bank based on what's shown on the web. However, according to the email addresses of existing users [illegible]. If we account for money transfer fees, I think that more than half of existing users will shift to Japan Net Bank, but we'll keep an eye on it.
On November 5, a change was made to the account where funds are sent on the web, and on November 8, existing users have been notified by mail with regards to changes to funds transfer.
→after discussing the possibility of online confirmation at our bank, the response was that only account holders can perform verification.
Therefore, we requested the email addresses of existing users as well as materials that we can use to confirm the details, and we received consent to do this accordingly.
   (2.   Regarding foreign deposits and withdrawals)
Other party: We were thinking about using the main bank for the foreign portion, but the other day this was rejected.
Negotiations are currently carried out focusing on the point that among sub-banks (there are multiple ones) the deadline agreed upon with your bank would be adhered to. This evening we are planning to meet with one of the banks from amongst the sub-banks that we were considering. We'll report on the details and results of the meeting later.
   (3.   Regarding the letters)
Other party: On November 8, letters were sent to domestic (Yen transactions) users regarding changes to accounts at other banks. This has not been completed for foreign accounts.
   (4.   Regarding progress of other banks)
Other party: It turns out that "transactions cannot be done" with one of the banks that we considered to be a main bank. Therefore, we'll expedite the negotiations with banks (multiple banks) which we originally considered to be sub-banks. Also, we'll increase the number of banks that will consider [engaging in] transactions and move forward without causing any trouble to your bank.
→When we were considering the original sub-banks, I thought that account opening and net banking could be achieved side by side so right now I'm working as hard as I can and moving forward while ensuring that the schedule stays on track.
3. Observations
Thereafter, an email was received. We confirmed that changes have been made to Japan Net Bank for domestic transactions.
Perhaps the attitude of Mr. Ishikawa has softened upon reflecting on the progress, but I would like to follow up closely going forward and proceed with the termination procedure.

Instructions and remarks

| Copy circulated to: | Copy receipt date: | | | |
|---|---|---|---|---|
| | Branch Manager | Asst. Branch Manager | Section Mgr./Deputy GM | Person in Charge |

2003599B
[illegible stamp] 21 18:59
2013/12/05 10:24

3112Y081-2 "Interview/Operational Records" (10Y)13.07

CONFIDENTIAL

MIZ_0003343

1