Exhibit 22

| Trx Date | CMID | Payment Method | Base Amount | Originator Name | Originator Account ID | Originator Address Street 1 | Originator Address Street 2 | Originator Address Street 3 | Originator Address City | Originator Postal Code | Originator Country Code | Originator's Bank Name | Originator's Bank Account ID | Originator's Bank Address Street 1 | Originator's Bank Address Street 2 | Originator's Bank Address City | Originator's Bank Address Postal Code | Originator's Bank Address Country | Originator's Bank Address State/Province | Beneficiary Name | Beneficiary Account ID | Beneficiary Address Street 1 | Beneficiary Address Street 2 | Beneficiary Address Street 3 | Beneficiary Address City | Beneficiary Address Postal Code | Beneficiary Address Country Code | Beneficiary Address State | Beneficiary Bank Name | Beneficiary Bank Account ID | Beneficiary Bank Address Street 1 | Beneficiary Bank Address Street 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Beneficiary's Bank Address City | Beneficiary's Bank Address Postal Code | Beneficiary's Bank Address County Code | Beneficiary's Bank Address State Code | Lender Reference | Beneficiary Reference | BB - Sent to Bank Beneficiary Name | BB - Originator to Beneficiary Information | Sending Institution Name | Sending Institution Account ID | Sending Institution Address Street | Sending Institution Address City | Sending Institution Address State | Sending Institution Address Postal Code | Sending Institution Address Country Code | Sending Institution Account Type | Sending Institution Account Number | Receiving Institution Name | Receiving Institution Account ID | Receiving Institution Account Type | Receiving Institution Address Street | Receiving Institution Address City | Receiving Institution Address State | Receiving Institution Address Postal Code | Receiving Institution Address Country Code | Receiving Institution Account Code | Intermediary 1 Name | Intermediary 1 Account ID | Intermediary 1 Address Street | Intermediary 1 Address City | Intermediary 1 Address Postal Code | Intermediary 1 Address Country Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Beneficiary's Bank Address City | Beneficiary's Bank Address Postal Code | Beneficiary's Bank Address Country Code | Beneficiary's Bank Address State Code | Sender Reference | Beneficiary Reference | BBI - Bank to Bank Information | OBI - Information in Beneficiary Instructions | Sending Institution Name | Sending Institution Account ID | Sending Institution Account Type | Sending Institution Address Name | Sending Institution Address Street | Sending Institution Address City | Sending Institution Address State Code | Sending Institution Address Country Code | Receiving Institution Name | Receiving Institution Account ID | Receiving Institution Account Type | Receiving Institution Address Name | Receiving Institution Address Street | Receiving Institution Address City | Receiving Institution Address State Code | Receiving Institution Address Country Code | Intermediary 1 Account ID | Intermediary 1 Name | Intermediary 1 Address Street | Intermediary 1 Address City | Intermediary 1 Address State Code | Intermediary 1 Address Country Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | JAPAN POST BANK CO. LTD. | | | TOKYO 100-0013 JAPAN | TOKYO | 100-0013 | JP | BANK OF AMERICA N.A. | 0978 | CHIP | NEW YORK | | NEW YORK | | US | NY | JAPAN POST BANK CO. LTD. | | TOKYO 100-0013 JAPAN | TOKYO | 100-0013 | JP |
| | | | | | | | | JAPAN POST BANK CO. LTD. | | | TOKYO 100-0013 JAPAN | TOKYO | 100-0013 | JP | BOEING EMPLOYEES CREDIT UNION | 075001455 | FED | SEATTLE, WA | | SEATTLE | | US | WA | JAPAN POST BANK CO. LTD. | | TOKYO 100-0013 JAPAN | TOKYO | 100-0013 | JP |

