# Exhibit 24


ERIKSEN TRANSLATIONS

# Certificate of Accuracy

STATE OF NEW YORK)
                        SS:
COUNTY OF KINGS)

This is to certify that the attached documents:

- Mizuho business record, dated June 7, 2013
- Mizuho business record, dated June 21, 2013
- Mizuho business record, dated June 28, 2013
- Mizuho business record, dated July 29, 2013
- Mizuho business record, dated August 19, 2013
- Mizuho business record, dated September 30, 2013
- Mizuho business record, dated October 31, 2013
- Mizuho business record, dated November 20, 2013
- Mizuho business record, dated July 17, 2013
- Mizuho business record, dated August 30, 2013

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Japanese language into the English language.

_Hafida Santoudji_

Sworn to and subscribed before me
this 1st day of February 2018

_Notary Public_

FARINES RAMOS
NOTARY PUBLIC, State of New York
No. 01RA6305369
Qualified in Bronx County
Commission Expires March 31, 2018

ERIKSEN TRANSLATIONS INC. / 50 COURT STREET, SUITE 700, BROOKLYN, NY 11201 / TEL 718-802-9010 / WWW.ERIKSEN.COM

Storage period: July 8, 2023:    Information classification

Issue date: July 8, 2013

Issue:     MB

Interview / work record

| Preparing unit 1st Shibuya Division | | | |
|---|---|---|---|
| Director | Vice Director / Vice Branch Director | Assistant Director / Department Director | Manager |
| [seal: AKIYAMA] | [seal: KAZEMATSURI] | [seal: KANNO] | [seal: SHIMIZU] |

*Copy recipients to be confirmed

210-21      POC: 87-

| Name of the other party | MTGOX, Inc. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of interview | 2013/7/17 | | Time | 11:45 – 12:00 | | | | Location | | - | | |
| Other party | CEO Mark Karpeles | | | | | | | | | | | |
| Our party | Shimizu | | | | | | | | | | | |
| Summary of interview | Credit limit issue / products | | | | | | | Other | Ad hoc review | Insider information | | complaint |
| | Received | Internal review | Proposal to customer | Product selection | Negotiation of conditions | Explanation of important items | Refusal explanation | Customer withdrawal | | | Minor | Pertinent | |
| | | | | | | | | | ○ | | | | |
| Issue | Information collection – status with other banks, etc. | | | | | | | | | | | |

Summary and observations

1. Overview
   Made a telephone call to collect information to confirm the recent status.
2. Main points of the other party's statements
   - ==They are currently conducting money transfers from the post office.==
   - They are in negotiations with domestic and foreign banks, but as of now there is no actual progress.
   - They are in direct contact with the Citi compliance division. It seems that Citi saw the bank's late reply and other issues as problems, so now they are in direct talks working to get them to resolve these misunderstandings. Incidentally, Citi is receiving the money transfers from the post office.
   - In the investigation by US authorities, they got a positive reaction from the prosecutor's office. This month, the prosecutor will come to Japan for the examination.
3. Observations
   - Even though they are in contact with domestic and foreign banks, as of now there is no actual progress. As a result, although outward remittances have shifted from the bank to the post office, the thinking is that the shift for incoming remittances will take more time.
   - Including the Citi and US authorities issues, since the position is to reply after checking with lawyers, in many cases they are holding off on disclosing concrete information so in many cases it is difficult to understand details. We will continue to follow up and work on gathering more information.

Instructions / observations

| Copy recipients Compliance Management Division Operational Planning Division | Date copy received | | | |
|---|---|---|---|---|
| | Director | Vice Director / Vice Branch Director | Assistant Director / Department Director | Manager |

2003 (illegible)      3112Y081-2 Interview / work record (10Y) 13.07

2013/09/03 (illegible)

Printing Number:    YKTY7-J2K53-N58MS-69U5N-LAMON-6