Exhibit 26

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                       EASTERN DIVISION

 4   GREGORY GREEN, JOSEPH LACK,
     ANTHONY MOTTO, and GREGORY
 5   PEARCE individually and on
     behalf of all others similarly
 6   situated,

 7                 Plaintiffs,
     vs.                              CASE NO. 1:14-cv-01437
 8
     MIZUHO BANK, LTD., a Japanese
 9   institution, and MARK KARPELES,
     an individual,
10
                   Defendants.
11                                              /

12

13

14

15         DEPOSITION OF ANDREW J. RASMUSSEN

16              San Francisco, California

17             Thursday, January 11, 2018

18

19

20

21

22

23   Reported By:

24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25   JOB NO.221660
```

January 11, 2018

9:04 a.m.

Deposition of ANDREW J. RASMUSSEN, held at 535 Mission, 27th Floor, San Francisco, California, pursuant to Subpoena before Linda Vaccarezza, a Certified Shorthand Reporter of the State of California.

```
 1   A P P E A R A N C E S:

 2   Appearing on behalf of the Defendants:

 3           SHEARMAN & STERLING, LLP

 4           By: Jeffrey J. Resetarits, Esq.

 5           599 Lexington Avenue

 6           New York, New York 10022

 7

 8

 9   Appearing on behalf of the Plaintiffs:

10           EDELSON PC

11           By: Rafey S. Balabanian, Esq.

12               Aaron Lawson, Esq.

13           123 Townsend Street

14           San Francisco, California 94107

15

16

17

18

19

20

21

22

23

24

25   Legal Videographer:   Lorenzo Fernandez-Kopec
```

1  other than the ones that you cite to in your
2  report?
3    A.  I believe I cited all the documents I
4  reviewed, yes.
5    Q.  And all the documents that you've relied
6  on for your opinions, correct?
7    A.  Yes.
8    Q.  Your report also says that your opinions
9  are based on your review of documents associated
10 with Mt. Gox, both publicly available documents and
11 those associated with the case.  Same question.
12 Are there any documents associated with Mt. Gox
13 that you relied on for your opinion that aren't
14 cited in your report?
15    A.  No.
16    Q.  I wanted to go over something else that we
17 talked about a little earlier, that's your -- you
18 mentioned that you invested in Bitcoin for several
19 years, correct?
20    A.  Uh-huh.
21    Q.  And I think you said it started in 2011?
22    A.  Yes.
23    Q.  And the way that you -- why don't you tell
24 me the way that you obtained your first Bitcoin?
25    A.  I mined for it, actually.

1   Q.   And do you recall how many Bitcoin you
2   received through the mining?
3   A.   I mean, I've received -- it's kind of an
4   ongoing thing.  You're running a program, and over
5   the course of some time.  So that's hard to say for
6   a given time period exactly how many I would have
7   mined.
8   Q.   Once you owned some Bitcoin in 2011 and
9   2012, how did you use the Bitcoin?
10  A.   In 2011 and 2012?  Back then, thinking
11  back, most likely probably trading for goods
12  locally, you know.  That kind of thing.  Mostly
13  probably holding it at that point, more so than
14  anything.  In the very beginning, that's still
15  pretty early.  I don't even know if I was even
16  probably trading that much.
17       It was more of like a -- it's a very new
18  thing, which we didn't really know much about it.
19  It wasn't until much later that even speaking to
20  people about it, they still didn't know much about
21  it.  It's getting better today now.  But I would
22  say that is some of it.
23  Q.   I think you said you purchased early on in
24  the 2011, 2012 to 2013 period.  That you purchased
25  a PCB board?

1    A.    Oh, yeah.    During -- yeah.    That was
2    probably, though, in 2013.
3        Q.    And how did you -- can you explain how
4    that transaction worked?
5        A.    Yeah.    It was done through Bitcoin Talk,
6    actually.    Someone posted some boards for sale.
7    PCB boards.    They had a price that they had listed,
8    and then it might be something at a dollar value.
9    Generally, people posted a dollar value, and then
10   whatever the current rate for Bitcoin was, they
11   would agree on a place that might have a rate.
12            So it might be like "Okay, let's do it on,
13   based on the price at Mt. Gox," for example, or
14   Bitstamp or some other aggregate, it could be.    But
15   at the time of the transaction.    So it was a
16   hundred dollars, then you would send a hundred
17   dollars' worth of Bitcoin.    If it was five dollars,
18   you would send five dollars' worth of Bitcoin.
19       Q.    So in this particular instance, you sent
20   -- you transferred your Bitcoin to the seller of
21   the PCB board's Bitcoin wallet, and he or she sent
22   you the board?
23       A.    Yes, through the mail.
24       Q.    When was the first time that you either
25   bought or sold Bitcoin on an exchange?

1  A.  On an exchange, I would say probably 2012.

2  Q.  And what was the first exchange that you
3  signed up with?

4  A.  At that time, wasn't really doing much
5  trading.  I didn't do a lot of trading.  More so
