Exhibit 27



------- Original Message -------
**Subject:** [Support Desk] Re: International Withdrawal : 2014/01/29
**Date:** Mon, 24 Feb 2014 23:17:35 +0000
**From:** Anthony Support <notifications-info@mtgox.com>
**Reply-To:** Support Desk <info@mtgox.com>
**To:** Gregory Pearce <beeblebrox666@gmail.com>

## Please do not write below this line ##

### Ticket #203059: International Withdrawal : 2014/01/29

Your request (#203059) has been updated.

To review the status of the request and add additional comments, follow the link below:
http://support.mtgox.com/requests/203059

You can also add a comment by replying to this email.

**Anthony Support, Feb 25 08:17:**

Dear Valued Customer,

Thanks for your reply.

We are working hard to enable fund withdrawal and bitcoin withdrawal and we assure you that our system will be back to normal. We require your support in the meanwhile.

We really appreciate your patience.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

**Gregory Pearce, Feb 21 05:30:**

As an FYI, I have been reading the blog on btc-e and it sounds ugly. https://btc-e.com/

take a look and you will see why I am so paranoid.

**Gregory Pearce, Feb 21 05:14:**

I had not tried to withdraw yet as I was waiting for you to announce that it was turned back on. After reading your last response, I tried anyway just to see what would happen, and got a message that the transfer queue was full and not accepting any new requests.

So my question is... Should I try to withdraw or not???

My finances are blown out, and I need to get my bitcoins out before the end of next week or before. I can then get cash out from my American account rather quickly.

**Anthony Support, Feb 21 03:14:**

Dear Valued Customer,

Thanks for your reply.

I understand your frustration when you have not received bitcoins which you have withdrawn. We are working towards to get your withdrawals processed at the earliest. We apologize for the inconvenience caused in this delay. We will keep you updated once the withdrawals are processed.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

**Gregory Pearce, Feb 20 23:25:**

What are you people doing? you are pissing off millions of people. I bought back in based on your feb 17 report, now all I see is value dropping like a rock with no end in site. Somebody's incompetence in your operation is causing serious consequences worldwide. If you do not fix this soon, like within a day of two. I foresee the entire cryptocurrency market being destroyed as governments start banning the use of all types - bitcoin, litecoin, namecoin, whatever

I can understand your security problems, but that is what armed guards are for...hire some. Cheaper than moving.

**Anthony Support, Feb 19 23:15:**

Dear Valued Customer,

Thanks for your interest in testing our update.

We have team working on this and if we need any kind of support we will get back to you.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

**Gregory Pearce, Feb 19 04:30:**

I would be happy to volunteer as a beta tester for your update..

**Anthony Support, Feb 13 03:07:**

Dear Valued Customer,

Pearce001456

Thanks for your reply.

Yes we assure you that the issue will be resolved soon and you will be able to withdraw bitcoins from your account.

Once the situation is back to normal we will keep you posted in the announcements. We request your patience until the issue is resolved.

Please get back to us for further assistance.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

**Gregory Pearce, Feb 12 09:31:**

Ok, thank you, I have verified my balance is ok. Please advise as to when I will be able to transfer bitcoins. I hope it will be within the next week or two at the maximum.

**Anthony Support, Feb 12 08:09:**

Dear Valued Customer,

Thanks for your response.

Sorry for the confusion happened in the earlier email, please note that bitcoin withdrawals to outside is currently paused. We are working to fix the issue and get things back to normal. We assure you that the process will be streamlined and you will be able to withdraw bitcoins.

I have cancelled your withdrawals per your request and the funds were credited back to your account. We apologize for the inconvenience caused in this delay.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

**Gregory Pearce, Feb 11 10:00:**

The press release you referred to says "As you are aware, the MtGox team has been working hard to address an issue with the way that bitcoin withdrawals are processed. By "bitcoin withdrawal" we are referring to transactions from a MtGox bitcoin wallet to an external bitcoin address. The problem we have identified is not limited to MtGox, and affects all transactions where Bitcoins are being sent to a third party. We believe that the changes required for addressing this issue will be positive over the long term for the whole community. As a result we took the necessary action of suspending bitcoin withdrawals until this technical issue has been resolved.
" Your note above says "bitcoin withdrawal to outside exchange is currently not paused." This information is contradictory. I tried as a test to move the bitcoins I have currently in my account and your system would not allow it. (I was trying to transfer to my other account in the USA) At this time since you cannot tell me when the withdrawal can occur, I wish to cancel my withdrawal request and have my balance restored to my account, total being $5900.01710 including the tiny balance I have currently. I will then wait a short while to see if your bitcoin withdrawal system is fixed. I can then purchase bitcoins and then transfer them out. If I then get into a bind I will consider my 5% fee manual withdrawal on a smaller amount. My original withdrawal #'s are:
Transaction reference: 35902e9f-cf38-4e38-8868-dd2ff064b106
Date: 2014-01-29 00:10:30 GMT

**Anthony Support, Feb 11 01:52:**

Dear Valued Customer,

Thanks for your reply.

