Exhibit 32



# Certificate of Accuracy

STATE OF NEW YORK)
                        SS:
COUNTY OF KINGS)

This is to certify that the attached documents:

- Mizuho business record, dated June 7, 2013
- Mizuho business record, dated June 21, 2013
- Mizuho business record, dated June 28, 2013
- Mizuho business record, dated July 29, 2013
- Mizuho business record, dated August 19, 2013
- Mizuho business record, dated September 30, 2013
- Mizuho business record, dated October 31, 2013
- Mizuho business record, dated November 20, 2013
- Mizuho business record, dated July 17, 2013
- Mizuho business record, dated August 30, 2013

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Japanese language into the English language.

_____
Hafida Santoudji

Sworn to and subscribed before me

this 1st day of February 2018

_____
Notary Public

FARIBES RAMOS
NOTARY PUBLIC, State of New York
No. 01RA6393308
Qualified in Bronx County
Commission Expires March 31, 2018

Storage period: March 31, 2024:   Information classification

Issue date: August 30, 2013

Issue:

MB

## Interview/work record

| Preparing unit (210) Shibuya branch | | | |
|---|---|---|---|
| Director | Vice Director/Vice Branch Director | Assistant Director/Department Director | Manager |
| [seal: AKIYAMA] | [seal: KAZEMATSURI] | [seal: KANNO] | [seal: SHIMIZU] |

*Copy recipients to be confirmed      POC: 87-

210-21

| Name of the other party | MTGOX, Inc. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of interview | 2013/08/30 | | | Time | 14:00 – 14:45 | | | | Location | 1f meeting room in the company's building | | |
| Other party | Please see below | | | | | | | | | | | |
| Our party | Please see below | | | | | | | | | | | |
| Summary of interview | Credit limit issue/products | | | | | | | Other | Ad hoc review | Insider information | | complaint |
| | Received | Internal review | Proposal to customer | Product selection | Negotiation of conditions | Explanation of important items | Explanation of refusal | Customer withdrawal | | | Minor | Pertinent | |
| | | | | | o | | | | | | | | |
| Issue | Transaction cancellation timing | | | | | | | | | | | |

### Summary and observations

Other party: CEO Mark Karpeles, Secretary Udaki
Our party: Assistant Director Ohmura (Operational Planning Division), Advisor Ajita (Compliance Management Division), Branch Manager Akiyama, Shimizu (both from the Shibuya branch)

1. We visited the company and collected the below information.
2. Summary of the interview
   1) Transaction cancellation timing

Our party: How has work been going toward cancelling the transactions with the bank since the last meeting?
Other party: A change of deposit recipient press release will probably be out at the end of September.
Our party: Should we understand that as being able to cancel the bank's accounts at the end of September?
Other party: We haven't received firm dates from other banks. Also, since we must give a grace period to existing customers to change remittance recipients to new accounts and set up e-business and foreign currency accounts after obtaining transaction acceptance from other banks, sorry to be assertive but this will take a little more time.
Our party: Quite some time has passed since the transaction cancellation request. Can you at least show a goal for transaction cancellation timing that both sides can share?
Other party: In that meaning, there will be a press release from the end of September to the beginning of October, and your bank's accounts will be cancelled at the end of October.
Our party: Of course, with this schedule being fixed, the accounts won't be forcefully cancelled if the transactions aren't cancelled by the deadline, but the bank would like to follow through with this schedule, so please let the branch manager know before the press release (regarding progress in cancelling the transaction, such as changing deposit recipients).
   2) Press release dated 08/05
Our party: Concerning the press release dated 08/05, the bank thinks that when the people who see it actually see it, they will be able to see that, depending on the circumstances of the bank, the deposit will take time, and they won't take this kindly.
Other party: Neither Mizuho nor circumstances of the bank are written.

(Continued on page 2)

### Instructions/observations

| Copy recipients Compliance Management Division Operational Planning Division | Date copy received | | | |
|---|---|---|---|---|
| | Director | Vice Director/Vice Branch Director | Assistant Director/Department Director | Manager |

Z003D5B4                              3112Y081-2 Interview/work record (10Y) 13.07

2013/09/04   12:40

[illegible]

Information classification

| | |
|---|---|
| Issue: | MB |

Interview/work record
(attachment)

| Preparing unit | |
|---|---|
| | Shibuya |

| Name of counterparty | MTGOX, Inc. |
|---|---|

Our party: We also didn't say that. Since we requested the closing of the accounts, until now we haven't strongly demanded such things as a time period for closing. Regardless of that, we have a bad feeling that our good will has been trampled on this time. With these feelings, we'd like you to suppress the press release and close the accounts soon.
Other party: Got it. We'll tell the press department.

3) Bulk transfers
Our party: This is a separate issue, but bitcoin transactions aren't mixed in with bulk and domestic transfers, are they?
Other party: There are also bitcoin transactions.
Our party: While we stopped outward transactions in June, there should not be a distinction between domestic and overseas.
Other party: Even though the intent was to check whether domestic transactions were ok.
Our party: While surely the reply was that we can't say we don't want you to make salary and expense payments, we requested you not to make bitcoin transactions. There may have been a misunderstanding, but please don't do this in the future.
Other party: Understood.

3. Observations
We visited with HQ staff, and the other party proposed the end of October as a goal for transaction cancellation timing.
Since deposit recipient changes are scheduled for the end of September, we will handle this carefully after continuous follow up.

Instructions/observations

| | Date copy received | | | |
|---|---|---|---|---|
| | Director | Vice Director/Vice Branch Director | Assistant Director/Department Director | Manager |

Z003D5B4

3112Y081-2 Interview/work record (10Y) 13.07

2013/09/04  12:40

[illegible]