Exhibit 33

```
                      *** HIGHLY CONFIDENTIAL ***
 1          IN THE UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF ILLINOIS

 3                      EASTERN DIVISION

 4

 5   GREGORY GREENE, JOSEPH LACK,        )

 6   ANTHONY MOTTO, and GREGORY PEARCE,)

 7   individually and on behalf of all )

 8   others similarly situated,         )

 9          Plaintiffs,                  )

10      vs.                             ) No. 14 CV 1437

11   MIZUHO BANK, LTD., a Japanese       )

12   financial institution, and MARK    )

13   KARPELES, an individual,            )

14          Defendants.                  )

15

16          The ** CONFIDENTIAL ** videotaped

17   deposition of ANTHONY PATRICK MOTTO, called for

18   examination, taken pursuant to the Federal Rules of

19   Civil Procedure of the United States District Courts

20   pertaining to the taking of depositions, taken before

21   DINA G. MANCILLAS, a Certified Shorthand Reporter

22   within and for the State of Illinois, CSR No. 84-3400

23   of said state, at Suite 2200, Two North LaSalle

24   Street, Chicago, Illinois, on July 26, 2017, at

25   9:00 a.m.
```

```
 1   PRESENT:

 2       EDELSON PC

 3       350 North LaSalle Street, Suite 1300

 4       Chicago, Illinois   60654

 5

 6       BEN THOMASSEN, ESQ.

 7

 8           appeared on behalf of the Plaintiffs

 9

10       SHEARMAN & STERLING LLP

11       599 Lexington Avenue

12       New York, New York   10022-6069

13

14       JEFFREY J. RESETARITS, ESQ.

15

16           appeared on behalf of Defendant

17           Mizuho Bank, Ltd.

18

19   ALSO PRESENT:

20       Mr. Lenny Parsons, Legal Videographer,

21           US Legal Support, Inc.

22

23   REPORTED BY:

24           DINA G. MANCILLAS, CSR, RPR, CRR, CLR

25           CSR No. 84-3400
```

1        A.      No.

2        Q.      Could you read Paragraph 145?

3        A.      Okay.

4        Q.      Paragraph 145 in the first sentence

5    says, "Mizuho instructed its own employees not to

6    reveal that it had stopped processing withdrawal

7    requests for users in the United States so as to

8    perpetuate the false impression that Mt. Gox was

9    operating normally."

10           What facts do you have that Mizuho

11   instructed its employees not to reveal that it had

12   stopped processing withdrawal requests for users

13   in the United States so as to perpetuate the false

14   impression that Mt. Gox was operating normally?

15       A.      I have no personal facts.

16       Q.      Do you know who at Mizuho instructed

17   its employees not to reveal that it had stopped

18   processing withdrawal requests?

19           MR. THOMASSEN:  Object; calls for

20       speculation.

21   BY THE WITNESS:

22       A.      No, I do not personally know.

23   BY MR. RESETARITS:

24       Q.      Do you know when this instruction was

25   made?

1       A.      No.

2       Q.      Do you know who would have that

3  information?

4               MR. THOMASSEN:  Object; calls for

5          speculation, asked and answered.

6  BY THE WITNESS:

7       A.      I would speculate Mark Karpeles --

8  BY MR. RESETARITS:

9       Q.      I don't want -- I don't want you to

10  speculate.

11      A.      I am --

12      Q.      Do you -- do you know who would know

13  the facts that support the allegation in 1 -- 145?

