# Exhibit 34

Chase Online - Transfer Money - Confirmation

Page 1 of 1

## CHASE ◯

**Transfer Money**

☑ You've successfully scheduled this transfer.

| | |
|---|---|
| Transfer from: | PERFBUS CHK (...6987) |
| Transfer to: | BUSINESS CLASSIC (...0365) |
| Amount: | $500.00 |
| Transfer date: | 02/18/2014 |
| Memo: | rembersment |
| Status: | Completed |
| Transaction number: | 3755712478 ☑ |

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

Motto EXHIBIT 3
FOR ID 7-26-17 DM

CONFIDENTIAL
https://payments.chase.com/PnT/Transfer/AddTransfer/Confirm

Motto 000201
2/16/2014

Chase Online - Confirmation                                                                 Page 1 of 1

# CHASE

Chase.com | Contact Us | Privacy Notice | En Español | LOGOFF

CHASE ONLINE℠ Saturday, February 15, 2014

Payments & Transfers > Wire Money

## Wire Money

○ Print ○ Help with this page

**I'd like to...**
- Add a recipient
- See wire activity
- See/Update recipients
- See more choices

Select Recipient | Wire Information | Verify | Confirmation

**Finished!** Please review the confirmation message below. You may want to print this page for your records.

Wire Money - Step 4 of 4

### Wire Authorized in U.S. Dollars

You have authorized the wire for processing. To check its status, click "See Wire Activity" in the "I'd like to..." section on this page.

Important! The amounts shown below do not include any fees. If applicable, any fees will show up as separate transactions on your Account Activity page.

| Wire To | Wire From | Wire Amount | Wire Date | Transaction Number |
|---|---|---|---|---|
| MtGox Co Ltd, Shibuya, Tokyo, Japan,...7705) | PERFBUS CHK(...6987) | $1,000.00 (USD) | 02/18/2014 | 4958647906 |

Payments & Transfers | Schedule Another Wire

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2014 JPMorgan Chase & Co.

# CHASE

Chase.com | Contact Us | Privacy Notice | En Español | LOG OFF

CHASE ONLINE℠ Wednesday, February 19, 2014

Payments & Transfers > Manage Recipients > Recipient Detail

## Recipient Detail

◇ Help with this page

**I'd like to...**
- Schedule a wire transfer
- Schedule a repeating wire transfer
- See wire activity
- See more choices

**Review current information** - You may change information or delete this Recipient. If you change any details, the Recipient will need to be reviewed again before being activated. Note: You cannot delete any Recipient that has a wire pending approval.

### About Recipient

**Recipient Information**

| | |
|---|---|
| Recipient name | MtGox Co Ltd, Shibuya, Tokyo, Japan |
| Recipient nickname | MtGox Co Ltd, Shibuya, Tokyo, Japan |
| Address 1 | Round Cross Shibuya 5F |
| Address 2 | 11-6 Shibuya 2-Chome |
| City | Shibuya ku |
| Province / Region | Tokyo |
| Zip/Postal Code | 150-0002 |
| Country | Japan |
| Message to recipient | M52981497X |
| Submitted by | Administrator on 2/15/2014 1:43:42 PM |
| Last modified by | Administrator on 2/15/2014 1:43:42 PM |
| Status | Active |

### Bank Information

| | |
|---|---|
| Bank routing number (ABA or SWIFT) | MHCBJPJTXXX |
| Bank name | Mizuho Corporate Bank, Limited |
| Address1 | 1-5, Uchisaiwaicho 1-Chome |
| Address2 | |
| City | Chiyoda ku |
| State/Province/Region | Tokyo |
| Bank country | Japan |
| Recipient account number | 2101457705 |
| Message to recipient bank | M52981497X |
| Submitted by | Administrator on 2/15/2014 1:43:42 PM |
| Last modified by | Administrator on 2/15/2014 1:43:42 PM |

[ Change Recipient ] [ Delete Recipient ] [ See/Update Recipients ]

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2014 JPMorgan Chase & Co.

