

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 14 C 01437<br><br>Judge Gary Feinerman<br><br>Magistrate Judge Susan E. Cox |

## DECLARATION OF SHUICHIRO MITA

I, Shuichiro Mita, am over the age of eighteen and declare as follows:

1. I have personal knowledge of the matters set forth herein, and, if called upon, I could and would testify competently thereto.

2. I am currently Senior Manager of the Compliance Promotion Department No.2 for defendant Mizuho Bank, Ltd. ("Mizuho"), and I have held that position since 2008. My responsibilities as Senior Manager of the Compliance Promotion Department No.2 include creating anti-money laundering ("AML") policies and programs in order for Mizuho to comply with regulations with respect to AML and combatting the financing of terrorism.

3. When Mt. Gox Co., Ltd. ("Mt. Gox") commenced its Civil Rehabilitation Proceeding on or about February 27, 2014, and for several days thereafter, Mizuho was in receipt of unprocessed, incoming wire transfer messages with instructions to credit funds to an account held by Mt. Gox at Mizuho. At the time, Mizuho implemented a policy to seek further

instructions from the remitting banks before processing those incoming wires. In my capacity as Mizuho's Compliance Promotion Department No.2 Senior Manager, I was personally involved in developing and implementing that policy.

4. Pursuant to the aforementioned policy, Mizuho would contact the remitting bank by means of a free format MT 199 interbank electronic SWIFT message asking for confirmation as to whether the remitting bank's customer wished to either (i) cancel the transaction and have the funds returned (minus Mizuho's transaction fee), or (ii) have the wired funds paid to Mt. Gox's account. Mizuho's MT 199 SWIFT message directed the remitting bank to send a cancellation message by a specified date in the event that the customer chose to cancel the transaction.

5. The aforementioned policy led to three possible results: (i) the remitting bank would request that Mizuho proceed with the transaction, in which case the funds would be credited to Mt. Gox's account; (ii) the remitting bank would send a request for cancellation MT 192 SWIFT message to Mizuho, requesting cancellation of the transaction before the specified date, in which case the funds would be returned to the remitting bank; or (iii) the remitting bank would not respond to Mizuho's message by the specified date, in which case the funds would be credited to Mt. Gox's account in accordance with the original instructions.

6. Attached to this declaration as Exhibits A through G are authentic, true, and correct copies of various interbank electronic SWIFT messages relating to a single customer credit transfer instruction with a value date of February 18, 2014, from JPMorgan Chase Bank, N.A. ("Chase Bank"), as remitting bank on behalf of its customer, Highline Technologies Inc., to Mizuho, as receiving bank for its customer, Mt. Gox. Each of these SWIFT messages was (i)

made at or near the time of the act or event to which it relates, and (ii) created and maintained in the course of Mizuho's regularly conducted business activities.

7. Exhibit A is a single customer credit transfer MT 103 SWIFT message from Chase Bank to Mizuho, dated March 7, 2014. The Sender's Reference is 3408100049ES; the Bank Operation Code is Credit; the Value Date is February 18, 2014; the Currency is USD; the Settled Amount is 1,000; the Ordering Customer is Highline Technologies Inc.; and the Beneficiary Customer is Mt. Gox Co., Ltd.

8. Exhibit B is a free format MT 199 SWIFT message from Mizuho to Chase Bank, dated March 7, 2014, relating to Chase Bank's single customer credit transfer MT 103 SWIFT message that is attached hereto as Exhibit A. It is my understanding that Exhibit B was sent pursuant to the policy described in paragraphs 3-5 herein.

9. Exhibit C is a free format MT 999 SWIFT message from Chase Bank to Mizuho, dated March 10, 2014, responding to Mizuho's free format MT 199 SWIFT message that is attached hereto as Exhibit B.

10. Exhibit D is a free format MT 999 SWIFT message from Chase Bank to Mizuho, dated March 13, 2014, referring to Mizuho's free format MT 199 SWIFT message dated March 7, 2014 that is attached hereto as Exhibit B.

11. Exhibit E is a free format MT 999 SWIFT message from Chase Bank to Mizuho, dated March 18, 2014, referring to Mizuho's free format MT 199 SWIFT message dated March 7, 2014 that is attached hereto as Exhibit B.

12. Exhibit F is a free format MT 999 SWIFT message from Chase Bank to Mizuho, dated March 24, 2014, referring to Mizuho's free format MT 199 SWIFT message dated March 7, 2014 that is attached hereto as Exhibit B.

