Exhibit 36

**From:** BitPay.com [noreply@bitpay.com]
**Sent:** Wednesday, January 15, 2014 7:09 AM
**To:** tmotto@highline.net
**Subject:** Welcome to BitPay

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**Categories:** Red Category



Welcome to BitPay! Your account has been approved, and you can now set your password, bank deposit settings, and start accepting Bitcoin.

**Get Started With BitPay**

If you have any questions or need any assistance with your account, please contact our support team.

Thank you for choosing BitPay- we look forward to serving you.

-BitPay Team

BitPay will never ask for sensitive information by email; should you need assistance, please contact us through the secure website

3423 Piedmont Rd NE, Atlanta, GA 30305, USA
1-855-4-BitPay • BitPay.com

Confidential

Motto-001104