Exhibit 37

破産債権者一覧表及び債権認否一覧表（破産者のビットコイン取引所のユーザー分）
List of Bankruptcy Creditors and List of Acceptance or Rejection of Claims (In respect of Bitcoin Exchange-Users of Bankrupt)

平成28年5月25日
May 25, 2016

事件番号 /Case No. 平成２６年（フ）第３８３０号/2014 (Fu) No. 3830
破産者 /Bankrupt 株式会社MTGOX/MtGox Co., Ltd.
破産管財人弁護士 小林信明/Nobuaki Kobayashi
Bankruptcy Trustee

| 債権者番号 Creditor No. | 債権者名 Name of Creditor | 国名/Country | 住所/Address | 債権の種類 Claim Type "損害金" means delated damages. | 預けていた通貨の届出金額 Filed Amount concerning Deposited Currency | 預けていたBTCの届出金額 Filed Amount concerning Deposited BTC | 円換算した届出債権額（円） Filed Claim Amount Converted to Yen (JPY) | 認めない債権額（円） Claim Amount Rejected by the Bankruptcy Trustee (JPY) | 認める債権額（円） Claim Amount Accepted by the Bankruptcy Trustee (JPY) | 備考/ Remark |
|---|---|---|---|---|---|---|---|---|---|---|
| A000006 | ghanizada sajad | | | BTC | | 20.77435182 | 1039924 | 0 | 1039924 | |
| | | | | 損害金(BTC) | | | 12308 | 0 | 12308 | |
| | | | | USD | 422.45 | | 43782 | 0 | 43782 | |
| | | | | 損害金(通貨) | | | 410 | 0 | 410 | |
| A000007 | Terrens Kristin Leif | | | AUD | 1708.06 | | 167782 | 0 | 167782 | |
| | | | | 損害金(通貨) | | | 1572 | 0 | 1572 | |
| A000008 | Cerny Gregory Robert | | | BTC | | 600.00816129 | 30035280 | 0 | 30035280 | |
| | | | | 損害金(BTC) | | | 355486 | 0 | 355486 | |
| | | | | USD | 8502.14 | | 881161 | 0 | 881161 | |
| | | | | 損害金(通貨) | | | 8256 | 0 | 8256 | |
| A000009 | Maxwell Gregory Fulton | | | BTC | | 928.9681276 | 46502398 | 0 | 46502398 | |
| | | | | 損害金(BTC) | | | 550384 | 0 | 550384 | |
| A000010 | Ceccato Paul Anthony | | | BTC | | 171.37557963 | 8578739 | 0 | 8578739 | |
| | | | | 損害金(BTC) | | | 101534 | 0 | 101534 | |
| A000011 | paul felix paul felix | | | BTC | | 2.87707916 | 144021 | 0 | 144021 | |
| | | | | 損害金(BTC) | | | 1704 | 0 | 1704 | |
| A000012 | SHAH NILESH | | | BTC | | 49.54330399 | 2480044 | 0 | 2480044 | |
| | | | | 損害金(BTC) | | | 29352 | 0 | 29352 | |
| A000013 | Avery Davison | | | BTC | | 683.30009997 | 34204718 | 0 | 34204718 | |
| | | | | 損害金(BTC) | | | 404833 | 0 | 404833 | |
| | | | | USD | 2969.52 | | 307761 | 0 | 307761 | |
| | | | | 損害金(通貨) | | | 2883 | 0 | 2883 | |
| A000014 | Wang Min | | | BTC | | 950.58804109 | 47584650 | 0 | 47584650 | |
| | | | | 損害金(BTC) | | | 563193 | 0 | 563193 | |
| A000015 | amrenov kanat | | | BTC | | 406.61642592 | 20354453 | 0 | 20354453 | |
| | | | | 損害金(BTC) | | | 240907 | 0 | 240907 | |
| A000016 | Brun Marek Pawel | | | BTC | | 622.50562579 | 31161461 | 0 | 31161461 | |
| | | | | 損害金(BTC) | | | 368815 | 0 | 368815 | |
| A000017 | Uniyal Anurag | | | BTC | | 86.66331903 | 4338202 | 0 | 4338202 | |
| | | | | 損害金(BTC) | | | 51345 | 0 | 51345 | |
| A000018 | Wang Min | | | BTC | | 0.015607 | 781 | 0 | 781 | |
| | | | | 損害金(BTC) | | | 9 | 0 | 9 | |
| A000019 | Walton Michael Romeyn James | | | USD | 75052.0 | | 7778389 | 0 | 7778389 | |
| | | | | 損害金(通貨) | | | 72882 | 0 | 72882 | |
| A000020 | van Pelt Derek | | | BTC | | 257.59592945 | 12894767 | 0 | 12894767 | |
| | | | | 損害金(BTC) | | | 152617 | 0 | 152617 | |
| | | | | USD | 1000.0 | | 103640 | 0 | 103640 | |
| | | | | 損害金(通貨) | | | 971 | 0 | 971 | |

