# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Gregory Greene, et al.

                        Plaintiff,

v.                                              Case No.: 1:14–cv–01437
                                                      Honorable Gary Feinerman

MtGox Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2018:

      MINUTE entry before the Honorable Gary Feinerman: Motion hearing held. By agreement, Plaintiff's motion to extend expert deposition deadline and deadline to file reply in support of motion for class certification [334] is denied as moot. Strombom will be deposed on 3/2/2018, and Plaintiffs have until 3/22/2018 to file their reply in support of their motion for class certification [294]. Defendant Mizuho's motion to exclude the report and testimony of M. Todd Henderson [320] is entered and continued. Plaintiffs' response due by 3/2/2018; reply due by 3/26/2018. The 3/8/2018 status hearing [313] is stricken and reset for 4/3/2018 at 9:30 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.