IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Mag. Judge Susan Cox |

### DECLARATION OF BENJAMIN S. THOMASSEN

I, Benjamin S. Thomassen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm of Edelson PC, which has been retained to represent Plaintiffs Anthony Motto and Gregory Pearce (collectively, "Plaintiffs") in this matter. I have personal knowledge of all matters set forth herein. If called upon to testify as such matters stated, I could and would competently do so.

2. Attached as Exhibit A is a true and accurate copy of the expert report of Todd Henderson, submitted by Plaintiffs in this matter.

3. Attached as Exhibit B is a true and accurate copy of a letter sent via email to Jeffery Resetaris on October 13, 2017.

4. Attached as Exhibit C are true and accurate copies of excerpts from the deposition transcript of Todd Henderson, which took place on December 21, 2017.

1

5. Attached as Exhibit D is a true and accurate copy of the expert report of Mark T. Williams, submitted by Mizuho in this matter.

6. Attached as Exhibit E is a true and accurate copy of the expert report of Andrew J. Rasmussen, submitted by Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2018                             /s/ Benjamin S. Thomassen

## CERTIFICATE OF SERVICE

I hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, and via electronic mail to Mark Karpeles, on March 2, 2018.

/s/ Benjamin S. Thomassen