# EXHIBIT A

(Filed Provisionally Under Seal)