# EXHIBIT B

**Edelson PC**

350 North LaSalle Street, 13th Floor, Chicago, Illinois 60654
t 312.589.6370 | f 312.589.6378 | www.edelson.com

<u>Via Email</u>

Jeffrey J. Resetarits
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022

Re: *Greene v. Mizuho Bank, Ltd.*, No. 14-cv-1437 (N.D. Ill.)

Dear Jeff:

Thank you for your letter of October 10. We disagree with your assertion that the expert reports of Professor Henderson and Mr. Rasmussen fail to satisfy the requirements of Fed. R. Civ. P. 26(a)(2)(B)(ii). The facts and data that both experts rely upon are sufficiently set forth in the reports. What's more, the basis for significant portions of each report is each expert's "specialized knowledge," which is also sufficiently set forth. *Cf. Flanagan v. Altria Grp., Inc.*, 423 F. Supp. 2d 697, 700-01 (E.D. Mich. 2005). Nevertheless, we have no interest in seeking the Court's intervention to resolve the dispute. Thus, you will receive a production of the documents that both experts reviewed while drafting their reports, inclusive of all documents already cited in the reports. For those documents not specifically cited, a listing of the documents reviewed by each expert is set forth below:

- A chart showing the 30-day historial volatility of the price of bitcoin during the class period
- A June 20, 2013, statement posted on Mt. Gox's website titled "Statement Regarding Temporary Hiatus on U.S. Dollar Withdrawals"
- A July 4, 2013, statement posted on Mt. Gox's website titled "Statement on Resumption of Withdrawals and Improved Banking"
- A white paper by Greg Hunter and Craig Kerr titled "The Fundamental Value of Non-Fiat Anonymous Digital Payment Methods: Coining a (Bit of) Theory to Describe and Measure the Bitcoin Phenomenon"
- Statement of Jennifer Shasky Calvery, Director, FinCEN, before the United States Senate Committee on Homeland Security and Government Affairs (Nov. 18, 2013)
- A reddit post titled "There appears to be a $40 bid/ask spread on gox. What does that even mean?"

Professor Henderson also reviewed the following case-specific documents in formulating his report (which you already have received):
- Dkt. 245, Fourth Amended Complaint: We asked Prof. Henderson to assume for these purposes that the allegations in the complaint are true. That assumption informed pages 21 through 26 of his report.
- Dkt. 183, Memorandum of Law in Support of Mizuho's Motion to Dismiss
- Dkt. 197, Plaintiff's Opposition to Mizuho's Motion to Dismiss
- Dkt. 207, Reply in Support of Mizuho's Motion to Dismiss

Chicago | San Francisco

**Edelson PC**

- Dkt. 230, Memorandum and Order Denying in Part Mizuho's Motion to Dismiss
- Dkt. 277-3, Email from Mark Karpeles to Benjamin Thomassen
- Deposition of Yasuo Imaizumi
- DB_0000001
- Edelson25919-24, Declaration of Marko Simovic
- Expert Report of Andrew J. Rasmussen
- MIZ_0003840
- Dkt. 11-2, Mt. Gox Terms of Use
- Mizuho Bank, Ltd.'s Second Supplemental Response to Plaintiffs' First Set of Interrogatories

Mr. Rasmussen reviewed the following case-specific documents:
- Dkt. 11-2, Mt. Gox Terms of Use
- Dkt. 11-3, Mt. Gox Help Desk Updates

Please let me know if you have any further questions or wish to discuss this issue further.

                                                                                     Regards,

                                                                                    Edelson PC

                                                                                  s/ Ben Thomassen

cc:    Mr. Jay Edelson
        Mr. Rafey S. Balabanian
        Mr. Aaron Lawson