# EXHIBIT C

(Filed Provisionally Under Seal)