# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE individually and on behalf of all others similarly situated,

        *Plaintiffs*,

v.

MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,

        *Defendants*.

Case No. 1:14-cv-01437

Hon. Gary Feinerman

Magistrate Judge Susan Cox

**EXPERT REPORT OF ANDREW J. RASMUSSEN**

I. INTRODUCTION ........................................................................................................ 1

    a. Background ......................................................................................................... 1

    b. Prior Expert Testimony ..................................................................................... 2

    c. Compensation .................................................................................................... 2

    d. Basis of Opinion ............................................................................................... 2

    e. Summary ............................................................................................................ 3

II. HISTORY AND DEVELOPMENT OF BITCOIN ...................................................... 4

    a. History ................................................................................................................ 4

    b. Simple Introduction to Public-Key Cryptography ........................................... 5

    c. Proving Ownership and Preventing Theft of Bitcoin ....................................... 6

    d. Non-Reversible Transactions and the Blockchain ............................................ 8

III. BITCOIN USE CASES .............................................................................................. 11

    a. Understanding Bitcoin Valuation .................................................................... 11

    b. Exchange of Bitcoins for Assets, Goods, or Services ..................................... 12

IV. STRUCTURE OF BITCOIN EXCHANGES ............................................................. 14

    a. Registration ...................................................................................................... 14

    b. Depositing Bitcoin ........................................................................................... 15

    c. Hot-Wallet and Cold-Wallets ......................................................................... 16

    d. Depositing Fiat Money (e.g. USD, EUR, JPY) ............................................... 17

    e. Withdrawing Fiat Money (e.g. USD, EUR, JPY) ........................................... 17

    f. Withdrawing Bitcoin ....................................................................................... 17

    g. Orders, Order Book, Order Matching, and Trade Execution ........................... 18

## Expert Witness Report of Andrew J. Rasmussen

This Expert Witness Report ("Report") has been prepared in connection with the above-captioned case for the purpose of providing background information on Bitcoin, such as its history and development, its use, and the structure of Bitcoin exchanges

## I.    INTRODUCTION

I, Andrew ("Drew") J. Rasmussen, am over the age of 18 and a resident of San Francisco, California. I have personal and professional knowledge regarding the matters stated herein and affirm the follow to be true and correct to the best of my knowledge. If called upon to testify, I could and would testify competently about them.

### a.    Background

I am the Chief Technology Officer (CTO) at OTC Exchange Network, Inc. ("OTCXN"), 570 Pacific Avenue, Floor 2, San Francisco, California 94133. My role at OTCXN involves design, development, and implementation of trading software, such as order books, order matching, trade execution, collateral management, and liquidity management utilizing Blockchain (technology that makes Bitcoin possible) for use by large financial institutions worldwide. Prior to OTCXN, I was the Director of Software Development at Peernova, Inc., 100 Century Center Court, Suite 700, San Jose, California 95112, a company that develops software leveraging Blockchain technologies for use by large financial institutions worldwide.

I started formal computer programming by completing all possible college level programming courses offered by San Diego Unified School District from grade 7 to grade 10. I developed an interest in medical / healthcare software, and I pursued that interest through receipt of a Bachelor of Science degree with Summa Cum Laude honors in Nursing from National University. Additionally, I studied Advanced Computer Security at Stanford University.

1

I have been developing client, server, and mobile software for small, medium, and large businesses for more than 19 years. During that time, I have often served as a Software Architect that requires thorough understanding of all stages of software design and development to facilitate proper software engineering approaches. I have considerable experience with C, C++, and Java, for server and low-level development, as well as Java and JavaScript for web development.

Because of my background in computer programming and interest in Bitcoin, I am frequently asked to help merchants build Blockchain software. Some notable institutions I have built custom Blockchain software for include NASDAQ, an American stock exchange; State Street Corporation, an American worldwide financial services company; and Overstock.com, an American internet retailer that created a platform for offering crypto securities for institutional buyers. Additionally, due to my unique experiences within a nascent technology space, I often am asked to provide training, lectures, and perform public speaking engagements regarding Blockchain.

b.  *Prior Expert Testimony*

I have not previously provided expert testimony in any capacity before.

c.  *Compensation*

I am being compensated at a flat rate of $7,500 for the preparation of this report. This compensation is not contingent upon the outcome of the case.

d.  *Basis of Opinion*

The opinions set forth below are based on (1) my experience with Bitcoin and Blockchain technology, both personal and professional, (2) my review of publicly available documents

2

regarding Bitcoin, and (3) my review of documents associated with Mt. Gox, both publicly available documents and those associated with the case, which I requested from counsel.

My experience makes me uniquely qualified to provide testimony regarding the technological issues in this case. I helped develop some of the first Blockchain software for use by American merchants, and have been actively involved in the uses of cryptocurrency and Blockchain technology for nearly eight years. Professionally, I specialize in developing Blockchain technology for large-scale uses by global financial institutions. In fact, I pioneered this software and use of Bitcoin and Blockchain technology. Personally, I have invested in Bitcoin for several years.

This Report sets forth a summary of the testimony I would provide if called upon to do so at a deposition or trial. Additionally, I may provide further testimony in response to arguments or assertions made by Defendant's experts. The opinions expressed in this Report are my own.

e. _Summary_

In 2008, a mysterious programmer or group of programmers going by the name "Satoshi Nakamoto" proposed a peer-to-peer electronic cash system that they called "Bitcoin." Nakamoto proposed Bitcoin as a way to cut out the middleman in financial transactions. The need to use the banking system, Nakamoto argued, imposed unnecessary transaction costs, allowed banks to collect fees without providing any value in the transaction, and slowed down transaction times. Nakamoto proposed to a peer-to-peer system that would use cryptography to enable participants to prove ownership of assets, prevent theft, and enhance transparency.

