IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>    *Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Mag. Judge Susan Cox |

**PLAINTIFF'S MOTION TO FILE MEMORANDUM OF LAW
IN OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY
AND CERTAIN ACCOMPANYING EXHIBITS UNDER SEAL**

  Pursuant to Local Rules 5.8 and 26.2, Plaintiff Anthony Motto ("Plaintiff") respectfully requests an Order granting permission to file his Opposition To Defendant Mizuho Bank, Ltd.'s Motion To Exclude The Report And Testimony Of M. Todd Henderson, and four of its accompanying exhibits, under seal. In support thereof, Plaintiff states the following:

  1. Plaintiff's Opposition to Defendant Mizuho Bank, Ltd.'s Motion to Exclude the Report and Testimony Of M. Todd Henderson ("Opposition"), quotes from or references four documents that the parties have designated as confidential under the Stipulated Protective Order. (Dkt. 178.) These documents are submitted with the Opposition as Exhibits A, C, and E to the supporting Declaration of Benjamin S. Thomassen:

  (1) the expert report of M. Todd Henderson (Exhibit A);

  (2) excerpts from the expert deposition of M. Todd Henderson (Exhibit C); and

  (3) the expert report of Mark T. Williams (Exhibit D).

2. The Stipulated Protective Order provides that "[a]ny Discovery Material designated as 'CONFIDENTIAL' or 'ATTORNEYS' EYES ONLY' submitted to the Court (including documents or materials containing information therefrom), shall be labeled 'CONFIDENTIAL' or 'ATTORNEYS' EYES ONLY' (as relevant) and filed under seal." (Dkt. 178, ¶ 18.)

3. Because the documents discussed above were designated as "Confidential" by a party to this litigation under the terms of the parties' Stipulated Protective Order, or quote from or reference protected information, Plaintiff seeks leave to file the documents under seal.

4. Because the Opposition references or quotes these documents, Plaintiff seeks leave to file his Opposition under seal with a redacted copy filed on the public docket.

5. Pursuant to Local Rules 5.8 and 26.2, Plaintiff has (1) provisionally filed the documents electronically under seal, (2) filed an electronic public-record version of his Opposition, along with its supporting declaration and exhibits, and (3) now moves the Court for leave to file the non-redacted version of the above-noted exhibits and Opposition under seal.

WHEREFORE, Plaintiff Anthony Motto respectfully requests the Court to enter an Order granting him leave to file his Opposition and the accompanying Exhibits A, C, and D under seal.

Dated: March 2, 2018                                Respectfully submitted,

                                                    /s/ Benjamin S. Thomassen

                                                    Jay Edelson
                                                    jedelson@edelson.com
                                                    Benjamin S. Thomassen
                                                    bthomassen@edelson.com
                                                    EDELSON PC
                                                    350 North LaSalle Street, Suite 1300
                                                    Chicago, Illinois 60654
                                                    Tel: 312.589.6370
                                                    Fax: 312.589.6378

                                                    Rafey S. Balabanian

rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

*Counsel for Plaintiffs and the Putative Classes*

## CERTIFICATE OF SERVICE

    I, Benjamin S. Thomassen, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, and via electronic mail to Mark Karpeles, on March 2, 2018.


                                                           /s/   Benjamin S. Thomassen