# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>    *Defendants*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Mag. Judge Susan Cox |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, March 8, 2018 at 9:00 am**, or as soon thereafter as they may be heard, the undersigned shall appear before the Honorable Judge Gary Feinerman, or any judge sitting in his stead in Courtroom 2125 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present *Plaintiff's Motion To File Memorandum Of Law In Opposition To Motion To Exclude Expert Testimony And Certain Accompanying Exhibits Under Seal*, a true and accurate copy of which has been filed and served upon all counsel of record via the Court's CM/ECF electronic filing system.

          \*        \*        \*

Dated: March 2, 2018         Respectfully submitted:

                        <u>/s/ Benjamin S. Thomassen</u>

                        Jay Edelson
                        jedelson@edelson.com
                        Benjamin S. Thomassen
                        bthomassen@edelson.com
                        Edelson PC
                        350 North LaSalle Street, Suite 1400
                        Chicago, Illinois 60654
                        Tel: 312.589.6370
                        Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

Counsel for Plaintiffs and the
Putative Classes

## CERTIFICATE OF SERVICE

I, Benjamin S. Thomassen, an attorney, hereby certify that on March 2, 2018, I served the above and foregoing *Notice of Motion* by causing a true and accurate copy of such paper to be transmitted to all parties via the court's CM/ECF electronic filing system, and to Mark Karpeles via email.

/s/ Benjamin S. Thomassen