# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Gregory Greene, et al.

                                       Plaintiff,

v.                                                        Case No.: 1:14–cv–01437
                                                             Honorable Gary Feinerman

MtGox Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 5, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion to file memorandum of law in opposition to motion to exclude expert testimony and certain accompanying exhibits under seal [346] is granted. Plaintiffs may file under seal the designated materials, so long as they publicly file redacted versions of those materials. Motion hearing set for 3/28/2018 [347] is stricken. The Clerk is directed to terminate Joseph Lack and Gregory Pearce as party plaintiffs.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.