

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name: **Christopher L. Dore**

Firm: **Edelson PC**

Street Address: **350 North LaSalle Street, 14th Floor**

City/State/Zip Code: **Chicago, Illinois 60654**

Phone Number: **312-572-7218**

Email address: **cdore@edelson.com**

ARDC (Illinois State Bar members, only): **6299670**

If you have previously filed an appearance with this court using a different name, enter that name.
**N/A**

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:11-cv-08987 | Pereira et al. v. Santander Consumer USA, Inc. | Hon. Charles P. Kocoras |
| 1:17-cv-01542 | Friends for Health: Supporting The North Shore Health Center, et al. v. PayPal, Inc., et al. | Hon. Robert W. Gettleman |
| 1:17-cv-07303 | Howe v. Speedway LLC, et al. | Hon. Andrea R. Wood |
| 1:14-cv-01437 | Greene v. Mt. Gox | Hon. Gary Fienerman |
| 1:12-cv-04069 | Birchmeier v. Caribbean Cruise Line | Hon. Matthew F. Kennelly |
| 1:18-cv-01465 | Mullen v. GLV | Hon. Robert N. Dow |

/s/ Christopher L. Dore                         March 13, 2018

Signature of Attorney                           Date

Rev. 01272016