

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name: **Benjamin S. Thomassen**

Firm: **Edelson PC**

Street Address: **350 North LaSalle Street, 14th Floor**

City/State/Zip Code: **Chicago, Illinois 60654**

Phone Number: **312-572-7208**

Email address: **bthomassen@edelson.com**

ARDC (Illinois State Bar members, only): **6307169**

If you have previously filed an appearance with this court using a different name, enter that name.
**N/A**

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:13-cv-09116 | In re: NCAA Student-Athlete Concussion Injury Litig. | Hon. John Z. Lee |
| 1:15-cv-10889 | In re VTech Data Breach Litig. | Hon. Manish S. Shah |
| 1:17-cv-02928 | Zak v. Bose Corporation | Hon. Andrea R. Wood |
| 1:16-cv-08727 | In re: NCAA Student-Athlete Concussion Litig. Single School/Single Sport (Football) | Hon. John Z. Lee |
| 1:14-cv-01437 | Greene v. Mt. Gox | Hon. Gary Fienerman |
| 1:17-cv-01402 | Rose, et al. v. NCAA, et al. | Hon. John Z. Lee |
| 1:17-cv-04975 | Weston v. Big Sky Conference, Inc., et al. | Hon. John Z. Lee |
| 1:16-cv-09980 | Richardson v. Southeastern Conference, et al. | Hon. John Z. Lee |
| 1:17-cv-04978 | Langston, et al. v. Mid-American Intercollegiate Athletics Assoc., et al. | Hon. John Z. Lee |
| 1:16-cv-11235 | Baez, et al. v. Monster, Inc., et al. | Hon. Charles P. Kocoras |

/s/ Benjamin S. Thomassen                          March 14, 2018
_____               _____

Signature of Attorney                                                   Date

Rev. 01272016