

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name: **Ari J. Scharg**

Firm: **Edelson PC**

Street Address: **350 North LaSalle Street, 14th Floor**

City/State/Zip Code: **Chicago, Illinois 60654**

Phone Number: **312-239-3362**

Email address: **ascharg@edelson.com**

ARDC (Illinois State Bar members, only): **6297536**

If you have previously filed an appearance with this court using a different name, enter that name.
**N/A**

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:13-cv-09116 | In re: NCAA Student-Athlete Concussion Injury Litig. | Hon. John Z. Lee |
| 1:17-cv-01447 | Vinci v. Beenverified, Inc. | Hon. Manish S. Shah |
| 1:17-cv-01406 | Dobrowolski v. Intelius, Inc. | Hon. Manish S. Shah |
| 1:-17-cv-01542 | Friends for Health: Supporting The North Shore Health Center, et al. v. PayPal, Inc., et al. | Hon. Robert W. Gettleman |
| 1:17-cv-07303 | Howe v. Speedway LLC, et al. | Hon. Andrea R. Wood |
| 1:14-cv-01437 | Greene v. Mt. Gox | Hon. Gary Fienerman |
| 1:17-cv-01519 | Vinci v. Spokeo, Inc. | Hon. Manish S. Shah |

/s/ Ari J. Scharg                                                       March 14, 2018
_____                          _____

Signature of Attorney                                                Date