

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name: **J. Aaron Lawson**

Firm: **Edelson PC**

Street Address: **123 Townsend Street, Suite 100**

City/State/Zip Code: **San Francisco, California 94107**

Phone Number: **312-561-4104**

Email address: **alawson@edelson.com**

ARDC (Illinois State Bar members, only): **6313328**

If you have previously filed an appearance with this court using a different name, enter that name.
**N/A**

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:14-cv-01437 | Greene v. Mt. Gox | Hon. Gary Fienerman |

/s/ J. Aaron Lawson                                         March 14, 2018
_____          _____

Signature of Attorney                                         Date

Rev. 01272016