# EXHIBIT 50

```
                    *** HIGHLY CONFIDENTIAL ***
 1          IN THE UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF ILLINOIS

 3                   EASTERN DIVISION

 4

 5   GREGORY GREENE, JOSEPH LACK,      )

 6   ANTHONY MOTTO, and GREGORY PEARCE,)

 7   individually and on behalf of all )

 8   others similarly situated,        )

 9           Plaintiffs,               )

10       vs.                           ) No. 14 CV 1437

11   MIZUHO BANK, LTD., a Japanese     )

12   financial institution, and MARK   )

13   KARPELES, an individual,          )

14           Defendants.               )

15

16          The ** CONFIDENTIAL ** videotaped

17   deposition of ANTHONY PATRICK MOTTO, called for

18   examination, taken pursuant to the Federal Rules of

19   Civil Procedure of the United States District Courts

20   pertaining to the taking of depositions, taken before

21   DINA G. MANCILLAS, a Certified Shorthand Reporter

22   within and for the State of Illinois, CSR No. 84-3400

23   of said state, at Suite 2200, Two North LaSalle

24   Street, Chicago, Illinois, on July 26, 2017, at

25   9:00 a.m.
```

| | |
|---|---|
| 1 | THE VIDEOGRAPHER:  The certified court |
| 2 | reporter is Dina Mancillas. |
| 3 | Please swear in the witness. |
| 4 | (The witness was duly sworn.) |
| 5 | MR. RESETARITS:  Good morning, |
| 6 | Mr. Motto. |
| 7 | THE WITNESS:  Good morning. |
| 8 | MR. RESETARITS:  Before we get started, |
| 9 | I just wanted to put one statement on the |
| 10 | record. |
| 11 | Mizuho Bank does not believe that |
| 12 | the Court has jurisdiction over Mizuho. |
| 13 | Mizuho filed a motion to dismiss for lack of |
| 14 | personal jurisdiction in this case, but the |
| 15 | Court denied it. |
| 16 | Mizuho continues to contest that |
| 17 | the Court has jurisdiction over Mizuho. |
| 18 | ANTHONY PATRICK MOTTO, |
| 19 | called as a witness herein, having been first duly |
| 20 | sworn, was examined and testified as follows: |
| 21 | EXAMINATION |
| 22 | BY MR. RESETARITS: |
| 23 | Q.   Mr. Motto, could you state your full |
| 24 | name and address for the record? |
| 25 | A.   Anthony Patrick Motto, 121 Crestwood |

```
 1  customers?
 2           MR. THOMASSEN:  Hold on.  Object.
 3      Misstates testimony.  Also to form.
 4  BY MR. RESETARITS:
 5      Q.      Then please correct it for me.  You
 6  keep referencing --
 7      A.      Sir --
 8      Q.      -- deposits.  What did Mizuho do with
 9  regard to deposits?
10      A.      My funds never made it to the account,
11  the Mt. Gox account.  And -- and even more
12  concerning is, I know you're -- you're stuck on
13  deposits here, but withdrawals, they might not be
14  directly what I'm dealing with, but later, I was
15  going to withdraw.  And had I known I couldn't
16  withdraw, I would have never deposited.
17      Q.      Let's -- we'll get to withdrawals.
18  Let's focus on deposits.
19              Your -- is your allegation that Mizuho
20  tortiously interfered with your contract with
21  Mt. Gox because it purportedly failed to process
22  your deposit?
23           MR. THOMASSEN:  Object to form --
24           THE WITNESS:  I don't --
25           MR. THOMASSEN:  -- legal conclusion.
```

1     A.    I'm sorry. I thought you were --

2     Q.    Oh, no. Sorry. I'm wondering if you
3 knew that there was a bug in the bitcoin
4 software -- if Mt. Gox had announced that there
5 was a bug in the bitcoin software in February of
6 20- -- February 13th of 2014.

