# EXHIBIT 51

```
 1           IN THE UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                    EASTERN DIVISION

 4    GREGORY GREENE, JOSEPH LACK,

 5    ANTHONY MOTTO, and GREGORY PEARCE,

 6    individually and on behalf of

 7    all others similarly situated,

 8                    Plaintiffs,

 9          vs.

10    MIZUHO BANK, LTD., a Japanese     Civil Action No.

11    financial institution, and       14 C 01437

12    MARK KARPELES, an individual,

13                    Defendants.

14    _____

15

16       VIDEOTAPED DEPOSITION OF JOSEPH LACK

17

18            Wednesday, August 2, 2017

19            9:01 a.m. - 3:56 p.m.

20               Shearman & Sterling

21         535 Mission Street, 25th Floor

22            San Francisco, California

23    REPORTED BY:

24    James Beasley

25    CSR No. 12807, CCR No. 835, RPR
```

1  San Francisco, California;
2  Thursday, August 10, 2017, 9:01 a.m.
3  * * *
4  P R O C E E D I N G S
5  * * *
6  THE VIDEOGRAPHER: Good morning. We are
7  on the record. This is the recorded video
8  deposition of Joseph Lack, in the matter of Gregory
9  Greene, et al., versus Mizuho Bank, in the
10  United States District Court for the Northern
11  District of Illinois, Eastern Division, Case
12  No. 14 C 01437, taken on behalf of the defendant.
13  This deposition is taking place at
14  Shearman & Sterling, 535 Mission Street,
15  San Francisco, California, on August 2, 2017, at
16  9:01 a.m.
17  My name is Andrew Martin. I'm the
18  videographer with U.S. Legal Support, located at
19  44 Montgomery Street, Suite 550, San Francisco,
20  California.
21  Video and audio recording will be taking
22  place unless all counsel have agreed to go off the
23  record.
24  Would all present please introduce
25  themselves, beginning with the witness.

```
 1              THE WITNESS:  Joseph Lack.
 2              MS. RAPP:  Eve-Lynn Rapp with Edelson PC,
 3       counsel for plaintiff.
 4              MS. EISENBERG:  Nina Eisenberg, counsel
 5       with Edelson PC, counsel for plaintiff and the
 6       putative class.
 7              MR. RESETARITS:  Jeffrey Resetarits with
 8       Shearman & Sterling on behalf of Mizuho Bank.
 9              THE VIDEOGRAPHER:  The certified court
10       reporter is James Beasley.
11              Would you please swear in the witness.
12                          * * *
13                       Joseph Lack,
14       being first duly sworn and/or affirmed by the
15       Certified Shorthand Reporter to tell the truth, the
16       whole truth and nothing but the truth, testified as
17       follows:
18                          * * *
19              MR. RESETARITS:  Good morning, Mr. Lack.
20       At the beginning of the deposition, I just want to
21       put a statement on the record.  Mizuho does not
22       believe that the Court has jurisdiction over Mizuho.
23       Mizuho filed a motion to dismiss for lack of
24       personal jurisdiction.  The Court denied that
25       motion, but Mizuho continues to contest that the
```

1   BY MR. RESETARITS:
2       Q.   If Mt. Gox -- I'm sorry, if Mark Karpeles
3   was running a fraudulent operation and it's because
4   of his fraud Mt. Gox collapsed, would that be the
5   cause of your -- the loss of your $40,000?
6            MS. RAPP:  Same objection.  Also, vague as
7   to what "fraudulent" means.
8            THE WITNESS:  I don't know.
9   BY MR. RESETARITS:
10      Q.   If -- if Mt. Gox had not gone bankrupt,
11  would you have lost any money?
12           MS. RAPP:  Objection.  Calls for
13  speculation.
14           THE WITNESS:  I don't know.
15  BY MR. RESETARITS:
16      Q.   If Mt. Gox had not gone dark, would you
17  have lost any money?
18           MS. RAPP:  Same objection.
19           THE WITNESS:  I don't know.
20  BY MR. RESETARITS:
21      Q.   Did you submit a claim to the Japanese
22  bankruptcy court?
23      A.   I tried to.
24      Q.   And how did you try to?
25      A.   I spoke to the -- they call it the

1   customer relations department that was created in
2   the aftermath of the bankruptcy filing to field
3   complaints from any and all Mt. Gox users.
4        Q.   And -- and what did the person on -- on
5   this consumer line tell you?
6        A.   I had two separate conversations.
7             And I explained to them my unique
8   situation, how I was different than most other
9   individuals, my unique situation being that I had
10  yet to see any funds credited to my account.  If I
11  recall correctly, the protocol that was set up
12  required you to submit a screenshot of your balance
13  in your account to then be processed by the
14  bankruptcy trustee.
15            And since my account still reflected $0 I
16  was unable to submit anything to the bankruptcy
17  trustee.  I tried to explain this on the phone and
18  it was either in the first or the second or both
19  conversations where the people on the other line,
20  the person on the other line said that they would
21  take my verbal complaint and submit that to the
22  Court.
23            I didn't really -- I -- I didn't know who
24  to trust at this point.  They didn't give me any
25  confirmation number.  They said they were going to

1  submit it to the bankruptcy trustee, and they would
2  get back to me.  And I just never heard back from
3  them.
4      Q.   Did you follow up with the consumer line
5  that you called?
6      A.   I called a second time to repeat my story
7  and -- and they said they were going to, again,
8  submit that.  I think the first time I was so
9  frustrated, and then the second time I called they
10 explained -- because I get the first time I called
11 they were still a part of the Mt. Gox -- they were
12 the original employees.
13          So they weren't telling me anything useful
14 over the phone.  And I thought they were still that
15 same group, but they weren't.  So -- so someone
16 explained that to me over the phone.
17          So once I realized that they were just a
18 new sort of group of people to handle complaints
19 then I called back the second time and explained my
20 situation.
21          They said they were going to convey
22 that -- submit that to the bankruptcy trustee.
23      Q.   After the second call, did you follow up
24 to see whether they actually submitted it to the
25 bankruptcy trustee?

