# EXHIBIT 52

```
          IN THE UNITED STATES DISTRICT COURT

         FOR THE NORTHERN DISTRICT OF ILLINOIS

                     EASTERN DIVISION


GREGORY GREENE, JOSEPH LACK,   :
ANTHONY MOTTO, and GREGORY     :   CASE NO. 14 C 01437
PEARCE, individually and on    :
behalf of all others           :   JUDGE GARY FEINERMAN
similarly situated,            :
                               :
        Plaintiffs,            :   MAGISTRATE JUDGE
                               :   SUSAN E. COX
                               :
     vs.                       :
                               :
MIZUHO BANK, LTD., a Japanese  :
financial institution, and     :
MARK KARPELES, an individual,  :
                               :
        Defendants.            :
```

        Transcript of the videotaped deposition of

GREGORY PEARCE taken by and before Lisa Forlano,

CCR, CRR, RMR, Certificate No. XI01143, at the

offices of Hangley Aronchick Segal Pudlin &

Schiller, One Logan Square, 27th Floor,

Philadelphia, Pennsylvania, commencing on Wednesday,

August 16, 2017, at 9:09 a.m.

1            VIDEO OPERATOR:  We're on the record.

2       My name is Rick Christian.  I'm the

3       videographer retained by US Legal.  This is a

4       video deposition for the US District Court for

5       the Northern District of Illinois.

6            Today's date is August 16, 2017, and

7       the video time is 9:09 a.m.  This deposition

8       is being held at One Logan Square, in

9       Philadelphia, in the matter of Gregory Greene,

10      et al. versus Mizuho Bank LTD, et al.

11           The deponent is Gregory Pearce.

12           All counsel will be noted on the

13      stenographic record.

14           The court reporter is Lisa Forlano, and

15      she will now swear in the witness.

16           GREGORY PEARCE, having been duly sworn,

17      was examined and testified as follows:

18           MR. RESETARITS:  Good morning,

19      Mr. Pearce.  At the beginning of this

20      deposition I want to just put on the record

21      that Mizuho does not believe that the court

22      has jurisdiction over Mizuho.  Mizuho filed a

23      motion to dismiss for lack of personal

24      jurisdiction, but the Court denied that

25      motion.  Mizuho continues to contest that the

1  another site to set up an account because CampBX was
2  slow to process withdrawals and slow to process --
3  actually mostly they were slow at processing
4  deposits.
5       Q    Had you tried to make a withdrawal on
6  CampBX?
7       A    No.
8       Q    So your main concern was the slowness
9  in which CampBX processed your deposit in the fall
10 of 2013?
11      A    Right.  For example, when I first sent
12 the deposit, bitcoin was trading a lot less money
13 than it was when my deposit finally was showing up
14 where I could do something with it.  Had it been
15 credited a lot sooner I could have made a lot more
16 money.
17      Q    So what was it about MtGox that caught
18 your eye on Bitcoinity?
19      A    Well, the one thing I noticed is that
20 it was trading at a higher amount, and it was one of
21 the highest of all the exchanges, so that caught my
22 eye, so then I looked up the website for MtGox and,
23 you know, from reading what was on their main site,
24 it was possible to set up an account there and
25 transfer, you know, real dollars to and from the

1    United States.  And their site looked much more
2    professional than CampBX.  It was more organized.
3    It had more information on it.  It had like news
4    feeds you could read sometimes.  It just looked a
5    lot more professional.  Like looking at Dean
6    Witter's stock site as opposed to some kid who wrote
7    a website for his high school project.  CampBX's
8    site is kind of -- kind of cheesy really.  It's
9    really simplistic.
10        Q    In the fall of 2013 when you visited
11   the MtGox website, did you spend time reading
12   information that was on the website?
13        A    Yes.
14        Q    Did you read news releases that MtGox
15   had made to its customers?
16        A    Sometimes.
17        Q    Did you read the frequently asked
18   questions section of the website?
19        A    Some of it.  I didn't read every word
20   of it, no.
21        Q    But you read some of it?
22        A    Yes.
23        Q    Do you recall any other information
24   that you read in the fall of 2013 when you visited
25   the MtGox website?

  1      A     The one thing that kind of stuck out
  2  was they were advertising as the world's largest
  3  bitcoin exchange and, you know, from looking at the
  4  graphics of trading volume, comparing that to
  5  CampBX, for example, you know, CampBX might have had
  6  hundreds of transactions in a day where MtGox was
  7  having tens of thousands or more transactions per
  8  day.  So it was clearly obvious that more people
  9  were using it.
 10      Q     Did you open an account at MtGox in the
 11  fall of 2013?
 12      A     Yes.  I do not remember the exact date,
 13  but yes, I did.
 14      Q     And again, why did you want to open an
 15  account at MtGox?
 16      A     Bitcoin was trading at a higher dollar
 17  amount there.
 18      Q     Can you describe the process that you
 19  went through to open an account at MtGox?
 20      A     I created a log-in profile and set that
 21  up and they had -- they had another option that I
 22  didn't do immediately, but I did later, for a
 23  two-factor authentication that I thought was kind of
 24  cool.  They have this thing that's called a YubiKey.
 25  It's a physical device that you plug into a USB port

