**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| GREGORY GREENE and ANTHONY individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:14-cv-01437 |
| v. | Hon. Gary Feinerman |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | Magistrate Judge Susan Cox |
| *Defendants*. | |

**MOTION BY ANTHONY MOTTO FOR LEAVE**
**TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Anthony Motto hereby gives notice that he is filing his Reply Memorandum in Support of Motion for Class Certification, and certain accompanying exhibits, under seal. Plaintiff further state as follows:

On January 26, 2016, the Court entered a protective order in this case permitting any party to designate documents as either "Confidential" or "Attorney's Eyes Only." (Dkt. 178.) The accompanying reply memorandum relies on several documents that were designated either "Confidential" or "Attorney's Eyes Only" by Defendant Mizuho Bank, Ltd. These documents are attached as exhibits to the reply memorandum. Facts derived from these documents are central to the accompanying memorandum.

In Plaintiff's view, none of these documents meet the criteria for filing under seal—none contain trade secrets or the kind of information whose economic value depends on secrecy, and nor is there good cause to maintain the secrecy of any of these documents sufficient to upset the

presumption against public access. *See, e.g.*, *Baxter Int'l, Inc. v. Abbott Labs.*, 297 F.3d 544, 546-48 (7th Cir. 2002). Thus, the Court should order the accompanying reply memorandum and exhibits be filed publicly.

Nevertheless, Defendant Mizuho Bank, Ltd., has seen fit to designate many of these documents as subject to the Protective Order entered in this case. Plaintiff thus files these documents, along with an unredacted version of his Reply Memorandum in Support of Class Certification, provisionally under seal in order to allow Defendant an opportunity to say why the documents, while not meeting the criteria for filing under seal, should be filed under seal, and only the redacted Memorandum be available publicly.

Respectfully submitted,

**ANTHONY MOTTO,** individually and on behalf of all others similarly situated,

Dated: March 22, 2018      By: /s/ J. Aaron Lawson
         One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

Counsel for Plaintiffs and the Putative Classes

**CERTIFICATE OF SERVICE**

I, J. Aaron Lawson, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, and via electronic mail to Mark Karpeles, on March 22, 2018.


/s/ J. Aaron Lawson