IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated, *Plaintiffs*, v. MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, *Defendants*. | Case No. 1:14-cv-01437 Hon. Gary Feinerman Magistrate Judge Susan Cox |

**MOTION BY ANTHONY MOTTO FOR LEAVE TO FILE EXCESS PAGES**
*INSTANTER*

Plaintiff Anthony Motto, through undersigned counsel, hereby moves under Local Rule 7.1 for leave to file, *instanter*, his reply brief in support of his motion for class certification in excess of the Court's 15-page limit. In support Plaintiff states as follows:

1. On October 23, 2017, Plaintiff—along with then-plaintiffs Joseph Lack and Gregory Pearce—filed his motion for class certification and supporting memorandum of law. (Dkts. 294, 295.) Plaintiff sought, and the Court granted, leave to file a 37-page brief in support of the motion. (Dkts. 298, 302.)

2. On February 1, 2018, Defendant Mizuho Bank, Ltd. filed a 35-page opposition to Plaintiff's motion for class certification. (Dkt. 326.) Mizuho sought, and the Court granted, leave to file an oversized brief. (Dkts. 317, 319.)

3. To fully and adequately address the arguments raised in Mizuho's opposition, Plaintiff seeks leave to file an oversized reply brief, not to exceed 25 pages in length (i.e., in excess of the 15-page limit set by Local Rule 7.1).

4. Plaintiff does not file the instant motion for any improper purpose. Instead, the excess pages are necessary to adequately address the facts and law relevant to his motion for class certification, and the various points raised in Mizuho's opposition.

5. Mizuho does not oppose the relief sought herein.

**WHEREFORE**, Plaintiff Anthony Motto respectfully requests that the Court enter an Order (i) granting leave to file his reply brief in support of his motion for class certification, the substance of which shall not exceed 25 pages, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

                                        Respectfully submitted,

                                        **ANTHONY MOTTO**, individually and on behalf of all others similarly situated,

Dated: March 22, 2018              By: /s/ J. Aaron Lawson
                                              One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100

San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

Counsel for Plaintiffs and the Putative Classes

**CERTIFICATE OF SERVICE**

    I, J. Aaron Lawson, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, and via electronic mail to Mark Karpeles, on March 22, 2018.

                                       /s/ J. Aaron Lawson