IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>    *Defendants*. | Case No. 14 C 01437<br><br>Judge Gary Feinerman<br><br>Magistrate Judge Susan E. Cox |

## DECLARATION OF JEROME S. FORTINSKY

I, JEROME S. FORTINSKY, declare as follows:

I am a member of the firm of Shearman & Sterling LLP, which represents defendant Mizuho Bank, Ltd. ("Mizuho") in this action. I have been admitted *pro hac vice* in this action and submit this declaration in conjunction with the Reply Memorandum of Law in Further Support of Defendant Mizuho Bank, Ltd.'s Motion to Exclude the Report and Testimony of M. Todd Henderson.

1. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the December 21, 2017 deposition of M. Todd Henderson.

2. Attached hereto as Exhibit 2 is a true and correct copy of the expert report of Mark Williams, dated November 16, 2017.

3. Attached hereto as Exhibit 3 are true and correct excerpts from the transcript of the January 11, 2018 deposition of Andrew Rasmussen.

4. Attached hereto as Exhibit 4 is a true and correct copy of the expert report of Hirotada Inoshita, dated November 16, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of March, 2018 in New York, New York.

_____
Jerome S. Fortinsky