# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, JOSEPH LACK, ANTHONY MOTTO, and GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 14 C 01437<br><br>Judge Gary Feinerman<br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 3, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Gary Feinerman in Courtroom 2125 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and will present a **Motion For Leave To File Under Seal Mizuho's Reply Memorandum of Law in Further Support of Its Motion to Exclude the Report and Testimony of M. Todd Henderson**, a copy of which has been served upon you via the Court's electronic filing system or via electronic mail.

MIZUHO BANK, LTD.

By: /s/ Jerome S. Fortinsky
      One of Its Attorneys