# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Gregory Greene, et al.

                                    Plaintiff,

v.                                                         Case No.: 1:14−cv−01437
                                                                 Honorable Gary Feinerman

MtGox Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 7, 2018:

      MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Plaintiffs' motion for class certification [294] is denied as to Plaintiff Motto's effort to serve as class representative of the Deposit Subclass; given the dismissal of their individual claims [311], the motion is denied as moot as to Plaintiff Lack's and Plaintiff Pearce's efforts to serve as class representatives of, respectively, the Deposit and Withdrawal Subclasses. Defendant Mizuho Bank's motion to exclude Henderson as an expert [320] is denied as moot. By 6/25/2018, the parties shall file a status report presenting their joint or competing perspectives on what remains to be done in this case.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.