UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | No. 1:14-cv-01437 |
| v. | Hon. Gary Feinerman |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | Magistrate Judge Susan Cox |
| *Defendants*. | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND
DEADLINE TO FILE JOINT STATUS REPORT**

Plaintiff Anthony Motto ("Plaintiff") by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully moves the Court for a 14-day extension of the Court's deadline to file a joint status report (until July 9, 2018). In support of this motion, Plaintiff states as follows:

1. On June 7, 2018, this Court ordered parties to file a joint status report by June 25, 2018.

2. The parties have consulted on the appropriate next steps for this case and they require additional time to determine the best way to proceed. As such, Plaintiff requests a modest 2-week extension of the deadline to submit the ordered status report.

3. Plaintiffs' counsel conferred with Mizuho's counsel on June 25, 2018. Counsel for Mizuho indicated that Defendant does not oppose this motion and agrees to the relief requested herein. This is the first request for an extension filed by Plaintiffs in regards to the

1

Status Report.

4.     The requested extension of time is not sought for the purposes of delay or any improper purpose. Further, the extension will not prejudice any Party or affect any other deadlines or hearing dates currently set by the Court.

5.     Based on the foregoing, Plaintiffs respectfully submit that good cause exists to grant this extension of time.

**WHEREFORE**, Plaintiff Anthony Motto respectfully requests that the Court enter an order (i) granting the instant motion, (ii) extending the deadline to file a joint status report to July 9, 2018, and (iii) awarding such other and further relief as the Court deems reasonable and just.

Dated: June 25, 2018      By: /s/ Benjamin S. Thomassen
                                                    One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

Counsel for Plaintiffs and the Putative Classes

## **CERTIFICATE OF SERVICE**

I, Benjamin S. Thomassen, an attorney, hereby certify that on June 25, 2018, I caused to be served the above and foregoing ***Plaintiff's Unopposed Motion to Extend Deadline to File Joint Status Report*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

/s/ Benjamin S. Thomassen