UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, <br><br> *Defendants.* | No. 1:14-cv-01437 <br><br> Hon. Gary Feinerman <br><br> Magistrate Judge Susan Cox |

## NOTICE OF MOTION

TO:   See attached certificate of service.

**PLEASE TAKE NOTICE** that on June 28, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present *Plaintiff's Unopposed Motion to Extend Deadline to File Joint Status Report*, a copy of which has been served upon you via the Court's CM/ECF electronic filing system.

Dated: June 25, 2018

By: /s/  Benjamin S. Thomassen
     One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com

EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

Counsel for Plaintiffs and the Putative Classes

3

**CERTIFICATE OF SERVICE**

    I, Benjamin S. Thomassen, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                              /s/ Benjamin S. Thomassen