# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | No. 1:14-cv-01437 |
| v. | Hon. Gary Feinerman |
| MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual, | Magistrate Judge Susan Cox |
| *Defendants*. | |

## DEFENDANT MIZUHO BANK LTD.'S UNOPPOSED MOTION
## TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT

Defendant Mizuho Bank, Ltd. ("Mizuho"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully moves the Court for a four-day extension of the Court's deadline to file a joint status report (until July 13, 2018). In support of this motion, Mizuho states as follows:

1.  On June 7, 2018, this Court ordered the parties to file a joint status report by June 25, 2018.

2.  On June 25, 2018, Plaintiff Anthony Motto ("Plaintiff") requested a 14-day extension of the deadline to submit the status report (to July 9, 2018), which was granted on June 26, 2018.

3.  The parties continue to consult on the appropriate next steps for this case and they require additional time to determine the best way to proceed. Toward that end, Mizuho requests a four-day extension of the deadline to submit the status report.

4.  Mizuho's counsel conferred with Plaintiff's counsel on July 6, 2018. Counsel for

Plaintiff said that Plaintiff does not oppose this motion and agrees to the relief requested herein. This is Mizuho's first request for an extension of the deadline for filing the joint status report and the second request for such an extension filed by any party.

5. The requested extension of time is not sought for the purpose of delay or any improper purpose. The extension will not prejudice any party or affect any other deadlines or hearing dates currently set by the Court.

6. Based on the foregoing, Mizuho respectfully submits that good cause exists to grant this extension of time.

**WHEREFORE**, Mizuho respectfully requests that the Court enter an order (i) granting this motion, (ii) extending the deadline to file a joint status report to July 13, 2018, and (iii) awarding such other and further relief as the Court deems reasonable and just.

                MIZUHO BANK, LTD.

                By: /s/ Jerome S. Fortinsky
                      One of Mizuho's Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL 60602-3801
(312) 269-8000

Jerome S. Fortinsky (admitted *pro hac vice*)
jfortinsky@shearman.com
Jeffrey J. Resetarits (admitted *pro hac vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Dated: July 6, 2018

**CERTIFICATE OF SERVICE**

      I, Jerome S. Fortinsky, an attorney, hereby certify that on July 6, 2018, I caused to be served the above and foregoing ***Defendant Mizuho Bank Ltd.'s Unopposed Motion to Extend Deadline to File Joint Status Report*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                                       /s/ Jerome S. Fortinsky