# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

## NOTICE OF MOTION

TO: See attached certificate of service.

    **PLEASE TAKE NOTICE** that on July 11, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant Mizuho Bank Ltd.'s Unopposed Motion to Extend Deadline to File Joint Status Report**, a copy of which has been served upon you via the Court's CM/ECF electronic filing system.

                                                           MIZUHO BANK, LTD.

                                                           By: /s/ Jerome S. Fortinsky
                                                               One of Defendant Mizuho Bank Ltd.'s
                                                               Attorneys

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
Jason A. Frye (#6292848)
jfrye@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL 60602-3801
(312) 269-8000

Jerome S. Fortinsky (admitted *pro hac vice*)
jfortinsky@shearman.com
Jeffrey J. Resetarits (admitted *pro hac vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Dated: July 6, 2018

## **CERTIFICATE OF SERVICE**

    I, Jerome S. Fortinsky, hereby certify that I served the above and foregoing document by causing a true and accurate copy of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                     /s/ Jerome S. Fortinsky