UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>    *Defendants*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT MARK KARPELES**

Plaintiffs Gregory Greene and Anthony Motto ("Plaintiffs") by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 55(a) hereby request that the Clerk of the United States District Court for the Northern District of Illinois enter the default of Defendant Mark Karpeles for failing to plead or otherwise defend against this action.

**DECLARATION OF BENJAMIN S. THOMASSEN IN SUPPORT OF REQUEST FOR
ENTRY OF DEFAULT AGAINST DEFENDANT MARK KARPELES**

I, Benjamin S. Thomassen, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Edelson PC and an attorney of record for Plaintiffs Gregory Greene and Anthony Motto. I am licensed to practice law in the State of Illinois and admitted to practice before the United States District Court for the Northern District of Illinois.

2. The facts stated herein are within my personal knowledge and if called upon to testify, I would truthfully and competently do so.

1

3. Plaintiff Greene filed this case on February 27, 2014 and, through his complaint, sought and continues to seek affirmative relief against Defendant Mark Karpeles. (Dkt. 1.)

4. Plaintiff Motto joined this case through an amended complaint filed on April 4, 2016. (Dkt. 205.) Plaintiff Motto also sought and continues to seek affirmative relief against Defendant Mark Karpeles. (*Id.*)

5. The Court found that Mr. Karpeles has been properly served in this matter. (Dkt. 235.)

6. Defendant Mark Karpeles has not filed an answer or otherwise defended the claims asserted against him in this case. Mr. Karpeles briefly appeared in the case through counsel, (dkts. 51-53, 128-129), and has communicated via email and Skype with Plaintiffs' attorneys at Edelson PC regarding the facts underlying this lawsuit. Other than the brief appearance through his attorneys, Defendant Karpeles has not formally participated in this case in any way.

7. Plaintiffs Gregory Greene and Anthony Motto submit that because Mark Karpeles has failed to plead or otherwise defend himself in this litigation, an entry of default is appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2018 at Chicago, Illinois.

        By: /s/ Benjamin S. Thomassen
             One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654

Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, hereby certify that on August 10, 2018, I caused to be served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                      /s/ Benjamin S. Thomassen