# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Gregory Greene, et al.

                         Plaintiff,

v.                                                     Case No.: 1:14–cv–01437
                                                     Honorable Gary Feinerman

MtGox Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 13, 2018:

      MINUTE entry before the Honorable Gary Feinerman: Because Defendant Karpeles has appeared [51][52][53], the stipulation of dismissal [385] is deemed to be a Civil Rule 41(a)(2) motion to voluntarily dismiss and, as so deemed, is granted. All claims against Defendant Mizuho Bank are dismissed without prejudice, with each party bearing its own costs. The court is directed to terminate Mizuho Bank, Ltd. as a party defendant, and to make Mark Karpeles the lead defendant in the case caption. If Defendant Karpeles wishes to oppose the request for entry of default [386] he must file an opposition by 8/24/2018 or appear (either personally or through counsel) at the 8/28/2018 hearing [384]. Plaintiffs shall email a copy of their notice of entry of default and a copy of this order to Defendant Karpeles's last known email address.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.