# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 14-cv-01437 |
| Plaintiffs, | ) ) ) | Hon. Gary Feinerman |
| v. | ) ) ) | Magistrate Judge Susan Cox |
| MARK KARPELES, an individual, | ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF MARK KARPELES

I, Mark Karpeles declare as follows:

  1.  I am over the age of eighteen years and I am competent to testify in this matter. If called to testify in this matter, and permitted to leave Japan, I could and would competently testify as to the matters set forth in this Declaration, as I know them to be true based upon my personal knowledge.

  2.  I am a citizen of the nation of France.

  3.  I am currently a resident of the nation of Japan.

  4.  I have never resided in Illinois, owned property in Illinois, or paid taxes in Illinois.

  5.  I do not maintain an office in Illinois nor have any employees in Illinois.

  6.  I am the sole shareholder of Tibanne KK, which owns eighty-eight (88) percent of the shares of Mt. Gox.

  7.  From 2011 to 2014, I functioned as the President and CEO of Mt. Gox.

  8.  I have never visited Illinois in either my personal capacity or in my former capacity of President and CEO of Mt. Gox or as the sole shareholder of Tibanne KK.

9. Mt. Gox was never registered to do business in Illinois, did not maintain an office in Illinois, and had no employees in Illinois.

10. Mt. Gox did not engage in any advertising targeted at Illinois.

11. Mt. Gox did not engage in any nationwide advertising in the United States of America.

12. There was never a specific decision that Mt. Gox would operate or conduct business in Illinois.

13. Mt. Gox had a total of over 1,000,000 accounts. Mt. Gox has over 450,000 addresses associated with those accounts. Of those addresses, 7,056 had a zip code which started with 60, 61, or 62, which I understand are associated with Illinois. That is approximately 1.5% of all accounts.

14. I personally did not know whether or how many account-holders were located in Illinois at the times referenced in the Fourth Amended Complaint

15. I have never met, spoken, or corresponded with any of the named Plaintiffs in this suit.

16. I did not direct any advertising on behalf of Mt. Gox.

17. I was not responsible for Mt. Gox's day-to-day accounting.

18. I never commingled Mt. Gox funds with my own personal funds or vice versa.

19. Customers directly deposited funds to an account at Mizuho Bank in Japan.

20. Mt. Gox observed all corporate formalities and kept corporate records.

21. Mt. Gox was not undercapitalized.

22. I did not divert any assets from Mt. Gox.

23. I have never been involved in litigation in Illinois.

I was unaware of the lawsuit filed in the Northern District of Illinois federal court until I saw a news story about the lawsuit far after it was filed.

Not only would it be a significant financial burden to continuously travel to the United States and the State of Illinois to defend this matter if I could, at this time the Japanese Government has forbidden me from leaving Japan.

The Mt. Gox bankruptcy proceedings in Japan are now civil rehabilitation proceedings.

Former Mt. Gox account holders can submit claims for their lost funds to the civil rehabilitations proceedings and will likely be reimbursed with bitcoin and bitcoin cash.

I have not as an individual had minimum contacts with or a physical presence in the State of Illinois.

I do hereby declare, under penalty of perjury under the law that the foregoing is true, accurate and correct to the best of my knowledge.

Executed on the date of: 9/25/2018

Signature – MARK KARPELES