# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Gregory Greene, et. al. v. MtGox Inc., et. al.    Case Number: 14-cv-1437

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff

Attorney name (type or print): Daniel Schneider

Firm: Edelson PC

Street address: 350 N. LaSalle, 14th Floor

City/State/Zip: Chicago, Illinois 60654

Bar ID Number: 6327877
(See item 3 in instructions)

Telephone Number: 312-572-7203

Email Address: dschneider@edelson.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/19/2018

Attorney signature: S/ Daniel Schneider

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015