UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Gregory Greene, et al.
                          Plaintiff,

v.                                             Case No.: 1:14−cv−01437
                                                Honorable Gary Feinerman

MtGox Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 11, 2019:

      MINUTE entry before the Honorable Gary Feinerman:The parties shall proceed on the assumption that Defendant Karpeles's motion to dismiss [390] will be denied. By 2/1/2019, the parties shall file a joint status report setting forth a joint proposal (or, in the event of disagreement, competing proposals) for a discovery and dispositive motion schedule.The status hearing set for 1/15/2019 [400] is stricken and re−set for 2/14/2019 at 9:30 a.m. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.