UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 14-cv-01437 |
| Plaintiffs, | ) ) ) ) | Hon. Gary Feinerman |
| v. | ) ) ) | Magistrate Judge Susan Cox |
| MARK KARPELES, an individual, | ) ) ) | |
| Defendant. | ) | |

**PARTIES' JOINT REPORT WITH PROPOSED DISCOVERY SCHEDULE AND SCHEDULE FOR DISPOSITIVE MOTIONS**

Plaintiffs Gregory Greene and Anthony Motto (collectively, "Plaintiffs") and Defendant Mark Karpeles ("Karpeles"), in accordance with this Court's Order dated January 11, 2019 [Dkt. No. 401], hereby propose the following discovery and dispositive motion schedule.

The parties have noted dates for which they are in agreement. For areas of disagreement, the parties' competing proposals are provided within the specific category:

1. **Deadline for Defendant to Answer the Complaint**

    <u>Agreed</u>: 30 days after the Court issues an order on Karpeles's motion to dismiss.

2. **Deadline for Amendment of Pleadings**

    <u>Agreed</u>: 90 days after Karpeles files his answer to the Complaint.

3. **Deadline for Rule 26(a)(1) disclosures**

    <u>Agreed</u>: February 28, 2019.

4. **Deadline for issuing initial written discovery requests**

<u>Agreed</u>: February 28, 2019.

5. **Deadline for completing fact discovery**

   <u>Plaintiffs' Proposal</u>: September 30, 2019 (8 months).

   <u>Karpeles' Proposal</u>: October 31, 2019 (9 months).

6. **Whether discovery should proceed in phases**

   <u>Agreed</u>: The parties agree that fact discovery for individual and class issues shall proceed simultaneously.

7. **Whether expert discovery is contemplated and, if so, deadlines for Rule 26(a)(2) disclosures and expert depositions**

   <u>Plaintiffs' Proposal</u>:

   a. Plaintiffs' expert report to be issued by October 14, 2019.

   b. Defendant's expert report to be issued by November 30, 2019.

   c. Parties to complete expert discovery by January 14, 2020.

   <u>Karpeles' Proposal</u>: Karpeles proposes the following schedule:

   a. Plaintiffs' expert report to be issued by November 14, 2019.

   b. Plaintiffs' expert to be deposed by December 31, 2019.

   c. Karpeles' expert report to be issued by January 31, 2020.

   d. Karpeles' expert to be deposed by March 31, 2020.

8. **Deadline for filing dispositive motions.**

   <u>Agreed</u>: Eight weeks after the Court rules on Plaintiffs' motion for class certification, or four weeks after the close of expert discovery, whichever occurs later.

Nothing in this Order should be construed as any party waiving its right to file any other motion that may affect this schedule.

Dated: January 31, 2019                                         Respectfully submitted,

Plaintiffs Gregory Greene and Anthony Motto

By:      /s/ Benjamin S. Thomassen

Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street,
13th Floor Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiffs and the Putative Class*

Defendant Mark Karpeles

By:      /s/ Bevin Brennan [with consent]
              One of His Attorneys

Bevin Brennan
Matthew Schmidt
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com

*Attorneys for Defendant Mark Karpeles*

## **CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, hereby certify that I served the foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on January 31, 2019.

                                                  /s/ Benjamin S. Thomassen