# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Gregory Greene, et al.

                        Plaintiff,

v.                                          Case No.: 1:14−cv−01437
                                                        Honorable Gary Feinerman

MtGox Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2019:

    MINUTE entry before the Honorable Gary Feinerman: Rule 26(a)(1) disclosures shall be served by 2/28/2019. Initial written discovery requests shall be served by 3/21/2019. Fact discovery shall close 9/30/2019. Plaintiffs' Rule 26(a)(2) disclosures shall be served by 10/14/2019; Plaintiffs' expert(s) shall be deposed by 11/30/2019; Defendant's Rule 26(a)(2) disclosures shall be served by 1/14/2020; Defendant's expert(s) shall be deposed by 2/25/2020. The status hearing set for 2/14/2019 [401] s stricken and re−set for 4/29/2019 at 9:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.