[English Translation for Reference Purpose Only]

January 24, 2019

To whom it may concern:

                Rehabilitation Debtor:  MTGOX Co., Ltd.

                Rehabilitation Trustee:  Nobuaki Kobayashi, Attorney-at-law

# Announcement of Order to Change Schedule for Civil Rehabilitation Proceedings

MTGOX's Bitcoin exchange users (**"Users"**) have delivered a large number of proofs of rehabilitation claims by post. Accordingly, the Rehabilitation Trustee requires a significant amount of time to seek correction of deficiencies in Users' filed claims and to investigate the details of filed claims.

In light of the foregoing, on January 23, 2019, the Tokyo District Court issued an order to change the submission deadlines for the statement by the Rehabilitation Trustee of approval or disapproval, among other matters, as below (**"Order"**).

According to the Order, the submission deadline for the statement by the Rehabilitation Trustee of approval or disapproval on rehabilitation claims regarding Users' rights to make claims against MTGOX for return of cryptocurrency and money (**"Exchange-Related Rehabilitation Claim(s)"**) has been changed to March 15, 2019. The period to examine proofs of rehabilitation claims regarding Exchange-Related Rehabilitation Claims has also been changed from March 22, 2019, to March 29, 2019.

Concerning rehabilitation claims other than Exchange-Related Rehabilitation Claims, the submission deadline for the statement of approval or disapproval and the period to examine proofs of rehabilitation claims remains unchanged.

Finally, the submission deadline for the proposed rehabilitation plan has been changed to April 26, 2019.

[Content of the Order]

1. Exchange-Related Rehabilitation Claims

2

1. (1) Submission deadline for Rehabilitation Trustee's statement of approval or disapproval:
      March 15, 2019
   (2) Period to examine proofs of rehabilitation claims:
      From March 22, 2019, to March 29, 2019

2. Rehabilitation Claims other than Exchange-Related Rehabilitation Claims
   (1) Submission deadline for Rehabilitation Trustee's statement of approval or disapproval:
      January 24, 2019
   (2) Period to examine proofs of rehabilitation claims:
      From January 31, 2019, to February 7, 2019

3. Submission deadline for proposed rehabilitation plan:
      April 26, 2019

[End of document]