# WELCOME

## ABOUT

## FORUM

## LATEST

## CONTRIBUTE

# Press Release

OCTOBER 27, 2017

ANDY PAG

Owner of failed Mt. Gox bitcoin exchange, who lost $500m of customers money, in line for over $700m of their funds, due to legal black-hole. The owner of the bankrupt Mt. Gox bitcoin exchange, who designed its security system, but didn't notice repeated thefts over three years leading to losses of almost $500m of customer's…

READ MORE »

# New Terms – Updated 22/Nov/17

OCTOBER 25, 2017

ANDY PAG

What are you paying for? You are essentially donating to a fund for legal action. We've already raised the full amount needed to pay the lawyer to research, and proceed to the next step. Everyone has already put in ~$100 (actually £85), and rather than close the group when we reached the target for the…

READ MORE »

# Accountability update.

 OCTOBER 22, 2017

 ANDY PAG

Just over a week ago, I told everyone that for all the psuedo-accountability I was presenting, in the end it just came down to having to trust me. Well I'm working on changing that this week, so things won't have to rely on just trust anymore. Accounting Already we have a volunteer bookkeeper, yyy. A…

READ MORE »

# We reached $30k in six days!

 OCTOBER 19, 2017

 ANDY PAG

Good news. We've now hit the target of $30k. It's an amazing job in under a week. I think above all it shows how important this is to a lot of people. We have: £22,598,56 in card takings, and £768.45 paid to me on Paypal. £23,3367.01 in total. Sekido's invoice has arrived, and there's no…

READ MORE »

# The Forum

 OCTOBER 19, 2017

 ANDY PAG

Tomorrow we'll be opening the Forum. This is the area where all the legal information provided by our lawyer will be shared. We're also looking at how to establish a creditors committee and there's a thread for that. I'm uploading the accounts there too, and a request for volunteers to form a governance board. This…

READ MORE »

# Commissioning letter to Sekido, and other news

 OCTOBER 15, 2017

 ANDY PAG

I've written a draft letter highlighting questions, information, and legal approaches raised in the Google group. I'm not going to publish it here in public, but it is now in the Google Group. Title "Commissioning Letter to Sekido". Please comment on it so I can make sure all valid points are considered. The IT volunteers,…

READ MORE »

# We've reached $10k

 OCTOBER 14, 2017

 ANDY PAG

 4 COMMENTS

We currently have 105 creditors who have contributed, so have made the target we need for tier 1 – Research. I originally said I'm going to leave funding open for a week and review it then. I'm going to stick to that for now for two reasons. Firstly because there will be more funding needed…

READ MORE »

# Terms agreed with Mr Sekido

OCTOBER 12, 2017

ANDY PAG

We have agreed payment terms with our layer. I have now removed the emails sent between us. This is effectively what you're paying for and if you want to see them before contributing, please email me. They are available on the forum.

READ MORE »

# Creditors Committee – 11 Oct 17

OCTOBER 12, 2017

ANDY PAG

Bitcoin Builder has engaged a lawyer that is looking at establishing a Creditors Committee. This is a committee that can to some limited degree call the Trustee to account. They cannot dictate terms, but they can make their feelings clear to him, and suggest actions, and if necessary call him to the Tokyo court to…

READ MORE »

# Not All Creditors Are The Same – 10 Oct 17

 OCTOBER 12, 2017

 ANDY PAG

Keep in mind that not all creditors have the same motivations. Fiat creditors are unaffected by the fluctuating BTC price, as long as it stays above a level which gives them a 100% payout. Their motivation more than anything, I assume, is to get this resolved quickly. I understand that some BTC creditors that took…

READ MORE »

 OLDER POSTS

Search …  Search

## DISCLAIMER:

All information and materials have been prepared for general information purposes only to permit you to learn about MtGox Bankruptcy. The information presented is not legal advice, is not to be acted on as such, may not be current and is subject to change without notice. Communication on this website does not create or constitute an attorney-client relationship.

## PLEASE CONTRIBUTE NOW

To join the forum contribute $100/£85

Pay with Card

To pay for access with crypto, please email crypto@mtgoxlegal.com **before** making a payment.

Voluntary donations to our legal fund can be made at the following addresses.

**BTC**:

1MNmbCurt2GFhuqgX3PaTpgtHFkFcKsATN

**XMR**:

4Aeiq35o9FKD8f7Xu87NewLqQu5nPBpG1Xmc8YQxGL8tKawouEdJHxpf91zk6x1zr3bZUqqbEmtqqKZaVjDLNHmtQvfbsHZ

**BCH**: bitcoincash:qryr7f3hdcauq52nlkk9j8cpnzewtwauds7urqvfcq

**DOGE/Dogecoin**: D9a3mERrgYUzz8PJwrDGWuS59fCpeaRCTi

**LTC/Litecoin**: LetqymCwAWmsiXhEWttwXepoSoDdYYncnj

**XZC/Zcoin**: a2SXwEjF1FDvc5VcFABkeEzqzaqrdFoa38

**ZEC/Zcash** : t1bfaazAd4zwHwQ26wW5pZyYvx8fYe9a6Dq

**Dash**: XvrAqTnHEEiDgaKd4iFuMDu4zivocwchi9

### RECENT POSTS

Fundraising – Feb 2019

February News

Missed the filing deadline?

Another creditors meeting

Self-Admission – Zombie Claims

## ARCHIVES

- February 2019
- November 2018
- October 2018
- August 2018
- July 2018
- May 2018
- April 2018
- March 2018
- January 2018
- December 2017
- November 2017
- October 2017

PROUDLY POWERED BY WORDPRESS | THEME: NUCLEARE FREE BY CRESTAPROJECT WORDPRESS THEMES.

https://www.mtgoxlegal.com/2017/10/ 7/8