## 一部の債権者による民事再生手続開始の申立てに関するお知らせ

平成 29 年 11 月 29 日

関係者各位

破産者　株式会社 MTGOX

破産管財人　弁護士　小林信明

　破産者株式会社 MTGOX（以下「MTGOX」といいます。）の一部の債権者が、平成 29 年 11 月 24 日、東京地方裁判所に対し、MTGOX についての民事再生手続開始の申立て（以下「本申立て」といいます。）を行いました。裁判所は、同日、調査命令を発令し、当該調査命令において、申立棄却事由の有無を調査するために調査委員が選任されました。

　現在、裁判所により選任された調査委員が、申立棄却事由の有無を調査しており、今後、当該調査結果を踏まえ、裁判所が民事再生手続を開始するか否か判断することになります。したがって、本申立てにより民事再生手続が開始されたわけではありません。

　裁判所から新たな決定がなされない限り（裁判所から新たな決定がなされた場合には、その内容をお知らせいたします。）、破産手続は従前どおり進行し、当職は従前どおり破産管財人として破産財団の管理処分権を有します。

　当職は引き続き本件破産手続が適切に遂行されるように努力する所存です。

以上

[Translation]

**Announcement Regarding Petition for Commencement of Civil Rehabilitation Proceedings Filed by Some of the Creditors**

November 29, 2017

To whom it may concern:

Bankrupt entity:   MtGox Co., Ltd.
Bankruptcy trustee: Nobuaki Kobayashi, attorney-at-law

On November 24, 2017, some of the creditors of the bankrupt entity, MtGox Co., Ltd. ("MTGOX"), filed with the Tokyo District Court a petition (the "Petition") for the commencement of civil rehabilitation proceedings (*minji saisei*) with respect to MTGOX. On the same day, the court issued an examination order, and in the examination order, an examiner has been appointed to examine whether there are reasons to dismiss the Petition.

At present, the examiner appointed by the court is examining whether there are reasons to dismiss the Petition, and hereafter, based on the results of the examination, the court will decide whether to commence civil rehabilitation proceedings. Therefore, the filing of the Petition itself does not mean that civil rehabilitation proceedings have commenced.

Unless the court makes a new decision (if the court makes a new decision, I will announce its content), the bankruptcy proceedings will proceed as before and, as the bankruptcy trustee of MTGOX, I will continue to have the right to administer and dispose of the bankruptcy estate as before.

I will continue to make efforts to ensure that the bankruptcy proceedings will be conducted in an appropriate manner.

End