# About Us



## Our Philosophy

Aiming to strengthen awareness of our leadership in the legal field and expanding our legal infrastructure.

At Nishimura & Asahi, our fundamental mission is to contribute to the realization of an affluent and fair society based on "the rule of law." In addition to improving the quality of our legal services through the cases we handle, we strive to contribute to society as a leader in the development of the practice of law in Japan, and these efforts include establishing the Nishimura Institute of Advanced Legal Studies and holding lectures at academic institutions.

Contributing to the realization of an affluent and fair society based on "the rule of law."

Providing premium quality legal services.

Becoming a leader in the development of the practice of law in Japan.

## Japan's Largest Law Firm



# The merger of several top law firms that evolved into a firm capable of providing a full range of legal services.

Nishimura & Asahi evolved into its present form through the integration of several diverse law firms each offering highly specialized services. By utilizing each other's strengths, experience and knowledge, we have expanded our areas of expertise and enhanced our ability to act swiftly, giving us the capability to handle any unforeseen changes in the socio-economic circumstances or legal systems.




Over 600 lawyers, the largest law firm in Japan.

Our firm comprises over 600 Japanese and foreign lawyers, with a total number of members exceeding 1,300 including licensed tax counsel, patent attorneys, paralegals, and support staff. Each member of the firm possesses diverse specialized skills and can handle a broad range of legal areas. Their abilities form the collective strength of Nishimura & Asahi.

The number of lawyers : 600+

| 154 | 7 | 53 | 359 | 37 | 15 |
|---|---|---|---|---|---|
| Partner / LPC Partner | Of Counsel | Counsel / LPC Counsel | Associate / LPC Associate | Foreign Attorney / LPC Foreign Attorney | Tax Counsel, Patent Attorney, Advisor |

From JAPAN to the World
Bringing our clients expertise on site

Proudly based in Japan, expanding to Asia and beyond. With a network that extends throughout Japan and overseas,

# Nishimura & Asahi is an international law firm that provides a full range of legal services.

As experts in international law, Nishimura & Asahi has created a network covering many countries in Europe, the United States, and beyond. Since 2010, we have opened offices in various Asian countries as Japanese corporations have adopted new overseas expansion strategies. At the same time, we have established close affiliations with major law firms in Asia, enabling us to provide legal services tailored to the laws and circumstances of these countries.

We have simultaneously increased the number of our Japanese offices to support our clients from various locations within Japan to expand overseas.

As a consequence, we have a flexible structure to address diverse global business issues.



A full range of legal services, **streamlined**

One-stop, flexible handling of a wide variety of legal needs.
Our goal is to provide our clients with the optimal solution.





As a full-service law firm, we focus on providing our clients with a comprehensive and high-quality "one-stop service".

In modern business, it is often impossible to develop a complete legal strategy if you limit your perspective to a single area of the law. At Nishimura & Asahi, we develop the most efficient and valuable solutions for our clients, by utilizing our one-stop legal services, which allows us to

Linking a vast range of practice areas enabling us to act swiftly.

In order to provide true one-stop solutions, it is essential to establish a system that seamlessly covers numerous practice areas. By bringing together team members with the most appropriate skills for each project and creating project teams that reach beyond individual fields, Nishimura & Asahi intrinsically encourages professionals with varied legal

Providing solutions where they are needed most.

It goes without saying that law firms must expand their fields of expertise to respond to increasingly diverse and complex legal needs. However, the ability to identify and accurately analyze the fundamental issues and the ultimate goal is also essential. By gaining a deep understanding of our clients and developing true solutions from a broad perspective, we are advancing

## 500 legal minds, one bespoke service

Individual strengths in unison are the foundation of the organization.
Our cohesiveness is our strength.

Our greatest resource: The outstanding capabilities and specialization of our individual professionals.

The driving force behind our organization is fueled by the capabilities of our individual members. At Nishimura & Asahi, we not only recruit diverse professionals but also focus on sharing





knowledge and training individuals. We believe that our shared philosophy that unites individuals from a wide range of specializations and backgrounds gives us limitless potential.

### Building cohesion by actively uniting individual capabilities.

At Nishimura & Asahi, we believe the ideal organization is one in which a wide array of skills come together and function cohesively. Our clients' problems require a multi-faceted/diverse approach, and we pride ourselves on always assigning our best legal minds to the problem at hand. This shared value inevitably gives rise to a spirit of mutual collaboration and strengthens our organization.

## Extensive Achievements

### Finding solutions for our clients' problems makes us grow stronger.

As a firm office that provides a full range of legal services, we have extensive experience in a wide range of fields.
Our creative solutions extend the boundaries of business, and this experience and knowledge serve as the basis for developing solutions to future legal issues.

## Recent Deals & Cases Involved

| Kyocera Corporation: Acquisition of Van Aerden Group BV | Takeda Pharmaceutical Co., Ltd. - Acquisition of Shire plc | ITOCHU Corporation: Capital and business alliance with FreakOut Holdings |
|---|---|---|
| 2019 | 2019 | 2018 |

| JXTG Holdings, Inc. - Integration of JX Engineering Corporation and Shinko Plantech Co., Ltd. | Aisin Seiki Co., Ltd. - Joint venture to develop software for automated driving | Aisin Seiki Co., Ltd. - Joint venture with Denso Corporation to develop electrification driving modules |
|---|---|---|
| 2018 | 2018 | 2018 |



## Numerous honors attest to the high quality of our work.

Our commitment to providing the highest quality of work for every case that we handle is uncompromising.
The deep trust from our clients, gained through providing exceptional legal services, has led to our being highly respected among the international legal community.

      
     



Firm brochure in PDF

News
Access
Contact us
Careers
N&A Alumni

Site map
Site policy
Disclaimer
Personal information protection policy

### Professionals

Partner/NY LLP Partner/LPC Partner   Of Counsel   Counsel/LPC Counsel   Associate/LPC Associate
Overseas Offices Representative   Foreign Attorney/LPC Foreign Attorney   Tax Counsel   Patent Attorney   Advisor

### Practice Areas

### Publications & Seminars

Seminars   Newsletters   Articles   Books

### About us

History   Awards   Nishimura Institute of Advanced Legal Studies



Basic Policy for Information Security

Firm's Approach to Conflict of Interest

The Firm's "Individual Number" or "Corporate Number"

Offices

Tokyo  Nagoya  Osaka  Fukuoka  Bangkok  Beijing  Shanghai  Dubai Representative Office  Hanoi  Ho Chi Minh City  Jakarta[*1]  New York  Singapore  Yangon  Okada Law Firm (Hong Kong)[*2]

[*1] Associate office    [*2] Affiliate office

*Please note that we are not engaged in a Gaikokuho Kyodo Jigyo (the operation of a foreign law joint enterprise).

Copyright© Nishimura & Asahi. All Rights Reserved.

