# WELCOME

## ABOUT

## FORUM

## LATEST

## CONTRIBUTE

This site is for **all creditors** of the Mt Gox bankruptcy proceedings. We're coordinating legal action to stop more than $2,000,000,000 surplus from going to the people responsible for the exchange when it was hacked, and instead, have it shared among creditors who were victims of crime. This is a grass roots co-operative, not a commercial venture. This, and adjacent resources, like the member's forum, and the wiki are created by members, for members.

TO JOIN THE CO-OPERATIVE CLICK HERE

We are currently over 1000 creditors. Each has contributed $100. We represent an estimated claim size of over 140kBTC, making us the largest body of creditors. We've hired a lawyer from a top-4 Japanese law firm. We have a paid administrator employed by this group and a team of 10 volunteers. And we are growing. If you are a Mt Gox creditor, please join us to share the costs and the advice of our lawyer.

## Background

The Bankruptcy Trustee has valued BTC claims at the market price at the time of bankruptcy. In the last months, the value has increased significantly. As a result, the bankruptcy trustee now controls more assets than liabilities.

The trustee proposes to give the excess value to shareholders, (i.e. the people who were in charge when the bankruptcy occurred,).

Unless this decision is legally challenged, the court will follow the trustee's recommendation.

The legal challenge costs money and this website is to coordinate that fundraising and share information that comes from our lawyers.

The priorities for the legal challenge are;

- To obtain a distribution which allows creditors to benefit fully from excess value created by the asset they were invested in at the time of bankruptcy.
- Prompting a timely distribution as assets become available.
- To see what assets can be recovered from BTC-e seizure in the US
- To foster a better communication channel with the trustee

Please note: The advice and legal understanding on this **public** website is opinion, and does not constitute legal advice. For accurate legal advice please consult a lawyer. If you don't have one, join our group to share in ours.

## Data usage

We don't need your ID or any claim details. The only data we need from you is an email address so we can create a login for the forum. Many people have created a new email address to use just for this, in order to protect their anonymity. Forum IDs are pseudonymous.

Search …     Search

## DISCLAIMER:

**All information and materials have been prepared for general information purposes only to permit you to learn about MtGox Bankruptcy. The information presented is not legal advice, is not to be acted on as such, may not be current and is subject to change without notice. Communication on this website does not create or constitute an attorney-client relationship.**

PLEASE CONTRIBUTE NOW

To join the forum contribute $100/£85

Pay with Card

To pay for access with crypto, please email crypto@mtgoxlegal.com **before** making a payment.

Voluntary donations to our legal fund can be made at the following addresses.

**BTC**:

1MNmbCurt2GFhuqgX3PaTpgtHFkFcKsATN

**XMR**:

4Aeiq35o9FKD8f7Xu87NewLqQu5nPBpG1Xmc8YQxGL8tKawouEdJHxpf91zk6x1zr3bZUqqbEmtqqKZaVjDLNHmtQvfbsHZ

**BCH**: bitcoincash:qryr7f3hdcauq52nlkk9j8cpnzewtwauds7urqvfcq

**DOGE/Dogecoin**: D9a3mERrgYUzz8PJwrDGWuS59fCpeaRCTi

**LTC/Litecoin**: LetqymCwAWmsiXhEWttwXepoSoDdYYncnj

**XZC/Zcoin**: a2SXwEjF1FDvc5VcFABkeEzqzaqrdFoa38

**ZEC/Zcash** : t1bfaazAd4zwHwQ26wW5pZyYvx8fYe9a6Dq

**Dash**: XvrAqTnHEEiDgaKd4iFuMDu4zivocwchi9

### RECENT POSTS

Fundraising – Feb 2019


February News

Missed the filing deadline?

Another creditors meeting

Self-Admission – Zombie Claims

ARCHIVES

▸ February 2019

▸ November 2018

▸ October 2018

▸ August 2018

▸ July 2018

▸ May 2018

▸ April 2018

▸ March 2018

▸ January 2018

▸ December 2017

▸ November 2017

▸ October 2017

PROUDLY POWERED BY WORDPRESS | THEME: NUCLEARE FREE BY CRESTAPROJECT WORDPRESS THEMES.