IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

### NOTICE OF MOTION

TO: See attached certificate of service.

PLEASE TAKE NOTICE that on June 6, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Plaintiff's Motion for Voluntary Dismissal Without Prejudice, a copy of which has been served upon you via the Court's CM/ECF electronic filing system.

Respectfully submitted,

DATED: June 3, 2019           EDELSON PC

By: /s/ Benjamin S. Thomassen
    One of Plaintiffs' Attorneys

Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

1

Fax: 312.589.6378

J. Aaron Lawson
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

*Counsel for Anthony Motto*

## **CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, hereby certify that I served the above and foregoing *Notice of Motion*, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on June 3, 2019.

                                          /s/ Benjamin S. Thomassen