**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>    *Defendant*. | Case No. 1:14-cv-01437<br><br>Judge Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

  The Parties, by and through their respective counsel, hereby move this Court to enter the Parties' Stipulated Protective Order, concurrently submitted to the Court via Judge Feinerman's proposed order inbox at Proposed_Order_Feinerman@ilnd.uscourts.gov. In support thereof, the Parties state as follows:

  1. In this action, the Parties seek to prevent the unauthorized disclosure of certain categories of confidential, sensitive or proprietary information, as detailed in the Stipulated Protective Order submitted to the Court. This includes information previously produced by former Defendant Mizuho Bank, Ltd.

  2. The Stipulated Protective Order is substantively identical to the one previously submitted to and entered by the Court, which governed the production of documents and other confidential information between Plaintiffs and former Defendant Mizuho Bank, Ltd. (Dkt. 178.)

  3. Good cause exists for entry of a confidentiality order to protect those limited categories of information laid out in the Stipulated Protective Order. *See Jepson, Inc. v. Makita Elec. Works, Ltd.*, 30 F.3d 854, 858 (7th Cir. 1994).

4. The proposed Stipulated Protective Order has been reviewed, discussed, and agreed upon by counsel for both Plaintiffs and Defendant Mark Karpeles.

WHEREFORE, the Parties jointly move for entry of the Stipulated Protective Order.

| | |
|---|---|
| DATED: June 14, 2019 | EDELSON PC |
| | By: /s/ Benjamin S. Thomassen |
| |     One of Plaintiffs' Attorneys |
| | |
| | Benjamin S. Thomassen |
| | bthomassen@edelson.com |
| | EDELSON PC |
| | 350 North LaSalle Street, 14th Floor |
| | Chicago, Illinois 60654 |
| | Tel: 312.589.6370 |
| | Fax: 312.589.6378 |
| | |
| | J. Aaron Lawson |
| | alawson@edelson.com |
| | EDELSON PC |
| | 123 Townsend Street, Suite 100 |
| | San Francisco, California 94107 |
| | Tel: 415.212.9300 |
| | Fax: 415.373.9495 |
| | |
| | *Counsel for Plaintiffs* |
| DATED: June 14, 2019 | Pedersen & Houpt, P.C. |
| | |
| | /s/ Bevin Megan Brennan (with consent) |
| | |
| | Bevin Megan Brennan |
| | Pedersen & Houpt, P.C. |
| | 161 N. Clark Street |
| | Suite 2700 |
| | Chicago, IL 60601 |
| | (312) 261-2186 |
| | bbrennan@pedersenhoupt.com |
| | |
| | *Counsel for Defendant Mark Karpeles* |

**CERTIFICATE OF SERVICE**

    I, Benjamin S. Thomassen, an attorney, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on June 14, 2019.

                                              /s/ Benjamin S. Thomassen