### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARK KARPELES, an individual, <br><br> *Defendant*. | Case No. 1:14-cv-01437 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Susan Cox |

### NOTICE OF MOTION

TO: See attached certificate of service.

**PLEASE TAKE NOTICE** that on June 20, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the parties' Joint Motion for Entry of Stipulated Protective Order, a copy of which has been served upon you via the Court's CM/ECF electronic filing system. Respectfully

DATED: June 17, 2019          By: /s/ Benjamin S. Thomassen
                                             One of Plaintiffs' Attorneys

                                            Benjamin S. Thomassen
                                            bthomassen@edelson.com
                                            EDELSON PC
                                            350 North LaSalle Street, 14th Floor
                                            Chicago, Illinois 60654
                                            Tel: 312.589.6370
                                            Fax: 312.589.6378

                                            *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Benjamin S. Thomassen, an attorney, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on June 17, 2019.

                                                  /s/ Benjamin S. Thomassen