# EXHIBIT A

# Brennan, Bevin

| | |
|---|---|
| **From:** | Brennan, Bevin |
| **Sent:** | Tuesday, July 02, 2019 3:53 PM |
| **To:** | 'Ben Thomassen' |
| **Cc:** | 'Aaron Lawson'; Schmidt, Matthew |
| **Subject:** | Greene v. Karpeles: Proposal re pending Motto voluntary dismissal request |

Ben:

In the interest of potentially reaching an agreement regarding Plaintiff's Motto's motion to voluntarily dismiss his case, we propose that Plaintiff Motto respond to the following interrogatories and document requests before being allowed to dismiss his claims (and I've paraphrased each request below in the interest of brevity – obviously, the original requests control).

### A. Interrogatories

For the interrogatories, some of Mr. Karpeles' interrogatories request more recent information than could have existed when Mr. Motto responded to Mizuho Bank's interrogatories, and Mr. Karpeles therefore requests that Mr. Motto respond to this subset:

3 and 4.   Interactions with creditors' groups
5-7.   Related to claims made in the Japanese proceedings (If the answer for all is none, we would like official confirmation of that.)

Mizuho also did not ask interrogatories that would respond to the following in full, to which Mr. Karpeles also requests that Mr. Motto respond:

8.   Identification of ads, press releases, terms of service agreements relating to Mt. Gox reviewed prior to purchasing cryptocurrency via Mt. Gox, and dates reviewed for the first time

### B. Document Requests

For the document requests, again, we do not believe that responsive documents could have existed at the time discovery was occurring with Mizuho Bank for these requests, and therefore Mr. Karpeles requests that Mr. Motto provide responsive documents for these requests:

1.   Related to participation in creditors groups
2.   Claims submitted in the rehabilitation proceedings
3.   Determination of claims
4.   Communications and correspondence re Japanese Proceedings
5.   Communications and correspondence re Creditors Groups
22.   Documents relating to interrogatories

In addition, can Mr. Motto please confirm that there are no additional documents responsive to Mizuho Bank's request for documents regarding Mr. Karpeles, Mr. McCaleb or Mr. Guy-Bouchery since his last document production to the Bank that would be responsive to other requests served by Mr. Karpeles. (*See, e.g.,* Document Requests Nos. 8, 10, 16, 18-21.) If there are, we request that those supplemental documents be produced.

Please let me know if Mr. Motto is willing to agree to this proposal.

1

-- Bevin



Bevin Brennan
Attorney at Law
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
312-261-2186
bbrennan@pedersenhoupt.com