IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**JOINT STATUS REPORT**

On July 15, 2019, the Court ordered Plaintiff Anthony Motto to file a status report regarding Defendant Mark Karpeles's proposal relating to Motto's pending Motion for Voluntary Dismissal Without Prejudice. (Dkt. 426; *see also* dkt. 425-1.) Having conferred, the parties jointly report as follows:

1. Motto will provide formal, signed responses to the interrogatories and document requests identified by Karpeles's proposal by August 9, 2019.

2. In light of the foregoing commitment, Karpeles no longer opposes Motto's Motion for Voluntary Dismissal Without Prejudice (dkt. 414).

3. Therefore, the parties agree that the Court should grant the motion and dismiss Motto's claims without prejudice.

Respectfully submitted,

DATED: July 25, 2019    EDELSON PC

By: /s/ Benjamin S. Thomassen
    One of Plaintiffs' Attorneys

Benjamin S. Thomassen
bthomassen@edelson.com

1

                                                                      EDELSON PC
                                                                      350 North LaSalle Street, 14th Floor
                                                                       Chicago, Illinois 60654
                                                                       Tel: 312.589.6370
                                                                       Fax: 312.589.6378

                                                                       J. Aaron Lawson
                                                                       alawson@edelson.com
                                                                       EDELSON PC
                                                                       123 Townsend Street, Suite 100
                                                                       San Francisco, California 94107
                                                                       Tel: 415.212.9300
                                                                       Fax: 415.373.9495

                                                                       *Counsel for Anthony Motto*

DATED:  July 25, 2019                        PEDERSEN & HOUPT, P.C.

                                                                       /s/ Bevin Megan Brennan (with consent)

                                                                       Bevin Megan Brennan
                                                                       Pedersen & Houpt, P.C.
                                                                       161 N. Clark Street
                                                                       Suite 2700
                                                                       Chicago, IL 60601
                                                                       (312) 261-2186
                                                                       bbrennan@pedersenhoupt.com

                                                                       *Counsel for Mark Karpeles*

## **CERTIFICATE OF SERVICE**

    I, Benjamin S. Thomassen, an attorney, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on July 25, 2019.

                                                    /s/ Benjamin S. Thomassen