## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Gregory Greene, et al.

        Plaintiff,

v.               Case No.: 1:14−cv−01437
                 Honorable Gary Feinerman

Mark Karpeles, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2019:

  MINUTE entry before the Honorable Gary Feinerman:Given the resolution [428] of Plaintiffs' motion for voluntary dismissal [414], the status hearing set for 8/1/2019 [426] is stricken and re−set for 9/9/2019 at 9:15 a.m. If any party would like a status hearing before that date, that party should contact the Courtroom Deputy.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.