UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**JOINT MOTION TO EXTEND DISCOVERY PERIOD**
**AND REMAINING CASE DEADLINES**

Plaintiff Gregory Greene and Defendant Mark Karpeles (the "Parties"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully seek an order extending the discovery period in this case by 73 days (through December 12, 2019) and extending the remaining case schedule accordingly. In support of this motion, the Parties state as follows:

1.      On February 4, 2019, this Court set a schedule for the case against Karpeles. Pursuant to that schedule, the fact discovery period will close on September 30, 2019. (Dkt. 403.)

2.      In the following months, the Parties propounded and answered written discovery. Discussions about the Parties' respective discovery responses are ongoing.

3.      Additionally, the Parties worked to schedule Karpeles's deposition in Japan. As the Court may recall (and as counsel for Plaintiff previewed at the Parties' last status conference), due to the restrictions imposed by the treaty between the United States and Japan, all depositions taken in Japan must take place at either the U.S. Embassy in Tokyo or the U.S. Embassy in Osaka. The treaty does not allow for video or telephonic depositions. Given these and other restrictions, the Embassy deposition rooms are subject to very limited availability and

1

must, at minimum, be booked six weeks in advance. *See generally* Depositions in Japan, U.S. Embassy & Consulates in Japan, https://jp.usembassy.gov/u-s-citizen-services/attorneys/depositions-in-japan/#ava.

4. The Parties originally agreed to take Karpeles's deposition on September 13, 2019 and reserved the Tokyo Embassy deposition room for that date. Due to subsequent scheduling conflicts of counsel, however, the Parties had to release that reservation.

5. The Parties thereafter worked to schedule the next available and workable date for Karpeles's deposition. Presently, they have reserved the Tokyo Embassy deposition room for November 5, 2019.

6. To accommodate this agreed date, and to allow enough time for Plaintiff to propound one round of post-deposition discovery (should any be needed), the Parties respectfully request that the Court extend the discovery deadline in this case through December 12, 2019. To maintain the overall case schedule, the Parties also seek a corresponding 73-day extension to the remaining deadlines set in the case.

7. Federal Rule of Civil Procedure 6(b) allows the Court to extend any deadline for good cause. Here, good cause supports the Parties' instant request. The Parties diligently attempted to schedule Karpeles's deposition within the original discovery period but, due to scheduling conflicts and the many complicating factors involving scheduling depositions in Japan, were unable to do so. The Parties then secured the next feasible reservation for the Tokyo deposition room and, now, seek an extension to the discovery schedule to accommodate that reservation.

8. The requested extension is not sought for the purposes of delay.

WHEREFORE, the Parties respectfully request that the Court enter an order extending

the deadlines set in this case as follows:

- Discovery Deadline: December 12, 2019
- Plaintiff's Rule 26(a)(2) Disclosures to be served by: December 26, 2019
- Deadline to depose Plaintiff's experts: February 11, 2019
- Defendant's Rule 26(a)(2) Disclosures to be served by: March 27, 2020
- Deadline to depose Defendant's experts: May 8, 2020

Respectfully submitted,

EDELSON PC

Date: August 30, 2019      By: /s/ Benjamin S. Thomassen
                                              One of Plaintiff's Attorneys

Benjamin S. Thomassen
bthomassen@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

J. Aaron Lawson
alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

*Counsel for Plaintiffs*

Date: August 30, 2019      Pedersen & Houpt, P.C.

/s/ Bevin Megan Brennan

Bevin Megan Brennan
Pedersen & Houpt, P.C.
161 N. Clark Street
Suite 2700
Chicago, IL 60601

3

(312) 261-2186
bbrennan@pedersenhoupt.com

*Counsel for Defendant Mark Karpeles*

## **CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, hereby certify that on August 30, 2019, I caused to be served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                      /s/ Benjamin S. Thomassen