**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GREGORY GREENE, individually and on
behalf of all others similarly situated,

               *Plaintiff*,

v.

MARK KARPELES, an individual,

               *Defendant*.

No. 1:14-cv-01437

Hon. Gary Feinerman

Magistrate Judge Susan Cox

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 4, 2019 at 9:00 a.m., or as soon thereafter as

counsel may be heard, we shall appear before the Honorable Gary Feinerman, or any Judge

sitting in his stead, in Courtroom 2141 of the Everett McKinley Dirksen United States

Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and shall then and there

present the Parties' JOINT MOTION TO EXTEND DISCOVERY PERIOD AND REMAINING

CASE DEADLINES, a copy of which has been served upon you.


Date: August 30, 2019

By: /s/ Benjamin S. Thomassen
    One of Plaintiff's Attorneys

Benjamin S. Thomassen
bthomassen@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

J. Aaron Lawson
alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100

San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I, Benjamin S. Thomassen, an attorney, hereby certify that on August 30, 2019, I caused to be served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

          /s/ Benjamin S. Thomassen