UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Gregory Greene, et al.

                              Plaintiff,

v.                                                        Case No.: 1:14–cv–01437
                                                             Honorable Gary Feinerman

Mark Karpeles, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 3, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time to complete discovery [430] is granted. The fact discovery deadline is extended to 12/12/2019. Plaintiff's Rule 26(a)(2) disclosures shall be served by 12/26/2019. Plaintiff's expert(s) shall be deposed by 2/11/2020. Defendant's Rule 26(a)(2) disclosures shall be served by 3/27/2020. Defendant's expert(s) shall be deposed by 5/8/2020. The status hearing set for 9/9/2019 [429] is stricken and re–set for 11/18/2019 at 9:00 a.m. The motion hearing set for 9/4/2019 [431] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.