UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**UNOPPOSED MOTION FOR ORDER CERTIFYING DEPOSITION OF
MARK KARPELES IN TOKYO JAPAN AND APPOINTING PARTICIPANTS**

Plaintiff Gregory Greene respectfully requests an order from this Court certifying the forthcoming deposition of Mark Karpeles on November 5, 2019 at the United States Embassy in Tokyo, Japan and appointing (i) his counsel, Rafey S. Balabanian, Benjamin S. Thomassen, and J. Aaron Lawson, (ii) Mark Karpeles's counsel, Bevin Brennan and Albert A. Ciardi III,[1] and (iii) Plaintiff's retained court reporter, Lisa Barrett, to participate in said deposition. In support of this motion, Plaintiff states as follows:

1. As the parties recently informed the Court, the deposition of Mark Karpeles is presently scheduled to proceed on November 5, 2019 in Tokyo Japan. (Dkt. 430 at 2.)

2. As described on the website for the U.S. Embassy & Consulates in Japan, "depositions are controlled by detailed agreements between the United States and the Government of Japan, and procedures cannot be modified or circumvented." U.S. Embassy & Consulates in Japan, Depositions in Japan, https://jp.usembassy.gov/u-s-citizen-services/attorneys/depositions-in-japan/#cou. A part of this process involves obtaining a certified

---

[1] Mr. Ciardi represents Karpeles in *Pearce v. Karpeles*, No. 18-cv-306 (E.D. Penn.).

court order/commission at least 6 weeks in advance of the deposition, which is then kept on file with the U.S. Embassy and used by counsel to apply for a "special deposition visa" at a Japanese Embassy or Consulate in the United States. *Id.* The U.S. Embassy & Consulates in Japan have provided sample text for any such order or commission, which is available online and required by Japanese authorities. *See id.*

3. Given these requirements, Plaintiff respectfully requests that the Court enter the proposed order submitted contemporaneously herewith. The order would appoint Plaintiff's counsel (Rafey S. Balabanian, Benjamin S. Thomassen, and J. Aaron Lawson), counsel for Karpeles (Bevin Brennan and Albert A. Ciardi III) and Plaintiff's retained court reporter (Lisa Barrett) to participate in Karpeles's deposition.

4. Karpeles does not contest the relief sought herein.

WHEREFORE, Plaintiff Gregory Greene respectfully requests that the Court enter an order allowing Rafey S. Balabanian, Benjamin S. Thomassen, J. Aaron Lawson, Bevin Brennan, Albert A. Ciardi III, and Lisa Barrett to participate in Karpeles's November 5, 2019 deposition in Tokyo, Japan.

Date: September 16, 2019                    Respectfully submitted,

                                            GREGORY GREENE, individually and on behalf
                                            of all others similarly situated,

                                            /s/ Benjamin S. Thomassen

                                            Benjamin S. Thomassen
                                            bthomassen@edelson.com
                                            EDELSON PC
                                            350 North LaSalle Street, 14th Floor
                                            Chicago, Illinois 60654
                                            Tel: 312.589.6370
                                            Fax: 312.589.6378

                                            *Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, Benjamin S. Thomassen, an attorney, hereby certify that on September 16, 2019, I caused to be served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

/s/ Benjamin S. Thomassen