## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**TO:    ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED TO TOKYO, JAPAN**

It is ordered that the deposition on notice of the following witness be taken at the United States Embassy in Tokyo, Japan:

Mark Karpeles
Ogata Law Office
Sanshi Kaikan 7F
9-4 Yurakucho 1-Chome
100-0006 Chiyoda-ku
Tokyo, Japan

The deposition will commence on or about November 5, 2019 at 8:45 a.m. Tokyo time and will terminate on or about November 5, 2019 at 4:00 p.m. Tokyo time. Any documentary exhibits used in the deposition shall be marked in connection therewith.

Counsel for Plaintiff who will participate in said deposition are Rafey S. Balabanian, Benjamin S. Thomassen, and J. Aaron Lawson. Counsel for Defendant who will participate in said deposition are Bevin Brennan and Albert A. Ciardi III. The proceedings will be reported by Lisa Barrett. Please cause the testimony of said witness to be reduced to writing and the deposition signed by said witness and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court with all convenient speed.

1

**IT IS SO ORDERED**

DATED: _____                    _____

                                             HON. GARY FEINERMAN
                                             UNITED STATES DISTRICT JUDGE
                                             NORTHERN DISTRICT OF ILLINOIS

                                             [Insert Seal of the United States District Court for
                                             the Northern District of Illinois]