UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 19, 2019 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Gary Feinerman, or any Judge sitting in his stead, in Courtroom 2141 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's UNOPPOSED MOTION FOR ORDER CERTIFYING DEPOSITION OF MARK KARPELES IN TOKYO JAPAN AND APPOINTING PARTICIPANTS, a copy of which has been served upon you.

Date: September 16, 2019

Respectfully submitted,

GREGORY GREENE, individually and on behalf of all others similarly situated,

/s/ Benjamin S. Thomassen

Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

2

*Counsel for Plaintiff and the Putative Class*

3

**CERTIFICATE OF SERVICE**

    I, Benjamin S. Thomassen, an attorney, hereby certify that on September 16, 2019, I caused to be served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                                  /s/ Benjamin S. Thomassen