UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**DECLARATION OF BENJAMIN S. THOMASSEN**

I, Benjamin S. Thomassen, declare as follows:

1. I am an adult over the age of 18 and a resident of the State of Illinois. I am an attorney at the law firm of Edelson PC, which has been retained to represent the Plaintiff in this matter and I am admitted to practice before this Court. I make this Declaration in support of Plaintiff's Motion to Compel and am fully competent to do so. I have personal knowledge of all matters set forth herein unless otherwise indicated, and, if called upon to testify, I could and would competently do so.

2. Attached hereto as Exhibit A is a true and accurate copy of the declaration of Matthew Wilson.

3. Attached hereto as Exhibit B is a true and accurate copy of Greene's First Set of Interrogatories to Mark Karpeles.

4. Attached hereto as Exhibit C is a true and accurate copy of Greene's First Set of Document Requests to Mark Karpeles.

1

5. Attached hereto as Exhibit D is a true and accurate copy of Karpeles's written responses to Greene's First Set of Document Requests.

6. Attached hereto as Exhibit E is a true and accurate copy of an email sent by Bevin Brennan on August 2, 2019.

7. Attached hereto as Exhibit F is a true and accurate copy of an email sent by Bevin Brennan on July 9, 2019.

8. Attached hereto as Exhibit G is a true and accurate copy of an email sent by Ben Thomassen on August 14, 2019.

9. Attached hereto as Exhibit H is a true and accurate copy of an email sent by Ben Thomassen on August 14, 2019.

10. Attached hereto as Exhibit I is a true and accurate copy of an email sent by Bevin Brennan on August 14, 2019.

11. Attached hereto as Exhibit J is a true and accurate copy of an email sent by Bevin Brennan on August 29, 2019.

12. Counsel for Plaintiff and counsel for Karpeles met and conferred by telephone on Karpeles's written discovery responses, which, among other things, resulted in the emails attached hereto as Exhibits E-J. In counsels' telephonic conference, counsel for Karpeles generally indicated that her client lacked access to any documents relating to Mt. Gox, because all such documents had either been turned over to the Japanese authorities in charge of the Mt. Gox bankruptcy / civil rehabilitation proceedings in 2014, or had been seized by the Japanese police when Karpeles was arrested in 2015. In response, I pointed out that Karpeles had emailed my firm with various documents (or had promised to email such documents) at various points in 2016 and 2017. This included emails forwarded from the "mark@tibanne.com" email address

that included a "print" date of October 11, 2016 (i.e., indicating that Karpeles had logged into the mark@tibanne.com email account at that time and then saved a PDF copy of the forwarded email). This also included an email sent in May 2017, where Karpeles promised to forward around 20,000 pages of documents that he had identified relating to the exchange, but then decided not to disclose any additional documents once his criminal trial in Japan started. I later forwarded these emails from Karpeles directly to counsel for Karpeles.

I declare under penalty of perjury that the above and foregoing is true and accurate.

Executed this September 18, 2019 at Chicago, Illinois.

By: /s/ Benjamin S. Thomassen

Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, hereby certify that on September 18, 2019, I caused to be served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                                /s/ Benjamin S. Thomassen