# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | No. 1:14-cv-01437 |
| v. | Hon. Gary Feinerman |
| MARK KARPELES, an individual, | Magistrate Judge Susan Cox |
| *Defendant*. | |

**DECLARATION OF MATTHEW J. WILSON**

I, Matthew J. Wilson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I have been asked by the attorneys representing Gregory Greene in the above-captioned matter to opine on whether Articles 281-4 and 281-5 of the Japanese Code of Criminal Procedure restrict a Japanese criminal defendant's ability to disclose information in his possession (as opposed to information made available to him or her by a Japanese public prosecutor during a criminal proceeding) to third parties, including in civil discovery. If called to testify to such matters, I could and would competently do so.

2.      Currently, I am the President of Missouri Western State University.

3.      I am also an attorney licensed to practice law in Florida with significant experience involving Japan and Japanese companies.

4.      I have been teaching law since 2003. Since this time, I have taught at Temple University Beasley School of Law, the University of Wyoming College of Law, the University of Akron School of Law on a full-time basis. In addition, I have taught courses at various overseas universities including institutions in Japan such as Nagoya University, Kobe University, and

Kanazawa University. From 2003 to 2009, I was employed by Temple University and posted in Tokyo at Temple University, Japan Campus ("TUJ"). TUJ is an extension campus of Temple University and educates nearly 3,000 students each year in undergraduate, graduate, and professional programs. During my time at TUJ, I served in various capacities including General Counsel, Senior Associate Dean/Chief Academic Officer, and Associate Professor of Law.

5.      My specialties in academia and practice include Japanese law, international litigation, international business and commercial law, commercial litigation, torts, and intellectual property law. I have taught Japanese law in U.S. law schools, lectured on the Japanese legal system extensively, and published several articles and book chapters on topics related to Japan and Japanese law.

6.      I am fluent in Japanese. I have studied Japanese for 30 years, and lived and worked in Japan for over 13 years. My fluency includes the ability to proficiently speak, read, and write in Japanese.

7.      Over the past 30 years, I have utilized my Japanese language skills in professional, business, and academic settings. I have published articles and book chapters in Japanese; lectured extensively on legal, business and education-related topics in Japanese; translated and interpreted Japanese into English and vice versa; served as a consultant, expert, and legal counsel in litigation involving Japanese parties; lobbied the Japanese Diet; and served as a special advisor to the Japanese Federation of Bar Associations ("JFBA") from 2005 to 2009 with respect to Japan's adoption of criminal jury trials and assisted the JFBA in training Japanese criminal trial attorneys in the art of trial advocacy.

8.      A complete description of my qualifications, experience, and publications is contained in my curriculum vitae attached hereto as Exhibit A.

9.      It is my understanding that the defendant in this case, Mark Karpeles, was a defendant in criminal proceedings that took place in Tokyo, Japan, which relate to his tenure as CEO of the Mt. Gox bitcoin exchange.

10.      I understand that Mr. Karpeles has access to documents potentially relevant to this case (e.g., records pertaining to the Mt. Gox bitcoin exchange), which were not originally made available to him by any Japanese public prosecutor to inspect or copy in preparation for his criminal proceedings. I also understand that Mr. Karpeles has refused to produce such documents in this matter based on his understanding of Articles 281-4 and 281-5 of the Japanese Code of Criminal Procedure.

11.      It is my opinion that Articles 281-4 and 281-5 do not prevent or otherwise limit Mr. Karpeles from producing information in this case, so long as such information was not originally made available to him by the Japanese public prosecutors in connection with his criminal case.

12.      Article 281-4 only prohibits criminal defendants and their lawyers from disclosing evidence made available to them by the prosecution.

13.      Article 281-5 provides criminal penalties for disclosure of information provided by a Japanese prosecutor during a criminal proceeding to a criminal defendant.

14.      Article 281-4 and Article 281-5 are intended to prevent defendants from misusing prosecutorial files and dossiers. Also, they are intended to protect the privacy interests of unrelated third parties who are mentioned in the government's files.

15.      I understand that lawyers for Mr. Karpeles have contended in correspondence with Mr. Greene's lawyers that Article 281-4 broadly applies to any evidence that "the public prosecutor *was* given the opportunity to inspect or copy." That interpretation of the statute is incorrect and based on an inaccurate translation.

3

16.     Correctly translated, Article 281-4 applies to documents "the public prosecutor *has* given [the accused or his lawyer] the opportunity to inspect or copy." This correct translation is currently provided on Japan's Ministry of Justice website. I have included the link and correct translation from the Ministry of Justice website below.

17.     Of note, the purposes of the prohibition within this statute would not be served by preventing defendants from disclosing their own documents outside of a criminal trial.  Such prohibition would be inconsistent with the statute.

18.     The original and translated text from Ministry of Justice website is located at: http://www.japaneselawtranslation.go.jp/law/detail/?ft=2&re=2&dn=1&yo=criminal&x=0&y=0 &ia=03&ph=&ky=&page=2. I have copied it below for your convenience.

第二百八十一条の四　被告人若しくは弁護人（第四百四十条に規定する弁護人を含む。）又はこれらであつた者は、検察官において被告事件の審理の準備のために閲覧又は謄写の機会を与えた証拠に係る複製等を、次に掲げる手続又はその準備に使用する目的以外の目的で、人に交付し、又は提示し、若しくは電気通信回線を通じて提供してはならない。

**Article 281-4**   (1)   The accused or the defense counsel (including the defense counsel provided for in Article 440) or those who were formerly in such position must not deliver, present or send by telecommunication lines to others copies and other materials which the public prosecutor has given the opportunity to inspect or copy for the preparation of the proceedings of a case charged to the court, unless for the intention of use in the following procedures or for the preparation thereof:

一　当該被告事件の審理その他の当該被告事件に係る裁判のための審理

(i)   proceedings of said case charged to the court or other proceedings for a trial related to said case charged to the court;

二　当該被告事件に関する次に掲げる手続

(ii)   the following procedures related to said case charged to the court:

イ　第一編第十六章の規定による費用の補償の手続

(a)   procedures for the compensation of expenses provided in Book I, Chapter XVI;

4

ロ　第三百四十九条第一項の請求があつた場合の手続

(b)　a hearing on the request of Article 349, paragraph (1);

ハ　第三百五十条の請求があつた場合の手続

(c)　procedures for the request of Article 350;

ニ　上訴権回復の請求の手続

(d)　procedures for request for recovery of the right of appeal;

ホ　再審の請求の手続

(e)　procedures for request for a retrial;

ヘ　非常上告の手続

(f)　procedures for an extraordinary appeal to the court of last resort;

ト　第五百条第一項の申立ての手続

(g)　procedures for the petition in Article 500, paragraph (1);

チ　第五百二条の申立ての手続

(h)　procedures for the filing of the objection in Article 502;

リ　刑事補償法の規定による補償の請求の手続

(i)　procedures for the request for compensation under the Criminal Compensation Act.

