# Exhibit F



Ben Thomassen <bthomassen@edelson.com>

## Karpeles v. Greene: Japanese law on disclosure

**Brennan, Bevin** <bbrennan@pedersenhoupt.com>   Tue, Jul 9, 2019 at 1:54 PM
To: Ben Thomassen <bthomassen@edelson.com>
Cc: Aaron Lawson <alawson@edelson.com>, "Schmidt, Matthew" <mschmidt@pedersenhoupt.com>

Ben:

Following up on our meet-and-confer call yesterday, I'm providing information regarding Japanese law's prohibition of the production of materials relating to his criminal prosecution.  We understand that such disclosure is precluded by Japanese Code of Criminal Procedure Article 281-4 and 281-5.  Article 281-4 forbids anyone accused, or formerly accused, of a crime from delivering, presenting or sending copies or other materials that were made available to the prosecutor to anyone else except in limited circumstances, such as appeals.  Article 281-5 provides for a punishment of up to one year imprisonment or a fine of not more than 500,000 yen for violating Article 281-4.

Article 281-4

(1)   The accused and his/her counsel (including the counsel provided for in Article 440) or those who were formerly in such position shall not deliver, present or send by telecommunication lines to others copies and other materials which the public prosecutor was given the opportunity to inspect or copy unless for the intention of use in the following procedures or for the preparation thereof:

 (i) Proceedings of the case charged to the court or other proceedings for a trial related to the case charged to the court

 (ii) The following procedures related to the case charged to the court

  (a) Procedures for the compensation of expenses provided in Book I, Chapter XVI

  (b) A hearing on the request of paragraph (1) of Article 349

  (c) Procedures for the request of Article 350

  (d) Procedures for demand for recovery of the right of appeal

  (e) Procedures for a retrial

  (f) Procedures for an extraordinary appeal to the court of last resort

  (g) Procedures for the petition in paragraph (1) of Article 500

  (h) Procedures for the filing of the objection in Article 502

  (i) Procedures for application of the Criminal Compensation Act

(2) When taking measures for violation of the provisions in the preceding paragraph, the court shall consider the contents of the copies and other materials, the intent and mode of the violation, whether or not the honor, privacy or the affairs of the related persons have been violated, whether or not the copies and other materials have been examined in the trial, the method of examination and any other related matters taking into account the right to defense of the accused.

Article 281-5

-

(1)  An accused or a person who was formerly an accused, who delivers, presents or sends by telecommunication lines to others copies and other materials which the public prosecutor was given the opportunity to inspect or copy for a purpose other than for use in the procedures or trial preparations prescribed in the items of paragraph (1) of the preceding Article shall be punished by imprisonment with work for not more than a year or a fine of not more than 500,000 yen.

(2)  The same shall apply when a counsel (including the：当該(とうがい)the counsel provided for in Article 440, hereinafter the same shall apply in this paragraph) or a person who was formerly a counsel delivers, presents or sends by telecommunication lines to others for the purpose of property profits or other profits, copies and other materials which the public prosecutor was given the opportunity to inspect or copy.

A translation of Code of Criminal Procedure can be found at the link below, which is located on a Japanese Ministry of Law website with translations of certain statutes into English:

http://www.japaneselawtranslation.go.jp/law/detail/?ft=2&re=2&dn=1&yo=criminal&x=0&y=0&ia=03&ph=&ky=&page=2

Please send me the WSJ article you referenced yesterday at your earliest convenience. Thanks.

-- Bevin



Bevin Brennan

Attorney at Law
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
312-261-2186
bbrennan@pedersenhoupt.com

-----------

Information contained in this e-mail transmission is privileged and confidential. If you are not the intended recipient, do not read, distribute or reproduce this transmission (including any attachments). If you have received this e-mail in error, please notify the sender by e-mail reply.
-----------