# Exhibit H



**Ben Thomassen <bthomassen@edelson.com>**

# Greene v. Karpeles

**Ben Thomassen** <bthomassen@edelson.com>  Wed, Aug 14, 2019 at 9:01 AM
To: "Brennan, Bevin" <bbrennan@pedersenhoupt.com>
Cc: "Schmidt, Matthew" <mschmidt@pedersenhoupt.com>, Aaron Lawson <alawson@edelson.com>

Bevin:

Thanks for these responses. I'm having some trouble understanding Mark's present access to and ability to share documents. As you know, Mark shared documents with us relating to Mt. Gox (including Mt. Gox-related emails from his "mark@tibanne.com" address) in late 2016, which was well-after both the civil and criminal proceedings in Japan were underway. We don't understand why Mark was able to share documents at that point, but is precluded from sharing them now -- as there are no intervening occurrences that, to my knowledge, would have materially changed his position with respect to the Japanese courts. Likewise, you say that Mark was asked in early 2015 to confirm to the civil trustee that he had no more documents in his possession, yet he forwarded documents to us in October 2016.

Also, I should have new proposed deposition dates for you later today / this week.

Thanks,
Ben


On Fri, Aug 2, 2019 at 11:27 AM Brennan, Bevin <bbrennan@pedersenhoupt.com> wrote:

> Ben:

Following up on our discovery related discussions, I address the issues you raised in our call and in your letter that remain outstanding.

1.      General Issue:

Mark can currently access his magicaltux@gmail.com e-mail.  He also has access to the Mt. Gox database (including some e-mails and other data), but he cannot share or produce that.  As previously explained, this is part of discovery in a criminal case and cannot be shared under Japanese law.  I previously provided you with the relevant criminal statute.  Sharing such information can subject Mark to criminal and civil liability under Japanese law.

In early 2015, the trustee for Mt. Gox asked Mark and other employees to confirm that they had provided him the database and given him any remaining documents so that they had nothing more in their own possession.

As of today the relevant data is held by:

·  Database:  MtGox trustee (since MtGox bankruptcy in early 2014), Japanese law enforcement

·  Emails relevant to MtGox:  MtGox trustee (since MtGox bankruptcy in early 2014), Japanese law enforcement

· Emails relevant to Tibanne, including mark@tibanne.com:  Tibanne trustee (since Tibanne bankruptcy in early 2015), Japanese law enforcement

**Does Mark have access to these? For example, he forwarded some to us after the Tibanne bankruptcy.**

[Quoted text hidden]

[Quoted text hidden]