# Exhibit I

9/18/2019
Case: 1:14-cv-01437 Document #: 438-9 Filed: 09/18/19 Page 2 of 3 PageID #:7004
Edelson PC Mail - Karpeles v. Greene: Japanese law on disclosure



**Ben Thomassen <bthomassen@edelson.com>**

## Karpeles v. Greene: Japanese law on disclosure

**Brennan, Bevin** <bbrennan@pedersenhoupt.com> Wed, Aug 14, 2019 at 3:36 PM
To: Ben Thomassen <bthomassen@edelson.com>
Cc: Aaron Lawson <alawson@edelson.com>, "Schmidt, Matthew" <mschmidt@pedersenhoupt.com>

I will follow up on this and your other email.

I will note that this language appears to have changed on that website since my email.

If you look at another source (from the UN), http://track.unodc.org/LegalLibrary/LegalResources/Japan/Laws/Japan%20Code%20of%20Criminal%20Procedure%201948.pdf, it contains the same "was given" language as in my initial email.

I'll look at the other points you raise and get back to you.

-- Bevin



Bevin Brennan
Attorney at Law
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
312-261-2186
bbrennan@pedersenhoupt.com

[Quoted text hidden]
[Quoted text hidden]

https://mail.google.com/mail/u/0?ik=f3dea6a427&view=pt&search=all&permmsgid=msg-f%3A1641876044751236499&simpl=msg-f%3A1641876044751236499    2/2