# Exhibit J



**Ben Thomassen <bthomassen@edelson.com>**

# Karpeles v. Greene: Japanese law on disclosure

**Brennan, Bevin** <bbrennan@pedersenhoupt.com>  Thu, Aug 29, 2019 at 4:12 PM
To: Ben Thomassen <bthomassen@edelson.com>
Cc: Aaron Lawson <alawson@edelson.com>, "Schmidt, Matthew" <mschmidt@pedersenhoupt.com>

We are at an impasse, as my client is going to stand on his objections. As you know, at the time that he was corresponding with you in 2016, he had recently been released from a Japanese jail and had not yet understood the document disclosure issues.

OK, I will plan for November 5.

[Quoted text hidden]
[Quoted text hidden]