# EXHIBIT A

To:
MtGox Co., Ltd.
Provisional Administrator
Mr. Nobuaki Kobayashi

## Letter of Certificate

    I, _____, hereby certify that I have described below all of the PC(s) which I have ever used in connection with my work at Tibanne Co., Ltd.

| Name of PC (ex. MacBook Air) | Serial Number |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

    I also certify that, (i) I have never deleted any data related to MtGox Co., Ltd. or its services from such PC(s) since I was instructed to provide the Provisional Administrator with the copy of such data, and (ii) upon completion of providing such copy, I have deleted all of such data in accordance with the instruction from the Provisional Administrator.

Date: _____, 2014

                                                             (Signature)

                                                     _____