# **EXHIBIT D**

## Non-disclosure of Mt. Gox Data Disclosed by the Prosecutor

September 30, 2019

[Ogata Attorneys Office Legal Professional Corporation]

Nobuyasu Ogata, Attorney

In accordance with the provisions of Section 281-4 of the Code of Criminal Procedure, it is stipulated that

reproductions of visual or documentary evidence provided by the prosecutor to the defence or counsel for the examination and preparation of the defendant's case shall not be delivered or presented to third parties, or provided to third parties through any means of telecommunication, for any other purposes than those pertaining to the preparation of the case and its subsequent proceedings as listed below.

(1) Defendant hearings, and hearings in any trials related to the case.
(2) The following proceedings pertaining to the defendant case ...

The penalty for violation of Section 281-5 of the Code of Criminal Procedure is imprisonment of up to 1 year or a fine of a maximum of ¥500,000.

Therefore, the disclosure to third parties of Mt. Gox customer data disclosed by the prosecutor, for purposes other than those pertaining to the criminal case at hand, is strictly prohibited under risk of legal penalty.

END

## 検察官から開示されたマウントゴックス関連データ等の開示について

令和元年 9 月 30 日

弁護士法人緒方法律事務所<br>弁護士　緒　方　延　泰

刑事訴訟法 281 条の 4 においては、

　被告人若しくは弁護人又はこれらであった者は、検察官において被告事件の審理の準備のために閲覧又は謄写の機会を与えた証拠に係る複製等を、次に掲げる手続又はその準備に使用する目的以外の目的で、人に交付し、又は提示し、若しくは電気通信回線を通じて提供してはならない。

一　当該被告事件の審理その他の当該被告事件に係る裁判のための審理
二　当該被告事件に関する次に掲げる手続・・・

と定めており、これに違反した場合には、刑事訴訟法 281 条の 5 により、1 年以下の懲役または 50 万円以下の罰金に処するものとされている。

　したがって、検察官から開示されたマウントゴックスの顧客データ等について、当該刑事事件に使用する以外の目的で第三者に開示することは、罰則を以て、禁じられている。

以　上



City of New York, State of New York, County of New York

I, Devon Carmichael, hereby certify that the document, "マルク米国裁判所へのレター（検察官開示証拠について）1" is, to the best of my knowledge and belief and within the given parameters, a true and accurate translation from Japanese to English.

*Devon Carmichael* (signature)

Devon Carmichael

Sworn to before me this
October 2, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE