# **EXHIBIT G**

**TRENDING NEWS** | MOST POPULAR | US | WORLD | SCIENCE | CRIME | POLITICS | GREAT FINDS | MORE



 Vine Founder Texted 'Candyshop' Before OD Death

 Tech Exec Found Dead Hours After Kidnapping

 Internet Regulation, Buh-Bye

 Leaked Audio Reveals How Zuckerberg Really Feels

TECHNOLOGY / BITCOIN                 Go to Grid   |   Next Story

# Cryptocurrency 'Villain' Tells His Side of the Story

**Mark Karpelès opens up to 'Fortune'**

 By **Neal Colgrass**, Newser Staff
Posted Apr 29, 2018 4:30 PM CDT

    36 comments

**(NEWSER)** – One of the most infamous figures in Bitcoin history has endured death threats, interrogations, and a year in solitary at a Tokyo jail. Now Mark Karpelès is telling his full story for the first time. "I think this really is the worst experience for anyone to have in life," he tells *Fortune*. "But based on the information I had at the time ... I still think that I've done the best I could." To recap: Karpelès was CEO of Mt. Gox, the world's biggest Bitcoin exchange, when an apparent $473 million hack forced it to declare bankruptcy in 2014. Karpelès says he then found 200,000 missing Bitcoins in an archived file, but critics said he was just dangling his secret stash to appease creditors. Perhaps worse, leaked records indicate that Mt. Gox had fraudulently inflated its numbers to stay afloat.

For that, the Frenchman was arrested by Japanese police in 2015. He denied everything during months of interrogations, he says, and lost 70 pounds in his cell. Now free while on trial for embezzlement and other charges, he was partly vindicated when Russian citizen Alexander Vinnik was arrested for allegedly laundering most of the hacked Mt. Gox Bitcoins. But they remain lost, and the sharp rise in Bitcoin value only complicates matters because Japanese bankruptcy law would give most of it to Karpelès—who wrote on Reddit that he'd pass on what could be worth over a billion dollars, Business Insider reported. "The only thing I'm touching related to cryptocurrency is how to solve this bankruptcy," he tells *Fortune*. "Bitcoin right now is, I believe, doomed." (A suspected Bitcoin thief broke out of a low-security prison and flew home to Sweden.)

## Popular on Newser

1. There's Another Whistleblower

2. Doctors: Lungs Have Been 'Torched' in Vaping Patients

3. Sperm Donor's 'Overwhelming' Find Leads to $5.25M Suit

4. Man Sues Wife's Lover, Wins $750K

5. She Died at 102. Then Came the $160 'Termination Fee'

 On This Day: **October 3** 10 Years of Headlines

**My Take on This Story**          Show results | Report a story error



HILARIOUS | INTRIGUING | DEPRESSING | BRILLIANT | SCARY | RIDICULOUS

**Next on Newser: Only After the 3rd Death in One House Did Things Unravel**

# Comments

Read comment policy

SHOWING 3 OF 36 COMMENTS


**TrollRoad**   Apr 30, 2018 7:39 AM CDT
"says he then found 200,000 missing Bitcoins " If he can find something that doesn't really exist, I hope he looks next for Sasquatch.


**jqpabc123**   Apr 30, 2018 3:50 AM CDT
Bitcoin is crypto-currency 1.0. There are well known flaws in it's design that prevent it from ever functioning as an effective currency. What's left is mostly just a speculation bubble --- the value of bitcoin goes up because more people buy into it and more people buy into it because the value goes up. In other words, it's a modern version of 17th century tulip bulb mania --- a bubble that will eventually go pop. This does not mean that crypto-currency in general is or always will be inherently bad or ineffective. I believe that crypto-currency is technically feasible and the marketplace demand in undeniable. There is tremendous potential in the newer crypto-currency systems that are just now getting started.


**Oddman**   Apr 30, 2018 2:40 AM CDT
Some basic facts about crytpocurrencies your editor may be interested in: - Bitcoin is a currency, not a company. Currencies don't have CEOs, companies do. - Mt Gox was a trading platform where different cryptocurrencies were traded. Your headline is both wrong for the reason above and misleading, as it makes quite a difference if a CEO says his product is doomed, or if a former shop keeper says that one of his products he used to sell is doomed.If Bitcoin had been a company, you would have been sued for this headline.



Newser In Your Inbox

Get The Morning 8: The eight stories you need to know, bright and early.

Get Newser Apps

iPhone iPad      Android      Windows

View all Newsletters and sign up

About Us    Contact Us    Terms of Use    Privacy Policy    Sitemap

Switch to Mobile Site                          © 2019 Newser, LLC. All rights reserved.