# EXHIBIT H

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/former-mt-gox-bitcoin-bigwig-found-guilty-wont-likely-do-time-11552613358

MARKETS

# Former Mt. Gox Bitcoin Bigwig Unlikely to Do More Jail Time After Beating Embezzlement Charges

Exchange run by Mark Karpelès collapsed in 2014



Mark Karpelès at a press conference in Tokyo in July 2017. **PHOTO:** QUENTIN TYBERGHIEN/AGENCE FRANCE-PRESSE/GETTY IMAGES

*By Kosaku Narioka and Takashi Mochizuki*
Updated March 15, 2019 5:47 am ET

TOKYO—The former chief of the collapsed Mt. Gox bitcoin exchange, once the world's biggest, won a not-guilty verdict Friday on the more serious charges against him and was given a sentence that probably won't include prison time.

The Tokyo District Court found Mark Karpelès guilty of producing illegal records, but a three-judge panel rejected charges that Mr. Karpelès embezzled money or abused his position at Mt. Gox for personal gain.

The exchange collapsed in February 2014 after losing 850,000 bitcoins then valued about $470 million.

Mr. Karpelès, a 33-year-old Frenchman, wasn't charged over the loss of the bitcoins. A U.S. indictment unsealed in July 2017 alleged a Russian citizen named Alexander Vinnik obtained funds from a hack of Mt. Gox and laundered them through online exchanges. Mr. Vinnik was arrested in Greece that month, and a legal battle over extraditing him to the U.S. continues. A lawyer for Mr. Vinnik has denied the charges.

Friday's ruling in the Karpelès case amounted to a near-defeat for Japanese prosecutors who spent years pursuing their allegations that he was guilty of serious crimes. They had sought a 10-year prison term. Instead, the court said that Mr. Karpeles, although sentenced formally to two years and six months in prison, wouldn't have to go to prison at all so long as he stays on good behavior during the next four years.

Tokyo prosecutors are gearing up for a case against another prominent French citizen, former Nissan Motor Co. Chairman Carlos Ghosn. He, like Mr. Karpelès, maintains his innocence on financial charges that carry a potential prison sentence of up to 10 years.

It is rare for courts in Japan to completely exonerate a defendant, but it is more common for judges to issue verdicts that effectively rebuke prosecutors for going too far, as happened Friday.

The case centered on allegations Mr. Karpelès manipulated Mt. Gox's books to inflate the amount of dollars and bitcoins held by customers. Prosecutors said Mr. Karpelès wrongfully spent some $3 million of customers' money for his personal use. Mr. Karpelès said he was innocent on all the charges.

The court found Mr. Karpelès guilty of creating false records in the Mt. Gox bitcoin brokerage system, but it rejected more serious charges of embezzlement or breach of trust—a crime signifying abuse of one's executive position.

Chief Judge Tomoyuki Nakayama said there was no financial damage done to Mt. Gox and Mr. Karpelès didn't intend to cause such damage. Judge Nakayama said owners of small companies often borrow funds from their company without proper accounting and it could be assumed Mr.

### EARLIER COVERAGE

- The Man Who Solved Bitcoin's Most Notorious Heist (Aug. 10, 2018)
- Court Blocks Payday for Chief of Bankrupt Mt. Gox Bitcoin Exchange (June 25, 2018)
- Former Bitcoin King Is Bankrupt—And He Could Get Rich Again (Nov. 9, 2017)
- Former Chief of Collapsed Bitcoin Exchange Mt. Gox Stands Trial in Tokyo (July 12, 2017)
- Japanese Police Arrest Mark Karpelès of Collapsed Bitcoin Exchange Mt. Gox (Aug. 1, 2015)

Karpelès intended to return money that he took for his personal use.

The defense acknowledged Mr. Karpelès created some records that didn't correspond to real holdings, but it argued he did so to fulfill any requests to withdraw bitcoins or cash smoothly.

Mr. Karpelès wore a dark suit and listened calmly in the courtroom. "I am grateful that the judges accepted my claim that I didn't steal money from customers," he told The Wall Street Journal.

The verdict could be appealed by either side.

He was arrested in August 2015 and spent nearly a year in jail maintaining his innocence until he was released pending trial—somewhat similar to the case of Mr. Ghosn, who was held in jail for 3½ months before his release March 6 pending trial.

Mt. Gox at one point handled the world's biggest volume of bitcoin trading, but it was forced to file for bankruptcy protection in February 2014. Shortly afterward, Mr. Karpelès said he located 200,000 of the 850,000 bitcoins that had gone missing.

In April 2014, a Tokyo court ordered the company to be liquidated. Nearly 25,000 people around the world filed claims.

Initially, it seemed the creditors would get only a fraction of their money back. But in the years after Mt. Gox's collapse, bitcoin surged in value. Even after a plunge over the past year, one bitcoin is still trading for nearly $4,000, or roughly eight times the level five years ago.

In an unusual move, the Tokyo District Court in June 2018 halted the liquidation and started new bankruptcy proceedings. Previously, Mt. Gox's former customers had been limited to getting back the yen value of the bitcoins they owned based on the price of bitcoin in April 2014. The court's move meant they might get back some bitcoins instead, which would likely be worth more.

The court's revised bankruptcy plan also prevented Mr. Karpelès from cashing in on the remaining bitcoins at Mt. Gox. Previously he could have been in line to receive hundreds of millions of dollars, creditors had calculated.

Nobuaki Kobayashi, the court-appointed trustee of the bankruptcy proceedings, has sold nearly a third of the remaining 200,000 bitcoins to lock in gains, generating nearly ¥70 billion ($626 million) by September 2018. The trustee is scheduled to submit his plan on how to distribute assets among creditors by April 26 for court approval.

**Write to** Kosaku Narioka at kosaku.narioka@wsj.com and Takashi Mochizuki at takashi.mochizuki@wsj.com

*Appeared in the March 15, 2019, print edition as 'Tokyo Court Finds Bitcoin Pioneer Guilty.'*

Copyright © 2019 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.