UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant*. | No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**DECLARATION OF BENJAMIN S. THOMASSEN**

I, Benjamin S. Thomassen, declare as follows:

1. I am an adult over the age of 18 and a resident of the State of Illinois. I am an attorney at the law firm of Edelson PC, which has been retained to represent the plaintiff in this matter, and I am admitted to practice before this Court. I make this Declaration in support of Plaintiff's Motion to Compel and am fully competent to do so. I have personal knowledge of all matters set forth herein unless otherwise indicated, and, if called upon to testify, I could and would competently do so.

2. In October 2016, Mark Karpeles emailed information and documents concerning the Mt. Gox exchange to me and other attorneys at Edelson PC. Among other such information, Karpeles forwarded two emails from his "mark@tibanne.com" email account, on October 18, 2016, one of which was filed on the public docket in this case at dkt. 277-3, PageID #:3148. (The other also concerns Mt. Gox business and includes the same parties identified in the email filed at dkt. 277-3.) Elements of the forwarded email confirms that it was accessed and printed directly from the "mark@tibanne.com" email address: (i) the upper-left portion of the document

1

shows the print date of the email (10/11/2016), (ii) the next line shows both that the email was printed from a "Gmail by Google" account and was accessed and printed from the "Mark Karpeles <mark@tibanne.com>" email address, (iii) the third line shows the subject line of the email, and (iv) the fourth line shows the message sender and recipients, as well as the date that the email was originally sent. Emails printed from my own email account (bthomassen@edelson.com, which is also hosted by Gmail) follow this exact same format when printed in PDF format.

3. Attached hereto as Exhibit A is a true and accurate copy of a document filed in the matter of *Raggio, et al. v. McCaleb, et al.*, No. 14-cv-71, Circuit Court of the First Judicial District, Hinds County, Mississippi.

4. In his written responses to Plaintiff's First Set of Interrogatories, Karpeles objected to providing Plaintiff with information that "would rely on documents that he believes are precluded from disclosure under Japanese law applicable to criminal proceedings." This included an objection to Plaintiff's request that Karpeles identify and describe all facts supporting his contention that the investments of class members were "lost due to a hack, transaction malleability, a computer bug, or through any other method."

5. Plaintiff's counsel retained counsel in Japan for the purpose of setting up meetings with and obtaining documents from the trustee appointed to oversee the Mt. Gox bankruptcy (and, thereafter, civil rehabilitation) proceedings. The trustee, however, would not meet with counsel from Edelson PC and did not agree to provide any exchange-related documents.

6. Plaintiff has produced documents in his possession in response to Karpeles's discovery requests (including the thousands of documents produced prior to Karpeles's

engagement with this case). During the meet and confer process, I confirmed that while Mr. Greene had limited the scope of his search for documents in some capacities (e.g., he did not search for bitcoin-related documents he received *after* the collapse of Mt. Gox, as any such documents could not have had any effect on his decision to invest on the Mt. Gox exchange), he was not withholding any documents in his possession based on his objections.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 15, 2019              /s/ Benjamin S. Thomassen

## CERTIFICATE OF SERVICE

    I, Benjamin S. Thomassen, an attorney, hereby certify that on October 15, 2019, I served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                            /s/ Benjamin S. Thomassen