# Exhibit A

| | |
|---|---|
| From: | Mark Karpeles <mark@tibanne.com> |
| To: | Jed McCaleb <admin@mtgox.com> |
| Sent: | 1/28/2011 10:45:05 AM |
| Subject: | Re: Re: |

Hi,

I can understand your worries, however having mtgox working with only a fraction of the amounts being exchanged might be problematic too.

By taking over mtgox, one of the first step will be to define terms & conditions defining exactly how the users are insured, and what they can do if (for example) someone manages to exploit problems in the site.

This means also that I need to be 100% sure we will be able to answer any withdraw request from someone who deposited anything. Any problem on this side might have a desastrous effect not only on mtgox, but on the whole bitcoin economy itself (ie. the moment when people understand the world is not all pink and get scared).


Anyway I both understand your worries (just giving up mtgox to someone you never met) and mine (taking the resposability of a site without having the whole lot of stuff received by people).
I haven't found any solution that would solve both problems at the same time yet, but I'm still thinking about it.

If you have any idea regarding that please let me know.


Also a loss of $50k even before starting is rather large, especially considering what I could read in the mtgox presentation.


Anyway I'm tired, it's 00:45 here, I'll think more tonight and will reply again tommorrow.


Mark


PS: As for the framework no problem, I have plans if things go smoothly to adapt mtgox on the framework we use here :)

Le vendredi 28 janvier 2011 à 10:10 -0500, Jed McCaleb a écrit :
> Hi Mark,
> I'm trying to think of the best way to handle the transfer.
> I guess I should hold a lot of the BTC and $ in reserve for some
> amount of time. Right now I only keep 1/3 of the BTC on the server
> anyway to limit the exposure if something terrible goes wrong. And
> deposits always are greater than withdrawals so there is a
> considerable buffer of both cash and BTC.
>
> Also there was a hacking incident since we started talking. Someone
> was able to take about $50k in LR. The problem was that LR allows
> multiple transactions in their call to
> https://api.libertyreserve.com/xml/transfer.aspx and I wasn't checking
> that the LR account name they gave was valid. So they would just close
> the current transaction and start another. Basically like a SQL
> injection attack. Obviously a big mistake on my part.
> I know now you probably wonder if the whole site is riddled with bugs.
> I like to think I'm pretty careful about this type of thing and there
> is nothing like this left in there. And I know this guy was hacking
> around on the site trying various things for a month or so. So that is
> some indication that there is nothing this bad on there.

```
>
> The loss of the 50k although a lot of money shouldn't actually be an
> issue as long as deposits continue to be greater than withdrawals. We
> can just let the loss ride until the site either makes it or not.
> And maybe you know some crafty way to track these guys down. The two
> IPs they used seem static. The machines both respond to pings.
>
> Also I don't know if I mentioned but the site is built on this php
> framework called lithium.
> Jed.
>
>
> On Mon, Jan 24, 2011 at 1:28 PM, Jed McCaleb <admin@mtgox.com> wrote:
> > Hi Mark,
> > So here is what I'm thinking:
> > No cash upfront.
> > I get 50% of revenue for 6 months or until I get $60k whichever is greater.
> > 12% of the company you form to hold mtgox.
> > How does this sound?
> > Thanks,
> > Jed.
> >
```

SRC05947

| | |
|---|---|
| From: | Jed McCaleb <jed@mtgox.com> |
| To: | Mark Karpeles <admin@mtgox.com> |
| Sent: | 4/28/2011 9:33:07 AM |
| Subject: | |

I can't tell how big an issue it will be to be short 80k BTC if the
price goes to $100 or something. That is quite a bit to owe at that
point but mtgox should have made a ton of BTC getting to there. There
is also still the fact that the BTC balance will probably never fall
below 80k. So maybe you don't really need to worry about it.
There are 3 solutions I have thought of:
- Slowly buy more BTC with the USD that Gox Bot has. Hopefully you
would fill up the loss before the price got out of hand.
- Buy a big chunk of BTC (really just moving the BTC debt to the USD
side) If BTC goes up this is a huge win. Problem is there isn't enough
BTC for sale on mtgox. Maybe you could find someone on the forum to do
it?
- Get those crystal island people to invest. They have 200+ BTC so
they could fill in the gap.

Maybe you could just mine it?

