# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 14-cv-01437 |
| Plaintiffs, | ) ) ) | Hon. Gary Feinerman |
| v. | ) ) ) | Magistrate Judge Susan Cox |
| MARK KARPELES, an individual, | ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF MARK KARPELES

I, Mark Karpeles declare as follows:

1. I am over the age of eighteen years and I am competent to testify in this matter. If called to testify in this matter, and permitted to leave Japan, I could and would competently testify as to the matters set forth in this Declaration, as I know them to be true based upon my personal knowledge.

2. In early 2014, Mt. Gox entered into Japanese bankruptcy proceedings.

3. In early 2015, Tibanne KK, which is the majority shareholder of Mt. Gox, also entered into Japanese bankruptcy proceedings.

4. In early 2015, the trustee for Mt. Gox's Japanese bankruptcy told me, and all other Mt. Gox employees, to confirm that we had sent the trustee all relevant data, to provide the trustee with any remaining documents, and to erase any remaining data. A true and correct copy of the form require by the Japanese bankruptcy trustee is attached to this Affidavit as Exhibit 1.

DocuSign Envelope ID: D68E7875-8DC2-4783-9003-9A1B205BFED0

5. I provided the trustee with all requested documents and materials and erased any remaining data.

6. This erasure included any copies of e-mails that I sent or received in the @tibanne.com and @mtgox.com email accounts that I used to conduct Mt. Gox business.

7. As of today, the Mt. Gox exchange database is in the possession of the Mt. Gox trustee and Japanese law enforcement.

8. As of today, all e-mails related to Mt. Gox are in the possession of the Mt. Gox trustee and Japanese law enforcement and all e-mails related to Tibanne KK are in the possession of the trustee for Tibanne KK's Japanese bankruptcy and Japanese law enforcement.

9. I was arrested on August 1, 2015 in Japan and eventually charged with embezzlement and manipulation of computer data.

10. Because I no longer had possession of, or access to, any records related to Mt. Gox or Tibanne KK, the prosecution provided me with materials necessary for my defense in my criminal trial.

11. E-mails from @tibanne.com and @mtgox.com and other documents were returned to me in physical form. I then scanned and saved certain emails and documents as pdfs in my personal Google account.

12. In 2015/2016, the bankruptcy trustee for Tibanne gave me limited access to the mark@tibanne.com e-mail address in order to gather evidence for my criminal trial.

13. I have reviewed the Plaintiff's Reply in Support of Motion to Compel, [Dkt. 442], and the Declaration of Benjamin S. Thomassen, [Dkt. 443].

14. The Mt. Gox database was provided to me by the prosecutors for my defense.

15. It is my understanding that while I can generate statistics from the Mt. Gox user database, I cannot turn over the database itself under Japanese law.

16. I had been arrested in October 2015 and was released from prison in July 2016.

17. When I provided certain materials to Edelson PC in October 2016 just a few months after my release, I was not represented by counsel and was not aware that sharing those materials was illegal under Japanese law.

18. I did not forward e-mails from mark@tibanne.com to Edelson PC.

19. The October 18, 2016 e-mail to Mr. Thomassen has four e-mails attached as pdf documents. [*See* Dkt. 277-3].

20. The specific e-mail which comprises the last page of Dkt. 277-3 is a printout of the pdf attached with the name "20130621_mizuho_stop.pdf." I was able to access this e-mail only because the Tibanne bankruptcy trustee allowed me limited access to the mark@tibanne.com account in 2016 to gather evidence for my criminal defense.

21. I do not have access to the @tibanne.com and @mtgox.com accounts I used to conduct Mt. Gox business and any e-mails in my possession that were originally sent to or received from those addresses were given to me by the Japanese prosecutors and stored in my Google account as a pdf file.

22. All documents and materials currently in my possession that are related to Mt. Gox or Tibanne KK were provided to me by the Japanese prosecutors for my criminal trial.

23. I have been informed by my Japanese counsel that producing these documents would subject me to criminal liability under the laws of Japan.

I do hereby declare, under penalty of perjury under the law that the foregoing is true, accurate and correct to the best of my knowledge.

Executed on the date of: 10/29/2019

Signature – MARK KARPELES