# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Gregory Greene, et al.

                        Plaintiff,

v.                                                  Case No.: 1:14–cv–01437
                                                          Honorable Gary Feinerman

Mark Karpeles, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 30, 2019:

    MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons and to the extent stated on the record, Plaintiff's motion to compel production of documents responsive to Plaintiff's first set of requests for documents [437] granted in part and denied in part. By noon Toyko time on 11/4/2019, Defendant Karpeles shall produce to Plaintiff all documents (paper or electronic) responsive to Plaintiff's document requests that he received from the Japanese bankruptcy trustees. A further order will address the documents Plaintiff received from the Japanese public prosecutor.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.