UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) vs. ) ) MARK KARPELES, ) ) Defendant. ) | 14 C 1437<br><br>Judge Gary Feinerman |

**ORDER**

The 10/30/2019 order [446] is supplemented to require Defendant Karpeles to make a good faith effort to secure permission of the Japanese public prosecutor to disclose to Plaintiff Greene the documents and other materials that Karpeles received from the prosecutor. Karpeles is directed to include a copy of this order along with his request to the public prosecutor. The court notes that any documents and other materials produced by Karpeles would be subject to a protective order, which would protect the privacy of any non-party named therein, and respectfully requests that the Japanese public prosecutor grant the permission sought by Karpeles.

**STATEMENT**

For the reasons stated on the record at the 10/30/2019 hearing, Doc. 446, the court denied Plaintiff Greene's motion to compel insofar as it would have required Defendant Karpeles to produce documents and other materials that Karpeles received from the Japanese public prosecutor. The court did so out of respect for Article 281-4 of the Japanese Code of Criminal Procedure, which provides that a present or former criminal defendant "must not deliver, present or send by telecommunication lines to others copies and other materials which the public prosecutor has given [the defendant] the opportunity to inspect or copy for the preparation of the proceedings of a case charged to the court." That said, and as Karpeles acknowledges, Doc. 441 at 4, this court "may require [Karpeles] to make a good faith effort to secure permission from the [Japanese public prosecutor] to make [those documents and other materials] available." Restatement (Third) of the Foreign Relations Law of the United States § 442(2)(a).

Accordingly, the court directs Karpeles to make a good faith effort to secure the Japanese public prosecutor's permission to produce to Greene the documents and materials that Karpeles received from the prosecutor—limited, of course, to the documents and materials responsive to Greene's written discovery requests. If the prosecutor gives permission, Karpeles shall designate as confidential the produced documents and other materials, which will protect the privacy of any non-party named therein.

2

      This court respectfully requests that the Japanese public prosecutor grant the permission sought by Karpeles. The documents and other materials are very important to the proper resolution of this civil case, a putative class action brought by a Mt. Gox customer who alleges he was harmed by Karpeles's actions. It is the court's hope that the prosecutor will grant permission, given that Karpeles's criminal trial has concluded, and given that this civil case has the purpose of determining whether Karpeles is responsible for the harms caused by the shutdown of the Mt. Gox bitcoin exchange.

November 8, 2019

_____
United States District Judge