# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Gregory Greene, et al.

                              Plaintiff,

v.                                                     Case No.: 1:14–cv–01437
                                                         Honorable Gary Feinerman

Mark Karpeles, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 18, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 12/19/2019 at 10:00 a.m. The parties shall file a status report by 12/16/2019 regarding (1) Defendant's request of the Japanese prosecutor and (2) whether the expert disclosure/deposition schedule should be amended.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.