IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | Case No. 1:14-cv-01437 |
| *Plaintiffs*, | Hon. Gary Feinerman |
| v. | Magistrate Judge Susan Cox |
| MARK KARPELES, an individual, | |
| *Defendant*. | |

**STATUS REPORT**

Pursuant to the Court's November 18, 2019 order [Dkt. 449], Plaintiff Gregory Greene and Defendant Mark Karpeles hereby state as follows:

1. As reported at the parties' last status hearing, counsel for Defendant provided Mark Karpeles's criminal attorney in Japan with a copy of the Court's November 8, 2019 order on or about November 12, 2019. [*See* dkt. 447.] To date, counsel for Defendant has been informed that the order has been provided the Japanese public prosecutor, but has no information that the Japanese public prosecutor has issued any kind of response regarding the Court's order. As such, Defendant has not produced any documents implicated by the Court's November 8th order.

2. Plaintiff believes there is a sufficient evidentiary record to move forward with expert disclosures and his motion for class certification consistent with the existent case schedule. That said, the parties have conferred and acknowledge that if additional documents are produced in this case—specifically, those withheld by Defendant based on Article 281-4 of the Japanese Code of Criminal Procedure—the expert disclosure and deposition deadlines in this case may, upon motion by either party, be revisited and amended with the Court's permission.

3. Until that time, the parties recommend that the case maintain the existing schedule with respect to expert discovery, which is as follows:

    a. Plaintiff's Rule 26(a)(2) Disclosure Deadline: December 26, 2019

    b. Deadline to Depose Plaintiff's Expert(s): February 11, 2020

    c. Defendant's Rule 26(a)(2) Disclosure Deadline: March 27, 2020

    d. Deadline to Depose Defendant's Expert(s): May 8, 2020.

[Dkt. No. 432.]

4. In addition, the parties recommend that the case proceed as follows with respect to class certification (subject to the same potential to be revisited if appropriate in light of any response of the Japanese public prosecutor):

    a. Plaintiff's Motion for Class Certification Deadline: June 5, 2020

    b. Defendant's Opposition to Motion for Class Certification Deadline: July 3, 2020

    c. Plaintiff's Reply in Support of Class Certification Deadline: July 17, 2020.

5. The parties additionally recommend that the Court set a status hearing shortly after its ruling on Plaintiff's Motion for Class Certification. In the meantime, should Defendant receive any communications from the Japanese Public Prosecutor explaining its position as to the Court's November 8th order, the parties will submit a subsequent status report to the Court and make recommendations as to whether a shorter status hearing or other action is necessary.

                                          Respectfully submitted,

DATED: December 16, 2019                EDELSON PC

                                          By: /s/ Benjamin S. Thomassen
                                              One of Plaintiffs' Attorneys

                                          Benjamin S. Thomassen
                                          bthomassen@edelson.com
                                          EDELSON PC
                                          350 North LaSalle Street, 14th Floor

            Chicago, Illinois 60654
            Tel: 312.589.6370
            Fax: 312.589.6378

            J. Aaron Lawson
            alawson@edelson.com
            EDELSON PC
            123 Townsend Street, Suite 100
            San Francisco, California 94107
            Tel: 415.212.9300
            Fax: 415.373.9495

            *Counsel for Gregory Greene and the putative class*

DATED: December 16, 2019     PEDERSEN & HOUPT

            By: /s/ Bevin Brennan (with consent)
              One of Defendant's Attorneys

            Bevin M. Brennan
            Matthew J. Schmidt
            Pedersen & Houpt
            161 North Clark Street, Suite 2700
            Chicago, Illinois 60601
            (312) 641-6888
            bbrennan@pedersenhoupt.com
            mschmidt@pedersenhoupt.com

            *Counsel for Mark Karpeles*

## **CERTIFICATE OF SERVICE**

  I, Benjamin S. Thomassen, an attorney, hereby certify that I served the above and foregoing document, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on December 16, 2019.

               /s/ Benjamin S. Thomassen