UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Gregory Greene, et al.
                             Plaintiff,

v.                                            Case No.: 1:14−cv−01437
                                                 Honorable Gary Feinerman

Mark Karpeles, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 18, 2019:

        MINUTE entry before the Honorable Gary Feinerman:By agreement [450], the expert disclosure and deposition schedule [432] shall stand. Also by agreement [450], Plaintiff shall file his class certification motion by 6/5/2020; Defendant Karpeles shall respond by 7/3/2020; and Plaintiff shall reply by 7/17/2020. The status hearing set for 12/19/2019 [449] is stricken and re−set for 2/19/2020 at 9:15 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.