UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | Case No. 14-cv-01437 |
| Plaintiffs, | Hon. Gary Feinerman |
| | Magistrate Judge Susan Cox |
| v. | |
| MARK KARPELES, an individual, | |
| Defendant. | |

**DEFENDANT MARK KARPELES'S
LOCAL RULE 56.1(a)(3) STATEMENT OF FACTS**

Pursuant to LR 56.1(a)(3) of this Court, Defendant Mark Karpeles ("Karpeles") submits this Statement of Facts in support of his Motion for Summary Judgment.[1]

### I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this matter under 28 U.S.C. §§1332(d)(2) (Plaintiff's Fourth Amended Complaint ("Complaint"), Dkt. 245, ¶ 10, attached hereto as **Exhibit A**).[2]

2. Venue is proper under 28 U.S.C. §§1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in this judicial district. (Ex. A ¶ 12.)

### II. THE PARTIES

3. Plaintiff Gregory Greene ("Greene") is a citizen of the State of Illinois. (Ex. A ¶ 4.)

4. Defendant Mark Karpeles is the sole shareholder and CEO of Tibanne KK, which

---

[1] The facts in this Statement of Facts are accepted as true by Mr. Karpeles for purposes of this motion only as they place the Plaintiff's position in the most favorable light, but Mr. Karpeles reserve the right to dispute these facts should this matter proceed to trial.
2 Mr. Karpeles maintains that this Court lacks personal jurisdiction over him and does not waive any argument related to lack of personal jurisdiction.

owned eighty-eight percent of the shares of Mt. Gox KK. (Deposition Transcript of Mark Karpeles at 18:20-19:2, 20:2-17, 36:7-12 attached hereto as **Exhibit B**.)

5. From 2011 to 2014, Mr. Karpeles was the CEO of Mt. Gox KK. (Ex. B at 8:10-17.)

### III. MT. GOX EXCHANGE

6. The Mt. Gox Bitcoin Exchange ("Mt. Gox") was a bitcoin exchange located in Japan that operated from 2009-2014. (Ex. A at ¶¶ 13, 41, 42; Ex. B at 8:18-20.)

7. In early 2011, Tibanne KK purchased 88% of the shares of Mt. Gox KK from Jed McCaleb, who maintained a 12% interest. (Ex. B at 18:13-16, 36:7-15.)

8. Customers could sign up for an account with Mt. Gox that allowed them to buy, sell, and store bitcoins and fiat currency. (Defendant Mark Karpeles' Responses and Objections to Plaintiff Gregory Greene's First Set of Interrogatories at 4, attached hereto as **Exhibit C**.)

9. Users of Mt. Gox could transfer bitcoins directly into their accounts or deposit cash into their accounts by wiring money to one of Mt. Gox's banking partners. (*Id.*)

10. Users could withdraw cash from the exchange by submitting requests through their Mt. Gox accounts where were then sent to one of Mt. Gox's banking partners for processing. (*Id.*)

11. In 2011, Mt. Gox transferred some Bitcoin to encrypted cold wallets for more secure storage. (Ex. B at 150:2-18)

12. In late 2011, Mt. Gox transitioned to paper wallets, and then to RAID paper wallets in the middle of 2012 for bitcoin storage, which were more secure than the encrypted cold wallets. (*Id.* at 151:1-152:10, 159:1-160:12.)

13. Mt. Gox was the first Bitcoin exchange to use these methods of securing Bitcoin but other exchanges followed these procedures after Bitcoin began using them. (*Id.* at 242:15-243:5.)

14. In September 2011, someone gained access to one of Mt. Gox's four hot bitcoin wallets and began transferring small amounts of bitcoin out of it. (*Id.* at 170:3-16.)

15. At the end of 2013 or in early 2014, Mizuho Bank limited the number and amount of Mt. Gox customer withdrawals that it would process on a weekly or monthly basis due to Mizuho Bank's inability to handle the volume of Mt. Gox customer withdrawals. (Ex. C at 4.)

16. In mid-2013, Mizuho Bank stopped processing certain international wire withdrawals for Mt. Gox. (*Id.*)

17. Before the Mt. Gox exchange went offline, Mt. Gox successfully created a new banking relationship with Japan Post Bank, which was used for international wires to the United States and some other countries. (Defendant Mark Karpeles' Responses and Objections to Plaintiff Gregory Greene's Third Set of Interrogatories, attached hereto as **Exhibit D**.)

