# EXHIBIT B



**Planet Depos**
We Make It *Happen*™

<span style="color:#8B0000">**CONFIDENTIAL**</span>

# Transcript of Mark Karpeles

**Date:** November 5, 2019
**Case:** Greene -v- Karpeles

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
2                  EASTERN DIVISION

3    - - - - - - - - - - - - - - - - - - x

4    GREGORY GREENE and JOSEPH LACK,      :
     individually and on behalf of all
5    others similarly situated,           :

6          Plaintiffs,                     : Case No.

7      v.                                  : 1:14-cv-01437

8    MARK KARPELÈS, an individual,         :

9          Defendant.                      :

10   - - - - - - - - - - - - - - - - - - x

11

12

13                  CONFIDENTIAL

14

15

16                  Deposition of

17                 MARK KARPELÈS

18                  Tokyo, Japan
             Tuesday, 5 November, 2019
19                   8:48 a.m.

20

21

22   Job No.:  265577

23   Pages:  1 - 258

24   Reported By:  M. Allred, RPR, CSR(A)

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    8

1    is that if there's a question pending, we're going

2    to ask you to answer the question before you take a

3    break.  You understand?

4         A  Yes.

5         Q  Okay.  Good.  Any questions before we get

6    going?

7         A  I believe I'm good.

8         Q  Good for now; right?

9         A  Yeah.

10        Q  All right.  So you were -- obviously you

11   worked at Mt. Gox; correct?

12        A  Yes.

13        Q  What was your title there?

14        A  I was CEO of the company.

15        Q  Right.  And when did you first start

16   working as CEO of Mt. Gox?

17        A  Back in 2011.

18        Q  2011.  And before then the exchange --

19   Mt. Gox is a bitcoin exchange; right?

20        A  Yes.

21        Q  Okay.  And before you took control of

22   Mt. Gox, it was controlled by Jed McCaleb?

23        A  Before actually I took control of the

24   Mt. Gox website, yes, it was controlled by Jed

1        A   Tibanne.

2        Q   Okay.   So was Tibanne created to purchase

3    Mt. Gox from Jed McCaleb?

4        A   No.

5        Q   It existed before then?

6        A   Yes.

7        Q   Okay.   Before that point, what did Tibanne

8    do?

9        A   Tibanne is basically a web hosting business

10   focusing on creating new solutions, doing research,

11   with a focus of operating services which can be

12   automated.

13       Q   Okay.   So at the time -- and it was Tibanne

14   that purchased Mt. Gox from Jed McCaleb in early

15   2011; is that right?

16       A   Yes.

17       Q   Okay.   So at that time how many employees

18   did Tibanne have?

19       A   I was the only employee of Tibanne.

20       Q   And you were also the sole shareholder of

21   Tibanne at that time; right?

22       A   Yes.

23       Q   All right.   And as of February 2014, you

24   were still the sole shareholder of Tibanne; is that

1   right?

2        A   Yes.

3        Q   You said that Tibanne ran Mt. Gox from

4   March of 2011 through was it March of 2012?

5        A   Yes.  End of March.

6        Q   During that period, did Tibanne acquire

7   more employees?

8        A   Yes, it did.

9        Q   Okay.  And were those employees acquired to

10  do work relating to Mt. Gox?

11       A   Among other things, yes.

12       Q   What other things were they hired to do?

13       A   Well, they were also Tibanne business in

14  web hosting.  We did have some other works we did

15  at the time, I believe.

16       Q   Okay.  So during that period of 2011 to

17  2012, Tibanne was running Mt. Gox and conducting

18  other business activities consistent with what

19  you've been saying; is that right?

20       A   Yes.

21       Q   All right.  And so you said that -- well,

22  strike that.

23           During the period of 2011 to 2012, did you

24  draw a salary from Tibanne?

1      A  Yes, I did.

2      Q  Okay.  And was part of that salary and

3   payment for the work that Tibanne was doing for

4   Mt. Gox?

5      A  I would guess so.  I mean, my salary is

6   fixed based on Japanese laws on CEO -- on, like,

7   officer salaries.

