# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | )<br>)<br>) Case No. 14-cv-01437 |
| Plaintiff, | )<br>) Hon. Gary Feinerman<br>) |
| v. | ) Magistrate Judge Susan Cox<br>) |
| MARK KARPELES, an individual, | )<br>) |
| Defendant. | ) |

## DECLARATION OF MARK KARPELES

I, Mark Karpeles declare as follows:

I am over the age of eighteen years and I am competent to testify in this matter. If called to testify in this matter, and permitted to leave Japan, I could and would competently testify as to the matters set forth in this Declaration, as I know them to be true based upon my personal knowledge.

The Mt. Gox Bitcoin Exchange ("Mt. Gox") was a bitcoin exchange that operated from 2010-2014.

After Mt. Gox was transferred to Tibanne in March 2011, Mt. Gox operated out of Japan.

After Mizuho Bank limited the number and amount of Mt. Gox customer withdrawals that it would process on a weekly or monthly basis due to Mizuho Bank's inability to handle the volume of Mt. Gox customer withdrawals and refused to process certain international wire transfer requests in mid-2013, Mt. Gox approached other banks as potential partners and successfully created a new banking relationship with Japan Post Bank, which was used for international wires to the United States and some other countries.

I did not intentionally and without authorization or consent, steal, gain access to, use, exercise control, dominion or ownership over, and/or dispossess Plaintiff's, or any other Mt. Gox user's, bitcoins and Fiat currency.

I did not steal, gain access to, use, exercise control, dominion or ownership over, and/or dispossess Plaintiff's, or any other Mt. Gox user's, bitcoins and Fiat currency.

I do hereby declare, under penalty of perjury under the law that the foregoing is true, accurate and correct to the best of my knowledge.

Executed on the date of: 01 / 08 / 2020

_____
Signature – MARK KARPELES