# EXHIBIT E







Transcript of the Deposition of
# Gregory Greene
**Case:** Gregory Greene v. Mark Karpeles
**Taken On:** November 11, 2019

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GREGORY GREENE, individually    )
and on behalf of all others     )
similarly situated,             )
                                )
           Plaintiff,           )
                                )
     -vs-                       ) Case No. 14-cv-01437
                                )
MARK KARPELES, an individual,   )
                                )
           Defendant.           )
_____)


          The deposition of GREGORY GREENE, called

for examination pursuant to the Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken before

Judith T. Lepore, Certified Shorthand Reporter for the

State of Illinois, at 161 North Clark Street,

Suite 2700, Illinois, on November 11, 2019, at the

hour of 10:01 a.m.




Reported by:  Judith Lepore, CSR

License No.:  084-004040

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 10

1    with "Sure enough," it reads:  "Sure enough, as the
2    price headed upward, disturbing events began to
3    bedevil the bitcoiners.  In mid-June, someone calling
4    himself Allinvain reported that 25,000 bitcoins worth
5    more than $500,000 had been stolen from his computer.
6    (To this day, nobody knows if that claim is true.)"
7    Did you read that at the time?
8         A.    I assume so.  I read the entire article.
9         Q.    Do you recall having any thoughts about
10   bitcoin after reading that somebody had claimed that
11   25,000 bitcoins had been stolen from his computer?
12        A.    What was the question?
13        Q.    Do you recall reading that sentence at the
14   time?
15        A.    I don't recall, but I'm sure I read it, yes.
16        Q.    How about the next sentence, which reads:
17   "About a week later, a hacker pulled off an ingenious
18   attack on a Tokyo-based exchange site called Mt. Gox,
19   which handle 90 percent of all bitcoin exchange
20   transactions."  Do you see that sentence?
21        A.    Yes.
22        Q.    Do you recall reading in late 2011 or early
23   2012 about a hacker attack on the exchange site called
24   Mt. Gox?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 11

1    **A.**    I'm assuming that I read it.  Like I said, I

2    had read the entire article, so yes.

3    **Q.**    Do you recall having any views at the time

4    about whether or not that would impact your decision

5    to purchase bitcoin?

6    **A.**    I don't recall, no.  But I don't think that

7    it had any effect on my decision.

8    **Q.**    What else did you review before deciding to

9    purchase bitcoin?

10   **A.**    I would have reviewed various posts on

11   bitcointalk.org website.

12   **Q.**    What is bitcointalk.org?

13   **A.**    It's a forum at the time that other users or

14   other people who were interested in bitcoin would go

15   into to post postings or to learn about bitcoin, yeah.

16   **Q.**    How did you become aware of the existence of

17   Bitcointalk?

18   **A.**    I don't know.  I don't remember.  I don't

19   know if it's mentioned here in this article, but I

20   probably surfed the internet and came across it

21   somehow.

22   **Q.**    Do you recall any specific posts that you

23   reviewed in late 2011 or early 2012 before buying

24   bitcoin on that website?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 15

1     **Q.**   Was ZipZap the only company that could be

2     used to send money orders to BitInstant?

3     **A.**   I think ZipZap is what Walgreens uses to send

4     money orders.

5     **Q.**   Before you purchased bitcoins, did you review

6     information on Mt. Gox's website?

7     **A.**   Yes.

8     **Q.**   What information did you review on Mt. Gox's

9     website?

10    **A.**   I believe I would have reviewed their general

11    website.  What specifically, I don't recall at the

12    time, but I know I would have went to their website

13    and checked it out, saw how user friendly it was, saw,

14    you know, the site itself.  Specifically, I don't

15    recall.

16    **Q.**   Do you recall any information about the

17    security of the Mt. Gox website or exchange?

18    **A.**   No, I don't recall.

19    **Q.**   Do you recall reading anything on Mt. Gox's

20    website that said it would hold bitcoin securely for

21    all users?

22    **A.**   I believe so, yeah.

23    **Q.**   Where did you read that?

24    **A.**   On the terms of use probably.

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 16

1    **Q.**   Anywhere else?

2    **A.**   No, I don't recall.

3          MS. BRENNAN:  Mark this as two.

4                    (Whereupon, Greene Exhibit No. 2

5                     was marked for identification.)

6    BY MS. BRENNAN:

7    **Q.**   Mr. Greene, you've been handed what's been

8    marked as Exhibit 2.  Do you recognize this as a copy

9    of the Fourth Amended Class Action Complaint in this

10   case?

11   **A.**   Yes.

12   **Q.**   If I could ask you please -- did you review

13   this complaint before it was filed?

14   **A.**   Yes.

15   **Q.**   Did you agree with what the allegations in

16   the fourth amended complaint state?

17   **A.**   Yes.

