# EXHIBIT J

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE and ANTHONY MOTTO, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:14-cv-01437 |
| v. | Hon. Gary Feinerman |
| MARK KARPELES, an individual, | Magistrate Judge Susan Cox |
| *Defendant*. | |

**PLAINTIFF GREGORY GREENE'S FIRST ANSWERS TO**
**DEFENDANT MARK KARPELES'S SECOND SET OF INTERROGATORIES**

Plaintiff Gregory Greene ("Plaintiff"), by and through his undersigned counsel, hereby provides the following answers to Defendant Mark Karpeles's ("Defendant") Second Set of Interrogatories. All responses contained herein are based only upon such information and documents presently available to Plaintiff. Further discovery, investigation, research, and analysis may supply additional facts and/or meaning to known facts. Moreover, the responses below are given without prejudice to Plaintiff's right to later produce additional information.

\*                    \*                    \*                    \*

**INTERROGATORY NO. 1:** Identify all Documents, Communications, representations or statements of any kind regarding Karpeles or Mt. Gox that you reviewed, studied or considered between October 1, 2013 and February 28, 2014, including but not limited to terms of services, advertisements, press releases, public statements or information from customer service, and the dates You reviewed each Document, Communication, representation or statement for the first time.

1

Doc ID: 55d0bf3eea96a6e369fcb4a1570d35e3beb8c2f9

**RESPONSE:** Plaintiff states that he paid attention to and read content that was published to the Mt. Gox website during the specified time period (i.e., when he and others were trying to retrieve stored bitcoin from the exchange), but does not recall any specific documents and did not save copies of documents before the Mt. Gox website was taken offline. Plaintiff further refers to the communications from Mt. Gox produced at GREENE_000014-16. Plaintiff reviewed the contents of these customer service communications at the time they were made.

*       *       *       *

**INTERROGATORY NO. 2:** Identify all third-party individuals or entities You or your counsel have communicated with regarding Mt. Gox, Mr. Karpeles, or this case.

**RESPONSE:** Plaintiff objects that this interrogatory seeks information that is not related to any party's claim or defense, and is therefore outside the permissible bounds of discovery. The simple fact that Plaintiff or his counsel communicated with another individual about Mt. Gox or Mr. Karpeles does not make that conversation, or the parties to that communication, relevant to this case and identifying every such individual would be unduly burdensome. For example, Plaintiff's counsel have communicated with various court personnel about this case while representing Mr. Greene, but identifying those individuals would not be relevant to any party's claim or defense. Further, Plaintiff objects to the extent that this request seeks the identification of individuals that his counsel have communicated with outside of their representation of Mr. Greene. Identifying such individuals has no bearing on Mr. Greene's case and, in addition, would be unduly burdensome.

Subject to and without waiving the foregoing objections, Plaintiff states that he has spoken with his wife about Mt. Gox, Mr. Karpeles, or this case. Plaintiff further states that he additionally discussed these topics in communications with other individuals at some point over the past 6+ years, but cannot recall any specific individuals with whom he communicated or the precise topics of those communications. Plaintiff further states, pursuant to Rule 33(d), that the individuals his counsel have

2

Doc ID: 55d0bf3eea96a6e369fcb4a1570d35e3beb8c2f9

3

communicated with regarding Mt. Gox, Mr. Karpeles, or this can be identified through the documents produced in this case beginning with the "Edelson" Bates prefix, along with those individuals identified in Plaintiff's privilege log. In addition to the individuals identified in those documents, Plaintiff additionally states that his attorneys have communicated with the following individuals:

- Andy Pag (andy@andypag.com)

- Peter N. Steinmetz (peternsteinmetz@steinmetz.org)

- J. Scott Colesanti, LL.M., Professor of Legal Writing, Hofstra University Maurice A. Deane School of Law, (516) 463-6413

- Kirez Reynolds (kirezr@gmail.com)

- Nathaniel Cook (heavycrag@gmail.com)

Plaintiff will supplement this response if any additional individuals are identified.

\*                    \*                    \*                    \*

Doc ID: 55d0bf3eea96a6e369fcb4a1570d35e3beb8c2f9

*As to Objections:*

**Edelson PC,**

Dated: July 15, 2019

By: /s/ Benjamin S. Thomassen
    One of Plaintiffs' Attorneys

Benjamin S. Thomassen
bthomassen@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

J. Aaron Lawson
alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

*Counsel for Plaintiff and the Putative Class*

4

5

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

As to Answers,

Gregory Greene

Date: 07/16/2019

5

Doc ID: 55d0bf3eea96a6e369fcb4a1570d35e3beb8c2f9

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, I served the above and foregoing document by causing a true and accurate copy of such paper to be delivered to the persons shown below via electronic mail:

**Bevin Megan Brennan**
Pedersen & Houpt, P.C.
161 N. Clark Street
Suite 2700
Chicago, IL 60601
(312) 261-2186
Not a member (fax)
bbrennan@pedersenhoupt.com

**Matthew J. Schmidt**
Pedersen & Houpt
161 N. Clark Street
Suite 2700
Chicago, IL 60601
(312) 261-2281
Not a member (fax)
mschmidt@pedersenhoupt.com

/s/ Benjamin S. Thomassen

Doc ID: 55d0bf3eea96a6e369fcb4a1570d35e3beb8c2f9