# EXHIBIT K

 **Ben Thomassen <bthomassen@edelson.com>**

## Fwd: Email chain regarding restriced access and ultimate verification of my account



**From:** Damien <notifications-info@mtgox.com>
**Sent:** Monday, February 24, 2014 3:52 AM
**To:** greg greene
**Subject:** [Support Desk] Re: My account is restricted

## Please do not write below this line ##

**Ticket #206947: My account is restricted**

### MtGox.com
support.mtgox.com

MtGox

Your request (#206947) has been marked as solved, pending closure. Should you believe that your request has not been adequately addressed and wish to postpone closure, or should you wish to review or comment upon your request, please follow the link below:
http://support.mtgox.com/requests/206947

Mt.Gox Support appreciates any feedback that you may wish to provide.

**Damien, Feb 24 18:52:**

Dear Valued customer,

Thank you for your email,

Sorry for the delay, due to a huge volume of requests we are currently experiencing delay in replying to your email.

We are pleased to let you know that your account verification request has been accepted. Please let us know if you have any other questions and we will be more than glad to assist you through.

Thank you very much for your patience and understanding with regard to this matter.

Best regards,

MtGox Team
https://www.mtgox.com

GREENE_000014

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers. Please visit https://mtgox.com/security]

---

**Greg Greene, Feb 14 22:38:**

The verification form has been filled out completely. Please let me know that all restrictions have been removed from my account. Thanks.

---

**Damien, Feb 14 17:01:**

Dear Valued Customer,

some of the restrictions on your account has been lifted

Please complete the verification form at https://mtgox.com/forms/verification

Let us know when you are done.

Thank you for your cooperation.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers. Please visit https://mtgox.com/security]

---

**Greg Greene, Feb 14 01:39:**

When will somebody respond back to me regarding the unlocking of my account? I provided the information requested and want to know when you will take action. I do not understand your reasoning for requesting my information in the first place. However, in order to unlock my account as quickly as possible, I complied with your request. I have never used any other exchange other than Mtgox and have loyally used your exchange exclusively since mid-2012. Please provide me the courtesy of unlocking my account.

---

**Greg Greene, Feb 11 12:07:**

Attached you will find my drivers license issued by the state of Illinois USA. This should fulfill your requirement for a government issued photo ID.
Also attached is a Internet/Cable utility bill dated Jan. 26, 2014 which should fulfill your requirement for a proof of residence.

Please provide me with an estimate on when you will unlock my account.

Attachment(s)
Drivers License.jpg
Cable-Internet Utility Bill.jpg

---

**Damien, Feb 10 17:34:**

Dear valued customer,

Following the arrest of BitInstant CEO, we believe it necessary to confirm and improve the information we hold on all customers using or having used BitInstant in the past. We understand that this request may create inconveniences but we believe that this is a necessary process to enforce MtGox policy not to tolerate any illegal usages of its platform.

please attach to this email the following documents in order to have your account unlocked

1. A valid copy of a government issued photo ID and:

2. Proof of residence (less than 3 months old) - this can be a utility or phone bill

Sincere apologies for the inconveniences

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers. Please visit https://mtgox.com/security]

---

**Ashley, Feb 09 01:05:**

Dear Valued Customer,

Thank you for the email. We have merged your tickets for a better follow up. We are forwarding to the concerned team for a better assistance.

Best regards,

MtGox Team
https://www.mtgox.com

[Attention: Please protect your account using OTP to ensure that your funds are safe and secure. Failing to do so makes your information vulnerable to hackers. Please visit https://mtgox.com/security]

GREENE_000015

**Ashley, Feb 09 01:04:**

Request #207065 "my account is resteicted from ac..." was closed and merged into this request. Last comment in request #207065:

What do I need to do?

------------------
Submitted from: https://www.mtgox.com/news

---

**Greg Greene, Feb 05 22:24:**

Hello,
I submitted this request almost 24 hours ago. Would somebody please provide me some assistance?

---

**Greg Greene, Feb 05 01:20:**

Hello, I recently checked my mtgox account and I was surprised to see that my account was restricted from accessing funding options. Can someone please provide assistance regarding this issue.My account number is: M30107117xThanks

| This email is a service from Support Desk. |
|---|

--

Alicia E. Hwang | Edelson PC

123 Townsend Street, Suite 100
San Francisco, California 94107
415.234.5343 (direct) | 415.212.9300 (firm) | 415.373.9435 (fax)
ahwang@edelson.com | www.edelson.com

 @EdelsonPC    Edelson-PC    EdelsonLaw

_____
CONFIDENTIALITY AND LIABILITY FOR MISUSE.  The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.  Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.