# EXHIBIT L

# MTGOX online rehabilitation claim filing system

**RESULTS OF ACCEPTANCE OR REJECTION OF REHABILITATION CLAIMS**

|  |  |  | Acceptance | | | Rejection | |
|---|---|---|---|---|---|---|---|
| Claim Type | Amount of Filed Claims | Amount of Filed Voting Rights (JPY) | Amount of Claims Accepted by the Rehabilitation Trustee Regarding Filed Claims | Amount of Claims of Which Rehabilitation Trustee is Aware | Amount of Voting Rights Accepted by Rehabilitation Trustee Regarding Filed Voting Rights (JPY) | Amount of Claims Rejected by Rehabilitation Trustee Regarding Filed Claims | Amount of Voting Rights Rejected by Rehabilitation Trustee Regarding Filed Voting Rights (JPY) |
| **US Dollars (USD)** | 2.66 | 297 | 2.66 | 0 | 297 | 0 | 0 |
| **Delay Damage (USD)** | 0.68 | 75 | 0.68 | 0 | 75 | 0 | 0 |
| **Bitcoin (BTC)** | 42.97104 | 32199009 | 42.97104 | 0 | 32199009 | 0 | 0 |

Case: 1:14-cv-01437 Document #: 454-12 Filed: 01/07/20 Page 3 of 3 PageID #:7488

|  |  |  | Acceptance |  |  | Rejection |  |
|---|---|---|---|---|---|---|---|
| **Bitcoin Cash (BCH)** | 42.97104 | 4188868 | 42.97104 | 0 | 4188868 | 0 | 0 |