UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |
| Plaintiff, | | |
| v. | | |
| MARK KARPELES, an individual, | | |
| Defendant. | | |

**DEFENDANT MARK KARPELES' MOTION FOR LEAVE TO FILE
HIS MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION
FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMIT**

Defendant Mark Karpeles, ("Karpeles"), by and through his attorneys, Pedersen & Houpt, P.C., seeks leave of Court to file his Memorandum of Law in Support of his Motion for Summary Judgment ("MSJ Brief"), which exceeds fifteen (15) pages in length, and submits as follows:

1. Mr. Karpeles is mindful of Judge Feinerman's Case Management Procedures and Local Rule 7.1(a) which limit briefs to fifteen (15) pages without leave of Court.

2. Despite his best efforts, Mr. Karpeles has been unable to reduce the length of his MSJ Brief to within the page limit set by the Court. (Mr. Karpeles' MSJ Brief is attached hereto as Exhibit "A").

3. Mr. Karpeles submits that a full discussion of each of Plaintiff's claims against him, including claims for conversion/trespass to chattels, negligence, and a claim under the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 Ill. Comp. Stat. 505/1, *et seq.*, as well a discussion of the undisputed material facts in the context of those claims necessitated preparing an MSJ Brief of 20 pages in order to adequately address each issue.

4. Mr. Karpeles' counsel has worked diligently to prepare a succinct MSJ Brief without omitting or giving short shrift to undisputed material facts, arguments and citations to

applicable authority or the record.

     5.     Mr. Karpeles' counsel believes that it would not be possible to reduce the length of his MSJ Brief appreciably without eliminating or weakening arguments, omitting or curtailing references to cases cited or by impairing this Court's understanding of the undisputed material facts.

     6.     This Motion is brought in good faith and not for any dilatory purpose.

WHEREFORE, Defendant Mark Karpeles, respectfully requests that this Court enter an order granting him leave to file his Memorandum of Law in Support of his Motion for Summary Judgment, which is 20 pages in length, and for such other and further relief as this Court deems just in Mr. Karpeles' favor.

Dated: January 7, 2020

Bevin Brennan
Matthew Schmidt
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com

*Attorneys for Defendant Mark Karpeles*

Respectfully submitted,
Mark Karpeles,

By: /s/ Bevin Brennan
     One of His Attorneys