**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 14-cv-01437 |
| | ) ) | Hon. Gary Feinerman |
| Plaintiff, | ) ) ) | Magistrate Judge Susan Cox |
| v. | ) ) | |
| MARK KARPELES, an individual, | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Monday, January 13, 2020** at **9:00 a.m.,** or as soon thereafter as counsel may be heard, counsel for Defendant Mark Karpeles will appear before the Honorable Gary Feinerman or any judge sitting in his stead, in Courtroom 2141 of the United States District Court for the Northern District of Illinois, to present **DEFENDANT MARK KARPELES' MOTION FOR LEAVE TO FILE HIS MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMIT**, which was filed via the Court's electronic case management system on January 7, 2020.

Dated: January 7, 2020

Respectfully submitted,

MARK KARPELES

By: _/s/ Bevin Brennan_
One of his Attorneys

Bevin Brennan
Matthew Schmidt
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com

*Attorneys for Defendant Mark Karpeles*