# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Gregory Greene, et al.

                    Plaintiff,

v.                                      Case No.: 1:14–cv–01437

                                                        Honorable Gary Feinerman

Mark Karpeles, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held and continued to 3/16/2020 at 9:15 a.m. Defendant's motion for summary judgment [452] and Defendant's motion to strike expert disclosure [457] are entered and continued. Responses due by 2/10/2020; replies due by 3/9/2020. The deadline for Defendant to depose Plaintiff's disclosed expert Carol R. Goforth will be re−set at the 2/19/2020 status hearing.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.