IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**STIPULATION OF VOLUNTARY DISMISSAL**

At the parties' last status hearing, Defendant Mark Karpeles reported that he had, pursuant to the Court's instruction, reached out to the Japanese public prosecutors for permission to produce various documents relevant to Plaintiff Gregory Greene's claims. (*See* dkt. 447 at 1-2.) Following that hearing, Karpeles provided Plaintiff Gregory Greene with a written response from the Japanese public prosecutor, which indicated that, despite the Court's request, the prosecutor lacked authority under the Japanese Code of Criminal Procedure to grant Karpeles permission to use documents disclosed during the course of his criminal trial in any other proceedings. Therefore, while it is possible that additional information relevant to his claims may surface in the future, Plaintiff agrees that, pursuant to the Court's orders on his recent motion to compel, such information is unlikely to surface through discovery in this case. (*See* dkts. 446, 447.)

NOW THEREFORE, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the agreement of all parties that have appeared in this case, plaintiff Gregory Greene hereby dismisses his claim of negligence against Mark Karpeles with prejudice and his claim of conversion against Mark Karpeles without prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  February 13, 2020						EDELSON PC

								By: /s/ Benjamin S. Thomassen
								    One of Plaintiffs' Attorneys

								Benjamin S. Thomassen
								bthomassen@edelson.com
								EDELSON PC
								350 North LaSalle Street, 14th Floor
								Chicago, Illinois 60654
								Tel: 312.589.6370
								Fax: 312.589.6378

								J. Aaron Lawson
								alawson@edelson.com
								EDELSON PC
								123 Townsend Street, Suite 100
								San Francisco, California 94107
								Tel: 415.212.9300
								Fax: 415.373.9495

								*Counsel for Anthony Motto*

DATED:  February 13, 2020						PEDERSEN & HOUPT, P.C.


								/s/ Bevin Brennan [with consent]

								**Bevin Megan Brennan**
								Pedersen & Houpt, P.C.
								161 N. Clark Street
								Suite 2700
								Chicago, IL 60601
								(312) 261-2186
								bbrennan@pedersenhoupt.com

## CERTIFICATE OF SERVICE

    I, Benjamin S. Thomassen, an attorney, hereby certify that on February 18, 2020, I served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                                         /s/ <u>Benjamin S. Thomassen</u>