IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant.* | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

Pursuant to 28 U.S.C. § 1746, I hereby declare the following:

1. My name is Benjamin S. Thomassen. I am an attorney of record in the above-captioned matter for Gregory Greene. The following declaration is made on my personal knowledge, except where otherwise noted.

2. Attached hereto as Exhibit A is a true and accurate copy of excerpts from the deposition transcript of Mark Karpeles, taken in this matter on November 5, 2019, in Tokyo, Japan.

3. Attached hereto as Exhibit B is a true and accurate printout of the contents of the webpage appearing at https://www.whatbitcoindid.com/podcast/kim-nilssons-on-his-investigation-into-mt-gox and titled "Kim Nilsson on His Investigation into Mt. Gox," as it appeared on February 17, 2020. The webpage includes a video interview with Mr. Nilsson, along with a transcript from the interview.

4. Attached hereto as Exhibit C is a true and accurate copy of excerpts from Defendant Mizuho Bank, Ltd.'s Responses to Plaintiffs' First Set of Interrogatories.

1

5. Attached hereto as Exhibit D is a true and accurate copy of Gregory Greene's Responses to Mark Karpeles's First Set of Interrogatories.

6. Attached hereto as Exhibit E is a true and accurate copy of excerpts from the deposition transcript of Gregory Greene, taken in this matter on November 11, 2019, in Chicago, Illinois.

7. Attached hereto as Exhibit F is a true and accurate copy of a declaration signed by Gregory Greene on February 18, 2020.

8. Attached hereto as Exhibit G is a true and accurate screenshot of a forum post made by Mark Karpeles (using the username MagicalTux) on the bitcointalk.org website on September 10, 2012. The post is available online at: https://bitcointalk.org/index.php?topic=23938.msg1177353#msg1177353. In his written interrogatory responses, Karpeles indicated he used the username "MagicalTux" on the bitcointalk.org forums. *See* Ex. I at Resp. No. 4.

9. Attached hereto as Exhibit H is a true and accurate copy of an email received by Gregory Greene on April 6, 2013.

10. Attached hereto as Exhibit I is a true and accurate copy of Defendant Mark Karpeles's Responses to Greene's First Set of Interrogatories.

11. Attached hereto as Exhibit J is a true and accurate copy of the Mt. Gox Terms of Use that applied to U.S. users of the Exchange. The copy was originally pulled from the Internet Archive and filed in this case at dkt. 11-2. Karpeles agreed that the document, which was presented to him in his deposition, accurately represents Mt. Gox's Terms of Use that applied to U.S. users of the exchange. (Ex. A at 92:4-96:13.) Karpeles further agreed that the Internet Archive accurately stores the contents documents from the Internet. (*Id.* 94:1-7.)

12. Attached hereto as Exhibit K is a true and accurate copy of an email from Mark Karpeles to Jed McCaleb from January 28, 2011. This email was introduced at Mr. Karpeles's deposition. (*See* Ex. A at 37:13–38:11.)

13. Attached hereto as Exhibit L is a true and accurate copy of excerpts of electronic communications between Mark Karpeles and Jed McCaleb. At his deposition, Karpeles agreed that the log appears to be an accurate reproduction of communications between himself and McCaleb. (Ex. A at 46:4-47:24.)

14. Attached hereto as Exhibit M is a true and accurate copy of Karpeles's Responses to Greene's First Set of Requests to Admit Facts.

15. Attached hereto as Exhibit N is a true and accurate copy of a declaration signed by Jed McCaleb on February 11, 2020.

16. Attached hereto as Exhibit O is a true and accurate copy of the expert report and declaration of Professor Carol R. Goforth, which Plaintiff disclosed to Karpeles pursuant to Fed. R. Civ. P. 26(a)(2).

17. Attached hereto as Exhibit P is a true and accurate copy of the February 2011 purchase agreement for Mt. Gox, which was presented during Karpeles's deposition and additionally attached as Exhibit B to the McCaleb Declaration. Mr. McCaleb confirmed the accuracy of the document in his declaration. (Ex. N ¶ 11.). Exhibit P was introduced during Karpeles's deposition. (Ex. A 32:4–33:10.)

18. Attached hereto as Exhibit Q is a true and accurate PDF reproduction of an article titled "Bitcoin History Part 17: That Time Mt. Gox Destroyed 2,609 BTC," written by Kai Sedgwick, and published at https://news.bitcoin.com/bitcoin-history-part-17-that-time-mt-gox-destroyed-2609-btc/.

19. Attached hereto as Exhibit R is a true and accurate copy of the seizure warrant and return filed in case number 1:13-mj-01085-SAG (D. Md.).

20. Attached hereto as Exhibit S is a true and accurate copy of the seizure warrant and return filed in case number 1:13-mj-01162-SKG (D. Md.).

