# Exhibit A

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

---

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                 EASTERN DIVISION

 3   - - - - - - - - - - - - - - - - - - x

 4   GREGORY GREENE and JOSEPH LACK,      :
     individually and on behalf of all
 5   others similarly situated,          :

 6         Plaintiffs,        : Case No.

 7       v.                   : 1:14-cv-01437

 8   MARK KARPELÈS, an individual,       :

 9         Defendant.         :

10   - - - - - - - - - - - - - - - - - - x

11

12

13              CONFIDENTIAL

14

15

16             Deposition of

17            MARK KARPELÈS

18             Tokyo, Japan
          Tuesday, 5 November, 2019
19              8:48 a.m.

20

21

22   Job No.:  265577

23   Pages:  1 - 258

24   Reported By:  M. Allred, RPR, CSR(A)
```

---

**Page 2**

```
 1        Deposition of MARK KARPELÈS, held at the

 2   offices of:

 3

 4

 5        U.S. EMBASSY IN JAPAN - TOKYO

 6        1-10-5 Akasaka

 7        Minato-ku, Tokyo 107-8420

 8        Phone:  03-3224-5000

 9

10

11

12        Pursuant to notice, before M. Allred, RPR,

13   CSR(A), Notary Public in and for the District of

14   Columbia.

15

16

17

18

19

20

21

22

23

24
```

---

**Page 3**

```
 1            A P P E A R A N C E S

 2   ON BEHALF OF PLAINTIFFS:

 3        BEN THOMASSEN, ESQUIRE

 4        AARON LAWSON, ESQUIRE

 5        EDELSON PC

 6        350 North LaSalle Street, 14th Floor

 7        Chicago, Illinois 60654

 8        Phone:  +1-312-589-6370

 9

10

11   ON BEHALF OF DEFENDANT:

12        BEVIN BRENNAN, ESQUIRE

13        PEDERSEN & HOUPT

14        161 North Clark Street, Suite 2700

15        Chicago, IL 60601-3242

16        Phone:  +1-312-641-6888

17

18

19

20

21

22

23

24
```

---

**Page 4**

```
 1            C O N T E N T S

 2   EXAMINATION OF MARK KARPELÈS          PAGE

 3      By Mr. Thomassen                     6

 4

 5

 6            E X H I B I T S

 7        (Attached to the transcript.)

 8   KARPELÈS DEPOSITION EXHIBIT          PAGE

 9   Exhibit 1    Defendant Mark Karpelès'    9

10              Responses and Objections to

11              Plaintiff Gregory Greene's

12              First Set of Interrogatories

13   Exhibit 2    MCCALEB 000002; GREENE_000457   32

14   Exhibit 3    Email thread dated January 28,  37

15              2011, at 9:46 a.m.

16   Exhibit 4    GREENE_001222                   46

17   Exhibit 5    Terms of Use dated 20 January   92

18              2012

19   Exhibit 6    The Willy Report, posted on    110

20              May 25, 2014

21   Exhibit 7    Email dated October 12, 2016,  190

22              at 12:40 a.m.

