# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE and JOSEPH LACK, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>        *Defendants*. | Case No. 1:14-cv-01437<br><br>Judge Gary Feinerman<br>Magistrate Judge Susan Cox |

**MIZUHO BANK, LTD.'S SECOND SUPPLEMENTAL RESPONSE
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Rule 33.1 of the Local Civil Rules of the United States District Court for the Northern District of Illinois, Defendant Mizuho Bank, Ltd. ("Mizuho"), by and through its undersigned attorneys, hereby further supplements its responses and objections to the plaintiffs' first set of interrogatories, dated December 22, 2015 (the "Interrogatories").[1]

**RESERVATION OF RIGHTS**

Mizuho incorporates by reference its reservation of rights as stated in Mizuho Bank Ltd.'s Responses and Objections to Plaintiffs' First Set of Interrogatories, dated January 25, 2016 (the "Responses"), and Mizuho Bank Ltd.'s Supplemental Response to Plaintiffs' First Set of Interrogatories, dated April 22, 2016 (the "First Supplemental Response"). Mizuho also reserves the right to modify, correct, or further supplement its responses herein. Mizuho's responses to

---

[1] Defined terms shall have the same meaning as they do in the Responses and First Supplemental Response unless otherwise noted herein.

case, Mt. Gox), identified Mizuho as the beneficiary's bank and supplied the necessary bank identification code for Mizuho.

**INTERROGATORY NO. 8:**

State the date on which You stopped processing wire withdrawal requests for or on behalf of Mt. Gox and/or Mt. Gox Customers, Describe with specificity Your reason(s) for doing so, Identify the persons involved in this decision, and Describe the steps You took to implement this decision.

**RESPONSE TO INTERROGATORY NO. 8:**

Mizuho objects to this Interrogatory to the extent it seeks information protected by Japanese Data Privacy Laws. Mizuho further objects to this Interrogatory on the ground that it contains multiple discrete subparts that, when considered with the other Interrogatories, would exceed the plaintiffs' limit of twenty-five interrogatories. Mizuho further objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, the attorney work product doctrine, and other legally cognizable privilege or protection. Mizuho further objects to this Interrogatory to the extent it seeks information that is more easily obtained by deposition or by reviewing documents produced by Mizuho.

Subject to and without waiving any of its objections, and based on information currently known and available to Mizuho, Mizuho responds to Interrogatory No. 8 as follows:

In the spring of 2013, Mizuho became concerned about reports that U.S. authorities were investigating Mt. Gox for business dealings related to money laundering. Around the same time, certain banks contacted Mizuho with concerns about transactions related to Mt. Gox. Based on these and similar concerns, Mizuho evaluated whether it could close Mt. Gox's account by compulsion, but it determined that it did not have a legal basis to do so because it did not have evidence that Mt. Gox had violated any laws, regulations, or public customs or order ("koujo-

10

ryozoku" in Japanese). Absent such evidence, Mizuho was concerned that Mt. Gox would sue Mizuho for any losses it suffered based on Mizuho's unilateral closure of Mt. Gox's account.

On or about June 17, 2013, representatives of Mizuho met with representatives of Mt. Gox to request, among other things, that Mt. Gox (i) stop asking Mizuho to process outbound cash wire transfers and (ii) stop designating Mizuho as its beneficiary bank. During the meeting, Mt. Gox also informed Mizuho that it was in the process of opening new accounts with additional banks. Following this meeting, Mt. Gox complied with Mizuho's request and stopped sending Mizuho requests to process outbound cash wire transfers. The meeting was attended by individuals from Mizuho and Mt. Gox, including Hirotaka Shimizu, Shinji Akiyama, and Hiroaki Aikawa from Mizuho, and Mark Karpeles and Aki Utaki from Mt. Gox.

**INTERROGATORY NO. 9:**

Identify each wire deposit including the date and amount You accepted for or on behalf of Mt. Gox and/or Mt. Gox Customers after the date on which You stopped processing wire withdrawal requests for or on behalf of Mt. Gox and/or Mt. Gox Customers.

**RESPONSE TO INTERROGATORY NO. 9:**

Mizuho objects to this Interrogatory to the extent it seeks information protected by Japanese Data Privacy Laws. Mizuho further objects to this Interrogatory because "processing" is vague and ambiguous and undefined. Mizuho further objects to this Interrogatory to the extent it seeks information irrelevant to the subject matter of the Action. Mizuho further objects to this Interrogatory to the extent it seeks information that is more easily obtained by deposition or by reviewing documents produced by Mizuho. Mizuho further objects to this Interrogatory because it seeks discovery that is not proportional to the needs of the case, considering the importance of the discovery in resolving the issues, and because the burden and expense of the proposed discovery outweigh its likely benefit.

MIZUHO BANK, LTD.

By:     /s/ Jeffrey J. Resetarits
        One of Its Attorneys

Jerome S. Fortinsky (admitted *Pro Hac Vice*)
jfortinsky@shearman.com
John A. Nathanson (admitted *Pro Hac Vice*)
john.nathanson@shearman.com
Jeffrey J. Resetarits (admitted *Pro Hac Vice*)
jeffrey.resetarits@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
212-848-4000

-And-

Jonathan S. Quinn (#6200495)
jquinn@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
312-269-8000

*Attorneys for Defendant Mizuho Bank, Ltd.*

Dated: November 11, 2016

## VERIFICATION

Yasuo Imaizumi, Deputy General Manager of Legal Department, Mizuho Bank, Ltd., being duly sworn, deposes and says that he has read the foregoing, and that the responses to Interrogatory Nos. 1 through 10 and 21 are, to the best of his knowledge, information, and belief, true and correct.

Executed on this 10TH day of November 2016

_____
Yasuo Imaizumi

## CERTIFICATE OF SERVICE

I, Jeffrey J. Resetarits, an attorney, hereby certify that on the 11th day of November, 2016, I caused **Defendant Mizuho Bank, Ltd.'s Second Supplemental Response to Plaintiffs' First Set of Interrogatories** to be served by causing true and accurate copies of such paper to be transmitted via USPS and electronic mail to all counsel of record.

/s/ Jeffrey J. Resetarits