# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**DECLARATION OF GREGORY GREENE**

I, Gregory Greene, declare as follows:

1. I am the named plaintiff in this lawsuit. I am over the age of 18. I have personal knowledge of the matters stated herein and could competently testify thereto.

2. I was deposed in this matter on November 11, 2019 in Chicago, Illinois.

3. During my deposition, counsel for Mr. Karpeles asked whether I reviewed information on Mt. Gox's website before opening an account. I testified that I had read the Mt. Gox Terms of Use in its entirety, along with other information on the Mt. Gox website. I additionally testified that the Terms of Use addressed Mt. Gox's overall security as a bitcoin exchange, but, at the time of my deposition, could not recite the Terms of Use from memory. I was not provided with a copy of the Terms of Use to review during my deposition, nor was I asked whether reviewing them might refresh my memory as to their specific contents.

4. Since my deposition, I have reviewed the Mt. Gox Terms of Use.

5. Based on my review, I recall reading and relying on specific representations made in the Terms of Use when deciding whether to open and maintain a Mt. Gox account, including

1

those addressing Mt. Gox's basic security as a bitcoin exchange and listed under the sections labeled "MT. GOX'S OBLIGATIONS" and "MEMBERS' OBLGIATIONS." As I testified, I was not aware of any other bitcoin exchanges at the time that I opened my account, so having an understanding of and confidence in Mt. Gox's basic security features was very important to me.

   6. During my deposition, I also testified that around and after the time I purchased bitcoin and moved it onto Mt. Gox, I reviewed various forum posts on the bitcointalk.org website, including posts made by Mark Karpeles. I testified that those posts included ones where Mr. Karpeles wrote about the security of Mt. Gox and conveyed that the exchange was "solid, secure, and stable." Since my deposition, I located one such post that I recall reviewing in September 2012, where Mr. Karpeles made representations regarding the security of Mt. Gox. That post is available online at the following URL: https://bitcointalk.org/index.php?topic=23938.msg1177353#msg1177353. I recall reading this particular post from Mr. Karpeles with interest, because, at the time, I had learned about a competing exchange (CampBX) that was based in the United States and was interested in how its security features compared with Mt. Gox's.

   7. Had I known that the representations made in the Mt. Gox Terms of Use were not true, I would not have deposited or maintained bitcoins on Mt. Gox. For example, had I known that Mt. Gox did not have enough bitcoins to satisfy its users' deposits (as the Terms of Use stated), I would have withdrawn my entire deposit immediately. Likewise, if I had known that Mt. Gox withheld that it had been hacked and/or lost bitcoins on numerous undisclosed occasions—a point I have been made aware of only over the course of this lawsuit—I would have withdrawn my holdings immediately. I would have taken the same action had I known that

Doc ID: 3b481102f258bd63ed5147eab078a10ae4605e2a

Mark Karpeles was, through an undisclosed bot, buying bitcoins from, and selling bitcoins to, other Exchange members using artificial bitcoin and cash assets.

8. As I testified, the first time I suspected that the representations made in the Mt. Gox Terms of Use were not true was when I read about other Mt. Gox users having problems withdrawing their bitcoins from the site. I attempted to withdraw my holdings to a personal bitcoin wallet after reading about these experiences, but was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02 / 18 / 2020

Gregory Greene

3

Doc ID: 3b481102f258bd63ed5147eab078a10ae4605e2a