# Exhibit G



**MagicalTux**
VIP
Hero Member
●●●●●
Activity: 608
Merit: 501

**Re: Camp BX Hacker / Security Audit: Results**
September 10, 2012, 12:00:42 PM     #55

> Quote from: The_Duke on September 10, 2012, 11:47:24 AM
> If that is the case, then how about giving the MtGox answer to the questions raised by Stephen Gornick in his post above?

If you want (replaced CampBX with MtGox and replies in bold for readability):

- Does [MtGox] use cold storage (an offline wallet that cannot be accessed should the exchange's service become compromised)

**Yes.**

- Is there a target as to how much of customer's funds are kept in cold storage? (e.g., percent of total, or perhaps relative to recent withdrawal requirements)?

**On average 98% of customer bitcoins are held in cold storage, with possible variations on large bitcoin moves (large deposits or customers asking for large withdrawals).**

- Do new deposits go to cold storage? (if the hot wallet is compromised, new deposits made (e.g., automated payouts by mining pools) would still be secure)

**No, this wouldn't be practical in terms of number of bitcoin addresses to keep in cold storage. This could change thanks to BIP 0032 which we are working on implementing. It should be noted however that we are using a hardware security module for the hot wallet**

- Does the offline wallet where the cold storage resides remain protected due to an "air gap" (no access to it electronically, not connected to the network)?

**Offline wallets are generated from an offline system and kept in paper format in three separate locations, using a technology based on raid. It will likely be changed to use Shamir's Secret-Sharing method in the future, and all existing offline wallets will be converted to this.**

And I have other questions that I'd like to now the answers to:

- Does [MtGox] maintain full reserve? (i.e., [MtGox] controls bank accounts with all customer USD funds and controls wallets with 100% of BTC funds. None of these amounts loaned out.)

**As described in our Terms of Service, customer funds are kept in full, and none are loaned.**

- Does [MtGox] maintain offsite backups of its accounts and transactions? If for some reason the exchange's primary account database were lost due to a security breach, what information (and how recent) is still available from backup or archives?

**We have realtime onsite backups on a separate system, and offsite backups at regular intervals. We are working on modifying the system to have a multi-site cluster working (working with people from Percona to reach the best system on this) - which would allow us to have a node of the cluster used to make backups way more often**

- If there is a security breach and [MtGox] cannot meet withdrawal requests of its customers, what is the withdrawal preference that [MtGox] would follow? Various preferences are:
- - A.) All deposited funds are of equal standing with bitcoins being valued at their market rate at the time of the loss,
- - B.) Withdrawals of USD funds, if not impacted by the breach, are made available to those customers who held a USD balance. in full.
- - Do customer deposits have preference over any other creditor claims? (i.e., a contract stating so such that they don't become unsecured creditors ending up in the same pool as the landlord for office space and hosting bill.)
- - or is there some other approach?

**Fiat balances and Bitcoin balances would be accounted separately based on current rules, especially because of the difficulty to give a value to a given balance in Bitcoin (value at current rate or based on depth). This may change as we are discussing with a large insurance company in Japan to get all funds deposited on MtGox insured. This will however be only possible once the Japanese FSA provides its position on Bitcoin - which we expect to happen in the next months.**