# Exhibit H



Ben Thomassen <bthomassen@edelson.com>

## Fw: Request received: Alt currencies (ticket #67079)

**From:** Mark Karpeles <notifications-info@mtgox.com>
**Sent:** Saturday, April 6, 2013 9:07 PM
**To:** greg greene <gsgreene@hotmail.com>
**Subject:** Request received: Alt currencies (ticket #67079)

## Please do not write below this line ##

**Ticket #67079: Alt currencies**

Your request (#67079) has been received, and will be reviewed by our support staff shortly.

Please be aware that the Mt.Gox Support Desk operates from 10:00am to 7:00pm (JST), Monday to Friday, with limited weekend support. If you submit your support request outside of these timings, there may be a small delay.

To review the status of the request and add additional comments, follow the link below:
http://support.mtgox.com/tickets/67079

---

**Greg Greene, Apr 07 11:07 (JST):**

I was reading on some twitter feeds recently that Mt. Gox is considering handling the exchange of other alternative currencies such as Litecoin, ppcoin etc. I wanted to express my input regarding this matter and say that I would hope that you would not do this, at least not at this time. P2P currencies such as bitcoin are still in their infancy and, it's my opinion, having the largest exchange of these new currencies enter into the trade of multiple forms will confuse the public who are just now beginning to take notice of this. While I understand this this may be a business opportunity to take advantage of the exchange between these alt curencies, I think that the confusion amongst the newly awakened public will cause more harm than good at the moment until bitcoin can become more established and accepted. Thanks.

**This email is a service from Support Desk**

Message-Id:GZ2C2BN0_5160d4f049e86_769941307010510c4_sprut

GREENE_002317