# Exhibit K

Case: 1:14-cv-01437 Document #: 467-11 Filed: 02/18/20 Page 2 of 3 PageID #:7799

Case 3:19-cv-00022-HTW-LRA   Document 2-3   Filed 01/10/19   Page 204 of 214
Case: 25CI1:14-cv-00071-TTG   Document #: 101-1   Filed: 05/15/2017   Page 1 of 2

**From:** Mark Karpeles <mark@tibanne.com>
**Sent:** Friday, January 28, 2011 9:46 AM
**To:** Jed McCaleb
**Subject:** Re: Re:

Hi,

I can understand your worries, however having mtgox working with only a fraction of the amounts being exchanged might be problematic too.

By taking over mtgox, one of the first step will be to define terms & conditions defining exactly how the users are insured, and what they can do if (for example) someone manages to exploit problems in the site.

This means also that I need to be 100% sure we will be able to answer any withdraw request from someone who deposited anything. Any problem on this side might have a desastrous effect not only on mtgox, but on the whole bitcoin economy itself (ie. the moment when people understand the world is not all pink and get scared).

Anyway I both understand your worries (just giving up mtgox to someone you never met) and mine (taking the resposability of a site without having the whole lot of stuff received by people).
I haven't found any solution that would solve both problems at the same time yet, but I'm still thinking about it.

If you have any idea regarding that please let me know.

Also a loss of $50k even before starting is rather large, especially considering what I could read in the mtgox presentation.

Anyway I'm tired, it's 00:45 here, I'll think more tonight and will reply again tommorrow.

Mark

PS: As for the framework no problem, I have plans if things go smoothly to adapt mtgox on the framework we use here :)

Le vendredi 28 janvier 2011 à 10:10 -0500, Jed McCaleb a écrit :
> Hi Mark,
> I'm trying to think of the best way to handle the transfer.
> I guess I should hold a lot of the BTC and $ in reserve for some
> amount of time. Right now I only keep 1/3 of the BTC on the server
> anyway to limit the exposure if something terrible goes wrong. And
> deposits always are greater than withdrawals so there is a
> considerable buffer of both cash and BTC.
>
> Also there was a hacking incident since we started talking. Someone
> was able to take about $50k in LR. The problem was that LR allows
> multiple transactions in their call to



Mark Karpeles
EXHIBIT 3
DATE 5 Nov 2019
REPORTER MA
Planet Depos, LLC



EXHIBIT A
GREENE 000708

> https://api.libertyreserve.com/xml/transfer.aspx and I wasn't checking
> that the LR account name they gave was valid. So they would just close
> the current transaction and start another. Basically like a SQL
> injection attack. Obviously a big mistake on my part.
> I know now you probably wonder if the whole site is riddled with bugs.
> I like to think I'm pretty careful about this type of thing and there
> is nothing like this left in there. And I know this guy was hacking
> around on the site trying various things for a month or so. So that is
> some indication that there is nothing this bad on there.
>
> The loss of the 50k although a lot of money shouldn't actually be an
> issue as long as deposits continue to be greater than withdrawals. We
> can just let the loss ride until the site either makes it or not.
> And maybe you know some crafty way to track these guys down. The two
> IPs they used seem static. The machines both respond to pings.
>
> Also I don't know if I mentioned but the site is built on this php
> framework called lithium.
> Jed.
>
>
> On Mon, Jan 24, 2011 at 1:28 PM, Jed McCaleb <admin@mtgox.com> wrote:
> > Hi Mark,
> > So here is what I'm thinking:
> > No cash upfront.
> > I get 50% of revenue for 6 months or until I get $60k whichever is greater.
> > 12% of the company you form to hold mtgox.
> > How does this sound?
> > Thanks,
> > Jed.
> >

GREENE_000709