# Exhibit L

Case: 1:14-cv-01437 Document #: 467-12 Filed: 02/18/20 Page 2 of 10 PageID #:7802
Case: 3:19-cv-00022-TTW-LRA Document 2-8 Filed 01/10/19 Page 145 of 351
Case: 25C11:14-cv-00071-TTG    Document #: 185-1    Filed: 12/12/2017    Page 20 of 59

```
[Thu Apr 28 18:22:33 2011] Mark Karpelès: btw did we reach 75% of the bitcoins here?
[Thu Apr 28 18:23:19 2011] Mark Karpelès: mh
[Thu Apr 28 18:23:22 2011] mtgox: what do you mean?
[Thu Apr 28 18:24:08 2011] Mark Karpelès: according to the schedule for the contract I'm missing ~152k btc here (at the same time I cannot say things were so smooth here either)
[Thu Apr 28 18:24:31 2011] mtgox: oh no
[Thu Apr 28 18:24:37 2011] Mark Karpelès: ?
[Thu Apr 28 18:24:58 2011] mtgox: I haven't sent more BTC to you
[Thu Apr 28 18:25:03 2011] Mark Karpelès: ok
[Thu Apr 28 18:25:06 2011] mtgox: so I doubt you have 75%
[Thu Apr 28 18:25:10 2011] Mark Karpelès: yep
[Thu Apr 28 18:25:30 2011] Mark Karpelès: not much of a problem at this point
[Thu Apr 28 18:25:54 2011] mtgox: yeah it seemed like you had plenty
[Thu Apr 28 18:26:24 2011] mtgox: also I forgot to mention  You should contact LR I think you can become an exchanger
[Thu Apr 28 18:26:34 2011] Mark Karpelès: ok
[Thu Apr 28 18:26:36 2011] mtgox: that will make it cheaper to refill the LR
[Thu Apr 28 18:26:36 2011] Mark Karpelès: I'll try
[Thu Apr 28 18:26:59 2011] mtgox: I sent them an email before and they rejected me because they didn't like the idea of BTC
[Thu Apr 28 18:27:21 2011] mtgox: maybe don't mention that and just say you buy and sell for $  Which is true
[Thu Apr 28 18:29:11 2011] Mark Karpelès: mh
[Thu Apr 28 18:29:14 2011] Mark Karpelès: earthquake, again
[Thu Apr 28 18:29:51 2011] mtgox: serious? ut oh
[Thu Apr 28 18:31:15 2011] Mark Karpelès: well, really small
[Thu Apr 28 18:31:46 2011] Mark Karpelès: http://www.jma go jp/en/quake/20110428183103389-281828 html
[Thu Apr 28 18:31:48 2011] Mark Karpelès: M5 7
[Thu Apr 28 18:32:54 2011] Mark Karpelès: I'm testing dwolla, it seems that it requires the user to be registered too
[Thu Apr 28 18:34:49 2011] mtgox: yeah it does
[Thu Apr 28 18:34:57 2011] mtgox: but it is easy for them
[Thu Apr 28 18:35:01 2011] Mark Karpelès: ok
[Thu Apr 28 22:37:59 2011] mtgox: So how many BTC do you have there now?
[Fri Apr 29 11:08:40 2011] Mark Karpelès: 128794 07000000
[Fri Apr 29 11:35:00 2011] mtgox: oh I thought you said ~152k
[Fri Apr 29 11:38:02 2011] mtgox: you only have BTC with the bitcoind connected to mtgox?
[Fri Apr 29 11:38:14 2011] mtgox: you didn't move any wny where else?
[Fri Apr 29 11:38:27 2011] Mark Karpelès: I use multiple btc clients with automatic spreading
[Fri Apr 29 11:39:31 2011] mtgox: ok but on the admin page I can query one of them or it checks all of them?
[Fri Apr 29 11:39:40 2011] Mark Karpelès: oh
[Fri Apr 29 11:39:42 2011] Mark Karpelès: gives total
[Fri Apr 29 11:39:54 2011] Mark Karpelès: never managed to get it to work however, the result doesn't appear anywhere :p
[Fri Apr 29 11:40:27 2011] mtgox: firebug :)
[Fri Apr 29 11:40:35 2011] Mark Karpelès: anyway I'm planning on dropping the bitcoin client completly
[Fri Apr 29 11:41:00 2011] mtgox: I'm just trying to figure out how many coins I owe you
[Fri Apr 29 11:41:00 2011] Mark Karpelès: just keep private keys in a secure environment, and create transactions manually, then push them on the bitcoin network
[Fri Apr 29 11:41:05 2011] Mark Karpelès: well
[Fri Apr 29 11:41:19 2011] Mark Karpelès: I'm missing ~152k to reach 75% of the "total bitcoins" (SELECT SUM(BTC))
[Fri Apr 29 11:41:38 2011] Mark Karpelès: without accounting for the lost bitcoins
[Fri Apr 29 11:58:06 2011] mtgox: hmm ok  it looks like it was ~94k that was stolen
[Fri Apr 29 11:59:03 2011] mtgox: hmm wait
[Fri Apr 29 12:03:13 2011] mtgox: ok it is: 94,984 stolen
[Fri Apr 29 12:03:33 2011] mtgox: which I think is right since that is what they are bating around from address to address
[Fri Apr 29 12:03:45 2011] Mark Karpelès: that's 208k$ atm
[Fri Apr 29 12:04:09 2011] mtgox: I need to send you: 84,860 btc
[Fri Apr 29 12:04:14 2011] mtgox: yeah it sucks
[Fri Apr 29 12:04:47 2011] Mark Karpelès: btw I got the last missing piece from my japanese bank yesterday, I'll try to send those to my US agent via fedex today (hoping fedex works today)
[Fri Apr 29 12:05:04 2011] mtgox: well you also have some btc from baron
[Fri Apr 29 12:05:08 2011] mtgox: ok great
[Fri Apr 29 12:06:01 2011] Mark Karpelès: I'm thinking also about a policy for forgotten accounts
[Fri Apr 29 12:06:20 2011] mtgox: What do you think about you or I trying to buy a bunch of btc on the forum so at least the loss is fixed
[Fri Apr 29 12:06:40 2011] mtgox: yeah I was wondering how much is in accounts people haven't looked at in months
[Fri Apr 29 12:07:11 2011] Mark Karpelès: I'll try to negociate BTC buy from some farmers I know directly to avoid "making waves" (dunno if you say that in English)
[Fri Apr 29 12:07:14 2011] mtgox: what address should I send this 84k to?
```

