# Exhibit N

**Declaration of Jed McCaleb**

I, Jed McCaleb, declare as follows:

1. I have personal knowledge of the matters stated herein and could competently testify thereto.

2. From July 2010 to February 2011, I operated the bitcoin exchange known as MtGox. During this time:

    a. I was the sole owner and operator of MtGox, and MtGox had no employees;

    b. MtGox users could buy and sell bitcoins from and to other users through the MtGox website located at mtgox.com;

    c. MtGox did not have any terms of use or service, and exchange users were not bound by any specific terms of use or service;

    d. MtGox charged users a fee for all trades (bitcoin to cash or vice versa) made on the exchange;

    e. During this time, I used a script to buy bitcoins from other MtGox users who were seeking to sell their bitcoins. I did not buy bitcoins with someone else's money or sell bitcoins that weren't in my account. Further, I never used the currency or bitcoins that belonged to accounts of other MtGox users as the consideration for my trades (e.g., by manipulating MtGox's database or customer records to create fictional bitcoin or fiat currency balances). To the extent my account lost money through trades, those were reflected on my personal MtGox account.

3. In January 2011, a hacker removed approximately US$50,000 from MtGox. I told Mark Karpeles about this hack before the sale of MtGox. At the time I sold MtGox to Karpeles, this amount had not been recovered and, to the best of my knowledge, was not recovered at any point thereafter.

4. On or about February 3, 2011, I sold MtGox to Tibanne K.K. and Mark Karpeles. The terms of the agreement governing that purchase are accurately reflected in the document attached hereto

1

as Exhibit A. There are no other terms governing my sale of MtGox including, for example, any requirement that Mark Karpeles keep any aspect of the sale or MtGox's operations confidential.

5. On January 17, 2011, I emailed Mark Karpeles about my interest in potentially selling MtGox and asked whether he would be interested in purchasing the exchange. In that same message, I requested that Mr. Karpeles keep the January 17, 2011 email confidential.

6. Between February 3, 2011 and March 2011, I transitioned control of MtGox to Mark Karpeles. This included, among other things, (i) providing Mr. Karpeles with full read/write access to the exchange's internal database, servers, and infrastructure and (ii) relinquishing my full read/write access to the exchange's internal database, servers, and infrastructure. Beginning in and continuing after March 2011, I only had read-only access to certain parts of the MtGox database, but did not have any ability to alter the MtGox database.

7. I maintained contact with Mr. Karpeles after the sale and during the transition period. Aspects of his control over the exchange frustrated me, in particular what I perceived as his need to micromanage MtGox. Likewise, while I encouraged Mark on several occasions to accept investment in the exchange, to my knowledge he never did.

8. I solely controlled and used the "jed@mtgox.com" email address. I used this email address to communicate with Mark Karpeles, other MtGox employees, and third parties about the MtGox exchange.

9. During the period when I had access to the MtGox system, I solely controlled and used the "jed2000@gmail.com" email address. I used this email address to communicate with Mark Karpeles, other MtGox employees, and third parties about the MtGox exchange.

10. Attached hereto as Exhibit A are true and accurate copies of emails I sent to and received from various individuals using the "admin@mtgox.com" and "jed@mtgox.com" email addresses. To the best of my knowledge, the dates noted on each of these emails accurately reflect the dates that I sent or received each of the emails contained in Exhibit A.

11. Attached hereto as Exhibit B are true and accurate copies of the purchase agreement relating to my sale of MtGox to Mark Karpeles, through his company Tibanne K.K.

12. Attached hereto as Exhibit C is a true and accurate copy of the transcript of deposition testimony that I gave on November 17, 2016.

13. Attached hereto as Exhibit D are true and accurate copies of emails I sent from my "jed2000@gmail.com" email address on July 26, 2012.

14. Attached hereto as Exhibit E is a true and accurate copy of an email I sent from the "admin@mtgox.com" email address on January 22, 2011.

15. Attached hereto as Exhibit F is a true and accurate copy of a draft email I composed on or about February 1, 2012. The email was drafted from my "jed@mtgox.com" email address.

16. Attached hereto as Exhibit G is a true and accurate copy of an email I sent from my "jed@mtgox.com" email address on February 2, 2012.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this ____ day of February 2020 in San Francisco, California.

_____
JED McCALEB

3