# Exhibit S

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Seizure of
(Address or brief description of property to be seized)

**The contents of one Dwolla account.**

**SEIZURE WARRANT**
CASE NUMBER: 13-1162 SKG

TO: Michael T. McFarland, Special Agent, United States Homeland Security Investigations (HSI), and any Authorized Officer of the United States:

An Affidavit having been made before me by Michael T. McFarland, Special Agent, United States Homeland Security Investigations (HSI), who has reason to believe that in Des Moines, Iowa, and elsewhere there is now certain property which is subject to seizure and forfeiture to the United States, namely (describe the property to be seized)

**the contents of Dwolla Account 812-649-1010 registered in the name of Mutum Sigillum LLC, held in the custody of Veridian Credit Union.**

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and forfeiture and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY AUTHORIZED to seize within fourteen (14) days, the property specified, serving this warrant and making the seizure in the daytime - 6:00 AM to 10:00 PM - leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to any U.S. Magistrate Judge, as required by law. Service of this seizure warrant may be made by facsimile, provided that a hard copy is thereafter served by regular mail, overnight mail, or personal delivery.

Issued May 14, 2013, at Baltimore, Maryland, by
Date Issued

Honorable Susan K. Gauvey
United States Magistrate Judge

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>May 14, 2013 | DATE AND TIME WARRANT EXECUTED<br>May 14, 2013  12:13 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Dwolla - Andy Schroeder |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PROPERTY TAKEN PURSUANT TO THE WARRANT<br>Contents of Dwolla account #812-649-1010 registered in the name of Mutum Sigillum LLC, held in custody of Veridian Credit Union in the amount of $2,915,507.40. | | |

**CERTIFICATION**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated magistrate judge.

May 14, 2013
Date

*Michael McFarland* (signature)
Executing officer's signature

Michael McFarland, Special Agent
Printed name and title