# Exhibit T

Case: 1:14-cv-01437 Document #: 467-20 Filed: 02/18/20 Page 2 of 4 PageID #:7879

 

● LIVE TV

# Former Mt. Gox chief Mark Karpeles acquitted of most charges in major bitcoin case

By Sherisse Pham, CNN Business

Updated 11:56 PM ET, Thu March 14, 2019

**Hong Kong (CNN Business)** — The man who oversaw the collapse of a giant bitcoin exchange was found guilty Friday of falsifying data but acquitted of other charges, meaning he's unlikely to go to prison.

French businessman Mark Karpeles was the owner and CEO of Mt. Gox, which was once the biggest cryptocurrency exchange in the world. Based in Japan, the company imploded in 2014 after losing nearly $500 million worth of bitcoin belonging to investors.

Tokyo prosecutors had indicted Karpeles on a series of charges, including embezzlement and aggravated breach of trust, and called for a 10-year prison sentence. But the Tokyo District Court on Friday found Karpeles not guilty of the other charges and handed down a suspended prison sentence for the falsification conviction. The court also ordered him to pay for part of the cost of the trial.



**Related Article:** The Carlos Ghosn case is putting Japan's system of 'hostage justice' under scrutiny

Karpeles, 33, was found guilty of illegally altering Mt. Gox's electronic records to falsely inflate the company's holdings by $33.5 million. He was sentenced to 2½ years in prison with a 4-year suspension, which means he won't have to serve time unless he commits a criminal act in the next four years.

Karpeles's acquittal on the more serious allegations of embezzlement and aggravated breach of trust was a surprise. The conviction rate in Japan after prosecutors file criminal charges is above 99%.

"I am happy to be judged not guilty for embezzlement and breach of trust," Karpeles said in a statement to CNN. "I will discuss with my lawyers and decide how to proceed on the remaining charge."

He had maintained his innocence throughout the trial, blaming a computer hack for Mt. Gox's loss of 850,000 bitcoins belonging to its users in 2014. At the time, the huge cryptocurrency hoard was worth about $470 million.

 

● LIVE TV



Former Mt. Gox CEO Mark Karpeles was arrested in 2015.

But the company, at the time the world's largest bitcoin exchange, was already in dire financial straits before the alleged hack. Mt. Gox was struggling with its cash flow after US government agents seized $5 million from its accounts in 2013 for allegedly lying on bank documents. That sum was 13 times the amount of revenue the company collected over most of the previous year.

The loss of the massive stash of users' bitcoins in 2014 plunged Mt. Gox into bankruptcy and left behind some 30,000 angry investors.

Karpeles was arrested in Tokyo in 2015 and spent more than 11 months in custody.

In an interview with CNN last month, he described his time in detention in Japan as a "nightmare." He said that police interrogated him for 50 days straight without a single day off, and that he often considered pleading guilty just to end the ordeal.

*Yoko Wakatsuki and Will Ripley contributed to this report.*

Search CNN...

US

World

Politics

Business



● LIVE TV

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Coupons

More



**FOLLOW CNN BUSINESS**

  

Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: Copyright 2018 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc.2018. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices Copyright S&P Dow Jones Indices LLC 2018 and/or its affiliates.

Terms of Use     NEW Privacy Policy     Do Not Sell My Personal Information     AdChoices     About Us     CNN Studio Tours

CNN Store     Newsletters     Transcripts     License Footage     CNN Newsource     Sitemap

© 2020 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.