# Exhibit V



Company Overview

January 2012

Case: 1:14-cv-01437 Document #: 467-22 Filed: 02/18/20 Page 3 of 20 PageID #:7896



# User & Market Data | Overview

# Active User Base

| | | |
|---|---|---|
| Registered Users | 122,516 | |
| Past 30 Days* | 22,855 | 18.7% |
| Past week* | 9,469 | 7.7% |
| Past 24 hrs* | 2,710 | 2.2% |

Data collected on January 30th 2012
*Users who have logged in

# The Market*



Mt.Gox
TradeHill
CryptoXchange
BTC-E
Camp Bx
BitMarket
Ruxum
BitStamp
Intersango
...

*Bitcoincharts.com Global Data

# The Market (USD) - Details

| | |
|---|---|
| Mt.Gox | 92.884% |
| Tradehill | 4.107% |
| Crypto X Change | 1.014% |
| BTC-E | 0.777% |
| BTC-EX | 0.567% |
| CampBx | 0.331% |
| Intersango | 0.236% |
| BitStamp | 0.057% |
| BitMarket | 0.012% |
| Ruxum | 0.008% |
| Vircurex | 0.003% |
| Bitcoin2Cash | 0.002% |
| The Rock Trading Company | 0.001% |
| Bitfloor | 0.001% |

Bitcoincharts.com - Data collected on January 30th 2012.

# Support & Customer Satisfaction Data

| Ticket Average | Monthly | Daily |
| --- | --- | --- |
| | 2,395 | 79.86 |
| Customer Satisfaction | Last 30 Days | Last 7 Days |
| | 91% | 95% |
| Resolution Performance | 1st Resolution Time | Full Resolution Time |
| | 28hrs | 48.8hrs |
| Tickets Solved | In One Reply | More Than One Reply |
| | 67% | 33% |

# Networking & IT | Overview

# Server Data

Main Server
- 64-Core (4 x 8 Core CPU + Hyper-threading)
- 96 GB of RAM
- 600 GB SAS Raid 1
- Networking : 2Gbps (two separate gigabit uplinks bonded)

Main Server Backup
- 64-Core (4 x 8 Core CPU + Hyper-threading)
- 96 GB of RAM
- 600 GB SAS Raid 1
- Networking : 2Gbps (two separate gigabit uplinks bonded)

Data Backup
- Dedicated Backup Servers located in Europe (1x) and Japan (1x)
- From 10 to 12TB worth of Back-up Space per server mounted in Raid 1 or Raid 5
- 4096Bit encryption (PGP)

Monthly Cost ~ $5,000.00 USD

# Security

Mt.Gox relies on the most advanced standards when it comes to our customers security; we actively work with leading companies across the world like VeriSign and Prolexic to maintain a flawless experience anytime, anywhere.

## Extended Validation Certificate or EV
X.509 public key certificate



## Attack mitigation capacity per Data Center : up to 100 Gbps
Across the entire Prolexic network



## Yubikey
Two factor authentication with hardware tokens



## Cold Storage
90-98% of Bitcoins entrusted to Mt.Gox are safely stored offline





# Financials | Overview

# Deposit Volume - Last 30 Days

| | |
|---|---|
| USD | $2,700,000 |
| EUR | €234,000 |
| GBP | £70,000 |
| AUD | $20,000 |
| PLN | zł130,000 |
| YEN | ¥740,000 |

Data collected on January 30th 2012.

# Deposit Volume - Last 7 Days

| | |
|---|---|
| USD | $390,000 |
| EUR | €17,000 |
| GBP | £9,700 |
| AUD | $8,400 |
| PLN | zł3,000 |
| YEN | ¥220,000 |

Data collected on January 30th 2012.

# Withdrawal Volume - Last 30 Days

| | |
|---|---|
| USD | $1,800,000 |
| EUR | €26,000 |
| GBP | £15,000 |
| AUD | $22,000 |
| PLN | zł116,000 |
| YEN | - |

Data collected on January 30th 2012.

# Withdrawal Volume - Last 7 Days

| | |
|---|---|
| USD | $383,000 |
| EUR | €6,800 |
| GBP | £2,800 |
| AUD | $415 |
| PLN | zł16,000 |
| YEN | - |

Data collected on January 30th 2012.

# Gross Turnover - Nov 2010 to Nov 2011

| | |
|---|---|
| USD | $15,871,840 |
| EUR | €6,202,525 |
| GBP | £240,861 |

Data collected on January 30th 2012.

# Revenue & Operational Costs

| | |
|---|---|
| USD Revenue Nov 10 to Nov 11 | $337,450 |
| BTC Revenue Nov 10 to Nov 11 | 52,400BTC |
| Monthly Operational Costs | ~ ¥5,000,000 |

Data collected on January 30th 2012.

Case: 1:14-cv-01437 Document #: 467-22 Filed: 02/18/20 Page 18 of 20 PageID #:7911



Partners | Overview

# Major Partners & Affiliates

| Banks | | Security | |
|---|---|---|---|
| | SMBC | | Prolexic |
| | HSBC | | VeriSign |

| Money Transfer Service Providers | | CPA | |
|---|---|---|---|
| | Dwolla | | Aoyama & Partners |
| | BitInstant | | |
| | AurumXchange | | |
| | Paxum | | |

# Contact & Info

| | |
|---|---|
| General | info@mtgox.com |
| Support | support@mtgox.com |
| Press | press@mtgox.com |