# Exhibit W



Company Overview

August 2012



User & Market Data | Overview

# Active User Base

| | | |
|---|---|---|
| Registered Users | 192,270 | |
| Past 30 Days* | 15,391 | 8% |
| Past week* | 3,418 | 1.7% |
| Past 24 hrs* | 373 | 0.2% |

Data collected on August 28th 2012
*Users who have logged in

# The Market*



Mt.Gox
BTC-E
BitStamp
BitFloor
Camp Bx
Crypto X Change
BTCex
Intersango
BTC Tree
...

*Bitcoincharts.com

# The Market (USD) - Details

| | |
|---|---|
| Mt.Gox | 87.8421% |
| BTC-E | 4.1547% |
| BitStamp | 2.2082% |
| BitFloor | 2.0856% |
| CampBx | 1.7230% |
| CryptoXchange | 0.8080% |
| BTCex | 0.6248% |
| Intersango | 0.4885% |
| BTC Tree | 0.0208% |
| Vircurex | 0.0142% |
| BitMarket | 0.0113% |
| Bitcoin-24 | 0.0080% |
| Bitme | 0.0058% |
| ICBIT | 0.0051% |

Bitcoincharts.com - Data collected on August 5th 2012.

# Support & Customer Satisfaction Data

| Ticket Average | Monthly | Daily |
|---|---|---|
| | 2,397 | 79.92 |

| Customer Satisfaction | Last 30 Days | Last 7 Days |
|---|---|---|
| | 92% | 93% |

| Resolution Performance | 1st Resolution Time | Full Resolution Time |
|---|---|---|
| | 58.4hrs | 70.6hrs |

| Tickets Solved | In One Reply | More Than One Reply |
|---|---|---|
| | 37% | 63% |



Networking & IT | Overview

# Server Data

Main Server
- 64-Core (4 x 8 Core CPU + Hyper-threading)
- 96 GB of RAM
- 600 GB SAS Raid 1
- Networking : 2Gbps (two separate gigabit uplinks bonded)

Main Server Backup
- 64-Core (4 x 8 Core CPU + Hyper-threading)
- 96 GB of RAM
- 600 GB SAS Raid 1
- Networking : 2Gbps (two separate gigabit uplinks bonded)

Data Backup
- Dedicated Backup Servers located in Europe (1x) and Japan (1x)
- From 10 to 12TB worth of Back-up Space per server mounted in Raid 1 or Raid 5
- 4096Bit encryption (PGP)

Monthly Cost ~ $5,000.00 USD

# Security

Mt.Gox relies on the most advanced standards when it comes to our customers security; we actively work with leading companies across the world like VeriSign and Prolexic to maintain a flawless experience anytime, anywhere.

## Extended Validation Certificate or EV
X.509 public key certificate



## Attack mitigation capacity per Data Center : up to 100 Gbps
Across the entire Prolexic network



## Yubikey
Two factor authentication with hardware tokens



## Cold Storage
90-98% of Bitcoins entrusted to Mt.Gox are safely stored offline





Financials | Overview

# Deposit Volume - Last 30 Days

| | |
|---|---|
| USD | $3,100,000 |
| EUR | €590,000 |
| GBP | £329,000 |
| AUD | $100,000 |
| PLN | zł389,000 |
| YEN | ¥34,000,000 |

Data collected on August 30th 2012.

# Deposit Volume - Last 7 Days

| | |
|---|---|
| USD | $650,000 |
| EUR | €103,000 |
| GBP | £42,800 |
| AUD | $49,100 |
| PLN | zł115,100 |
| YEN | ¥8,700,000 |

Data collected on August 30th 2012.

# Withdrawal Volume - Last 30 Days

| | |
|---|---|
| USD | $2,600,000 |
| EUR | €430,000 |
| GBP | £65,000 |
| AUD | $30,000 |
| PLN | zł205,000 |
| YEN | - |

Data collected on August 30th 2012.

# Withdrawal Volume - Last 7 Days

| | |
|---|---|
| USD | $405,000 |
| EUR | €99,000 |
| GBP | £15,900 |
| AUD | $6000 |
| PLN | zł33,000 |
| YEN | - |

Data collected on August 30th 2012.

# Trade Volume - Jan 2012 to Aug 2012

| | |
|---|---|
| USD | $105,638,305 |
| EUR | €3,570,381 |
| GBP | £2,016,032 |

Data collected on August 30th 2012.

# Transferred Volume - Jan 2012 to Aug 2012

| USD | $38,708,468 |
|-----|-------------|
| EUR | €3,170,381 |
| GBP | £1,806,938 |

Data collected on August 30th 2012 including all Wire Deposits and Withdrawals.

# Revenue & Operational Costs

---

USD Revenue Jan 12 to Aug 12            $380,450

BTC Revenue Jan 12 to Aug 12            58,400BTC

Monthly Operational Costs               ~ ¥3,500,000

Data collected on August 30th 2012.



Partners | Overview

# Major Partners & Affiliates

Banks          SMBC

Security          Prolexic

VeriSign

Money Transfer
Service Providers      Dwolla

BitInstant

AurumXchange

OkPay

CPA          Aoyama & Partners

# Contact & Info

General            info@mtgox.com

Support            support@mtgox.com

Press            press@mtgox.com