IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE *INSTANTER* AN OVERSIZED RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Gregory Greene, by and through his undersigned counsel, respectfully moves this Court for leave to file *instanter* his Response to Defendant Mark Karpeles's Motion for Summary Judgment in excess of the fifteen-page limit dictated by Local Rule 7.1. In support, Plaintiff states as follows:

1. On January 7, 2020, Defendant Mark Karpeles filed his Motion for Summary Judgment. (Dkt. 452.) Following a motion requesting leave to file an oversized brief, Karpeles filed his supporting memorandum on January 8, 2020. (Dkt. 460.)

2. To fully and adequately set forth the factual record underlying his claim for fraud against Mark Karpeles and to address the arguments raised in Karpeles's Motion for Summary Judgment, Plaintiff seeks leave to file an oversized response brief, not to exceed twenty-two (22) pages in length.

3. Plaintiff does not file the instant motion for any improper purpose. Instead, Plaintiff believes that the excess pages are necessary to adequately address the facts, deposition

1

testimony, and case law relevant to the various points Defendant raised in his Motion for Summary Judgment. Accordingly, Plaintiff submits that good cause exists to grant the relief sought herein.

4. In accordance with Local Rule 7.1, a Table of Contents and Authorities are included in Plaintiff's response brief.

**WHEREFORE**, Plaintiff Gregory Greene respectfully requests that the Court enter an Order (i) granting leave to file his response brief to Defendant's Motion for Summary Judgment, the substance of which shall not exceed twenty-two (22) pages *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

Dated: February 18, 2020

**GREGORY GREENE**, individually and on behalf of a class of similarly situated individuals,

By: /s/Benjamin S. Thomassen
    One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107

2

Tel: 415.212.9300
Fax: 415.373.9495

*Counsel for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

    I, Benjamin S. Thomassen, an attorney, hereby certify that on February 18, 2020, I served the above and foregoing document by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                        /s/ Benjamin S. Thomassen