**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GREGORY GREENE, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

MARK KARPELES, an individual,

                Defendant.

Case No. 14-cv-01437

Hon. Gary Feinerman

Magistrate Judge Susan Cox

**AGREED MOTION FOR DEFENDANT MARK KARPELES TO HAVE LEAVE**
**TO FILE HIS COMBINED REPLY MEMORANDUM IN SUPPORT OF**
**HIS MOTION FOR SUMMARY JUDGMENT AND HIS MOTION**
**TO STRIKE EXPERT DISCLOSURE IN EXCESS OF PAGE LIMIT**

Defendant Mark Karpeles seeks leave of Court to file his Combined Reply In Support Of His Motion For Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 And His Motion To Strike Expert Disclosure Of And Preclude Expert Testimony From Carol R. Goforth ("Combined Reply Brief"), which exceeds fifteen (15) pages in length, and submits as follows:

1.      Mr. Karpeles is mindful of Judge Feinerman's Case Management Procedures and Local Rule 7.1(a), which limit briefs to fifteen (15) pages without leave of Court.

2.      Despite his best efforts, Mr. Karpeles has been unable to reduce the length of his Combined Reply Brief to within the page limit set by the Court. (Mr. Karpeles' Combined Reply Brief is attached hereto as Exhibit 1).

3.      Mr. Karpeles submits that a full reply in support of both pending motions necessitated preparing a Combined Reply Brief of 26 pages in order to adequately address each issue. Mr. Karpeles notes that this is still less than the 30 pages that he would be allowed to file if he replied for each motion separately. A combined brief is more efficient.

4.      Mr. Karpeles' counsel has worked diligently to prepare a succinct Combined

Reply Brief without omitting or giving short shrift to material facts, arguments and citations to applicable authority or the record.

5.     Mr. Karpeles' counsel believes that it would not be possible to reduce the length of his Combined Reply Brief appreciably without eliminating or weakening arguments, omitting or curtailing references to cases cited or by impairing this Court's understanding of the issues.

6.     This Motion is brought in good faith and not for any dilatory purpose.

7.     Mr. Karpeles' counsel reached out to Plaintiff's counsel regarding this request, who advised that Plaintiff agrees to this request.

WHEREFORE, Defendant Mark Karpeles respectfully requests that this Court enter an order granting him leave to file his Combined Reply In Support Of His Motion For Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 And His Motion To Strike Expert Disclosure Of And Preclude Expert Testimony From Carol R. Goforth, which is 26 pages in length, and for such other and further relief as this Court deems just in Mr. Karpeles' favor.

Dated: March 13, 2020                          Respectfully submitted,
                                               Mark Karpeles,

Bevin Brennan
Matthew Schmidt
PEDERSEN & HOUPT                               By:___/s/ Bevin Brennan_____
161 North Clark Street, Suite 2700                  One of His Attorneys
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com

*Attorneys for Defendant Mark Karpeles*