# EXHIBIT B

1           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
2                    EASTERN DIVISION

3    - - - - - - - - - - - - - - - - - - x

4    GREGORY GREENE and JOSEPH LACK,      :
     individually and on behalf of all
5    others similarly situated,           :

6          Plaintiffs,                     : Case No.

7      v.                                  : 1:14-cv-01437

8    MARK KARPELÈS, an individual,         :

9          Defendant.                      :

10   - - - - - - - - - - - - - - - - - - x

11

12

13                      CONFIDENTIAL

14

15

16                     Deposition of

17                    MARK KARPELÈS

18                    Tokyo, Japan
                Tuesday, 5 November, 2019
19                     8:48 a.m.

20

21

22   Job No.:  265577

23   Pages:  1 - 258

24   Reported By:  M. Allred, RPR, CSR(A)

```
1              Deposition of MARK KARPELÈS, held at the

2    offices of:

3

4

5         U.S. EMBASSY IN JAPAN - TOKYO

6         1-10-5 Akasaka

7         Minato-ku, Tokyo 107-8420

8         Phone:  03-3224-5000

9

10

11

12         Pursuant to notice, before M. Allred, RPR,

13    CSR(A), Notary Public in and for the District of

14    Columbia.

15

16

17

18

19

20

21

22

23

24
```

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    3

```
1              A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS:

3         BEN THOMASSEN, ESQUIRE

4         AARON LAWSON, ESQUIRE

5         EDELSON PC

6         350 North LaSalle Street, 14th Floor

7         Chicago, Illinois 60654

8         Phone:  1-312-589-6370

9

10

11   ON BEHALF OF DEFENDANT:

12        BEVIN BRENNAN, ESQUIRE

13        PEDERSEN & HOUPT

14        161 North Clark Street, Suite 2700

15        Chicago, IL 60601-3242

16        Phone:  1-312-641-6888

17

18

19

20

21

22

23

24
```

1      Q   What about the $50,000 Liberty Reserve hack

2   that we discussed earlier?  Was that confidential

3   as well?

4      A   I would believe so, yes.

5      Q   What do you mean you would believe so?

6      A   Well, this was part of the discussion we

7   had as the negotiation of the agreement.  When I

8   asked Jed to do something about it and actually

9   when he managed to block the account where this

10  money was, there was no -- well, it's part of the

11  negotiation of the agreement.  So of course, it

12  falls under the same non-disclosure, I believe.

13     Q   Okay.  And the non-disclosure that was --

14  was that a request Jed made to you to keep

15  everything confidential?

16     A   Yes.  I believe it's part of the first mail

17  he sent me, and I believe we discussed either by

18  mail or on Skype or on the phone.

19     Q   But there's no confidentiality requirement

20  in the purchase agreement itself; is that right?

21     A   Well, I guess so, if you say so.  I

22  didn't...

23     Q   Well, I mean, you can look at it.  If you

24  recall something I don't, I want to know about it.

```
 1        A  Yeah.  But it's quite possible, yes.

 2        Q  And so you were featured -- you remember

 3    being interviewed for a feature-length documentary;

 4    is that right?

 5        A  Maybe more than one.

 6        Q  Maybe more than one.

 7        A  Yes.

 8        Q  Fine.

 9           So the one -- there is one titled

10    "Unbelievable Story of Mark Karpelès."  Do you

11    remember that one?

12        A  Yes, I do.

13        Q  Have you actually seen that documentary?

14        A  No, I haven't seen it.

15        Q  You haven't actually watched it?

16        A  I did try to watch it, but I'm kind of

17    stunned watching me.  I kind of feel weird.

18        Q  Okay.  So you saw yourself on the movie;

19    you felt a little skittish, and you turned it off;

20    is that --

21        A  Yes.

22        Q  Yeah, okay.  Fine.  Are you aware that Jed

23    McCaleb was also in that documentary?

24        A  Yeah.  I think they said something about
```

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                61

1    this.

2         Q   And in that documentary, are you aware that

3    Jed McCaleb said there was no non-disclosure

4    agreement associated with the purchase of Mt. Gox?

5         A   Okay.  I didn't know, but yeah.

6         Q   Okay.  Does -- assuming that's the case,

7    that Jed said there was no non-disclosure agreement

8    associated with Mt. Gox, do you think Jed was being

9    truthful?

