# EXHIBIT C

Case: 1:14-cv-01437 Document #: 476-2 Filed: 03/12/20 Page 2 of 3 PageID #:8184
Case: 3:19-cv-00022-TTW-LRA Document 2-8 Filed: 01/10/19 Page 172 of 391
Case: 25CI1:14-cv-00071-TTG Document #: 185-1 Filed: 12/12/2017 Page 46 of 59

```
[Sun Jun 19 21:36:00 2011] Mark Karpelès: that's called coin tainting
[Sun Jun 19 21:36:22 2011] mtgox: but the people with the tainted coins can't know that you are doing this
[Sun Jun 19 21:36:50 2011] Mark Karpelès: nope, until they try to redeem those coins
[Sun Jun 19 21:38:22 2011] mtgox: I'm not certain this transaction is right though. I thought we realized they sent the whole balance at once when we looked at our bitcoind.
[Sun Jun 19 21:38:43 2011] mtgox: there was also 95k btc sent around to a bunch of addresses right after the theft
[Sun Jun 19 21:48:54 2011] mtgox: hmm do you have the old wallet or whatever has a record of sends?
[Sun Jun 19 21:59:39 2011] Mark Karpelès: most likely somewhere
[Mon Jun 20 03:18:08 2011] mtgox: Mark you really need to give me a way to wake you up
[Mon Jun 20 03:18:24 2011] mtgox: something terrible went on on the site
[Mon Jun 20 03:23:49 2011] Mark Karpelès: someone woke me up already
[Mon Jun 20 03:24:21 2011] mtgox: my account was compromised
[Mon Jun 20 03:24:28 2011] Mark Karpelès: uh?
[Mon Jun 20 03:24:32 2011] Mark Karpelès: how?
[Mon Jun 20 03:24:33 2011] mtgox: you need to rool back the whole thing
[Mon Jun 20 03:24:38 2011] mtgox: er roll
[Mon Jun 20 03:24:48 2011] mtgox: not sure but my totals are wrong now
[Mon Jun 20 03:25:02 2011] mtgox: I'm trying to see who did the big sell of
[Mon Jun 20 03:25:06 2011] mtgox: sell off
[Mon Jun 20 03:25:14 2011] mtgox: and I can't login
[Mon Jun 20 03:25:27 2011] Mark Karpelès: I stopped the system right now
[Mon Jun 20 03:25:29 2011] mtgox: maybe realted to all these threads in the forum about people's accounts being jacked?
[Mon Jun 20 03:26:00 2011] Mark Karpelès: for those I could confirm a *lot* of people related to bitcoins were hacked by a group known as LulzSec, and it seems it brought other groups in
[Mon Jun 20 03:26:12 2011] Mark Karpelès: recorded a lot of attacks on the IPs I use at the office too
[Mon Jun 20 03:27:33 2011] mtgox: I'm trying to do: select * from Activity where userid=1 order by date desc;
[Mon Jun 20 03:27:51 2011] mtgox: but the phpadmin isn't working
[Mon Jun 20 03:28:17 2011] Mark Karpelès: yep, put apache offline
[Mon Jun 20 03:28:24 2011] mtgox: oh ok
[Mon Jun 20 03:28:45 2011] Mark Karpelès: you've been sending btcs to someone
[Mon Jun 20 03:28:53 2011] mtgox: well can you see what account tanked it to .1?
[Mon Jun 20 03:29:00 2011] mtgox: more than $1000 worth?
[Mon Jun 20 03:29:51 2011] Mark Karpelès: seems like yours
[Mon Jun 20 03:30:06 2011] mtgox: that is what I thought
[Mon Jun 20 03:30:33 2011] mtgox: so how were they able to send away more than $1000 worth of my coins?
[Mon Jun 20 03:31:37 2011] Mark Karpelès: 201.191.114.167 <- you know this ip ?
[Mon Jun 20 03:31:48 2011] Mark Karpelès: [2011/06/19 05:24:20] UPDATE Users set LastLogIP='201.191.114.167', `LastLogDate` = NOW() where userID='1'
[Mon Jun 20 03:31:51 2011] Mark Karpelès: we got proper login from there
[Mon Jun 20 03:32:17 2011] mtgox: probably mine
[Mon Jun 20 03:32:31 2011] Mark Karpelès: then what about 125.214.251.194 ?
