# EXHIBIT B

**Brennan, Bevin**

| | |
|---|---|
| **From:** | Ben Thomassen <bthomassen@edelson.com> |
| **Sent:** | Wednesday, February 12, 2020 4:54 PM |
| **To:** | Brennan, Bevin |
| **Cc:** | Schmidt, Matthew; Aaron Lawson |
| **Subject:** | Re: Greene v. Karpeles |

We received the emails in Ex. A on Nov. 22, 2019.

I certainly understand your reservation of rights, but do want to reiterate that we are not planning on utilizing those emails at all (and certainly not in connection with the pending motions). Rather, any citations to emails from Jed will come from the documents that were produced to you prior to Karpeles's deposition. So, at this point, I'm not sure there's anything to gain by a cross comparison between Ex. A and Greene's production. If you want clarification of that by phone I'm happy to discuss.

Also, on the AEO designation issue, McCaleb's attorney said that he would need to do an email-by-email review for the emails in Exhibit A on which Karpeles was not copied.

Thanks,
Ben

On Wed, Feb 12, 2020 at 3:37 PM Brennan, Bevin <bbrennan@pedersenhoupt.com> wrote:

Obviously the failure to produce responsive documents is a problem. When did you receive the documents attached as Exhibit A? I have not done a comparison of the new production with the old to see what was previously produced. We reserve all of our rights to object to and seek any other related relief for an untimely production (in addition to the other objections to Mr. McCaleb's declaration).

-- Bevin



Pedersen & Houpt

Bevin Brennan
Attorney at Law
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
312-261-2186
bbrennan@pedersenhoupt.com

1

**From:** Ben Thomassen [mailto:bthomassen@edelson.com]
**Sent:** Wednesday, February 12, 2020 3:17 PM
**To:** Brennan, Bevin
**Cc:** Schmidt, Matthew; Aaron Lawson
**Subject:** Re: Greene v. Karpeles

Bevin:

I looked back over our correspondence and production and it looks like Exhibit A may not have been produced to you previously. If that's the case it is obviously our fault -- I was under the impression that the file had been produced. But hopefully the oversight won't matter. First, as you may have noticed, many of the emails in that file overlap with what was produced to you from the *Raggio* docket, (GREENE_000021-2312), including Exhibits D through G, which you ask about below. (Exhibit A was included in the declaration just to make the authentication process easier for Mr. McCaleb.) Second, we do not plan on relying on any of the documents in Exhibit A that do not overlap with the *Raggio* files, which were produced to you in October. And third, as you note, Karpeles was copied on most if not all of the emails anyway, so we assume their contents are not surprising to you.

As for the disclosure question, because Karpeles was a recipient on most if not all of the emails, ¶ 9 of the protective order allows him to view the documents even with the AEO designations. But to be safe, I am happy to follow up with McCaleb's attorneys to see if they have any objections in the event Karpeles is not copied on some of the emails in Exhibit A. I'll follow up with you once I hear back.

On an unrelated note, I should get you the dismissal stipulation we discussed either today or tomorrow. Apologies for the hold up on that.

Ben

On Wed, Feb 12, 2020 at 2:14 PM Brennan, Bevin <bbrennan@pedersenhoupt.com> wrote:

We are able to access the document.

1. Have the following been produced to us previously:

   Ex. A: MCCALEB 1-2322

2

Ex. D:   E-mails from another court filing

Ex. E:   E-mails from another court filing

Ex. F:   E-mails from another court filing

Ex. G:   E-mails from another court filing.

I don't see bates labels for these that appear to apply to Greene's or Motto's productions, or another connection to this case.

2.    Most of the documents are marked Attorneys' Eyes Only. Mark is on most (if not all) of them. Please confirm that you agree that he is allowed to view these documents pursuant to Section 8(a) of the Protective order in this case.

-- Bevin

# Pedersen
Pedersen & Houpt

Bevin Brennan
Attorney at Law
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
312-261-2186
bbrennan@pedersenhoupt.com


**From:** Ben Thomassen [mailto:bthomassen@edelson.com]
**Sent:** Tuesday, February 11, 2020 10:00 PM
**To:** Brennan, Bevin; Schmidt, Matthew
**Cc:** Aaron Lawson
**Subject:** Greene v. Karpeles

3

Counsel:

We are sharing the declaration we received from Mr. McCaleb with you today via a box link. Please let me know if you don't receive it.

Thanks,

Ben

--

Ben Thomassen | Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
312.572.7208 (direct) | 312.589.6370 (firm) | 312.589.6378 (fax)
bthomassen@edelson.com | www.edelson.com

@EdelsonPC    Edelson-PC    EdelsonLaw

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

------------

Information contained in this e-mail transmission is privileged and confidential. If you are not the intended recipient, do not read, distribute or reproduce this transmission (including any attachments). If you have received this e-mail in error, please notify the sender by e-mail reply.

------------

4

<mark>--</mark>

Ben Thomassen | Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
312.572.7208 (direct) | 312.589.6370 (firm) | 312.589.6378 (fax)
bthomassen@edelson.com | www.edelson.com

@EdelsonPC     Edelson-PC     EdelsonLaw

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

-----------

Information contained in this e-mail transmission is privileged and confidential. If you are not the intended recipient, do not read, distribute or reproduce this transmission (including any attachments). If you have received this e-mail in error, please notify the sender by e-mail reply.

-----------

--

Ben Thomassen | Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
312.572.7208 (direct) | 312.589.6370 (firm) | 312.589.6378 (fax)
bthomassen@edelson.com | www.edelson.com

@EdelsonPC     Edelson-PC     EdelsonLaw

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.