**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Gregory Greene, et al.
                              Plaintiff,

v.                                                       Case No.: 1:14−cv−01437
                                                            Honorable Gary Feinerman

MtGox Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 16, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Oral argument held on Defendant's summary judgment motion [452] and motion to strike [457]. The Court will rule by mail on pending motions. Status hearing set for 5/19/2020 at 9:00 a.m. The deadline for Defendant to depose Plaintiff's disclosed expert Carol R. Goforth will be re−set at a later date.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.