## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Gregory Greene, et al.

                          Plaintiff,

v.                                         Case No.: 1:14–cv–01437
                                                        Honorable Gary Feinerman

MtGox Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 18, 2020:

      MINUTE entry before the Honorable Gary Feinerman:The parties have sought guidance from Chambers regarding the class certification briefing schedule and the remaining expert disclosure/deposition schedule. The class certification briefing schedule [451] is vacated. In the court's view, the best approach is to ask the parties for an expert and class certification schedule that works best for them in light of the COVID–19 situation. The parties shall file a joint status report by 5/27/2020 setting for a jointly proposed schedule or, if they disagree, competing proposals. For purposes of this exercise, the parties should expect that Defendant's summary judgment motion [452] will be denied and that Defendant's motion to strike [457] will be denied without prejudice.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.