UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | Case No. 14-cv-01437 |
| Plaintiff, | Hon. Gary Feinerman |
| v. | Magistrate Judge Susan Cox |
| MARK KARPELES, an individual, | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 18, 2020 Order [Dkt. No. 485], Plaintiff Gregory Greene and Defendant Mark Karpeles hereby jointly propose the following amended schedule for expert discovery and class certification, which follows the sequencing of deadlines previously entered by the Court [Dkt. Nos. 432, 451]:

| Activity | New Proposed Date for Completion |
|---|---|
| Plaintiff's Expert Deposition | 7/8/20 |
| Defendant's Expert Disclosure(s) Pursuant to Fed. R. Civ. P. 26(a)(2) | 8/21/20 |
| Defendant's Expert Deposition(s) | 10/2/20 |
| Plaintiff's Opening Brief in Support of Motion for Class Certification | 10/30/20 |
| Defendant's Response to Plaintiff's Opening Brief in Support of Motion for Class Certification | 12/2/20 |
| Plaintiff's Reply in Support of Motion for Class Certification | 12/16/20 |

Respectfully submitted,

DATED: May 27, 2020          EDELSON PC

By: /s/ Benjamin S. Thomassen
      One of Plaintiffs' Attorneys

Benjamin S. Thomassen
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
bthomassen@edelson.com

J. Aaron Lawson
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9495
alawson@edelson.com

*Counsel for Gregory Greene and the putative class*

DATED: May 27, 2020               PEDERSEN & HOUPT

By: /s/ Bevin Brennan
      One of Defendant's Attorneys

Bevin M. Brennan
Matthew J. Schmidt
Pedersen & Houpt
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com

*Counsel for Mark Karpeles*