# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Gregory Greene, et al.

                         Plaintiff,

v.                                              Case No.: 1:14–cv–01437

                                                Honorable Gary Feinerman

MtGox Inc., et al.

                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2020:

        MINUTE entry before the Honorable Gary Feinerman: By agreement [487], the schedule is amended as follows. Plaintiff's expert shall be deposed by 7/8/2020. Defendant's Rule 26(a)(2) disclosures shall be served by 8/21/2020. Defendant 9;s expert(s) shall be deposed by 10/2/2020. Plaintiff's class certification motion shall be filed by 10/30/2020; Defendant's response due by 12/2/2020; reply due by 12/16/2020. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.