**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> MARK KARPELES, an individual, </br></br> Defendant. | Case No. 14-cv-01437 </br></br> Hon. Gary Feinerman </br></br> Magistrate Judge Susan Cox |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Thursday, June 25, 2020** at **9:15 a.m.,** or as soon thereafter as counsel may be heard, counsel for Defendant Mark Karpeles will appear before the Honorable Gary Feinerman or any judge sitting in his stead, in Courtroom 2141 of the United States District Court for the Northern District of Illinois, to present the **DEFENDANT MARK KARPELES' MOTION TO CERTIFY ORDERS FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, which was filed via the Court's electronic case management system on June 22, 2020.

Dated: June 22, 2020

Respectfully submitted,

MARK KARPELES

By: _/s/ Bevin Brennan_
One of his Attorneys

Bevin Brennan
Matthew Schmidt
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com

*Attorneys for Defendant Mark Karpeles*