UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Gregory Greene, et al.
                              Plaintiff,

v.                                               Case No.: 1:14−cv−01437
                                                     Honorable Gary Feinerman

MtGox Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 23, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Motion for certificate of appealability [491] is entered and continued. Plaintiff shall respond to the motion by 7/15/2020; Defendant shall reply by 7/27/2020. Telephonic hearing on motion for certificate of appealability set for 6/25/2020 [492] is stricken and re−set for 8/6/2020 at 9:30 a.m. The telephonic status hearing set for 6/25/2020 [484] is stricken and re−set for 8/6/2020 at 9:30 a.m. The call−in number is 877−336−1828 and the access code is 4082461. Counsel of record will receive an email prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.