*(Remaining rows of the table are illegible at this resolution.)*

| Beneficiary's Bank Address City | Beneficiary's Bank Address Postal Code | Beneficiary's Bank Address Country Code | Beneficiary's Bank Address Num Code | Sender Reference | Beneficiary Reference | OSI - Bank to Bank Instructions | OSI - Originator to Beneficiary Instructions | Sending Institution Name | Sending Institution Account Type | Sending Institution Account Number | Sending Institution Address Num | Sending Institution Address Street | Sending Institution Address City | Sending Institution Address City | Sending Institution Address Postal Code | Sending Institution Address Country Code | Sending Institution Address Num Code | Receiving Institution Name | Receiving Institution Account ID | Receiving Institution Account Type | Receiving Institution Address Num | Receiving Institution Address Street | Receiving Institution Address City | Receiving Institution Address City | Receiving Institution Address Postal Code | Receiving Institution Address State Code | Receiving Institution Address Country Code | Intermediary 1 Institution Name | Intermediary 1 Account ID | Intermediary 1 Address Street 1 | Intermediary 1 Address Street 2 | Intermediary 1 Address City | Intermediary 1 Address Postal Code | Intermediary 1 Address Country Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TRX Date | ORIG ID | Payment Method | Base Amount | Originator Name | Originator Account ID | Originator Address Street 1 | Originator Address Street 2 | Originator Address Street 3 | Originator Address City | Originator Address Postal Code | Originator Address Country Code | Originator Address State Code | Originator's Bank Name | Originator's Bank Account ID | Originator's Bank Address Street 1 | Originator's Bank Address Street 2 | Originator's Bank Address City | Originator's Bank Address Postal Code | Bank Address Country | Originator's Bank Address State Code | Beneficiary Name | Beneficiary Account ID | Beneficiary Address Street | Beneficiary Address Street | Beneficiary Address Street | Beneficiary Address City | Beneficiary Address Postal Code | Beneficiary Address Country Code | Beneficiary Address State Code | Beneficiary's Bank Name | Beneficiary's Bank Account ID | Beneficiary's Bank Address Street 1 | Beneficiary's Bank Address Street 2 | Beneficiary's Bank Address Street 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13-Dec-13 | | CPS | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | STEPHAN ATTAR | | | BEVERLY HILLS | 90212 | US | | | | | | |
| 13-Dec-13 | | CPS | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | ZACHARY MEZTER | | | NEW YORK | 10036 | US | NY | | | | | |
| 13-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | ISAAC FOX | | | HOUSTON | 77065 | US | | | | | | |
| 16-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | | | | BROOKLYN | 11222 | US | | | | | | |
| 16-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | CLARKE TEY | | | BOSTON | 02128 | US | | | | | | |
| 16-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | JOSHUA MILLER | | | KISSIMMEE | 34744 | US | | | | | | |
| 16-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | JOHN W MCINTHEWS | | | SAN ANTONIO | 78258 | US | | | | | | |
| 16-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | MATTHEW HOGGBAN | | | MARINA | 93933 | US | | | | | | |
| 17-Dec-13 | | CPS | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | MAXIM LOTT | | | NEW YORK | 10286-1456 | US | NY | | | | | |
| 17-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | ROBERT LUDENE CLARK JR | | | FLOYD | 24091 | US | | | | | | |
| 18-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | BENJAMIN THOMAS DURANG | | | TULSA | 74112 | US | | | | | | |
| 18-Dec-13 | | CPS | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | ANUANA DEGARINYA | | | GAITHERSBURG | 20878 | US | | | HSBC BANK USA N A | | | |
| 18-Dec-13 | | CPS | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | RYAN PATTEE | | | MUSKEGO | 53150 | US | | | | | | |
| 18-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | CAMERON HAZEN | | | WALNUT CREEK | 94596 | US | | | | | | |
| 19-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | MICHAEL R SMITH | | | SARASOTA | 34238 | US | | | | | | |
| 19-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | MATTHEW WRIGHT | | | DENVER | 80211 | US | | | | | | |
| 19-Dec-13 | | CPS | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | TSING LLC | | | OCEAN BEACH | 11770 | US | | | | | | |
| 19-Dec-13 | | CPS | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | BENJAMIN NADER | | | MONTCLAIR | 07043 | US | | | | | | |
| 19-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | KENTGUMA FINANCIAL | | | BRANDT | 57010 | US | | | | | | |
| 19-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | PETER ARKUELLES | | | SARASOTA | 34240 | US | | | | | | |
| 19-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | CHRISTOPHER M NORRID | | | JACKSONVILLE | 32224 | US | | | | | | |
| 19-Dec-13 | | FRB | | MITSOK CO LTD | | 11-6 SHIBUYA 7TO 2-CHOME | | | TOKYO | 150-0002 | JP | | TOKYO | 150-0013 | JP | | | | | | ARED HESS | | | DERBY | 67037 | US | | | WELLS FARGO | | | |