6  until mid 2013, but -- actually, probably earlier
7  than that.  But I think that was Bitcoinica.

8  Q.  That's the first exchange you signed up
9  with?

10  A.  Yeah.  I didn't do much with them.  So.

11  Q.  Could you spell that for the court
12  reporter?

13  A.  Yeah, I spelled it for her earlier.

14  Q.  Okay.

15  A.  Yeah.  They unfortunately didn't affect
16  me, but they were hacked at that time.  But this is
17  very early days in, I think 2012 or so.

18  Q.  So could you explain to me the process
19  that you used to sign up for that exchange?  It's
20  Bitcoinica?

21  A.  Yeah.  I can't -- honestly, I couldn't
22  recall exactly.  Like most exchanges, because they
23  are all pretty similar, setting user name,
24  password, something like that.  I can't recall any
25  of the other details on it.

Andrew Rasmussen
01/11/2018

94

1   Q.   With that first exchange, Bitcoinica, did
2   you -- once you had an account with Bitcoinica, did
3   you wire fiat currency to Bitcoinica or did you
4   transfer in the Bitcoin that you owned from the
5   mining?
6   A.   That was Bitcoin.  Transferred Bitcoin.
7   Q.   Transferred Bitcoin into Bitcoinica?
8   A.   Yeah.
9   Q.   I see.  And at some point in 2012 or 2013,
10  did you sell the Bitcoin?
11  A.   Well, I just did a very little amount of
12  trading there.  Just trying to -- testing it out
13  mostly.  I wasn't -- I wasn't interested in trading
14  at that time.  I was busy doing all kinds of other
15  things related to Bitcoin or outside of it.  So.
16  Q.   Uh-huh.  And so you did a little bit of
17  trading.  At some point, did you, in 2012, 2013,
18  did you have some Bitcoin in your account and some
19  fiat currency in your account, where you -- because
20  you were, I assume you were selling it for fiat
21  currency?
22  A.   Yes, I guess you could say that, but I
23  generally did not withdraw fiat currencies from an
24  exchange, so...
25  Q.   Eventually, you took whatever fiat

1   currency you had, repurchased Bitcoin and

2   transferred the Bitcoin out?

3      A.   Uh-huh.  Yes.

4      Q.   Do you know when you transferred your

5   Bitcoin out of Bitcoinica?

6      A.   No.  I don't recall.  I might have just

7   had a tiny bit in there.  But that would have been

8   soon -- trying out soon afterwards.  That would

9   have probably been like early 2012.

10      Q.   You mentioned that Bitcoinica was hacked.

11   Did you lose the little bit of Bitcoin that you had

12   there?

13      A.   No.

14      Q.   You got it out?

15      A.   Yeah.  This is before that time.

16      Q.   When was it hacked?

17      A.   I want to say -- I want to say around mid

18   2012, but I can't recall off the top of my head.  I

19   wasn't that involved with that exchange at the

20   time.

21      Q.   But you had already gotten your Bitcoin

22   out before it was hacked?

23      A.   Uh-huh.

24      Q.   So you weren't affected?

25      A.   Uh-huh.

1  Q. Do you recall the next exchange that you
2  signed up for and used?
3  A. It was probably Mt. Gox.
4  Q. When was that?
5  A. Sometime during 2013.
6  Q. Do you recall the process you used to sign
7  up for Mt. Gox or to open an account with Mt. Gox?
8  A. Yeah. I think I referenced it in this --
9  my report. Some things, you know, user name,
10 password, and then they have various steps for
11 submitting your identity. They had also other
12 mechanisms for securing your account such as having
13 a Yubikey, which is like a two-factor
14 authentication to add a more hardened security. So
15 you just didn't have a password. So if someone
16 stole your password or hacked your computer, your
17 personal computer, that they would need that actual
18 physical device as well.
19 Q. Did you use a Yubikey?
20 A. Yes, I did have one of those.
21 Q. And how did you fund your Mt. Gox account?
22 A. With Bitcoin.
23 Q. With Bitcoin. So you transferred Bitcoin
24 in from another exchange or from your personal
25 wallet?

1   A.   Personal wallet.  I don't know if I bought
2   -- to be honest, I don't know if I've actually ever
3   bought Bitcoin.  Even though I've been involved in
4   the space for a long time, I don't know if I've
5   ever actually bought fiat with cash ever in my
6   life.
7       Q.   Or bought Bitcoin with fiat?
8       A.   Usually, it was from mining, for example,
9   or trading, something related to that.
10      Q.   I think I understand what you meant.  But
11  let's go over that one more time, only because I
12  think it didn't get captured in the record
13  properly.  Because I think at one point, you said
14  you've never bought fiat with cash?
15      A.   I've never bought Bitcoin with fiat, as a
16  starting from nothing where I had zero dollars.  Or
17  I'm sorry.  I had zero Bitcoin and then I bought.
18  It was only in the -- with regards to trading,
19  where I might have acquired cash temporarily and
20  then used that for a Bitcoin, but never having
21  pulled out, you know, gone to an ATM.  They have
22  Bitcoin ATMs, right?  I've never gone to one and
23  put money in and got Bitcoin out, right.
24      Q.   On Mt. Gox, did you trade?
25      A.   Yes.