Pearce001457

We are still experiencing delay in processing international withdrawals. We are working towards to get these processed at the earliest. At present we do not have an ETA of when the withdrawals will be processed.

We have a manual withdrawal processing method in place for the customers who need funds sooner than the normal schedule. These manual withdrawals are done with 5% extra fee of the total withdrawal amount on each withdrawal. Please let us if you are interested in manual withdrawal processing.

Also please note that bitcoin withdrawal to outside exchange is currently not paused, you can know more in the link: https://www.mtgox.com/press_release_20140210.html

Please get back to us for further assistance.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

---

**Gregory Pearce, Feb 10 08:35:**

I am sorry but this is a major inconvenience, the recent winter ice storm has caused me unexpected expenses. I need a fast solution, I have one idea. When can you expect to be able to transfer bitcoins? I think it may be faster to use my money to re-purchase bitcoins and then transfer them to another bitcoin wallet to sell for withdrawal. Please advise as to when your bitcoin transfer mechanism will be up again. If I will be able to transfer bitcoins with confidence that they will not be lost, I will then consider cancelling the withdrawal request.

---

**Anthony Support, Feb 10 05:12:**

Dear Valued Customer,

Thanks for your reply.

I understand your concern about funds you have withdrawn. Please note that the international withdrawals are currently delayed and may take few weeks to get back to normal. Please be assured that the withdrawals will be based on the queuing system.

We apologize for the inconvenience caused in this delay. We will keep you updated once the withdrawals are processed.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

---

**Gregory Pearce, Feb 08 02:58:**

I have just read about some very negative press regarding your company that has me extremely concerned. Your btc/usd value has dropped significantly during the last two days after being much higher than the other popular exchanges. (bitstamp, campbx & btc-e) When I see press stating you have lost millions of dollars I want some kind of assurance that my recent withdrawal has not been lost, I need that money desperately now since the area I live in has been declared a state of emergency due to severe power outages. I am unable to work right now because of these power outages. I still have not gotten an itemized withdrawal confirmation. All I got was an e-mail with a transaction number code. it does not state the amount of the withdrawal ($5900.00) or the transfer fee (I seem to remember reading in your faq about a 2000 yen fee which is about $19.00) I need that transfer to happen before the end of February. Thank you.

---

**Gregory Pearce, Feb 07 09:07:**

I just received my yubi-key, I hope that my withdrawal request is handled as quickly.

---

**Anthony Support, Feb 05 01:04:**

Dear Valued Customer,

Sorry for the delay in response as we had huge volume of support tickets and we are working hard to resolve this.

I will help you with your query. I understand your concern that you find it difficult to track your fund withdrawal. Please note that you will be notified with an email about the transaction with unique transaction ID and you can find the same in your account in account history page with the current status.

And regarding your concern on withdrawal confirmation, please note that it has been addressed and you will get a pop-up of confirmation after you submit your withdrawal. This will ensure that you will not make same withdrawal again accidentally.

We have hired more people and we are working together to get things back to normal. Please be assured that you can expect a best quality of fast service from us in the near future.

We really appreciate your support to us. Please get back to us for further assistance.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers.
Please visit https://mtgox.com/security]

**Gregory Pearce, Jan 30 00:29:**

I just made a withdrawal for the first time yesterday to my bank. I was expecting some sort of confirmation page showing the date, amount of withdrawal minus any processing fees I.E. net withdrawal. I did get a generic e-mail indicating that a withdrawal was made but with no details. Due to the way you website processed the link for the withdrawal, it is set up in a way that could be a big problem. If someone thinks that their click did not register, they could click again and then have duplicate entries. In my case, I thought that my click did not register due to not seeing a different page come up. So I clicked again and then got an error saying I did not have enough funds. This could have been an issue if I had selected an amount less than half of my balance as there would have then been two requests which I did not want. This potential problem can be eliminated by having the site go to another confirmation page. Also there should be a unique transaction number associated with the withdrawal (Or also for a deposit) for tracking purposes. At this point in time all I know for sure is that my balance has reflected a withdrawal but I have nothing to use as proof of that. This is scary. If you are backlogged, hire more people. Please provide some kind of status that can be checked periodically. Make your site the best and draw business away from the other ones! The faster you can process things, the more money everyone makes!

Submitted from: https://www.mtgox.com/trade

This email is a service from Support Desk.

Message-Id:809QMDS1_530bd30f78fc2_3ee23fb3314c9ea05375a8_sprut

📄 **Login for acct balances MtGox.pdf**
262K

CONFIDENTIAL