14      A.      I have no personal facts.

15      Q.      Could you read Paragraph 147?

16      A.      Okay.

17      Q.      Again, in the first sentence, it says,

18  "Mizuho prohibited Mt. Gox from disclosing that

19  withdrawal difficulties were attributable to

20  Mizuho."

21              What facts do you have to support that

22  Mizuho prohibited Mt. Gox from disclosing that

23  withdrawal difficulties were attributable to

24  Mizuho?

25              MR. THOMASSEN:  Object to form.

Anthony Motto Highly Confidential
07/26/2017                                    76

```
 1    BY THE WITNESS:

 2         A.    I do not have any personal facts.

 3    BY MR. RESETARITS:

 4         Q.    Do you know who does have facts to

 5    support the allegation in Paragraph 147?

 6         A.    I have no personal knowledge of who

 7    would have those facts.

 8         Q.    Mr. Motto, when you file a complaint in

 9    federal court against another party, do you

10    understand that you have to have a factual basis

11    for the allegations in the complaint?

12              MR. THOMASSEN:  Object; calls for a

13         legal conclusion.

14    BY THE WITNESS:

15         A.    I would guess so, sure.

16    BY MR. RESETARITS:

17         Q.    So we've gone through a number of

18    paragraphs in this complaint where you've told --

19    where you've testified that you don't have

20    factual --

21         A.    I personally do not have factual

22    information on some of the questions you've asked.

23         Q.    Okay.

24         A.    I mean, I -- I kind of think that's why

25    the class action is helpful.  There's other people
```

1    that have things that have happened a little

2    different than me.

3              MR. THOMASSEN:  Wait for a question.

4              THE WITNESS:  Sorry.

5    BY MR. RESETARITS:

6         Q.    Did you talk to any of those people so

7    that you were comfortable making these factual

8    allegations?

9              MR. THOMASSEN:  Object --

10   BY THE WITNESS:

11        A.    No.

12             MR. THOMASSEN:  -- to form.

13   BY MR. RESETARITS:

14        Q.    Mr. Motto, when did you first become

15   aware of Mt. Gox?

16        A.    I'm going to say December -- October,

17   November, December of maybe 2013.

18        Q.    And what -- what did you read or how

19   did you learn about Mt. Gox?

20             MR. THOMASSEN:  Object to form.  I

21        assume you mean the same time period?

22   BY MR. RESETARITS:

23        Q.    Yes.  In the time period when you

24   learned about Mt. Gox, what brought it to your

25   attention?

Anthony Motto Highly Confidential
07/26/2017                                    78

```
1        A.      It was one of the more major exchanges
2  that was more regulated.
3        Q.      And so did you read it in the
4  newspaper?  Where did you learn of --
5        A.      Most of my stuff is -- is news online.
6        Q.      And -- and what -- what type of stuff
7  were you reading about Mt. Gox?  What did you
8  learn about Mt. Gox in that time period?
9        A.      The way I came about Mt. Gox was, I
10 originally was interested in the technology and
11 was getting into the computer aspect of it.
12              And once I realized that I could make
13 bitcoins, etc., I was looking for an exchange that
14 I could exchange them on.  And at that point, I
15 found Mt. Gox was the one of the more bigger,
16 reputable exchanges out there.
17       Q.      So do you recall when you opened your
18 account with Mt. Gox?
19              MR. THOMASSEN:  Object to form, assumes
20       facts.
21 BY THE WITNESS:
22       A.      I'm guessing it was late 2013.  So,
23 maybe December, January.  It was somewhere around
24 there, I think.
25              MR. RESETARITS:  Okay.  Why don't we
```

Anthony Motto Highly Confidential
07/26/2017                                    79

```
1        mark as an exhibit -- it will be Motto 2.

2        It's Bates-stamped Motto-000934, and it

3        appears to be an email dated January 15th,

4        2014, with the opening sentence that says,

5        "Welcome to Mt. Gox."

6                        (Motto Deposition Exhibit 2 was

7                        marked for identification.)

8                        (Document tendered.)

9   BY THE WITNESS:

10       A.      Okay.

11  BY MR. RESETARITS:

12       Q.      Mr. Motto, do you recognize this

13  document?

14       A.      Yes.

15       Q.      What is it?

16       A.      It is the welcome letter from Mt. Gox

17  after registering the account, after I registered

18  the account.

19       Q.      And what's the date on the email?

20       A.      It would be January 15th, 2014.

21       Q.      Does that refresh your recollection

22  about when you opened your account with Mt. Gox?

23       A.      Yes.

24       Q.      So when was it?

25       A.      January -- well, it could be
```

1    January 14th, but January 15th, 2014.

2        Q.      Could you describe the -- the -- the

3    process you used to register with Mt. Gox or open

4    an account with Mt. Gox?