13. Exhibit G is a free format MT 199 SWIFT message from Mizuho to Chase Bank, dated April 10, 2014, concerning Chase Bank's single customer credit transfer MT 103 SWIFT message that is attached hereto as Exhibit A, and referring to Mizuho's free format MT 199 SWIFT message dated March 7, 2014 that is attached hereto as Exhibit B.

14. As explained in Exhibit G, pursuant to the policy described in paragraphs 3-5 herein, and as explained to Chase Bank in Exhibit B, because Mizuho did not receive a request for cancellation MT 192 SWIFT message from Chase Bank by March 14, 2014, funds were credited to Mt. Gox's account on April 10, 2014 in accordance with the instructions in Chase Bank's single customer credit transfer MT 103 SWIFT message that is attached hereto as Exhibit A.

15. This declaration is made pursuant to Fed. R. Evid. 803(6) and 902(11) for the purpose of authenticating certain business records of Mizuho.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 30th day of January, 2018.

*Shuichiro Mita*
Shuichiro Mita

# Exhibit A

```
**** Message Query (Incoming)                *************************
                                                                           * PAGE: 001S
* MT: 103 - Normal    MT103+ Single Customer Credit Transfer               * DATE: 2014-03-07
                                                                           * TIME: 12:01:09
* NO. SWT13553032     OUR REF NO. 3408100049ES                             * SECT: 132
* HOST MESSAGE NO. T108777087
* OPE ID: R19              NAME: C.NAKAGAWA
*********************************************************************

    RECEIVE DATE: 2014-02-18

    FROM: CHASUS33DXXX (2195009)
          JPMORGAN CHASE BANK, N.A.

          NEW YORK (HEAD OFFICE)
          NEW YORK

    TO: MHCBJPJTAXXX

    MIR: 140218-CHASUS33DXXX-2336-588361
    MOR: 140218-MHCBJPJTAXXX-4223-440314
```

User Header ------------------------------------------------------------

    <Validation Flag[119]>STP

Text Block --------------------------------------------------------------

  20 :Sender's Reference
       3408100049ES

  23B:Bank Operation Code
       <Type>CRED

  32A:Value Date/Currency/Interbank Settled Amount
       <Date>14-02-18 <Currency>USD <Amount>1,000.

  50K:Ordering Customer
       <Account>/553186987
       <Name & Address>
       HIGHLINE TECHNOLOGIES INC.
       106 GROW LN
       STREAMWOOD, IL 60107

  59 :Beneficiary Customer
       <Account>/2101457705
       <Name & Address>
       MTGOX CO LTD, SHIBUYA, TOKYO, JAPAN
       ROUND CROSS SHIBUYA 5F
       11-6 SHIBUYA 2-CHOME
       SHIBUYA KU  150-0002 JP

  70 :Remittance Information
       <Narrative>
       M52981497X M52981497X

  71A:Details of Charges
       <Code>SHA

  72 :Sender to Receiver Information
       <Narrative - Structured Format>
       /BOOK/3408100049ES

                                              OUR REF NO: 3408100049ES
                                              NO. SWT13553032    PAGE: 001C
                                                   2014-03-07  12:01:09

ATTORNEYS' EYES ONLY                                                    MIZ_0003847

```
**** Message Query (Incoming)         ************************        * PAGE: 002C
*                                                                      * DATE: 2014-03-07
* MT: 103 - Normal    MT103+ Single Customer Credit Transfer           * TIME: 12:01:09
*                                                                      * SECT: 132
* NO. SWT13553032     OUR REF NO. 3408100049ES                         *
* HOST MESSAGE NO. T108777087                                          *
* OPE ID: R19              NAME: C.NAKAGAWA                            *
***************************************************************************
```

Trailer --------------------------------------------------------------------

    &lt;MAC&gt;00000000
    &lt;CHK&gt;093FB1F38ED9

ATTORNEYS' EYES ONLY

MIZ_0003848

Exhibit B

```
**** SWIFT Message Creation
*                                                                    * PAGE: 001S
* MT: 199  Normal    MT199 Free Format Message                       * DATE: 2014-03-07
*                                                                    * TIME: 15:55:02
* NO. SND11545194-00  OUR REF NO. 81-0210-615833CC                   * SECT: 132 (3299)
* HOST MESSAGE NO.                                                   *
* OPE ID: R34           NAME: K.KINUGASA                             *
**********************************************************************

    SENDING DATE: 2014-03-07

    TO: CHASUS33XXX (2195009)
        JPMORGAN CHASE BANK, N.A.

        NEW YORK (HEAD OFFICE)
        NEW YORK

    FROM: MHCBJPJTEXXX

    MIR:
    MOR:
```