1

Confidential

Pearce000025

| 債権者番号 Creditor No. | 債権者名 Name of Creditor | 国名/Country | 住所/Address | 債権の種類 Claim Type "損害金" means delated damages. | 預けていた通貨の届出金額 Filed Amount concerning Deposited Currency | 預けていたBTCの届出金額 Filed Amount concerning Deposited BTC | 円換算した届出債権額 (円) Filed Claim Amount Converted to Yen (JPY) | 認めない債権額 (円) Claim Amount Rejected by the Bankruptcy Trustee (JPY) | 認める債権額 (円) Claim Amount Accepted by the Bankruptcy Trustee (JPY) | 備考/ Remark |
|---|---|---|---|---|---|---|---|---|---|---|
| B203058 | Demovic Igor | | | 損害金(BTC) | | | 28933 | 24905 | 4028 | |
| | | | | EUR | 1000.0 | | 143140 | 143140 | 0 | |
| B203059 | ROBERTS JACK GERARD | | | 損害金(通貨) | | | 1341 | 1341 | 0 | |
| | | | | GBP | 452.0719 | | 86432 | 6542 | 79890 | |
| B203060 | Wolf Christopher James Lutton | | | 損害金(通貨) | | | 7778 | 7030 | 748 | |
| | | | | BTC | | 42.0 | 2102441 | 2102441 | 0 | |
| B203061 | Huys Diederik | | | 損害金(BTC) | | | 24883 | 24883 | 0 | |
| | | | | EUR | 195.27 | | 27950 | 0 | 27950 | |
| B203062 | Ramstrom Daniel | | | 損害金(通貨) | | | 261 | 0 | 261 | |
| | | | | BTC | | 7.04822401 | 352820 | 0 | 352820 | |
| B203063 | Pawlak Marek | | | 損害金(BTC) | | | 4175 | 0 | 4175 | |
| | | | | PLN | 11000.0 | | 385330 | 385330 | 0 | |
| B203064 | KARAMPELA CHRISTINA | | | 損害金(通貨) | | | 3610 | 3610 | 0 | |
| | | | | BTC | | 0.0000008 | 0 | 0 | 0 | |
| | | | | 損害金(BTC) | | | 0 | 0 | 0 | |
| | | | | EUR | 292.39 | | 41852 | 0 | 41852 | |
| B203065 | LIN JOHN | | | 損害金(通貨) | | | 392 | 0 | 392 | |
| | | | | BTC | | 6.47 | 323876 | 323876 | 0 | |
| B203066 | Sahin Fatih | | | 損害金(BTC) | | | 0 | 0 | 0 | |
| | | | | BTC | | 200.0067017 | 10011959 | 0 | 10011959 | |
| | | | | 損害金(BTC) | | | 0 | 0 | 0 | |
| | | | | USD | 403.85774 | | 41855 | 0 | 41855 | |
| B203067 | Watmough Nicholas | | | 損害金(通貨) | | | 0 | 0 | 0 | |
| | | | | GBP | 568.0 | | 100376 | 0 | 100376 | |
| B203068 | Cholewiak Michael | | | 損害金(通貨) | | | 940 | 0 | 940 | |
| | | | | BTC | | 45.0 | 2252615 | 1268028 | 984587 | |
| | | | | 損害金(BTC) | | | 26661 | 15008 | 11653 | |
| | | | | USD | 150.0 | | 15546 | 15546 | 0 | |
| B203069 | Lang Michael | | | 損害金(通貨) | | | 145 | 145 | 0 | |
| | | | | BTC | | 11.2819 | 564750 | 0 | 564750 | |
| | | | | 損害金(BTC) | | | 6684 | 0 | 6684 | |
| | | | | EUR | 5.69 | | 814 | 0 | 814 | |
| B203070 | GOLTSER ROSTISLAV | | | 損害金(通貨) | | | 7 | 0 | 7 | |
| | | | | USD | 624.0 | | 64671 | 276 | 64395 | |
| | | | | 損害金(通貨) | | | 605 | 2 | 603 | |
| B203071 | Motto Anthony P | | | USD | 1000.0 | | 103640 | 103640 | 0 | |
| | | | | 損害金(通貨) | | | 6218 | 6218 | 0 | |
| B203072 | de Beauchamp Peter | | | USD | 10000.0 | | 1036400 | 1036400 | 0 | |
| | | | | 損害金(通貨) | | | 9710 | 9710 | 0 | |
| B203073 | 竹内 章 | | | JPY | 100715.0 | | 100715 | 0 | 100715 | |
| | | | | 損害金(通貨) | | | 943 | 0 | 943 | |
| B203074 | Niemela Johannes | | | BTC | | 15.99985629 | 800922 | 0 | 800922 | |
| | | | | 損害金(BTC) | | | 9479 | 0 | 9479 | |
| | | | | EUR | 48.8 | | 6985 | 1 | 6984 | |
| B203075 | Shannon Samuel David | | | 損害金(通貨) | | | 65 | 0 | 65 | |
| | | | | BTC | | 3.872495 | 193849 | 0 | 193849 | |
| | | | | 損害金(BTC) | | | 2294 | 0 | 2294 | |
| | | | | AUD | 30006.63 | | 2947551 | 0 | 2947551 | |
| | | | | 損害金(通貨) | | | 27618 | 0 | 27618 | |
| B203076 | MEULDERS JEAN-BAPTISTE | | | BTC | | 47.49046863 | 2377283 | 0 | 2377283 | |
| | | | | 損害金(BTC) | | | 0 | 0 | 0 | |

Confidential

Pearce001438