To use Bitcoin, a user first has to buy Bitcoin, which accomplished on exchanges, like Mt. Gox. Mt. Gox was one of the first exchanges, dominated the Bitcoin trading markets in

2011, and many exchanges today pattern themselves after Mt. Gox. To join an exchange like Mt. Gox, a user must submit information that allows Mt. Gox to verify their identity.

In my assessment, Bitcoin did not begin to gain widespread acceptance as a way to pay for goods or services until at least 2014. Prior to that, trading dominated Bitcoin activity, particularly in America.

## II. HISTORY AND DEVELOPMENT OF BITCOIN

### a. *History*

In 2008, a document titled "Bitcoin: A Peer-to Peer Electronic Cash System" was released[1] and made available on the internet[2] by an unknown programmer, or group of programmers, by the alias *Satoshi Nakamoto* ("Nakamoto"). In his paper, Nakamoto states internet commerce has come to rely almost exclusively on financial institutions acting as trusted third parties, and while this approach works well enough, Nakamoto argues that "it still suffers from the inherent weakness of the trust based model."[3] This "trust based model" created additional financial costs because "financial institutions cannot avoid mediating disputes,"[4] and consumers frequently had to reveal more personal information to merchants than desirable because "merchants must be wary of their customers" to prevent fraud. In response to this problem of excess transaction costs, Nakamoto devised a solution for two parties to transact directly without a third party by making it computationally infeasible[5] to steal Bitcoins by

---

[1] https://www.mail-archive.com/search?l=cryptography@metzdowd.com&q=from:%22Satoshi+Nakamoto%22

[2] www.Bitcoin.org/Bitcoin.pdf. This white paper is attached as Exhibit A.

[3] Nakamoto, at 1.

[4] *Id.*

[5] Although it is theoretically possible to steal Bitcoins, the resources required make it infeasible. Modern computing resources would require hundreds, if not thousands, of years to breach the digital key system, discussed below.

utilizing digital signatures to prove ownership and computationally impractical[6] to reverse transactions. In the following year, 2009, the solution described in the aforementioned document was released to the world as open-source software called Bitcoin. Nakamoto argued that it avoided the costs associated with the trust based model because it instead relies on "cryptographic proof." Since approximately mid-2010, Nakamato has ceased to communicate publicly, and as such is no longer party to the development process. Development has not ceased and continues with the involvement of a community of open-source developers.

b. *Simple Introduction to Public-Key Cryptography*

Bitcoin uses a process called "Public-Key Cryptography" to verify transactions as a replacement for the "trust based system." Public-key cryptography, also known as asymmetric cryptography, uses key pairs to authenticate and encrypt transactions. The *public* key, which is intended to be freely distributed, serves to authenticate transactions. The *private* (or *secret*) key can encrypt or decrypt the transaction. These keys are assigned persistent, unique numeric values. Additionally, these two key values are not arbitrary, in fact have a matching relationship, and often are two very large prime numbers[7]. A version of public-key cryptography is used for securing electronic communication over the internet. In fact, when visiting a website the "HTTPS / lock" icon that appears in a browser's URL field first establishes a connection using *asymmetric* cryptography (similar to Bitcoin) before switching to *symmetric* cryptography for the remainder of the connection which may include making a purchase or navigating throughout the website.

---

[6] Again, the computing resources required to reverse a Blockchain transaction make such a process cost-prohibitive.

[7] Public and private keys are often paired through cryptographic algorithms that are based on mathematical formulas with no known efficient solution.

5



**Figure 1.** HTTPS (HTTP over SSL).

One common use of cryptographic algorithms is the generation of *digital signatures*. When creating such signatures, the private key is used for message encryption as opposed to decryption; this becomes the digital signature. For proving the authenticity of the digital signature, the corresponding public key is used to decrypt the digital signature.



**Figure 2.** Encryption with public key and decryption with private key. Retrieved from

https://en.wikipedia.org/wiki/File:Public_key_encryption.svg

This process is an inherent component to making Nakamoto's solution called Bitcoin possible and will be explained in the following section.

c. <u>*Proving Ownership and Preventing Theft of Bitcoin*</u>

Although Nakamoto talked about Bitcoin in terms of "coins," in the technical sense, Bitcoins represent a chain of digital signatures.[8] To further illustrate digital signatures, consider the following simplified real world example:

i.  Assume that one may hold a *note* that represents some value and that its worth cannot be contested. And individual may give this note to another person, and in so doing ownership of the note is fully transferred. Assuming the transaction is accepted by the processing network, the transaction is non-refundable, regardless whether an error has occurred, such as an incorrect recipient or amount. Furthermore, for the purposes of this example, assume that it is possible to access a database guaranteed to correctly provide any individual's photo and their corresponding signature.

ii.  Melissa possesses one of such notes, and has chosen to give the note to Bob. Prior to giving Bob the note, she writes Bob's name on the note and then proceeds to sign over his name with her signature; a signature that cannot be replicated except by Melissa.

iii.  Bob now chooses to give this note to Alice. Prior to doing so, he replicates the same procedure Melissa did prior to giving him the note: he writes Alice's name on the note and then proceeds to sign over her name with his signature, which again cannot be replicated except by Bob. (Now both Melisaa's and Bob's signatures are on the note.)

---

[8] Which Nakamoto acknowledged: "We define an electronic coin as a chain of digital signatures." (Nakamoto, at 2.)

iv. Now imagine that, upon receiving the note, Alice is unsure of its legitimacy. She first wants to determine if Bob's identity is correct, and secondly, she must determine if this was the same Bob that Melissa intended as the recipient. Therefore, Alice performs a database query to (1) verify that Bob's name, photo, and corresponding signature all match, (2) verify Melissa's signature incorporating this particular Bob as the intended recipient, and (3) verify that Melissa's name, photo, and corresponding signature also match.

v. This process of writing the recipient's name and sender creating a signature incorporating the recipient's name may continue indefinitely, thus representing a chain of signatures. At any time, a note recipient may also perform reverse verification of some, or all, signatures to validate the authenticity of the received note.