7     A.    According to this, there was. I
8 remember there being a discussion about trans- --
9 transaction malleability, and I believe that it
10 wasn't necessarily the bitcoin code itself.
11     It was the software that accepted the
12 transactions and -- and that portion of it.

13     Q.    I -- I can't say I understand the word
14 "transaction malleability," but do you think it's
15 fair to say that on February 13th, 2014, Mt. Gox
16 was announcing that there was a problem with
17 bitcoin transactions?

18     A.    Yes.

19     Q.    So this is -- you printed this out
20 February 13th, 2014.
21     We just looked at a number of exhibits
22 from January and February of 2014. This is
23 important. So I want you to correct me if I'm
24 wrong, but as of 2013, 2014, you were aware that
25 Mt. Gox was manually processing withdrawal

1  requests, that Mt. Gox had a backlog in processing
2  withdrawal requests, that it could take up -- it
3  could take Mt. Gox up to four weeks to process
4  withdrawal requests -- I believe in one of your
5  communications with a third party, you said that
6  Mt. Gox was down.
7         And in this most recent exhibit,
8  Mt. Gox announced that there was a problem with
9  its bitcoin transactions and potentially a bug in
10 the software.
11         Do you agree with that?
12     A.    Yes.
13     Q.    So even though you knew about those
14 problems, five days later, you sent a thousand --
15 or, you had JPMorgan wire from your account -- not
16 your account, the -- the Highline Technologies
17 account -- to Mt. Gox a thousand dollars, is that
18 right?
19     A.    Correct.
20         MR. THOMASSEN:  Object to form.
21 BY MR. RESETARITS:
22     Q.    Why?  Weren't -- weren't you concerned
23 about the problems on the Mt. Gox exchange?
24     A.    Yeah.  I think it's the same concerns I
25 have for a local institutions, too.  Just two

1 months ago, Visa was down because of issues.

2 　　　　So we all have issues with technology.

3 And, you know, as long as somebody is addressing

4 the issues to correct them, I'm okay.  And that's

5 what I was reading, you know.

6 　　　　Whether it's factual or not now, I

7 don't know, but under that assumption, yeah, I

8 wasn't overly concerned about a new product coming

9 to market and having some issues.

10 　　　　And it really seemed like the issue was

11 more on Mt. Gox's side as opposed to bitcoin

12 because it was just an accountability transaction

13 issue, and I think that was more of it than --

14 than the technology itself.

15 　　　　So, yes, I was comfortable still

16 investing in bitcoin.

17 　　Q.　　Were you concerned at all that with

18 these problems we just discussed, that you could

19 lose your money?

20 　　A.　　Yes.

21 　　Q.　　You were?

22 　　A.　　[Nonverbal response.]

23 　　Q.　　Were you concerned with these problems,

24 that it might take, as they announced, four weeks

25 or more for withdrawals?

```
1       A.      Yeah.  I -- I wasn't overly concerned
2  about the -- personally, I wasn't concerned about
3  the U.S. withdrawals as -- per se, because I
4  wanted to buy bitcoin.
5               And I would have withdrawn bitcoin.  I
6  wouldn't have turned it back into U.S. dollars.
7       Q.      If -- so you made your investment in
8  February.  I believe it was February 18th, 2014.
9       A.      It sounds about right.
10      Q.      If -- if Mizuho had announced that in
11 20- -- June of 2013 -- so, six, seven months
12 before that -- that -- that it was no longer
13 processing with -- fiat currency withdrawal
14 requests, how would that have impacted your
15 decision?
16      A.      I would have worked another way to get
17 funds into the Mt. Gox exchange.  In fact, that's
18 part of the emails, was, I was asking for other
19 methods to get funds in.
20              So if it was -- if -- if Mizuho had
21 stated that -- or, Mt. Gox, then that would have
22 just changed my mode of operation.
23      Q.      Okay.  Can you describe for me your
24 relationship -- and by this, I don't -- I mean
25 your -- well, your relationship with Mizuho?
```