1    A.   Again, no, I -- I did not.  They said

2    going to.  I -- after this point I had already

3    spoken to my attorney.  And I don't believe I -- I

4    followed up again with them.  I just was frustrated

5    with the whole process.

6    Q.   Did you -- did you run any searches online

7    to learn more about the -- the process for

8    submitting claims to the bankruptcy trustee?

9    A.   I think the only source of information I

10   referred to was the Mt. Gox website.  So they came

11   out with one or two updates.  And I think I probably

12   stopped looking after April or something like that.

13        But that was the only source of

14   information was via the website.  And that's where

15   if you did have money credited in your account you

16   could log in and it would show what your balance was

17   before the site went dark.

18        But since I had -- if I understand

19   correctly, the protocol was you had to print out the

20   screenshot showing your balance to submit that.

21        But in my situation if the balance showed

22   zero, I -- you know, I didn't have any other box or

23   any other place to explain my situation.

24   Q.   When did you -- when did you make these

25   two calls to the consumer hotline?

1   BY MR. RESETARITS:

2   Q. If Mt. Gox -- sorry, if Mizuho had

3   announced in June of 2014 that it was no longer

4   processing wire withdrawals, why would that have had

5   an impact on your decision to wire money to Mt. Gox

6   in January of 2014?

7   MS. RAPP: Object to form.

8   THE WITNESS: Well, it would -- it would

9   tell me if I ever had to -- it would tell me that I

10  would probably not be able to withdraw money through

11  Mizuho. And it would also raise my -- raise some

12  concerns about what was going on at Mt. Gox because

13  just everything that I was hearing from Mt. Gox was

14  that everything is back on track and -- and -- and

15  no need for concern.

16  BY MR. RESETARITS:

17  Q. Although what -- what's different about

18  the announcements that Mt. Gox made where they

19  talked about having to manually process withdrawals,

20  we talked about a backlog, they talked about four

21  weeks, a month -- a month or more to process

22  withdrawal requests, what's different about that

23  information and an announcement from Mizuho, if

24  Mizuho had made one, that it had stopped withdrawal

25  requests?

1          MS. RAPP:  Object to form.

2          THE WITNESS:  Well, Mt. Gox was not being

3    truthful as to the reasons why there was a backlog.

4    You know, had they -- had they been more forthright

5    in explaining that Mizuho, their largest processor

6    of -- of wire transfers, stopped doing business with

7    Mt. Gox, for -- for whatever reason it was, I mean,

8    that would certainly put me -- give me -- you know,

9    it would -- it would -- I would not want to deal

10   with it if -- if I thought that there was -- if that

11   was the reason for the backlog.

12   BY MR. RESETARITS:

13       Q.   The -- the -- Mt. Gox's announcement,

14   again, that it was manually processing wire

15   withdrawals, that there was a backlog in processing

16   wire withdrawals, and that it would take four weeks

17   or more to process wire withdrawals, does that not

18   raise red flags for you?

19          MS. RAPP:  Object to form.

20          THE WITNESS:  Well, they were leaving out

21   the reasons why.  I mean, they were explaining that

22   they were just -- and they had a lot of business

23   coming in and a lot of people coming in with new

24   accounts and -- and it took time to process all the

25   deposits and withdrawals.

1      But I was never made aware of the real

2 reason why.

3 BY MR. RESETARITS:

4      Q.   But where do you see in Exhibits 8 and 9

5 where they provide the reasons why?

6      A.   There -- there -- there aren't any

7 reasons.  I mean, the reasons are that Mizuho

8 stopped doing business with Mt. Gox, basically.  And

9 I -- I don't see that in these two documents.

10      Q.   So just to be clear, you were comfortable

11 in January 22nd, 2014, sending your money to Mt. Gox

12 after Mt. Gox had -- had announced to its customers

13 that it was manually processing withdrawal requests,

14 that it had a backlog in processing withdrawal

15 requests and that it was taking four weeks or more

16 to process withdrawal requests; is that right?

17           MS. RAPP:  Object to form.  It assumes

18 that these representations were available, that he

19 was aware of the representations.

20           THE WITNESS:  I was still comfortable.

21 And because the exchange was still operating, I -- I

22 was not aware of other people having extreme

23 difficulty or impossibility way back in 2013 from --

24 from getting their money out.

25           And so, obviously, had I known that

1   information it would have also changed my decision

2   to deposit money into that account.

3            But even going back to Exhibit 8, dated

4   July 4th, 2013, it seemed like, you know, at that

5   time they were able to overcome those withdrawal

6   issues at that time, and they're -- they're

7   marketing that they were able to process over a

8   million dollars to customers in the two weeks prior

9   to July 4th.

10           Sounds like, going through this,

11  everything's back on track and they're back -- back

12  to -- back to doing business as unusual.

13  BY MR. RESETARITS:

14       Q.  Although in Exhibit 8 they talk about a

15  two-week backlog, correct?

16           MS. RAPP:  The document speaks for itself.

17           THE WITNESS:  They -- they mention that in

18  the document, saying -- and the reason is -- their

19  reason is that the -- their new system is just

20  getting underway and they have some catching up to

21  do.

22  BY MR. RESETARITS:

23       Q.  Okay.  And then in Exhibit 9 it talks

24  about a four week or more backlog, correct?

25           MS. RAPP:  Same objection.