1   so when you're logging in, you put your user name
2   and password in like normal and then it takes you to
3   another screen where you have to touch this device
4   to generate along CryptoKey to log in.  I thought
5   that was kind of cool.  That seemed pretty
6   professional to me.  I thought this is pretty
7   interesting because somebody can't log in to your
8   account without having that physical device.  So
9   like even if somebody stole my laptop or my desktop
10  computer, they couldn't get into that site, no
11  matter what they did, because I'd have my little key
12  in my wallet or in my pocket or on my keys or
13  whatever.
14      Q    When did you get the -- it's called a
15  YubiKey?
16      A    A YubiKey, yes.
17      Q    Do you know how to spell that, just for
18  the record?
19      A    Y-U-B-I K-E-Y. It's like UB-key or
20  something like that.  I don't remember the exact
21  date.  I did provide copies of actual paperwork and
22  the envelope that it came in to my attorney, so they
23  have that, if you want an exact date.
24      Q    Did you get the YubiKey right when you
25  opened up the MtGox account?

```
 1   extremely concerned about when you sent the e-mail
 2   on February 8, 2014.
 3             MS. EISENBERG:  Same objection.
 4             THE WITNESS:  I guess I read something
 5        that stated something about the bitcoin
 6        exchange losing money.  I don't remember exact
 7        specifics.
 8   BY MR. RESETARITS:
 9        Q     Again, I'm not asking you to quote an
10   article word for word, I'm asking if you remember
11   what the issue was?  I would think that if you read
12   something --
13        A     MtGox losing money.
14             MS. EISENBERG:  Please let him ask the
15        question.
16             THE WITNESS:  Okay.
17   BY MR. RESETARITS:
18        Q     So you read press reports about MtGox
19   losing millions of dollars?
20        A     Yes.
21        Q     So after reading that press, what did
22   you do?
23        A     I sent this e-mail.
24        Q     Anything else?
25        A     At that time, no.
```

1        Q    Why didn't you transfer your bitcoins
2   out of MtGox?
3        A    I didn't transfer bitcoins out of
4   MtGox.
5        Q    Why?
6        A    I hadn't gotten to that point yet.
7        Q    No.
8        A    At this point I was trying to withdraw
9   5900, which was stuck in some loop somewhere.  My
10  account balance, it wasn't anything there.  It was
11  tied up in this money.
12       Q    On February 8 --
13       A    I couldn't withdraw it if it's already
14  withdrawn, according to their system.
15       Q    I'm not talking about the $5,900.  My
16  understanding is, and correct me if I'm wrong, you
17  had $5,900 and you had some bitcoin, correct?
18            MS. EISENBERG:  Objection to the extent
19       it misstates prior testimony.
20            Proceed.
21            THE WITNESS:  Yeah, I do not remember
22       how much -- how many bitcoin I had left in
23       addition to the $5,900 at that time.  I do not
24       know.  I don't have any way to log in to the
25       account to find out histories.

```
 1   BY MR. RESETARITS:
 2        Q     You did have some bitcoin, however --
 3   the $5,900 did not represent your entire holdings at
 4   MtGox, correct?
 5        A     Correct.
 6        Q     So my question is:  Why didn't you
 7   transfer the bitcoin out when you read press that
 8   showed or that reported that MtGox had lost millions
 9   of dollars?
10        A     I was focusing on the 5900 cash
11   withdrawal.
12        Q     Were you not concerned about your
13   bitcoin holding, also?
14              MS. EISENBERG:  Objection, form.
15              Proceed.
16              THE WITNESS:  I didn't have that much
17         in there, I don't believe.  I don't remember
18         how much was there.  I really don't.  I do
19         not.
20   BY MR. RESETARITS:
21        Q     But you had bitcoin in there on
22   February 8, 2014, right?
23        A     Yes, I do not remember how much.  I do
24   not remember at all what was left in there.
25        Q     The next sentence says, I need that
```

1   money desperately now since the area I live in has

2   been declared a state of emergency due to a severe

3   power outage.  I'm unable to work right now because

4   of these power outages.

5            Do you see that?

6       A    Yes.

7       Q    Did the power outages in February of

8   2014 change the time period in which you needed the

9   money from the MtGox exchange?

10           MS. EISENBERG:  Objection, form.

11           Proceed.

12           THE WITNESS:  It increased the urgency.

13  BY MR. RESETARITS:

14      Q    The next sentence says, I still have

15  not gotten an itemized withdrawal confirmation.

16           Do you see that?

17      A    Yes.

18      Q    More than a week after you made the

19  withdrawal request you still had not gotten an

20  e-mail confirming the withdrawal; is that correct?

21      A    That's correct.

22      Q    The last sentence says, I need the

23  transfer to happen before the end of February.

24           Do you see that?

25      A    Yes.

1       Q       So it was February 8, 2014.  Is it
2   accurate to state that you had approximately two to
3   three weeks before you needed the money?
4       A       I wanted it as soon as possible, but I
5   was wanting it before the end of the month because I
6   needed it just to live.
7       Q       To the extent that there were delays in
8   the withdrawals, is it accurate to state that you
9   were okay with those delays as long as the money
10  came before the end of February?
11              MS. EISENBERG:  Objection to the extent
12          it mischaracterizes prior testimony.
13              Proceed.
14              THE WITNESS:  No, I was not okay with
15          taking that long.  It was a situation -- I
16          wanted it at least by then, but I was not okay
17          with it being -- taking that long.
18  BY MR. RESETARITS:
19      Q       I asked a different question.  If MtGox
20  had delays in processing currency withdrawals and it
21  was going to take two, three weeks, were you okay
22  with that?
23      A       Not really.
24      Q       So what did you do about it, then?
25      A       Well, shortly thereafter, I don't