２　前項の規定に違反した場合の措置については、被告人の防御権を踏まえ、複製等の内容、行為の目的及び態様、関係人の名誉、その私生活又は業務の平穏を害されているかどうか、当該複製等に係る証拠が公判期日において取り調べられたものであるかどうか、その取調べの方法その他の事情を考慮するものとする。

(2)　When taking measures for violation of the provisions in the preceding paragraph, the court is to consider the contents of the copies and other materials, the intent and mode of the violation, whether or not the reputation of the related persons has been damaged, if the privacy or the affairs of the related persons have been violated, whether or not the copies and other materials have been examined on the trial date, the method of examination and any other related particulars taking into account the right to defense of the accused.

第二百八十一条の五　被告人又は被告人であつた者が、検察官において被告事件の審理の準備のために閲覧又は謄写の機会を与えた証拠に係る複製等を、前条第一項各号に掲げる手続又はその準備に使用する目的以外の目的で、人に交付し、又は提示し、若しくは電気通信回線を通じて提供したときは、一年以下の懲役又は五十万円以下の罰金に処する。

Article 281-5　(1)　An accused or a person who was formerly an accused, who delivers, presents or sends by telecommunication lines to others copies and other materials which the public prosecutor has given the opportunity to inspect or copy for a purpose other than for use in the procedures or trial preparations prescribed in the items of paragraph (1) of the preceding Article is punished by imprisonment for not more than a year or a fine of not more than 500,000 yen.

19.　Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the

that the foregoing is true and correct.

Executed on September 11, 2019, in St. Joseph, Missouri.

Matthew J. Wilson

# Exhibit A

# MATTHEW J. WILSON

MISSOURI WESTERN STATE UNIVERSITY
PRESIDENT
wilson@missouriwestern.edu



## UNIVERSITY EXPERIENCE – SUMMARY

### Senior Academic Leadership Experience

- **University President (2019- present / 2016-18):** In July 2019, I started serving as President of MISSOURI WESTERN STATE UNIVERSITY. From July 2016-July 2018, I served as President of the UNIVERSITY OF AKRON. Bringing a wealth of administrative and senior leadership experience to these positions, I focus my efforts on students, affordability, retention, globalization, excellence, inclusion, research, faculty relations, entrepreneurship, community-relationship building, military services, budgetary stabilization, and athletics.
- **Law School Dean (2014-16):** Increased enrollments, turned around finances, instituted creative initiatives, and revitalized the UNIVERSITY OF AKRON SCHOOL OF LAW.
- **Law School Associate Dean (2011-14):** Served as Associate Dean of Academic Affairs and Associate Dean of Student Affairs at the UNIVERSITY OF WYOMING COLLEGE OF LAW.
- **Senior Associate Dean/Associate Dean/General Counsel (2004-09):** Served in a variety of positions while working at TEMPLE UNIVERSITY JAPAN CAMPUS and leading its law, graduate, undergraduate, and non-degree programs while also overseeing all legal, academic, and administrative matters at this 3,000 student campus.
- **Law Program Director (2003-05):** Director of the JD spring semester study abroad and year-round LL.M. programs at TEMPLE UNIVERSITY JAPAN CAMPUS.

### Teaching Experience

- **Tenured professor position at University of Akron (2014-19):** Regularly taught courses while serving as university president and law school dean focusing on international business and cross-border disputes.
- **Visiting professor at foreign universities (2009-19):** Taught intensive law courses at elite universities in Japan, South Korea, and China.
- **Tenured professor position at University of Wyoming (2009-14):** Taught courses in the capacity as full-time faculty and senior administrator involving torts, intellectual property, international business, international dispute resolution, and comparative law.
- **Associate Professor at Temple University Beasley School of Law (2003-09):** Taught JD and LL.M. students at Temple University's campus in Tokyo focusing on Japanese law, international dispute resolution, and intellectual property.

### Publications

- Although my full-time job since 2003 has been leading law schools and universities, I have also actively engaged in legal scholarship during this period. My scholarly contributions to the field of law both in English and Japanese include: nearly 20 articles, eight book chapters, and one book together with various other shorter publications.

### External speaking appearances, lectures, and paper presentations

- Several hundred presentations before state government and legislative committees, local municipalities, chambers of commerce, foreign governments, professional associations, universities, high schools, civic organizations, multicultural associations, military groups, and other organizations on topics involving the law, globalization, higher education, and leadership.
- High profile speaking appearances in Japan, South Korea, China, Vietnam, and the United States as well as multiple appearances on prime-time television and the news.

## SENIOR ACADEMIC LEADERSHIP EXPERIENCE

### *Missouri Western State University,* **President,** July 2019-July 2019

MWSU is a comprehensive regional university providing a variety of degree programs and offering professional master's degrees, four-year baccalaureate degrees, two-year associate degrees, pre-professional transfer programs and one-year certificates. Students come from throughout the U.S. and over 30 countries. From its humble beginnings in 1915, Missouri Western continues to deepen its impact on the community, region, nation and world.

### *The University of Akron,* **President / Interim President,** July 2016-July 2018

Founded in 1870, The University of Akron (UA) is a public research university with multiple campuses offering over 22,000 students access to over 300 undergraduate, graduate, postdoctoral, and professional degree programs in the arts, sciences, humanities, business, engineering, and law. Some of the achievements that I led and helped spearhead included:

- ***$70 million two-year budgetary turnaround:*** In 2016-17, the institution faced a projected $30 million operating deficit and an 8% drop in overall enrollment caused by state funding constraints, declining enrollment, and previous administrative turmoil. I led collective efforts that resulted in the elimination of our deficit and addition of $12 *million* to our reserves. In the second year of the plan, we strategically instituted measures and anticipate complete elimination an originally projected deficit of $40 million.