SRC11778

**From:** Jed McCaleb <jed@mtgox.com>
**To:** Mark Karpeles <admin@mtgox.com>
**Sent:** 4/30/2011 8:13:49 AM
**Subject:**

Can you start tracking the daily or every 4 hour usd/btc balance:
select sum(usd)/1000,sum(btc)/1000 from Users;
It would be good to know how the site balance is changing.
I'm guessing the level of BTC might actually go down as the price
rises since I think the site will have a balance around the current
price ratio. So if the price goes to $10 (which it seems like it will
do soon given the rate of deposits). We would need to hold 3.4 million
USD to justify the current level of BTC. Maybe that is reasonable
actually but I could easily imagine only 1 mil in deposits and 100k in
BTC which is very close to the danger zone.

Oh if you implement options it will be easier to hedge this btc95k
loss without having to spend $300k now.

| | |
|---|---|
| **From:** | Jed McCaleb <jed@mtgox.com> |
| **To:** | Mark Karpeles <admin@mtgox.com> |
| **Sent:** | 7/1/2011 3:42:13 PM |
| **Subject:** | |

Please, please give me a way to wake you up.
I promise only to do it if I'm sure the site is broken.
I won't drunk dial you.

SRC12680

**From:** Jed McCaleb <jed@mtgox.com>
**To:** Adam <adam@mtgox.com>;Mark Karpeles <admin@mtgox.com>
**Sent:** 7/2/2011 1:32:06 PM
**Subject:**

Site is screwed again.
Are you just intent on burning this thing to the ground? Why do you refuse to give me or someone in a different timezone a way to wake you up?

SRC12692

| | |
|---|---|
| **From:** | Jed McCaleb <jed@mtgox.com> |
| **To:** | Mark Karpeles <admin@mtgox.com> |
| **Sent:** | 7/2/2011 4:42:51 PM |
| **Subject:** | |

It was stuck at 15.50. You couldn't place a sell order below that.
Extremely annoying if you just made a bet that the price will drop.
Seems to be working now. Maybe you woke up and fixed it or maybe not
who knows since you don't communicate.
Jed.

| | |
|---|---|
| **From:** | Jed McCaleb <jed@mtgox.com> |
| **Sent:** | 7/2/2011 5:02:25 PM |
| **Subject:** | |

Mark,
I wanted to talk to you on the phone about all this since it will be much quicker but whatever

You guys are fucking this up so big time.
Before the hack mtgox was on pace to be easily worth $30 million dollars. Much more if it continued to grow along with bitcoins. Now that has all changed obviously.
You are extremely lucky that tradehill kinda sucks and camp BX isn't ready yet. But that window is closing soon. There will be an e

Mark,
My balance, Other people's balance
Re-Design.
Camp BX
Hire people damit. It is really embarassing to say you have 2 people on staff.
Blame issues
you slaming the code
This was a prototype so I could see if I liked lithium.
I wrote it in 2 weeks
PR fuck ups:
Only communicating in IRC
Allowing withdrawing before issuing the Press Release
Never updating the status
Not handling the volume of email
That interview with onlyoneTV
Proving you hold the bitcoins on IRC
Did you do simple things like mail all the large account holders to reassure them? 20 people probably hold 50% of the funds on the site
TOS for the site
Posting how the exchange is regulated
Getting a team together. It is crazy to run a 30million dollar business by yourself. You need to decide what role you want in the company. CTO, CEO, Lead programmer etc.
In the meantime I can help you get a lot of this stuff going:
Design
Finding a CEO
Finding more programmers
Finding a Designer
Getting someone to security Audit the site
TOS for the site
Get the 4million in a money market account so it is making interest
Talk to lawyers in the US
Got to get volume back up
Make sure everyone has reclaimed their account
Put out the press release
Get the websocket working again


Good luck with the company,
Jed.

**From:** Jed McCaleb <jed@mtgox.com>
**Sent:** Tuesday, December 06, 2011 10:09 PM
**To:** Mark Karpeles
**Subject:** Re: EARNOUT

> As for sending you $263,431.00 it should be fine, as long as you
> accept the fact we may be required to ask funds back once the
> accounting is completed, in April.
Yes that is fine.

I'd rather receive this money in 2012. So a wire in the first days of January would be great.
Thanks Mark,
Jed.