18. On February 7, 2014, Mt. Gox suspended all Bitcoin withdrawals. (Ex. A at ¶ 39.)

19. On February 24, 2014, the Mt. Gox website went offline. (*Id.* at ¶ 41.)

IV. PLAINTIFF GEGORY GREENE

20. Mr. Greene signed up for an account on the Mt. Gox exchange in 2012 and began trading and selling Bitcoin. (*Id.* ¶ 50.)

21. Before setting up an account and purchasing bitcoin, Mr. Greene read about a prior attack on the Mt. Gox exchange, by a hacker in 2011, but it didn't have any effect on his

decision to purchase bitcoin. (Deposition Transcript of Gregory Greene at 10:16-11:7, attached hereto as **Exhibit E**.)

22. Plaintiff bought bitcoin on only two occasions: January 2012 and March 2013. (Ex. E at 15:8-16:2, 24:3-25:10, 25:15-26:22, 29:11-14; Greene Deposition Exhibits 3 and 4, attached hereto as **Exhibit F**.)

23. While the Plaintiff claims to have read some information that was posted on the MtGox.com website prior to creating a Mt. Gox account and purchasing cryptocurrency, he does not remember what information on the Mt. Gox website he actually looked at or read. (Plaintiff Gregory Greene's First Answers to Defendant Mark Karpeles's First Set of Interrogatories at 4, attached hereto as **Exhibit G**; Plaintiff Gregory Greene's First Answers to Defendant Mark Karpeles's First Set of Requests for Production at 4, attached hereto as **Exhibit H**; Ex. E at 15:5-18:10.)

24. Plaintiff believes that he read the terms of service which "probably" included a statement that Mt. Gox would hold bitcoin securely from all users. (Ex. E at 15:8-16:2.)

25. However, Plaintiff does not recall where any Mt. Gox representations regarding securely storing and trading bitcoin were actually located on the Mt. Gox website. (*Id.* at 15:16-17:17.)

26. Further, no portion of the Terms of Use stood out to Mr. Greene at the time that he signed up for an account at Mt. Gox or after; in fact, Mr. Greene could not remember any of the Terms of Use at all. (*Id.* at 17:23-18-6.)

27. The Mt. Gox terms of service does not make any representations regarding securely holding users' bitcoin. (Mt. Gox Terms of Service, attached hereto as **Exhibit I**.)

4

28. Plaintiff admits that no website or bitcoin exchange, such as Mt. Gox, is 100 percent secure. (Ex. E at 21:4-12.)

29. Aside from communications with Mt. Gox's customer service, the Plaintiff also does not recall what Mt. Gox information, if any, he actually looked at or read during the time between creating a Mt. Gox account and Mt. Gox going dark. (Plaintiff Gregory Greene's First Answers to Defendant Mark Karpeles's Second Set of Interrogatories at 1-2, attached hereto as **Exhibit J**.)

30. Mr. Greene does not recall what Support Desk updates were from Mt. Gox, nor does he recall reviewing any sort of blog or updates that was posted directly to Mt. Gox's website. (Ex. E at 24:13-19.)

31. Mr. Greene did not have any interactions with Mt. Gox's customer service until he tried to take bitcoins off the exchange in November 2013 and only corresponded with Mt. Gox's customer service via email. (*Id.* at 29:17-21; 30:13-15; 31:8-10.)

32. In November 2013, Mr. Greene was attempting to remove the bitcoins from his Mt. Gox account to a personal address because he knew that other people were having difficulty removing their bitcoins from Mt. Gox. (*Id.* at 32:3-21.) He experienced delays with Bitcoin transactions and contacted Mt. Gox's customer service, who helped resolve the issue. (*Id.* at 30:1-12.)

33. From November 2013 to February 2014, the Plaintiff made further attempts to withdraw the remainder of his Bitcoin from Mt. Gox. (*Id.* at 33:20-34:4.)

34. On February 5, 2014, Plaintiff contacted Mt. Gox customer support because his account was restricted from accessing funding options. (Greene Communications with Mt. Gox

Customer Service at p. 3, attached hereto as **Exhibit K**).

35. On February 10, 2014, Mt Gox customer service requested a valid copy of a government issued photo ID and proof of residence due to Plaintiff using or having used BitInstant. (*Id.* at p. 2).