8      Q  Okay.  So you didn't set your salary?

9      A  I set my salary, but it cannot be changed

10  more than once every six months, twelve months.

11     Q  Was there -- how did you determine what to

12  set your salary at in the 2011 to 2012 period?

13     A  That's a good one.  Actually, the policy we

14  have for salaries at Tibanne was to do yearly or

15  every three months', six months' reviews.  Based on

16  performance and so on, the salary could be

17  reevaluated.

18     Q  Okay.  So who did your review?

19     A  Well, for mine it's a bit special because

20  I'm the director.  But usually I did based on

21  feedback from other head of departments.

22     Q  Okay.  So you -- is it fair that you,

23  essentially, did your own review taking in feedback

24  from other people at Tibanne, and then you

1     Q  And so sitting here now, you don't recall

2  one way or another whether or not Jed did continue

3  to make trades?

4     A  I'm not sure if he made trades, but I

5  believe this was implemented into Mt. Gox so his

6  account wouldn't be charged fees.

7     Q  That's right.  And Jed, as part of the

8  purchase of Mt. Gox that we looked at in Exhibit 2,

9  he retained an ownership interest in the exchange;

10  is that right?

11     A  Yes.  He retained a non-controlling

12  ownership of 12 percent.

13     Q  Right.

14        MR. THOMASSEN:  Of 12 percent.

15        THE COURT REPORTER:  12 percent.

16     Q  And there was a period of time after the

17  sale where Jed had access to Mt. Gox's internal

18  database; is that true?

19     A  Yes.

20     Q  And is it true that he only had read access

21  to the database?

22     A  Yes.

23     Q  Okay.  And so that meant that he could look

24  at the transactional data at Mt. Gox, but he

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    66

1      A  Yes.

2      Q  All right.  And whether or not to be a part

3   of a given network knowing whether or not it is or

4   is not secure would be important to users.  Is that

5   fair?

6      A  Sorry?

7      Q  Knowing whether or not a given network is

8   important to -- I'm sorry.  Let me strike that.

9         Knowing whether or not a particular network

10  or in this case an exchange is secure is important

11  to users when deciding whether or not to join the

12  exchange or network.  Is that fair?

13     A  Well, knowing whether a network is secure

14  is important for users.  Yes.

15     Q  Right.  And knowledge that a hack had

16  occurred would tend to show that that network or

17  exchange is insecure.  Is that fair?

18     A  It would show that the exchange was

19  insecure at the time, but it may not be relevant to

20  afterwards.

21     Q  Because it might be fixed going forward;

22  right?

23     A  Well, typically it gets fixed over time.

24     Q  So was it your decision with respect to

CONFIDENTIAL

Transcript of Mark Karpeles
Conducted on November 5, 2019                    67

1   this 80,000 bitcoin hack to make the fixes to

2   security and therefore plug whatever hole allowed

3   the hack to happen?  Was that essentially what you

4   decided to do?

5       A  Well, in that specific case, I went through

6   steps to ensure that such hack couldn't happen.

7       Q  So you essentially fixed the security hole

8   that allowed the attack to happen; right?

9       A  Yes.

10      Q  And you just did that yourself on the back

11  end without telling Mt. Gox users about it.  Is

12  that fair?

13      A  Sorry?

14      Q  You did that yourself on the back end

15  without --

16      A  I didn't --

17      Q  You didn't tell Mt. Gox users that the hack

18  had happened; right?

19      A  Yes.

20      Q  And you fixed the security hole that had

21  allowed the hack to happen; right?

22      A  Yes.

23      Q  But you didn't tell users that it had been

24  fixed?

1    that caused a user to be credited, like,

2    $2 million.

3        Q  Okay.  And when -- what's your

4    understanding of when that occurred?

5        A  It was prior to me even talking about

6    purchasing Mt. Gox.

7        Q  So sometime in Mt. Gox's past prior to

8    2011?

9        A  Yes.  Prior or in 2011.  I'm not exactly

10   sure of the...

11       Q  But before you signed the agreement?

12       A  Yes.

13       Q  Right.  Okay.

14       A  After I took over Mt. Gox, there were also

15   a few issues I found out.  At the time I fixed each

16   time I found one.