18   **Q.**   If I could ask you to look at paragraph 50 on

19   page 13, please.  That paragraph alleges: "Relying

20   upon these representations made by Mt. Gox -- namely

21   that it would allow him to 'quickly and securely trade

22   bitcoins with other people around the world' and give

23   him 'the ability to securely store his bitcoins in a

24   virtual vault for safekeeping' -- Greene signed up for

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 17

1    an account on Mt. Gox's website in 2012 and began

2    trading and selling Bitcoin."  Do you see that?

3        A.   Yes.

4        Q.   Where was the representation made by Mt. Gox

5    that it would allow you to quickly and securely trade

6    bitcoins with other people around the world?

7        A.   I don't recall at this time.  I would guess

8    it was somewhere on their website.

9        Q.   How about the second portion of that

10   sentence, where did Mt. Gox state that "the ability to

11   securely store his bitcoins in a virtual vault for

12   safekeeping"?

13       A.   Which paragraph was that?

14       Q.   It's the second part of paragraph 50, the

15   second quoted portion.

16       A.   At this time I don't recall where that was

17   at.  I think it was probably on the website somewhere.

18       Q.   At the time that you signed up for an account

19   on Mt. Gox, were there terms of use in place?

20       A.   Yes.

21       Q.   And did you read all the terms of use?

22       A.   Yes.

23       Q.   Were there any terms that stood out to you at

24   the time you signed up for an account at Mt. Gox?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 18

1     **A.**    I don't recall.

2     **Q.**    Do you recall any of the terms of use that

3     you read before signing up for your account at

4     Mt. Gox?

5     **A.**    No.  Right now at this time, I don't

6     remember.

7     **Q.**    Do you recall that Mt. Gox had a privacy

8     policy?

9     **A.**    I don't recall right now.  I don't remember

10    what it was.

11    **Q.**    If I could ask you to keep Exhibit -- back to

12    Exhibit 2, which is the fourth amended complaint.

13    We'll go back to paragraph 50 where it alleges that

14    Mt. Gox made a representation that it would allow you

15    to quickly and securely trade bitcoins with other

16    people around the world.  What does "securely" mean?

17    **A.**    To securely -- securely, I guess it would

18    mean to trade them from one account on the exchange to

19    another account without -- knowing that it would

20    properly go from one account to the next without

21    losing any, without any other parties other than the

22    two parties and Mt. Gox knowing of the transaction.  I

23    guess that's it.

24    **Q.**    Do you think that's the only possible meaning

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 21

1    virtual vault, that you would always be able to obtain

2    those bitcoins later when you decide to take them off

3    the exchange.

4        **Q.**   Do you believe that any website is

5    100 percent secure?

6        **A.**   No.

7        **Q.**   Do you believe that any exchange like Mt. Gox

8    used for bitcoins is 100 percent secure?

9        **A.**   No.

10       **Q.**   Why not?

11       **A.**   I don't think anything can be 100 percent

12   secure.

13       **Q.**   Before you bought bitcoin, did you look into

14   using any exchanges other than Mt. Gox?

15       **A.**   No.

16       **Q.**   Why not?

17       **A.**   There were no other exchanges out there at

18   the time, or if there were, I did not know about them.

19       **Q.**   So is it fair to say then that you did not

20   compare Mt. Gox's statements about the security of its

21   site with the security statements for any other

22   exchange?

23       **A.**   At the time that I bought them, no.

24       **Q.**   When did you make your first purchase?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 24

1    take that back.  I'm sorry.  It's been a while since
2    I've seen this.  But yeah, it's confirmation from
3    BitInstant that I sent funds to them.
4        **Q.**    And if you look in that middle entry that has
5    a lot of numbers and information at the bottom, it
6    says, "Funds sent."  Do you see that entry?
7        **A.**    Yes.
8        **Q.**    And it says $668.58?
9        **A.**    Yes.
10       **Q.**    Why was that the amount that you sent?
11       **A.**    I don't know why.
12       **Q.**    Was it related to the price of bitcoin and
13   how many bitcoins you were seeking to buy?
14       **A.**    Yeah, yeah.
15       **Q.**    Okay.  And then in that second paragraph
16   under "Hey there," it says, "To redeem your Mt. Gox
17   coupon."  What was a Mt. Gox coupon?
18       **A.**    I don't know.  I don't remember how the
19   process worked of actually getting the bitcoins onto
20   Mt. Gox.  I know that you sent it through BitInstant,
21   and the actual details regarding it I don't remember.
22   I wish I could tell you more, but I don't remember.
23       **Q.**    And the date of this email is January 5th,
24   2012, correct?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 25

1      **A.**    Yes.

2      **Q.**    Does that look like the date you first

3  purchased bitcoins from Mt. Gox -- or excuse me --

4  bitcoins using the Mt. Gox exchange?