21. Attached hereto as Exhibit T is a true and accurate PDF reproduction of an article titled "Former Mt. Gox chief Mark Karpeles acquitted of most charges in major bitcoin case," written by Sherisse Pham for CNN Business, and published at https://www.cnn.com/2019/03/14/tech/mark-karpeles-mt-gox/index.html.

22. Attached hereto as Exhibit U is a true and accurate copy of the document bearing the Mt. Gox logo entitled "Crisis Strategy Draft." The document was leaked onto the Internet in February 2014. In an email exchange between Jed McCaleb and Mark Karpeles on February 24, 2014, produced in a case titled *Raggio, et al. v. Coin Collective, et al.*, No. 3:19-cv-00022 (S.D. Miss.), Karpeles confirmed some of the particulars in the document. (*Raggio* dkt. 2-10, at 73-74.)

23. Attached hereto as Exhibit V is a true and accurate copy of a document bearing the Mt. Gox logo titled "Company Overview," and dated January 2012. The document was downloaded from the Internet Archive. According to the Internet Archive, the document was available at mtgox.com beginning February 1, 2012, at a link titled "Mt. Gox overview: January 2012 / Transparency." Karpeles agreed that the Internet Archive accurately stores documents and text from the Internet. (Ex. A at 94:1-7.) In an email exchange between Jed McCaleb and Mark Karpeles dated February 1, 2012, produced in the above-reference *Raggio* matter, Karpeles confirmed some of the particulars in the document. (*Raggio* dkt. 2-5, at 17-18.)

24. Attached hereto as Exhibit W is a true and accurate copy of a document bearing the Mt. Gox logo titled "Company Overview," and dated August 2012. The document was

4

downloaded from the Internet Archive. According to the Internet Archive, the document was available at mtgox.com beginning August 31, 2012, at a link titled "Mt. Gox overview: August 2012."

25. Attached hereto as Exhibit Y is a true and accurate copy of a document titled "Mt.Gox & Coinlab Announce Strategic Partnership to Bolster American Presence, Celebrate $1/2 Billion per Year in Annualized Trades," dated February 28, 2013. The document was downloaded from the Internet Archive, which Karpeles agrees accurately stores documents from the Internet. (Ex. A at 94:1-7.)

26. Attached hereto as Exhibit Z is a true and accurate copy of a document titled "Exclusive License Agreement for the USA & Canada," executed by Mark Karpeles on behalf of Mt. Gox. The document was attached to the Complaint filed in the matter of *CoinLab, Inc. v. Mt. Gox KK, et al.*, case number 2:13-cv-00777-MJP (W.D. Wash.). Defendants' answer admits the authenticity of this document. *See* Ex. AB.

27. Attached hereto as Exhibit AA is a true and accurate copy of the Complaint filed by CoinLab in the above-referenced *CoinLab* matter.

28. Attached hereto as Exhibit AB is a true and accurate copy of the "Answer and Counterclaim" filed by Mt. Gox KK and Tibanne KK in the above-referenced *CoinLab* matter. Numbered paragraph 1 of this document admits the authenticity of the "Exclusive License Agreement" attached *supra* as Ex. Z.

29. Attached hereto as Exhibit AC is a true and accurate copy of a document titled "The Willy Report: proof of massive fraudulent trading activity at Mt. Gox, and how it has affected the price of Bitcoin." The document, published on May 25, 2014 on Wordpress.com at https://willyreport.wordpress.com/2014/05/25/the-willy-report-proof-of-massive-fraudulent-

trading-activity-at-mt-gox-and-how-it-has-affected-the-price-of-bitcoin/, was introduced as Exhibit 6 in the deposition of Mark Karpeles. (Ex. A at 110:16–111:10.)

30. Attached hereto as Exhibit AD is a true and accurate PDF reproduction of a document titled "Comments on the Mark Karpelès trial," written by Kim Nilsson on the WizSec blog, and published at https://blog.wizsec.jp/2017/07/comments-on-mark-karpeles-trial.html.

31. Attached hereto as Exhibit AE is a true and accurate copy of Plaintiff Greene's First Supplemental Answers to Defendant Mark Karpeles's First Set of Interrogatories.

32. Attached hereto as Exhibit AF is a true and accurate copy of a document titled "Statement on Resumption of Withdrawals and Improved Banking." According to the Internet Archive, the document was posted to the Mt. Gox website on July 4, 2013. Karpeles agrees that the Internet Archive accurately reproduces documents and text from the Internet. (Ex. A at 94:1-7.)

I declare under the penalty of perjury that the foregoing is true and correct.


Dated: February 18, 2020					/s/ Benjamin S. Thomassen
							Benjamin S. Thomassen

7

**CERTIFICATE OF SERVICE**

    I, Benjamin S. Thomassen, an attorney, hereby certify that on February 18, 2020, I served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

/s/ Benjamin S. Thomassen