23

24
```

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

---

**Page 5**

1  Exhibit 8  WizSec post dated July 12,      215
2              2017, entitled "Comments on
3              the Mark Karpelès trial"
4  Exhibit 9  Defendant Mark Karpelès'        224
5              Objections and Responses to
6              Plaintiff Gregory Greene's
7              First Set of Requests to Admit
8              Facts
9  Exhibit 10 Article from WizSec blog dated  235
10             14 February 2015 and entitled
11             "MtGox investigation update
12             and preliminary release"

---

**Page 6**

P R O C E E D I N G S

(M. ALLRED, RPR, CSR(A), having been duly sworn by the Consular Officer to stenographically report the deposition, transcribed the following:)

MARK KARPELÈS,
having been first duly sworn by the Consular Officer, testified as follows:

E X A M I N A T I O N

BY MR. THOMASSEN:

Q  Good morning, Mark. We've never known; is it Karpelès or Karpelès?

A  Karpelès.

Q  With an "S" on the end.

A  Yes.

Q  Okay. Good morning again. Thanks for being here. Obviously you're here for your deposition in this case. I take it you've never been involved in a US deposition before; is that correct?

A  Actually I did.

Q  When was that?

A  That was in 2017 for CoinLab.

Q  The CoinLab case?

A  Yes. I was not sworn, but I was presented

---

**Page 7**

at the deposition.

Q  Okay. Were you -- was that here in Japan, or did you go to the States for that?

A  That was in Taiwan.

Q  Okay. In Taiwan, okay. Well, just a couple of things that I want to set out at the beginning. I know English isn't your first language; is that correct?

A  Yes.

Q  But we're speaking English now. We've spoken English in the past.

A  Yeah.

Q  If you ever have trouble understanding anything I'm saying, whether it's because it's English or you're just confused by my question, just ask me for clarification, please. Okay?

A  Okay.

Q  Obviously you're under oath. You understand that means you have to tell truth here; right?

A  Yes.

Q  Okay. Good. Just as we go along, if you need a break, please let us know, and we can probably accommodate that. The only qualification

---

**Page 8**

is that if there's a question pending, we're going to ask you to answer the question before you take a break. You understand?

A  Yes.

Q  Okay. Good. Any questions before we get going?

A  I believe I'm good.

Q  Good for now; right?

A  Yeah.

Q  All right. So you were -- obviously you worked at Mt. Gox; correct?

A  Yes.

Q  What was your title there?

A  I was CEO of the company.

Q  Right. And when did you first start working as CEO of Mt. Gox?

A  Back in 2011.

Q  2011. And before then the exchange -- Mt. Gox is a bitcoin exchange; right?

A  Yes.

Q  Okay. And before you took control of Mt. Gox, it was controlled by Jed McCaleb?

A  Before actually I took control of the Mt. Gox website, yes, it was controlled by Jed

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

7 (25 to 28)

---

25

1    A  I'm employed by a company called Tristan
2  Technologies.
3    Q  How long have you worked for Tristan
4  Technologies?
5    A  About three years.
6    Q  Okay.  Did you work -- was that the first
7  employment you had after Mt. Gox shut down?
8    A  I believe it was, yes.
9    Q  Okay.  And do you draw a salary from
10 Tristan Technologies?
11   A  Yes, I do.
12   Q  What is that salary?
13   A  It's a salary of about 1 million yen a
14 month.
15   Q  Okay.  And you do not set that salary;
16 correct?
17   A  No, I do not.
18   Q  What is your title at Tristan Technologies?
19   A  I am CTO at Tristan Technologies.
20   Q  And who set your salary?
21   A  The CEO of the company.
22   Q  Who is that?
23
24

---

26

1    A  He is a Japanese person called Nobuyasu
2  Ogata.
3    Q  And Tristan Technologies, is that a
4  Japanese company?
5    A  Yes, it is.
6    Q  And generally speaking, what do you do for
7  Tristan Technologies?
8    A  I do, well, a lot of things.  Mostly
9  IT-related work including working -- providing
10 services to other companies such as London Trust
11 Media.
12   Q  Is any of your work for Tristan
13 Technologies related to bitcoin?
14   A  No.
15   Q  Is any of your work for Tristan
16 Technologies relating to blockchain technology?
17   A  No.
18   Q  All right.  You recently went through a
19 criminal trial relating to your time at Mt. Gox; is
20 that right?
21   A  Yes.
22   Q  All right.  And as a result of that
23 criminal trial, you were convicted of -- was it
24 data manipulation?

---

27

1    A  Basically, yes.  It's a little bit more
2  wordy in Japanese, but...
3    Q  Is it -- how would you describe it?
4    A  Well, the exact translation would be
5  manipulation of private electronic records.
6    Q  Okay.  And what was the factual basis of
7  that conviction?  What records were you convicted
8  of manipulating, according to the...
9    A  Well, according to the prosecution, I was
10 accused of creating records pertaining to increased
11 of accounts balance.
12   Q  To increase the accounts balances?
13   A  Yes.
14   Q  Okay.  Was this relating to what you and
15 others have called Willy bot?
16   A  Yes, it is.
17   Q  What is Willy bot?
18   A  Well, Willy bot is a name given by people
19 seeing the activity on the exchange from outside.
20 For a system that was part of Mt. Gox, created to
21 balance existing bitcoin debt and avoid -- reducing
22 the risk caused by this debt.
23   Q  Yes.  And you referred to -- during your
24 criminal trial, you referred to Willy bot as an

---

28

1  obligation exchange; is that right?
2    A  Yes.
3    Q  Okay.  And those are synonymous to you?
4  They mean the same thing?
5    A  More or less.  I mean, Willy bot is a name
6  given by people from outside for part of this
7  activity.
8    Q  Right.  Which part of the activity?
9    A  I believe the part after 2012 or '13.
10   Q  Okay.  We'll get into that.  And your -- my
11 understanding is that you're contesting your
12 conviction for data manipulation; is that right?
13   A  Yes.  I've appealed to this.
14   Q  Right.
15   A  And the appeal process is in progress.
16   Q  So what's the basis of your appeal?  Do you
17 think that the criminal court got something wrong
18 factually, or is it something legal, if you know?
19   A  It's something legal.
20   Q  Okay.
21   A  My lawyer would be more qualified to
22 explain it.  But basically there's no restriction
23 in law for Mt. Gox to create records in its own
24 database.

---

CONFIDENTIAL

Transcript of Mark Karpeles
Conducted on November 5, 2019

---

29

1    Q  Can you restate that?  I'm sorry.
2    A  Yes.  There is no restriction in law for
3  Mt. Gox to create records in its own database.
4    Q  And it's your contention is that's what
5  Willy bot was doing was Mt. Gox was creating
6  records within its own database?
7    A  In this specific case, the prosecution was
8  about the creation of specific records, and this is
9  the difference based on this allegation.
10   Q  Okay.  And the prosecution, did it focus
11 its case on Willy bot's activity after
12 September 2013?
13   A  I believe so, yes.
14   Q  I'm sorry.  Was it the period -- Willy bot
15 was automated at some period of time; right?
16   A  It was always automated.
17   Q  It was always automated.
18   A  Yes.
19   Q  Okay.  Was it automated in March of 2011?
20   A  I would believe so, yes.
21   Q  Okay.  And why don't you tell me what you
22 mean by "automated."
23   A  Well, "automated" means that the activity
24 of the bot is triggered by software running without

30

1  human intervention.
2    Q  Okay.  But did you -- in March of 2011 when
3  Willy bot was automated, did you set the parameters
4  for Willy Bot's operation?
5      MS. BRENNAN:  Objection to form.
6    A  Parameters would be, of course, set by the
7  operator based on the source code.  So the way
8  Willy bot operates is, of course, defined by its
9  source code, which evolved other time.
10   Q  Right.  And so as part of its source code,
11 someone had to set, for example -- well, strike
12 that.  We'll come back to that information.
13     As a result of this conviction for data
14 manipulation, you received a suspended sentence; is
15 that right?
16   A  Yes.
17   Q  And what was that sentence?
18   A  It's two years and a half suspended for
19 four years.
20   Q  Okay.  And is it true that you cannot leave
21 Japan during that four-year period?
22   A  Yes.  It's my understanding.
23   Q  It's your understanding that you cannot
24 leave Japan for that four-year period?

---

31

1    A  Yes.
2    Q  Do you know when that four-year period is
3  up?
4    A  It would be up -- we're in '19 so in 2023,
5  but in case the appeal is successful, it would end
6  sooner.
7    Q  Sure.  Did you personally do any trading on
8  Mt. Gox while you were CEO?
9    A  No.
10   Q  Okay.  Do you know whether other Mt. Gox
11 employees did trading on Mt. Gox while you were a
12 CEO?
13   A  Mt. Gox had a policy against employees
14 doing trading.  We did have the robots running some
15 trades as a test to make sure everything worked,
16 but it should have been minor amounts.  But as far
17 as I know, no employee was doing trading on
18 Mt. Gox.
19   Q  Okay.  And you said earlier that you
20 acquired -- you took control of the exchange after
21 it had been operated by Jed McCaleb; right?
22   A  Yes.
23   Q  And you agree that after you took control
24 of the exchange, Jed McCaleb continued to trade on

32

1  the exchange; right?
2    A  I think so.  I didn't monitor this
3  specifically.
4      (KARPELÈS Deposition Exhibit 2 marked for
5  identification and attached to the transcript.)
6    Q  Mark, I'm handing you what I've marked as
7  Exhibit 2.  Take a look.
8      MS. BRENNAN:  Just for clarification,
9  Mr. Thomassen, this comes from -- MCCALEB 2 is from
10 documents you believe were produced in Mississippi,
11 not in response to the subpoena you guys just did
12 here; right?
13     MR. THOMASSEN:  We haven't received
14 anything.
15     MS. BRENNAN:  That's all I want to say.
16 Okay.  Thank you.
17   Q  And, sir, do you recognize Exhibit 2?
18   A  Yes, I do.
19   Q  All right.  What is it?  I believe?
20   A  I believe it is the agreement between
21 Tibanne and Jed regarding the transfer of the
22 Mt. Gox property.
23   Q  So this is -- Exhibit 2 is the -- it's the
24 purchase agreement for Mt. Gox; is that right?

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

9 (33 to 36)

---

**33**

1    A   Yes.  I'm not sure it's the latest version,
2  however.
3    Q   Can you say that again, please?
4    A   I'm not sure this is the latest version.
5    Q   So that's one question I had for you.  Was
6  there another version of the purchase agreement?
7    A   I would have to check because I do have a
8  copy of this on file from the criminal trial.
9    Q   Right.
10   A   So I could compare this, I believe.
11   Q   Okay.  So this was -- if you go to the last
12 page of Exhibit 1, you'll see that it looks like
13 you signed this on behalf of Tibanne on February 3,
14 2011; is that right?
15   A   Yes.
16   Q   And do you think there might be another
17 agreement that you signed after February 3rd, 2011,
18 that revised this agreement in some way?
19   A   No.  But I believe this signature page is
20 actually separate from the agreement, because it's
21 a separate signature page in it.
22       This signature page is separate from the
23 rest of the agreement actually even if it was
24 printed together.

**34**

1    Q   That's right.  So are you saying that this
2  agreement might be different than the one you ended
3  up signing?
4    A   I'm not sure, but I would have to verify.
5    Q   Is there -- just looking at the agreement
6  right now, it looks familiar to you; right?
7    A   Yes.  It looks familiar except for one
8  part, which I believe was removed from the final
9  agreement.
10   Q   Which part is that?
11   A   On the first part, the definitions contains
12 "current net funds," which includes minus of US
13 dollars $50,000, which I believe was removed from
14 the final agreement.
15   Q   So other than that item, do you believe
16 that this otherwise reflects the terms of the
17 agreement of Mt. Gox between Tibanne and Jed
18 McCaleb?
19   A   No.  Nothing else stands out.
20   Q   Okay.  Great.  And if you turn to -- do you
21 see on the bottom of the page there's some numbers
22 in the lower right-hand corner?
23   A   Yes.
24   Q   And there's some that begin with GREENE.

**35**

1  Do you see that?
2    A   Yes.
3    Q   Those are Bates numbers that we added to
4  these documents just to help us navigate.  Turn to
5  the page that's marked GREENE_458 on Exhibit 2.
6  It's the second page of the document.
7    A   Yes.
8    Q   You see the bullet points at the top.  One
9  of them says that -- one of them says:  "Not charge
10 seller transaction fees on MTGOX or New Gox."
11       You see where I read that from?
12   A   Yes.
13   Q   It's the fourth bullet down.
14   A   Yes.  The fourth point on the page.
15   Q   What's your understanding of what that term
16 means?
17   A   Basically that the seller, which is Jed
18 McCaleb, would not have to pay fees to trade on
19 Mt. Gox.
20   Q   Okay.  So to the extent Jed continued to
21 trade bitcoins for cash or vice versa on Mt. Gox,
22 he would not be assessed fees for those trades;
23 right?
24   A   Exactly.

**36**

1    Q   And so sitting here now, you don't recall
2  one way or another whether or not Jed did continue
3  to make trades?
4    A   I'm not sure if he made trades, but I
5  believe this was implemented into Mt. Gox so his
6  account wouldn't be charged fees.
7    Q   That's right.  And Jed, as part of the
8  purchase of Mt. Gox that we looked at in Exhibit 2,
9  he retained an ownership interest in the exchange;
10 is that right?
11   A   Yes.  He retained a non-controlling
12 ownership of 12 percent.
13   Q   Right.
14       MR. THOMASSEN:  Of 12 percent.
15       THE COURT REPORTER:  12 percent.
16   Q   And there was a period of time after the
17 sale where Jed had access to Mt. Gox's internal
18 database; is that true?
19   A   Yes.
20   Q   And is it true that he only had read access
21 to the database?
22   A   Yes.
23   Q   Okay.  And so that meant that he could look
24 at the transactional data at Mt. Gox, but he

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

---

**37**

1 himself couldn't alter it; right?
2    A  **Exactly.**
3    Q  All right.  So he was aware of, for
4 example, deposits of currency into the exchange by
5 Mt. Gox users?
6    A  **Yes.**
7    Q  He was aware of sales of bitcoin for
8 currency by Mt. Gox users too?
9    A  **Yes.**
10    Q  All right.  And during this time period,
11 you were aware that he had that access; right?
12    A  **Yes.**
13      (KARPELÈS Deposition Exhibit 3 marked for
14 identification and attached to the transcript.)
15    Q  Mark, I'll hand you what I've marked as
16 Exhibit 3.
17    A  **Yes.**
18    Q  Go ahead and take a look.
19    A  **Okay.**
20    Q  Do you recognize Exhibit 3?
21    A  **Yes, I do.**
22    Q  What does Exhibit 3 appear to be?
23    A  **It appears to be an email I sent on Friday,**
24 **January 28, 2011, to Jed.**

---

**38**

1    Q  And this was before you ended up signing
2 the purchase agreement that we looked at, which is
3 marked as Exhibit 2; right?
4    A  **Yes.**
5    Q  Do you remember sending this email that's
6 reflected in Exhibit 3?
7    A  **I kind of remember it.**
8    Q  Okay.  It at least looks familiar to you --
9    A  **Yes.**
10    Q  -- looking at it now?
11    A  **Yes.  It looks familiar.**
12      MS. BRENNAN:  Let him finish his question.
13 That will make her job a lot easier.
14      MR. THOMASSEN:  By the way you're doing an
15 excellent job of that so far.  That's usually the
16 things that gets screwed up right away, but you're
17 doing great.
18    Q  So is it fair to say that at the time that
19 you sent this email, you were considering whether
20 to go forward with the purchase of Mt. Gox?
21    A  **Based on the timing, I believe so, yes.**
22    Q  And if we go on the first page of
23 Exhibit 3, towards the bottom there is an email
24 from Jed, right, that you're responding to?

---

**39**

1    A  **Yes.**
2    Q  Okay.  And in this email Jed is referring
3 to a hack where 50,000 in currency was stolen from
4 Mt. Gox; is that right?
5    A  **Yes, I believe so.**
6    Q  And that hack of $50,000 in currency, that
7 happened shortly before you ended up taking control
8 of Mt. Gox; is that right?
9    A  **Based on what I hear from Jed, yes.**
10    Q  Okay.  Did the fact that Mt. Gox suffered
11 this hack concern you when you were considering
12 purchasing it?
13    A  **Yes, it did.  Hence this email.**
14    Q  Sure.  So let's look at the first line of
15 your email where you say:
16      "...having mtgox working with only a
17 fraction of the amounts being exchanged might be
18 problematic too."
19      You see where I read that from?
20    A  **Yes.**
21    Q  Can you explain to me what you meant by
22 that line?
23    A  **Basically it's a response to Jed's email**
24 **explaining that the hacker was able to take $50,000**

---

**40**

1 **from Liberty Reserve to which I say it's an issue.**
2    Q  What was the issue?
3    A  **Well, the issue would be that running**
4 **Mt. Gox this way could end being problematic in the**
5 **future.**
6    Q  And when you say "this way," let's look at
7 the second page of Exhibit 3.  Just flip it over.
8 The first full paragraph from the top that starts
9 with, "The loss of the 50K."
10      Do you see where I'm reading from?
11    A  **Yes.**
12    Q  So there Jed says:  "The loss of the 50K
13 although a lot of money shouldn't actually be an
14 issue as long as deposits continue to be greater
15 than withdrawals.  We can just let the loss ride
16 until the site either makes it or not."
17      You see where I read that from?
18    A  **Yes.**
19    Q  Is that the manner of operating Mt. Gox
20 that you were referring to when you said it might