Case: 1:14-cv-01437 Document #: 467-12 Filed: 02/18/20 Page 3 of 10 PageID #:7803
Case: 3:19-cv-00022-TTW-LRA Document 2-8 Filed: 01/10/19 Page 146 of 351
Case: 25CI1:14-cv-00071-TTG   Document #: 185-1   Filed: 12/12/2017   Page 21 of 59

```
[Fri Apr 29 12:07:21 2011] Mark Karpelès:  let me create one
[Fri Apr 29 12:08:10 2011] Mark Karpelès:  1M5Rn7ej5dW7XHjtGW6cc9bZ6kAK5819hg
[Fri Apr 29 12:09:51 2011] mtgox:  ok so we are all set for the BTC  I'll figure out the USD once you get your account set up and I can wire you the money
[Fri Apr 29 12:09:56 2011] Mark Karpelès:  mh
[Fri Apr 29 12:10:00 2011] Mark Karpelès:  this is going to have people talking
[Fri Apr 29 12:10:12 2011] Mark Karpelès:  people were monitoring "that mysterious bitcoin address with 250kBTC"
[Fri Apr 29 12:10:28 2011] mtgox:  was that mtgox?
[Fri Apr 29 12:10:31 2011] Mark Karpelès:  no, that was you
[Fri Apr 29 12:10:39 2011] mtgox:  oh heh
[Fri Apr 29 12:10:57 2011] Mark Karpelès:  mtgox funds are in a machine that transfers funds all the time, even if no people are doing anything
[Fri Apr 29 12:11:14 2011] Mark Karpelès:  so funds are never on the same addresses for too long
[Fri Apr 29 12:11:42 2011] mtgox:  they'll just think they are going to be sold I bet
[Fri Apr 29 12:11:46 2011] Mark Karpelès:  yep
[Fri Apr 29 12:11:54 2011] Mark Karpelès:  makes sense when you see the current market
[Fri Apr 29 12:11:54 2011] mtgox:  which is good
[Fri Apr 29 12:12:02 2011] mtgox:  drive down that price
[Fri Apr 29 12:12:13 2011] Mark Karpelès:  and buy btc while it's low
[Fri Apr 29 12:12:53 2011] Mark Karpelès:  btw euro account has reached 90k€ in 3 weeks (133k$)
[Fri Apr 29 12:13:27 2011] Mark Karpelès:  average of 17 incoming wires per day
[Fri Apr 29 12:13:40 2011] Mark Karpelès:  (per working day, I should say)
[Fri Apr 29 12:13:47 2011] Mark Karpelès:  and 12 outgoing wires
[Fri Apr 29 12:14:12 2011] mtgox:  yeah mtgox is holding over 1 million $ if you count the btc
[Fri Apr 29 12:14:14 2011] mtgox:  pretty crazy
[Fri Apr 29 12:14:27 2011] Mark Karpelès:  agreed
[Fri Apr 29 12:14:38 2011] Mark Karpelès:  and no reason to stop here anyway
[Fri Apr 29 12:14:50 2011] Mark Karpelès:  today was pretty good (over 90k volume)
[Fri Apr 29 12:19:08 2011] Mark Karpelès:  will probably go down during the weekend
[Fri Apr 29 12:19:46 2011] mtgox:  oh also I made a separate account for my trade bot so it will be easy for me to keep track of how it is doing  could you get rid of its fee? account is BotBot
[Fri Apr 29 12:20:08 2011] mtgox:  yeah doesn't seem to be anything big coming in on the US side at least
[Fri Apr 29 12:20:12 2011] Mark Karpelès:  done
[Fri Apr 29 12:20:16 2011] mtgox:  thanks
[Fri Apr 29 12:20:24 2011] Mark Karpelès:  the ~25k$ came in?
[Fri Apr 29 12:20:30 2011] mtgox:  yeah
[Fri Apr 29 12:20:40 2011] mtgox:  he took it up to 2 5
[Fri Apr 29 12:20:45 2011] Mark Karpelès:  I see
[Fri Apr 29 12:20:48 2011] Mark Karpelès:  ok, anything from the idoc guy?
[Fri Apr 29 12:21:11 2011] mtgox:  well the frist 20k + anoth 30k
[Fri Apr 29 12:21:18 2011] Mark Karpelès:  ok
[Fri Apr 29 12:21:24 2011] Mark Karpelès:  so he really sent another 30k
[Fri Apr 29 12:21:30 2011] mtgox:  yeah
[Fri Apr 29 12:22:02 2011] Mark Karpelès:  got another 15k from someone I guess
[Fri Apr 29 12:22:09 2011] Mark Karpelès:  (already forwarded to you
[Fri Apr 29 12:22:47 2011] mtgox:  you have to take in 15k or so a day or the price will drop right
[Fri Apr 29 12:23:00 2011] mtgox:  since there are 7k btc made a day
[Fri Apr 29 12:23:08 2011] Mark Karpelès:  europe already gets ~15k/day
[Fri Apr 29 12:23:14 2011] Mark Karpelès:  well, except during weekend
[Fri Apr 29 12:28:01 2011] Mark Karpelès:  added column "LastLogDate" to Users db so we can know who's not using their account anymore
[Fri Apr 29 12:28:22 2011] Mark Karpelès:  anyway accounts with still the "old passwords" are those which haven't logged in even once since mtgox was moved
[Fri Apr 29 12:29:16 2011] Mark Karpelès:  that would be 49886 USD and 17902 BTC
[Fri Apr 29 12:30:35 2011] Mark Karpelès:  still it's been only 2 months
[Fri Apr 29 12:31:54 2011] mtgox:  yeah there are place I haven't been for years but one day I'll go back to to claim some funds or whatever  Not sure you can ever really take it but it helps for buffer
[Fri Apr 29 12:32:24 2011] Mark Karpelès:  yep, especially if we have to do international wires (delays, etc)
[Fri Apr 29 12:32:59 2011] Mark Karpelès:  btw LR balance = $6,637 14
[Fri Apr 29 12:33:19 2011] Mark Karpelès:  (got the ~9 5k from lr exchange + 5k deposit from someone else)
[Fri Apr 29 12:37:30 2011] mtgox:  yeah I already started the process for the next one
[Fri Apr 29 12:39:44 2011] Mark Karpelès:  ok
[Fri Apr 29 13:02:42 2011] Mark Karpelès:  http://www bitcoin org/smf/index php?topic=6762 0 <- already people talking
[Sat Apr 30 07:21:46 2011] mtgox:  the other way I was thinking of getting the 95k btc back is:
[Sat Apr 30 07:22:28 2011] mtgox:  sell a ton of btc 85k gets the price back to $1 and at that point hopefully the market will deflate further
[Sat Apr 30 07:22:44 2011] mtgox:  giving us a chance to buy back the 95k
```