10        A   Well, I'm guessing it depends on what you

11   call a non-disclosure agreement.  Because if you

12   mean an actual contract as a typical NDA with,

13   like, a page of non-disclosure, then of course

14   there was none.  But if it means that me agreeing

15   to Jed's request on not disclosing anything about

16   this, then there was such an agreement.

17        Q   Okay.  So to the extent there was a

18   non-disclosure agreement between you and Jed

19   relating to the purchase of Mt. Gox, it was just an

20   informal one that was made through conversation.

21   Is that fair?

22        MS. BRENNAN:  Objection to form.

23        A   I believe the first email I got from Jed

24   about selling Mt. Gox was a written request of

1      A   No.

2      Q   Did you tell users at this time period,

3   March of 2011, that the exchange was missing

4   bitcoins?

5      A   I don't think so.

6      Q   Okay.  Do you think that's also important

7   for users to know whether or not a given bitcoin

8   exchange has -- well, to use the email we looked at

9   earlier on Exhibit 3, whether or not the exchange

10  has sufficient assets to meet customer withdrawal

11  demands, do you think that's important to users?

12          MS. BRENNAN:  Objection to form.

13  Foundation.

14     A   Well, that's the conflicting decision at

15  the time because one way -- of course, it's

16  important for users to know about this.  But

17  disclosing information would hurt all current users

18  of Mt. Gox.

19     Q   Why is that?  Why do you think it would

20  hurt users of Mt. Gox?

21     A   Well, the most likely direction in that

22  case would be that Mt. Gox wouldn't get any

23  business and would fail at some point, which

24  wouldn't be good for any users on Mt. Gox.

1      Q  Why do you think it would fail at some

2  point if people had known that it was missing these

3  80,000 bitcoins?

4      A  Main reason I felt so was because the

5  explanations I got from Jed at the time.

6      Q  And what was that explanation?

7      A  That it would basically kill the company to

8  disclose this.

9      Q  Did he say why or did he just say it would

10 kill the company to disclose this?

11     A  I don't remember exactly, but I would guess

12 it would cause what we call a "bank run."

13     Q  Everyone would try and get their bitcoins

14 back right away, you mean?

15     A  Yeah.  Everyone try to withdraw bitcoins.

16 Mt. Gox running out of bitcoins, becoming bankrupt.

17     Q  Right.  And if that happened, if there was

18 a bank run at this period of time, March 2011, and

19 everyone tried to withdraw their bitcoins, that

20 would have been impossible; right?

21     A  Yes.

22     Q  Because Mt. Gox was short bitcoins?

23     A  Yes.

24     Q  So you talked about how it was Jed's

1  feeling that this information shouldn't be

2  disclosed.  Did you have personal feelings about

3  whether the information should be disclosed?

4      A  Well, I come from a security -- an IT

5  security background, so typically I am for this

6  kind of disclosure.  But doing so in this specific

7  case would have a lot of negative impacts.

8  Especially should anyone try to sue Jed, Tibanne

9  would be responsible for it so it would not only

10 cause Mt. Gox and but also Tibanne and most likely

11 wouldn't be an easy situation for me either.

12     Q  Because of your relationship with Tibanne;

13 right?

14     A  Yes.

15     Q  So you had mentioned before that Jed had a

16 number of ideas about how to handle this loss of

17 bitcoins.  Do you recall that?

18     A  Yes.

19     Q  What did you end up doing going forward in

20 terms of trying to account for this loss of

21 bitcoins?

22     A  Well, as suggested by Jed, move forward

23 with the exchange while shifting part of the

24 bitcoin debt to total debt, especially as the price

1      A   Not just a matter of changing the record,

2   the numbers in the database.  There is a record

3   created signaling that this account was credited

4   this amount, but not as a deposit.

5      Q   Okay.  So there were, like, internal

6   records?

7      A   Yes.

8      Q   Keeping track of the number of times that

9   Gox bot had been credited and the amount of those

10  credits.  Is that fair?

11     A   Yes.

12     Q   And then once Gox bot had been credited, as

13  we've discussed it, with US -- was it US dollar

14  funds?