[Mon Jun 20 03:33:30 2011] mtgox: not me
[Mon Jun 20 03:34:48 2011] mtgox: I put in code there before to roll back trades. I think you should roll back to before this happened. It screwed the whole orderbook
[Mon Jun 20 03:35:05 2011] Mark Karpelès: your code to rollback trades is not working properly
[Mon Jun 20 03:35:09 2011] Mark Karpelès: it doesn't roll back the fees
[Mon Jun 20 03:35:25 2011] mtgox: yeah probably not anymore but shouldn't be hard to fix
[Mon Jun 20 03:35:29 2011] Mark Karpelès: yep
[Mon Jun 20 03:35:35 2011] Mark Karpelès: I'll need something to rollback automatically anyawy
[Mon Jun 20 03:35:49 2011] Mark Karpelès: any idea how your password could have been compromised ?
[Mon Jun 20 03:35:50 2011] mtgox: yeah. a lot of trades :)
[Mon Jun 20 03:36:04 2011] mtgox: none. this is the only place I use it
[Mon Jun 20 03:36:18 2011] mtgox: Don't you think it is the same attack reported in the forum?
[Mon Jun 20 03:36:33 2011] Mark Karpelès: it has been fixed since then
[Mon Jun 20 03:37:15 2011] mtgox: I didn't really read it. Was it something where they would have my password to use at a later date?
[Mon Jun 20 03:37:37 2011] Mark Karpelès: no
[Mon Jun 20 03:37:45 2011] Mark Karpelès: was something about changing the email or the password associated with your account
[Mon Jun 20 03:38:03 2011] Mark Karpelès: mh
[Mon Jun 20 03:38:10 2011] Mark Karpelès: looks like your email was changed ?
[Mon Jun 20 03:38:19 2011] mtgox: Did this 125. IP actually login normally?
[Mon Jun 20 03:38:25 2011] mtgox: I didn't change it
[Mon Jun 20 03:38:57 2011] Mark Karpelès: I'm not sure he logged in before or after your email got changed
[Mon Jun 20 03:39:15 2011] Mark Karpelès: did you browse somewhere after logging in to mtgox without logging out ?
[Mon Jun 20 03:40:05 2011] mtgox: yeah I'm sure. But I can't imagine what site would have done it that I browse to
```

Case: 1:14-cv-01437 Document #: 476-2 Filed: 03/12/20 Page 3 of 3 PageID #:8185
Case: 3:19-cv-00022-PPW-LRA Document 2-8 Filed: 01/10/19 Page 173 of 391
Case: 25CI1:14-cv-00071-TTG   Document #: 185-1   Filed: 12/12/2017   Page 48 of 59

```
[Mon Jun 20 05:14:10 2011]  mtgox:  I run that query all the time
[Mon Jun 20 05:15:48 2011]  Mark Karpelès:  yep
[Mon Jun 20 05:23:02 2011]  mtgox:  ok whew. I was almost freaking out that they got my coins. but they didn't. It just took a really like time to get a confirmation and you apparently can't run two clients at once behind a router
[Mon Jun 20 05:25:35 2011]  mtgox:  you should probably clear standing orders when the site goes back up. at least the buys
[Mon Jun 20 05:35:19 2011]  mtgox:  do you know how much was withdrawn by random people after the crash?
[Mon Jun 20 05:35:56 2011]  Mark Karpelès:  not too much, since the bitcoin balance on the bitcoind is still high
[Mon Jun 20 05:40:55 2011]  mtgox:  Can I make some PR posts in the forums? Mtgox still has all the BTC/Cash etc. everyone calmdown
[Mon Jun 20 05:41:16 2011]  Mark Karpelès:  yes, please
[Mon Jun 20 05:41:19 2011]  Mark Karpelès:  any help is welcome on that
[Mon Jun 20 06:05:23 2011]  Mark Karpelès:  can you confirm that on may 12th you exported the "Users" table ?
[Mon Jun 20 06:05:44 2011]  Mark Karpelès:  12/May/2011:16:30:15 +0000
[Mon Jun 20 06:06:14 2011]  mtgox:  the whole table?