| TRN Date | ORIG ID | Payment Method | Base Amount | Originator Name | Originator Account ID | Originator Address Street 1 | Originator Address Street 2 | Originator Address Street 3 | Originator Address City | Originator Address Postal Code | Orig. Address Country Code | Originator Address State Code | Originator's Bank Name | Originator's Bank Address ID | Originator's Bank Address Street 1 | Originator's Bank Address Street 2 | Originator's Bank Address Street 3 | Originator's Bank Address City | Originator's Bank Postal Code | Orig. Bank Address Country | Originator's Bank Address State Code | Beneficiary Name | Beneficiary Account ID | Beneficiary Address Street 1 | Beneficiary Address Street 2 | Beneficiary Address Street 3 | Beneficiary Address City | Beneficiary Address Postal Code | Beneficiary Address Country Code | Beneficiary Address State Code | Beneficiary's Bank Name | Beneficiary's Bank Account ID | Beneficiary's Bank Address Street 1 | Beneficiary's Bank Address Street 2 | Beneficiary's Bank Address Street 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TXN Date | OMID ID | Payment Method | Base Amount | Originator Name | Originator Account ID | Originator Address Street 1 | Originator Address Street 2 | Originator Address Street 3 | Originator Address City | Originator Address Postal Code | Originator Address Country Code | Originator Address State Code | Originator's Bank Area | Originator's Bank Account ID | Originator's Bank Address Street 1 | Originator's Bank Address Street 3 | Originator's City | Originator's Postal Code | Bank Address Country | Originator's Bank Address State Code | Beneficiary Name | Beneficiary Account ID | Beneficiary Address Street 1 | Beneficiary Address Street 2 | Beneficiary Address Street 3 | Beneficiary Address City | Beneficiary Address Postal Code | Beneficiary Address Country Code | Beneficiary Address State Code | Beneficiary's Bank Name | Beneficiary's Bank Account ID | Beneficiary's Bank Address Street 1 | Beneficiary's Bank Address Street 2 | Beneficiary's Bank Address Street 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TXN Date | CHK ID | Payment Method | Base Amount | Originator Name | Originator Account ID | Originator Address Street 1 | Originator Address Street 2 | Originator Address Street 3 | Originator Address City | Originator Address Postal Code | Originator Address Country Code | Originator's Bank Name | Originator's Bank Account ID | Originator's Bank Address Street 1 | Originator's Bank Address Street 2 | Originator's Bank Address City | Originator's Bank Postal Code | Originator's Bank Address Country | Beneficiary Name | Beneficiary Account ID | Beneficiary Address Street 1 | Beneficiary Address Street 2 | Beneficiary Address Street 3 | Beneficiary Address City | Beneficiary Address Postal Code | Beneficiary Address Country Code | Beneficiary's Bank Name | Beneficiary's Bank Account ID | Beneficiary's Bank Address Street 1 | Beneficiary's Bank Address Street 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TXN Date | OMG ID | Payment Method | Base Amount | Originator Name | Originator Account ID | Originator Address Street 1 | Originator Address Street 2 | Originator Address Street 3 | Originator Address City | Originator Address Postal Code | Originator Address Country Code | Originator's Bank Code | Originator's Bank Account ID | Originator's Bank Address Street 1 | Originator's Bank Address Street 2 | Originator's Bank Address City | Originator's Bank Address Postal Code | Originator's Bank Address Country | Originator's Bank Address Bank Code | Beneficiary Name | Beneficiary Account ID | Beneficiary Address Street 1 | Beneficiary Address Street 2 | Beneficiary Address Street 3 | Beneficiary Address City | Beneficiary Address Postal Code | Beneficiary Address Country Code | Beneficiary's Bank Name | Beneficiary's Bank Account ID | Beneficiary's Bank Address Street 1 | Beneficiary's Bank Address Street 2 | Beneficiary's Bank Address Street 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-Feb-14 | 2014020400474 0471 | CPS | $227,491.00 | BITROX CO. LTD | 1017346410713 | 31-5 SHIBUYA 2-CHOME | 150-0002 SHIBUYA TO KYO JAPAN | | TOKYO | 150-0002 | JP | JAPAN POST BANK CO. LTD. | JPPSJPJXXX | 30F DAIDOSEIMEI KASUMIGASEKI CHIYODA KU BLDG | TOKYO 100-0011 JAPAN | TOKYO | 100-0011 | JP | | ERIC D POWERS | 3259636568 | BAKERFIELD | BAKERFIELD | 92301 | | US | | | | | |