1  Q. How often did you trade on Mt. Gox?
2  A. Probably every day. I can't say a time
3  frame, but I've also traded on Bitstamp, and later,
4  I've also traded on Bitfinex.
5  Q. Let's justZERO in on 2013 right now. So
6  at some point in 2013, do you recall whether it was
7  the beginning of the year, middle of the year, end
8  of the year?
9  A. Probably sometime around in the middle of
10 the year.
11 Q. So in around the middle of the year, you
12 opened an account at Mt. Gox, right?
13 A. Uh-huh.
14 Q. And you transfer Bitcoin into your account
15 at Mt. Gox, right?
16 A. Uh-huh. Yes, that's correct.
17 Q. And starting from mid 2013, you're trading
18 every day; is that right?
19 A. Every day or every other day or something
20 like that. You know.
21 Q. At some point in 2013, do you transfer
22 Bitcoin out?
23 A. I transfer Bitcoin out all the time.
24 Q. Where to?
25 A. To my own wallet.

Andrew Rasmussen
01/11/2018
99

1   Q. So the price of Bitcoin was rising pretty
2   rapidly in the second half of 2013. Were you
3   buying and selling Bitcoin, and then, for lack of a
4   better word, taking some of the profits out of Mt.
5   Gox and sending it to your personal wallet?
6       A. I guess you could say that.
7       Q. Is that true?
8       A. Yes.
9       Q. As a customer of Mt. Gox, did you receive
10  communications from Mt. Gox about the status of
11  their exchange?
12      A. Yes.
13      Q. At some point in early 2014, did you
14  receive e-mails about them having something called
15  a transaction malleability problem?
16      A. Uh-huh, yes.
17      Q. What does that mean?
18      A. Transaction malleability is in the
19  transaction, there's a place where you normally put
20  a digital signature. You can place, I would say
21  this in a simplified way. It's a way of modifying
22  the original transaction to change the
23  corresponding hash that's generated. So the
24  transaction still looks -- the contents of the
25  transaction is still correct, although the

1  fingerprint of it somehow, if you want to call that
2  the hash, is different.
3      It would be like if I took this document
4  and I put a little mark on it, the document is
5  still the same. But if you were to say, "Well, for
6  every single pixel on here," right, and I use all
7  those to generate a new value, a hash, okay. Well,
8  that's different from the one I had previously,
9  even though the contents were the same. So that's
10 what they were claiming was one reason for their
11 problems. I can't say whether that was or wasn't
12 the reason. But.
13     Q. When you started receiving those reports
14 from Mt. Gox, what was your reaction?
15     A. I think that came after the fact, right,
16 when things kind of fell apart for them. That's
17 when they kind of mentioned like possible reasons
18 why. My reaction with regards to it being, if that
19 was, in fact, the case, you know, it's hard to
20 tell, because it's technically possible for that to
21 occur. It is difficult for it to occur. But not
22 impossible to occur.
23     Q. Uh-huh. Were you able to get most of your
24 Bitcoin out of Mt. Gox before it collapsed?
25     A. I believe so.

1 perspective. We call that meta exchange, where
2 there's one other exchange that's hooked into all
3 the other exchanges, right? But that bridges that
4 gap between the exchanges. So it doesn't exist
5 yet. But Forex had the same problem as well. So
6 their solution, and as you -- the problem is, how
7 do I transact across exchanges. And sometimes it's
8 for risk. Right? That's inherent in trading.
9      And even at that time, in Forex, like it's
10 not unheard of for something to go wrong in capital
11 markets with a massive event, right, and someone is
12 out of business, right? And their customers are
13 screwed. That can happen actually still even in
14 capital markets.
15     Q. With regard to transferring Bitcoins out
16 of an exchange, you said that when you had Bitcoins
17 at Mt. Gox, you would transfer them to your
18 personal wallet, correct?
19     A. Uh-huh.
20     Q. You could also transfer them to another
21 exchange, right?
22     A. You could.
23     Q. Could you also transfer them to a friend's
24 personal wallet?
25     A. You could.

1    Q.    Could you also transfer them from a Mt.
2    Gox or any exchange to a merchant that accepts
3    Bitcoin?
4    A.    You could.
5    Q.    You could literally send it anywhere that
6    has a Bitcoin address, correct?
7    A.    Yes.
8    Q.    Did you review the report of Todd
9    Henderson?
10   A.    I don't recall.  Only just from the
11   comments from Williams.
12   Q.    But you didn't actually read through
13   Mr. Henderson's report?
14   A.    No.
15   Q.    On Page 4 of your report?
16   A.    Page 4.  Sure.
17   Q.    You state that "Satoshi Nakamoto --
18   A.    Uh-huh.
19   Q.    -- proposed a peer-to-peer electronic cash
20   system that they called Bitcoin."
21         What do you mean by "peer-to-peer"?
22   A.    Peer-to-peer is an approach where, whereby
23   you eliminate the use of centralized parties as a
24   way of coordinating information exchange.  So other
25   than me, let's say, whether it's cash.  And some