5        A.      Sure.

6        Q.      How -- how do you do that?

7        A.      First thing you do is, you go to the

8    website, Mt. Gox's home page, and create an

9    account, email address, password.  One -- you can

10   get into the website by itself, but then at that

11   point, I verified my information so they had my

12   driver's license, my passport, all the legitimate

13   stuff.  So I was in a better state to do

14   transactions.

15             So this one here is the welcome letter.

16   After this, there should be one that says, "You've

17   been verified for deposits and withdrawals."

18       Q.      As part of the account-opening process,

19   did Mt. Gox make you review and approve a --

20       A.      Terms of agreement?

21       Q.      Yeah.  Terms of use --

22       A.      Yes.

23       Q.      -- or terms of agreement.

24       A.      And I tried to print it out, and it

25   might have been submitted with the other

Anthony Motto Highly Confidential
07/26/2017                                    81

1    information that I submitted.

2         Q.    Okay.  But -- but just to be clear, as

3    part of the -- the sign-up process, you had to

4    agree to the terms of use with Mt. Gox, is that

5    correct?

6              MR. THOMASSEN:  Object to form.

7    BY THE WITNESS:

8         A.    Yes.

9    BY MR. RESETARITS:

10        Q.    When -- so you opened your account on

11   January 15th.  When did you deposit funds into

12   your Mt. Gox account?

13             MR. THOMASSEN:  Object to form, assumes

14        facts.

15             MR. RESETARITS:  Okay.

16   BY THE WITNESS:

17        A.    I don't remember the exact date.  It

18   was probably close to the opening date.  I'm going

19   to say maybe the 18th all the way up to

20   February 15th, somewhere in there.

21             MR. RESETARITS:  Okay.  I would like to

22        mark Motto 3.  It is a three-page document.

23                  The Bates number at the bottom of

24        the first page is Motto 000201, and the

25        document extends to 203.

Anthony Motto Highly Confidential
07/26/2017                                          82

```
 1                    (Motto Deposition Exhibit 3 was

 2                    marked for identification.)

 3                    (Document tendered.)

 4    BY MR. RESETARITS:

 5        Q.     Mr. Motto, do you -- do you recognize

 6    this document?

 7        A.     Yes.

 8        Q.     What is it?

 9        A.     It is the copy of the wire transfer I

10    sent.

11        Q.     Sent from where?

12        A.     Sent from JPMorgan Chase.  I'm just

13    making sure that this matches because it's $500,

14    and these are two different documents.

15               It's possible that you're giving me a

16    document that references a different exchange.

17        Q.     If I could direct you to the second

18    page, Motto 000202?

19               MR. THOMASSEN:  Just if I could

20        interject, Jeff, what he's referring to are

21        these numbers down here at the bottom

22        [indicating].

23               THE WITNESS:  Cool.

24    BY MR. RESETARITS:

25        Q.     Oh, there's -- yes.  That's right.
```

1         A.      Okay.

2         Q.      Those are the Bates numbers.

3         A.      Yes.   That is correct.   This is the

4    wire transfer from JPMorgan Chase to Mt. Gox.

5         Q.      And what was the amount of money that

6    you wired to Mt. Gox?

7         A.      A thousand dollars.

8         Q.      And whose name was on the Chase

9    account?

10        A.      My name, Anthony Patrick Motto.

11        Q.      Are you sure it was your name and not

12   Highline Technologies?

13        A.      It could have been.   I know I set up a

14   separate account.   So only this stuff was in that

15   account.   I didn't want other stuff interfering

16   with this.

17               So that account was only used for this.

18        Q.      Okay.   But in any event, a -- a wire

19   transfer was sent for a thousand dollars on -- the

20   wire date on this document says February 18th,

21   2014, is that correct?