---

User Header ---

Text Block ---

```
20 :Transaction Reference Number
   81-0210-615833CC

21 :Related Reference
   3408100049ES

79 :Narrative
   <Narrative>
   ATTN:OUTWARD REMITTANCE SEC
   RE YR MT103 DD:FEB18,2014
            AMT:USD1,000.00-

   WE HAVE RECEIVED YR A/M MT103.
   BUT ACCORDING TO NEWS REPORTS,THE BENEFICIARY
   MT.GOX WHICH IS BIT COIN EXCHANGE IN JAPAN,
   IS IN THE SITUATION OF STOP OPERATIONS AND SO IT
   GOES.

   PLS REPLY US WHETHER YR CUSTOMER WOULD REQUEST
   THIS TRANSACTION TO BE CANCELLED OR NOT UNTIL
   MAR14,2014.

   IN THE CASE OF CANCELLATION,PLS SEND YR
   CANCELLATION MESSAGE TO US.
   WE WILL RETURN THE FUND LESS OUR CHARGES.

   IF YR CUSTOMER SURELY HOPE TO PAY THE FUND TO THE
   BENEFICIARY ACCOUNT,WE WILL PROCESS THIS
   TRANSACTION ACCORDINGLY.

   PLS QUOTE OUR FIELD 20 REFERENCE IN FIELD 21
   AND OUR ATTN. WHEN REFERRING TO THIS CASE.

   REGARDS,
   OUR ATTN:REM-IN
```

Trailer ---

```
                                              OUR REF NO: 81-0210-615833CC
                                              NO. SND11545194-00  PAGE: 001E
                                                    2014-03-07  15:55:02
```

ATTORNEYS' EYES ONLY                                                  MIZ_0003853

Exhibit C

```
* RECEIVED MESSAGE *                 2014-03-10 08:45:48  SWT13640888    001/001
** FORWARD **                  (2014-03-08)LT.05:04  2014-03-10 13204-00153
* TRMIN      (TGNTX G12)                    T909157441
  AUTH:* NO AUTHENT                AUTH:* PAC NO AUTHENT

  PRIORITY N      FIN MT 999 Free Format Message

FROM  CHASUS33XXX (2195009)
      JPMORGAN CHASE BANK, N.A.          MIR 140307 CHASUS33MXXX 0283 454759
                                         MOR 140308 MHBKJPJTAXXX 4239 666120
      NEW YORK (HEAD OFFICE)
      NEW YORK
--------------------------------------------------------------------
 20 : Transaction Reference Number
      JPM140307-000898

 21 : Related Reference
      81-0210-615833CC

 79 : Narrative
      <Narrative>
      ATTENTION INVESTIGATIONS
      PLEASE REFER TO YOUR MESSAGE DATED 3/7/2014
      REFERENCE 81-0210-615833CC.
      REGARDING CREDIT TO YOUR ACCOUNT DDA/0011526092
      FOR 1,000.00/USD DATED 2/18/2014 OUR TRANSACTION
      REFERENCE NUMBER 3408100049ES
      WE HAVE EFFECTED THIS PAYMENT AS INSTRUCTED. WE
      ARE TODAY CONTACTING HIGHLINE TECHNOLOGIES INC.FOR
      ADDITIONAL DETAILS. WE WILL ADVISE YOU UPON
      RECEIPT OF THEIR REPLY.
      REGARDS.
      USD WIRE INVESTIGATIONS OUR REFERENCE
      JPM140307-000898
      JPMORGAN
      GLOBAL SOLUTIONS CENTER (866) 223-0359
```