As this example illustrates, generation of a chain of signatures and the capability to attest validity of past transactions serves to reduce the risk inherent in any transaction: the signatures prove ownership, verify past transfer of ownership, and prevent theft, since a valid signature can be generated only by the rightful owner. Nakamoto's insight was to use this chain of signatures to verify transactions and parties to them, removing any need for an intermediary like a bank. Instead of the simplified signatures discussed above, however, Bitcoin uses Public-Key Cryptography to verify transactions and the parties to them.

d. *Non-Reversible Transactions and the Blockchain*

While forgery of digital signatures is far too difficult or practically impossible, an actor can evade Bitcoin's digital-signature system by simply omitting history for any given

8

transaction. For example, if Eve has a note representing $10 and gives this note to Alice, Eve may choose to omit this transaction history to Bob if she intends on using the same funds to give to Bob; this problem is called *Double-Spending*. Nakamoto recognized that this possibility needed to be accounted for. Nakamoto noted that the traditional solution is to introduce a "trusted central authority" to monitor all transactions.[9] Such a solution is obviously not desirable for Bitcoin, as the whole purpose of Bitcoin was to eliminate the need for a central authority.[10]

Nakamoto proposed a peer-to-peer solution whereby transactions are announced publicly to all network participants and a system of agreement is utilized to guarantee transaction ordering. Nakamoto recognized that the key role played by the central authority in most systems was that it was aware of all transactions, and so could decide which were valid. Nakamoto proposed that, in the new peer-to-peer system the function would be filled by everyone: All transactions would be publicly announced, so anyone could be aware of all transactions.[11]

This peer-to-peer solution gives rise to the *Blockchain*. In this system, a network peer (often called a "node") groups some number of valid ordered transactions into a *block* then proceeds to share (broadcast) this block with other network peers. Block acceptance by network peers is shown via a peer referencing the received block within the creation of a new block. The linkage of blocks to prior blocks is known as the Blockchain and it functions only if it contains a singular, linear path. When a block is added to the Blockchain, the block creator receives a

---

[9] Nakamoto, at 2.

[10] *Id.*

[11] *Id.*

*reward* of some number of Bitcoins[12]; the only way new Bitcoins are created.



**Figure 3.** Chain of blocks. The first *previous* value of "Null" means no prior exists. The *digest* provides block identification.

However, as any peer may create a new block and each block may only point to one block, confusion may occur amongst peers as they compete for acceptance of their created block in addition to difficulties synchronizing the Blockchain between all parties. Therefore, a process, which Nakamoto called "Proof-of-Work," exists to democratize this process and to slow the creation of Blocks at the expense of computing work; it may sound strange, but a peer performs the same function over the block contents a number of times; and the number of times a peer must perform this function increases with each block. This process is called Proof-of-Work because a peer must prove they have performed the necessary calculations on a block. Nonetheless, not all peers may choose to participate in block creation, but all peers do maintain a Blockchain copy to verify blocks meet requisite computational work requirements prior to casting a vote in support. Additionally, peers may serve information requests to other peers (or clients) regarding transactions and blocks. Further, assuring accurate and compatible data amongst peers and for easy identification of peers attempting to cheat the system, e.g. by not

---

[12] Peers that create blocks are known as miners. When a miner's block has been selected by other peers to be added to Blockchain, they receive a reward; current block reward is 12.5 Bitcoins.

using the requisite computational work, attempting to double-spend a transaction, etc., requires all peers to abide by an agreed set of rules. The result of all these processes in concert with a distributed network of peers bound by the same set of rules forms a network *consensus* and gives rise to an unchangeable history of transactions.

## III.    BITCOIN USE CASES

### a.    *Understanding Bitcoin Valuation*

Before understanding various uses of Bitcoin, it is important to answer a commonly asked question, "why is Bitcoin worth anything?" Several reasons are typically given why an individual would attach value to Bitcoin: privacy protections, ease of cross-border payments, freedom from government or other centralized interference or regulation, inherent deflationary pressure. However, one may find some clarity with pondering the following question: "why are gold, silver, and diamonds worth anything?" The simple answer is *scarcity.* Though Bitcoins may be digital in nature, there exists no central authority responsible for its creation, such as with traditional currency and central banks, thus Bitcoin generation comes only from the reward given when a block has been selected for Blockchain inclusion; there exists no other mechanism for Bitcoins to be created or enter circulation. Additionally, the number of Bitcoins in circulation is controlled because blocks may only be added to the Blockchain approximately every 10 minutes. Moreover, block reward—the reward for creating a block—is programmatically and predictably reduced by half at pre-determined intervals[13]. The current reward for adding a block is 12.5 Bitcoins. On approximately June 14th, 2020 at 18:42 UTC, it will be halved again[14]. Only

---

[13] Bitcoin protocol dictates halving the reward for adding a block every 210,000 blocks (approximately 4 years).

[14] http://Bitcoinclock.com

21,000,000 Bitcoins will ever be created. At the time of this writing, 16,596,738 have already been created and the last Bitcoin will be created in the year 2140.[15]

     *b.*    *Exchange of Bitcoins for Assets, Goods, or Services*

Today it is possible to exchange Bitcoins for nearly any asset, good, or service; in some cases, directly with a merchant, and in others, exchanged directly with another Bitcoin user. Some example uses of Bitcoin are the purchase of gift cards[16], electronics[17], food[18], travel[19], or even television service[20]. The first major retailer to accept Bitcoin was Overstock.com in 2014[21]; Microsoft, Dell, and Time followed suit by accepting Bitcoin via BitPay.com[22] later that year[23]. Another common use of Bitcoin is for simply using as a store of value, much like gold; or as an investment opportunity; or for use as trading collateral exchanged for other digital currencies or conventional fiat money.