- ***Development efforts:*** Participated in hundreds of one-on-one visits and events with major university supporters, donors, alumni. Outcomes included:
  - ***Substantial increase in donations*** *(over 75%)* during the 2017-18 academic year, and a significant increase during the first half of this academic year.
  - ***Highlights of major gifts*** acquired during my presidency include the largest single gift in university history (*$23 million bequeathal*); *$5 million* to construct/operate a museum for Native American artifacts; *$3 million* for a named College of Polymer Science Polymer Engineering professorships; and sizable gifts for our College of Business Administration addition, the restoration of our baseball program, and student scholarships.
  - ***Making a Difference Moving Forward Scholarship Campaign:*** New campaign resulted in a 50% increase in overall scholarship giving with over $20 million raised for endowed scholarships and over $600,000 for unrestricted non-endowed scholarship support. Donations from first-time donors grew as well.

- ***Innovative approaches to student recruitment, retention, and internationalization:*** Conceived, helped develop, and led innovative approaches to increase enrollment and improve retention. Our successful efforts include the following:
  - ***International Center:*** established to focus on recruitment of international students and globally-minded local students; provide innovative global programming; and formation of cross-border relationships with universities around the world.
  - ***New Global Relationships:*** focused global outreach efforts on Asia and entered into new agreements with institutions in Japan, South Korea, China, Taiwan, and Vietnam.
  - ***Akron Guarantee Scholarship*** formulated a unique scholarship program that ensures scholarship retention while providing students with automatic upgrades each year.
  - ***Five-Star Friday initiative:*** conceived an innovative initiative that concentrates courses on Monday-Thursday and dedicates Friday to activities focused on practical learning, skills development, career preparation, and student success.
  - ***Esports varsity team & club program:*** spearheaded the conception and development of a new program designed to tap into the burgeoning world of online competitive video gaming and builds bridges into our academic programs and career pathways.

- ***External engagement and hands-on student recruitment***: Gave several hundred internal and external speeches; over 100 high-level meetings with governmental leaders and civic officials; more than 50 meetings with higher education partners; and over 75 media interviews and appearances. Also, I made over 150 visits to feeder high schools and put together a Presidential Speakers Team that resulted in enrollment gains, stronger bonds, and positive media exposure.

- ***Transparency and shared governance***: Working transparently and closely with faculty and other university constituencies, we restored credibility, confidence, and hope in University leadership. Together, we created a short-term strategic plan to address serious challenges. To facilitate better strategic planning, we worked with Ernst & Young to develop a data analytic dashboard system focused on enrollment, retention, scholarships, state support, and course offerings. The Higher Learning Commission recognized improvements in shared governance.

- ***Student-first approach and creative engagement***: Constant interaction with UA students, social media engagement, and accessibility enabled me to strengthen trust and the feeling of community. In addition to distributing a special business card with my cellphone number to students and parents, I creatively engaged students through a host of measures such as basketball shooting contests, bowling challenges, sand volleyball tournaments, bingo, and lip sync competitions; hot chocolate stations and golf cart rides across campus; performing with our university steel drum band and tuba band; assisting with residence hall move-in and dining hall special events; guiding several study abroad excursions to Asia; joining with students in community service projects; and others.

### *The University of Akron School of Law,* **Dean,** July 2014-July 2016

Duties included providing executive leadership, strategic planning, community engagement, fundraising, facilities development, student recruitment, governmental affairs, budget management, accreditation oversight, interdisciplinary relationship development, managing general affairs, and university service. Major accomplishments during my tenure included:

- ***Successful building and fundraising campaign***: Planning, oversight, and fundraising for a $21 million comprehensive, debt-free renovation of the law school facilities.

- ***Innovation and collaboration***: Proposed, spearheaded, and implemented the following innovative programs and initiatives in cooperation with the law faculty: (i) spring semester start program for *juris doctor* students that has now grown into an independent class of 40 new students; (ii) new experiential programs including a Summer Trial Academy, Domestic Relations Court Clinic, Public Health Law Clinic, Immigration & International Human Rights Clinic, and Honors Program; (iii) 3+3 relationships within the University of Akron and external partners; and (iv) Master in Legal Studies degree.

- ***Increased enrollments***: Restructured admissions and recruiting methods, revamped scholarship system, and redesigned marketing resulting in a 40% increase in new student enrollment between 2014-2016 in a very difficult legal education market.

- ***Internationalization***: Drawing on my international experience, we quickly implemented a two-year juris doctor program for international lawyers and students; collaborative relationships with universities in Japan, South Korea, and China; joint programs, interactive courses, and an innovative study abroad program in Asia.

- ***Reputational enhancement***: Revamped marketing strategies and led institution to a period of unprecedented positive recognition and media attention during a very challenging time for law school enrollments across the country. This included a first-time, tier-one overall ranking (2015 Above The Law), several top 25 specialty rankings, and various national awards and recognitions. External engagement included interactions with local and state governmental officials, non-profit organizations, bar associations, law firms, corporations, and the courts.

*University of Wyoming College of Law*, **Associate Dean**, 2012-2014

Provided senior leadership, directed administrative matters, and engaged in external relations, in serving as *Associate Dean of Academic Affairs* (2013-14) and *Associate Dean of Student Affairs* (2012-13). My primary responsibilities included:

- Strategic planning, problem solving, quality control, special events, and administration.
- Management of faculty hiring, faculty affairs, course scheduling, and budget.
- Helped lead UW through its 7-year American Bar Association accreditation process.
- Community outreach, external appearances, and strategic partnerships.
- Enrollment management efforts including recruiting, admissions, branding, and marketing. My direct oversight of the student recruitment resulted in a twenty percent increase in enrollments (2014), and in part, a substantial increase in rankings.
- Student affairs and advising.
- Implemented a cooperative relationship with Kyung Hee University Law School in South Korea that involved a cross-border course and faculty exchanges.
- Chair of Honor Code Committee, Admissions Committee, and Scholarship Committee

*Temple University Japan*, **Senior Associate Dean & General Counsel**, 2004-2009

Temple University is a public research university in Pennsylvania with nine campuses and nearly 40,000 students. At the Tokyo campus (3,000 students) my duties included providing leadership to 10 undergraduate degrees, three graduate degrees (Executive MBA, M.S.Ed., Ph.D. in Applied Linguistics), professional degrees (Law), continuing education, and corporate education programs. In concurrently serving as the *Senior Associate Dean* and *General Counsel* of the Tokyo campus, my responsibilities included:

- Academic and executive level leadership, support, advocacy, and creative resourcefulness in a vibrant international multi-campus system.
- Curriculum development, academic policies, accreditation, and main campus liaison.
- Supporting and managing deans, directors, managers, and staff in strategic planning, problem-solving, quality control, budgeting, staffing, and other functions.
- Supporting faculty development, faculty scholarship, and excellence in teaching.
- Oversight of enrollment management, academic advising, registrar, special academic programs, career development, student services, and library.
- Fiscal decision making, resource allocation, and budget control.
- Helped guide Tokyo campus through difficult budgetary times and developed new strategies and programs that resulted in student growth and financial stability.
- Advising on legal, regulatory, governance, auditing, and intellectual property issues.
- Governmental relations and political advocacy with the Japanese government.
- Negotiating and drafting of all university contracts in Japanese and English.
- Risk assessment, dispute resolution, and crisis management.