On Mon, Dec 5, 2011 at 6:13 PM, Mark Karpeles <admin@mtgox.com> wrote:
> Hi,
> Unfortunately it is not possible for us to cover the loss of funds
> directly taken from an account. Whatever the reason may be, your
> account has been accessed directly and funds were withdrawn out of it.
> Should you need funds to be located you need first to do a police
> declaration stating the exact loss, and send us a copy so we can start an investigation here.
> Those conditions are the same for everyone, and we cannot make
> exceptions until most of our biggest investigations are completed.
> Once we get the police reports we'll be able to submit the account
> informations to the appropriate law enforcement agency, and possibly
> get the insurance to refund the lost funds.
> As for sending you $263,431.00 it should be fine, as long as you
> accept the fact we may be required to ask funds back once the
> accounting is completed, in April. We won't know the exact amount
> until we complete the whole accounting, which we had to re-do from
> zero due to the fact it needs to be done in a specific way for
> compliance with US, EU, JP, HK and other international laws.
> Please note that all the funds we are sending are subject of
> investigation for now, with FinCEN looking closely at our activity,
> and preventing move of funds to accounts suspected of illegal
> activity. We are working on solving this issue and expect a ruling
> that would clear us of money laundering within the next months.
>
> While I'm not considering the BTC stolen from the rooted box to be
> required to be paid by you, it is not up to me to decide. There is a
> criminal investigation in progress to locate those BTC. I don't know
> how long it'll take, but it's moving forward.
>
> Mark
>
> On Tue, Dec 6, 2011 at 3:00 AM, Jed McCaleb <jed@mtgox.com> wrote:
>>
>> Hi Mark,
>> You need to pay me the earnout.

```
>> I have been very patient and have waited months beyond when this was due.
>>
>> I know you said you want to wait to see how much I still owe the
>> company from the chase account.
>> This is taking too long and I also reduced the amount of cash in my
>> mtgox account when you took over to be the approximate value of what
>> I still owed from chase. So I don't think I owe you much more.
>> Once your accounting is done and you determine how much I still owe
>> you can take it from my mtgox account.
>>
>> In the meantime you need to pay me:
>> $263,431
>> + 2995 BTC (What was lost during the hack from my mtgox account)
>> + 145 BTC (What was lost during the hack from my fivegrinder account)
>> I'll send you the wire information tomorrow.
>>
>> I don't think the BTC that was stolen when the box was rooted should
>> come out of my earn out for the following reasons:
>> The contract between us was already signed.
>> You had root access to the box at that point The terms of this sale
>> are already extremely favorable to you. You are getting such a good
>> deal as it is.
>>
>>
>> Thanks,
>> Jed.
>
>
```

| | |
|---|---|
| **From:** | Jed McCaleb <jed@mtgox.com> |
| **Sent:** | 2/1/2012 11:39:15 AM |
| **Subject:** | IMPORTANT |

Hi Mark,
I'm going to try one last time to get through to you.

You are holding mtgox back.

You are fucking up the company.

You are incompetent as a manager.

Anyone I have talked to that knows anything about mtgox says the same thing:
Roger Ver
Jesse Powell
Andrew Lee
Steve DeProspero
Adam Turner
Any customer of yours

You don't listen to what anyone says. You are incapable of delegating authority so nothing gets done. Haven't you noticed how many people are upset with you? Do you think you are doing a good job?

Please,please, please step down as CEO and find someone else to run the company.
Mtgox won't be around in a year if you don't do this.

I'm sure you are a good programmer but this doesn't make you a good manager. You clearly don't know how to run a business. It is ok to admit that.

If it is a pride thing you can still be the face of the company but you have to give control to someone else.

If you won't take the advice of literally *everyone* around you, then please make an offer for the 12% I still own. Serious I want to sell them make me an offer.

Thanks,
Jed.

SRC13552

| | |
|---|---|
| **From:** | Mark Karpeles <mark@tibanne.com> |
| **To:** | Jed McCaleb <jed@mtgox.com> |
| **Sent:** | 2/1/2012 6:41:03 PM |
| **Subject:** | Re: A request regarding your ID |

Hi,

Just so you may know, we've spent ~4 million yen a month during the past 3 months to progress on getting legal. This progress will allow us to display a healthy business and bring in investors without fear to see the business closed the next day by a police raid. Our operating cost for the past year is far from $788k, however it'll get close to that once we finish what we are doing right now.