36. The Plaintiff submitted those documents on February 11, 2014. (*Id.*)

37. On February 14, 2014, Mt Gox customer service requested that the Plaintiff fill out a verification form to complete removing the restrictions on his account. (*Id.*)

38. On February 24, 2014, Mt Gox customer service informed the Plaintiff that his Mt. Gox account had been verified. (*Id.* at 1-2.)

39. At the time Mt. Gox went dark, Mr. Greene had 42.97104 BTC and $2.66 USD in his Mt. Gox account. (Gregory Greene Mt. Gox Rehabilitation Claim at 1, attached hereto as **Exhibit L**.)

40. The sole damages Mr. Greene is claiming are those lost amounts. (Plaintiff's Second Amended Rule 26(a)(1) Disclosures Section (iii), attached hereto as **Exhibit M**; Ex. G at 1.)

41. Plaintiff has produced no evidence that Mr. Karpeles stole, gained access to, used, exercised control, dominion or ownership over, and/or dispossessed Plaintiff's, or any other Mt. Gox user's, bitcoins and Fiat currency. (Plaintiff Gregory Greene's First Supplemental Answers to Mark Karpeles' First Set of Interrogatories, attached hereto as **Exhibit N**.)

42. The Mt. Gox rehabilitation trustee approved Plaintiff's claim in full. (Ex. E at 37:19-38:18.)

## V. DEFENDANT MARK KARPELES

43. Mr. Karpeles did not learn about the bitcoin loss or theft discussed in the Complaint until February 2014. (Ex. B at 244:16-245:23.)

44. Mr. Karpeles did not learn about the hack of the hot bitcoin wallet until two years after Mt. Gox declared bankruptcy. (*Id.* at 229:17-230:4.)

45. Mt. Gox had internal procedures to address security risks and issues and Mr. Karpeles and Mt. Gox fixed any security risks, bugs, or hacks were discovered in Mt. Gox's code whenever they were discovered. (*Id.* at 246:9-247:10; 66:24-67:22; 125:14-16; 128:1-129:20.)

46. Mr. Karpeles did not steal, gain access to, use, exercise control, dominion or ownership over, and/or dispossess Plaintiff's, or any other Mt. Gox user's, bitcoins and Fiat currency. (Declaration of Mark Karpeles at ¶¶ 2-3, attached hereto as **Exhibit O**.)

47. Mr. Karpeles is currently assisting the United States Internal Revenue Service with their investigation into who actually stole the bitcoin from Mt. Gox. (Ex. B at 181:3-6.)

Dated: January 7, 2020                                    Respectfully submitted,

                                                                 Mark Karpeles,

Bevin Brennan
Matthew Schmidt                                    By:   /s/ Bevin Brennan
PEDERSEN & HOUPT                                   One of His Attorneys
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com

Attorneys for Defendant Mark Karpeles

7

**EXHIBITS TO DEFENDANT MARK KARPELES'S
LOCAL RULE 56.1(a)(3) STATEMENT OF FACTS**

| Exhibit | Description |
|---|---|
| A | Plaintiff's Fourth Amended Complaint [Dkt. No. 245] |
| B | Deposition Transcript of Mark Karpeles |
| C | Declaration of Mark Karpeles |
| D | Defendant Mark Karpeles' Responses and Objections to Plaintiff Gregory Greene's First Set of Interrogatories |
| E | Deposition Transcript of Gregory Greene |
| F | E-Mails between Gregory Greene and Mt. Gox Confirming Purchases of Bitcoin in January 2012 and March 2013 |
| G | Plaintiff Gregory Greene's First Answers to Defendant Mark Karpeles's First Set of Interrogatories |
| H | Plaintiff Gregory Greene's First Answers to Defendant Mark Karpeles's First Set of Requests for Production |
| I | Mt. Gox Terms of Service |
| J | Plaintiff Gregory Greene's First Answers to Defendant Mark Karpeles's Second Set of Interrogatories |
| K | Greene Communications with Mt. Gox Customer Service in February 2014 |
| L | Gregory Greene Mt. Gox Rehabilitation Claim |
| M | Plaintiff's Second Amended Rule 26(a)(1) Disclosures |
| N | Plaintiff Gregory Greene's First Supplemental Answers to Mark Karpeles' First Set of Interrogatories |