17       Q  So let's just go piece by piece.  Do you

18   know the $2 million incident you discussed, do you

19   know if that was disclosed to Mt. Gox users?

20       A  I don't think so.

21       Q  Did you disclose it to Mt. Gox users?

22       A  I was not aware of it at the time.

23       Q  Once you were made aware of it, did you

24   disclose it to Mt. Gox users?

1  A I investigated the issue, found it was due

2 to what we call a "race condition."

3  Q Can you spell that?

4  A R-A-C-E.

5  Q Okay.

6  A Solved it with -- just what we do in this

7 case in computing, which is a lock. Basically a

8 "race condition" happens when two things run at the

9 same time.

10  Q Yeah.

11  A So for example, the users press withdraw

12 very quickly --

13  Q Right.

14  A -- the system would check the balance.

15  Q Yeah.

16  A And the second request would check the

17 balance. And the first system would send the

18 bitcoins and get his balance, and the second one

19 would then do the same thing --

20  Q Yeah.

21  A -- resulting into negative check balance.

22  Q I understand. So there were two requests

23 made at essentially the same time. They would

24 check to make sure that there was a balance to

1  withdraw from.

2      A  Yes.

3      Q  And because they were happening

4  simultaneously or nearly so --

5      A  Yes.

6      Q  -- they both would be carried out?

7      A  Yes.

8      Q  And some users were abusing that?

9      A  Yes.  By placing a lock, I made sure that,

10  before the first check, no other process would be

11  doing the same thing at the same time.

12      Q  Right.

13      A  This prevented this issue from allowing

14  people to withdraw bitcoins.

15      Q  Okay.  So you fixed the --

16      A  Yes.

17      Q  -- the race -- what did you call it?

18      A  The race condition.

19      Q  You fixed the race condition?

20      A  Yes.

21      Q  Okay.  And did you tell Mt. Gox users that

22  you had fixed the race condition?

23      A  No.  No communication was made of this.

24      Q  Did you ever recover the missing bitcoins

1    website.

2        Q   When did you first implement the cold

3    wallet system at Mt. Gox?

4        A   I think it was following the 300,000

5    bitcoin hacks probably around May 2011.

6        Q   So that was before the rewrite happened?

7        A   Sorry?

8        Q   When you rewrote the code from Mt. Gox?

9        A   Yes.

10       Q   The cold wallet system was implemented

11   before you rewrote the code?

12       A   Yes.  I think so.  Yes.  I think at least

13   the first version of it was implemented.

14       Q   Could you just broadly explain what the

15   cold wallet system was?

16       A   Well, the idea was to store bitcoins

17   outside of the Mt. Gox servers, which were more

18   likely to be targets of hackers.

19       Q   Okay.  And so how was that effectuated?

20       A   The amount of bitcoins that was for

21   day-to-day transfers was moved to an encrypted

22   wallet.

23       Q   And that encrypted wallet, that was the

24   cold wallet?

1      A  That was the first version of the cold

2   wallet.  Following -- in the following months we

3   moved to paper wallets.  Then to RAID paper

4   wallets.  Raid, R-A-I-D, upper case.

5      Q  So let's take those one at a time.  The

6   encrypted wallet, were those still stored on

7   Mt. Gox servers?

8      A  No.

9      Q  Were they stored on offline computers?

10      A  At first they were stored on offline

11   computers.  After everything was moved to paper

12   wallets, the old encrypted files were archived.

13      Q  Okay.  And then you said after the

14   encrypted cold wallets, the next step was the paper

15   wallets; right?

16      A  Yes.

17      Q  And what are the paper wallets?

18      A  Paper wallets are basically bitcoin

19   addresses and private keys printed on paper.  So

20   bitcoins can be stored on paper.  The paper can be

21   stored completely offline and then scanned off the

22   wallet to retrieve the balance.

23      Q  Right.  So the idea being that, if the

24   address for a particular amount of bitcoins is on a

1  piece of paper, it can't be accessed unless that

2  information that's on the paper is entered onto a

3  computer somewhere.  And at that point you can look

4  at or transfer or do whatever you want to with the

5  resulting bitcoin balance; is that right?