5             MR. THOMASSEN:  Object to form.

6             THE WITNESS:  It probably is, yeah.

7  BY MS. BRENNAN:

8      **Q.**    Do you recall a purchase prior to

9  January 5th, 2012?

10     **A.**    No, I don't recall.

11            MS. BRENNAN:  Mark this as Exhibit 4.

12                       (Whereupon, Greene Exhibit No. 4

13                        was marked for identification.)

14  BY MS. BRENNAN:

15     **Q.**    Mr. Greene, you've been handed what's been

16  marked as Exhibit 4, which has Bates labels Greene 17

17  to 18 on the bottom.  Do you see that?

18     **A.**    Yes.

19     **Q.**    What is this document?

20     **A.**    This is another -- it looks like another

21  invoice or confirmation that funds were sent to

22  BitInstant.

23     **Q.**    And the date of this email is March 4th,

24  2015, correct?

Royal Reporting Services, Inc.
312.361.8851

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 26

1     **A.**    Yes.

2     **Q.**    Do you review any additional materials -- or

3     strike that.

4           Do you recall making any purchases of bitcoin

5     using the Mt. Gox exchange between January 5th, 2012,

6     and March 4th, 2013?

7     **A.**    I don't recall, no.

8     **Q.**    Do you recall anything additional that you

9     reviewed with respect to any statements made by

10    Mt. Gox between January 5th, 2012, and March 4th,

11    2013?

12    **A.**    No, I do not recall.

13    **Q.**    And if you look on this one, it says, "Funds

14    sent" about two lines up from the bottom of that

15    middle section, and it says $240.025, right?

16    **A.**    Yes.

17    **Q.**    Do you know what that price correlates to?

18    **A.**    It correlates to the amount of money that I

19    was sending through BitInstant to Mt. Gox.

20    **Q.**    Do you know how many bitcoins you were

21    seeking to purchase at that time?

22    **A.**    No.

23    **Q.**    And in the second line under the "Hey there,"

24    it says, "We have made a direct deposit into your

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 29

1      Q.    Anything else?

2      A.    I don't think so.  I may have.  I don't

3  recall.

4      Q.    Before filing this lawsuit, did you delete

5  any emails relating to Mt. Gox?

6      A.    No.

7      Q.    Did you keep every email from the beginning

8  of your transactions with Mt. Gox?

9      A.    I believe so.  There wouldn't have been any

10  reasons to delete them.

11      Q.    Other than the two purchases that we just

12  looked at, do you recall making any other purchases

13  with the Mt. Gox Exchange?

14      A.    Not that I recall.

15      Q.    Let's talk about your interactions with

16  Mt. Gox customer service.

17           How often did you have discussions with

18  Mt. Gox customer service?

19      A.    I don't recall ever interacting with customer

20  service until I tried to take bitcoins off the

21  exchange in mid to late 2013.

22      Q.    If I could ask you to look back at Exhibit 2,

23  which is the fourth amended complaint, and if I could

24  ask you to look at paragraph 52, which is on page 13,

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 30

1    please.  And that first sentence reads:  "In November

2    2013, Greene began experiencing delays with his

3    bitcoin tractions and complained to Mt. Gox customer

4    service (which was directly controlled by Karpeles)."

5    Do you see that?

6        **A.**   Yes.

7        **Q.**   Is that accurate that November 13th you

8    reached out to Mt. Gox customer service?

9            MR. THOMASSEN:  November of 2013.

10   BY MS. BRENNAN:

11       **Q.**   I'm sorry.  November 2013.

12       **A.**   Yes.

13       **Q.**   Do you recall any interactions with customer

14   service before November of 2013?

15       **A.**   No.

16       **Q.**   And how did you reach out to customer service

17   in Mt. Gox in November 2013?

18       **A.**   I think there was probably a customer service

19   email account that they directed you to where, which

20   is where I would have sent a message to.

21       **Q.**   Did you receive a message in response?

22       **A.**   I don't recall.

23       **Q.**   The beginning of the next sentence starting

24   with "Although customer service helped to resolve his

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 31

1    issues," do you see that?

2        **A.**    Yes.

3        **Q.**    How did customer service help to resolve the

4    issues?

5        **A.**    I believe I must -- I guess I would have

6    received an email from them saying they're working on

7    it, if I recall.  I don't recall.  I don't remember.

8        **Q.**    Do you recall having any telephonic

9    discussions with customer service at Mt. Gox?

10       **A.**    No.

11       **Q.**    It would have all been over email?

12       **A.**    Yes.

13       **Q.**    Was your only complaint in November of 2013

14   about delays with your bitcoin transactions?

15           MR. THOMASSEN:  Object to form.

16   BY MS. BRENNAN:

17       **Q.**    Okay.  Strike that.