21 be problematic?
22    A  **I believe so.**
23    Q  And so my understanding of Jed's
24 explanation here is that at the point of this

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

---

41

1  email, Mt. Gox did not have enough currency funds
2  to answer all or to correspond to all of its users'
3  deposits. Is that your understanding too?
4  **A  Yes.**
5  Q  I mean, it was short $50,000; right?
6  **A  Yes.**
7  Q  And Jed suggested that that was no big deal
8  as long as more deposits than withdrawals continued
9  to come in; right?
10  **A  Yes.**
11  Q  And you were concerned with that position?
12  **A  Yes.**
13  Q  Okay. So why did that position concern
14  you?
15  **A  Well, as I said, it could have become an**
16  **issue in the future, especially considering what**
17  **Jed said with the site either makes it or not. The**
18  **"not" side is an issue, I believe.**
19  Q  Right. Well, I mean, the site ended up not
20  making it; right?
21  **A  Well, yes, actually.**
22  Q  So in the -- if you go back to page 1 of
23  Exhibit 3, the -- your third paragraph in your
24  response to Jed, you say that:

---

42

1  "...I need to be 100 percent sure that we
2  will be able to answer any withdraw request from
3  someone who deposited anything."
4  You see where I read that from?
5  **A  Yes.**
6  Q  Can you tell me what you meant by that?
7  **A  Well, I meant that in case when Mt. Gox**
8  **runs, if we get withdrawal, basically we need to be**
9  **able to answer all of these as much as possible.**
10  Q  What do you mean by "as much as possible"?
11  **A  Well, there are, of course, requests we**
12  **cannot answer to because of legal reasons, also,**
13  **reasons. But as long as any other issue barring**
14  **this, we should be able to respond to user**
15  **requests.**
16  Q  Okay. And is the way that Mt. Gox would be
17  able to respond to requests is having enough actual
18  cash on hand to answer any user requests for a cash
19  withdrawal. Is that fair?
20  **A  Yes. I believe so.**
21  Q  And would you agree that -- so that was a
22  concern that you had when you were considering
23  taking control over the exchange. Is that fair?
24  **A  Yes. I believe so.**

---

43

1  Q  Is that a concern that you continued to
2  have over the course of your control of the Mt. Gox
3  exchange through 2014?
4  **A  What do you mean by this?**
5  Q  I mean that when you were actually put in
6  charge of Mt. Gox, did you still believe that it
7  was important that you needed to be 100 percent
8  sure that Mt. Gox would be able to answer any
9  withdrawal requests from someone who deposited
10  anything?
11  **A  Well, I believed it was an important thing**
12  **to be able to as much as possible, yes. So it**
13  **would change meaning soon after this.**
14  Q  You said "it would change meaning soon
15  after this"?
16  **A  Well, I'm guessing this is coming -- to**
17  **come in the next question in the timeline. -- in**
18  **the next question in the timeline because, well,**
19  **between the contract and the actual transaction of**
20  **Mt. Gox, something else happened.**
21  Q  Right. You're referring to the 80 to
22  90,000 bitcoin hack; right?
23  **A  Yes.**
24  Q  All right. So how did that change things,

---

44

1  in your words?
2  **A  Well, initially when I received Mt. Gox, I**
3  **was expecting to run an exchange which had no,**
4  **well, debt in terms of how much it owed customers.**
5  Q  Can I stop you real quick?
6  **A  Yes.**
7  Q  But when you received Mt. Gox, you knew
8  that it had a $50,000 currency debt; right?
9  **A  No. This one was fixed.**
10  Q  How was it fixed?
11  **A  Based on what Jed told me, he managed to**
12  **block the account of the hacker and recover the**
13  **money.**
14  Q  So the $50,000 came back into Mt. Gox by
15  the time you acquired it. Is that what you're
16  saying?
17  **A  Yes.**
18  Q  Okay. But then you said something else
19  happened. There was -- do you know how much
20  bitcoin was stolen in the subsequent hack?
21  **A  I believe about 80,000.**
22  Q  Okay. We'll just say 80,000. So how did
23  that change things for you?
24  **A  Well, it changed things in different ways.**

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

12 (45 to 48)

---

45

1 First that the contract's already signed.
2    Q  Right.
3    A  So I couldn't go back on this anymore.  And
4 that I still had to run Mt. Gox this way.
5    Q  What do you mean you still had to run
6 Mt. Gox this way?
7    A  Well, at the time it was my belief that I
8 couldn't -- there was no other way to run Mt. Gox.
9 Well --
10    Q  Do you just mean at that time you had
11 already signed the contract, so it was your
12 responsibility to run Mt. Gox?
13    A  Basically, yes.
14    Q  And so -- and then also there's been some
15 confusion just in the media about whether the hack
16 occurred before or after you signed the agreement.
17 And you recall that it happened after you signed
18 the agreement; right?
19    A  Yes.  The agreement was signed on
20 February 3rd, based on Exhibit 2.  I do believe --
21 well, I remember it was after the agreement was
22 signed.
23    Q  Yeah.  It was in early March; right?
24    A  Yes.

---

46

1    Q  Okay.  And by "it," we mean the bitcoin
2 hack; right?
3    A  Yes.
4       (KARPELÈS Deposition Exhibit 4 marked for
5 identification and attached to the transcript.)
6    Q  Mark, I'm handing what you has been marked
7 as Exhibit 4.
8    A  Yes.
9    Q  I know Exhibit 4 is longer, but just in
10 your browsing through it as you are doing now, do
11 you recognize Exhibit 4?
12    A  Well, it looks like a chat Skype between me
13 and most likely Jed.
14    Q  Okay.  So it's -- and you recall chatting
15 with Jed through Skype in -- let me see the time
16 period on the first page is December 2010?
17    A  I think so, yes.
18    Q  Okay.  And I know you haven't reviewed
19 every page of this document.  But generally
20 speaking, does Exhibit 4 -- it appears to depict
21 your chats on Skype with Jed McCaleb starting on
22 around December 2010; is that right?
23    A  Yeah.  The first few page looks like
24 conversation we had at the time.

---

47

1    Q  Yeah.  And then as the exhibit goes on, the
2 time period just gets later and it reflects
3 subsequent chats you had with Jed; right?
4    A  Well, I would guess so.
5    Q  Yeah.  Again, I know you haven't looked at
6 everything.  Okay.  Fine.
7       So again if you look in the bottom
8 corner -- bottom right corner, you see the Bates
9 numbers.  If you turn to the page marked
10 GREENE_1223, which is just the second page.
11    A  Okay.
12    Q  And if you go down to the bottom of the
13 page, the last three lines, you see -- first of
14 all, let me establish this.
15       So one of the person's chatting's name is
16 "Mark Karpelès."  You see that throughout the
17 document?
18    A  Yes.
19    Q  And that's you; right?
20    A  Yes.  I believe so.
21    Q  All right.  And then the other person
22 chatting is "mtgox," and it's your understanding
23 that that's Jed McCaleb; right?
24    A  I believe I -- most likely Jed.

---

48

1    Q  Okay.  So then on page GREENE_1223, --
2    A  Yes.
3    Q  -- third line from the bottom Jed says:
4 "Something bad happened."
5       Do you see that?
6    A  Yes.
7    Q  And this has a time stamp March 3rd, 2011?
8    A  Yes.
9    Q  And so you can read those lines, and then
10 continuing on to the next page.  It's my
11 understanding that this is when Jed is first
12 telling you about the bitcoin hack you and I were
13 just talking about.  Is that your understanding as
14 well?
15    A  I believe so, yes.
16    Q  Can you tell me why is it that Jed was the
17 one that learned about this hack even though this
18 is after the purchase agreement; right?
19    A  Well, the purchase agreement actually
20 didn't mean the transfer happened at the time of
21 the purchase.  The actual transfer of the server
22 happened about a month later.
23    Q  Okay.  At this time, March 3rd, 2011, Jed
24 was still in control of the Mt. Gox servers?

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

---

**49**

1    A  Yes.
2    Q  Do you know where their servers were
3  located?
4    A  I'm not sure exactly.  I believe it was a
5  provider in the US.  I think it was The Planet.
6    Q  Okay.
7    A  They were bought by SoftLayer, which was
8  bought by IBM.
9    Q  When you took control over the exchange,
10 the coding for the exchange as it existed in that
11 point of time had been written by Jed.  Is that
12 your understanding?
13   A  Yes.
14   Q  And it was written in PHP.  Is that your
15 understanding?
16   A  Exactly.
17   Q  And fair to say over the next several
18 months you found that there were various flaws in
19 Jed's coding of the exchange; right?
20   A  Yes.  I did find a number of flaws.  I
21 stopped using Jed's code into June.
22   Q  Right.  And June, was that the point where
23 you took Mt. Gox offline and rewrote the code?
24   A  Yes.

---

**50**

1    Q  Did you rewrite it in PHP?
2    A  Yes.  I rewrote it fully in PHP.
3    Q  Is there a reason why you stuck with PHP at
4  that time?
5    A  There's two reasons, actually.  One is that
6  given the timeline, no other languages would be
7  able to create this as quickly, like, to write a
8  full exchange in two weeks.
9        The other reason is because as the existing
10 system of Mt. Gox was in PHP, it was easier to
11 implement the same system in the same language.
12   Q  So if you had -- and I know since you took
13 Mt. Gox offline at that time, you probably felt
14 some time pressure to get it back up; right?
15   A  Yes.
16   Q  From Mt. Gox's customers who wanted to do
17 more trading?
18   A  Yes.
19   Q  If you had more time, you could have
20 recoded Mt. Gox using a different programming
21 language; right?
22   A  Yes, of course.
23   Q  And I know in your -- you remember giving
24 what's called an AMA on Reddit?

---

**51**

1    A  Yes, it's possible.  I mean, I've done
2  multiple AMA over time.
3    Q  So in one of your -- I don't have a
4  printout here, but in one of your AMAs on Reddit,
5  someone asked you if it was a mistake to have
6  Mt. Gox operating in the PHP language, and you
7  responded that in retrospect you would have done it
8  in the Golang language.  Do you recall that?
9        MS. BRENNAN:  Objection to form.
10   A  I don't remember exactly, but even today I
11 would say Golang that is a fair choice for this
12 kind of programming.
13   Q  Why would Golang have been a better choice
14 for programming?
15   A  It is less -- it has better performance
16 than PHP.  It would have avoided a lot of
17 performance issues we had with Mt. Gox.
18   Q  Would it have been more secure than PHP?
19   A  A PHP doesn't have that much of bad track
20 record.  There are a lot of bad developers in PHP
21 because it's much more simple, but the language
22 itself had no big issues similar to what we find,
23 for example, with Ruby.
24   Q  Okay.  So let's go back to -- this is --

---

**52**

1  yeah -- Exhibit 4.  We were talking about the
2  bitcoin hack that happened shortly after you took
3  control of the exchange; is that right?
4    A  Yes.
5    Q  Okay.
6    A  Well, after I signed the contract but
7  before I took control actually.
8    Q  Right.  Okay.  So at the time that this
9  hack happened, the 80,000 bitcoin hack, is it true
10 that at that point in time Mt. Gox had -- the
11 amount of bitcoin held by Mt. Gox was less than the
12 total amount of bitcoin held by Mt. Gox users, at
13 least according to their accounts?
14   A  I would -- based on what Jed told me, I
15 would guess it was the case.
16   Q  Can you say the first part of your
17 response?  What do you mean?  You mean based on
18 what Jed told you?
19   A  At the time I didn't have access to Mt. Gox
20 yet.
21   Q  Right.
22   A  So I -- basically based on what Jed told me
23 at the time.
24   Q  So since Jed told you -- you didn't have

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

14 (53 to 56)

53

1 access to Mt. Gox's actual bitcoin holdings as of
2 March 3rd, 2011; right?
3    **A   Exactly.**
4    Q   But Jed told you that 80,000 bitcoins had
5 been stolen; right?
6    **A   Yes.**
7    Q   So based on that piece of information, your
8 assumption was that Mt. Gox did not -- the amount
9 of bitcoins held by Mt. Gox was less than the
10 amount of bitcoins reflected in Mt. Gox's users'
11 accounts; right?
12   **A   I think this what -- Jed told me this too**
13 **at some point.**
14   Q   Was there a period of time where you were
15 able to confirm that fact?
16   **A   What happened when Mt. Gox was hacked is**
17 **Jed immediately gave me access to the server so I**
18 **could look into it.**
19   Q   Let's pause there.  You mean -- was that
20 about March 3, 2011?
21   **A   Yes.**
22   Q   Okay.  Go ahead.
23   **A   So following the hack, Jed gave me access**
24 **to the server, and I looked into it to investigate**

54

1 **what happened.**
2    Q   As part of that investigation, were you
3 able to confirm that Mt. Gox was short bitcoins?
4    **A   Yes, I was.**
5    Q   And the amount of bitcoins it was short,
6 was it about what Jed said, 80,000-ish bitcoins?
7    **A   I believe so.  I don't remember the exact**
8 **amount.**
9    Q   Ballpark that's about what it was.
10     And I know that you and Jed talked about
11 how to handle that 80,000 bitcoin shortage; right?
12   **A   Yes.**
13   Q   And Jed gave you a number of different
14 ideas about how to handle it?
15   **A   Yes, he did.**
16   Q   Okay.  And one of those ideas was
17 converting the bitcoin debt to a cash debt; is that
18 right?
19   **A   I believe so, yes.**
20   Q   Another option was to -- well, do you
21 remember what any of the other options were?
22   **A   I think one was to get investment from a**
23 **company called, I believe, Crystal Island or**
24 **something, which actually quick due diligence made**

55

1 **this not an option.  I don't remember exactly the**
2 **last option, but it wasn't credible either.**
3       THE COURT REPORTER:  What was the name of
4 the company?  Crystal?
5    **A   Crystal Island, I think.  Just based on**
6 **memory.**
7    Q   Sure.  So speaking of -- during this time
8 period where Jed -- you said this was the time
9 period you first got access to the Mt. Gox systems;
10 right?
11   **A   Yes.**
12   Q   Okay.  So this is the first time you were
13 able to confirm Mt. Gox's overall bitcoin holdings;
14 is that right?
15   **A   Yes.**
16   Q   And same -- this is also the first time you
17 were able to confirm Mt. Gox's cash holdings;
18 right?
19   **A   Well, I couldn't confirm all of Mt. Gox's**
20 **bitcoin and cash holdings because, for one part,**
21 **Jed told me that only one-third was on the server**
22 **for the bitcoins.**
23       **And as for the cash holding, I could see**
24 **how much Mt. Gox owed to customers, but I couldn't**

56

1 see the account matching this.
2    Q   So you could see Mt. Gox's overall currency
3 debt; right?
4    **A   Yes.  I could confirm Mt. Gox's debt in**
5 **currency or bitcoins, but I couldn't confirm the**
6 **full assets.**
7    Q   Okay.  And before you signed the purchase
8 agreement that we looked at earlier, you hadn't
9 confirmed either Mt. Gox's cash holdings or bitcoin
10 holdings; is that right?
11   **A   Yes.  I was basing my decision on Jed's**
12 **representations.**
13   Q   Okay.  And why didn't you do those
14 confirmations before you went forward with the
15 purchase agreement?
16   **A   Well, at the time I believed in what Jed**
17 **told me about the situation.**
18   Q   Okay.  And the deal that Jed offered you
19 was one where you didn't have to pay any cash up
20 front; right?
21   **A   Yes.**
22   Q   There was a profit sharing agreement and
23 then -- well, strike that.
24       The payment agreement is the one reflected

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

15 (57 to 60)

---

**57**

1  in the purchase agreement that we looked at before;
2  right?
3      A  Yes, I believe so.
4      Q  Yeah.  There was no other, like, side
5  payments or anything like that?
6      A  None.
7      Q  Okay.  Were there any -- was there any
8  non-disclosure agreement associated with the
9  purchase of Mt. Gox?
10     A  Well, we discussed initially and I agreed
11  to Jed's request of not disclosing any of this.
12     Q  What do you mean "any of this"?  What are
13  you referring to?
14     A  Well, when Jed first contacted me about
15  selling Mt. Gox, he asked me to not talk about this
16  to anyone.
17     Q  Well, not talk about the fact that he was
18  discussing purchasing -- a purchase agreement with
19  you; right?
20     A  I think so.  As we moved forward, we agreed
21  to not talk about this or -- well, to keep Mt. Gox
22  running internals secret.
23     Q  So again when you said you agreed not to
24  talk about this, are you just referring to the fact

---

**58**

1  that there was a purchase agreement, or you're
2  referring to something else?
3      A  Well, initially the first request from Jed
4  by email was about the fact of selling Mt. Gox.
5      Q  Right.
6      A  But as we moved forward, of course,
7  everything related to the decision about selling
8  Mt. Gox was considered private too.  It is my
9  understanding that everything about the agreement,
10  including the transfer of Mt. Gox was, well,
11  non-disclosure either.
12     Q  Sorry.  Are you just referring to the terms
13  of the purchase agreement?
14     A  Not only the terms but to the, well,
15  process of transferring it.  I mean, we are talking
16  about transfer of bitcoins and other assets,
17  which are valuable, and just knowledge of where
18  those bitcoins are stored could be enough for some
19  hackers.
20     Q  I understand.  So just the logistics of
21  passing control over the exchange to you, that
22  information you considered to be confidential with
23  respect to the sale of Mt. Gox; is that right?
24     A  I would say so, yes.