GREENE_001242

Case: 1:14-cv-01437 Document #: 467-12 Filed: 02/18/20 Page 4 of 10 PageID #:7804
Case: 3:19-cv-00022-TTW-LRA Document 2-8 Filed: 01/10/19 Page 147 of 351
Case: 25CI1:14-cv-00071-TTG Document #: 185-1 Filed: 12/12/2017 Page 22 of 59

```
[Sat Apr 30 07:22:58 2011]  mtgox:         I'll have to do more analyse to determine if it would work
[Sat Apr 30 07:23:53 2011]  mtgox:         Price is already a bit too high to just buy that 95k on the market thus transfering the debt
[Sat Apr 30 20:05:49 2011]  mtgox:         hi
[Sat Apr 30 20:06:10 2011]  mtgox:         any idea who was DOSing you?
[Sat Apr 30 20:40:17 2011]  mtgox:         can you tell people to wait for dwolla to send money now  or wire to your japanese account
[Sat Apr 30 20:45:23 2011]  mtgox:         and can you push mega chart above $4 :)
[Sat Apr 30 20:45:44 2011]  mtgox:         so another option about the missing 95k btc
[Sat Apr 30 20:46:32 2011]  mtgox:         hmm well nm
[Sat Apr 30 21:35:51 2011]  Mark Karpelès: mh
[Sat Apr 30 21:36:07 2011]  Mark Karpelès: I've started telling people about dwolla
[Sat Apr 30 21:36:44 2011]  Mark Karpelès: as for the DoS, I suspect it comes from btcex (who sent me an email 1 hour before the DoS suggesting I close the market)
[Sat Apr 30 21:41:06 2011]  Mark Karpelès: let me show you btcex's email:
[Sat Apr 30 21:41:08 2011]  Mark Karpelès: Hi!

You do not think to stop trades on mtgox because catastrophic rate
increasing??!

The fact that such high growth only occurs on your site and not on
others  My and my friend exchanges depositories are emptied by users
and bitcoins sended to mtgox

Unless of course you do not want to do mtgox one centralized bitcoin
currency exchanger in the world
[Sat Apr 30 22:04:00 2011]  mtgox:         heh weird
[Sat Apr 30 22:04:15 2011]  mtgox:         that guy has always seemed bitter
[Sat Apr 30 22:04:31 2011]  mtgox:         don't you do the JPY exchange for him?
[Sat Apr 30 22:04:43 2011]  mtgox:         was it a russian IP?
[Sat Apr 30 22:05:38 2011]  Mark Karpelès: nah, was a lot of ips
[Sat Apr 30 22:05:51 2011]  Mark Karpelès: 1151 ips so far
[Sat Apr 30 22:07:05 2011]  Mark Karpelès: mostly from vietnam
[Sat Apr 30 22:07:17 2011]  Mark Karpelès: but just from this I cannot know the source for sure
[Sat Apr 30 22:07:29 2011]  mtgox:         yeah
[Sat Apr 30 22:07:37 2011]  Mark Karpelès: the only weird part is the time sync between the "you should stop trades" and the start of the attack
[Sat Apr 30 22:07:47 2011]  Mark Karpelès: anyway the attack itself was pretty weak
[Sat Apr 30 22:08:25 2011]  Mark Karpelès: ~10 requests at a time either on / or on /users/login?yarobot=fuck
[Sat Apr 30 22:09:11 2011]  Mark Karpelès: from 200 differents ips at first, which means ~2000 requests at a time (was a bit too much, I just added some checks in bootstrap php by using memcache to check ip request velocity)
[Sat Apr 30 22:09:27 2011]  Mark Karpelès: had also reports of cross-domain request forgery attacks on mtgox
[Sat Apr 30 22:09:46 2011]  Mark Karpelès: some guy made a proof of concept of withdrawing a user's BTC balance without him knowing
[Sat Apr 30 22:10:36 2011]  Mark Karpelès: so I improved the trade and withdraw ajax api to also include a "session token" that only the html page, which is needed unless creditentials are provided in POST
[Sat Apr 30 22:10:42 2011]  Mark Karpelès: so no change for api users :)
[Sat Apr 30 22:11:01 2011]  mtgox:         huh ok  but nothing was stolen?
[Sat Apr 30 22:11:42 2011]  Mark Karpelès: seems fine so far
[Sat Apr 30 22:11:58 2011]  Mark Karpelès: I got the info early enough
[Sat Apr 30 22:12:30 2011]  Mark Karpelès: and the proof of concept requires the user to have the flash plugin enabled without any extension such as flashblock
[Sat Apr 30 22:12:45 2011]  Mark Karpelès: it uses a security problem in flash to do a query on mtgox using the user's session
[Sat Apr 30 22:15:09 2011]  mtgox:         what do you think about the 95k problem?
[Sat Apr 30 22:17:01 2011]  Mark Karpelès: well, for now we could have 100% of the BTC fee used to cover this hole, and buy BTC if they go back again low enough, if things are done right, I don't see this as being a problem anytime soon
[Sat Apr 30 22:17:10 2011]  Mark Karpelès: especially if we empty other market's of their own btc
[Sat Apr 30 22:17:35 2011]  mtgox:         I thought all the btc fee was going there now
[Sat Apr 30 22:17:51 2011]  Mark Karpelès: there is no defined policy yet at this point
[Sat Apr 30 22:17:55 2011]  Mark Karpelès: this seems the best policy
[Sat Apr 30 22:18:02 2011]  Mark Karpelès: would take ~290 days to cover 95k btc
[Sat Apr 30 22:18:07 2011]  mtgox:         well ok  I think it will be fine to ride it out
[Sat Apr 30 22:18:12 2011]  Mark Karpelès: at current market speed
[Sat Apr 30 22:18:58 2011]  mtgox:         what is the rate money is being added?
[Sat Apr 30 22:19:07 2011]  Mark Karpelès: market is going up following forbes/etc articles, however I'd guess it'll eventually cool down at some point, unless media attention grows faster
[Sat Apr 30 22:19:41 2011]  Mark Karpelès: well, for Euro it's hard to tell in advance (funds are credited as soon as they come in), on the USD side there's the 28k from the memory guy, and most others are smaller
[Sat Apr 30 22:19:46 2011]  Mark Karpelès: the canadian guy plans to send another 20k
[Sat Apr 30 22:20:07 2011]  mtgox:         I mean historically
[Sat Apr 30 22:20:32 2011]  Mark Karpelès: let me get stats out of that
```