15     A   Yes.  I believe so.

16     Q   What would it do next?

17     A   It would automatically transfer this by

18  buying bitcoins in the exchange.

19     Q   Sure.

20     A   Small amounts.

21     Q   So it would buy -- you said would buy

22  bitcoins from the exchange?

23     A   Yes.

24     Q   And were those bitcoins held by exchange

```
 1        A   Yes.  As I know from the Wayback Machine,

 2   this should be the date that the page was archived.

 3        Q   Yeah.  And based on your own use of the

 4   Wayback Machine, is it your understanding that it

 5   accurately saves and then reproduces the content of

 6   web pages on the dates indicated?

 7        A   Mostly does at least for the text context.

 8        Q   Great.  And you see also on page ID

 9   Number 129 if we go down a little bit there's a

10   header that says "Terms of Use."  Do you see that?

11        A   Yes, I do.

12        Q   And right under that it says, "Last updated

13   on January 20th, 2012."

14        A   Yes.

15        Q   So January 20, 2012, do you think that's

16   the date that Mt. Gox first posted its users' terms

17   of use?

18        A   I'm not sure we actually posted the terms

19   of use as soon as we got this from the lawyers, but

20   it should be soon after.

21        Q   So January 2012 that sounds generally

22   accurate for when the terms of use would have been

23   first posted on the Mt. Gox website?

24        A   I guess so.
```

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    95

1      Q   Do you know whether -- was that the first
2  version of the terms of use posted on the Mt. Gox
3  website?
4      A   I believe it was the first version.
5      Q   So there were no prior terms that applied
6  to Mt. Gox users; right?
7      A   Yes.
8      Q   And so after January 20th, 2012, is it
9  correct that all exchange users were bound by the
10  terms of use we're looking at here in Exhibit 5?
11     A   Yes, I believe so.
12     Q   Okay.  And I have here a version that was
13  also pulled from the internet archive in early
14  2012.  Would you expect that it would look the same
15  as the terms we're looking at here in Exhibit 5?
16     A   Yes, I think so.
17     Q   Right.  Because there is only one version
18  of the terms of use; right?
19     A   Yes.  Except for the Japanese version,
20  actually.
21     Q   How is the Japanese version different?
22     A   There's a little bit of history behind
23  this, but we had a request from the FSA in Japan to
24  make a change to the terms of use.

1     Q  But that change did not affect the English

2  terms of use?

3     A  No.  Not as far as I know of.

4     Q  And would it be the English terms of use

5  that were presented to English users of the Mt. Gox

6  website?

7     A  Yes, it would be.

8     Q  Yes?

9     A  Yes.

10     Q  Okay.  And so it's -- these terms of use in

11  Exhibit 5 would be the terms applicable to US-based

12  users of the Mt. Gox exchange?

13     A  Yes.

14     Q  Great.  Did you have a role in drafting or

15  reviewing these terms of use?

16     A  I instructed employees to work on this,

17  instructed them to work with our lawyers, Baker

18  McKenzie, on writing this.

19     Q  Okay.  Did you give them any guidance -- I

20  mean, obviously we looked at the email between you

21  and Jed where you said that creating terms of use

22  was a priority for you.  You remember that?

23     A  Yes.

24     Q  So when you instructed employees to start

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    97

1   working on the terms of use, did you give them

2   guidance on the sorts of things that the terms of

3   use should include?

4       A   I believe I submitted changes to the file

5   at some point.

6       Q   Okay.  So there was a draft of the terms of

7   use that you saw, and you made changes to it at

8   some point.  That's fair?

9       A   On multiple occasions, I believe.  Yes.

10      Q   Sure.  And then I assume you reviewed the

11  final terms of use that were posted on the Mt. Gox

12  website at some point in time; right?

13      A   Well, maybe not completely because I

14  reviewed it multiple times in between.  But yeah.

15      Q   Yeah.  But when the terms of use were

16  active on the website, you knew their contents; is

17  that fair?

18      A   I believe so, yeah.

19      Q   Okay.  Why did you think it was important

20  for Mt. Gox to have terms of use?

21      A   Well, based on the kind of business Mt. Gox

22  was involved with, it was important to set the

23  conditions under which customers would interact

24  with Mt. Gox.