[Mon Jun 20 06:06:18 2011]  Mark Karpelès:  yes
[Mon Jun 20 06:06:56 2011]  mtgox:  I can't imagine that I did that
[Mon Jun 20 06:07:07 2011]  mtgox:  I think I was in nyc at that time
[Mon Jun 20 06:07:22 2011]  Mark Karpelès:  got a log with user name "mtgox.jed"
[Mon Jun 20 06:07:32 2011]  mtgox:  I've exported my account history
[Mon Jun 20 06:08:09 2011]  Mark Karpelès:  /app/webroot/_phpmyadmin_gox_mt/tbl_export.php?db=db_mtgox-com1&table=Users&token=7d575e7629a420184ce70dbd75beac40&single_table=true
[Mon Jun 20 06:10:50 2011]  mtgox:  Hello everyone, MagicalTux is busy getting everything back in order on mtgox so he asked me to post here and answer any questions people have.

First, only a small amount of BTC was stolen. MtGox will refund the stolen BTC to the compromised user.

[color=blue][b]Everyone's bitcoins are safe on the site. We still are holding all the coins safely in reserve. The vast majority of the coins are stored offline so they are impossible to compromise.[/b][/color]

He understands the rollback won't be popular with people who were able to pick up coins for .10 or whatever but none of those trades were legitimate so mtgox has a legal obligation to reverse the trades.

I'm sure when you think about it you don't actually want to buy stolen coins and take advantage of the situation.

Things have been very hectic with mtgox since MagicalTux took over. He has simultaneously been trying to fend off persistent ddos attacks, hire more staff, deal with the huge increase in users, improve the code to support the much larger trade volume, ensure regulatory compliance and deal with various security issues. Obviously things haven't gone as smoothly as we would like but we can see the light at the end of the tunnel with more people being hired and the backend changes done. MtGox will hopefully be able to regain your trust in the coming weeks.

The site should be up again shortly. I'm asking him to clear all the standing orders.

Please post any questions you have here and I'll do my best to answer.
[Mon Jun 20 06:11:41 2011]  Mark Karpelès:  sounds good
[Mon Jun 20 06:12:04 2011]  mtgox:  why was 500k BTC sold? I didn't have that much
[Mon Jun 20 06:12:57 2011]  Mark Karpelès:  nope, they used the admin page to boost some accounts
[Mon Jun 20 06:13:05 2011]  mtgox:  k I thought that
[Mon Jun 20 06:13:29 2011]  Mark Karpelès:  https://britcoin.co.uk/?page= <- fud starts
[Mon Jun 20 06:14:36 2011]  mtgox:  Yeah I wonder if it is worthwhile to post a screen shot of the balance. I can't tell if that would be bad since it is so high
[Mon Jun 20 06:15:11 2011]  Mark Karpelès:  I could do something, like announce a huge move and actually do it
[Mon Jun 20 06:15:15 2011]  Mark Karpelès:  that would be hard proof
[Mon Jun 20 06:15:18 2011]  Mark Karpelès:  but a but show off
[Mon Jun 20 06:15:46 2011]  mtgox:  didn't you just consolidate all coins to one address?
[Mon Jun 20 06:15:52 2011]  mtgox:  was that actually you?
[Mon Jun 20 06:16:10 2011]  Mark Karpelès:  when ?
[Mon Jun 20 06:16:48 2011]  mtgox:  maybe a few days ago? 400k or so
[Mon Jun 20 06:17:00 2011]  Mark Karpelès:  that could be part of the auto scrambling
[Mon Jun 20 06:17:11 2011]  mtgox:  all went to one address
[Mon Jun 20 06:17:32 2011]  Mark Karpelès:  oh, you mean the 432109.87654321 ?
[Mon Jun 20 06:17:42 2011]  mtgox:  I guess
[Mon Jun 20 06:17:54 2011]  mtgox:  there was a bunch of forum conjecture
[Mon Jun 20 06:18:11 2011]  Mark Karpelès:  yep, needed people to talk about something else
[Mon Jun 20 06:18:18 2011]  Mark Karpelès:  than recent news exposure
[Mon Jun 20 06:18:47 2011]  mtgox:  heh. well if it is still there I can just point to it
[Mon Jun 20 06:20:57 2011]  mtgox:  from the post: How will resetting of passwords be arranged?
[Mon Jun 20 06:21:31 2011]  Mark Karpelès:  the easiest I see so far: disable all passwords, let people with email reset to their email
[Mon Jun 20 06:21:47 2011]  mtgox:  so if they don't have an email?
[Mon Jun 20 06:22:13 2011]  Mark Karpelès:  if they don't, they'll need to go in manually, proving their identity by showing proof linked to deposits or withdraws
```