| 4-Feb-14 | 2014020400474 0475 | CPS | $4,240.41 | BITROX CO. LTD | 1017346410713 | 31-5 SHIBUYA 2-CHOME | 150-0002 SHIBUYA TO KYO JAPAN | | TOKYO | 150-0002 | JP | JAPAN POST BANK CO. LTD. | JPPSJPJXXX | 30F DAIDOSEIMEI KASUMIGASEKI CHIYODA KU BLDG | TOKYO 100-0011 JAPAN | TOKYO | 100-0011 | JP | | DON CLARK | 9861248012 | HIGHWAY 200 RD | MESQUITE 75149 | MESQUITE | 75149 | US | | BANK OF AMERICA NA | 5111662059 | 410 E STANTON | EL PASO 79911 USA |
| 14-Feb-14 | 2014021402745 0560 | FRB | $29,170.00 | BITROX CO. LTD | 1017346410713 | 31-5 SHIBUYA 2-CHOME | 150-0002 SHIBUYA TO KYO JAPAN | | TOKYO | 150-0002 | JP | JAPAN POST BANK CO. LTD. | JPPSJPJXXX | 30F DAIDOSEIMEI KASUMIGASEKI CHIYODA KU BLDG | TOKYO 100-0011 JAPAN | TOKYO | 100-0011 | JP | | FUBINUR INC | 8859523675 | 723 POLK STREET SAN FRANCISCO | SAN FRANCISCO | 94107 | CA | US | WELLS FARGO BANK NA | 7239052852 | CHICO | CHICO CA USA |
| 24-Feb-14 | 2014022402752 0583 | CPS | $3,008.96 | BITROX CO. LTD | 1017346410713 | 31-5 SHIBUYA 2-CHOME | 150-0002 SHIBUYA TO KYO JAPAN | | TOKYO | 150-0002 | JP | JAPAN POST BANK CO. LTD. | JPPSJPJXXX | 30F DAIDOSEIMEI KASUMIGASEKI CHIYODA KU BLDG | TOKYO 100-0011 JAPAN | TOKYO | 100-0011 | JP | | BERGE GREGOIRE | 5846704988028 | 1614 GRIGGS RD APT 1511 | HOUSTON 77021 | HOUSTON | 77021 | US | FLEET BANK | 865791294 | BOCA RATON FL |
| 24-Feb-14 | 2014022402753 0944 | FRB | $9,440.00 | BITROX CO. LTD | 1017346410713 | 31-5 SHIBUYA 2-CHOME | 150-0002 SHIBUYA TO KYO JAPAN | | TOKYO | 150-0002 | JP | JAPAN POST BANK CO. LTD. | JPPSJPJXXX | 30F DAIDOSEIMEI KASUMIGASEKI CHIYODA KU BLDG | TOKYO 100-0011 JAPAN | TOKYO | 100-0011 | JP | | DAVID HARRIS | 1916253575112 | 38 ROGERS ST SE | ATLANTA 30317-2334 | ATLANTA | 30317-2334 | US | | | | |
| 24-Feb-14 | 2014022402753 0931 | FRB | $7,290.00 | BITROX CO. LTD | 1017346410713 | 31-5 SHIBUYA 2-CHOME | 150-0002 SHIBUYA TO KYO JAPAN | | TOKYO | 150-0002 | JP | JAPAN POST BANK CO. LTD. | JPPSJPJXXX | 30F DAIDOSEIMEI KASUMIGASEKI CHIYODA KU BLDG | TOKYO 100-0011 JAPAN | TOKYO | 100-0011 | JP | | STANLEY F HARLE | 1008192746810 | 91 PERCIVAL AVE | KENSINGTON 06037 | KENSINGTON | 06037 | US | | | | |
| 24-Feb-14 | 2014022402753 0930 | CPS | $3,910.18 | BITROX CO. LTD | 1017346410713 | 31-5 SHIBUYA 2-CHOME | 150-0002 SHIBUYA TO KYO JAPAN | | TOKYO | 150-0002 | JP | JAPAN POST BANK CO. LTD. | JPPSJPJXXX | 30F DAIDOSEIMEI KASUMIGASEKI CHIYODA KU BLDG | TOKYO 100-0011 JAPAN | TOKYO | 100-0011 | JP | | ABDULAZIZ RUNQUEL | 4678811784726 | 999 N VANCOUVER AVE | VANCOUVER 75041 | VANCOUVER | 75041 | US | RUSSELLVILLE | RUSSELLVILLE | BOCA RATON FL |
| 24-Feb-14 | 2014022402774 1938 | CPS | $70,997.20 | BITROX CO. LTD | 1017346410713 | 31-5 SHIBUYA 2-CHOME | 150-0002 SHIBUYA TO KYO JAPAN | | TOKYO | 150-0002 | JP | JAPAN POST BANK CO. LTD. | JPPSJPJXXX | 30F DAIDOSEIMEI KASUMIGASEKI CHIYODA KU BLDG | TOKYO 100-0011 JAPAN | TOKYO | 100-0011 | JP | | TANG BAO | 7291532058752 | ROOM 2905 DISTRIC 155 NAN LUN HAI | SHANGHAI 700490 | SHANGHAI | 700490 | CN | HONG KONG AND SHANGHAI BANKING CORP | 975907 | P.O. BOX 64 HONG KONG |
| 24-Feb-14 | 2014022402771 1939 | CPS | $4,700.00 | BITROX CO. LTD | 1017346410713 | 31-5 SHIBUYA 2-CHOME | 150-0002 SHIBUYA TO KYO JAPAN | | TOKYO | 150-0002 | JP | JAPAN POST BANK CO. LTD. | JPPSJPJXXX | 30F DAIDOSEIMEI KASUMIGASEKI CHIYODA KU BLDG | TOKYO 100-0011 JAPAN | TOKYO | 100-0011 | JP | | JEREMY SCOTT | 3184037140 | SAN MARCOS WAY | SAN MARCOS 92077 | SAN MARCOS | 92077 | US | | | | |