22        A.      That sounds correct.

23        Q.      And the document also says, on page --

24   on the second page, that the wire was sent to

25   Mt. Gox Co., Limited, Shibuya, Tokyo, Japan,

Anthony Motto Highly Confidential
07/26/2017

84

```
1    correct?

2         A.      Correct.

3              MR. RESETARITS:  I'd like to mark as

4    Motto 4, a two-page document.  It has the

5    Bates No. MIZ_0003847, and it goes to 3848.

6                       (Motto Deposition Exhibit 4 was

7                       marked for identification.)

8                       (Document tendered.)

9              MR. THOMASSEN:  Do you have one for me;

10   Jeff?

11             MR. RESETARITS:  Oh, sorry.

12                       (Document tendered.)

13             MR. THOMASSEN:  Thanks.

14   BY MR. RESETARITS:

15        Q.      Mr. Motto, I want to direct your

16   attention to the top of the document.

17              Do you see where it says, "Received

18   Date:  2014-02-18"?

19        A.      Yes.

20        Q.      Is that the same date that -- that a

21   wire transfer was made --

22        A.      Yes.

23        Q.      -- from JPMorgan Chase to Mt. Gox?

24        A.      Yes.

25        Q.      The "from" says -- in this document
```

Anthony Motto Highly Confidential
07/26/2017                                    85

1    says, "JPMorgan Chase Bank New York Head Office,

2    New York."

3              Do you see that?

4      A.    Yes.

5      Q.    And then down in the middle of the

6    page, it says, "Highline Technologies, Inc.,

7    160 Grow Lane, Streamwood, Illinois, 60107."

8              Do you see that?

9      A.    Yes.

10     Q.    The next line says, "Beneficiary

11   Customer:  Mt. Gox Co., Limited, Shibuya, Tokyo,

12   Japan."

13             Do you see that?

14     A.    Yes.

15     Q.    Does this -- does the information on

16   this document match the wire transfer that

17   Highline Technologies sent to Mt. Gox?

18     A.    It appears to.

19     Q.    Does this document clarify for you at

20   all whether it was you that sent the wire transfer

21   or Highline Technologies?

22     A.    Yes.

23             MR. THOMASSEN:  Object -- hold on.

24     Object to form.

25                 Go ahead.

 1    BY THE WITNESS:

 2        A.    Yes.  It's me as Highline Technologies.

 3    BY MR. RESETARITS:

 4        Q.    Okay.  But the wire came from Highline

 5    Technologies, is that correct?

 6            MR. THOMASSEN:  Object to form.

 7    BY THE WITNESS:

 8        A.    Yes.

 9    BY MR. RESETARITS:

10        Q.    And it came from a bank account in the

11    name of Highline Technologies, is that correct?

12        A.    I believe so, yeah.

13        Q.    Mr. Motto, you signed -- you appear to

14    have opened your Mt. Gox account around

15    January 14th or 15th of 2014, is that correct?

16        A.    Correct.

17        Q.    It appears from the documents we looked

18    at that you -- that Highline Technologies wired

19    money to Mt. Gox around February 18th, 2014, is

20    that correct?

21            MR. THOMASSEN:  Object to form.

22    BY THE WITNESS:

23        A.    That sounds correct.

24    BY MR. RESETARITS:

25        Q.    Why did you wait a month to transfer

1    Can I still use this method to deposit funds to

2    Mt. Gox?  Thanks again.  Tony."

3            Is that a message that you sent to the

4    support desk at Mt. Gox?

5        A.    Yes.

6        Q.    And what -- what were you inquiring

7    about?

8        A.    That direct deposit method that I saw

9    on their frequently asked questions, it wasn't --

10   so I gave him the link to it, too, so they could

11   reference it and get me more info on it.

12       Q.    What -- what did you learn about this

13   other direct deposit method?

14       A.    Nothing.  I got no response.

15       Q.    What was the -- so after you -- I want

16   to make sure I have the timeline right.