'14.3.10



ORIGIN

TRAILER: CHK:4D55FF1A770E

2014-03-10 08:45:48  SWT13640888   001/001
T909157441           2014-03-10 13204-00153

ATTORNEYS' EYES ONLY

MIZ_0003849

Exhibit D

```
* RECEIVED MESSAGE *          2014-03-13 09:08:08  SWT13658135   001/001
** FORWARD **                 (2014-03-13)LT.04:05 2014-03-13 13204-00123
* TRMIN    (TGNTX G12)                             T909163726
  AUTH:* NO AUTHENT              AUTH:* PAC NO AUTHENT

    PRIORITY N        FIN MT 999 Free Format Message

FROM  CHASUS33XXX (2195009)
      JPMORGAN CHASE BANK, N.A.        MIR 140312 CHASUS33KXXX 0369 849585
                                       MOR 140313 MHBKJPJTAXXX 4243 712003
      NEW YORK (HEAD OFFICE)
      NEW YORK
-------------------------------------------------------------------
 20 : Transaction Reference Number
      JPM140307-000898

 21 : Related Reference
      81-0210-615833CC

 79 : Narrative
      <Narrative>
      2ND REQST NO REPLY TO OUR MESSAGES DD 140307
      ATTENTION INVESTIGATIONS
      PLEASE REFER TO YOUR MESSAGE DATED 3/7/2014
      REFERENCE 81-0210-615833CC.
      REGARDING CREDIT TO YOUR ACCOUNT DDA/0011526092
      FOR 1,000.00/USD DATED 2/18/2014 OUR TRANSACTION
      REFERENCE NUMBER 3408100049ES
      WE HAVE EFFECTED THIS PAYMENT AS INSTRUCTED. WE
      ARE TODAY CONTACTING HIGHLINE TECHNOLOGIES INC.FOR
      ADDITIONAL DETAILS. WE WILL ADVISE YOU UPON
      RECEIPT OF THEIR REPLY.
      REGARDS,
      USD WIRE INVESTIGATIONS OUR REFERENCE
      JPM140307-000898
      JPMORGAN
      GLOBAL SOLUTIONS CENTER (866) 223-0359
```



ORIGIN

---

```
TRAILER: CHK:E66397C2EED6

                    2014-03-13 09:08:08  SWT13658135   001/001
                    T909163726           2014-03-13 13204-00123
```

ATTORNEYS' EYES ONLY

MIZ_0003850

# Exhibit E

```
* RECEIVED MESSAGE *              2014-03-18 08:48:18   SWT13676280      001/001
** FORWARD **                     (2014-03-18)LT.04:06  2014-03-18 13204-00076
* TRMIN      (TGNTX G12)                                T909170191
  AUTH:* NO AUTHENT               AUTH:* PAC NO AUTHENT

  PRIORITY N        FIN MT 999 Free Format Message

FROM  CHASUS33XXX (2195009)
      JPMORGAN CHASE BANK, N.A.         MIR 140317 CHASUS33KXXX 0370 906788
                                        MOR 140318 MHBKJPJTAXXX 4247 762535
      NEW YORK (HEAD OFFICE)
      NEW YORK
------------------------------------------------------------------------------
  20 : Transaction Reference Number
       JPM140307-000898

  21 : Related Reference
       81-0210-615833CC

  79 : Narrative
       <Narrative>
       3RD REQST NO REPLY TO OUR MESSAGES DD 140307
       AND 140312 ATTENTION INVESTIGATIONS
       PLEASE REFER TO YOUR MESSAGE DATED 3/7/2014
       REFERENCE 81-0210-615833CC
       REGARDING CREDIT TO YOUR ACCOUNT DDA/0011526092
       FOR 1,000.00/USD DATED 2/18/2014 OUR TRANSACTION
       REFERENCE NUMBER 3408100049ES
       WE HAVE EFFECTED THIS PAYMENT AS INSTRUCTED. WE
       ARE TODAY CONTACTING HIGHLINE TECHNOLOGIES INC.FOR
       ADDITIONAL DETAILS. WE WILL ADVISE YOU UPON
       RECEIPT OF THEIR REPLY.
       REGARDS,
       USD WIRE INVESTIGATIONS OUR REFERENCE
       JPM140307-000898
       JPMORGAN
       GLOBAL SOLUTIONS CENTER (866) 223-0359
```



ORIGIN/

```
TRAILER: CHK:9ECAE777F50E
                                  2014-03-18 08:48:18   SWT13676280      001/001
                                  T909170191            2014-03-18 13204-00076
```