Although, there exists many legitimate uses of Bitcoin today, digital commerce was nearly non-existent for many years following Bitcoin's initial introduction, particularly through 2014, as most major merchants were reluctant to accept it Nonetheless, during that period Bitcoins flourished as a trading instrument and were actively traded on *Digital Currency*

---

[15] A chart showing the number of Bitcoin in circulation over time is attached as Exhibit B.

[16] Gyft: www.gyft.com

[17] Newegg: https://www.newegg.com/Bitcoin

[18] Menufy: https://www.menufy.com/Bitcoin

[19] Expedia: https://www.expedia.com/Checkout/BitcoinTermsAndConditions

[20] Dish Network: http://about.dish.com/press-release/products-and-services/dish-accepts-its-first-Bitcoin-payment

[21] https://www.wired.com/2014/09/overstock-com-becomes-first-major-retailer-accept-Bitcoin-worldwide/

[22] BitPay.com, a payment processor, provides immediate conversion of Bitcoin to cash for merchants

[23] http://time.com/money/3658361/dell-microsoft-expedia-Bitcoin/

*Exchanges*[24], such as Mt. Gox[25], BTC-e[26], and BitStamp[27], which even led to Forex[28] Brokers, such as PLUS500[29], to offer Bitcoin trading options. Generally, trading dominated Bitcoin activity during this period.

In its early years, most users held Bitcoin as an investment in light of the limited options available to use Bitcoin. In those years, many Bitcoin transactions were related to online gambling.[30] However, this activity was sharply limited in the United States because many of the well-known gambling sites, like SatoshiDice, refused to accept transactions from Americans.[31] Infamously, a black market known as *Silk Road*[32] often utilized Bitcoin to facilitate illicit transactions. However, this was not widespread usage. In October 2013 the FBI seized the assets of Silk Road and the 173,991 Bitcoins[33] associated with it (mostly held by Ross Ulbricht

---

[24] Online market which allowed traders to submit orders to buy or sell crypto-currencies, such as Bitcoin.

[25] Once a leading Bitcoin exchange in trading volume, closed for business and declared bankruptcy in 2014 due to loss of funds to a hack.

[26] An early Bitcoin exchange, required minimal registration details, and subsequently seized by FBI in 2017 in connection with laundering Bitcoin stolen from Mt. Gox (https://www.justice.gov/usao-ndca/pr/russian-national-and-Bitcoin-exchange-charged-21-count-indictment-operating-alleged).

[27] An early Bitcoin exchange, which initially focused on European customers, now also facilitates trading of multiple digital currencies, and has continued to operate today.

[28] Foreign Exchange (Forex) market represents $5.1 trillion of daily trading volume for fiat currencies.

[29] Public company providing online trading services to retail users.

[30] Liew, J., Chen, D. (2013). *At least half of all Bitcoin transactions are for online gambling.* Retrieved from http://lsvp.com/2013/08/23/at-least-half-of-all-Bitcoin-transactions-are-for-online-gambling/

[31] Watt, D. (2013). *Bitcoin gaming site SatoshiDice closes to US players.* Retrieved from https://www.coindesk.com/Bitcoin-gaming-site-satoshidice-closes-to-us-players/

[32] A black market for selling illegal drugs only accessible on the darknet, a network only accessible with specialized software or hardware, via specialized software for enabling anonymity over networks known as Tor.

[33] Department of Justice. (2013). *Manhattan U.S. Attorney Announces Seizure Of Additional $28 Million Worth Of Bitcoins Belonging To Ross William Ulbricht, Alleged Owner And Operator Of "Silk Road" Website.* Retrieved from https://www.justice.gov/usao-sdny/pr/manhattan-us-attorney-announces-seizure-additional-28-million-worth-Bitcoins-belonging

personally), which at the time represented about 1.5% of the approximately 11,850,000[34]
Bitcoins in circulation.

IV.     STRUCTURE OF BITCOIN EXCHANGES

Most Bitcoin transactions take place on Bitcoin exchanges ("Exchange"), also known as
digital currency exchanges, typically online businesses that facilitate the exchange of Bitcoin for
other digital currencies or conventional fiat money. One of the earliest Exchanges was Mt. Gox
("Gox"), created by Jed McCaleb in 2010 and then later sold to Mark Karpelès in 2011. Gox was
once considered the world's leading Exchange and Gox claimed to handle over 80% of all
Bitcoin trade in 2011.[35] By 2013, a number of other Exchanges competed with Gox, notably
BTC-e. Many of these exchanges adopted structures similar to Gox. Therefore, in the discussion
herein, explanations regarding Exchange structure are closely aligned to Gox's known structure.

a.     *Registration*

Prior to commencement of trading on an Exchange, members generally complete an
online registration form providing at minimum basic details, such as a username, password, and
email address. Minimum required member registration information may vary between different
Exchanges. Following successful registration, members may proceed steps towards depositing
Bitcoin or conventional fiat money, e.g. USD. However, individual members registering at Gox
were expected to provide a valid copy of a government issued photo ID and proof of residence
(less than 6 months old) to attain *verified* status (required for raising withdrawal limitations or
performing banking actions associated with conventional fiat money). For business members

---

[34] Bitcoins in Circulation: https://Blockchain.info/charts/total-Bitcoins?timespan=all (attached as Exhibit B).
[35] http://web.archive.org/web/20130130225258/https://mtgox.com/

verifying at Gox, a certificate of incorporation/registration, identity and address verification of shareholders with 10% or more in voting rights, company constitution or articles of memorandum, and if any, a copy of trust deed for the Trust involved as part of shareholders. In either individual or business case, *trusted* status required documents to be further notarized, apostilled and sent by priority mail to: Mt.Gox AML, Round Cross Shibuya 5F, 11-6 Shibuya 2-Chome, Shibuya-ku, Tokyo, Japan 150-0002.