*Temple University Japan*, **Director of Law Program**, 2003-2006

My leadership generated record enrollments and revenues. In this position, my duties included: (i) managing the law program (J.D. semester abroad and LL.M. programs); (ii) recruiting, marketing, public relations activities, career services, and counseling; (iii) curriculum development, accreditation, and annual reporting; (iv) faculty hiring, scheduling, and quality control; (v) special events, community outreach, and seminars; and (vi) Japanese law.

## TEACHING EXPERIENCE

### *The University of Akron School of Law,* **Professor of Law,** 2014-present

- o Teaching portfolio includes: *International Business Transactions, Internet Law, International Negotiations, Introduction to U.S. Law (MLS program),* and *The Global Lawyer* (Undergraduate Honors College Students). The IBT course includes simulated cross-border negotiation exercises and live streaming of classes with a partner institution in South Korea.
- o As part of the four-week study abroad program that I developed in Japan and South Korea, I have enhanced the student experience by teaching courses on: *International Negotiations, International Contract Drafting Strategies* and *Cross-Border Practice* (Japanese law).
- o Faculty coach of ABA Client Counseling Competition teams. Superior performances included three regional championships (2019, 2017, 2016) as well as a third place finish (2016) and seventh place finish (2017) at the national championships.
- o Taught comparative tort course involving Japanese law at Kanazaw University (2019, 2018)

### *University of Wyoming College of Law,* **Professor of Law/Assoc. Professor,** 2009-2014

- o Received superior evaluations in teaching: *Torts, Intellectual Property Law*, *E-Commerce Law*, *International Business Transactions*, and *Civil Pretrial Practice.*
- o Regularly guest-lectured in engineering design courses (product liability), MBA courses (international business and cross-border transactions), and Culture of Japan course.
- o Developed cooperative relationship with Kyung Hee University Law School (S. Korea), which involved a joint online simultaneous skills course.
- o Chair of Honor Code Committee, Admissions Committee, and Scholarship Committee.
- o Advisor to International Law Society and Intellectual Property Association.
- o ABA Client Counseling Competition team coach. Two Northwest regional championships. National championships - second place (2012) and seventh place (2013).

### *Temple University Beasley School of Law,* **Associate Professor of Law,** 2003-2009

- o Lead faculty member and Tokyo director of Temple's year-round LL.M. programs and J.D. spring semester abroad program. Achieved superior evaluations while teaching three courses per year to J.D. and LL.M. students at Temple's Japan Campus in Tokyo. The courses taught include *Japanese Law*; *International Dispute Resolution*; *International Business Law*; *International Law*; *Electronic Commerce; Civil Procedure*; and *Legal Research and Writing*.
- o Selected by the Japan Federation of Bar Associations (JFBA) to serve on its Jury Trial Advocacy Project Team from 2005-2009. Comprised of top Japanese criminal attorneys and academics, this team trained lawyers for the implementation of jury trials.
- o Assisted the Japan Federation of Bar Associations in lobbying against legislation to implement a loser pay's attorney fee system.
- o Organized major such as a Conference on *The Challenges of American Litigation – A Primer for Japanese Legal Staff* (co-sponsored by the ABA) in Dec. 2007 and a symposium on U.S. legal education methods for professors at new Japanese professional law schools in 2003.

### *Visiting Foreign Professor Appointments*

- o **Henan University,** Visiting Professor (China, June 2019).
- o **Nagoya University**, Visiting Professor (Japan, August 2015).
- o **Kobe University**, Visiting Professor (Japan, March 2015).
- o **Kyung Hee University**, International Scholar (South Korea, 2011-2014).
  - ▪ Three consecutive one year appointments. Taught a host of in-person and online undergraduate and graduate courses, offered workshops, and assisted faculty.

## OTHER PROFESSIONAL EXPERIENCE

### Consultant / Expert

- o *Legal consultant*: product defect litigation in U.S. federal court in Illinois. (2010-12)
- o *Expert witness*: Assisted with securities lawsuit involving Japanese law in U.S. federal court in California. (2010-11)
- o *Legal consultant*: financial-related litigation in U.S. federal court in Florida. (2009)
- o *Legal counsel*: Served as co-counsel representing a Japanese client involved in real estate/finance litigation in the U.S. federal court in Florida. (2006-07)
- o *Legal and Japanese language consultant*: Assisted in a semiconductor patent infringement litigation in U.S. federal court in California – *CFM v. DaiNippon Screen*. (1999-2002)

### Akerman Senterfitt P.A. (Orlando), Senior Associate, 2002-03 / Associate, 1999-2001

Lawyer at one of Florida's largest law firms servicing the needs of domestic and international clients in commercial litigation and arbitration. Also, handled matters involving e-commerce, real estate, licensing, securities, mergers and acquisitions, telecommunications, pharmaceuticals, technology, and corporations.

### YPD.com / Advanced Telecom. Network, Inc. (Tampa), General Counsel, 2001-2002

Lead counsel in over 20 lawsuits around the U.S.; managed outside counsel; handled acquisitions; licenses and commercial agreements; and provided senior leadership for these telecommunications and Internet businesses.

### Woodcock Washburn (Philadelphia), Full-time Law Clerk, 1998-1999

In semiconductor patent infringement actions in U.S. District Court for the Northern District of California conducted Japanese document review and translation.

### White, Pierce, Mailman & Nutting (Saipan), Law Clerk, 1997-98/ Summer Assoc., 1996

One-year leave of absence from law school to participate in 3-month complex civil trial between two Japanese companies. Full-time participation included research, writing, motions, discovery, client interviews, trial assistance, and translation.

### GE Yokogawa Medical Systems (Tokyo), Law Clerk, 1997

Law Clerk in Legal and Patent Department. Handled licensing and tech transfer agreements, IP matters, and contracts; due diligence; and regulatory compliance projects.

### Wilson Imports (Japan/U.S.), Founder and CEO, 1994-95

Founder and president of U.S.-Japan import/export sole proprietorship for compact discs.