Now, the fact is, by its concept, MtGox acts as a money transmitter under US, EU, Japanese, Hong Kong, Australian and by law of most countries. This means that since its very beginning, MtGox has been operating illegally and allowing operations which shouldn't have been allowed (for example, allowing people to sell bitcoin or to withdraw is illegal).

This spending is not scheduled to go on forever, however running costs will increase (we need to hire 5~20 people by the end of 2012 to be operating legally, including auditors), but it is expected that the resulting company image will also increase quite a lot.

None of the candidates I saw for director had enough knowledge of international laws, banking laws and every single rule related to the business being run here. Some were ready to run MtGox as an illegal business by moving it to unregulated tax haven and control it from there. This would however be a major setback for Bitcoin, and not going to bring much business. The things we are doing right now will however most likely see someone else sitting as director, someone with experience in running a bitcoin exchange. I'll give more details once things gets clearer.

Anyway the business is being restructured to fit the requirement of acting legally, with proper auditing, and jobs for everyone. We've had a few setbacks and lost investments (Andrew is one), however things are globally moving in the right direction, including in terms of bringing investments.


Mark

2012/2/2 Jed McCaleb <jed@mtgox.com>
Holy shit I just saw this: https://mtgox.com/press_release_20120201.html
Are you guys really spending $788k a year!
What on earth are you doing?

Mark I'm sure you are a smart guy and a good programmer. But you
really really need to find someone that is a competent manager. Anyone
I've talked to that knows anything about mtgox says the same thing.
Please just ask anyone that works there what would help the company
run better. I'm sure they will all say that you need to delegate some
authority. You are the bottleneck for everything. It is really holding
the company back.
Andrew was telling me he saw you making the freaking yubikeys while he
was there! A completely mindless activity that you could easily have a
support person do.
Anyway I could go on and on about things that are messed up but it
seems pointless since the other issue is you don't listen to anyone.



SRC13555

Haven't you noticed how many people are upset with you? Do you think you are doing a good job?

Jed.


2012/1/30 Jed McCaleb <jed@mtgox.com>:
> Well I'm still waiting for a P&L sheet from you guys. I just need what
> your expenses are vs what your revenue is. Without this it is
> impossible to put a value on the shares. or just make me an offer.
> Jed.
>
> 2012/1/30 Mark Karpeles <mark@tibanne.com>:
>> Hi,
>>
>> How much would you be willing to sell 15 of your 60 shares for?
>>
>> We can also do the transfer instead, just need some paperwork and signature
>> from both you, as donator, and the receiver of shares.
>>
>>
>> Mark
>>
>>
>> 2012/1/31 Jed McCaleb <jed@mtgox.com>
>>>
>>> Hi guys,
>>> The better solution is to transfer 3% of the shares to:
>>> Dawn Mi Soon Burzlaff
>>> 3037 Deakin
>>> Berkeley CA 94705
>>>
>>> That way you can avoid giving them my ID.
>>>
>>> Even better than that would be for mark or mtgox to buy 3% (or more) from
>>> me.
>>> Thanks,
>>> Jed.
>>>
>>> 2012/1/29 momoko asai 浅井桃子 <momoko@tibanne.com>:
>>> > Hello Jed,
>>> >
>>> > I want to ask if it is okay with you that we (MTGOX) submit your ID
>>> > (copy of your passport) to HSBC Australia. It is required to submit all
>>> > the IDs of 10%~ shareholders of our company in order to open an account
>>> > at the bank.
>>> >
>>> > Please let me know if you are ok with that.
>>> >
>>> > We really appreciate your understanding and cooperation.
>>> >
>>> > Thank you very much,
>>> >
>>> > Momoko

SRC13556

```
>>> > --
>>> > ==========================================
>>> > Momoko Asai
>>> >
>>> > TIBANNE Co.,Ltd.
>>> >
>>> > Cerulean Tower 15F, Sakuragaoka-cho 26-1,
>>> > Shibuya-ku Tokyo, Japan 150-8512
>>> >
>>> > Tel: 03-4588-3921
>>> > Fax: 03-4588-3915
>>> > -----------------------------------------
>>> > 浅井桃子(あさい ももこ)
>>> >
>>> > 株式会社 TIBANNE(ティバン)
>>> > 〒150-8512　東京都渋谷区桜丘町26-1
>>> > セルリアンタワー15F
>>> >
>>> > Tel: 03-4588-3921
>>> > Fax: 03-4588-3915
>>> > ==========================================
>>
>>
```