6      A  Yes.

7      Q  Right.  But because they're on paper they

8  cannot be accessed?

9      A  That's basically the idea behind cold

10 wallets.

11     Q  Right.  So just broadly speaking, what

12 was -- how did bitcoin on the Mt. Gox servers move

13 from the hot wallet to the cold wallet?

14     A  Well, there were different systems for

15 this.  The first version I just made a matter of

16 transfer was the wallet and then encrypted it.

17     Q  This was for the encrypted wallets you

18 talked about?

19     A  Yes.

20     Q  Okay.

21     A  But when we moved to paper wallets --

22     Q  Let me stop you real quick.  For the

23 encrypted wallets, would you empty the hot wallets

24 on a daily basis or multiple times a day?  How did

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                          159

1        Q   Okay.  So we talked a bit about these

2    encrypted cold wallets.  But then you transitioned

3    over to the paper cold wallets; right?

4        A   Yes.

5        Q   And when did that happen?

6        A   In late 2011, I think.

7        Q   Okay.  And then after you transitioned to

8    paper cold wallets, did you say you transitioned to

9    something called "RAID wallets" or "RAID cold

10   wallets"?

11       A   RAID paper wallets.

12       Q   What is that?

13       A   It's the same thing as paper wallets,

14   except instead of using one piece of paper, we use

15   three per address.

16       Q   Yeah.

17       A   And they could be stored in different

18   places, and even if one is lost or stolen, the

19   bitcoins are not lost.

20       Q   If one was lost or stolen, could you ever

21   recover the bitcoins?

22       A   Yes.  From the other two.

23       Q   What if two were stolen?  Could you recover

24   it with one?

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    160

1      A  No.

2      Q  Okay.  So you needed at least two?

3      A  Yes.  But it was better than the previous

4   system whereas it was only one copy of each

5   address.

6      Q  When did Mt. Gox implement the RAID paper

7   wallets?

8      A  I think sometime in 2012.

9      Q  Okay.  Do you know approximately when?

10      A  I don't remember.  I do think it was

11   probably around the middle of 2012, but I would

12   have to check.

13      Q  Okay.  At the time that Mt. Gox

14   transitioned to the paper cold wallets, did you

15   ever monitor the balance -- the bitcoin balances of

16   those paper cold wallets?

17      A  Not anymore.

18      Q  Okay.  And same answer, I assume, with the

19   RAID paper wallets?

20      A  Yes.  It would have been the same system.

21      Q  It would have been even harder to monitor

22   those balances, I assume?

23      A  Yes.

24         THE WITNESS:  Sorry.  Can I take another

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    170

1          THE COURT REPORTER:  Burned?

2     A  Yes.  Sorry.

3     Q  And then -- okay.  So we talked a little

4  bit ago about the hack that happened in -- was it

5  September 2011?  It affected Mt. Gox's hot wallet

6  system; is that right?

7     A  Which hack is that, sorry?

8     Q  This is the big one.

9     A  The big one.  Okay.  Yes.

10    Q  Can you explain to me how that -- what

11 happened?

12    A  Well, basically based on the information I

13 have today, it seems that a hacker managed to get

14 his hands on a copy of one of Mt. Gox hot wallets

15 and has been transferring bitcoins out of this hot

16 wallet slowly as people deposit bitcoins on it.

17    Q  Okay.  So this hack that we're talking

18 about now, it allowed the individual to continually

19 empty the hot wallet before bitcoins could be

20 transferred to the cold wallets; is that right?

21    A  Not the full hot wallet because anyway it

22 was only one of the hot wallets.  Because it was an

23 old copy of the file, it wouldn't include newly

24 generated addresses.  But as bitcoin entered on

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    229

1      Q  And just remind me again.  What was
2   different about the current net funds?
3      A  I believe we removed the part about the
4   $50,000 US.
5      Q  Right.  And was the reason that part was
6   removed was because Jed recovered the $50,000?
7      A  Yes.
8      Q  Okay.  At one point -- and we can look at
9   it in the Skype log if you need to.  At one point
10  Jed suggested that this agreement be revised by
11  attorneys.  Do you remember that happening?
12     A  Yes.  He probably talked about this at some
13  point.
14     Q  But the agreement was never revised, was
15  it?  The purchase agreement?
16     A  Never.
17     Q  Okay.  After -- we talked about a lot of
18  hacks that happened -- "a lot" is my phrasing -- a
19  lot of hacks that happened in 2011, and we ended
20  with the September 2011 hack of the hot wallet.
21  And you testified, I believe, that you did not know
22  about that hack in 2011; right?
23     A  Yes.
24     Q  Okay.  The one affecting the hot wallet,

1    you didn't know about that until after the

2    bankruptcy?