18           In paragraph 52, the allegation says, "In

19   November of 2013, Greene began experiencing delays

20   with his bitcoin transactions and complained to

21   Mt. Gox customer service."  Do you see that?

22       **A.**    Yes.

23       **Q.**    Is the reason why you contacted customer

24   service in November of 2013 because you were

Royal Reporting Services, Inc.
312.361.8851

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

                                                    Page 32

1    experiencing delays with your bitcoin transactions?

2        **A.**   Yes.

3        **Q.**   Were there any other reasons that you reached

4    out to customer service in November of 2013?

5        **A.**   No.

6        **Q.**   And what bitcoin transactions were you trying

7    to make in November 2013?

8        **A.**   I was trying to remove the bitcoins from my

9    account to a personal address.

10       **Q.**   What do you mean by personal address?

11       **A.**   A personal bitcoin address.

12       **Q.**   And explain to me what your personal bitcoin

13   address was.

14       **A.**   An individual address that holds bitcoin.

15       **Q.**   Why did you want to do that?

16       **A.**   Because I knew at the time that other

17   individuals were having difficulty removing their

18   bitcoins from the Mt. Gox Exchange.

19       **Q.**   How did you know that?

20       **A.**   Through online forums such as

21   bitcointalk.org.

22       **Q.**   Were you ultimately able to remove bitcoins

23   from the Mt. Gox Exchange to your personal address?

24       **A.**   Some.

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 33

1   **Q.**   What percentage were you able to remove?

2   **A.**   I don't recall what the percentage was.

3   **Q.**   Why didn't you remove them all from Mt. Gox?

4   **A.**   Because they wouldn't send them to me.

5   **Q.**   So if I read the next sentence in

6   paragraph 52 that says, "Although customer service

7   helped to resolve his issues," did you consider your

8   issues resolved even if Mt. Gox wouldn't send the

9   remainder to you?

10  **A.**   No.

11  **Q.**   That was probably my fault for a double

12  negative.

13         Were the issues all resolved that you

14  raised in November 2013 by Mt. Gox customer service?

15  **A.**   All of my issues were not resolved at that

16  time.

17  **Q.**   What were your other issues?

18  **A.**   There were still bitcoins in my account that

19  were not -- that I was not able to receive.

20  **Q.**   Did you make any other inquiries from

21  November 2013 to January 2014 to Mt. Gox customer

22  service to try to withdraw the remainder of your

23  bitcoins from the Mt. Gox Exchange?

24  **A.**   I believe so, yes.

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 34

1    **Q.**    And how did you make those requests?

2    **A.**    Through email requests.

3    **Q.**    Do you have those emails?

4    **A.**    I guess not, no.

5    **Q.**    Why wouldn't you have those emails?

6    **A.**    I'm not -- I don't know.

7    **Q.**    You didn't delete any emails, correct?

8    **A.**    No, I don't think I did.  However, I don't

9    know.

10   **Q.**    Did you ever review any support desk updates

11   from Mt. Gox?

12   **A.**    What are those?

13   **Q.**    Let me start with that.  Do you know what

14   support desk updates are from Mt. Gox?

15   **A.**    No, I don't recall.

16   **Q.**    Do you recall reviewing any sort of either

17   blog or update that was posted directly to Mt. Gox's

18   website?

19   **A.**    No, I don't recall.  There might have been,

20   and that's why maybe I don't have emails regarding

21   correspondence.  At the time Mt. Gox might have had an

22   online complaint system where you would file

23   complaints directly on Mt. Gox's website.  At the time

24   I can't recall considering how long it's been.

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 63

1  STATE OF ILLINOIS            )
                                )  SS:
2  COUNTY OF COOK               )

3

4          I, Judith T. Lepore, Certified Shorthand

5  Reporter in the State of Illinois, do hereby certify

6  that on the 11th day of November, 2019, the deposition

7  of the witness, GREGORY GREENE, called by the

8  Defendant, was taken before me, reported

9  stenographically and was thereafter reduced to

10 typewriting through computer-aided transcription.

11         The said witness, GREGORY GREENE, was first

12 duly sworn to tell the truth, the whole truth, and

13 nothing but the truth, and was then examined upon oral

14 interrogatories.

15         I further certify that the foregoing is a

16 true, accurate and complete record of the questions

17 asked of and answers made by the said witness, at the

18 time and place hereinabove referred to.

19         The signature of the witness was waived by

20 agreement.

21         The undersigned is not interested in the

22 within case, nor of kin or counsel to any of the

23 parties.

24         IN TESTIMONY WHEREOF:  I have hereunto set my

Royal Reporting Services, Inc.
312.361.8851

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 64

1    verified digital signature this 20th of November 2019.

2

3

4

5

6    JUDITH T. LEPORE, CSR

7

8

9    License No. 084-004040

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24