---

**59**

1      Q  What about the $50,000 Liberty Reserve hack
2  that we discussed earlier?  Was that confidential
3  as well?
4      A  I would believe so, yes.
5      Q  What do you mean you would believe so?
6      A  Well, this was part of the discussion we
7  had as the negotiation of the agreement.  When I
8  asked Jed to do something about it and actually
9  when he managed to block the account where this
10  money was, there was no -- well, it's part of the
11  negotiation of the agreement.  So of course, it
12  falls under the same non-disclosure, I believe.
13     Q  Okay.  And the non-disclosure that was --
14  was that a request Jed made to you to keep
15  everything confidential?
16     A  Yes.  I believe it's part of the first mail
17  he sent me, and I believe we discussed either by
18  mail or on Skype or on the phone.
19     Q  But there's no confidentiality requirement
20  in the purchase agreement itself; is that right?
21     A  Well, I guess so, if you say so.  I
22  didn't...
23     Q  Well, I mean, you can look at it.  If you
24  recall something I don't, I want to know about it.

---

**60**

1      A  Yeah.  But it's quite possible, yes.
2      Q  And so you were featured -- you remember
3  being interviewed for a feature-length documentary;
4  is that right?
5      A  Maybe more than one.
6      Q  Maybe more than one.
7      A  Yes.
8      Q  Fine.
9         So the one -- there is one titled
10  "Unbelievable Story of Mark Karpelès."  Do you
11  remember that one?
12     A  Yes, I do.
13     Q  Have you actually seen that documentary?
14     A  No, I haven't seen it.
15     Q  You haven't actually watched it?
16     A  I did try to watch it, but I'm kind of
17  stunned watching me.  I kind of feel weird.
18     Q  Okay.  So you saw yourself on the movie;
19  you felt a little skittish, and you turned it off;
20  is that --
21     A  Yes.
22     Q  Yeah, okay.  Fine.  Are you aware that Jed
23  McCaleb was also in that documentary?
24     A  Yeah.  I think they said something about

---

**61**

1  this.

2  Q  And in that documentary, are you aware that

3  Jed McCaleb said there was no non-disclosure

4  agreement associated with the purchase of Mt. Gox?

5  **A  Okay.  I didn't know, but yeah.**

6  Q  Okay.  Does -- assuming that's the case,

7  that Jed said there was no non-disclosure agreement

8  associated with Mt. Gox, do you think Jed was being

9  truthful?

10  **A  Well, I'm guessing it depends on what you**

11  **call a non-disclosure agreement.  Because if you**

12  **mean an actual contract as a typical NDA with,**

13  **like, a page of non-disclosure, then of course**

14  **there was none.  But if it means that me agreeing**

15  **to Jed's request on not disclosing anything about**

16  **this, then there was such an agreement.**

17  Q  Okay.  So to the extent there was a

18  non-disclosure agreement between you and Jed

19  relating to the purchase of Mt. Gox, it was just an

20  informal one that was made through conversation.

21  Is that fair?

22  MS. BRENNAN: Objection to form.

23  **A  I believe the first email I got from Jed**

24  **about selling Mt. Gox was a written request of**

**62**

1  **keeping this confidential.**

2  Q  Do you mean written just because it was in

3  an email?

4  **A  Well, yes.  I mean, it's part of an email I**

5  **received from Jed where he says, "Please, keep this**

6  **confidential," which for me is enough to keep**

7  **something confidential.**

8  Q  If you had decided not to keep it

9  confidential, do you think Jed would have some sort

10  of legal recourse against you?  Was that your

11  understanding?

12  MS. BRENNAN: Objection to form.

13  Foundation.

14  **A  I wouldn't know this at the time.  Anyway,**

15  **it's not a matter of if it would be an issue of**

16  **legally speaking but just a matter of honor.**

17  Q  Sure.  So is it fair it was just Jed made a

18  request of confidentiality to you, and you decided

19  to honor that request of confidentiality.  Is that

20  fair?

21  **A  Yes, I believe so.**

22  Q  Okay.  And what about the 80,000 bitcoin

23  hack?  Was that also confidential information?

24  **A  I believe it was.  I think Jed said at some**

**63**

1  point it would be -- it should be kept secret.

2  Q  Okay.  And that -- but this was after you

3  had already signed the purchase agreement; right?

4  **A  Yes.**

5  Q  Did you also want to keep this information

6  secret?

7  **A  Well, based on Jed's argumentation about**

8  **why it shouldn't be disclosed, I believed it would**

9  **have been for the best of the exchange on --**

10  **followed on this.**

11  Q  Why do you think it would have been the

12  best for the exchange?

13  **A  Well, based on what I discussed at the time**

14  **with Jed, disclosing this would potentially have**

15  **kill Mt. Gox.**

16  MS. BRENNAN: I'm sorry.  Did you say based

17  on Jed's documentation?

18  (Discussion of the record.)

19  Q  So you said that it was best for the

20  exchange if the 80,000 bitcoin hack remained

21  secret.  Is that fair?

22  **A  I believe so, at the time.**

23  Q  And do you believe so because that's what

24  Jed was telling you?

**64**

1  **A  I believe so because of the agreements I**

2  **got from Jed.  Considering timing and the fact that**

3  **Jed had been running the exchange until now, he**

4  **likely knows what's best, what's good for the**

5  **exchange.**

6  Q  And you decided to follow Jed's advice?

7  **A  Yes.**

8  Q  But it was your decision to follow Jed's

9  advice?

10  **A  Yes, it was.**

11  Q  You said earlier before we went on this

12  little digression that Jed thought that revealing

13  the 80,000 bitcoin hack to exchange users would

14  have killed the exchange?  Those were your words?

15  **A  I believe that's what he said at some**

16  **point.**

17  Q  Do you know why revealing that information

18  would have killed the exchange?

19  **A  Well, the most likely reason is people**

20  **wouldn't use Mt. Gox anymore.**

21  Q  Why?

22  **A  One point of the most important points for**

23  **an exchange to continue running, I believe, is**

24  **trust.  One of -- this includes trust that the**

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

17 (65 to 68)

---

**Page 65**

1  exchange will not be hacked, in which case
2  disclosing this could have altered this.
3      Q  So is it right, are you saying that had
4  Mt. Gox users at this time, March 2011, been made
5  aware that there was a hack of 80,000 bitcoins,
6  they may have decided to move their bitcoins
7  elsewhere.  Is that fair?
8      A  I would guess so.
9      Q  And the reason for that is because they
10 would view Mt. Gox as potentially insecure?
11     A  Yes, I guess so.
12     Q  Well, why is that?  Is it because it's --
13 they would have viewed it as susceptible to hacks?
14     A  Well, people tend to easily fear some
15 things that happens once it shouldn't happen again.
16 Even -- I mean, even for in all the kind of hacks
17 like the Sony Playstation hack, even after many
18 years it was sold, and I'm pretty sure they
19 implemented much higher security procedures than
20 before, lots of people still didn't want to use the
21 service.
22     Q  Because in that example they viewed this
23 prior hack as evidence that the Playstation network
24 was insecure; right?

**Page 66**

1      A  Yes.
2      Q  All right.  And whether or not to be a part
3  of a given network knowing whether or not it is or
4  is not secure would be important to users.  Is that
5  fair?
6      A  Sorry?
7      Q  Knowing whether or not a given network is
8  important to -- I'm sorry.  Let me strike that.
9         Knowing whether or not a particular network
10 or in this case an exchange is secure is important
11 to users when deciding whether or not to join the
12 exchange or network.  Is that fair?
13     A  Well, knowing whether a network is secure
14 is important for users.  Yes.
15     Q  Right.  And knowledge that a hack had
16 occurred would tend to show that that network or
17 exchange is insecure.  Is that fair?
18     A  It would show that the exchange was
19 insecure at the time, but it may not be relevant to
20 afterwards.
21     Q  Because it might be fixed going forward;
22 right?
23     A  Well, typically it gets fixed over time.
24     Q  So was it your decision with respect to

**Page 67**

1  this 80,000 bitcoin hack to make the fixes to
2  security and therefore plug whatever hole allowed
3  the hack to happen?  Was that essentially what you
4  decided to do?
5      A  Well, in that specific case, I went through
6  steps to ensure that such hack couldn't happen.
7      Q  So you essentially fixed the security hole
8  that allowed the attack to happen; right?
9      A  Yes.
10     Q  And you just did that yourself on the back
11 end without telling Mt. Gox users about it.  Is
12 that fair?
13     A  Sorry?
14     Q  You did that yourself on the back end
15 without --
16     A  I didn't --
17     Q  You didn't tell Mt. Gox users that the hack
18 had happened; right?
19     A  Yes.
20     Q  And you fixed the security hole that had
21 allowed the hack to happen; right?
22     A  Yes.
23     Q  But you didn't tell users that it had been
24 fixed?

**Page 68**

1      A  No.
2      Q  Did you tell users at this time period,
3  March of 2011, that the exchange was missing
4  bitcoins?
5      A  I don't think so.
6      Q  Okay.  Do you think that's also important
7  for users to know whether or not a given bitcoin
8  exchange has -- well, to use the email we looked at
9  earlier on Exhibit 3, whether or not the exchange
10 has sufficient assets to meet customer withdrawal
11 demands, do you think that's important to users?
12     MS. BRENNAN:  Objection to form.
13 Foundation.
14     A  Well, that's the conflicting decision at
15 the time because one way -- of course, it's
16 important for users to know about this.  But
17 disclosing information would hurt all current users
18 of Mt. Gox.
19     Q  Why is that?  Why do you think it would
20 hurt users of Mt. Gox?
21     A  Well, the most likely direction in that
22 case would be that Mt. Gox wouldn't get any
23 business and would fail at some point, which
24 wouldn't be good for any users on Mt. Gox.

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

18 (69 to 72)

---

69

1    Q  Why do you think it would fail at some
2  point if people had known that it was missing these
3  80,000 bitcoins?
4    **A  Main reason I felt so was because the**
5  **explanations I got from Jed at the time.**
6    Q  And what was that explanation?
7    **A  That it would basically kill the company to**
8  **disclose this.**
9    Q  Did he say why or did he just say it would
10 kill the company to disclose this?
11   **A  I don't remember exactly, but I would guess**
12 **it would cause what we call a "bank run."**
13   Q  Everyone would try and get their bitcoins
14 back right away, you mean?
15   **A  Yeah.  Everyone try to withdraw bitcoins.**
16 **Mt. Gox running out of bitcoins, becoming bankrupt.**
17   Q  Right.  And if that happened, if there was
18 a bank run at this period of time, March 2011, and
19 everyone tried to withdraw their bitcoins, that
20 would have been impossible; right?
21   **A  Yes.**
22   Q  Because Mt. Gox was short bitcoins?
23   **A  Yes.**
24   Q  So you talked about how it was Jed's

---

70

1  feeling that this information shouldn't be
2  disclosed.  Did you have personal feelings about
3  whether the information should be disclosed?
4    **A  Well, I come from a security -- an IT**
5  **security background, so typically I am for this**
6  **kind of disclosure.  But doing so in this specific**
7  **case would have a lot of negative impacts.**
8  **Especially should anyone try to sue Jed, Tibanne**
9  **would be responsible for it so it would not only**
10 **cause Mt. Gox and but also Tibanne and most likely**
11 **wouldn't be an easy situation for me either.**
12   Q  Because of your relationship with Tibanne;
13 right?
14   **A  Yes.**
15   Q  So you had mentioned before that Jed had a
16 number of ideas about how to handle this loss of
17 bitcoins.  Do you recall that?
18   **A  Yes.**
19   Q  What did you end up doing going forward in
20 terms of trying to account for this loss of
21 bitcoins?
22   **A  Well, as suggested by Jed, move forward**
23 **with the exchange while shifting part of the**
24 **bitcoin debt to total debt, especially as the price**

---

71

1    **of bitcoin increased because -- well, when the**
2    **price increased, it means the value of the debt**
3    **increased to very, very high amounts.**
4    Q  Why -- do you remember what the price of
5  bitcoin was at the time this hack happened?
6    **A  I don't remember exactly, but I think it**
7  **was between 1 or 2 dollars.  I'm not sure, but it**
8  **should be easy to verify.**
9    Q  Sure.  Is it fair to say that not long
10 after the hack happened the price of bitcoin went
11 up, didn't it?
12   **A  Yes.  By June it reached $30.**
13   Q  Right.  Why didn't you convert the bitcoin
14 debt to dollars right away?
15   **A  I didn't want to implement this kind of**
16 **system in the Mt. Gox system.  Basically I would**
17 **have preferred not exchanging debt at all and**
18 **having Mt. Gox cover the debt from its own income.**
19   Q  Right.  So in the Skype log chat
20 transcripts you, for example, talk about using
21 the -- let me step back.
22      Mt. Gox charged its users fees for
23 exchanging bitcoin to cash and vice versa; right?
24   **A  Yes.**

---

72

1    Q  And it charges users fees for exchanging
2  one type of currency for another; right?
3    **A  What do you mean?**
4    Q  Converting, like, US currency to yen, for
5  example.  Were there fees associated with --
6    **A  There was no such thing in Mt. Gox.**
7    Q  Okay.  Good.  But there were fees
8  associated with the bitcoin purchases and bitcoin
9  sales.  Fair?
10   **A  Yes.**
11   Q  And one of your ideas were using those fees
12 to cover this bitcoin debt; is that right?
13   **A  One of Jed's ideas, yes.**
14   Q  In what other ways would Mt. Gox have been
15 able to use its own income to cover this debt?
16   **A  Well, Mt. Gox received income in both**
17 **bitcoins and currencies.  So eventually the bitcoin**
18 **income could have been enough to cover the debt.**
19   Q  Okay.  And so the reason you didn't go
20 forward with the exchange of the bitcoin debt to
21 the dollar debt right away is you wanted to explore
22 those other options.  Is that fair?
23   **A  Well, I believed at the time it would have**
24 **been better to just have the income cover the debt**

---

CONFIDENTIAL

Transcript of Mark Karpeles
Conducted on November 5, 2019

19 (73 to 76)

---

73

1 and be done with it.
2    Q  Why would it have been better?
3    A  It was simpler, I guess. It wouldn't
4 involve, well, implementing this at all.
5    Q  Well, the fees that Mt. Gox charge for
6 bitcoin sales and purchases, those were cash fees;
7 right?
8    A  No. Both sides.
9    Q  Both sides. So there were -- was it
10 bitcoin fees for -- how did Mt. Gox acquire bitcoin
11 fees?
12    A  If you were to buy bitcoins, you would pay
13 fees in bitcoin. And if you were to, well, sell
14 bitcoin, you would pay fees in dollars.
15    Q  So when you talk about using those fees to
16 cover this bitcoin debt, are you only talking about
17 the bitcoin fees?
18    A  Yes.
19    Q  Okay. So your idea was eventually Mt. Gox
20 would make enough in bitcoin fees to cover the
21 $80,000 -- I'm sorry -- 80,000 bitcoin gap?
22    A  Hopefully.
23    Q  But at some point you decided that wasn't
24 possible?

---

74

1    A  Well, I guess initially 80,000 bitcoins was
2 close to $80,000. But as the price increased, it
3 would get to $800,000, and reach over a million
4 dollar, which was not something I was ready to deal
5 with.
6      So following Jed advice on transferring the
7 debt from bitcoin to dollars, well, something that
8 was required at some point.
9    Q  Okay. And that was something that you
10 ended up using Willy bot to do. Is that fair?
11    A  Well, I wouldn't use the term "Willy bot,"
12 but basically that was something that was
13 implemented through the Gox bot.
14    Q  And Gox bot was something that existed on
15 the exchange when you acquired it; right?
16    A  Yes.
17    Q  Is there any difference between Gox bot and
18 Willy bot other than the name we're using?
19    A  Well, the code evolved over time, so there
20 might be some differences.
21    Q  So is it -- would it be fair to say that
22 Willy bot was a version of Gox bot just with
23 updated code?
24    A  I guess so.

---

75

1    Q  But at the time that you acquired the
2 exchange, Gox bot existed; right?
3    A  Yes.
4    Q  Okay. So just so we have it clear, can you
5 tell me what was Gox bot?
6    A  Originally Gox bot was an account which was
7 automatically collected all customer fees, and
8 which was used by Jed to trade on the exchange as
9 Mt. Gox.
10    Q  Okay. So is it right, then, that
11 originally Mt. Gox's fees -- is it right that they
12 would be funneled into the Gox bot account, and
13 then Gox bot would use those fees to trade on the
14 exchange?
15    A  That is the code I received in March 2011
16 was written that way.
17    Q  Okay. You said in March 2011?
18    A  Yes.
19    Q  Did you change the code for Gox bot after
20 March 2011?
21    A  When I did some changes, I disabled these
22 part of the system at some point.
23    Q  I'm sorry. Can you --
24    A  I disabled the part that would ultimately

---

76

1 get fees.
2    Q  You disabled the part that would ultimately
3 get fees?
4    A  Yes.
5    Q  So do you know what time period that was?
6    A  I'm not sure exactly, but I guess it was
7 between March and June of 2011.
8    Q  Okay. So between March and June of 2011,
9 you disabled the function of Gox bot where it would
10 receive fees collected by the exchange?
11    A  Yes.
12    Q  Okay. But in that same period of time, was