GREENE_001243

Case: 1:14-cv-01437 Document #: 467-12 Filed: 02/18/20 Page 5 of 10 PageID #:7805
Case: 3:19-cv-00022-TTW-LRA Document 2-8 Filed 01/10/19 Page 148 of 351
Case: 25Cl1:14-cv-00071-TTG Document #: 185-1 Filed: 12/12/2017 Page 23 of 59

```
[Sat Apr 30 22:20:54 2011]  Mark Karpelès:  taking "any manual or "paypal" positive USD move from the activity table" should allow to graph that easily
[Sat Apr 30 22:21:02 2011]  mtgox:  that table of usd,btc holdings I guess is what I'm asking for  would be cool to see
[Sat Apr 30 22:21:36 2011]  mtgox:  yeah true
[Sat Apr 30 22:21:38 2011]  Mark Karpelès:  usd,btc would move with market activity & withdraws, and wouldn't show the details
[Sat Apr 30 22:21:50 2011]  Mark Karpelès:  let me build a view :D
[Sat Apr 30 22:25:20 2011]  Mark Karpelès:  hum, I hope I made a mistake somewhere
[Sat Apr 30 22:25:56 2011]  mtgox:  is it crazy?
[Sat Apr 30 22:25:56 2011]  Mark Karpelès:  ok yeah I did
[Sat Apr 30 22:26:02 2011]  Mark Karpelès:  much better
[Sat Apr 30 22:26:05 2011]  Mark Karpelès:  now let's make a view!
[Sat Apr 30 22:27:14 2011]  Mark Karpelès:  here
[Sat Apr 30 22:27:16 2011]  Mark Karpelès:  you got a view
[Sat Apr 30 22:27:33 2011]  Mark Karpelès:  Activity_Usd_Added
[Sat Apr 30 22:27:51 2011]  Mark Karpelès:  mh
[Sat Apr 30 22:27:58 2011]  Mark Karpelès:  phpmyadmin is having issues to display the number of pages
[Sat Apr 30 22:28:34 2011]  Mark Karpelès:  SELECT * FROM `Activity_Usd_Added` WHERE `Date` > DATE_SUB(NOW(), INTERVAL 15 DAY) <- last 15 days
[Sat Apr 30 22:28:52 2011]  Mark Karpelès:  need to check wtf happened on 23rd
[Sat Apr 30 22:31:09 2011]  Mark Karpelès:  user 110
[Sat Apr 30 22:31:22 2011]  Mark Karpelès:  got 2147483 647 USD added to his account?
[Sat Apr 30 22:32:40 2011]  mtgox:  oh yeah I accidently did that to some guy
[Sat Apr 30 22:32:42 2011]  mtgox:  I then remove it
[Sat Apr 30 22:32:46 2011]  Mark Karpelès:  yep
[Sat Apr 30 22:32:47 2011]  Mark Karpelès:  I saw
[Sat Apr 30 22:32:54 2011]  Mark Karpelès:  just messes up the "total usd added" results
[Sat Apr 30 22:32:57 2011]  Mark Karpelès:  a bit
[Sat Apr 30 22:33:15 2011]  mtgox:  true  you can edit the data
[Sat Apr 30 22:33:34 2011]  Mark Karpelès:  yep
[Sat Apr 30 22:33:39 2011]  Mark Karpelès:  can clear that part
[Sat Apr 30 22:34:18 2011]  mtgox:  I need to check that account actually  I have this bad feeling that he had outstanding orders when I added that
[Sat Apr 30 22:34:29 2011]  Mark Karpelès:  nah
[Sat Apr 30 22:34:34 2011]  Mark Karpelès:  I checked his history
[Sat Apr 30 22:34:43 2011]  mtgox:  ok good
[Sat Apr 30 22:35:08 2011]  Mark Karpelès:  fixed anyway
[Sat Apr 30 22:35:28 2011]  Mark Karpelès:  SELECT * FROM `Activity_Usd_Added` WHERE `Date` > DATE_SUB(NOW(), INTERVAL 15 DAY) <- now you can run that, it looks nice
[Sat Apr 30 22:36:20 2011]  mtgox:  cool thanks
[Sat Apr 30 22:36:21 2011]  Mark Karpelès:  SELECT AVG(`Amount`) FROM `Activity_Usd_Added` WHERE `Date` > DATE_SUB(NOW(), INTERVAL 15 DAY) <- average daily funds income
[Sat Apr 30 22:36:27 2011]  Mark Karpelès:  34500$/day
[Sat Apr 30 22:36:31 2011]  Mark Karpelès:  average on last 15 days
[Sat Apr 30 22:36:43 2011]  mtgox:  oh hmm I thought it was much higher
[Sat Apr 30 22:36:48 2011]  Mark Karpelès:  nah, there are weekends
[Sat Apr 30 22:36:55 2011]  Mark Karpelès:  and we had easter weekend too
[Sat Apr 30 22:42:00 2011]  mtgox:  cool thanks  just need one for btc and we can tell what the price will be :)
[Sat Apr 30 23:00:51 2011]  Mark Karpelès:  :)
[Sat Apr 30 23:00:58 2011]  Mark Karpelès:  easy
[Sat Apr 30 23:02:11 2011]  Mark Karpelès:  done
[Sat Apr 30 23:02:28 2011]  Mark Karpelès:  average of +16698 63266667 / day for last 15 days
[Sat Apr 30 23:03:29 2011]  mtgox:  hmm
[Sat Apr 30 23:03:34 2011]  Mark Karpelès:  a bit more than twice the generated btc per day
[Sat Apr 30 23:03:47 2011]  Mark Karpelès:  SELECT * FROM `Activity_Btc_Added` WHERE `Date` > DATE_SUB(NOW(), INTERVAL 15 DAY)
[Sat Apr 30 23:04:48 2011]  Mark Karpelès:  I'd guess it means the price should eventually/logically settle around $2/btc
[Sat Apr 30 23:06:52 2011]  mtgox:  well if it does go down to 2 I think you should convert that btc debt to usd debt
[Sat Apr 30 23:06:58 2011]  Mark Karpelès:  yep
[Sat Apr 30 23:07:08 2011]  Mark Karpelès:  that would be great
[Sat Apr 30 23:07:27 2011]  Mark Karpelès:  right now the price is doing high-and-low because money reaches mtgox during the week, but nothing during weekend
[Sat Apr 30 23:08:33 2011]  Mark Karpelès:  unless we get more press coverage the amount of "in" funds should get lower too
[Sat Apr 30 23:37:40 2011]  mtgox:  ok I think I'm going to sell off a bunch this weekend  Maybe place a dark buy order around $1 5 just incase others do as well?
[Sat Apr 30 23:38:20 2011]  Mark Karpelès:  I don't see things going down to $1 5 this weekend
[Sat Apr 30 23:38:23 2011]  Mark Karpelès:  maybe $2 2
[Sat Apr 30 23:39:33 2011]  mtgox:  if I sell 20k they will
[Sat Apr 30 23:39:55 2011]  Mark Karpelès:  oh
```