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                              122

1        Q   All right.  And I know that from time to

2    time Jed would make suggestions to you about what

3    course of conduct you should take with respect to

4    operating the Mt. Gox exchange.  Is that fair?

5        A   I remember receiving an email from him for

6    one or two times --

7        Q   Yeah.

8        A   -- but at some point I didn't have time to

9    deal with this, so I redirected him to Gonzague.

10       Q   And when did Gonzague start at Mt. Gox?

11       A   I think it was in 2011, but I don't

12   remember exactly when.  So either late 2011 or

13   maybe middle.  I don't remember exactly sorry.

14          MS. BRENNAN:  That's G-O-N-Z-A-G-U-E.

15   Gonzague.

16       Q   All right.  Let's step back to very early

17   on today we talked about the -- that $50,000 hack

18   that happened shortly before you acquired Mt. Gox.

19   Do you remember that?

20       A   Yes.

21       Q   Was that hack ever disclosed to Mt. Gox

22   users?

23       A   Actually may have been disclosed in part.

24       Q   What do you mean it may have been disclosed

1    in part?

2         A   I think Jed discussed this at some point on

3    the Mt. Gox forums, but I'm not sure.

4         Q   Okay.  So Jed might have disclosed to users

5    that there was -- he might have discussed the hack

6    in some capacity.  You're just not sure one way or

7    the other?

8         A   I don't remember exactly, but I think there

9    was a huge thread about this.

10        Q   You said "a huge thread"?

11        A   Yes.

12        Q   Like a forum thread?

13        A   Yes.

14        Q   Okay.  Do you know if users of the exchange

15   found out about the hack before Jed told them about

16   it?

17        A   I don't think so.

18        Q   Okay.

19        A   But I mean, it happened even before I was

20   involved in Mt. Gox, so I'm not sure.

21        Q   I recognize that.  And the -- the 80,000

22   bitcoin hack that we've been talking about, was

23   that ever disclosed to Mt. Gox users?

24        A   No.

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    124

1        Q  And the reason why that was never disclosed
2    to Mt. Gox users was because Jed asked you not to
3    disclose it?
4        A  Yes.  He did, yes.
5        Q  Yeah.  And because of the effect that he
6    and you thought it might have on the exchange that
7    we discussed earlier; right?
8        A  Yes.
9        Q  All right.  Then were there any hacks that
10   you know of between that 50,000 US dollar hack and
11   the 80,000 bitcoin hack that resulted in the loss
12   of cash or bitcoins from the exchange?
13       A  At least not at the time.
14       Q  What do you mean "at least not at the
15   time"?
16       A  At the time I took over Mt. Gox, I didn't
17   know about other hacks.
18       Q  Afterwards did you find out about other
19   hacks?
20       A  Much later I found out, yes, about
21   different things.
22       Q  Like what, for example?
23       A  I'm not sure about the timeline, but there
24   was a hack that resulted in -- to minus operations

1    because of a technical issue had -- well, it was

2    down.

3        Q   Okay.  So there was one firewall down; is

4    that right?

5        A   Yes.

6        Q   And is that what allowed the hacker to get

7    to the computer?

8        A   I would believe that it would have been

9    much more difficult to access this computer with a

10   second firewall in place.

11       Q   And the 300,000 bitcoin that we're talking

12   about now, they were returned; right?

13       A   Yes.

14       Q   How did that happen?

15       A   Basically I managed to get in touch with

16   the hacker in question.

17       Q   Right.

18       A   Offered to treat this as a security issue,

19   which typically when companies find -- when someone

20   finds a security issue with a company, the company

21   pays a bounty to fix the issue, make sure there's

22   nothing, well, remaining.

23       Q   Right.  So is it true you agreed that

24   there, what, wouldn't be a bounty placed on the

1    amount if he agreed to give them back?

2        A  Well, basically he would be paid for

3    finding the security issue and reporting it.

4        Q  So you were treating him as, like, a

5    white hat hacker, essentially?

6        A  Yeah.

7        Q  Right.  And you paid him a bounty for

8    finding this security flaw in exchange for getting

9    the bitcoin back?

10       A  Yes.

11       Q  Do you remember what the bounty was?

12       A  I think it was about 3,000 bitcoins.

13       Q  You said 3,000?

14       A  Yes.

15       Q  Okay.  And was that amount added to

16   Mt. Gox's bitcoin debt, or did you pay that

17   personally?