| Beneficiary's Bank Address City | Beneficiary's Bank Address Postal Code | Beneficiary's Bank Address Country Code | Beneficiary's Bank Address State Code | Sender Reference | Beneficiary Reference | EB - Exit to Bank Instructions | OBI - Originator or Beneficiary Instructions | Sending Institution | Sending Institution Account ID | Sending Institution Account Type | Receiving Institution | Receiving Institution Address Street | Receiving Institution Address City | Receiving Institution Address State | Receiving Institution Address Postal Code | Sending Institution Address City | Sending Institution Address Country Code | Sending Institution Address Postal Code | Receiving Institution Name | Receiving Institution Account ID | Receiving Institution Account Type | Receiving Institution Address Street 1 | Receiving Institution Address Street 2 | Receiving Institution Name | Receiving Institution Address City | Receiving Institution Address State | Receiving Institution Address Postal Code | Receiving Institution Address Street | Intermediary 1 Address Street | Intermediary 1 Address Street 1 | Intermediary 1 Address Street 2 | Intermediary 1 Add'nl Street | Intermediary 1 Address City | Intermediary 1 Address Postal Code | Intermediary 1 Address Country Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | 14022A/2040 8516 | 4-Feb-14 | OB=W8S141 MTODA WITHDRAW | | JAPAN POST BANK CO. LTD | 0441430FUSD | IA | 70F DAIDOSEIMEI KASUMIGASEKI-1 CHOME-2-HI BLDG | C KASUMIGA SEKI 1- CHOME CHIY ODA-KU | TOKYO 100- 0013 JAPAN | TOKYO | JP | 100-0013 | | | BANK OF AMERICA N.A | 0858 | CHP | NEW YORK | NEW YORK | NEW YORK | US | NY | | | JAPAN POST BANK CO. LTD | JPFSJPJ1 | 70F DAIDOSEIMEI KASUMIGASEKI-HI BLDG | | TOKYO 100- 0013 JAPAN | TOKYO | 100-0013 | |
| EL PASO | 9901 | US | | 14022A/03042 8025 | 4-Feb-14 | OB=W8484 MTODA WITHDRAW | | JAPAN POST BANK CO. LTD | 0441430FUSD | IA | 70F DAIDOSEIMEI KASUMIGASEKI-1 BLDG | C KASUMIGA SEKI 1- CHOME CHIY ODA-KU | TOKYO 100- 0013 JAPAN | TOKYO | JP | 100-0013 | | | BANK OF AMERICA N.A | 0858 | CHP | NEW YORK | NEW YORK | NEW YORK | US | NY | | | JAPAN POST BANK CO. LTD | JPFSJPJ1 | 70F DAIDOSEIMEI KASUMIGASEKI BLDG | | TOKYO 100- 0013 JAPAN | TOKYO | 100-0013 | JP |
| CHICO | | US | CA | 14021A/23045 9267 | 24-Feb-14 | CTR:OB=W8V 0000 1063 | | JAPAN POST BANK CO. LTD | 0441430FUSD | IA | 70F DAIDOSEIMEI KASUMIGASEKI CHOME-2-HI BLDG | C KASUMIGA SEKI 1- CHOME CHIY ODA-KU | TOKYO 100- 0013 JAPAN | TOKYO | JP | 100-0013 | | | WELLS FARGO BANK N.A. | 121000248 | FED | ATTN: FX OPERATIONS MAC N0 91E-177 | 464 MARKET STREET 17TH FLOOR | SAN FRANCISCO CA 94111 USA | SAN FRANCISCO | 94111 | US | CA | JAPAN POST BANK CO. LTD | JPFSJPJ1 | 70F DAIDOSEIMEI KASUMIGASEKI BLDG | | TOKYO 100- 0013 JAPAN | TOKYO | 100-0013 | JP |
| BOCA RATON | | US | FL | 14022A/23044 0334 | 24-Feb-14 | OB=W8M2 MTODA WITHDRAW | | JAPAN POST BANK CO. LTD | 0441430FUSD | IA | 70F DAIDOSEIMEI KASUMIGASEKI CHOME-2-HI BLDG | C KASUMIGA SEKI 1- CHOME CHIY ODA-KU | TOKYO 100- 0013 JAPAN | TOKYO | JP | 100-0013 | | | BANK OF AMERICA N.A | 0858 | CHP | NEW YORK | NEW YORK | NEW YORK | US | NY | | | JAPAN POST BANK CO. LTD | JPFSJPJ1 | 70F DAIDOSEIMEI KASUMIGASEKI BLDG | | TOKYO 100- 0013 JAPAN | TOKYO | 100-0013 | JP |