17            JPMorgan sends a wire to Mt. Gox on

18   Febru- -- February 18th, 2014, is that correct?

19       A.    Correct.

20            MR. THOMASSEN:  Object to form.  Sorry.

21            Go ahead.

22   BY MR. RESETARITS:

23       Q.    In the days after that, you know,

24   within the next week, you sent a series of

25   messages to the support desk asking if there was a

Anthony Motto Highly Confidential
07/26/2017                                                      101

```
 1   faster way to deposit money, is that correct?
 2        A.     Yes.
 3        Q.     What was the rush?
 4        A.     I didn't like not seeing my money.   I
 5   sent it off, and I -- I didn't see it.  So it
 6   would have been nice to see it in an account
 7   somewhere so I felt better.  So I was looking for
 8   the next time so I didn't have to wire.
 9        Q.     Were you able to -- were you able to
10   see money in your Mt. Gox account?
11        A.     No.  I don't believe it ever made it
12   there.  Once it made it to Mt. Gox -- or, to
13   Mizuho, that's when they -- it seemed like they
14   had closed.  And I had no -- when I went to access
15   the website, it was zero-zero.
16        Q.     They had closed, meaning who?
17        A.     Mt. Gox.
18        Q.     Do you know whether Mizuho transferred
19   your money to Mt. Gox?
20        A.     No, I do not know.
21        Q.     If Mizuho transferred your money to
22   Mt. Gox, did they complete the transaction that
23   you initiated from the JPMorgan account, the wire
24   transfer to Mt. Gox?
25        A.     I'm speculating.
```

1    customers?

2              MR. THOMASSEN:  Hold on.  Object.

3       Misstates testimony.  Also to form.

4    BY MR. RESETARITS:

5       Q.     Then please correct it for me.  You

6    keep referencing --

7       A.     Sir --

8       Q.     -- deposits.  What did Mizuho do with

9    regard to deposits?

10      A.     My funds never made it to the account,

11   the Mt. Gox account.  And -- and even more

12   concerning is, I know you're -- you're stuck on

13   deposits here, but withdrawals, they might not be

14   directly what I'm dealing with, but later, I was

15   going to withdraw.  And had I known I couldn't

16   withdraw, I would have never deposited.

17      Q.     Let's -- we'll get to withdrawals.

18   Let's focus on deposits.

19             Your -- is your allegation that Mizuho

20   tortiously interfered with your contract with

21   Mt. Gox because it purportedly failed to process

22   your deposit?

23             MR. THOMASSEN:  Object to form --

24             THE WITNESS:  I don't --

25             MR. THOMASSEN:  -- legal conclusion.

Anthony Motto Highly Confidential
07/26/2017

143

1      Q.      Do you know when you submitted your

2   form?

3      A.      I know it was before the deadline.

4      Q.      It was?

5      A.      Yeah.

6            MR. RESETARITS:  Can we mark Motto 11?

7       It's a six-page document with the title on

8       the first page "MTGOX online bankruptcy claim

9       filing system."

10            The Bates numbers are

11       Motto 000785 to 790.

12                  (Motto Deposition Exhibit 11

13                  was marked for identification.)

14            (Document tendered.)

15   BY MR. RESETARITS:

16      Q.      Do you recognize this document?

17      A.      Yes.

18      Q.      What is it?

19      A.      It looks like it's the general page for

20   Mt. Gox claims.

21      Q.      Could you be more specific?

22      A.      It is the Mt. Gox online bankruptcy

23   claim filing system form from Mt. Gox's website.

24      Q.      And is this a document that you've

25   reviewed before, before today?

Anthony Motto Highly Confidential
07/26/2017

144

```
 1        A.     I believe so.  It looks familiar.

 2               Yes.  I -- I believe this is what you

 3    had to click on in order to get into the site.

 4        Q.     When did you do that?

 5        A.     Oh, various times.  Sometimes I printed

 6    them, and those were submitted with our stuff.

 7    They showed the zero-zero balance.

 8               Up until the point where -- some point

 9    after they went dark, you couldn't even get into

10    the site.  And that's when I stopped.

11        Q.     On Page 2, just above the words "log

12    in," could you read that, the last sentence of

13    the -- the top paragraph?

14        A.     Where are we at?

15        Q.     It's -- it's towards the top of the

16    page just above "log in."  A little bit farther

17    down.  It's -- it's the last sentence of that

18    group that you're looking at.  It says, "The

19    bankruptcy trustee decided that the deadline for

20    filing bankruptcy claims and making changes to

21    such bankruptcy claims using the online method

22    will be 12 noon on July 29th, 2015."

23        A.     Oh, yeah.  It looks like the date was

24    adjusted, yeah.

25        Q.     So what's the deadline for making
```