ATTORNEYS' EYES ONLY

MIZ_0003851

Exhibit F

```
* RECEIVED MESSAGE *           2014-03-24 09:01:40  SWT13696477    001/001
** FORWARD **                  (2014-03-21)LT.20:41  2014-03-24 13204-00084
* TRMIN      (TGNTX G14)                            T909177090
  AUTH:* NO AUTHENT                  AUTH:* PAC NO AUTHENT

  PRIORITY N        FIN MT 999 Free Format Message

FROM  CHASUS33XXX (2195009)
      JPMORGAN CHASE BANK, N.A.        MIR 140321 CHASUS33JXXX 0371 264339
                                       MOR 140321 MHBKJPJTAXXX 4250 822038
      NEW YORK (HEAD OFFICE)
      NEW YORK
```
---
```
20 : Transaction Reference Number
     JPM140307-000898

21 : Related Reference
     81-0210-615833CC

79 : Narrative
     <Narrative>
     ATTENTION INVESTIGATIONS
     PLEASE REFER TO YOUR MESSAGE DATED 3/7/2014
     REFERENCE 81-0210-615833CC
     REGARDING CREDIT TO YOUR ACCOUNT DDA/0011526092
     FOR 1,000.00/USD DATED 2/18/2014 OUR TRANSACTION
     REFERENCE NUMBER 3408100049ES
     PLEASE BE ADVISED ALL AVAILABLE INFORMATION HAS
     BEEN PROVIDED. WE HAVE CONTACTED HIGHLINE
     TECHNOLOGIES INC. ON SEVERAL OCCASIONS REQUESTING
     FURTHER PAYMENT DETAILS. AS OF TODAY WE HAVE NOT
     RECEIVED A REPLY. WE KINDLY SUGGEST THAT IF THE
     MATTER REMAINS OUTSTANDING YOU CONTACT THEM
     DIRECTLY OR RETURN FUNDS. IN THE EVENT THEY
     SUBSEQUENTLY CONTACT US, WE WILL ADVISE YOU
     ACCORDINGLY.
     REGARDS,
     USD WIRE INVESTIGATIONS OUR REFERENCE
     JPM140307-000898
     JPMORGAN
     GLOBAL SOLUTIONS CENTER (866) 223-0359
```



ORIGIN.

---
```
TRAILER: CHK:9A8B4E007ED8

                          2014-03-24 09:01:40  SWT13696477   001/001
                          T909177090            2014-03-24 13204-00084
```

ATTORNEYS' EYES ONLY

MIZ_0003846

Exhibit G

```
**** Message Modification         ******************************
*                                 *
* MT: 199 - Normal    MT199 Free Format Message    * PAGE: 001S
*                                                  * DATE: 2014-04-10
* NO. SND11682914-01   OUR REF NO. 81-0210-615833CC * TIME: 12:18:42
* HOST MESSAGE NO.                                  * SECT: 132 (3299)
* OPE ID: R54          NAME: H.WAJERO               *
******************************************************************

*   SENDING DATE: 2014-04-10

    TO: CHASUS33XXX (2195009)
        JPMORGAN CHASE BANK, N.A.

        NEW YORK (HEAD OFFICE)
        NEW YORK

    FROM: MHCBJPJTEXXX

    MIR:
    MOR:
--------------------------------------------------------------------
User Header --------------------------------------------------------

Text Block ---------------------------------------------------------

    20 :Transaction Reference Number
       81-0210-615833CC

*   21 :Related Reference
       <*>JPM140307-000898

    79 :Narrative
       <Narrative>
       ATTN:OUTWARD REMITTANCE SEC

       CONCERNING YR MT103 DD:FEB.18,2014
          AMT:USD1,000.00 REF:3408100049ES

       PLS REFER TO OUR MT199 DD:MAR07,2014 THAT WE
       APPLY YOU TO REPLY WHETHER YOUR CUSTOMER WOULD
       REQUEST THE TRANSACTION TO BE CANCELLED OR NOT BY
       14/03/2014.

       AS WE HAVE NOT RECEIVED YOUR CANCELLATION MESSAGE,
       WE CREDITED TO THE ACCOUNT DESIGNATED BY THE
       ATTORNEY OF BENEFICIARY ON APR10,2014 UNDER OUR
       REF 81-0210-615833.

       PLS QUOTE OUR FIELD 20 REFERENCE IN FIELD 21
       AND OUR ATTN. WHEN REFERRING TO THIS CASE.

       REGARDS,
       OUR ATTN:REM-IN

Trailer -----------------------------------------------------------
```

                                            OUR REF NO: 81-0210-615833CC
                                            NO. SND11682914-01   PAGE: 001E
                                                 2014-04-10  12:18:42

ATTORNEYS' EYES ONLY

MIZ_0003852