Although many exchanges adopted similar security protocols, one notable exception was BTC-e. For those Bitcoin users that wanted more privacy and did not want to reveal their identity, they usually turned towards Exchanges that did not require submission of identity documents, such as BTC-e, for withdrawals. BTC-e was known as a shady[36], but somewhat trusted, Exchange because even though owners hid their identity, they had never stole from members. Nonetheless, any reputable trader during Gox's time would have preferred to trade with Gox over others due to its professionalism.

b. *Depositing Bitcoin*

Two common methods are generally used by Exchanges, and by Gox, for allowing deposit of Bitcoin by an Exchange member. The first method is to generate a unique deposit address[37], post member registration, assigned to the member. The second commonly used method is for the registered member to request a new deposit address for assignment to member; this action may be repeated at member's leisure. In either case, the Exchange custodies (holds all monetary sums and Bitcoins, on behalf of member, in the Exchange's account) deposited assets

---

[36] Charlie Lee (@satoshilite), creator of Litecoin, https://twitter.com/satoshilite/status/891106864989061120?lang=en (June 28, 2017).

[37] An Address represents a destination for Bitcoin payment and is encoded per Bitcoin protocol.

15

and controls all generated deposit addresses; an internal accounting scheme is utilized for mapping deposit balance to member's account.[38]  Further, deposit addresses are derived from one or more Exchange *Hot-Wallets*.

c.  *Hot-Wallet and Cold-Wallets*

For protection of Bitcoin funds, an Exchange maintains a collection of one or more *Hot-Wallets*. Hot-Wallets are perpetually accessible via the internet and are expected to receive deposits or facilitate withdrawals from, on a continual basis; hence the designation as *Hot*. An Exchange may choose to rotate, migrate, or eliminate such wallets per an Exchange's security policy. Additionally, common Exchange practice is to maintain only the minimum quantity of Bitcoins necessary to handle withdrawal requests, for a given time range, in any Hot-Wallet while the total less minimum quantity is transferred to a *Cold-Wallet*. The process of transference to Cold-Wallet is only meant to mitigate Bitcoin loss to Hot-Wallet balance in the event of an Exchange hack occurring.

Cold-Wallets are generally without connection to the internet and any other unsecured network. The movement of funds between Hot-Wallet and Cold-Wallet is often performed manually through the use of a USB device or extremely short-lived secure network connections. The process of transference to Cold-Wallet is meant to mitigate Bitcoin loss in the event of an Exchange hack occurring. (Cold-Wallet storage should be invulnerable to a network-based hack.)

---

[38] I have reviewed Gox's Terms of Use, as they were submitted in this case. In those terms, Gox represents that "it will hold all monetary sums and all Bitcoins deposited by each Member in its Account, in that Member's name as registered in their Account details, and on such Member's behalf." This language would be understood to refer to this internal accounting scheme.

d. *Depositing Fiat Money (e.g. USD, EUR, JPY)*

Except for very specialized Exchanges, an Exchange will offer members the option of depositing fiat currency as well, as Gox did. Prior to depositing fiat currency, a registered member is generally expected to provide additional account details, such as full legal name, full mailing address, banking account details, and other identification per Exchange policy. Gox, for instance, generally asked for the information described above during the account-opening process. Gox also asked for additional information depending on the amount of funds deposited in an account.[39]

As the Exchange generally custodies funds, after receipt of deposited funds to Exchange's bank account, the Exchange credits member's account within the Exchange's internal accounting system with the appropriate balance. It is not common practice among Bitcoin exchanges to hold members' funds in segregated accounts. Gox's practice was consistent with standard practice.

e. *Withdrawing Fiat Money (e.g. USD, EUR, JPY)*

An Exchange offering members the option to deposit fiat money is expected to offer members the capability to withdraw fiat money. Although, deposits are often free of charge (at least charges imposed by the Exchange), an Exchange may elect to charge a flat or percentage-based fee derived from amount to be withdrawn.

f. *Withdrawing Bitcoin*

The process for withdrawing Bitcoin on most Exchanges is quite simple, including Gox; members navigate to the withdrawal page residing on Exchange's website then proceed to enter

---

[39] Terms of Use, at 2.

the quantity requested for withdrawal and the Bitcoin address which is to receive the entered

quantity prior to submission of withdrawal request. Depending on the member's chosen

Exchange, a maximum withdrawal quantity per 24 hours may be placed depending on member's

verification status.

g. *Orders, Order Book, Order Matching, and Trade Execution*

The primary feature of an Exchange is that it matches offers to sell Bitcoin and offers to

buy Bitcoin. Members of an Exchange may elect one of two ways for submission of orders[40], (1)

an online website interface that facilitates click-trading, or (2) use of a REST API[41]. The former

approach is more commonly used. After submission, all orders are routed to an one or more

Order Books[42] corresponding to the trade pair in submitted order, e.g. BTC/USD, BTC/JPY. If a

corresponding order is found, a match is signaled. For example, member X places order to buy 1

BTC (Bitcoin) for $500 USD; member Y places order to sell 1 BTC for $500 USD; member X's

order and member Y's order are matched. Once a match has occurred, trade execution entails

performing necessary debits and credits (less trade fees charged by Exchange) to associated

members' account balance in addition to removal of orders from order book and broadcast of

trade execution to all members. These processes are common across all Exchanges, including

Gox.

**ANDREW RASMUSSEN**

---

[40] An order represents (1) an offer to sell, or (2) an offer to buy.