### Apple Box Corp. - Sony Japan Group (Tokyo), 1993-94

Technical Writer/Technical Japanese Translation

### Yokogawa Weathac Corporation (Japan), 1991-94.

International Marketing/ Technical Japanese Translation

### Church of Jesus Christ of Latter-Day Saints (Japan), 1989-90.

Volunteer ambassador and service missionary

## EDUCATION

### *Temple University Beasley School of Law* **(Philadelphia, Pennsylvania)**
- o Juris Doctor, 1999. Temple International and Comparative Law Journal
- o One-year leave of absence to participate in 3-month complex international jury trial in Saipan (U.S. Commonwealth of the Northern Mariana Islands).

### *University of Utah* **(Salt Lake City, Utah)**
- o B.S in Political Science, 1995; B.A. in Asian Studies with Japanese minor, 1995.
- o Obtained two degrees within 27 months aggregate time between 1988 and 1995.

## LANGUAGES

- **Japanese,** fluent in speaking, reading, and writing.

## BAR AND COURT ADMISSIONS

- **Florida Bar**, January 2000   (Active)
- **New Jersey Bar**, October 2001  (Voluntarily withdrawn due to inactivity)

## HONORS, AWARDS, APPOINTMENTS, AND ASSOCIATIONS

- NCAA esports working group – President representative (2018-present)
- Waymaker Award – Black Male Summit (2018)
- Outstanding Eagle Scout Award – National Eagle Scout Association (2018)
- Inductee, Kappa Kappa Psi Band Fraternity (2018)
- Honorary professor, Henan University (China) (2017)
- Honoree, National Residence Hall Honorary (2017)
- Inductee, Omnicron Delta Kappa National Leadership Fraternity (2017)
- Board Member, Northeast Ohio Council on Higher Education (2016-18)
- Director, Akron Chamber of Commerce (2016-18)
- Board Member, Akron Roundtable (2016-18)
- Founder/Initial Chair/Committee, East Asian Law & Society Section of AALS (2013-16)
- Evaluator, ALB Japan Law Awards (2011-present)
- Jury Trial Advocacy Project Team, Japan Federation of Bar Associations (2005-2009)
- Interviewer/Evaluator, Japan-U.S. Fulbright Program (2008, 2006)
- Member, Asian Law & Society Association (2014-present)
- Member, Law & Society Association
- Member, Australian Network for Japanese Law (2010-present)
- Member, Florida State Bar Association (1999-present)

## SCHOLARSHIP

Actively engaged in scholarship in both English and Japanese.

## BOOKS & BOOK CHAPTERS

- "The Case for Adopting Civil Jury Trials in Japan," *forthcoming chapter in* JURY TRIALS IN JAPAN (Nihon Hyoronsha 2020 published in Japanese).

- "Seeking to Change Society Through Legal Reform in Japan," *forthcoming chapter* in CONTEMPORARY JAPAN (Second Edition Routledge) (2018).

- "Japan's Lay Judge System: Impact on the Judiciary and Society" in THE LEGAL PROCESS IN CONTEMPORARY JAPAN 『現代日本の法過程』 (Shinzansha 2017).

- JAPAN AND CIVIL JURY TRIALS: THE CONVERGENCE OF FORCES, Edward Elgar Publishing (August 2015). Primary author. Co-authors are Hiroshi Fukurai and Takashi Maruta.

- "Clinical Legal Education in Japan," in WORLD DEVELOPMENTS IN CLINICAL LEGAL EDUCATION (Palgrave MacMillan) (2015).

- "Seeking to Change Society Through Legal Reform in Japan," *chapter* in CONTEMPORARY JAPAN (Routledge) (2013).

- TRIAL ADVOCACY TECHNIQUES (2nd Edition), Chapter 2: *Art of Trial Advocacy* (Nihon Hyoronsha 2009). Published in Japanese as 『法廷弁護技術』「第２章 法廷弁護技術の基本」(日本評論社 2009).

- TRIAL ADVOCACY TECHNIQUES, Chapter 2: *Art of Trial Advocacy* (Nihon Hyoronsha 2007). Published in Japanese as 『法廷弁護技術』「第２章 法廷弁護技術の基本」(日本評論社 2007).

- GOVERNMENTS OF THE WORLD (Japan chapter), Macmillan Press (2005).

## ARTICLES

- "Assessing the Direct and Indirect Impact of Citizen Participation in Serious Criminal Trials in Japan," Washington International Law Journal, Vol. 27:1 (Dec. 2017)

- "Importance, Functions, and Role of the American Civil Jury Trial System and Related U.S. Supreme Court Cases, Japanese Journal of American Law (Aug. 2014). In Japanese as アメリカ民事陪審制度の重要性、機能、役割と合衆国最高裁の判決動向。

- "Prime Time for Japan to Take Another Step Forward in Lay Participation: Exploring Expansion to Civil Trials," Akron Law Review, Vol. 46 No. 3 (2013).

- "Improving the Process: Transnational Litigation and the Application of Private Foreign Law in U.S. Courts," NYU Journal of International Law and Politics (2013).

- "E-Elections: Law in Asia & Online Political Activities" (Japan and South Korea focus), 12 WYO. L. REV. 238 (2012).

- "Demystifying the Determination of Foreign Law in U.S. Courts: Opening the Door to a Greater Global Understanding," 46 WAKE FOREST L. REV. 887 (2011).

- "E-Elections: Time for Japan to Embrace Online Campaigning," 2011 STANFORD TECHNOLOGY LAW REVIEW 4 (2011).

- "Reducing Legal Risks: Online Commerce, Information Security, and the World," WYOMING LAWYER (Oct. 2010).

- "U.S. Law School Education Methods and Ideals: Application to the Japanese and Korean Systems," *re-publication* in 18 CARDOZO JOURNAL OF INTERNATIONAL AND COMPARATIVE LAW 295 (2010).

- "Japan's New Criminal Jury Trial System: In Need of More Transparency, More Access, and More Time," 33 FORDHAM UNIVERSITY INTERNATIONAL LAW JOURNAL 487 (2010).

- "U.S. Law School Education Methods and Ideals: Application to the Japanese and Korean Systems," KYUNG HEE UNIVERSITY LAW JOURNAL (December 2009).

- "Foreword: Keys for Japanese Corporate Legal Departments to Respond to Globalization," BUSINESS LAW JOURNAL (Lexis-Nexis August 2008).

- "The Dawn of Criminal Jury Trials in Japan: Success on the Horizon?" 24 WISCONSIN INTERNATIONAL LAW JOURNAL 835 (Winter 2007).