3         A  Actually I believe two years after the

4    bankruptcy.

5         Q  Okay.  After 2011, were there any other

6    hacks of Mt. Gox that related in a loss of bitcoin

7    or cash from the exchange that you recall?

8         A  I don't think we had any more hacks.  Not

9    that I can remember anyway.

10        Q  Not that you can remember.  You also stated

11   before we went to lunch when we were talking about

12   the hot wallet hack, we were discussing who

13   potentially had access to the -- was it the hot

14   wallet -- was it the private key?  Is that the

15   right word for it?

16        A  Well, in this specific case, it's

17   wallet.dat, D-A-T, file.

18        Q  Right.  And the copying of that file is

19   what allowed some individual to siphon bitcoins

20   from the hot wallet into some external address;

21   right?

22        A  Yes.

23        Q  And you testified that at Mt. Gox you alone

24   had access to that wallet.dat file; is that right?

1      Q  Oh, so you didn't give testimony in that

2   case.  It was Gonzague that gave testimony?

3      A  Yes.  I was sitting next to him.

4      Q  I see.  Why were you there with him?

5      A  I was there because it was about Mt. Gox.

6   I wanted to be there.

7      Q  What was the testimony about?  What did

8   Gonzague testify about?

9      A  It was about the CoinLab case, which means

10  when CoinLab, a US company, was supposed to take

11  over the Mt. Gox business for the North American

12  continent and handle all of the licensing issues.

13     Q  Yeah.  So that's what he talked about?

14     A  Yes.

15     Q  Okay.  Going back to the cold wallet system

16  that you set up, specifically the paper and RAID

17  cold wallet systems, you say that you believe that

18  Mt. Gox was the first bitcoin exchange to use those

19  systems.  Is that right?

20     A  Yes.  I believe so.

21     Q  Do you know if other bitcoin exchanges

22  ended up using cold wallet systems after Mt. Gox

23  started?

24     A  I believe so too.

1      Q  Do you know which?

2      A  I would have to find on internet because,

3   when we published about this at some point, some

4   exchanges followed suit.  But I don't remember

5   exactly which ones at the time.

6      Q  Okay.  And when Mt. Gox had its paper and

7   RAID cold wallet systems, you didn't monitor the

8   cold wallet balances; right?

9      A  No, we didn't.

10      Q  Okay.  And do you know whether other

11   exchanges that converted to a paper system

12   monitored their cold wallet balances?

13      A  Well, based on the same theory, they

14   wouldn't be able to.  Well, technically they could,

15   but it would put risk on the wallets.  But for

16   those that survived after Mt. Gox bankruptcy, they

17   could switch to other kind of wallets that would

18   allow monitoring it.

19      Q  What kind of wallets could they switch to?

20      A  For example, hardware wallets or HD,

21   BIP32-based wallets.

22      Q  Okay.  Were the hardware wallets -- strike

23   that.

24          When did the hardware wallets first become

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    244

1   available for bitcoin exchanges?

2        A   That's a good question.  I would need to

3   look at internet to respond to this.  It was after

4   Mt. Gox's bankruptcy anyway.

5        Q   And same with the HD wallets that we talked

6   about?

7        A   I think BIP32 and HD wallet were drafted

8   sometime in 2013 but were not implemented into

9   software until the next year.

10       Q   Do you know what led to the development of

11  those systems?

12       A   I believe it's linked, among other things,

13  to the fact paper wallets are not convenient, and

14  the need for a solution to reduce the amount of

15  data stored for cold wallets.