13 Gox bot still purchasing bitcoins on the exchange?
14    A  I think so, but I'm not sure. I would have
15 to -- well, actually I cannot check the server. It
16 should be in part of the history of Gox bot -- I
17 mean, the account. It should be easy enough to
18 check.
19    Q  How would you check it? Just by looking at
20 the transactional records for Mt. Gox?
21    A  The easiest would be, I guess, to ask the
22 trustee.
23    Q  Because he has the transactional records
24 for Mt. Gox?

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

20  (77 to 80)

---

77

1    A  Yes.
2    Q  You don't recall, sitting here now,
3  whether -- well, let's just talk about this time
4  period.  In June of 2011, was Gox bot still
5  acquiring bitcoins from Mt. Gox users?
6    A  I am not sure.
7    Q  In 2012 was Gox bot acquiring bitcoins from
8  Mt. Gox users?
9    A  You mean from the fees?
10    Q  I just mean at all.
11    A  I mean Gox bot was trading -- well, what
12  you would call Willy bot after a while on the
13  exchange with the automated system.  But if you
14  were to ask me if Willy bot was buying or selling
15  bitcoin, I wouldn't be for sure -- I wouldn't know
16  for sure.
17    Q  All right.  Let's step back a bit to
18  shortly after the 80,000 bitcoin hack happened.
19    A  Yes.
20    Q  So we talked about how one of your initial
21  ideas -- and I guess Jed's initial ideas -- was to
22  recoup the losses from Mt. Gox's transactional
23  fees; right?
24    A  Yes.

---

78

1    Q  But at some point you decided that wasn't
2  possible; right?
3    A  Yes.
4    Q  Because the price of bitcoin kept going up;
5  right?
6    A  Yeah.
7    Q  So what did you decide to do after that?
8    A  Well, I decided to implement the exchange
9  of debt as suggested.
10    Q  And how did you implement the exchange of
11  debt?
12    A  Well, this was done through Gox bot.
13    Q  Okay.  So walk me through it.  How did
14  Gox bot exchange the debt?
15    A  Basically Gox bot would be credited in
16  US dollars.
17    Q  Let's stop.  Okay.  You said it would be
18  credited in US dollars?
19    A  Yes.
20    Q  How did that crediting of US dollars
21  happen?
22    A  Well, directly through the system.
23    Q  And by "system," you mean the Mt. Gox
24  database?

---

79

1    A  Yes.
2    Q  Who would credit -- would the Gox bot
3  account be credited?
4    A  Yes.
5    Q  Okay.  And who would credit the Gox bot
6  account?
7    A  There was an automatic system for this that
8  would be triggered by me.
9    Q  You said that would be triggered by you?
10    A  Yes.
11    Q  Okay.  And so by crediting Gox bot, this
12  automated system would just increase the US dollar
13  balance of the Gox bot account.  Is that fair?
14    A  Yes.
15    Q  But that wouldn't be done through, like, a
16  cash deposit at a bank; right?
17    A  No.
18    Q  It would just be done by changing the
19  database numbers?
20    A  Well, basically that would add -- happen in
21  that way, yes.  I mean, there's more recording and
22  bookkeeping happening than that, but yes.
23    Q  What do you mean there was more recording
24  and bookkeeping happening than that?

---

80

1    A  Not just a matter of changing the record,
2  the numbers in the database.  There is a record
3  created signaling that this account was credited
4  this amount, but not as a deposit.
5    Q  Okay.  So there were, like, internal
6  records?
7    A  Yes.
8    Q  Keeping track of the number of times that
9  Gox bot had been credited and the amount of those
10  credits.  Is that fair?
11    A  Yes.
12    Q  And then once Gox bot had been credited, as
13  we've discussed it, with US -- was it US dollar
14  funds?
15    A  Yes.  I believe so.
16    Q  What would it do next?
17    A  It would automatically transfer this by
18  buying bitcoins in the exchange.
19    Q  Sure.
20    A  Small amounts.
21    Q  So it would buy -- you said would buy
22  bitcoins from the exchange?
23    A  Yes.
24    Q  And were those bitcoins held by exchange

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

21 (81 to 84)

---

81

1 users?
2    **A  Yes.**
3    Q  And the buying and selling of bitcoins on
4 the exchange was anonymous; right?
5    **A  Yes.**
6    Q  So users could never tell what other users
7 they were buying and selling bitcoins with?
8    **A  Yes.**
9    Q  And same token users couldn't tell when
10 they were selling bitcoins to Gox bot, for example;
11 right?
12    **A  Yes.**
13    Q  Do you recall when you first programmed
14 Gox bot to start buying bitcoins with these
15 credited amounts of US dollars?
16    **A  What do you mean by "recall"?  When it was**
17 **or...**
18    Q  Yeah.  When?
19    **A  I'm not sure exactly when.  I think it was**
20 **sometime in 2011, but I'm not sure exactly.**
21    Q  Okay.  And then did Gox bot continue buying
22 bitcoins with these credited amounts of US dollars
23 through 2012?
24    **A  I think so.**

---

82

1    Q  Okay.  How about 2013?
2    **A  I would think so too.  I mean, I'm not sure**
3 **anymore of the dates.**
4    Q  Okay.  At some point did Gox bot acquire
5 80,000 bitcoins?
6    **A  That's a good question.  I don't think it**
7 **went to 80,000, but I'm not sure.**
8    Q  You know who Kim Nilsson is, don't you?
9    **A  Yes.**
10    Q  And that's N-I-L-S-S-O-N.
11    You've spoken with him?
12    **A  Yes.**
13    Q  Have you -- he works with a group called
14 WizSec?  Is that your understanding?
15    W-I-Z-S-E-C.
16    **A  I think he did at some point of time, yes.**
17    Q  Yeah.  Are you aware that he's posted
18 several reports about Mt. Gox through WizSec?
19    **A  Yes, I think so.**
20    Q  Do you recall reading any of those reports?
21    **A  I most likely read most of these, yes.**
22    Q  Okay.  Do you recall that he wrote a report
23 regarding Willy bot's activity?
24    **A  Yes.  I think so.**

---

83

1    Q  Okay.  Do you recall him stating that
2 based -- well, strike that.
3    Do you know Kim Nilsson and others have
4 stated that, around the time the exchange went down
5 in February of 2014, certain of Mt. Gox's
6 transactional logs were leaked to the public.  Is
7 that accurate?
8    **A  I do know that someone claimed to have**
9 **leaked information and a file was sent online.  But**
10 **I didn't check if it's accurate or not.**
11    Q  Do you have any reason to believe that
12 it's -- strike that.
13    During the time that you had control of the
14 Mt. Gox exchange, did you ever disclose the
15 existence of Gox bot to Mt. Gox users?
16    **A  No.**
17    Q  Why?
18    **A  I do not think there was a need to at the**
19 **time.**
20    Q  Did you think that it wouldn't be important
21 to Mt. Gox users to know about the existence of
22 Gox bot?
23    **A  I don't think so.**
24    Q  You mean you thought that -- when you say

---

84

1 "I don't think so," do you mean you don't think it
2 would be important to Mt. Gox users?
3    **A  Well, I didn't say it would be important**
4 **to --**
5    Q  Can you say that again?  I'm sorry.
6    **A  I didn't think at the time it would be**
7 **important for users to know.**
8    Q  And you said that you -- sitting here
9 today, you're not sure whether Gox bot or Willy bot
10 completely transferred the 80,000 bitcoin debt to
11 cash debt; is that right?
12    **A  Yeah.  I'm not sure.  And I -- I'm not**
13 **sure.**
14    Q  Do you recall reading that Kim Nilsson
15 concluded that Willy bot acquired over 400,000
16 bitcoins?
17    **A  I may have seen this.  I am not sure of the**
18 **amount is all.**
19    Q  You may have seen it?  Is that what you
20 said?
21    **A  Yes.  I may have seen it.**
22    Q  Do you think that's inaccurate that
23 Willy bot acquired over 400,000 bitcoins on the
24 exchange?

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

23 (89 to 92)

---

89

1    A  Yes.  I mean, other issues are higher
2  priority.
3    Q  Right.
4    A  Well, there were things I needed to do that
5  were more timely than looking at the bot running.
6    Q  Okay.  I understand that.  And then when
7  you would occasionally go back in to check
8  Willy bot, at that time you might have changed
9  Willy bot's parameters?
10    A  Yes.
11    Q  Right.  You might have set it to buy more
12  bitcoins, for example?
13    A  Yes.  More, less.
14    Q  Or less?
15    A  Other way around.  There's many different
16  parameters.
17    Q  Let's go back to Exhibit 1.  I think it's
18  in your pile there somewhere.  Do you have it
19  in front of you?
20    A  Yes.
21    Q  So let's flip to page 3 of Exhibit 1.
22    A  Okay.
23    Q  At the bottom you see Number 7.  There's a
24  question there.  Well, it's a request, I guess:

---

90

1      "Describe the process through which class
2  members could request to withdraw..."
3      And I'm going to skip some words.  Never
4  mind.  I'll just read it:
5      "Describe the process through which class
6  members could request to withdraw and deposit or
7  transfer bitcoin or fiat currency from their
8  Mt. Gox accounts."
9      And it goes on from there.  Then if you
10  flip the page to page 4, you can see where there's
11  a labeled response at the top of the page, and it
12  states:
13      "Persons who wanted to buy and sell bitcoin
14  through Mt. Gox were required to sign up for an
15  account at MtGox.com and agree to Mt. Gox's terms
16  of use that were applicable at the time the user
17  created an account."
18      Do you see where I read that from?
19    A  Yes.
20    Q  Do you know when did Mt. Gox first have a
21  set of terms of use?  Do you recall?
22    A  I think it was in the middle of 2012.
23    Q  I think that's right.  So before that
24  point, did any terms of use exist at Mt. Gox?

---

91

1    A  Not at all.
2    Q  Users could just create an account and then
3  start trading bitcoins?
4    A  Yes.
5    Q  Okay.  Let's go back to Exhibit 3, please.
6  Exhibit 3 is the email between you and Jed before
7  you bought the exchange.  Okay.
8    A  Yes.
9    Q  All right.  So in the second full
10  paragraph of Exhibit 3, you state that:
11      "By taking over Mt. Gox one of the first
12  step will be to define terms and conditions
13  defining exactly how users are insured and what
14  they can do if, for example, someone manages to
15  exploit problems on the site."
16      Do you see where I read that from?
17    A  Yes.
18    Q  Here are you referring to establishing
19  terms that would apply to the purchase and sale of
20  bitcoins on the exchange?
21    A  Yes.
22    Q  And it was one of your main priorities to
23  establish terms for exchange users.  Is that fair?
24    A  It was a priority.  Yes.

---

92

1    Q  And you said that terms were first
2  developed in mid-2012?
3    A  I think they were developed in 2012.  Yes.
4      (KARPELÈS Deposition Exhibit 5 marked for
5  identification and attached to the transcript.)
6    Q  I'm handing you what's been marked as
7  Exhibit 5.
8      MS BRENNAN:  Do we still need 3 out?
9      MR. THOMASSEN:  No, 5 is fine.
10    Q  Mark, go ahead and -- I've handed you
11  what's been marked Exhibit 5.  Go ahead and take a
12  look at that and tell me if you recognize it.
13    A  Okay.  Yes.
14    Q  Have you looked through it?  Do you
15  recognize Exhibit 5?
16    A  Yes.  It looks like the term of use for the
17  Mt. Gox website.
18    Q  Okay.  And so if you look on the -- you
19  see -- we don't have Bates numbers on these, but if
20  you see there's a header that's printed on every
21  page, do you see that there?
22    A  Yes.
23    Q  And at the end of the header there's a
24  page ID number.

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

---

**Page 93**

1    A  Yes.
2    Q  Okay.  So if you flip to page ID Number 129
3  of Exhibit 5.
4    A  Yes.
5    Q  You see at the top there's a rectangle?
6    A  Yes.
7    Q  And on the left side of the rectangle it
8  says, "Internet Archive Wayback Machine."
9    A  Yes.
10    Q  Do you know what that refers to?
11    A  Yes, I do.
12    Q  What is that?
13    A  The Wayback Machine is a service offered
14  for free that allows to look at old web page on the
15  internet.
16    Q  Right.  And if we look on the right side of
17  that rectangle, you see there's a date February 15,
18  2014.  Do you see that?
19    A  Yes, I do.
20    Q  Okay.  So is it your -- assuming that the
21  rectangle was, in fact, printed by the Wayback
22  Machine, this is the version of the terms of use as
23  they existed on the Mt. Gox website as of
24  February 15, 2014.  Do you agree with that?

**Page 94**

1    A  Yes.  As I know from the Wayback Machine,
2  this should be the date that the page was archived.
3    Q  Yeah.  And based on your own use of the
4  Wayback Machine, is it your understanding that it
5  accurately saves and then reproduces the content of
6  web pages on the dates indicated?
7    A  Mostly does at least for the text context.
8    Q  Great.  And you see also on page ID
9  Number 129 if we go down a little bit there's a
10  header that says "Terms of Use."  Do you see that?
11    A  Yes, I do.
12    Q  And right under that it says, "Last updated
13  on January 20th, 2012."
14    A  Yes.
15    Q  So January 20, 2012, do you think that's
16  the date that Mt. Gox first posted its users' terms
17  of use?
18    A  I'm not sure we actually posted the terms
19  of use as soon as we got this from the lawyers, but
20  it should be soon after.
21    Q  So January 2012 that sounds generally
22  accurate for when the terms of use would have been
23  first posted on the Mt. Gox website?
24    A  I guess so.

**Page 95**

1    Q  Do you know whether -- was that the first
2  version of the terms of use posted on the Mt. Gox
3  website?
4    A  I believe it was the first version.
5    Q  So there were no prior terms that applied
6  to Mt. Gox users; right?
7    A  Yes.
8    Q  And so after January 20th, 2012, is it
9  correct that all exchange users were bound by the
10  terms of use we're looking at here in Exhibit 5?
11    A  Yes, I believe so.
12    Q  Okay.  And I have here a version that was
13  also pulled from the internet archive in early
14  2012.  Would you expect that it would look the same
15  as the terms we're looking at here in Exhibit 5?
16    A  Yes, I think so.
17    Q  Right.  Because there is only one version
18  of the terms of use; right?
19    A  Yes.  Except for the Japanese version,
20  actually.
21    Q  How is the Japanese version different?
22    A  There's a little bit of history behind
23  this, but we had a request from the FSA in Japan to
24  make a change to the terms of use.

**Page 96**

1    Q  But that change did not affect the English
2  terms of use?
3    A  No.  Not as far as I know of.
4    Q  And would it be the English terms of use
5  that were presented to English users of the Mt. Gox
6  website?
7    A  Yes, it would be.
8    Q  Yes?
9    A  Yes.
10    Q  Okay.  And so it's -- these terms of use in
11  Exhibit 5 would be the terms applicable to US-based
12  users of the Mt. Gox exchange?
13    A  Yes.
14    Q  Great.  Did you have a role in drafting or
15  reviewing these terms of use?
16    A  I instructed employees to work on this,
17  instructed them to work with our lawyers, Baker
18  McKenzie, on writing this.
19    Q  Okay.  Did you give them any guidance -- I
20  mean, obviously we looked at the email between you
21  and Jed where you said that creating terms of use
22  was a priority for you.  You remember that?
23    A  Yes.
24    Q  So when you instructed employees to start

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

25 (97 to 100)

97

1 working on the terms of use, did you give them
2 guidance on the sorts of things that the terms of
3 use should include?
4     A  I believe I submitted changes to the file
5 at some point.
6     Q  Okay.  So there was a draft of the terms of
7 use that you saw, and you made changes to it at
8 some point.  That's fair?
9     A  On multiple occasions, I believe.  Yes.
10    Q  Sure.  And then I assume you reviewed the
11 final terms of use that were posted on the Mt. Gox
12 website at some point in time; right?
13    A  Well, maybe not completely because I
14 reviewed it multiple times in between.  But yeah.
15    Q  Yeah.  But when the terms of use were
16 active on the website, you knew their contents; is
17 that fair?
18    A  I believe so, yeah.
19    Q  Okay.  Why did you think it was important
20 for Mt. Gox to have terms of use?
21    A  Well, based on the kind of business Mt. Gox
22 was involved in, it was important to set the
23 conditions under which customers would interact
24 with Mt. Gox.

98

1     Q  Right.  You said earlier today that it was
2 important for users to have trust with respect to
3 the exchange that they were a part of; is that
4 right?
5     A  Yes.  I believe so.
6     Q  Okay.  And do you think that these terms of
7 use were part of establishing trust between Mt. Gox
8 and its users?
9     A  Well, I'm not sure because -- I mean, terms
10 of use is just a legal document.  It's more a
11 matter of defining by law the limitation of
12 each the liabilities than creating trust.
13    Q  But based on -- you remember we looked at
14 that -- it was Exhibit 1, Interrogatory Number 7,
15 where you said that everyone who signed up through
16 Mt. Gox were required to sign up for an account and
17 agree to these terms of use; right?
18    A  Yes.
19    Q  Were there consequences for users that
20 violated the terms of use?
21    A  Yes, there were.
22    Q  What sort of consequences were there?
23    A  Could go from Mt. Gox refusing to
24 effectuate some transactions to the account being

99

1 closed.
2         THE WITNESS:  Do you mind if we take a
3 short break?
4         MR. THOMASSEN:  Yeah.  That's great.
5         (Recess from 10:38 a.m. until 10:44 a.m.)
6 BY MR. THOMASSEN:
7     Q  Let's see.  We were talking about -- you
8 still have the terms of use in front of you; right?
9     A  Yes.
10    Q  So you agree that these terms of use --
11 they were not optional for exchange users; right?
12    A  Yes.