GREENE_001244

Case: 1:14-cv-01437 Document #: 467-12 Filed: 02/18/20 Page 6 of 10 PageID #:7806
Case: 3:19-cv-00022-HTW-LRA Document 2-8 Filed 01/10/19 Page 149 of 351
Case: 25CI1:14-cv-00071-TTG Document #: 185-1 Filed: 12/12/2017 Page 24 of 59

```
[Sat Apr 30 23:39:55 2011] Mark Karpelès: :)
[Sat Apr 30 23:40:10 2011] mtgox: so put it low enough where I don't hit it :)
[Sat Apr 30 23:40:52 2011] Mark Karpelès: let's say 80k BTC, that's 120k$
[Sat Apr 30 23:40:57 2011] Mark Karpelès: let's give gox bot a loan big enough for this
[Sat Apr 30 23:41:45 2011] mtgox: ok  maybe better for a new account so the accounting is more clear?
[Sat Apr 30 23:42:05 2011] Mark Karpelès: not much of a problem, gox bot's balance is not authoritative anymore anyway
[Sat Apr 30 23:42:17 2011] Mark Karpelès: I'm using the Fee_* cols in trade table
[Sat Apr 30 23:42:23 2011] Mark Karpelès: and will add their content for older trades too
[Sat Apr 30 23:42:38 2011] Mark Karpelès: will be much better and provide accurate historical data
[Sat Apr 30 23:43:26 2011] mtgox: ok  actually can you wait to place the order? I'm wondering how far it will drop  I bet a lot of other speculators will also dump if they see it going down
[Sat Apr 30 23:43:37 2011] Mark Karpelès: yep
[Sat Apr 30 23:43:47 2011] Mark Karpelès: on the other side, going down = people will buy "while it's low"
[Sat Apr 30 23:43:58 2011] mtgox: but they can't get money in
[Sat Apr 30 23:44:19 2011] mtgox: ok gtg
[Sat Apr 30 23:44:25 2011] mtgox: talk to you soon
[Sat Apr 30 23:44:44 2011] Mark Karpelès: suppressed addition of funds to gox bot
[Sun May 1 20:48:04 2011] mtgox: 
[Sun May 1 20:48:31 2011] mtgox: did euro funds come in on the weekend?
[Sun May 1 20:51:31 2011] mtgox: any new ideas about the DDOS?
[Sun May 1 21:03:11 2011] Mark Karpelès: euro do not come in the weekend
[Sun May 1 21:03:27 2011] Mark Karpelès: as for the ddos, it seems obviously russia originated, and I'd be surprised it has no relation with btcex
[Sun May 1 21:03:33 2011] Mark Karpelès: I see you sold your coins?
[Sun May 1 21:03:44 2011] mtgox: I'm in the middle right now
[Sun May 1 21:03:53 2011] mtgox: there is a big wall at 2 though
[Sun May 1 21:04:10 2011] mtgox: and another at 1 5
[Sun May 1 21:05:03 2011] Mark Karpelès: :D
[Sun May 1 21:07:12 2011] Mark Karpelès: mh
[Sun May 1 21:07:18 2011] mtgox: I wish the real time mega chart worked
[Sun May 1 21:07:35 2011] Mark Karpelès: the real?
[Sun May 1 21:07:52 2011] mtgox: yeah there was a realtime one
[Sun May 1 21:08:01 2011] mtgox: hooked up to tornado
[Sun May 1 21:08:56 2011] Mark Karpelès: guess we could adapt it
[Sun May 1 21:14:42 2011] mtgox: oh that is gox bot at 1 5
[Sun May 1 21:14:56 2011] Mark Karpelès: yep
[Sun May 1 21:15:00 2011] Mark Karpelès: in semi dark
[Sun May 1 21:16:39 2011] Mark Karpelès: I've split in 1 5 1 2 1 1
[Sun May 1 21:20:34 2011] mtgox: oh and the gox bot funds are why I thought there was a large deposit
[Sun May 1 21:21:10 2011] Mark Karpelès: ah
[Sun May 1 21:21:10 2011] Mark Karpelès: :p
[Sun May 1 21:21:12 2011] Mark Karpelès: nah
[Sun May 1 21:21:18 2011] Mark Karpelès: I reset the fund and did a manual "loan"
[Sun May 1 21:21:50 2011] mtgox: I do: select sum(usd)/1000,sum(btc)/1000 from Users;
[Sun May 1 21:22:03 2011] Mark Karpelès: :)
[Sun May 1 21:22:06 2011] Mark Karpelès: you could exclude gox bot
[Sun May 1 21:22:12 2011] Mark Karpelès: (and myself too, I guess)
[Sun May 1 21:31:39 2011] mtgox: oh he admits the ddos
[Sun May 1 21:31:56 2011] mtgox: don't you run the jpy bank for him?
[Sun May 1 21:35:44 2011] mtgox: http://www bitcoin org/smf/index php?topic=6864 40
[Sun May 1 21:36:16 2011] Mark Karpelès: yes, I do
[Sun May 1 21:36:20 2011] Mark Karpelès: well, let's say I did
[Sun May 1 21:36:40 2011] mtgox: is there anything in it?
[Sun May 1 21:37:04 2011] Mark Karpelès: no
[Sun May 1 21:37:04 2011] mtgox: wow what a crazy dude
[Sun May 1 21:37:05 2011] Mark Karpelès: zero
[Sun May 1 21:37:11 2011] Mark Karpelès: never had a single JPY deposit
[Sun May 1 21:40:29 2011] Mark Karpelès: anyway yesterday evening I had a really bad feeling, and transfered 200k BTC out of the online wallet system
[Sun May 1 21:40:36 2011] Mark Karpelès: onto an offline wallet
[Sun May 1 21:40:45 2011] mtgox: good
[Sun May 1 21:41:04 2011] Mark Karpelès: I'm the kind of sysadmin who gets bad feelings before bad stuff happens
[Sun May 1 21:41:20 2011] mtgox: there was no break in though?
```

Case: 1:14-cv-01437 Document #: 467-12 Filed: 02/18/20 Page 7 of 10 PageID #:7807
Case: 3:19-cv-00022-TTW-LRA Document 2-8 Filed 01/10/19 Page 153 of 351
Case: 25Cl1:14-cv-00071-TTG Document #: 185-1 Filed: 12/12/2017 Page 34 of 59

```
[Fri May 13 07:03:22 2011]  Mark Karpelès:  33 failed login attempts from 50 17 205 179
[Fri May 13 07:03:24 2011]  Mark Karpelès:  clearing it
[Fri May 13 07:03:29 2011]  Mark Karpelès:  here
[Fri May 13 07:04:37 2011]  mtgox:  thanks
[Fri May 13 07:05:17 2011]  mtgox:  great back to slowly losing money :)
[Fri May 13 07:05:37 2011]  Mark Karpelès:  I have 3 "pending_credit" from you
[Fri May 13 07:06:09 2011]  mtgox:  ok I've been sending one a day
[Fri May 13 07:06:20 2011]  Mark Karpelès:  yep, I see that
[Fri May 13 07:06:30 2011]  Mark Karpelès:  sending from bank account can take up to 6 days it seems
[Fri May 13 07:06:34 2011]  Mark Karpelès:  I think it depends on the bank
[Fri May 13 10:28:13 2011]  mtgox:  I just sent you 5k from my dwolla balance so you should have it now
[Fri May 13 10:28:26 2011]  Mark Karpelès:  ok
[Fri May 13 10:28:30 2011]  mtgox:  price will be $10 next week I bet
[Fri May 13 10:29:13 2011]  Mark Karpelès:  yep
[Fri May 13 10:29:14 2011]  Mark Karpelès:  likely
[Fri May 13 10:29:23 2011]  Mark Karpelès:  got a lot of funds incoming
[Fri May 13 10:29:30 2011]  Mark Karpelès:  and waiting for AurumXChange to wake up  p
[Fri May 13 10:30:11 2011]  mtgox:  man I'm worried about that 95k  sucks to be a cool mil in debt
[Fri May 13 10:32:50 2011]  Mark Karpelès:  working on this right now, too
[Fri May 13 10:33:17 2011]  mtgox:  I think you have to give a % of the company for it
[Fri May 13 10:33:30 2011]  Mark Karpelès:  "for it"?
[Fri May 13 10:33:45 2011]  Mark Karpelès:  btw dwolla is having troubles keeping up with the funds flow
[Fri May 13 10:34:01 2011]  mtgox:  for someone to put in the btc debt for us
[Fri May 13 10:34:22 2011]  Mark Karpelès:  the debt is already less than half it was
[Fri May 13 10:34:47 2011]  mtgox:  I think that is just because it is taking people awhile to get their funds into dwolla but they can withdraw instantly
[Fri May 13 10:35:00 2011]  mtgox:  It will probably be fine in a week
[Fri May 13 10:35:12 2011]  Mark Karpelès:  nah
[Fri May 13 10:35:23 2011]  Mark Karpelès:  what I mean is the dwolla balance is not right all the time
[Fri May 13 10:35:33 2011]  mtgox:  what do you mean?
[Fri May 13 10:35:50 2011]  Mark Karpelès:  it takes a dozen of minutes to be updated sometimes
[Fri May 13 10:35:54 2011]  mtgox:  I thought you were saying there were more outflows
[Fri May 13 10:35:56 2011]  Mark Karpelès:  and the statement too doesn't have all the data
[Fri May 13 10:36:01 2011]  mtgox:  weird
[Fri May 13 10:36:08 2011]  Mark Karpelès:  I just mean that dwolla's website has bugs
[Fri May 13 10:36:08 2011]  mtgox:  how hard is it to get that stuff right
[Fri May 13 10:36:18 2011]  mtgox:  such a simple thing
[Fri May 13 10:36:27 2011]  Mark Karpelès:  it's in ASP
[Fri May 13 10:36:32 2011]  mtgox:  oh jeez
[Fri May 13 10:36:34 2011]  mtgox:  in 2011
[Fri May 13 10:36:38 2011]  Mark Karpelès:  explains a lot :D
[Fri May 13 10:36:58 2011]  mtgox:  what is wrong with people  they just built that site last year I think
[Fri May 13 10:37:49 2011]  Mark Karpelès:  the csv output is not valid either
[Fri May 13 10:38:07 2011]  Mark Karpelès:  got funds from people like "Whatever, Inc", and the name is not quoted
[Fri May 13 10:41:44 2011]  Mark Karpelès:  ok, could process all the dwolla withdraws
[Fri May 13 10:45:03 2011]  mtgox:  oh can you up the mega chart again  Will be above $10 soon
[Fri May 13 10:45:14 2011]  Mark Karpelès:  I'll up to $16
[Fri May 13 10:45:39 2011]  Mark Karpelès:  in 1~2 hours you'll have $50000 more on the market
[Fri May 13 10:46:49 2011]  mtgox:  there just aren't enough coins for all this cash
[Fri May 13 10:47:03 2011]  mtgox:  man this is going to be one sad sad crash if it happens
[Sat May 14 10:49:09 2011]  mtgox:  how is the dwolla balance?
[Sat May 14 11:03:44 2011]  Mark Karpelès:  low
[Sat May 14 11:03:57 2011]  Mark Karpelès:  got ~$15000 pending withdraws
[Sat May 14 12:02:40 2011]  mtgox:  well there is 25k pending from me  It looks like I can send more than 5k a day just not in one batch
[Sat May 14 12:03:03 2011]  Mark Karpelès:  yep, noticed that
[Sat May 14 12:03:13 2011]  Mark Karpelès:  some guy is sending over 25k$ in one go too
[Sat May 14 12:03:29 2011]  Mark Karpelès:  while I'm waiting for almost 100k$ on monday~tuesday to come in intl wires
[Sat May 14 12:03:39 2011]  Mark Karpelès:  something is going on right now
[Sat May 14 12:03:45 2011]  mtgox:  what do you mean?
[Sat May 14 12:05:02 2011]  Mark Karpelès:  well, bitcoin is growing, that's nice but a bit too fast
[Sat May 14 12:05:26 2011]  Mark Karpelès:  I'm planning on offering extra services to those huge buyers to avoid them moving market too much
```