18       A  I think it was bitcoin debt all taken from

19   Mt. Gox's revenue.

20       Q  Got it.  And was this hack of 300,000

21   bitcoins -- was that disclosed to Mt. Gox users?

22       A  No.  It was not disclosed.

23       Q  And then there was -- we've talked a lot

24   about the code rewrite that happened in June 2011.

1    That was the result of another hack; right?

2        A  Yes.

3        Q  Can you explain to me what happened with

4    this one?

5        A  Yes.  So basically in June I think 18 to

6    22, something in between, someone created an

7    account on Mt. Gox and credited it with a large

8    amount of dollars and they credited it with a large

9    amount of bitcoin.

10          THE COURT REPORTER:  Sorry, one more time.

11   With a large amount of dollars?

12       A  Yes.  And they credited an amount and

13   credited it with a large amount of bitcoin.  And at

14   some point they sold most of those bitcoins.

15       Q  Okay.  So how did they credit it with a

16   large amount of bitcoin?

17       A  Well, they used an account that had the

18   administrative access to the users' balances.

19       Q  Right.  Since they had administrative

20   access, they could just manually adjust the bitcoin

21   balance on the account; right?

22       A  Yes.

23       Q  All right.  And so that manual adjustment

24   of the bitcoin balances, that didn't take any

```
 1   bitcoins from users?

 2        A   No.

 3        Q   Right.  It was just an artificial number?

 4        A   Yes.

 5        Q   How about the cash -- was there also cash

 6   in the account?

 7        A   They made a separate account for the cash.

 8        Q   Okay.  So did they end up -- did these --

 9   did the hackers end up taking any bitcoins or

10   currency off the exchange?

11        A   They tried to withdraw some of the

12   bitcoins, but there was a limit on how much they

13   can withdrew daily --

14        Q   Got it.

15        A   -- which is based on the current bitcoin

16   price.  And I believe they tried to sell a lot of

17   bitcoins to drop the price so they could withdraw

18   more bitcoins.

19        Q   Oh, interesting.  So they tried --

20        A   By causing the price to drop the limit of

21   $1,000 worth of bitcoin per day, that means more

22   bitcoins they can withdraw.

23        Q   I understand.  They way they -- they tried

24   to affect the market price of bitcoin by flooding
```

1   the market with bitcoin; is that right?

2       A   Yes.

3       Q   Okay.  Interesting.  And do you know how

4   many bitcoin -- were they able to get some bitcoin

5   out?

6       A   They were able to withdraw less than I

7   think 2,000 bitcoins.

8       Q   Okay.

9       A   By selling bitcoins, they caused the whole

10  website to crash.

11      Q   Right.

12      A   I was about to shut down the system before

13  the system recovered from the sale --

14      Q   Right.

15      A   -- which means that they couldn't resume

16  more bitcoin with the new price.

17      Q   And so the 2,000 bitcoins that you referred

18  to, those were lost?

19      A   Those were lost.  Yes.

20      Q   And they were just added to Mt. Gox's

21  bitcoin debt?

22      A   Yes.

23      Q   And this one -- you did disclose this one

24  to the public; right?

1    and once you have that in your hand using those

2    Bates numbers at the bottom again go to

3    GREENE_1269.

4         A  1269.  Yes.

5         Q  You're there.  So at the top of the page,

6    first of all, you look at the date stamps over on

7    the left.  It says -- these are all on June 20th,

8    2011.  Do you see that?

9         A  Yes.

10        Q  So this is the time period that we've been

11   discussing; right?

12        A  Mm-hm.

13        Q  So if you look seven lines down, Jed says

14   to you:

15        "Can I make some PR posts on the forums?

16   Mt. Gox still has all the bitcoins, cash,

17   et cetera.  Everyone calm down."

18        Do you see that?

19        A  Yes.

20        Q  And your response is:  "Yes, please.  Any

21   help is welcome on that."

22        Do you see that?

23        A  Sorry.  Which line is this?

24        Q  The second time stamp is --

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    150

1    website.

2        Q   When did you first implement the cold

3    wallet system at Mt. Gox?

4        A   I think it was following the 300,000

5    bitcoin hacks probably around May 2011.