| | | | | 14021A/23044 0334 | 24-Feb-14 | CTR:OB=W8V ZS3 MTODA WITHDRAW | | JAPAN POST BANK CO. LTD | 0441430FUSD | IA | 70F DAIDOSEIMEI KASUMIGASEKI CHOME-2-HI BLDG | C KASUMIGA SEKI 1- CHOME CHIY ODA-KU | TOKYO 100- 0013 JAPAN | TOKYO | JP | 100-0013 | | | WELLS FARGO BANK N.A. | 121000248 | FED | ATTN: FX OPERATIONS MAC N0 91E-177 | 464 MARKET STREET 17TH FLOOR | SAN FRANCISCO CA 94111 USA | SAN FRANCISCO | 94111 | US | CA | JAPAN POST BANK CO. LTD | JPFSJPJ1 | 70F DAIDOSEIMEI KASUMIGASEKI BLDG | | TOKYO 100- 0013 JAPAN | TOKYO | 100-0013 | JP |
| | | | | 14022A/12044 1324 | 24-Feb-14 | CTR:OB=W8V Z73 MTODA WITHDRAW | | JAPAN POST BANK CO. LTD | 0441430FUSD | IA | 70F DAIDOSEIMEI KASUMIGASEKI CHOME-2-HI BLDG | C KASUMIGA SEKI 1- CHOME CHIY ODA-KU | TOKYO 100- 0013 JAPAN | TOKYO | JP | 100-0013 | | | WEBSTER BANK, N.A. | 211170101 | FED | WATERBURY CT USA | | WATERBURY | | US | CT | JAPAN POST BANK CO. LTD | JPFSJPJ1 | 70F DAIDOSEIMEI KASUMIGASEKI-1 CHOME-2-HI | | TOKYO 100- 0013 JAPAN | TOKYO | 100-0013 | JP |
| BOCA RATON | | US | FL | 14022A/23044 0393 | 24-Feb-14 | OB=W8838 MTODA WITHDRAW | | JAPAN POST BANK CO. LTD | 0441430FUSD | IA | 70F DAIDOSEIMEI KASUMIGASEKI CHOME-2-HI BLDG | C KASUMIGA SEKI 1- CHOME CHIY ODA-KU | TOKYO 100- 0013 JAPAN | TOKYO | JP | 100-0013 | | | BANK OF AMERICA N.A | 0858 | CHP | NEW YORK | NEW YORK | NEW YORK | US | NY | | | JAPAN POST BANK CO. LTD | JPFSJPJ1 | 70F DAIDOSEIMEI KASUMIGASEKI BLDG | | TOKYO 100- 0013 JAPAN | TOKYO | 100-0013 | JP |
| | | | | 14022A/23044 5943 | 24-Feb-14 | OB=W47631 MTODA WITHDRAW | | JAPAN POST BANK CO. LTD | 0441430FUSD | IA | 70F DAIDOSEIMEI KASUMIGASEKI CHOME-2-HI BLDG | C KASUMIGA SEKI 1- CHOME CHIY ODA-KU | TOKYO 100- 0013 JAPAN | TOKYO | JP | 100-0013 | | | BANK OF AMERICA N.A | 0858 | CHP | NEW YORK | NEW YORK | NEW YORK | US | NY | | | JAPAN POST BANK CO. LTD | JPFSJPJ1 | 70F DAIDOSEIMEI KASUMIGASEKI CHOME-2-HI | | TOKYO 100- 0013 JAPAN | TOKYO | 100-0013 | JP |
| HONG KONG | | HK | | 14022A/23044 1347 | 24-Feb-14 | OB=JPFSJP1 | RFB=140234J MTODA WITHDRAW | | JAPAN POST BANK CO. LTD | 0441430FUSD | IA | 70F DAIDOSEIMEI KASUMIGASEKI CHOME-2-HI BLDG | C KASUMIGA SEKI 1- CHOME CHIY ODA-KU | TOKYO 100- 0013 JAPAN | TOKYO | JP | 100-0013 | | | HSBC BANK USA NATIONAL ASSOCIATION | | CHP | NEW YORK NY | | NEW YORK | US | NY | | | JAPAN POST BANK CO. LTD | JPFSJPJ1 | 70F DAIDOSEIMEI KASUMIGASEKI CHOME-2-HI | | TOKYO 100- 0013 JAPAN | TOKYO | 100-0013 | JP |
| | | | | 14022A/23044 1340 | 24-Feb-14 | OB=W8817 MTODA WITHDRAW | | JAPAN POST BANK CO. LTD | 0441430FUSD | IA | 70F DAIDOSEIMEI KASUMIGASEKI CHOME-2-HI BLDG | C KASUMIGA SEKI 1- CHOME CHIY ODA-KU | TOKYO 100- 0013 JAPAN | TOKYO | JP | 100-0013 | | | JPMORGAN CHASE BANK | 0002 | CHP | NEW YORK | NEW YORK | NEW YORK | US | NY | | | JAPAN POST BANK CO. LTD | JPFSJPJ1 | 70F DAIDOSEIMEI KASUMIGASEKI CHOME-2-HI | | TOKYO 100- 0013 JAPAN | TOKYO | 100-0013 | JP |