145

```
1    bankruptcy claims as --

2              MR. THOMASSEN:  Object to form.

3    BY THE WITNESS:

4         A.    On this form, it looks like it's

5    July 29th.

6    BY MR. RESETARITS:

7         Q.    Okay.  Are you aware of another

8    deadline?

9         A.    There were other deadlines, but I don't

10   know if that's the -- the final one that was given

11   or if that was the previous deadline, but I know

12   the deadline was changed.  I remember that.

13        Q.    Uh-huh.  This is -- this is a document

14   you produced.  Are you aware of another deadline?

15        A.    Yeah.  I --

16        Q.    -- for submitting bankruptcy claims?

17        A.    For some reason, I almo- -- you know, I

18   don't have the other -- you know, I tried to print

19   when I could, but for some reason, I think the

20   deadline was moved up instead of back.  I don't

21   know if -- if anybody knows that factual or not,

22   but I -- I think that -- let's say it was, say,

23   set for August.  You'd think they would move it to

24   a later date so more people can get in, but I

25   think it was moved to July, which is a shorter
```

Anthony Motto Highly Confidential
07/26/2017

146

1    time frame for people to submit.

2        Q.    Okay.

3        A.    So I don't know if the time frame was

4    shorter or less or more.

5        Q.    And you -- you submitted your claim

6    before this deadline, July 29th, 2015?

7        A.    I'm not sure about this deadline.

8        Q.    Okay.  Well, what I want to figure out

9    is, did you submit your bankruptcy claim on time?

10       A.    Yes.

11       Q.    What's the deadline for submitting

12   claims?

13       A.    According to this, it's July 29th,

14   two -- 2015.

15       Q.    So is it your testimony you submitted

16   before this deadline?

17       A.    Yes.

18       Q.    Do you know when you submitted your

19   bankruptcy claim?

20       A.    It should be on the USPS receipt that's

21   in the documentation that you were given.

22            MR. RESETARITS:  I want to mark

23       Motto 12, which is a seven-page document

24       that's -- with the -- with the -- the case

25       caption for this case on the first page, and

Anthony Motto Highly Confidential
07/26/2017

147

```
 1          the title is "Plaintiff Anthony Motto's

 2      Answers to Defendant Mizuho Bank's Second Set

 3      of Interrogatories."

 4                      (Motto Deposition Exhibit 12

 5                      was marked for identification.)

 6                      (Document tendered.)

 7  BY MR. RESETARITS:

 8      Q.      Mr. Motto, do you recognize this

 9  document?

10      A.      Yes.

11      Q.      What is it?

12      A.      It looks like one of the earlier forms

13  of the case.

14      Q.      Is it Plaintiff Anthony Motto's Answer

15  to Defendant Mizuho Bank's Second Set of

16  Interrogatories?

17      A.      That's what this document is.

18      Q.      Could you turn to Page 6?  Is Page 6

19  titled "Verification"?

20      A.      Yes.

21      Q.      Does page -- does it say on Page 6,

22  "Pursuant to 28 USC Section 1746, I declare under

23  the penalty of perjury that the foregoing is true

24  and correct"?

25      A.      Yes.
```

Anthony Motto Highly Confidential
07/26/2017

148

1          Q.      Is that your signature below that

2    statement?

3          A.      Yes.

4          Q.      Did you review these answers before you

5    signed Page 6, the verification?

6          A.      Yes, to my best abilities.

7          Q.      I want to direct you to Page 2 -- we

8    should really start at Page 1.  It's interrogatory

9    No. 1.  "Identify any claims that you have

10   submitted in any bankruptcy proceeding concerning

11   Mt. Gox, including, but not limited to, the

12   Moun- -- Mt. Gox bankruptcy action in Japan

13   administered by N-o-b-u-a-k-i, Kobayashi,"

14   K-o-b-a-y-a-s-h-i, "in re Mt. Gox, case

15   No. 14-31299 and in re Tibanne," T-a-b-a-n-n-e

16   [sic], "Co., Limited, a/k/a KK."

17                On Page 2, there's an answer.  It says,

18   "Plaintiff states that although his Mt. Gox

19   account never reflected any balance (i.e., for

20   either fiat currency or bitcoin), he submitted a

21   claim in connection with the Japanese bankruptcy

22   for the amount of money he attempted to deposit

23   through Mizuho, 1,000 USD.  That claim was

24   submitted in or around October of 2015.  The

25   plaintiff never received a decision or a response

1    to this claim."