[41] A common internet communication protocol that allows submissions of commands programmatically.

[42] Order Book data was visible on Mt. Gox to members for facilitating trade strategy.

# EXHIBIT A

# Bitcoin: A Peer-to-Peer Electronic Cash System

Satoshi Nakamoto
satoshin@gmx.com
www.bitcoin.org

**Abstract.**  A purely peer-to-peer version of electronic cash would allow online payments to be sent directly from one party to another without going through a financial institution.  Digital signatures provide part of the solution, but the main benefits are lost if a trusted third party is still required to prevent double-spending. We propose a solution to the double-spending problem using a peer-to-peer network. The network timestamps transactions by hashing them into an ongoing chain of hash-based proof-of-work, forming a record that cannot be changed without redoing the proof-of-work.  The longest chain not only serves as proof of the sequence of events witnessed, but proof that it came from the largest pool of CPU power.  As long as a majority of CPU power is controlled by nodes that are not cooperating to attack the network, they'll generate the longest chain and outpace attackers.  The network itself requires minimal structure.  Messages are broadcast on a best effort basis, and nodes can leave and rejoin the network at will, accepting the longest proof-of-work chain as proof of what happened while they were gone.

## 1.    Introduction

Commerce on the Internet has come to rely almost exclusively on financial institutions serving as trusted third parties to process electronic payments.  While the system works well enough for most transactions, it still suffers from the inherent weaknesses of the trust based model. Completely non-reversible transactions are not really possible, since financial institutions cannot avoid mediating disputes.  The cost of mediation increases transaction costs, limiting the minimum practical transaction size and cutting off the possibility for small casual transactions, and there is a broader cost in the loss of ability to make non-reversible payments for non-reversible services.  With the possibility of reversal, the need for trust spreads.  Merchants must be wary of their customers, hassling them for more information than they would otherwise need. A certain percentage of fraud is accepted as unavoidable.  These costs and payment uncertainties can be avoided in person by using physical currency, but no mechanism exists to make payments over a communications channel without a trusted party.

   What is needed is an electronic payment system based on cryptographic proof instead of trust, allowing any two willing parties to transact directly with each other without the need for a trusted third party.  Transactions that are computationally impractical to reverse would protect sellers from fraud, and routine escrow mechanisms could easily be implemented to protect buyers.  In this paper, we propose a solution to the double-spending problem using a peer-to-peer distributed timestamp server to generate computational proof of the chronological order of transactions.  The system is secure as long as honest nodes collectively control more CPU power than any cooperating group of attacker nodes.

## 2.    Transactions

We define an electronic coin as a chain of digital signatures. Each owner transfers the coin to the next by digitally signing a hash of the previous transaction and the public key of the next owner and adding these to the end of the coin. A payee can verify the signatures to verify the chain of ownership.



The problem of course is the payee can't verify that one of the owners did not double-spend the coin. A common solution is to introduce a trusted central authority, or mint, that checks every transaction for double spending. After each transaction, the coin must be returned to the mint to issue a new coin, and only coins issued directly from the mint are trusted not to be double-spent. The problem with this solution is that the fate of the entire money system depends on the company running the mint, with every transaction having to go through them, just like a bank.

We need a way for the payee to know that the previous owners did not sign any earlier transactions. For our purposes, the earliest transaction is the one that counts, so we don't care about later attempts to double-spend. The only way to confirm the absence of a transaction is to be aware of all transactions. In the mint based model, the mint was aware of all transactions and decided which arrived first. To accomplish this without a trusted party, transactions must be publicly announced [1], and we need a system for participants to agree on a single history of the order in which they were received. The payee needs proof that at the time of each transaction, the majority of nodes agreed it was the first received.

## 3.    Timestamp Server

The solution we propose begins with a timestamp server. A timestamp server works by taking a hash of a block of items to be timestamped and widely publishing the hash, such as in a newspaper or Usenet post [2-5]. The timestamp proves that the data must have existed at the time, obviously, in order to get into the hash. Each timestamp includes the previous timestamp in its hash, forming a chain, with each additional timestamp reinforcing the ones before it.



## 4.  Proof-of-Work

To implement a distributed timestamp server on a peer-to-peer basis, we will need to use a proof-of-work system similar to Adam Back's Hashcash [6], rather than newspaper or Usenet posts. The proof-of-work involves scanning for a value that when hashed, such as with SHA-256, the hash begins with a number of zero bits. The average work required is exponential in the number of zero bits required and can be verified by executing a single hash.

For our timestamp network, we implement the proof-of-work by incrementing a nonce in the block until a value is found that gives the block's hash the required zero bits. Once the CPU effort has been expended to make it satisfy the proof-of-work, the block cannot be changed without redoing the work. As later blocks are chained after it, the work to change the block would include redoing all the blocks after it.



The proof-of-work also solves the problem of determining representation in majority decision making. If the majority were based on one-IP-address-one-vote, it could be subverted by anyone able to allocate many IPs. Proof-of-work is essentially one-CPU-one-vote. The majority decision is represented by the longest chain, which has the greatest proof-of-work effort invested in it. If a majority of CPU power is controlled by honest nodes, the honest chain will grow the fastest and outpace any competing chains. To modify a past block, an attacker would have to redo the proof-of-work of the block and all blocks after it and then catch up with and surpass the work of the honest nodes. We will show later that the probability of a slower attacker catching up diminishes exponentially as subsequent blocks are added.

To compensate for increasing hardware speed and varying interest in running nodes over time, the proof-of-work difficulty is determined by a moving average targeting an average number of blocks per hour. If they're generated too fast, the difficulty increases.