- "Effective Advocacy: The Dawn of Criminal Jury Trials in Japan," LIBERTY & JUSTICE（*Jiyu to Seigi*）Japan Fed. of Bar Associations Journal (May 2006). Published in Japanese as 効果的な法廷弁護－日本における市民参加型裁判の黎明「自由と正義」(日本弁護士連合会平成18年5月号).

- "Failed Attempt to Undermine the Third Wave: Attorney Fee Shifting Movement in Japan," 19 EMORY INTERNATIONAL LAW REVIEW 1457 (Fall 2005).

- Report, Attorney Fee Shifting to Non-Prevailing Litigants – Essence of Fee Shifting and Invalidating Unreasonable Attorney Fee Agreements under U.S. Law – Dangers of Allowing Fee Shifting Agreements, LIBERTY & JUSTICE（*Jiyu to Seigi*）Japan Fed. of Bar Associations Journal (October 2004). Published in Japanese as 弁護士報酬の敗訴者負担に関する検証—その本質とアメリカの不合理な合意を向こうにする法律について一合意による弁護士報酬の敗訴者負担の導入には弊害がある、「自由と正義」(日本弁護士連合会16年10月号).

- Civil Litigation: Dangers of Shifting Attorneys' Fees to Non-Prevailing Parties, Asahi Shinbun (10.2.2004). Published in Japanese as 「民事裁判—敗訴者負担導入には弊害」朝日新聞2004年10月2日版.

- Investigative Report with Satomi Ushijima, Esq., Attorney Fees Shifting in the U.S. This report was presented to Japanese Diet members in conjunction with proposed legislation on attorney fee shifting. Published as 「アメリカ合衆国の弁護士報酬の負担に関する調査報告書」日本弁護士連合会弁護士報酬者負担問題対策本部2004年10月.

## LECTURES, SPEAKING APPEARANCES, AND CONFERENCES

### BI-ANNUAL LECTURE TOUR (2003-2016)

- *Presenter,* Lectured on private international law and various academic/vocational opportunities in the international field over 350 times at nearly 150 U.S. universities.

### PRESIDENTIAL SPEECHES (2016-2018; 2019-Present)

- *Presenter,* several hundred keynote speeches and presentations around the United States, Asia, and Southeast Asia before state government and legislative committees, local municipalities, chambers of commerce, professional associations, universities, high schools, civic organizations, multicultural associations, and others on topics involving education, law, internationalization, and leadership among others.

- *Keynote speeches* included City Club of Cleveland (*value of higher education*); Akron Roundtable (*innovation in higher education*); Public Relations Society of America (*leadership and innovation in public relations*); National Sales & Marketing Executives (*changing culture in higher education*); Institute of Management Accountants (*effectuating organizational change*); Boy Scouts of America (*leadership and pursuit of excellence*); Bluprints to EXL (*Campus to Community: Building Bridges*) and various foreign universities among others.

- *High school commencement key note addresses* included Western Reserve Academy (2018), and Akron Early College H.S. (2017) and National Inventors Hall of Fame STEM H.S. (2017).

### ACADEMIC AND LEGAL LECTURES
### 2015-Present

- *Presenter,* Law and Society Annual Conference (Washington DC). Presented paper on "*Need to Increase Citizen Participation in Judicial Systems in Japan and South Korea.*" (May 2019)

- *Presenter,* Happy Dog Takes on the World: Jury Systems in Asia and related issues. City Club of Cleveland broadcast (May 2019)

- *Participant*, New Perspectives on Japanese Law, Harvard Law School. Special invitation conference of 50 of the top scholars on Japanese Law from around the world. (Oct. 2018)

- *Presenter,* Law & Society Annual Conference (New Orleans). Presented paper on "*Court Reform on Trial: Japan and Citizen Participation.*" (May 2016)

- *Chair and Discussant,* Law & Society Annual Conference (New Orleans). Panel on "*Court Reform in East Asia.*" (May 2016)

- *Presenter,* Law & Society Conference (New Orleans). Author Meets Reader Session on Dimitri Vanoverbeke's work entitled "*Juries in the Japanese Legal System: The Continuing Struggle for Citizen Participation and Democracy.*" (May 2016)

- *Lecturer,* Kobe University (Kobe, Japan), *Lecture series on Comparative Tort Law: U.S. and Japan.* (Mar. 2016)

- *Speaker,* University of Akron School of Law Winter Institute (Naples, Florida), *Ethical Considerations in Negotiations* and *International Issues in Electronic Commerce.* (Feb. 2016)

- *Speaker,* Kyung Hee U. Law School (Seoul), *Cross-Border Negotiations Strategies.* (Sept. 2015)

- *Keynote speaker and trainer,* Japan Federation of Bar Associations (Tokyo), *Trial Advocacy Bootcamp* for about 100 criminal defense attorneys. (Aug. 2015)

- *Lecturer,* Nagoya University Graduate School of Law (Japan). Intensive 24-hour course on *International Negotiations.* (Aug. 2015)

- *Discussant and Chair,* East Asia Law & Society Conference (Tokyo) on three panels including: (a) "*Lay Participation in Justice in Action: China and Japan,*" (b) "*Legal Treatment of Damages Related to the East Japan Great Earthquake and Tsunami,*" and (c) "*Corporate Structure and Employment Issues in Asia.*" (Aug. 2015)

- *Lecturer,* Nagoya University Law School (Japan). Six-hour short course on *International Dispute Resolution.* (Mar. 2015)

- *Presenter,* The University of Akron School of Law (Ohio). Presented as part of a panel regarding the "*Effects of International Law on the Middle East Conflict.*" (March 2015)

- *Presenter and Chair,* American Association of Law Schools (AALS) Annual Conference. Organized a panel for the section on East Asian Law and Society on the State of East Asian Law in U.S. Law Schools, and gave a presentation on "*Innovative Methods for Integrating East Asian Law into the Classroom.*" (Jan. 2015)

*2010-14*

- *Presenter and participant,* Korean Legal Research Institute Symposium (Seoul).  Two-day conference with select international scholars.  Presentation on  *"Citizen participation in the S. Korean legal process: what the world can learn."* (Nov. 2014)

- *Presenter,* Kyung Hee University (Seoul).  Gave presentation on "*International Negotiations Strategies and Techniques.*" (Nov. 2014)


- *Presenter,* Nagoya University Law School (Japan).  Gave presentation on "*International Negotiations Strategies and Techniques.*" (Nov. 2014)

- *Presenter,* Law & Society Annual Conference (Minneapolis).  Presented paper on "*Japan's Lay Judge System: Expectations, Accomplishments, Shortfalls, and Possible Expansion.*" (May 2014)

- *Organizer/Presenter,* American Association of Law Schools Annual Conference (Washington D.C.).  Presentation on "*Legal Education Challenges in Japan*" and organizer of meeting to create East Asian Law and Society Section (Jan. 2014).