16       Q   One thing I don't understand is in

17  February of 2014, that's when you discovered that

18  the Mt. Gox's cold wallets were missing bitcoin; is

19  that right?

20       A   Yes.

21       Q   Okay.  When you -- and there was some point

22  in time when you -- what prompted you to go look at

23  Mt. Gox's cold wallets?

24       A   Well, actually in early February someone

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    245

1    named Patrick Strateman -- it's S-T-R-A-T-E-M-A-N,

2    I believe.  I'm not 100 percent sure.

3         So on the Mt. Gox public chat, it gave or

4    explained how to steal bitcoins from Mt. Gox using

5    a system known as "transaction malleability."

6       Q  Okay.

7       A  Because it was explained publicly, there

8    was a risk people would abuse this to steal

9    bitcoins.  So as soon as I saw this and confirmed

10   it was actually an issue in Mt. Gox, we entered the

11   process of preventing this from being usable, which

12   meant prevent -- well, suspending withdrawals,

13   finding a workaround to make sure that this

14   wouldn't affect Mt. Gox in the future.

15      Q  So how did that relate to the audit of the

16   cold wallets?

17      A  Well, part of this investigation showed us

18   that more than 1,000 bitcoins were already stolen

19   from this method.

20      Q  Through the transaction malleability

21   method?

22      A  Yes.  And this prompted a recheck of all

23   Mt. Gox's assets.

24      Q  How did you figure out that the 1,000

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    246

1    bitcoins had been stolen through transaction

2    malleability?  Did you have to look at the cold

3    wallets for that, or is it something else?

4        A  No.  This is from Mt. Gox's records of

5    recent transactions where we saw 1,000 bitcoin

6    transactions that was basically modified and

7    reissued, which confirmed that this was an issue

8    and not a small one.

9        Q  Okay.  And then after confirming that,

10   that's when you went and looked at the cold

11   wallets?

12       A  We went -- while looking at the cold

13   wallets, we discussed with our lawyers.  When we

14   went into the -- basically emergency procedure for

15   this sort of case.

16       Q  What does that mean "the emergency

17   procedure"?  Is that the bankruptcy procedure?

18       A  No.  Basically when there's a security

19   issue happening, we have documentation on how to

20   handle things.

21       Q  Was that internal to Mt. Gox?

22       A  Yes.

23       Q  Okay.  And so --

24       A  We have different procedures for different

1   case of failure.

2       Q   So was there an emergency procedure that

3   required you to look at the cold wallets?

4       A   In this specific case, procedure was to

5   recheck all of Mt. Gox's assets.  So it was not

6   limited to cold wallets, but also bank accounts and

7   reconfirming the database security, doing a lot

8   of -- a whole lot of things.

9       Q   And so for the cold wallets --

10      A   Yes.

11      Q   -- when you looked at them, were there any

12  bitcoins in the cold wallets?

13      A   There weren't, no.

14      Q   So that's one thing that I don't quite

15  understand is that, when we talked before about how

16  the hot wallet was attacked, I thought we said that

17  the private key that was accessed only affected one

18  of Mt. Gox's four hot wallets systems.  Is that

19  right or am I wrong?

20      A   Yes.

21      Q   So the three that were not affected, were

22  those also making deposits into Mt. Gox's cold

23  wallets?

24      A   The systems that makes the deposit from

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    258

```
1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2

3          I, M. Allred, RPR, CSR(A), the officer

4   before whom the foregoing deposition was taken, do

5   hereby certify that the aforementioned witness was

6   first duly sworn by the Consular Officer to testify

7   the whole truth; that the foregoing transcript is a

8   true and correct record of the testimony given;

9   that said testimony was taken by me

10  stenographically and thereafter reduced to

11  typewriting under my direction; that reading and

12  signing was requested; and that I am neither

13  counsel for, related to, nor employed by any of the

14  parties to this case and have no interest,

15  financial or otherwise, in its outcome.

16

17  IN WITNESS WHEREOF, I have hereunto set my hand

18  this 14th day of November, 2019.

19

20

21

22  _____

23  M. Allred, RPR, CSR(A)

24  My commission expires:  01/31/2020
```