13    Q  And would you agree that the terms of use
14 applied to all purchases and sales of bitcoin on
15 the exchange?
16    A  Well, they applied to all users who agrees
17 to use the website.
18    Q  Is there anyone outside of that universe of
19 people -- let me step back.
20        Were there any bitcoin exchanges on the
21 Mt. Gox site to which the terms of use would not
22 apply?
23    A  Well, of course, those terms of use
24 wouldn't apply to the Gox bot or these kind of

100

1 things which didn't go through the website.
2     Q  Were there any other -- apart from
3 Gox bot -- and, again, the terms -- just so I'm
4 clear, the terms "Gox bot" and "Willy bot" refer to
5 the same thing; right?
6     A  Yes.
7     Q  Willy bot is just the term that was
8 publicly; right?
9     A  By some bitcoin user back in 2013.
10    Q  This was the guy that published the Willy
11 Report?
12    A  No.
13    Q  Do you know who it was?
14    A  I think it was a group of traders on
15 Mt. Gox that coined the term, like, in 2013.
16    Q  You said 2013?
17    A  Yes.  Because they recognized the activity
18 of the bot in the trades.
19    Q  Do you know when in 2013?
20    A  I don't know exactly when.  This is
21 basically things I heard from people investigating
22 this.  I didn't take part of that group, and I
23 wasn't there, so...
24    Q  Do you know approximately when in 2013,

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

---

109

1    A  I believe so, yes.
2    Q  Right.  And so those two names -- is it
3  your understanding that they refer to the same
4  thing?  It's just that the code had changed over
5  time?
6    A  Yes.  I believe so.
7    Q  Okay.  So how --
8    A  So for this reason, I'm not sure the term
9  "Willy bot" is good enough to cover everything.
10   Q  I get it.  I get what you're saying.  So
11 the term "Willy bot," as it's used by the public in
12 things like the Willy Report --
13   A  Yes.
14   Q  -- doesn't reflect the entire course of the
15 Gox bot's activity?
16   A  Yes.
17   Q  Would "Gox bot" be a better term to
18 encapsulate both Markus and Willy bot?
19   A  Yes.  Or if we want to only limit to the
20 exchange of debt, we could use the "obligation
21 exchange" wording.
22   Q  I don't care what term we use.
23   A  Yes, sorry.  Just trying to make sure that
24 we're not going to...

---

110

1    Q  No.  I understand you.  I understand you.
2  We talked there for a second about the Willy
3  Report.
4    A  Yes.
5    Q  Do you know what the Willy Report is?
6    A  Yes.  I do know what it is.
7    Q  Okay.  What is it?
8    A  It's a report that was published sometime
9  after Mt. Gox bankruptcy I believe, highlighting
10 some of this activity.
11   Q  Highlighting the Gox bot's activity; right?
12   A  At least part of it, yes.
13   Q  Yeah.
14      We might as well.  I have it here, so we
15 might as well pull it out.
16      (KARPELÈS Deposition Exhibit 6 marked for
17 identification and attached to the transcript.)
18   Q  All right.  Mark, handing you what's been
19 marked Exhibit 6.
20   A  Okay.
21   Q  Okay.  You've looked at it?
22   A  Yes.
23   Q  I know you haven't read the whole thing
24 word for word but what is --

---

111

1    A  Yes.
2    Q  -- but do you recognize Exhibit 6?
3    A  Yes, I recognize it.
4    Q  And what do you recognize it as?
5    A  Well, I believe it's a copy of the Willy
6  Report that was published online on May 2014
7  according to the document.
8    Q  Yeah.  Does that time frame sound about
9  right to you?
10   A  I think so.
11   Q  And so that was after the Mt. Gox
12 bankruptcy happened; right?
13   A  Yes.
14   Q  Do you know when you first read this
15 document, the Willy Report?
16   A  I don't remember exactly, but I would say
17 it was shortly after it was published.
18   Q  Okay.  I mean, obviously you were
19 interested in what folks were writing online about
20 Mt. Gox at this time; right?
21   A  Yes.  It's likely someone sent this to me
22 anyway.
23   Q  Right.  Sure.  After you read this, do you
24 recall whether or not you thought the report was

---

112

1  accurate or not?
2      MS. BRENNAN:  Objection to form.
3    A  I don't remember exactly, but I think it
4  was not accurate.
5    Q  Okay.  Do you remember what you thought was
6  not accurate about it?
7    A  I'm not sure exactly, but there were some
8  discrepancies, and I think the numbers were wrong
9  in many places.  I don't remember exactly.  It was
10 a long time ago.
11   Q  I understand.  We talked a second ago about
12 how publicly there was a discussion about Willy bot
13 and then an account called Markus.  Do you remember
14 that?
15   A  Yes.
16      MR. THOMASSEN:  And just for our court
17 reporter -- oh, you got Markus exactly right.
18 That's how it's spelled.
19   Q  And this report discusses both Willy bot
20 and Markus.  Is that fair?
21   A  I believe so, yeah.
22   Q  Okay.  Do you recall -- so we talked about
23 how these terms "Markus" and "Willy bot" reflect
24 different time periods of Willy's activity.  Do you

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

31 (121 to 124)

121

1  groups.
2     Q  Okay.  But you would agree it wasn't
3  general knowledge until after the bankruptcy?
4     **A  Yes.**
5     Q  Okay.  And I know we covered this before,
6  but just to make clear, you didn't disclose
7  Gox bot's existence to any Mt. Gox users during the
8  time that you were in control of the Mt. Gox
9  exchange; right?
10    **A  No.**
11    Q  And Mt. Gox didn't otherwise disclose the
12  existence of Gox bot during the time that you were
13  in control of the exchange?
14    **A  Yeah.  No such disclosure was made.**
15    Q  Right.  All right.  Going back to after you
16  got control of the exchange, so 2011, we talked
17  about how there was a period of time where Jed had
18  access to the Mt. Gox database; right?
19    **A  Yes.**
20    Q  All right.  And he continued to have a
21  12 percent interest in the exchange over the course
22  of the time period where you were in control;
23  right?
24    **A  Yes.**

122

1     Q  All right.  And I know that from time to
2  time Jed would make suggestions to you about what
3  course of conduct you should take with respect to
4  operating the Mt. Gox exchange.  Is that fair?
5     **A  I remember receiving an email from him for**
6  **one or two times --**
7     Q  Yeah.
8     **A  -- but at some point I didn't have time to**
9  **deal with this, so I redirected him to Gonzague.**
10    Q  And when did Gonzague start at Mt. Gox?
11    **A  I think it was in 2011, but I don't**
12  **remember exactly when.  So either late 2011 or**
13  **maybe middle.  I don't remember exactly sorry.**
14    MS. BRENNAN:  That's G-O-N-Z-A-G-U-E.
15  Gonzague.
16    Q  All right.  Let's step back to very early
17  on today we talked about the -- that $50,000 hack
18  that happened shortly before you acquired Mt. Gox.
19  Do you remember that?
20    **A  Yes.**
21    Q  Was that hack ever disclosed to Mt. Gox
22  users?
23    **A  Actually may have been disclosed in part.**
24    Q  What do you mean it may have been disclosed

123

1  in part?
2     **A  I think Jed discussed this at some point on**
3  **the Mt. Gox forums, but I'm not sure.**
4     Q  Okay.  So Jed might have disclosed to users
5  that there was -- he might have discussed the hack
6  in some capacity.  You're just not sure one way or
7  the other?
8     **A  I don't remember exactly, but I think there**
9  **was a huge thread about this.**
10    Q  You said "a huge thread"?
11    **A  Yes.**
12    Q  Like a forum thread?
13    **A  Yes.**
14    Q  Okay.  Do you know if users of the exchange
15  found out about the hack before Jed told them about
16  it?
17    **A  I don't think so.**
18    Q  Okay.
19    **A  But I mean, it happened even before I was**
20  **involved in Mt. Gox, so I'm not sure.**
21    Q  I recognize that.  And the -- the 80,000
22  bitcoin hack that we've been talking about, was
23  that ever disclosed to Mt. Gox users?
24    **A  No.**

124

1     Q  And the reason why that was never disclosed
2  to Mt. Gox users was because Jed asked you not to
3  disclose it?
4     **A  Yes.  He did, yes.**
5     Q  Yeah.  And because of the effect that he
6  and you thought it might have on the exchange that
7  we discussed earlier; right?
8     **A  Yes.**
9     Q  All right.  Then were there any hacks that
10  you know of between that 50,000 US dollar hack and
11  the 80,000 bitcoin hack that resulted in the loss
12  of cash or bitcoins from the exchange?
13    **A  At least not at the time.**
14    Q  What do you mean "at least not at the
15  time"?
16    **A  At the time I took over Mt. Gox, I didn't**
17  **know about other hacks.**
18    Q  Afterwards did you find out about other
19  hacks?
20    **A  Much later I found out, yes, about**
21  **different things.**
22    Q  Like what, for example?
23    **A  I'm not sure about the timeline, but there**
24  **was a hack that resulted in -- to minus operations**

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

33 (129 to 132)

---

129

1  withdraw from.
2  **A  Yes.**
3  Q  And because they were happening
4  simultaneously or nearly so --
5  **A  Yes.**
6  Q  -- they both would be carried out?
7  **A  Yes.**
8  Q  And some users were abusing that?
9  **A  Yes.  By placing a lock, I made sure that,**
10 **before the first check, no other process would be**
11 **doing the same thing at the same time.**
12 Q  Right.
13 **A  This prevented this issue from allowing**
14 **people to withdraw bitcoins.**
15 Q  Okay.  So you fixed the --
16 **A  Yes.**
17 Q  -- the race -- what did you call it?
18 **A  The race condition.**
19 Q  You fixed the race condition?
20 **A  Yes.**
21 Q  Okay.  And did you tell Mt. Gox users that
22 you had fixed the race condition?
23 **A  No.  No communication was made of this.**
24 Q  Did you ever recover the missing bitcoins

---

130

1  that resulted from the race condition?
2  **A  No.  But the amount was small enough to be**
3  **considered not worth the effort this time.**
4  Q  Do you know what was the amounts that were
5  lost through the race condition?
6  **A  I think a few hundred bitcoins in total,**
7  **which translated to a few hundred dollars at the**
8  **time.**
9  Q  Just to make clear, you said that you
10 didn't make an effort to recover those bitcoins
11 because that amount was small enough to not be
12 worth the effort?
13 **A  Yes.  And considering Mt. Gox users were**
14 **anonymous at the time, looking at their**
15 **accounts they used anonymous addresses, it was**
16 **clear that --**
17 THE COURT REPORTER:  Sorry.  One more time,
18 considering Mt. Gox users?
19 **A  Were anonymous at the time, those account**
20 **specifically used highly anonymous email addresses,**
21 **it was clear that even, well, there was no point in**
22 **contacting these people.**
23 Q  Because any efforts to get those bitcoins
24 back would have been wasted.  They wouldn't

---

131

1  responded to you?
2  **A  Yes.**
3  Q  Right.  Was that a judgment that you made?
4  **A  Yes.**
5  Q  Okay.  And so is it true that whatever
6  amounts that were lost to the race condition were
7  just added to Mt. Gox's overall bitcoin debt?
8  **A  Yes.**
9  Q  Any other hacks that resulted in the loss
10 of currency or bitcoin that you were made aware of?
11 **A  Not hacks but there was a lot of bugs in**
12 **the trading engine.**
13 Q  Like what else?
14 **A  There was same kind of thing as race**
15 **condition with the trade engine.**
16 Q  Can you say that again?
17 MR. LAWSON:  Engine.
18 **A  Trade engine.  Yes.**
19 Q  Okay.
20 **A  Basically if two users happened to press**
21 **buy or sell at the same time, they could end**
22 **matching the same order at the same time.  And some**
23 **user with an open order would be selling his**
24 **bitcoins twice.**

---

132

1  Q  Okay.
2  **A  So we traded in many calculation errors in**
3  **the system.**
4  Q  Was that something that you found was
5  abused by some users?
6  **A  I didn't see it being abused, but I fixed**
7  **it too.**
8  Q  So was that an error that -- an error or
9  fix that you disclosed to Mt. Gox users?
10 **A  No.**
11 Q  Okay.  And do you know how much bitcoin was
12 lost through that error?
13 **A  Actually some users knew about it because**
14 **they were affected by the issue.**
15 Q  How would they know that they had been
16 affected by the issue?
17 **A  Basically users had for the open order to**
18 **sell 1 bitcoin, but ended selling 2 bitcoins.**
19 Q  Oh, okay.  So that wouldn't result in a
20 loss of bitcoin from the exchange, would it?
21 **A  I'm not sure actually because the**
22 **calculation would have been wrong in some cases.**
23 **So I don't think it made any large difference, as**
24 **far as I could check.**

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

34 (133 to 136)

---

133

1   Q  Sure.
2   A  But this was fixed.  I mean, it's another
3  issue in the original Mt. Gox --
4   Q  Right.
5   A  -- that originally didn't happen because
6  there were only a few users, but as the number of
7  users grew, it became an issue.
8   Q  Got it.  Got it.  And to the extent there
9  was any bitcoin lost as a result of this error,
10 those were just added to the bitcoin debt?
11  A  Yes.  So probably one of the reasons why
12 the accounting in the old Mt. Gox system doesn't
13 make sense because, if you take all the account
14 history for each user from zero and you run each
15 transaction, you don't get the same total as the
16 user balance.
17  Q  And one explanation for that is the error
18 we just talked about?
19  A  Yes.  I think it's very likely linked to
20 race conditions.
21  Q  Yeah.  Okay.
22  A  I didn't look at much more at the time
23 because I didn't have time to.  I found this when I
24 rewrote Mt. Gox when it was done in June.

---

134

1   Q  Right.
2   A  Yeah.  That's part of the many things I
3  found in the old system.
4   Q  So you recognized this error before the
5  rewrite in June; right?
6   A  Actually during the rewrite in June.  I
7  found the issue before.
8   Q  Yeah.
9   A  But I recognize the balance history didn't
10 make sense during the rewrite in June.
11  Q  Right.  And once you found out that the
12 balance history didn't make sense, did you do
13 anything to rectify the balance history, or again
14 you just chalked that up to a not-worth-the-time
15 error that was just added to the bitcoin debt going
16 forward?
17  A  I just adjusted actually the balances to
18 the final balance we had on file.  Counted it
19 either plus or minus towards debt in bitcoin.
20  Q  I didn't understand that.  Can you say that
21 again?
22  A  Basically after running the account history
23 from zero, I didn't get the same balances as the
24 users originally had.

---

135

1   Q  Right.
2   A  For some it was more; for some it was less.
3  So I just made a file adjustment to all the
4  accounts to match the balance on file.
5   Q  And you did that internally.  You just
6  adjusted numbers in the database to --
7   A  Well, it would create an entry in the
8  history --
9   Q  Yeah.
10  A  -- adjustment entry with plus or minus in
11 bitcoin under laws.
12  Q  Right.  You didn't, for example -- there
13 were some transactions where someone offered to
14 sell one bitcoin and two buyers ended up each
15 getting a bitcoin; right?
16  A  Yeah.  But that person would end up losing
17 two bitcoins.
18  Q  The person wasn't --
19  A  But the person would end losing two
20 bitcoins.
21  Q  They would end up losing two bitcoins;
22 right?
23  A  So plus minus would have been zero, but
24 somehow the accounting still didn't make sense.

---

136

1   Q  Well, what if there were people that had,
2  for example, an account balance of 100 bitcoin and
3  this happened.  Would 200 bitcoin end up getting
4  distributed?
5   A  I would have to check, actually.  I don't
6  think that happened, but...
7   Q  But in any event, somehow the balances were
8  off?
9   A  Yes.
10  Q  And how did you fix the balances?  Did you
11 make adjustments in the database, or did you refund
12 any users' balances?
13  A  We just made adjustment to match the
14 balance on file.
15  Q  Okay.  Any other incidents that you were
16 made aware of in this time period we're talking
17 about?
18  A  In terms that would affect the user
19 balance, I think that's all for the prior period.
20  Q  Again this period we're talking about is,
21 like, June 2011 going backwards; right?
22  A  Yes.
23  Q  Okay.  So there was -- in May of 2011 there
24 was at least a temporary theft of 300,000 bitcoin;

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

35 (137 to 140)

---

137

1  is that right?
2      A  You say in May?
3      Q  I think it's May.
4      A  Yeah, I think I know what you're talking
5  about.  I don't remember exactly the date.
6      Q  Why don't you enlighten me.  Tell me about
7  it.
8      A  Well, I guess it's about the save of
9  bitcoins that happened onto separate computer where
10  bitcoin was stole temporarily.
11      Q  Right.
12      A  Stole.
13      Q  Inappropriately?
14      A  Temporarily.
15      Q  Oh, temporarily.  I'm sorry.
16          But you don't think that happened -- was
17  that 300,000 bitcoin?
18      A  I think that was the amount.
19      Q  Okay.  And you just don't think that
20  happened in May 2011?
21      A  I don't remember the exact date.  It's
22  possible it was then, but...
23      Q  Okay.  And how did that -- how did that
24  loss of 300,000 bitcoin happen?

---

138

1      A  Basically the computer in question was
2  hacked.
3      Q  Was that your computer?
4      A  It was one of my computers, yes.
5      Q  Okay.  Do you know how that hack happened?
6      A  At the time I investigated, found out the
7  hacker managed to access one of the services
8  available on the server -- sorry -- on the
9  computer.  And from there managed to access the
10  wallet, which at the time bitcoin didn't have an
11  option to encrypt the wallet, so it was not
12  encrypted.