GREENE_001255

Case: 1:14-cv-01437 Document #: 467-12 Filed: 02/18/20 Page 8 of 10 PageID #:7808
Case: 3:19-cv-00022-HTW-LRA  Document 2-8  Filed 01/10/19  Page 160 of 351
Case: 25CI1:14-cv-00071-TTG     Document #: 185-1     Filed: 12/12/2017     Page 35 of 59

```
[Sat May 14 12:05:44 2011]  mtgox:         anything with this insane rate if return is going to attract a lot of money
[Sat May 14 12:06:00 2011]  mtgox:         what can you do? there just aren't enough coins it seems like
[Sat May 14 12:06:03 2011]  Mark Karpelès: kind of becoming a ponzi of its own, the last ones to buy will lose
[Sat May 14 12:06:10 2011]  mtgox:         yeah
[Sat May 14 12:06:54 2011]  mtgox:         I really don't understand why it is so high  The USD/BTC added is way lower than the current price
[Sat May 14 12:07:01 2011]  mtgox:         It has been for days
[Sat May 14 12:07:19 2011]  mtgox:         people must be adding btc but not selling it
[Sat May 14 12:07:26 2011]  Mark Karpelès: people on both sides trust the BTC will have a much higher price later
[Sat May 14 12:07:37 2011]  mtgox:         yeah
[Sat May 14 12:07:45 2011]  mtgox:         which seems true
[Sat May 14 12:07:59 2011]  Mark Karpelès: and thru agree on much higher prices than we could expect
[Sat May 14 12:08:36 2011]  mtgox:         I just don't see why they are adding the btc if not to sell it
[Sat May 14 12:08:51 2011]  mtgox:         I guess they add it waiting for it to hit 10+
[Sat May 14 12:11:30 2011]  Mark Karpelès: which is likely to happen next week
[Sat May 14 12:11:56 2011]  mtgox:         ug so sad I sold last week
[Sat May 14 23:08:07 2011]  mtgox:         http://www bitcoin org/smf/index php?topic=8258 0 <-- I bet this is why they wanted to ddos gox  they were hoping to make the price drop  I bet they also spent some of the coins from mybitcoin thinking they
                                           could buy them back to replace and are now hurting since the price has gone up so much
[Sat May 14 23:14:43 2011]  Mark Karpelès: yep
[Sat May 14 23:14:50 2011]  Mark Karpelès: from what I've seen, withdraws from mybitcoin are delayed
[Sat May 14 23:14:53 2011]  Mark Karpelès: (in bitcoins)
[Sat May 14 23:16:59 2011]  Mark Karpelès: btw can't login to LR right now, their captcha is telling me "The code was typed too quickly  Wait at least 2 seconds " (waiting doesn't help)
[Sat May 14 23:17:16 2011]  Mark Karpelès: ah, nevermind, finally worked
[Sat May 14 23:20:52 2011]  Mark Karpelès: oh and had to increase the LR api daily limit to $30k, too slow if not
[Sat May 14 23:26:22 2011]  Mark Karpelès: well anyway the rate will fall eventually, the ddos just had the reverse effect
[Sat May 14 23:27:02 2011]  Mark Karpelès: it's way too high when considering funds/btc in
[Sun May 15 00:00:11 2011]  Mark Karpelès: oh
[Sun May 15 00:00:12 2011]  Mark Karpelès: wow
[Sun May 15 00:00:26 2011]  Mark Karpelès: I sent a contact to LR like 1 week ago about exchanger accounts, and got a reply today
[Sun May 15 00:00:40 2011]  Mark Karpelès: well, not really a reply, just a "This is an automated response confirming the receipt of your ticket"
[Sun May 15 00:08:35 2011]  mtgox:         heh it is bad news when the automated reply takes a week
[Sun May 15 00:08:52 2011]  Mark Karpelès: it seems like it may actually work
[Sun May 15 00:08:58 2011]  Mark Karpelès: need to complete the ToS first for mtgox
[Sun May 15 00:09:03 2011]  Mark Karpelès: still waiting for confirmation from EU
[Sun May 15 00:09:58 2011]  mtgox:         They should accept you  You are by far the best place to exchange LR
[Sun May 15 00:10:31 2011]  Mark Karpelès: yep, just need to make sure I fill in their requirements before actually doing the change
[Sun May 15 12:15:13 2011]  mtgox:         <d3athrow> i think something's wrong with mtgox
[23:11] <d3athrow> they double paid me
[Sun May 15 12:15:25 2011]  mtgox:         I asked he has the same username on gox
[Sun May 15 13:17:01 2011]  Mark Karpelès: yep
[Sun May 15 13:17:05 2011]  Mark Karpelès: some trades were executed twice
[Sun May 15 13:17:56 2011]  Mark Karpelès: or does he mean LR ?
[Sun May 15 13:27:02 2011]  mtgox:         I think he means LR or some other withdrawal
[Sun May 15 14:02:00 2011]  Mark Karpelès: ok
[Sun May 15 14:02:18 2011]  Mark Karpelès: well, LR sometimes returns nothing, that's probably where it comes from
[Sun May 15 14:02:32 2011]  Mark Karpelès: I'll stop retrying in those cases and try to find the transaction from the history
[Mon May 16 08:27:06 2011]  mtgox:         <+MagicalTux> toddbethell: you can just contact me and fill KYC requirements to have larger withdraw limit
[19:25] <+MagicalTux> (even if you are in US)
[Mon May 16 08:27:13 2011]  mtgox:         I think thta probably isn't true
[Mon May 16 08:28:08 2011]  Mark Karpelès: accounting guy in US said it was ok, as long as we could get the proper declarations done
[Mon May 16 08:28:35 2011]  mtgox:         even if you collected KYC on everone you would still need to register as an MSB
[Mon May 16 08:28:55 2011]  Mark Karpelès: if the funds come from US, yep
[Mon May 16 08:29:09 2011]  mtgox:         I'm not sure what they will do to you though being in japan
[Mon May 16 08:29:15 2011]  mtgox:         maybe just tell you to stop
[Mon May 16 08:29:30 2011]  Mark Karpelès: I fill all the requirements here
[Mon May 16 08:30:22 2011]  mtgox:         yeah maybe it is fine  I would ask a US lawyer at some point though
[Mon May 16 08:30:32 2011]  Mark Karpelès: yep
[Mon May 16 08:30:51 2011]  Mark Karpelès: well, I sent a 50k transfer to UK for AurumXchange without problems
[Mon May 16 08:31:00 2011]  Mark Karpelès: and another 100k is likely
[Mon May 16 08:31:27 2011]  mtgox:         wow
[Mon May 16 08:31:42 2011]  mtgox:         I bet that guy doesn't have that much
```