6        Q   So that was before the rewrite happened?

7        A   Sorry?

8        Q   When you rewrote the code from Mt. Gox?

9        A   Yes.

10       Q   The cold wallet system was implemented

11   before you rewrote the code?

12       A   Yes.  I think so.  Yes.  I think at least

13   the first version of it was implemented.

14       Q   Could you just broadly explain what the

15   cold wallet system was?

16       A   Well, the idea was to store bitcoins

17   outside of the Mt. Gox servers, which were more

18   likely to be targets of hackers.

19       Q   Okay.  And so how was that effectuated?

20       A   The amount of bitcoins that was for

21   day-to-day transfers was moved to an encrypted

22   wallet.

23       Q   And that encrypted wallet, that was the

24   cold wallet?

1    bitcoins could be deposited into that cold wallet?

2         A   Yes.

3         Q   Because in order to deposit bitcoins into a

4    particular cold wallet, you needed the public

5    address?

6         A   Yes.

7         Q   Okay.  So while the public address was on

8    the system, bitcoins could go from the hot wallet

9    into that particular cold wallet; right?

10        A   Yes.

11        Q   And at that time using the cold wallet,

12   could you use the cold wallet public address to see

13   the amount of bitcoins that were in that particular

14   cold wallet?

15        A   Well, I could write a program to do this or

16   use a block explorer.

17        Q   Yeah.  But was that done?

18        A   No.  For different reasons.

19        Q   Okay.  What reasons?

20        A   But mainly that it would be a security

21   issue.

22        Q   Why would it be a security issue?

23        A   Well, for the reason I explained earlier

24   that the private keys were generated partially with

1   less entropy than security needed; that because of

2   this, someone having knowledge of the full list of

3   public addresses could be able to determine their

4   source of entropy and generate all the private

5   keys.

6       Q   How many public addresses existed on a

7   system at a given time?

8       A   You mean cold wallet addresses?

9       Q   Yeah.  Cold wallet addresses.

10      A   Generally I would generate -- I think the

11  first batch was 500 addresses.

12      Q   And then would it be the case that -- how

13  would the hot wallet system move bitcoins over into

14  the cold wallet system?  Were all 500 of the public

15  addresses --

16      A   No.  It only had partial list, and each

17  time it queues an address, it would be deleted.

18      Q   So it would use an address once, and then

19  it would delete it after the bitcoins went inside?

20      A   It would use the address; the address would

21  be deleted no matter what.  Like, even if the

22  transaction failed and the bitcoin didn't go

23  through, that address anyway would be burned.

24          Sorry, not banned, but burned.

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                        229

1       Q   And just remind me again.  What was

2    different about the current net funds?

3       A   I believe we removed the part about the

4    $50,000 US.

5       Q   Right.  And was the reason that part was

6    removed was because Jed recovered the $50,000?

7       A   Yes.

8       Q   Okay.  At one point -- and we can look at

9    it in the Skype log if you need to.  At one point

10   Jed suggested that this agreement be revised by

11   attorneys.  Do you remember that happening?

12      A   Yes.  He probably talked about this at some

13   point.

14      Q   But the agreement was never revised, was

15   it?  The purchase agreement?

16      A   Never.

17      Q   Okay.  After -- we talked about a lot of

18   hacks that happened -- "a lot" is my phrasing -- a

19   lot of hacks that happened in 2011, and we ended

20   with the September 2011 hack of the hot wallet.

21   And you testified, I believe, that you did not know

22   about that hack in 2011; right?

23      A   Yes.

24      Q   Okay.  The one affecting the hot wallet,

1    wallet.dat file that led to the hot wallet hack?

2        A  Well, I don't think that that was copied at

3    that time because the transactions point toward

4    September, but it's possible that a hacker came in

5    and left a backdoor or that something else

6    happened.  I don't know.

7        Q  And when you say "the transactions point to

8    September," you're referring to the transactions

9    moving funds from the hot wallet to some outside

10   address?

11       A  Actually I'm referring more specifically to

12   the return address of those transactions, which

13   very specifically gave a timeline for the time when

14   the file was copied.

15       Q  Did you say "the return address for those

16   transactions"?