**AFFIDAVIT**

I, Paula Cipolla, am over the age of eighteen and declare as follows:

I am employed as a Paralegal at DB USA Core Corporation located at 5022 Gate Parkway, Jacksonville, Florida 32256. I make the following affirmation based upon my personal knowledge and information provided to me by others within Deutsche Bank.

1.    Among my duties, I assist Deutsche Bank Trust Company Americas ("DBTCA") in responding to non-party subpoenas that are periodically issued to DBTCA. On or about August 11, 2017, in connection with a matter relating to *Gregory Green, et al. v. Mizuho Bank, Ltd., et al.*, DBTCA received a Civil Subpoena requesting wire transfer information. In compliance with the Subpoena, DBTCA produced responsive records on August 30, 2017 on a disk Bates labeled DBTCA 0001.

2.    I certify that the records produced on August 30, 2017 are complete and true copies of records of DBTCA and, to the best of my knowledge:

   a)  It is the regular practice of DBTCA to make and maintain such records;
   b)  The records were made at or near the time of the occurrence(s) set forth thereon;
   c)  The records were made by a person or persons with knowledge, or from information transmitted by a person with knowledge of the matters contained thereon.

I declare under the penalty of perjury under the laws of the State of Florida that the foregoing instrument is true and correct.

Dated: _1/16/18_

_Paula Cipolla_
(Name)

STATE OF FLORIDA
COUNTY OF DUVAL

Sworn to (or affirmed) and subscribed before me this 16th Day of January, 2018 by _Paula Cipolla_.

_[signature]_
Signature

_Sunny Hudson_
Print

SUNNY HUDSON
Commission # GG 040051
Expires June 20, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

Personally Known _____ X _____ or Produced Identification _____