2          Does that interrogatory response

3    refresh your recollection about when you submitted

4    the bankruptcy claim?

5       A.    I'll believe it.  I don't really

6    remember, but October 2015 sounds about right.

7       Q.    Is October 2015 within the deadline set

8    by the bankruptcy trustee for submitting

9    bankruptcy claims?

10          MR. THOMASSEN:  I would just object to

11      form.

12   BY THE WITNESS:

13      A.    Which one had the -- the date stamped

14   on it?

15   BY MR. RESETARITS:

16      Q.    It was the last document.  So it would

17   be --

18      A.    10?

19      Q.    -- Exhibit 10, I believe.  No --

20          MR. THOMASSEN:  I think 11.

21   BY MR. RESETARITS:

22      Q.    11.  No, not that one.

23      A.    Actually, I -- I'm going to go with --

24   there's probably -- I think you're leading to a

25   discrepancy in dates, and I'm going to go back to

Anthony Motto Highly Confidential
07/26/2017

150

1      the statement on that same document, 10.

2           Q.    Yeah.  Let -- let -- let's find the

3      document.  It -- it's -- it's right there.  There

4      you go.

5           A.    11?

6           Q.    Yeah.

7                 MR. THOMASSEN:  Uh-huh.

8      BY THE WITNESS:

9           A.    July 29th, 2015.  According to this

10     posted deadline, I missed it, but I -- I please

11     request that we verify that this was the only date

12     and time in there because I could have swore there

13     was a different date and time changed on the

14     bankruptcy claims form.

15                MR. RESETARITS:  I want to mark another

16          exhibit Exhibit -- Motto Exhibit 12 --

17                THE COURT REPORTER:  13.

18                MR. RESETARITS:  -- 13, which is a

19          six-page document that appears to have been

20          printed from the Mt. Gox website.

21                     At the top, it says "MtGox.com."

22                     (Motto Deposition Exhibit 13

23                      was marked for identification.)

24                     (Document tendered.)

25

Anthony Motto Highly Confidential
07/26/2017                                    155

1         Q.      How did you make the -- the paper

2    claim, then?

3         A.      I just printed out the form and filled

4    it out manually.

5         Q.      And what's the deadline for submitting

6    forms?

7         A.      There were different deadlines for

8    different things.  I think the digital deadline is

9    different than the written deadline, if I remember

10   right, but I don't remember the dates for those.

11        Q.      And -- and have you followed up with

12   the trustee to find out the status of your claim?

13        A.      I have no -- no.  I -- I have nothing.

14        Q.      Why?

15        A.      I sent them the information, and I

16   haven't gotten anything back.  So I'm not even

17   sure -- I -- I don't know where we're at.  I --

18   I'm totally lost.

19        Q.      Okay.  So you submitted a -- you

20   printed out a form, and you submitted a bankruptcy

21   claim in October of 2015, is that correct?

22        A.      On or about, yeah.

23        Q.      And then you never followed up with the

24   bankruptcy trustee to see whether they received

25   your --

1      A.     No.

2      Q.     -- claim?

3      A.     Nothing.  In fact, I think that the

4 trustees changed somewhere.

5           And at that point, I was -- I was

6 retaining attorneys to find out, have them help me

7 because I can't -- this Japanese stuff is crazy.

8      Q.     Are your attorneys helping you with the

9 bankruptcy claim?

10     A.     They're helping me recoup my funds.

11     Q.     Are they helping you with the

12 bankruptcy claim?

13     A.     I'm not sure.  I mean, I -- isn't this

14 all rolled into the same thing of trying to get

15 funds?

16     Q.     I -- I don't know.  You tell me.

17     A.     I -- I can't tell you.  I don't know.

18     Q.     So you don't know if your attorneys are

19 helping you with the bankruptcy claim?

20     A.     Correct.

21     Q.     And you did nothing to follow up after

22 you sent in the -- the bankruptcy claim form to --

23     A.     Yeah.

24     Q.     -- to determine whether the --

25     A.     That's correct, because I lost my home

1    A.    I'm sorry.  I thought you were --

2    Q.    Oh, no.  Sorry.  I'm wondering if you

3  knew that there was a bug in the bitcoin

4  software -- if Mt. Gox had announced that there

5  was a bug in the bitcoin software in February of

6  20- -- February 13th of 2014.