## 5.  Network

The steps to run the network are as follows:

1) New transactions are broadcast to all nodes.
2) Each node collects new transactions into a block.
3) Each node works on finding a difficult proof-of-work for its block.
4) When a node finds a proof-of-work, it broadcasts the block to all nodes.
5) Nodes accept the block only if all transactions in it are valid and not already spent.
6) Nodes express their acceptance of the block by working on creating the next block in the chain, using the hash of the accepted block as the previous hash.

Nodes always consider the longest chain to be the correct one and will keep working on extending it. If two nodes broadcast different versions of the next block simultaneously, some nodes may receive one or the other first. In that case, they work on the first one they received, but save the other branch in case it becomes longer. The tie will be broken when the next proof-of-work is found and one branch becomes longer; the nodes that were working on the other branch will then switch to the longer one.

New transaction broadcasts do not necessarily need to reach all nodes. As long as they reach many nodes, they will get into a block before long. Block broadcasts are also tolerant of dropped messages. If a node does not receive a block, it will request it when it receives the next block and realizes it missed one.

## 6. Incentive

By convention, the first transaction in a block is a special transaction that starts a new coin owned by the creator of the block. This adds an incentive for nodes to support the network, and provides a way to initially distribute coins into circulation, since there is no central authority to issue them. The steady addition of a constant of amount of new coins is analogous to gold miners expending resources to add gold to circulation. In our case, it is CPU time and electricity that is expended.

The incentive can also be funded with transaction fees. If the output value of a transaction is less than its input value, the difference is a transaction fee that is added to the incentive value of the block containing the transaction. Once a predetermined number of coins have entered circulation, the incentive can transition entirely to transaction fees and be completely inflation free.

The incentive may help encourage nodes to stay honest. If a greedy attacker is able to assemble more CPU power than all the honest nodes, he would have to choose between using it to defraud people by stealing back his payments, or using it to generate new coins. He ought to find it more profitable to play by the rules, such rules that favour him with more new coins than everyone else combined, than to undermine the system and the validity of his own wealth.

## 7. Reclaiming Disk Space

Once the latest transaction in a coin is buried under enough blocks, the spent transactions before it can be discarded to save disk space. To facilitate this without breaking the block's hash, transactions are hashed in a Merkle Tree [7][2][5], with only the root included in the block's hash. Old blocks can then be compacted by stubbing off branches of the tree. The interior hashes do not need to be stored.

 

Transactions Hashed in a Merkle Tree        After Pruning Tx0-2 from the Block

A block header with no transactions would be about 80 bytes. If we suppose blocks are generated every 10 minutes, 80 bytes * 6 * 24 * 365 = 4.2MB per year. With computer systems typically selling with 2GB of RAM as of 2008, and Moore's Law predicting current growth of 1.2GB per year, storage should not be a problem even if the block headers must be kept in memory.

4

## 8.    Simplified Payment Verification

It is possible to verify payments without running a full network node. A user only needs to keep a copy of the block headers of the longest proof-of-work chain, which he can get by querying network nodes until he's convinced he has the longest chain, and obtain the Merkle branch linking the transaction to the block it's timestamped in. He can't check the transaction for himself, but by linking it to a place in the chain, he can see that a network node has accepted it, and blocks added after it further confirm the network has accepted it.



As such, the verification is reliable as long as honest nodes control the network, but is more vulnerable if the network is overpowered by an attacker. While network nodes can verify transactions for themselves, the simplified method can be fooled by an attacker's fabricated transactions for as long as the attacker can continue to overpower the network. One strategy to protect against this would be to accept alerts from network nodes when they detect an invalid block, prompting the user's software to download the full block and alerted transactions to confirm the inconsistency. Businesses that receive frequent payments will probably still want to run their own nodes for more independent security and quicker verification.

## 9.    Combining and Splitting Value

Although it would be possible to handle coins individually, it would be unwieldy to make a separate transaction for every cent in a transfer. To allow value to be split and combined, transactions contain multiple inputs and outputs. Normally there will be either a single input from a larger previous transaction or multiple inputs combining smaller amounts, and at most two outputs: one for the payment, and one returning the change, if any, back to the sender.



It should be noted that fan-out, where a transaction depends on several transactions, and those transactions depend on many more, is not a problem here. There is never the need to extract a complete standalone copy of a transaction's history.

5

## 10.  Privacy

The traditional banking model achieves a level of privacy by limiting access to information to the parties involved and the trusted third party. The necessity to announce all transactions publicly precludes this method, but privacy can still be maintained by breaking the flow of information in another place: by keeping public keys anonymous. The public can see that someone is sending an amount to someone else, but without information linking the transaction to anyone. This is similar to the level of information released by stock exchanges, where the time and size of individual trades, the "tape", is made public, but without telling who the parties were.



As an additional firewall, a new key pair should be used for each transaction to keep them from being linked to a common owner. Some linking is still unavoidable with multi-input transactions, which necessarily reveal that their inputs were owned by the same owner. The risk is that if the owner of a key is revealed, linking could reveal other transactions that belonged to the same owner.

## 11.  Calculations

We consider the scenario of an attacker trying to generate an alternate chain faster than the honest chain. Even if this is accomplished, it does not throw the system open to arbitrary changes, such as creating value out of thin air or taking money that never belonged to the attacker. Nodes are not going to accept an invalid transaction as payment, and honest nodes will never accept a block containing them. An attacker can only try to change one of his own transactions to take back money he recently spent.

The race between the honest chain and an attacker chain can be characterized as a Binomial Random Walk. The success event is the honest chain being extended by one block, increasing its lead by +1, and the failure event is the attacker's chain being extended by one block, reducing the gap by -1.