- *Presenter,* 50th Symposium of Japan-US Law Association (日米法学会) in Kanazawa, Japan.  Presentation on "*Lessons for Japan Based on the U.S. Civil Jury Trial System in the 21st Century Including its Significance, Function, and Related Supreme Court Decisions.*" (Sept. 2013)

- *Presenter and Chair,* Law & Society Annual Conference (Boston).  Chaired panel on Japan and Civil Jury Trials, and presented paper on "*Benefits of Adopting Civil Jury Trials in Japan & Lessons from the United States.*" (May 2013)

- *Discussant,* Law & Society Annual Conference (Boston).  Participated on panel of international scholars from Japan, Asia and the U.S. speaking on "*The Complex Matrix of Law, Extra-Legal Framework, Medical Malpractice, and Social Behavior in East Asia*" (sponsored by CRN33 East Asian Law and Society)" (May 2013)

- *Presenter,* New York University School of Law, 18th Annual Herbert Rubin and Justice Rose Luttan Rubin International Law Symposium (New York).  Presenter on *U.S. "Application of Foreign Law: Competency and Diplomacy*."  (Oct. 2012)

- *Presenter,* Consumer Issues Conference 2012: Consumer Financial Protection at the University of Wyoming.  Gave presentation entitled "*Emerging Payment and Money Management Options: Convenient but Dangerous*?" (Oct. 2012)

- *Presenter,* Wyoming State Bar 2012 Annual Meeting.  Provided 3-hour CLE presentation on *Untapped Opportunities: Developing an Intellectual Property Practice.* (Sept. 2012)

- *Presenter and Chair,* Law & Society Annual Conference (Hawaii).  Presented paper on "*Lay Judge Participation in Japan: Three Year Report and Time to Expand to Civil Trials.*" (June 2012)

- *Chair*, Law & Society Annual Conference (Hawaii).  Led panel of distinguished international scholars from Japan, South Korea, and U.S. speaking on "*Legal Profession in Asia.*" (June 2012)

- *Presenter,* Kyung Hee University Law School (Seoul).  Gave colloquium entitled "*Legal Risks & International Dispute Resolution: South Korean Companies in the United States.*" (May 2012)

- *Presenter,* Kyung Hee University Law School (Seoul).  Gave colloquium entitled "*International Business Law in Asia: Opportunities and Challenges.*" (May 2012)

- *Presenter and Conference Organizer,* Consumer Issues Conference 2011: Pills, Potions, and Profits at the U. of Wyoming.  Gave presentation entitled "*Counterfeit Drugs: the Clash Involving Intellectual Property Rights, Health, and Affordable Access to Pharmaceuticals.*" (Oct. 2011)

- *Presenter,* East Asian Law & Society Conference at Yonsei University (Seoul).  Presentation on "*E-Elections: Law in Asia and Online Campaigning*" (Oct. 2011)

- *Chair and Discussant,* East Asian Law & Society Conference at Yonsei University (Seoul).  Led panel of distinguished international scholars speaking on "*Legal Education in Asia: Assessments and Proposals*" (Sept. 2011)

- *Presenter,* Laramie County Bar Association (Cheyenne, Wyoming), *Electronic Commerce: Threshold Legal Questions* (Feb. 2011)

- *Presenter,* Conference entitled Legal System Reform in Japan: A Brave New World? at the University of Victoria (Canada). Presentation included "*Japan's New Criminal Jury System: Is it on the Right Track?*" (Nov. 2010)

- *Presenter,* American Translators Association Annual Conference (Denver, Colorado). Presentations were: "*The Interaction of E-Commerce and IP Laws in the U.S. and Japan*" and "*The Introduction of Jury Trials in Japan: How Will This Change the Japanese Legal System and Japanese Society as a Whole.*" (Oct. 2010)

- *Presenter and Conference Organizer,* Consumer Issues Conference 2010: Unlocking the Digital Marketplace – Legal and Ethical Issues at the U. of Wyoming. Presentations included "*International Issues in Electronic Commerce*" and "*Operating an Online Business.*" (Sept. 2010)

- *Presenter,* International Joint Seminar entitled "Major Legal Issues on E-Commerce in the United States and Korea" at Kyung Hee University Law School (Seoul). Spoke on the "*Legal and Ethical Issues Facing Corporations Operating in a Digital World.*" (May 2010)

- *Presenter,* East Asian Law & Society Conference at the University of Hong Kong. Presented paper on "*Japan's New Criminal Jury Trial System: In Need of More Transparency, More Access, and More Time.*" (Feb. 2010)

- *Chair and Discussant,* East Asian Law & Society Conference at the University of Hong Kong. Led panel of distinguished international scholars speaking on "*The Introduction of the Lay Judge System: Early Evidence.*" (Feb. 2010)

### *2005-2009*

- *Presenter*, International Conference on the 60th Anniversary of Kyung Hee University (Seoul) regarding "Current Issues and Future Tasks for Educating Lawyers in the Age of Globalization." Presented paper on "*U.S. Law School Education Methods and Ideals: Application to the Japanese and Korean Systems.*" (Oct. 2009)

- *Presenter*, Rocky Mountain Junior Scholars Forum, J. Reuben Clark Law School, BYU (Utah). Presented paper on Japan's new criminal trial system. (Sept. 2009)

- *Presenter*, Wyoming State Bar Association 2009 Annual Meeting. Sole presenter for three hour Continuing Legal Education seminar on "*E-Commerce: Understanding Quickly Expanding Horizons.*" (Sept. 2009)

- *Presenter*, Minato Int'l Association (Tokyo). Lectured on the "*Thoughts and Insights about Recent Changes in Japan to its Judicial System.*" (July 2009)

- *Presenter*, The Office of the Staff Judge Advocate for United States Forces in Japan "Law Day" (Tokyo). Symposium for the Japanese Ministry of Justice and local legal community. Presenter on judicial reform and challenges to the Japanese criminal justice system. (May 2009)

- *Presenter*, Japan Law Society CLE Event (Tokyo/Osaka, Japan). Lectured on "*Ethics in Negotiations.*" (May 2009)