13      Q  So how did the hacker manage to access one
14  of the services on the computer?
15      A  What do you mean "how" -- he hacked into
16  the service.
17      Q  Was it -- so Kim Nilsson stated that the
18  reason that happened was because the computer in
19  question was connected to the internet without a
20  firewall in place after a network router had gone
21  down.  Is that correct?
22      A  Well, that's not entirely correct because
23  the computer still had a firewall.  But usually
24  there's a second firewall, which is a router and

---

139

1  because of a technical issue had -- well, it was
2  down.
3      Q  Okay.  So there was one firewall down; is
4  that right?
5      A  Yes.
6      Q  And is that what allowed the hacker to get
7  to the computer?
8      A  I would believe that it would have been
9  much more difficult to access this computer with a
10  second firewall in place.
11      Q  And the 300,000 bitcoin that we're talking
12  about now, they were returned; right?
13      A  Yes.
14      Q  How did that happen?
15      A  Basically I managed to get in touch with
16  the hacker in question.
17      Q  Right.
18      A  Offered to treat this as a security issue,
19  which typically when companies find -- when someone
20  finds a security issue with a company, the company
21  pays a bounty to fix the issue, make sure there's
22  nothing, well, remaining.
23      Q  Right.  So is it true you agreed that
24  there, what, wouldn't be a bounty placed on the

---

140

1  amount if he agreed to give them back?
2      A  Well, basically he would be paid for
3  finding the security issue and reporting it.
4      Q  So you were treating him as, like, a
5  white hat hacker, essentially?
6      A  Yeah.
7      Q  Right.  And you paid him a bounty for
8  finding this security flaw in exchange for getting
9  the bitcoin back?
10      A  Yes.
11      Q  Do you remember what the bounty was?
12      A  I think it was about 3,000 bitcoins.
13      Q  You said 3,000?
14      A  Yes.
15      Q  Okay.  And was that amount added to
16  Mt. Gox's bitcoin debt, or did you pay that
17  personally?
18      A  I think it was bitcoin debt all taken from
19  Mt. Gox's revenue.
20      Q  Got it.  And was this hack of 300,000
21  bitcoins -- was that disclosed to Mt. Gox users?
22      A  No.  It was not disclosed.
23      Q  And then there was -- we've talked a lot
24  about the code rewrite that happened in June 2011.

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

36 (141 to 144)

141

1  That was the result of another hack; right?
2    **A  Yes.**
3    Q  Can you explain to me what happened with
4  this one?
5    **A  Yes.  So basically in June I think 18 to**
6  **22, something in between, someone created an**
7  **account on Mt. Gox and credited it with a large**
8  **amount of dollars and they credited it with a large**
9  **amount of bitcoin.**
10    THE COURT REPORTER:  Sorry, one more time.
11  With a large amount of dollars?
12    **A  Yes.  And they credited an amount and**
13  **credited it with a large amount of bitcoin.  And at**
14  **some point they sold most of those bitcoins.**
15    Q  Okay.  So how did they credit it with a
16  large amount of bitcoin?
17    **A  Well, they used an account that had the**
18  **administrative access to the users' balances.**
19    Q  Right.  Since they had administrative
20  access, they could just manually adjust the bitcoin
21  balance on the account; right?
22    **A  Yes.**
23    Q  All right.  And so that manual adjustment
24  of the bitcoin balances, that didn't take any

142

1  bitcoins from users?
2    **A  No.**
3    Q  Right.  It was just an artificial number?
4    **A  Yes.**
5    Q  How about the cash -- was there also cash
6  in the account?
7    **A  They made a separate account for the cash.**
8    Q  Okay.  So did they end up -- did these --
9  did the hackers end up taking any bitcoins or
10  currency off the exchange?
11    **A  They tried to withdraw some of the**
12  **bitcoins, but there was a limit on how much they**
13  **can withdrew daily --**
14    Q  Got it.
15    **A  -- which is based on the current bitcoin**
16  **price.  And I believe they tried to sell a lot of**
17  **bitcoins to drop the price so they could withdraw**
18  **more bitcoins.**
19    Q  Oh, interesting.  So they tried --
20    **A  By causing the price to drop the limit of**
21  **$1,000 worth of bitcoin per day, that means more**
22  **bitcoins they can withdraw.**
23    Q  I understand.  They way they -- they tried
24  to affect the market price of bitcoin by flooding

143

1  the market with bitcoin; is that right?
2    **A  Yes.**
3    Q  Okay.  Interesting.  And do you know how
4  many bitcoin -- were they able to get some bitcoin
5  out?
6    **A  They were able to withdraw less than I**
7  **think 2,000 bitcoins.**
8    Q  Okay.
9    **A  By selling bitcoins, they caused the whole**
10  **website to crash.**
11    Q  Right.
12    **A  I was about to shut down the system before**
13  **the system recovered from the sale --**
14    Q  Right.
15    **A  -- which means that they couldn't resume**
16  **more bitcoin with the new price.**
17    Q  And so the 2,000 bitcoins that you referred
18  to, those were lost?
19    **A  Those were lost.  Yes.**
20    Q  And they were just added to Mt. Gox's
21  bitcoin debt?
22    **A  Yes.**
23    Q  And this one -- you did disclose this one
24  to the public; right?

144

1    **A  Yes.  Actually, I don't think the amount**
2  **was disclosed immediately.**
3    Q  I just meant that a hack had happened;
4  right?
5    **A  Yes.**
6    Q  And did you eventually disclose the amount
7  of bitcoins lost to the public?
8    **A  Yes.**
9    Q  Was there any response by Mt. Gox users to
10  that disclosure that Mt. Gox had lost 2,000
11  bitcoins that you recall?
12    **A  I don't think so.**
13    Q  And your response to this hack, part of it
14  was shutting down the exchange for a while; right?
15    **A  Yes.**
16    Q  And during that time, that's when you
17  rewrote the code; right?
18    **A  Yes.**
19    Q  All right.  Do you recall that during this,
20  Jed McCaleb made some posts on the Mt. Gox forums
21  about what was going on; is that right?
22    **A  I think I heard of this.  Yes.**
23    Q  Let's just -- just so we're sure about it,
24  I'm looking at the Skype logs, which is Exhibit 4,

CONFIDENTIAL

Transcript of Mark Karpeles

Conducted on November 5, 2019

37 (145 to 148)

---

145

1  and once you have that in your hand using those
2  Bates numbers at the bottom again go to
3  GREENE_1269.
4      A  1269.  Yes.
5      Q  You're there.  So at the top of the page,
6  first of all, you look at the date stamps over on
7  the left.  It says -- these are all on June 20th,
8  2011.  Do you see that?
9      A  Yes.
10     Q  So this is the time period that we've been
11 discussing; right?
12     A  Mm-hm.
13     Q  So if you look seven lines down, Jed says
14 to you:
15         "Can I make some PR posts on the forums?
16 Mt. Gox still has all the bitcoins, cash,
17 et cetera.  Everyone calm down."
18         Do you see that?
19     A  Yes.
20     Q  And your response is: "Yes, please.  Any
21 help is welcome on that."
22         Do you see that?
23     A  Sorry.  Which line is this?
24     Q  The second time stamp is --

---

146

1         MS. BRENNAN:  This one starting here.
2      A  Okay.  Yes.
3      Q  Do you see where I'm reading from now?
4      A  Mm-hm.
5      Q  And then you responded to Jed saying:
6  "Yes, please.  Any help is welcome on that"?
7      A  Mm-hm.
8      Q  And this is when you, essentially, had Jed
9  go to Mt. Gox users and just try and get everyone
10 to calm down, essentially; right?
11     A  Well, I guess so, yeah.  I mean, I don't
12 remember all this.
13     Q  That's fine.  Looking at this now, do you
14 have any reason to believe that Jed didn't go on
15 the forum and start making posts to users to talk
16 with them about the hack?
17     A  I think he went on the forums.
18     Q  Yeah.  And said essentially what he says
19 later down on this page here were he copied his
20 post?
21     A  Yes.
22     Q  And he -- in this post here, the time stamp
23 June 20th at the hour of 6:10:50, there's a forum
24 post that Jed copies in here.  You see where I'm

---

147

1  referring to?
2      A  Yes.
3      Q  He references MagicalTux there.  Do you see
4  that?
5      A  Yes.
6      Q  Is MagicalTux you?
7      A  Yes.  It's my internet nickname.
8      Q  Right.  Okay.  And in addition to rewriting
9  the code, did you also end up rolling back some
10 trades that had happened?
11     A  Yes, I did.
12     Q  Okay.  And these were the ones that
13 occurred after the hacker crashed the price of
14 bitcoin and folks had acquired a lot of bitcoin for
15 a low amount of dollars?
16     A  Yes.
17     Q  And that was, of course, made public
18 knowledge because it affected a lot of users'
19 accounts; right?
20     A  Yes.  I think one user was especially vocal
21 about this.
22     Q  Yeah.  Tell me about it.
23     A  I'm not sure exactly who it was, but I
24 think about, like, maybe 20,000 bitcoins for a few

---

148

1  dollars.
2      Q  Yeah.
3      A  He insisted it was his bitcoins.
4      Q  Well, from his perspective it was a
5  legitimate trade; right?
6      A  Well, it looked legitimate, except the
7  price was clearly out of the typical market price
8  at the time.
9      Q  Right.  Did anything happen with that guy?
10 Or the trades was reverted, and that was that?
11     A  The trades were reverted, and he eventually
12 calmed down on this.
13     Q  I'm sure.  Okay.  All right.  You can put
14 that aside.
15         After June 2011 my understanding is that
16 there was another hack in September of 2011
17 resulting in the unauthorized withdrawal of 77,500
18 bitcoins.  Do you recall that?
19     A  70 -- sorry?
20     Q  77,500 bitcoins, does that sound familiar
21 to you?
22     A  I'm not sure.
23     Q  This was -- let me see if this jogs your
24 memory.  It was reported that an individual

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

39 (153 to 156)

---

153

1  you decide to do it?
2  **A  No.  Just did this once and then monitored**
3  **the balance.**
4  Q  Okay.  What do you mean you monitored the
5  balance?
6  **A  Monitored the balance on the hot wallet.**
7  **If it happened to be too high, I would just**
8  **transfer more to the cold wallet.**
9  Q  So you would watch the balance of the hot
10  wallet and once it reached a certain level, you
11  would transfer -- would you transfer all of it over
12  to a cold wallet?
13  **A  Not all of it.  I would leave the amount**
14  **record for day-to-day transfers.**
15  Q  Got it.  But the rest you would transfer
16  over to one of these encrypted wallets?
17  **A  Yes.**
18  Q  Okay.  Once you had an encrypted wallet,
19  could you monitor -- well, how would you be able to
20  figure out how much money was in a given encrypted
21  wallet?
22  **A  Well, I would have to decrypt it and then**
23  **open it with a bitcoin client.**
24  Q  Okay.  Did you ever do that with any of the

---

154

1  encrypted wallets?
2  **A  Yes, I did it.**
3  Q  When did you do that?
4  **A  Multiple occasions back in 2010 -- 2011,**
5  **sorry.**
6  Q  Incidentally, you recall that after the
7  bankruptcy happened Mt. Gox found 200,000 bitcoins
8  in an old wallet.  Do you remember that?
9  **A  Yes.**
10  Q  Was that one of these old encrypted
11  wallets?
12  **A  Yes, it was.**
13  Q  Okay, interesting.  Was it just one single
14  wallet?
15  **A  Yes, it was.**
16  Q  Okay.  But in 2011 when you were using the
17  encrypted cold wallets, you would occasionally
18  monitor their balances through the process you just
19  described?
20  **A  Yes.  At the time the balance was shown to**
21  **be zero.**
22  Q  I'm sorry.  Can you say that again?
23  **A  At the time the balance of that specific**
24  **cold wallet was shown to be zero.**

---

155

1  Q  Which specific cold wallet we are talking
2  about now?
3  **A  The one where later we found 200,000**
4  **bitcoins.**
5  Q  Okay.  But just you -- in 2011 how many
6  encrypted cold wallets were created?  Do you
7  recall?
8  **A  Two in total.**
9  Q  And you checked those two encrypted cold
10  wallet balances in 2011?
11  **A  Yes.  And when we moved to the paper**
12  **wallets, I made sure they were empty.**
13  Q  Okay.  But before -- while you were
14  still -- strike that.
15  For a period of time were you planning to
16  use encrypted cold wallets going forward?  Or was
17  it just, like, a temporary measure?
18  **A  It was temporary.  So when we moved to the**
19  **paper wallets, the idea was to empty the encrypted**
20  **wallets and not use it anymore.**
21  Q  I understand that.  Before you emptied the
22  encrypted wallets, did you monitor their contents?
23  **A  Yes, from time to times.**
24  Q  And when you monitored the encrypted

---

156

1  wallets at that time, you saw bitcoins in the
2  wallets?
3  **A  Yes.  Until I emptied these.**
4  Q  Okay.  Were those encrypted cold wallets
5  ever hacked or accessed without an authorization?
6  **A  Not that I know of.**
7  Q  Okay.  Around this same time period, do you
8  know how other bitcoin exchanges were handling
9  their users' bitcoins?  Were they using a cold
10  wallet system, for example?
11  **A  At the time cold wallets were not very**
12  **common.  I think it became more of a standard back**
13  **in 2012.  There were different implementations.  By**
14  **2013 there were much changes, but following the**
15  **Mt. Gox hack in '14, many new implementations were**
16  **made.**
17  Q  How did things change after the Mt. Gox
18  hack?
19  **A  Well, after the Mt. Gox bankruptcy, well,**
20  **some standards were created.**
21  Q  Yeah.
22  **A  One was the bitcoin exchange balance**
23  **auditing system --**
24  Q  Right.

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

42 (165 to 168)

---

**165**

1 difference between the address and the private key?

2     **A  The address is basically the public version**

3 **of the key, which I lost some bitcoin to that key.**

4 **Whereas the private key is the key that I was to**

5 **spend those bitcoins.**

6     Q  Do you need the private key to, like,

7 actually determine how many bitcoins are in the

8 wallet address?

9     **A  No.  This can be done with the public key.**

10     Q  Is the public key and wallet address, is

11 that the same thing?

12     **A  Actually the address is a representation of**

13 **the public key.**

14     Q  Okay.  So for a period of time, the public

15 keys for these cold wallet addresses were -- were

16 they stored on the servers?

17     **A  Actually it would be a specific file that**

18 **would be made so that each time we use a key, the**

19 **address was removed from the file so we don't send**

20 **twice to same address and so we don't keep a list**

21 **of these addresses.**

22     Q  Would having access to a public key -- I'm

23 sorry.  Is that the right term?  Public key or

24 public address?

---

**166**

1     **A  We can just call those addresses.  I mean,**

2 **it may be easier.**

3     Q  If you have the public address for a given

4 wallet, does that enable anyone to take bitcoins

5 out of the -- that exists within that particular

6 wallet?

7     **A  That shouldn't.  The only issue we had in**

8 **this specific case is because we had a large number**

9 **of keys generated from a computer kept offline.**

10     Q  Right.

11     **A  There is a risk it wouldn't have enough**

12 **entropy.  That could result in someone being able**

13 **to determine the private keys from a list of public**

14 **keys.**

15     Q  Okay.  So --

16     **A  So it was a concern raised by one of the**

17 **bitcoin developers at the time.  That's the main**

18 **reason why no list of the public keys was kept at**

19 **the time.**

20     Q  Because if a list of the public keys

21 existed, then someone with bad intentions could

22 eventually determine the corresponding private key

23 and empty out --

24     **A  Yes.**

---

**167**

1     Q  Then they would have control and access to

2 the bitcoins; right?

3     **A  Yes.**

4     Q  So in order for the hot wallets -- the hot

5 wallet system to transfer bitcoins to the cold

6 wallet system -- let me start over.

7     **A  Yes.**

8     Q  In order for the hot wallet system to

9 transfer bitcoins to a specific cold wallet, it

10 would need that specific cold wallet's public

11 address?

12     **A  Yes.**

13     Q  Right?

14     **A  Yes.**

15     Q  And at that time the cold wallet public

16 address had to be on the server somewhere?

17     **A  Basically -- I know where you're trying to**

18 **get to.  The list of addresses existed partially on**

19 **the servers at some point in time in the secure**

20 **storage.**

21     Q  Right.

22     **A  It was securely deleted as bitcoin was**

23 **sent.**

24     Q  Right.  And after it was deleted, no more

---

**168**

1 bitcoins could be deposited into that cold wallet?

2     **A  Yes.**

3     Q  Because in order to deposit bitcoins into a

4 particular cold wallet, you needed the public

5 address?

6     **A  Yes.**

7     Q  Okay.  So while the public address was on

8 the system, bitcoins could go from the hot wallet

9 into that particular cold wallet; right?

10     **A  Yes.**

11     Q  And at that time using the cold wallet,

12 could you use the cold wallet public address to see

13 the amount of bitcoins that were in that particular

14 cold wallet?

15     **A  Well, I could write a program to do this or**

16 **use a block explorer.**

17     Q  Yeah.  But was that done?

18     **A  No.  For different reasons.**

19     Q  Okay.  What reasons?

20     **A  But mainly that it would be a security**

21 **issue.**

22     Q  Why would it be a security issue?

23     **A  Well, for the reason I explained earlier**

24 **that the private keys were generated partially with**

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