GREENE_001256

Case: 1:14-cv-01437 Document #: 467-12 Filed: 02/18/20 Page 9 of 10 PageID #:7809
Case: 3:19-cv-00022-TTW-LRA Document 2-8 Filed 01/10/19 Page 164 of 351
Case: 25CI1:14-cv-00071-TTG Document #: 185-1 Filed: 12/12/2017 Page 39 of 59

[Sun May 22 11:11:59 2011] **Mark Karpelès:** ok
[Tue May 24 21:59:53 2011] **mtgox:** hey how is dwolla holding up?
[Tue May 24 22:02:02 2011] **Mark Karpelès:** not bad
[Tue May 24 22:02:06 2011] **Mark Karpelès:** btw want the US account infos ?
[Tue May 24 22:02:26 2011] **mtgox:** sure can you email it to me
[Tue May 24 22:02:27 2011] **Mark Karpelès:** ok
[Tue May 24 22:03:56 2011] **Mark Karpelès:** sent
[Tue May 24 22:07:05 2011] **mtgox:** so at somepoint I need to tally up how much USD I owe you  Have time to do it now? I just need the amount you are holding in the various accounts
[Tue May 24 22:07:24 2011] **Mark Karpelès:** heh
[Tue May 24 22:07:49 2011] **Mark Karpelès:** that's going to be a pain, and we don't need to forget that goxbot's balance is "wrong"
[Tue May 24 22:08:06 2011] **Mark Karpelès:** (well, he has zero)
[Tue May 24 22:08:12 2011] **mtgox:** yeah yeah
[Tue May 24 22:08:33 2011] **mtgox:** and I need to figure in the trade fees
[Tue May 24 22:08:48 2011] **Mark Karpelès:** I got xls files for the trade fee
[Tue May 24 22:08:52 2011] **Mark Karpelès:** for march & april
[Tue May 24 22:09:17 2011] **Mark Karpelès:** fichiers envoyés "Trades_201103 xls", "Trades_201104 xls"<files alt=""><file size="554496" index="0">Trades_201103 xls</file><file size="3056640" index="1">Trades_201104 xls</file></files>
[Tue May 24 22:09:20 2011] **mtgox:** I'll just select sum(fee_usd) from the DB
[Tue May 24 22:09:29 2011] **Mark Karpelès:** nah, it's borked for one of the months
[Tue May 24 22:09:36 2011] **mtgox:** oh ok
[Tue May 24 22:09:41 2011] **Mark Karpelès:** there are negative fees
[Tue May 24 22:10:03 2011] **mtgox:** oh I thought you fixed that
[Tue May 24 22:11:10 2011] **Mark Karpelès:** not high priority since I already got the xls files
[Tue May 24 22:11:29 2011] **Mark Karpelès:** and more busy working on the legal context with some lawyers than on the database data nobody can see
[Tue May 24 22:12:18 2011] **mtgox:** japanese lawyers?
[Tue May 24 22:12:32 2011] **mtgox:** they still say everything is fine?
[Tue May 24 22:12:55 2011] **Mark Karpelès:** international lawyers in Japan
[Tue May 24 22:13:10 2011] **Mark Karpelès:** they cover ~100 countries and are quite expensive, however I got some contacts
[Tue May 24 22:21:03 2011] **mtgox:** do you have other people working on the code at this point or just you?
[Tue May 24 22:22:38 2011] **Mark Karpelès:** I make the main changes, and got a tester, and a reviewer
[Tue May 24 22:31:30 2011] **Mark Karpelès:** mh
[Tue May 24 22:31:43 2011] **Mark Karpelès:** accounting is difficult since there are funds in many places which are currently moving
[Tue May 24 22:32:20 2011] **mtgox:** yeah there are 4 accounts right? LR, dwolla, Euro, JPY
[Tue May 24 22:33:16 2011] **Mark Karpelès:** also USD in Japan
[Tue May 24 22:33:33 2011] **Mark Karpelès:** and australia too
[Tue May 24 22:33:35 2011] **mtgox:** have you spent money out of the accounts for anything other than withdrawals?
[Tue May 24 22:34:18 2011] **Mark Karpelès:** nothing that isn't accounted for (basically, lawyer fees, and stuff for the new support staff)
[Tue May 24 22:35:16 2011] **mtgox:** well it is only going to become more of a mess so we should set aside some time to do it soonish
[Tue May 24 22:35:23 2011] **Mark Karpelès:** yep
[Tue May 24 22:35:33 2011] **Mark Karpelès:** anyway finally got a bank in US, will make things easier
[Tue May 24 22:36:02 2011] **Mark Karpelès:** oh and the new lady doing support also has some background in accounting, and will help me account for all those funds to make sure everything's fine
[Tue May 24 22:37:41 2011] **mtgox:** ok I guess you can just send me a snapshot at anypoint and I can figure it out  Just need the gox balance and everything you have and everything you have spent
[Tue May 24 22:38:55 2011] **Mark Karpelès:** yep
[Tue May 24 22:40:42 2011] **Mark Karpelès:** I could also analyze each operation type=9 since the start and assign each one to something
[Tue May 24 22:40:47 2011] **mtgox:** you don't have a list of what you are working on for the site by anychance? It would make me bug you less if I could see what was coming down the pipe
[Tue May 24 22:40:49 2011] **Mark Karpelès:** will have to at a point, anyway
[Tue May 24 22:41:08 2011] **Mark Karpelès:** can't audit the whole system without this info
[Tue May 24 22:41:12 2011] **mtgox:** Yeah I want to do the accounting in a few ways just to make sure
[Tue May 24 22:41:44 2011] **Mark Karpelès:** btw I already have a full accounting of all the euro, dwolla, and LR moves now
[Tue May 24 22:41:53 2011] **Mark Karpelès:** what's missing is manual corrections
[Tue May 24 22:44:47 2011] **Mark Karpelès:** LR is going out really fast, and AurumXchange is almost out of funds
[Tue May 24 22:44:51 2011] **Mark Karpelès:** I'm exchanging another 100k this week
[Tue May 24 22:45:18 2011] **mtgox:** still no word from LR itself?
[Tue May 24 22:45:35 2011] **Mark Karpelès:** they want MtGox to have a ToS in good form
[Tue May 24 22:45:36 2011] **Mark Karpelès:** working on this
[Tue May 24 22:46:02 2011] **Mark Karpelès:** however buying LRUSD from LR has a cost, it seems
[Tue May 24 22:46:16 2011] **Mark Karpelès:** while Aurum sells us BTC without fees
[Tue May 24 22:46:35 2011] **mtgox:** how do they do it for free if LR charges them?
[Tue May 24 22:46:56 2011] **Mark Karpelès:** they send us LR they bought from other people for a fee
[Tue May 24 22:47:38 2011] **Mark Karpelès:** http://blog aurumxchange com/2011/03/liberty-reserve-to-wire-at-only-199 html <- because I bought so much LR from them they are doing a special operation