17       A  Yes.  From this morning testimony.

18       Q  Do you know whether or not Gox bot's

19   trading activity affected the price of bitcoin on

20   the Mt. Gox exchange?

21       A  Well, I believe its impact was minimal.

22       Q  What do you mean by "minimal"?

23       A  Well, any trading activity will likely have

24   even some small potential impact, but it's a case

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    235

1   of Gox bot I believe this was kept to the minimum

2   possible.

3        (KARPELÈS Deposition Exhibit 10 marked for

4   identification and attached to the transcript.)

5        Q  I'm handing you what's been marked as

6   Exhibit 10.

7        Have you seen Exhibit 10 before, Mark?

8        A  Yes.  I believe I do.

9        Q  Okay.  What do you recognize it as?

10       A  I believe it's a post by Kim Nilsson made

11  on February 2015.

12       Q  Okay.  You'd agree that this particular

13  post is primarily about Willy bot; right?

14       A  Yes.

15       Q  Okay.  Can you turn to page 2 of 8 of

16  Exhibit 10?

17       A  Yes.

18       Q  Okay.  And go down to the heading that says

19  "Impact on the Mt. Gox Market."  Do you see that?

20       A  Yes.

21       Q  All right.  So Kim writes:  "Willy bought a

22  very large amount of bitcoin on Mt. Gox during the

23  period of September 27th to November 30th during

24  2013, a total of over 250,000 bitcoins."

1     Mt. Gox customers at this time?

2         A   Yes.  And Chinese exchanges had a much

3     higher price than Mt. Gox.

4         Q   Yeah.

5         A   Because it was going to drive the price up

6     on Mt. Gox, it could explain if, well, I increased

7     the activity on the bot, which I'm not saying I

8     did, I just believe it would be linked.

9         MR. THOMASSEN:  Okay.  Let's take a little

10    break now.  I need to look over my stuff, see where

11    else I need.

12        (Recess from 2:54 p.m. until 3:11 p.m.)

13    BY MR. THOMASSEN:

14        Q   Going back to Gox bot, Mark, we talked

15    about some instances when Gox bot would sell rather

16    than purchase bitcoin.  Do you recall that?

17        A   Yes.

18        Q   When Gox bot would sell bitcoin, would

19    Gox bot sell actual bitcoins that were held by

20    Mt. Gox, or would it be similar to the purchase of

21    bitcoins where its balance was just changed in the

22    database?

23        A   It was the same way both sides, actually.

24        Q   Okay.  So that the process you described

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    240

1    with respect to the Gox bot accounts US dollar

2    balance was the process you used when it worked in

3    reverse?

4        A  Yes.

5        Q  Okay.

6        A  Where typically balance is created as debt,

7    then exchanged, and then deleted.

8        Q  Okay.  Would there -- were there ever

9    times, to your recollection, that Gox bot sold

10   bitcoin because it needed more currency to satisfy

11   user demands?

12       A  I don't believe so.

13       Q  And I think we brought this up earlier, and

14   I can't remember where we went with it.  But both

15   Kim Nilsson and the Willy Report noted that Gox bot

16   generally sold bitcoins in late January and

17   continuing on into February 2014.  Do you know

18   whether that's true?

19       A  I would need to check the documents to

20   confirm if that's the case.

21       Q  What documents would you need to check?

22       A  Well, the database.

23       Q  Okay.  You don't recall that, sitting here

24   now, whether or not there was a general sale of

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019                    258

```
 1     CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

 2

 3          I, M. Allred, RPR, CSR(A), the officer

 4   before whom the foregoing deposition was taken, do

 5   hereby certify that the aforementioned witness was

 6   first duly sworn by the Consular Officer to testify

 7   the whole truth; that the foregoing transcript is a

 8   true and correct record of the testimony given;

 9   that said testimony was taken by me

10   stenographically and thereafter reduced to

11   typewriting under my direction; that reading and

12   signing was requested; and that I am neither

13   counsel for, related to, nor employed by any of the

14   parties to this case and have no interest,

15   financial or otherwise, in its outcome.

16

17   IN WITNESS WHEREOF, I have hereunto set my hand

18   this 14th day of November, 2019.

19

20

21

22   _____

23   M. Allred, RPR, CSR(A)

24   My commission expires:  01/31/2020
```