7    A.    According to this, there was.  I

8  remember there being a discussion about trans- --

9  transaction malleability, and I believe that it

10  wasn't necessarily the bitcoin code itself.

11         It was the software that accepted the

12  transactions and -- and that portion of it.

13    Q.    I -- I can't say I understand the word

14  "transaction malleability," but do you think it's

15  fair to say that on February 13th, 2014, Mt. Gox

16  was announcing that there was a problem with

17  bitcoin transactions?

18    A.    Yes.

19    Q.    So this is -- you printed this out

20  February 13th, 2014.

21         We just looked at a number of exhibits

22  from January and February of 2014.  This is

23  important.  So I want you to correct me if I'm

24  wrong, but as of 2013, 2014, you were aware that

25  Mt. Gox was manually processing withdrawal

1    requests, that Mt. Gox had a backlog in processing

2    withdrawal requests, that it could take up -- it

3    could take Mt. Gox up to four weeks to process

4    withdrawal requests -- I believe in one of your

5    communications with a third party, you said that

6    Mt. Gox was down.

7            And in this most recent exhibit,

8    Mt. Gox announced that there was a problem with

9    its bitcoin transactions and potentially a bug in

10   the software.

11           Do you agree with that?

12       A.    Yes.

13       Q.    So even though you knew about those

14   problems, five days later, you sent a thousand --

15   or, you had JPMorgan wire from your account -- not

16   your account, the -- the Highline Technologies

17   account -- to Mt. Gox a thousand dollars, is that

18   right?

19       A.    Correct.

20           MR. THOMASSEN:  Object to form.

21   BY MR. RESETARITS:

22       Q.    Why?  Weren't -- weren't you concerned

23   about the problems on the Mt. Gox exchange?

24       A.    Yeah.  I think it's the same concerns I

25   have for a local institutions, too.  Just two

1    months ago, Visa was down because of issues.

2            So we all have issues with technology.

3    And, you know, as long as somebody is addressing

4    the issues to correct them, I'm okay.  And that's

5    what I was reading, you know.

6            Whether it's factual or not now, I

7    don't know, but under that assumption, yeah, I

8    wasn't overly concerned about a new product coming

9    to market and having some issues.

10           And it really seemed like the issue was

11   more on Mt. Gox's side as opposed to bitcoin

12   because it was just an accountability transaction

13   issue, and I think that was more of it than --

14   than the technology itself.

15           So, yes, I was comfortable still

16   investing in bitcoin.

17       Q.    Were you concerned at all that with

18   these problems we just discussed, that you could

19   lose your money?

20       A.    Yes.

21       Q.    You were?

22       A.    [Nonverbal response.]

23       Q.    Were you concerned with these problems,

24   that it might take, as they announced, four weeks

25   or more for withdrawals?

1      A.      Yeah.   I -- I wasn't overly concerned

2   about the -- personally, I wasn't concerned about

3   the U.S. withdrawals as -- per se, because I

4   wanted to buy bitcoin.

5          And I would have withdrawn bitcoin.   I

6   wouldn't have turned it back into U.S. dollars.

7      Q.      If -- so you made your investment in

8   February.   I believe it was February 18th, 2014.

9      A.      It sounds about right.

10      Q.      If -- if Mizuho had announced that in

11   20- -- June of 2013 -- so, six, seven months

12   before that -- that -- that it was no longer

13   processing with -- fiat currency withdrawal

14   requests, how would that have impacted your

15   decision?

16      A.      I would have worked another way to get

17   funds into the Mt. Gox exchange.   In fact, that's

18   part of the emails, was, I was asking for other

19   methods to get funds in.

20          So if it was -- if -- if Mizuho had

21   stated that -- or, Mt. Gox, then that would have

22   just changed my mode of operation.

23      Q.      Okay.   Can you describe for me your

24   relationship -- and by this, I don't -- I mean

25   your -- well, your relationship with Mizuho?