The probability of an attacker catching up from a given deficit is analogous to a Gambler's Ruin problem. Suppose a gambler with unlimited credit starts at a deficit and plays potentially an infinite number of trials to try to reach breakeven. We can calculate the probability he ever reaches breakeven, or that an attacker ever catches up with the honest chain, as follows [8]:

$p$ = probability an honest node finds the next block
$q$ = probability the attacker finds the next block
$q_z$ = probability the attacker will ever catch up from z blocks behind

$$q_z = \begin{cases} 1 & \text{if } p \le q \\ (q/p)^z & \text{if } p > q \end{cases}$$

Given our assumption that $p > q$, the probability drops exponentially as the number of blocks the attacker has to catch up with increases. With the odds against him, if he doesn't make a lucky lunge forward early on, his chances become vanishingly small as he falls further behind.

We now consider how long the recipient of a new transaction needs to wait before being sufficiently certain the sender can't change the transaction. We assume the sender is an attacker who wants to make the recipient believe he paid him for a while, then switch it to pay back to himself after some time has passed. The receiver will be alerted when that happens, but the sender hopes it will be too late.

The receiver generates a new key pair and gives the public key to the sender shortly before signing. This prevents the sender from preparing a chain of blocks ahead of time by working on it continuously until he is lucky enough to get far enough ahead, then executing the transaction at that moment. Once the transaction is sent, the dishonest sender starts working in secret on a parallel chain containing an alternate version of his transaction.

The recipient waits until the transaction has been added to a block and $z$ blocks have been linked after it. He doesn't know the exact amount of progress the attacker has made, but assuming the honest blocks took the average expected time per block, the attacker's potential progress will be a Poisson distribution with expected value:

$$\lambda = z \frac{q}{p}$$

To get the probability the attacker could still catch up now, we multiply the Poisson density for each amount of progress he could have made by the probability he could catch up from that point:

$$\sum_{k=0}^{\infty} \frac{\lambda^k e^{-\lambda}}{k!} \cdot \begin{cases} (q/p)^{(z-k)} & if\ k \le z \\ 1 & if\ k > z \end{cases}$$

Rearranging to avoid summing the infinite tail of the distribution...

$$1 - \sum_{k=0}^{z} \frac{\lambda^k e^{-\lambda}}{k!} \left(1 - (q/p)^{(z-k)}\right)$$

Converting to C code...

```c
#include <math.h>
double AttackerSuccessProbability(double q, int z)
{
    double p = 1.0 - q;
    double lambda = z * (q / p);
    double sum = 1.0;
    int i, k;
    for (k = 0; k <= z; k++)
    {
        double poisson = exp(-lambda);
        for (i = 1; i <= k; i++)
            poisson *= lambda / i;
        sum -= poisson * (1 - pow(q / p, z - k));
    }
    return sum;
}
```

7

Running some results, we can see the probability drop off exponentially with z.

```
q=0.1
z=0    P=1.0000000
z=1    P=0.2045873
z=2    P=0.0509779
z=3    P=0.0131722
z=4    P=0.0034552
z=5    P=0.0009137
z=6    P=0.0002428
z=7    P=0.0000647
z=8    P=0.0000173
z=9    P=0.0000046
z=10   P=0.0000012

q=0.3
z=0    P=1.0000000
z=5    P=0.1773523
z=10   P=0.0416605
z=15   P=0.0101008
z=20   P=0.0024804
z=25   P=0.0006132
z=30   P=0.0001522
z=35   P=0.0000379
z=40   P=0.0000095
z=45   P=0.0000024
z=50   P=0.0000006
```

Solving for P less than 0.1%...

```
P < 0.001
q=0.10    z=5
q=0.15    z=8
q=0.20    z=11
q=0.25    z=15
q=0.30    z=24
q=0.35    z=41
q=0.40    z=89
q=0.45    z=340
```

## 12.  Conclusion

We have proposed a system for electronic transactions without relying on trust. We started with the usual framework of coins made from digital signatures, which provides strong control of ownership, but is incomplete without a way to prevent double-spending. To solve this, we proposed a peer-to-peer network using proof-of-work to record a public history of transactions that quickly becomes computationally impractical for an attacker to change if honest nodes control a majority of CPU power. The network is robust in its unstructured simplicity. Nodes work all at once with little coordination. They do not need to be identified, since messages are not routed to any particular place and only need to be delivered on a best effort basis. Nodes can leave and rejoin the network at will, accepting the proof-of-work chain as proof of what happened while they were gone. They vote with their CPU power, expressing their acceptance of valid blocks by working on extending them and rejecting invalid blocks by refusing to work on them. Any needed rules and incentives can be enforced with this consensus mechanism.

# References

[1] W. Dai, "b-money," http://www.weidai.com/bmoney.txt, 1998.

[2] H. Massias, X.S. Avila, and J.-J. Quisquater, "Design of a secure timestamping service with minimal trust requirements," In *20th Symposium on Information Theory in the Benelux*, May 1999.

[3] S. Haber, W.S. Stornetta, "How to time-stamp a digital document," In *Journal of Cryptology*, vol 3, no 2, pages 99-111, 1991.

[4] D. Bayer, S. Haber, W.S. Stornetta, "Improving the efficiency and reliability of digital time-stamping," In *Sequences II: Methods in Communication, Security and Computer Science*, pages 329-334, 1993.

[5] S. Haber, W.S. Stornetta, "Secure names for bit-strings," In *Proceedings of the 4th ACM Conference on Computer and Communications Security*, pages 28-35, April 1997.

[6] A. Back, "Hashcash - a denial of service counter-measure," http://www.hashcash.org/papers/hashcash.pdf, 2002.

[7] R.C. Merkle, "Protocols for public key cryptosystems," In *Proc. 1980 Symposium on Security and Privacy*, IEEE Computer Society, pages 122-133, April 1980.

[8] W. Feller, "An introduction to probability theory and its applications," 1957.

# EXHIBIT B

# Bitcoins in circulation

source: blockchain.info