- *Presenter*, Minato Ward University Lecture Series (Tokyo). Lectured on "*Japan's New Lay Judge System: How Will This Extraordinary Change Affect Japan and Japanese Society.*" (May 2009)

- *Presenter*, Roppongi Bar Association (Tokyo). Panelist speaker on the "*Developments, Progress, and Setbacks in Japanese Laws and Practice*" Continuing Legal Education Seminar. (Nov. 2008)

- *Presenter*, The Office of the Staff Judge Advocate for United States Forces in Japan "Law Day" Symposium for the Japanese Ministry of Justice and local legal community (Tokyo). Presenter on U.S. trial advocacy techniques. (July 2008)

- *Organizer and Presenter*, American Bar Association (Tokyo). Lectured on "*The Challenges of American Litigation – A Primer for Japanese Legal Staff Managing Litigation in the United States: Ethics and Confidential Communications.*" Conference in Japan including 17 expert lawyers and legal professionals from Japan, Australia, Hong Kong, and the U.S. (Dec. 2007)

- *Presenter*, Tokyo Bar Association New Lawyer Employment Committee (Tokyo). Lectured on the topic of judicial reform and how to integrate increasing number of attorneys in Japan into the legal system and market. (Oct. 2006)

- *Organizer and Presenter,* Japan Federation of Bar Associations (Tokyo). Conducted a Jury Trial

Advocacy Training Seminar for over 1000 criminal defense attorneys in preparation for Japan's new implementation of jury trials. (July 2006)

- *Organizer and Presenter,* Japan Federation of Bar Associations (Tokyo). Conducted a Jury Trial Advocacy Training Seminar for 300 criminal defense attorneys in preparation for Japan's implementation of jury trials in criminal cases. (Nov. 2005)

### *2000-2004*

- *Participant and Workshop Co-Director*, Doshisha University (Kyoto, Japan). Participated in the "Australasian and Global Perspectives for Japanese Law Reform Processes: Legal Education, Commercial Regulation, and Beyond" Conference held by Australian Network for Japanese Law (ANJeL). (Nov. 2004)
- *Presenter* (via video)*,* Japan Federation of Bar Associations. Lecture for Symposium in Tokyo on Judicial Reform in Japan. (Oct. 2004)
- *Presenter,* Japan Federation of Bar Associations (Tokyo). Lectured at symposium attended by seven Japanese Diet Members and nearly 300 persons against the introduction of a "loser pays" litigation system into Japan. (May 2004)
- *Presenter*, Babel University Professional School of Translation (Tokyo). Lectured on the value of international legal education and real-world application of continuing education to attorneys, paralegals, and translators. (May 2004)
- *Presenter*, Skadden Arps Law Firm (Tokyo). Delivered CLE seminar on "*When is a Lie, Not a Lie: Ethics of Negotiation*." (Feb. 2004)
- *Presenter*, Temple University Japan Campus (Tokyo). Presented a lecture to industry leaders about the "*Keys to Receiving Cost Efficient Legal Services*." (Jan. 2004)
- *Presenter*, Foreign Women Lawyers' Association (Tokyo). Guest lecturer on "*Dispute Resolution and Arbitration in Japan*." (Nov. 2003)
- *Presenter*, Tokyo Rotary Club (Tokyo). "*Pitfalls of U.S. Litigation*." (Oct. 2003)
- *Presenter*, Society of Thoracic Surgeons (Ft. Lauderdale, Florida). "*Emerging IP Property Issues in Medicine*." (2000)

### EDUCATION / INTERNATIONAL LECTURES

- *Panelist,* Cleveland City Club, "Future of Higher Education," (Dec. 2017)
- *Keynote speaker,* Halo Foundation, "Inspiring and Empowering Our Young Leaders of Tomorrow," (Sept. 2017)
- *Keynote speaker,* Akron Roundtable, "Crossroads in Higher Education," (Sept. 2017)
- *Commencement speaker,* U. of Wyoming School of Law graduation (May 2015)
- *Organizer/Presenter,* American Association of Law Schools Annual Conference. Presentation on "*Legal Education Challenges in Japan*" and organizer of meeting to create East Asian Law and Society Section within the AALS (Jan. 2014).
- *Presenter,* NAFSA 2012 Annual Conference (Houston, Texas). Presentation entitled "*Are Law Schools Producing Effective Global Practitioners*." (May 2012)
- *Chair and Discussant,* East Asian Law & Society Conference at Yonsei (Seoul). Led panel of distinguished international scholars speaking on "*Legal Education in Asia: Assessments and Proposals*" (Sept. 2011)
- *Presenter*, International Conference on the 60th Anniversary of Kyung Hee University (Seoul) regarding "Current Issues and Future Tasks for Educating Lawyers in the Age of Globalization." Presented paper on "*U.S. Law School Education Methods and Ideals: Application to the Japanese and Korean Systems*." (Oct. 2009)
- *Presenter,* Tokyo Legal Minds (Tokyo). Presentation about U.S. legal education and strategies of passing U.S. bar examinations. (July 2008, Aug. 2009)
- *Presenter,* Ichikawa Gakuen High School (Chiba, Japan). Presentation in Japanese about

international careers and international education to high school students and parents. (Nov. 2008)

- *Panelist*, Minato Ward Government Education Committee (Tokyo). Provided input and ideas about the internationalization of education in Japan. (July 2008)

- *Presenter,* Tokyo Metropolitan International High School (Tokyo). Lectured on the topic of "*Current Issues and Opportunities in International Affairs and Politics*." (June 2008)

- *Keynote speaker,* U.S.-Japan Fulbright Commission (Tokyo). Keynote speaker at orientation for Fulbright scholars embarking on their studies in the United States. (May 2006/ May 2005)

- *Presenter,* Japan Study Abroad Association (NPO Ryugaku Kyokai). Sole presenter at the Association's Fifteenth Research Symposium in Tokyo on the topic of keys to internationalizing education in Japan and how Japanese institutions can effectively work together with foreign universities. (Jan. 2006)

- *Presenter*, University of the Ryukyus School of Law (Okinawa, Japan). Presentations at the University of the Ryukyus University at the invitation of U.S. Embassy addressing U.S. legal education methods and how these methods can be effectively implemented in new American-style law schools in Japan. (July 2005)

- *Presenter*, Brigham Young University Hawaii (Laie, Hawaii). Spoke to undergraduate students on two occasions about moving from "From Campus to Career." (2004/2006)

- *Presenter*, Brigham Young University (Provo, Utah). Spoke to undergraduate students on two occasions about "From Campus to International Career." (2004)