58 (229 to 232)

229

1    Q  And just remind me again.  What was
2 different about the current net funds?
3    A  I believe we removed the part about the
4 $50,000 US.
5    Q  Right.  And was the reason that part was
6 removed was because Jed recovered the $50,000?
7    A  Yes.
8    Q  Okay.  At one point -- and we can look at
9 it in the Skype log if you need to.  At one point
10 Jed suggested that this agreement be revised by
11 attorneys.  Do you remember that happening?
12    A  Yes.  He probably talked about this at some
13 point.
14    Q  But the agreement was never revised, was
15 it?  The purchase agreement?
16    A  Never.
17    Q  Okay.  After -- we talked about a lot of
18 hacks that happened -- "a lot" is my phrasing -- a
19 lot of hacks that happened in 2011, and we ended
20 with the September 2011 hack of the hot wallet.
21 And you testified, I believe, that you did not know
22 about that hack in 2011; right?
23    A  Yes.
24    Q  Okay.  The one affecting the hot wallet,

230

1 you didn't know about that until after the
2 bankruptcy?
3    A  Actually I believe two years after the
4 bankruptcy.
5    Q  Okay.  After 2011, were there any other
6 hacks of Mt. Gox that related in a loss of bitcoin
7 or cash from the exchange that you recall?
8    A  I don't think we had any more hacks.  Not
9 that I can remember anyway.
10    Q  Not that you can remember.  You also stated
11 before we went to lunch when we were talking about
12 the hot wallet hack, we were discussing who
13 potentially had access to the -- was it the hot
14 wallet -- was it the private key?  Is that the
15 right word for it?
16    A  Well, in this specific case, it's
17 wallet.dat, D-A-T, file.
18    Q  Right.  And the copying of that file is
19 what allowed some individual to siphon bitcoins
20 from the hot wallet into some external address;
21 right?
22    A  Yes.
23    Q  And you testified that at Mt. Gox you alone
24 had access to that wallet.dat file; is that right?

231

1    A  Actually we talked about the new wallet
2 system into the database, but the wallet.dat files
3 is under -- follow the same category.
4    THE COURT REPORTER:  Under a different
5 category?
6    THE WITNESS:  Follow the same category.
7    Q  But the file that was eventually copied and
8 led to the hack, that was a file that you had
9 access to at some point in time; right?
10    A  Yes.
11    Q  Right.  And you stated that no other
12 employees at Mt. Gox had access to that file;
13 right?
14    A  Yes.
15    Q  Okay.  One other thing we discussed was
16 that you don't know it one way or the other, but
17 Jed could have had access to that file by virtue of
18 some other -- I don't remember.  I don't know if
19 "backdoor" is my word or your word -- that was
20 coded into the system by him that you didn't know
21 about.  Do you recall talking about that?
22    A  Actually I said that the server where this
23 file was, was set up by Jed.
24    Q  Yeah.

232

1    A  Since I'm not the one setting up the
2 server, I don't know all of the setup of the
3 server.
4    Q  Right.  So when you took control of
5 Mt. Gox, one of the first things you did was turn
6 off Jed's access to --
7    A  No.  I didn't do this until June.
8    Q  So what did you -- so through -- did the
9 wallet.dat file exist at that period of time from
10 March to June through 2011?
11    A  Yes, it did.
12    Q  And he would have had access to that file
13 during that time period?
14    A  Yes.  I believe he would.
15    Q  Would you be able to tell by looking at any
16 of the information at Mt. Gox whether or not he
17 accessed or copied that file?
18    A  Actually the servers should have access
19 logs and those are under the management of the
20 Mt. Gox trustee.
21    Q  Did you ever examine those access logs?
22    A  I made several requests to the trustee to
23 access those logs, but so far I didn't get a
24 response.

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

59 (233 to 236)

---

233

1    Q  And it's your belief that if you had access
2  to those access logs, you would be able to tell
3  whether or not the wallet.dat file was copied at
4  some point in time?
5    **A  I believe I would be able to tell if it was**
6  **copied and which IP address was used to do the**
7  **copy.**
8    Q  Okay.  Would that be the case even if it
9  wasn't Jed but some outside hacker it would reflect
10 the hacker's IP address?
11   **A  Yes, it would.**
12   **By the way, I'm not suspecting Jed of doing**
13 **the attack.  But since he is the one who gave me**
14 **the server, I don't know how far he secured it.**
15   Q  All right.
16   **A  And that's the part I'm worried about.**
17   Q  We talked about how his account was
18 compromised; right?
19   **A  Yes.**
20   Q  And it was compromised at a time when he
21 had access to this information?
22   **A  Yes.  It was compromised in June 2011.**
23   Q  So is it possible at that time whoever
24 compromised Jed's account could have copied the

---

234

1  wallet.dat file that led to the hot wallet hack?
2    **A  Well, I don't think that that was copied at**
3  **that time because the transactions point toward**
4  **September, but it's possible that a hacker came in**
5  **and left a backdoor or that something else**
6  **happened.  I don't know.**
7    Q  And when you say "the transactions point to
8  September," you're referring to the transactions
9  moving funds from the hot wallet to some outside
10 address?
11   **A  Actually I'm referring more specifically to**
12 **the return address of those transactions, which**
13 **very specifically gave a timeline for the time when**
14 **the file was copied.**
15   Q  Did you say "the return address for those
16 transactions"?
17   **A  Yes.  From this morning testimony.**
18   Q  Do you know whether or not Gox bot's
19 trading activity affected the price of bitcoin on
20 the Mt. Gox exchange?
21   **A  Well, I believe its impact was minimal.**
22   Q  What do you mean by "minimal"?
23   **A  Well, any trading activity will likely have**
24 **even some small potential impact, but it's a case**

---

235

1  **of Gox bot I believe this was kept to the minimum**
2  **possible.**
3    (KARPELÈS Deposition Exhibit 10 marked for
4  identification and attached to the transcript.)
5    Q  I'm handing you what's been marked as
6  Exhibit 10.
7    Have you seen Exhibit 10 before, Mark?
8    **A  Yes.  I believe I do.**
9    Q  Okay.  What do you recognize it as?
10   **A  I believe it's a post by Kim Nilsson made**
11 **on February 2015.**
12   Q  Okay.  You'd agree that this particular
13 post is primarily about Willy bot; right?
14   **A  Yes.**
15   Q  Okay.  Can you turn to page 2 of 8 of
16 Exhibit 10?
17   **A  Yes.**
18   Q  Okay.  And go down to the heading that says
19 "Impact on the Mt. Gox Market."  Do you see that?
20   **A  Yes.**
21   Q  All right.  So Kim writes:  "Willy bought a
22 very large amount of bitcoin on Mt. Gox during the
23 period of September 27th to November 30th during
24 2013, a total of over 250,000 bitcoins."

---

236

1    Do you see where I read that from?
2    **A  Yes.**
3    Q  Do you agree with that statement?
4    **A  Well, as I said, I cannot confirm the**
5  **amount.**
6    Q  Okay.  Does the amount seem approximately
7  right to you?
8    **A  I wouldn't be able to say.**
9    Q  Do you have any idea of approximately how
10 many bitcoin Willy bot bought during this period,
11 September 27th to November 30th during 2013?
12   **A  I am not sure, no.**
13   Q  I know you're not sure.  But do you even
14 have an approximation of how much Willy bought
15 during this time period?
16   **A  Not for the specific dates.**
17   Q  Do you think that Kim is wrong in his
18 conclusions here that we just read about the amount
19 of bitcoin that Willy bought during this time
20 period?
21   **A  I don't know, but I guess it's based on the**
22 **leak data prior to being reviewed and cleaned.**
23   Q  So this was an aspect of the data that you
24 cleaned in connection with Kim Nilsson?

---

237

1    A  I believe so.
2    Q  Okay.  Well, this doesn't have anything to
3  do with the stolen bitcoins; right?  That stolen
4  650,000 bitcoins from the hot wallet leak?
5    **A  No, but it's part of the original Mt. Gox**
6  **leak.**
7    Q  Okay.  So you did work with Kim Nilsson on
8  this -- the dataset that would have affected the
9  conclusions that he draws here that we just read?
10   **A  Yes.  But I hadn't started working with him**
11 **at this time.**
12   Q  Okay.  Second sentence in that same
13 paragraph he goes on to state:
14      "There's a very high probability that this
15 had a large effect on the price of coin."
16      Do you see where I read that from?
17   **A  Yes.**
18   Q  Okay.  If Willy bot had, in fact, bought
19 over 250,000 bitcoins in the time period that Kim
20 indicates here, do you think there is -- do you
21 agree that there would be a very high probability
22 that that measure of purchase would have a large
23 effect on the price on bitcoin on the Mt. Gox
24 exchange?

238

1    **A  It would depend on how it was done.**
2    Q  What do you mean "it would depend on how it
3  was done"?
4    **A  Well, even if the amount is fairly large,**
5  **there are ways to limit the impact on the market.**
6    Q  Such as what?
7    **A  Such as making smaller transactions over**
8  **time.**
9    Q  And that's what Willy bot was programmed to
10 do; right?
11   **A  Yes.  The other thing is, around the time**
12 **mid-2013, I remember the price was driven by the**
13 **Chinese market.**
14   Q  Okay.  How did you know that the price was
15 driven by the Chinese market?
16   **A  Well, I knew based on my position as CEO of**
17 **one of the largest exchanges at the time, the fact**
18 **that we had a lot of transactions coming from China**
19 **too.  I mean, that's one of the big shifts in**
20 **bitcoin price where bitcoin reached $1,000.  So**
21 **it's kind of an historical event.**
22   Q  And so -- and by that you mean that you
23 were able to see that, I guess, there were a larger
24 amount of transactions resulting from Chinese

239

1  Mt. Gox customers at this time?
2    **A  Yes.  And Chinese exchanges had a much**
3  **higher price than Mt. Gox.**
4    Q  Yeah.
5    **A  Because it was going to drive the price up**
6  **on Mt. Gox, it could explain if, well, I increased**
7  **the activity on the bot, which I'm not saying I**
8  **did, I just believe it would be linked.**
9      MR. THOMASSEN:  Okay.  Let's take a little
10 break now.  I need to look over my stuff, see where
11 else I need.
12     (Recess from 2:54 p.m. until 3:11 p.m.)
13 BY MR. THOMASSEN:
14   Q  Going back to Gox bot, Mark, we talked
15 about some instances when Gox bot would sell rather
16 than purchase bitcoin.  Do you recall that?
17   **A  Yes.**
18   Q  When Gox bot would sell bitcoin, would
19 Gox bot sell actual bitcoins that were held by
20 Mt. Gox, or would it be similar to the purchase of
21 bitcoins where its balance was just changed in the
22 database?
23   **A  It was the same way both sides, actually.**
24   Q  Okay.  So that the process you described

240

1  with respect to the Gox bot accounts US dollar
2  balance was the process you used when it worked in
3  reverse?
4    **A  Yes.**
5    Q  Okay.
6    **A  Where typically balance is created as debt,**
7  **then exchanged, and then deleted.**
8    Q  Okay.  Would there -- were there ever
9  times, to your recollection, that Gox bot sold
10 bitcoin because it needed more currency to satisfy
11 user demands?
12   **A  I don't believe so.**
13   Q  And I think we brought this up earlier, and
14 I can't remember where we went with it.  But both
15 Kim Nilsson and the Willy Report noted that Gox bot
16 generally sold bitcoins in late January and
17 continuing on into February 2014.  Do you know
18 whether that's true?
19   **A  I would need to check the documents to**
20 **confirm if that's the case.**
21   Q  What documents would you need to check?
22   **A  Well, the database.**
23   Q  Okay.  You don't recall that, sitting here
24 now, whether or not there was a general sale of

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

64 (253 to 256)

---

253

1    A  Yes.  There were some cold wallets with
2 bitcoins in them.
3    Q  That's what I'm having trouble
4 understanding is.  How could that be the case if,
5 for example, you went to look at them in
6 February of 2014 they were just all empty?  It
7 seems like this -- this hack, or whatever we want
8 to call it, would have resulted in no bitcoins
9 being in any cold wallet, if you follow me.  How
10 was it that some did but later none did?
11    A  Well, actually I would guess the main
12 reason why these remaining cold wallets were empty
13 were because they were at the end of the stack and
14 probably didn't get created yet.
15    Q  You said probably didn't get raided yet?
16    A  Created.
17    Q  Oh, created yet.
18    A  Yes.
19    Q  So the ones that were created earlier might
20 not have been completely drained by the hack that
21 was going on?
22    A  Well, the hack anyway didn't have any
23 impact on the cold wallet, but the early addresses
24 had the higher chance of receiving coins unlike the

---

254

1 later ones.
2    Q  Okay.  So when you were going to the cold
3 wallets to replenish the hot wallet, would you just
4 go and order from the date that they were created?
5 Like, you would do the oldest cold wallets first?
6    A  Well, basically I have a stack of paper,
7 and I would take, depending on the amount required,
8 10, 20, 50 pages, which I would bring back home and
9 scan.
10    Q  Okay.  And the stack -- were they kept in
11 order from the date that they were created?
12    A  Basically, yes.
13    Q  Yeah.  All right.  We talked earlier today
14 about the hacks that happened.  And for each one we
15 talked about whether or not they -- the hacks were
16 disclosed to Mt. Gox users.  Do you remember
17 generally talking about that?
18    A  Yes.
19    Q  And I just want to make clear that when you
20 said a given hack wasn't disclosed to Mt. Gox
21 users, I assumed you to mean both at or around the
22 time the hack happened and then going forward,
23 like, a hack that happened in 2011 you didn't later
24 disclose it in 2013; right?

---

255

1    A  Yes.  I don't think any hack was disclosed
2 during the lifetime of Mt. Gox.
3       MR. THOMASSEN:  Right.  Okay.  I just
4 wanted to clarify that.
5       All right.  Let me step outside with Aaron
6 really quick, and then we might be able to sum this
7 up.
8       (Recess from 3:32 p.m. until 3:35 p.m.)
9       MR. THOMASSEN:  All right.  I think I don't
10 have anything else for you now, Mark.
11       I mean, I'm hoping we don't have to come
12 back here.  But obviously we touched on it -- and
13 we'll follow-up later about this, Bevin, about the
14 documents that Mark referenced that he might have
15 that I think we're entitled to.
16       And so I'm just going to leave open the
17 reservation of rights to continue this to the
18 extent we find documents that exist that haven't
19 been searched for or produced.  But for now, I
20 don't have any more questions.
21       MS. BRENNAN:  The only thing I want to put
22 on the record is the section about confidentiality
23 with respect to IRS.  I don't think we put an end
24 portion or the end point to where that would end.

---

256

1       Obviously I think we can all agree that
2 anything related to the IRS disclosure law
3 enforcement will be treated as confidential.  I
4 think that's the only part of this deposition that
5 needs to be treated as confidential.
6       And I looked it up over lunch.  It's called
7 "the law enforcement investigatory privilege,"
8 which is what we were operating under.  I knew
9 there was a privilege.  So that's all I wanted to
10 put in the record.
11       MR. THOMASSEN:  So what is that?  What does
12 the privilege say?
13       MS. BRENNAN:  The privilege says -- and if
14 you want to look up the case, it's called -- the
15 leading case -- give me one second.  I don't have
16 the cite.  It's called Dellwood Farms versus
17 Cargill.
18       And what it says is that private plaintiffs
19 who are not defendants in the pending
20 investigatory -- I'm obviously summarizing here --
21 is that can't be required in discovery to get
22 documents from a government relating to an ongoing
23 investigation.
24       And I don't think that the extension of

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

65 (257 to 260)

257

1  that would be is if you can't get it from the IRS,
2  I don't think that Mr. Karpelès is entitled to
3  waive it on behalf of the government.
4      MR. THOMASSEN:  Well, if you wouldn't mind
5  sending that to us, we will look at it too.
6      MS. BRENNAN:  I will.
7      MR. THOMASSEN:  And then we'll just revisit
8  if it if we need to.
9      MS. BRENNAN:  I have the case number.  I
10 don't have the F.2d cite.  So I'll find the F.2d
11 cite and then send it to you.
12     MR. THOMASSEN:  All right.
13     You good?
14     MR. LAWSON:  Yeah.
15     MR. THOMASSEN:  Thanks, Mark.
16     (The deposition of MARK KARPELÈS was
17 concluded at 3:37 p.m.)
18
19
20
21
22
23
24

258

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2
3        I, M. Allred, RPR, CSR(A), the officer
4  before whom the foregoing deposition was taken, do
5  hereby certify that the aforementioned witness was
6  first duly sworn by the Consular Officer to testify
7  the whole truth; that the foregoing transcript is a
8  true and correct record of the testimony given;
9  that said testimony was taken by me
10 stenographically and thereafter reduced to
11 typewriting under my direction; that reading and
12 signing was requested; and that I am neither
13 counsel for, related to, nor employed by any of the
14 parties to this case and have no interest,
15 financial or otherwise, in its outcome.
16
17 IN WITNESS WHEREOF, I have hereunto set my hand
18 this 14th day of November, 2019.
19
20
21
22
23 M. Allred, RPR, CSR(A)
24 My commission expires:  01/31/2020