GREENE_001260

Case 1:14-cv-01437 Document #: 467-12 Filed: 02/13/20 Page 10 of 10 PageID #:7810
Case 3:19-cv-06022-HTW-LRA Document 2-8 Filed 01/10/19 Page 193 of 351
Case: 25CI1:14-cv-00071-TTG    Document #: 185-1    Filed: 12/12/2017    Page 48 of 59

```
[Mon Jun 20 05:14:10 2011] mtgox:  I run that query all the time
[Mon Jun 20 05:15:48 2011] Mark Karpelès:  yep
[Mon Jun 20 05:23:02 2011] mtgox:  ok whew  I was almost freaking out that they got my coins  but they didn't  It just took a really like time to get a confirmation and you apparently can't run two clients at once behind a router
[Mon Jun 20 05:25:35 2011] mtgox:  you should probably clear standing orders when the site goes back up  at least the buys
[Mon Jun 20 05:35:19 2011] mtgox:  do you know how much was withdrawn by random people after the crash?
[Mon Jun 20 05:35:56 2011] Mark Karpelès:  not too much, since the bitcoin balance on the bitcoind is still high
[Mon Jun 20 05:40:55 2011] mtgox:  Can I make some PR posts in the forums? Mtgox still has all the BTC/Cash etc  everyone calmdown
[Mon Jun 20 05:41:16 2011] Mark Karpelès:  yes, please
[Mon Jun 20 05:41:19 2011] Mark Karpelès:  any help is welcome on that
[Mon Jun 20 06:05:23 2011] Mark Karpelès:  can you confirm that on may 12th you exported the "Users" table ?
[Mon Jun 20 06:05:44 2011] Mark Karpelès:  12/May/2011:16:30:15 +0000
[Mon Jun 20 06:06:14 2011] mtgox:  the whole table?
[Mon Jun 20 06:06:18 2011] Mark Karpelès:  yes
[Mon Jun 20 06:06:56 2011] mtgox:  I can't imagine that I did that
[Mon Jun 20 06:07:07 2011] mtgox:  I think I was in nyc at that time
[Mon Jun 20 06:07:22 2011] Mark Karpelès:  got a log with user name "mtgox jed"
[Mon Jun 20 06:07:32 2011] mtgox:  I've exported my account history
[Mon Jun 20 06:08:09 2011] Mark Karpelès:  /app/webroot/_phpmyadmin_gox_mt/tbl_export.php?db=db_mtgox-com1&table=Users&token=7d575e7629a420184ce70dbd75beac40&single_table=true
[Mon Jun 20 06:10:50 2011] mtgox:  Hello everyone, MagicalTux is busy getting everything back in order on mtgox so he asked me to post here and answer any questions people have

First, only a small amount of BTC was stolen  MtGox will refund the stolen BTC to the compromised user

[color=blue][b]Everyone's bitcoins are safe on the site  We still are holding all the coins safely in reserve  The vast majority of the coins are stored offline so they are impossible to compromise [/b][/color]

He understands the rollback won't be popular with people who were able to pick up coins for  10 or whatever but none of those trades were legitimate so mtgox has a legal obligation to reverse the trades

I'm sure when you think about it you don't actually want to buy stolen coins and take advantage of the situation

Things have been very hectic with mtgox since MagicalTux took over  He has simultaneously been trying to fend off persistent ddos attacks, hire more staff, deal with the huge increase in users, improve the code to support the much larger trade volume, ensure regulatory compliance and deal with various security issues  Obviously things haven't gone as smoothly as we would like but we can see the light at the end of the tunnel with more people being hired and the backend changes done  MtGox will hopefully be able to regain your trust in the coming weeks

The site should be up again shortly  I'm asking him to clear all the standing orders

Please post any questions you have here and I'll do my best to answer
[Mon Jun 20 06:11:41 2011] Mark Karpelès:  sounds good
[Mon Jun 20 06:12:04 2011] mtgox:  why was 500k BTC sold? I didn't have that much
[Mon Jun 20 06:12:57 2011] Mark Karpelès:  nope, they used the admin page to boost some accounts
[Mon Jun 20 06:13:05 2011] mtgox:  k I thought that
[Mon Jun 20 06:13:29 2011] Mark Karpelès:  https://britcoin co uk/?page= <- fud starts
[Mon Jun 20 06:14:36 2011] mtgox:  Yeah I wonder if it is worthwhile to post a screen shot of the balance  I can't tell if that would be bad since it is so high
[Mon Jun 20 06:15:11 2011] Mark Karpelès:  I could do something, like announce a huge move and actually do it
[Mon Jun 20 06:15:15 2011] Mark Karpelès:  that would be hard proof
[Mon Jun 20 06:15:18 2011] Mark Karpelès:  but a but show off
[Mon Jun 20 06:15:46 2011] mtgox:  didn't you just consolidate all coins to one address?
[Mon Jun 20 06:15:52 2011] mtgox:  was that actually you?
[Mon Jun 20 06:16:10 2011] Mark Karpelès:  when ?
[Mon Jun 20 06:16:48 2011] mtgox:  maybe a few days ago? 400k or so
[Mon Jun 20 06:17:00 2011] Mark Karpelès:  that could be part of the auto scrambling
[Mon Jun 20 06:17:11 2011] mtgox:  all went to one address
[Mon Jun 20 06:17:32 2011] Mark Karpelès:  oh, you mean the 432109 87654321 ?
[Mon Jun 20 06:17:42 2011] mtgox:  I guess
[Mon Jun 20 06:17:54 2011] mtgox:  there was a bunch of forum conjecture
[Mon Jun 20 06:18:11 2011] Mark Karpelès:  yep, needed people to talk about something else
[Mon Jun 20 06:18:18 2011] Mark Karpelès:  than recent news exposure
[Mon Jun 20 06:18:47 2011] mtgox:  heh  well if it is still there I can just point to it
[Mon Jun 20 06:20:57 2011] mtgox:  from the post: How will resetting of passwords be arranged?
[Mon Jun 20 06:21:31 2011] Mark Karpelès:  the easiest I see so far: disable all passwords, let people with email reset to their email
[Mon Jun 20 06:21:47 2011] mtgox:  so if they don't have an email?
[Mon Jun 20 06:22:13 2011] Mark Karpelès:  if they don't, they'll need to go in manually, proving their identity by showing proof linked to deposits or withdraws
```