# EXHIBIT B



COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS





NAEGELI
DEPOSITION & TRIAL



(800) 528-3335

NAEGELIUSA.COM

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GREGORY GREENE, individually
and on behalf of all others
similarly situated,

       Plaintiff,

vs.                  Case No. 14-CV-01437

MARK KARPELES, an individual,

       Defendants.

_____

**REMOTE DEPOSITION BY VIDEOCONFERENCE OF**

**CAROL R. GOFORTH**

**TAKEN ON**
**TUESDAY, JULY 7, 2020**
**9:26 A.M.**

**GOFORTH RESIDENCE**
**562 NORTH CEDAR RIDGE LANE**
**FAYETTEVILLE, ARKANSAS 72704**

1                            **APPEARANCES**

2

3    **APPEARING ON BEHALF OF THE PLAINTIFF CAROL GOFORTH VIA**

4    **VIDEOCONFERENCE:**

5    BENJAMIN S. THOMASSEN, ESQUIRE

6    **EDELSON, P.C.**

7    350 NORTH LASALLE STREET, 14TH FLOOR

8    CHICAGO, ILLINOIS  60654

9    (312) 589-6370

10   (312) 589-6378 Fax

11   bthomassen@edelson.com

12

13   **APPEARING ON BEHALF OF THE DEFENDANT VIA**

14   BEVIN BRENNAN, ESQUIRE

15   **PEDERSEN & HOUPT**

16   161 NORTH CLARK STREET, SUITE 2700

17   CHICAGO, ILLINOIS 60601

18   (312) 641-6888

19   (312) 641-6895 Fax

20

21   **ALSO PRESENT:**

22   Tom Hazelhurst, Naegeli Zoom Technician

23   Roseanne Leverich, Zoom Technician

24

25

EXAMINATION INDEX

                                                        Page


EXAMINATION BY MS. BRENNAN                                 6


EXAMINATION BY MR. THOMASSEN                             171


FURTHER EXAMINATION BY MS. BRENNAN                       176

1  being at my home, if someone comes to the door, my

2  dogs are going crazy, I will let you know that I

3  need to step away.  I don't want to try to answer

4  while I'm distracted.

5      Q.   That's fine.  Again, you know, we

6  understand that this is a little bit of a different

7  situation than normal, and, obviously we're going to

8  accommodate real life events, so that's not a

9  problem.

10     A.   Thank you.

11     Q.   Okay. Okay.

12         Professor Goforth, I'm going to start

13  asking you a little bit about your background. Your

14  undergraduate degree was in psychology; is that

15  right?

16     A.   Yes.

17     Q.   Okay.  But that's not your area of

18  expertise, correct?

19     A.   Correct.

20     Q.   Currently.  And you're not claiming any

21  expertise in psychology as the basis for your

22  opinions in this case, are you?

23     A.   No.

24     Q.   You've been a law professor at the

25  University of Arkansas since 1993; is that correct?

1        A.    It's not a binary choice.  I look at the

2   way regulators react to reported incidents of fraud.

3   I look to the way customers, consumers, advocates

4   react to it.

5             I look at the type of behaviors that those

6   engaged in the fraud have been involved in.    I

7   don't take a side.

8        Q.    Okay.  Have you done any studies into how

9   customers react to fraud?

10       A.    No.

11       Q.    Have you done any studies of particular

12  people who are the perpetrators of the fraud?

13       A.    None of my research focuses on

14  individuals. It's a group patterns that I look at

15  information about.

16            (Whereupon, Exhibit A was identified for

17  the record.)

18       Q.    If I could ask you to pull up from that

19  pile. Exhibit A, what should be a copy of your

20  report?

21       A.    Yes.  Excuse me.  I have Exhibit A in

22  front of me now.

23       Q.    Okay.  You see that you were retained, if

24  you look at that first paragraph, as an expert in

25  the regulation of cryptoassets, transactions and

1   businesses, correct?

2        A.   Yes.

3        Q.   When did you start your scholarship into

4   that area?

5        A.   What do you mean by "start" my

6   scholarship?

7        Q.   Sure.  When did you start looking into or

8   start doing research with respect to cryptoassets or

9   crypto transactions?

10       A.   Particularly with regard to crypto that

11   would have been in 2018?

12       Q.   Were there any regulations of crypto

13   transactions in 2013?

14       A.   I should probably clarify.  My area of

15   expertise is the U.S. law, and actually there were

16   lots of regulations, we just didn't know how the

17   agencies were going to apply them to crypto. So the

18   answer is, yes, there were lots of regulations.

19       Q.   And were those regulations, just general

20   SEC-type regulations, or were there particular

21   regulations specifically designed with

22   cryptocurrency in mind?

23       A.   Other than at the state level, we still

24   don't have specific regulations targeted to crypto,

25   our agencies are working with the regulations,

1  exactly the same regulations that were in place in

2  2013.

3      Q.   Were there any state level regulations

4  specific to cryptocurrency in 2013?

5      A.   I don't know.

6      Q.   And same question, do you know of any

7  state level crypto transaction or cryptocurrency

8  regulations at the state level in 2014?

9      A.   I don't know the dates of when some of

10 this specific state regulations were first put in

11 place.  I don't claim to be an expert at the

12 individual state level.

13     Q.   And in your actual report, you don't cite

14 to any particular regulations as a basis for any of

15 your opinions, correct?

16     A.   That is correct.

17     Q.   So as we get into your report, is it fair

18 to say that your report does not rely on any

19 regulations that were in place in 2013 or 2014?

20     A.   Not exactly.

21     Q.   Why not?

22     A.   In the course of my 30 years of teaching

23 and working with securities laws and securities

24 regulation and the regulation of conventional

25 securities exchanges, the patterns of regulations

1   that have developed respond to patterns of fraud and

2   patterns of behavior by Main Street investors --

3   that is just ordinary folks -- and the need to

4   protect them sometimes from their own ignorance and

5   their own foolishness.  And they need to react to

6   the kinds of fraud that conventionally happen.

7           Those regulations are underlying my

8   understanding of what happens when you have an

9   unregulated or an environment that is perceived as

10  being unregulated, even if the regulations are in

11  existence.

12          So it's not completely accurate to say

13  that I'm not relying on the existence of any

14  regulation that is in the background of my mind.

15      Q.  **What particular regulations are in the**

16  **background of your mind when you formed your**

17  **opinions in this case?**

18      A.  It's not particular regulations.  It is

19  the general way in which margin trading and custody

20  rules and similar requirements that have long been

21  in place or regulated exchanges either under the

22  Commodities Exchange Act, and the CFTC rules, or

23  under the Securities Exchange Act, and its rules.

24          So it's just the general patterns of the

25  way in which regulatory agencies have said, if

1  you're going to engage in exchanging these

2  commodities or securities, these are minimum

3  standards of behavior. And it's not specific rules

4  that I was thinking about. It's the general context.

5       Q.   What particular standard from that context

6  applied to your opinions in this case?

7       A.   Could you rephrase that?  I'm not --

8  again, not entirely sure what you're asking.

9       Q.   Sure.

10           You testified that there are certain

11  standards that apply based on sort of a general

12  understanding of regulations for exchanges?

13       A.   Correct.

14       Q.   Okay, what types of standards are you

15  talking about?

16       A.   The custody rules.

17       Q.   How do they apply to this report?

18       A.   Okay, well, I'm going to take custody

19  rules as an example.

20           Custody rules require if you're operating

21  a regulated exchange, when you take an asset of your

22  clients, a client of the exchange, and you are

23  waiting for your client to tell you what to do with

24  that asset, you will maintain that asset safely as a

25  fiduciary, and that is understood as the way an

1    should be treated, right?

2        A.    Yes.

3        Q.    None of your research involves surveying

4    actual bitcoin buyers or sellers for what is

5    important to them, right?

6        A.    Correct.

7        Q.    And you've never worked for a crypto

8    currency exchange, right?

9        A.    I have recently been contacted by one to

10   serve as they're on their board of advisors. But

11   that is a position that has not yet started.

12       Q.    Can you tell me who that is or is that

13   confidential?

14       A.    I'm sorry at this point, I'd have to ask

15   them if I could tell you.

16       Q.    When were you asked to do that?

17       A.    About two weeks ago.

18       Q.    Okay.  So that's brand new?

19       A.    It's brand new.

20       Q.    I think you already pointed out, but

21   you've never run a crypto currency exchange

22   yourself, right?

23       A.    Never.

24       Q.    If I could ask you to go back to your

25   report -- and we'll obviously be looking at the

1        Q.    Apologies.

2              Okay.  So let's start with the first entry

3    on that list, the Ledger website.  Have you used the

4    Ledger website before in any of your prior research?

5        A.    I don't know.

6        Q.    Do you know who wrote this article?

7        A.    No.

8        Q.    Do you know if this website is peer

9    reviewed?

10        A.    I would be very surprised if it was.

11        Q.    Do you know if this is the source that

12    experts in cryptocurrency look to?

13        A.    I looked to it.

14        Q.    Do you know if it's generally looked at by

15    researchers in the cryptocurrency field?

16        A.    I don't know.

17        Q.    All right.  Let's go to the next one,

18    which is an article by Andrew Norry on Blockonomi.

19    Have you used Blockonomi in any of your prior work?

20        A.    Yes.

21        Q.    Okay.  Which work is that?

22        A.    I am sure I have cited -- it's cited

23    multiple times in footnotes in my student work, and

24    in different articles.  It is just a -- it is a

25    website that collects and reports stories of

1  interest in crypto. It's like a newspaper, an online

2  newspaper for crypto.

3      Q.   Do you know Andrew Norry?

4      A.   No, I do not.

5      Q.   Okay.  I'd like to take a look at Exhibit

6  F in the stack that the notary dropped off.

7      A.   Repeat the letter, please.

8      Q.   Sure.  "F" as in France.

9           It should be this -- it should be this

10 article.

11     A.   Yes, I have it now.

12     Q.   Okay.  And, you know, for ease -- I know

13 it's going to make the transcript a little messy,

14 but just because of how we're referring to it when I

15 ask questions, I'm going to keep the same lettering

16 so that, you know, I'm not now changing this to B

17 and we've talked about F.  I think it'll just be

18 cleaner that way.

19           So if we can call this Exhibit F.

20           (Whereupon, Exhibit F was marked for

21 identification.)

22     Q.   If I could ask you to look at page -- give

23 me one second here.  They printed this out and

24 changed my page numbers, so give me one second.

25           Okay.  If I could ask you to look at --

1  to?

2      A.    A knowing and intentional statement

3  designed to mislead.

4      **Q.    And is that from the law or some other**

5  **basis?**

6      A.    My opinion -- my professional opinion was

7  -- that I rendered in this case was not that he

8  defrauded. It was that he intentionally made

9  statements designed to get people to do something

10  that no rational person would have done, that that

11  was intentionally misleading.  I have a professional

12  opinion on that.

13      **Q.    And that's based on --**

14      A.    -- that's what I was hired to give in this

15  case.  I'm not sure that that's what's in my

16  Declaration, but I do have an expert -- what I

17  believe to be an expert opinion on that.

18      **Q.    All right.  Let's go back to your list of**

19  **sources, Exhibit B to your Declaration.**

20      A.    Yes.

21      **Q.    Okay.  And the next one down is an article**

22  **by Matthew Beedham.**

23      A.    Yes.

24      **Q.    On NextWeb.**

25      A.    Yes.

1    Q.    Have you used the NextWeb site in your

2    professional research before this case?

3    A.    Other than for background information, I

4    don't believe so.

5    Q.    Do you know Mr. Beedham?

6    A.    No, I do not.

7    Q.    Do you know anything about Mr. Beedham,

8    even if you don't know him personally?

9    A.    No, I do not.

10    Q.    Is he somebody that you would look to as

11    an expert in the field of cryptocurrency?

12    A.    I would not seek him out as an expert, no.

13    Q.    Let's go to the next one, which is an

14    article on CoinTelegraph by a Darryn, D-a-r-r-y-n,

15    Pollock, P-o-l-l-o-c-k.

16    Have you used the CoinTelegraph website in

17    any of your prior work?

18    A.    Yes.

19    Q.    Okay.  And what work was that?

20    A.    I think I have cited various articles from

21    CoinTelegraph in virtually everything I have

22    written. Perhaps not the perhaps not the

23    "airdropped" article, but in virtually everything

24    else.

25    Q.    Okay.  What type of a website -- like

1   **equivalent -- before you were saying Blockonomi**

2   **aggregates other articles or whatnot, what is the**

3   **position of CoinTelegraph that you go to it for?**

4        A.   It is -- specifically, it is a site that

5   collects and pays for and disseminates articles on

6   important issues relating to crypto and blockchain.

7   So they have a staff of reporters.  They do repeat

8   articles and digests from other sources as well, but

9   it is designed to be a specific source of updated

10  news and information about crypto.  And it is like a

11  crypto -- an online crypto news source, like, CNN

12  online, except just for crypto.

13       Q.   Okay.  Are you familiar with Mr. Pollock

14  or his work?

15       A.   I have seen multiple articles by him.

16       Q.   Okay.  Do you know him personally?

17       A.   No, I do not.

18       Q.   Do you know what his background or

19  credentials are?

20       A.   No, I do not.

21       Q.   Okay.  The next article is an article from

22  Forbes by a David Floyd.

23       A.   Yes.

24       Q.   And Forbes is just the standard business

25  publication, Forbes?

1        A.   The online version, yes.

2        **Q.   It's not specific to cryptocurrency,**

3   **correct?**

4        A.   Correct.

5        **Q.   Okay.  Did you look to Forbes in any of**

6   **your work before this engagement?**

7        A.   Yes.  I've cited articles that have

8   appeared in Forbes in multiple articles, and in the

9   book, but I can't tell you exactly which ones.

10       **Q.   Are you familiar with Mr. Floyd?**

11       A.   I'm sorry.  No.

12       **Q.   Do you know if Mr. Floyd is a specialist**

13   **in cryptocurrency journalism?**

14       A.   I do not know.

15           (Whereupon, Exhibit J was identified for

16   the record.)

17       **Q.   If you could look at that one.  It should**

18   **be Exhibit J in your pile.  Do you have that article**

19   **in front of you?**

20       A.   I do.

21       **Q.   Okay.  And on page 3, okay, the very first**

22   **paragraph in that article reads, quote, A term for**

23   **Mt. Gox's frequent interventions, and customers'**

24   **resulting inability to access their funds, began to**

25   **gain some currency: getting "Goxed."**

1    80 percent to 75, and eventually 70 percent.

2         And right before they had the huge event,

3    when they went off line before that led to

4    bankruptcy, there were already two other exchanges

5    that had surpassed Mt. Gox.  So it was happening.

6    They were in a gradual decline.  But keep in mind,

7    there was not a full disclosure to the public of

8    what was really happening. Karpeles was working very

9    hard at convincing folks they had minor problems,

10   minor hiccups, minor issues with this, and they were

11   adjusting, and fixing, and things were great.

12        Q.   Have you done any research of any

13   particular people who held their bitcoins or used

14   the Mt. Gox exchange about why they left their

15   bitcoins on the Mt. Gox exchange after numerous

16   hacks were disclosed?

17        A.   No.

18        Q.   Have you done any research into any

19   particular users of the Mt. Gox exchange about why

20   they ultimately decided to move their bitcoins from

21   the Mt. Gox exchange?

22        A.   Other than reading the message boards that

23   I've previously discussed and disclosed to you, no.

24        Q.   Okay.  Let's go back to your Declaration.

25   The next one is an article on BraveNewCoin by Luke

1  Parker. What's the BraveNewCoin website?

2  　　A.　　It is also a website that is geared

3  towards publicizing and encouraging the use of

4  crypto.

5  　　Q.　　Okay.  Do you know -- are you familiar

6  with Mr. Parker?

7  　　A.　　I don't know him or his credentials, no.

8  　　Q.　　Is he somebody who is known as a

9  cryptocurrency particular journalist?

10  　　A.　　Not to my knowledge.

11  　　Q.　　And then the next one is the Willy Report

12  and you pulled that from WillyReport.WordPress.com -

13  - and I'll leave off the rest of it; is that right?

14  　　A.　　Yes.

15  　　Q.　　Do you know who put this report together?

16  　　A.　　No.

17  　　Q.　　Before this engagement, had you heard of

18  the Willy Report?

19  　　A.　　I don't think so.

20  　　Q.　　How did you become aware of the Willy

21  Report, in this case?

22  　　A.　　When I was asked -- had a conversation

23  about the Gox Spot and the Willy Bot and just

24  researching to figure out what that was -- I mean, I

25  discovered it as part of that.

1  think they've made four different requests now, all

2  have been declined.

3       So they are a for-profit business that

4  encourages investment and is trying to set up a

5  different investment pool with an exchange-traded

6  bitcoin fund.

7       **Q.  Have you met either of the Winklevoss**

8  **twins before?**

9       A.  No, I've never met them.

10      **Q.  The next article is a wired Article by**

11  **Robert McMillan.  Do you see that?**

12      A.  Yes.

13      **Q.  Okay.  And do you know Mr. McMillan?**

14      **A.  I do not.**

15      **Q.  Okay.  And Wired is a more general**

16  **technology website, correct?**

17      **A.  Publication.  An online publication, yes.**

18      **Q.  Have you used this before in any of your**

19  **professional work?**

20      **A.  I've cited other articles from Wired.**

21      **Q.  Okay.  Do you know if Mr. McMillan is on**

22  **staff that Wired?**

23      **A.  I'm afraid I do not know.**

24      **Q.  And then the next one is another article**

25  **from Forbes, which we've talked about.  And do you**

1    be relevant to me.

2            I would be doing a search for a particular

3    topic and would find articles that were on that

4    site.

5        Q.    Okay.  And do you know Adrianne Jeffries?

6        A.    I do not.

7        Q.    Okay.  And then the -- we're almost done.

8    The next article is one from SiliconAngle by a Kyt,

9    K-y-t, Dotson, D-o-t-s-o-n.  What's the SiliconAngle

10   website?

11       A.    I am not sure.  It has at least some

12   articles on bitcoin, but I don't know if that's

13   their expertise or not.

14       Q.    Do you know Kyt Gopson?

15       A.    No, I don't.

16       Q.    And then the last one is a bitcoin forum,

17   and that's a message board, correct, on

18   BitcoinTalk.org?

19       A.    Yes.

20       Q.    And do you know any of the people

21   specifically who made comments on that message

22   board?

23       A.    Not that I recall, but I might.  Those are

24   posted pseudonymously, so I could, in fact, know

25   some of the people who posted, but I don't know that

1   young bitcoiners would care about wash trading?

2        A.   They wouldn't care about the label.  They

3   would care about the artificially inflated prices

4   because they also thought they were paying a fair

5   price for what they -- everybody buys something when

6   they think it's a fair price, almost everybody.

7        Q.   Have you done any specific research on

8   what the young -- if the young bitcoiners cared

9   about what you just said, if there was an

10  artificially inflated price?

11       A.   No.

12       Q.   Is there any academic literature on what

13  young bitcoiners cared about when purchasing, such

14  as wash trading?

15       A.   Not to my knowledge.

16       Q.   Okay.  Let's go through your expert

17  Declaration.

18       A.   Yes.

19       Q.   And we're now going to move on to page 4,

20  which -- I was looking at the first section, the

21  Rise of Bitcoin; the First Successful Cryptocurrency

22  --

23       A.   Yes.

24       Q.   -- which comprises paragraphs 11-15.  Is

25  it fair to say that this is just background

1  information about cryptocurrencies, and Bitcoin in

2  particular?

3       A.   Yes.

4       Q.   And this is information that you pulled

5  together from your research; is that right?

6       A.   Yes.

7       Q.   And the sources for this information are

8  various articles and publicly available information;

9  is that right?

10      A.   Yes.

11      Q.   Okay.  So then the next section, which

12  starts on page 5, has the heading Bitcoin Exchanges

13  and Mt. Gox.  Do you see that?

14      A.   Yes.

15      Q.   And this contains some historical

16  information about Mt. Gox and other exchanges,

17  correct?

18      A.   Yes.

19      Q.   Okay.  And the historical information with

20  -- with respect to Mt. Gox comes from your reading

21  of Mr. Karpeles' deposition, correct?

22      A.   In part, yes.

23      Q.   And then the other part is just from

24  public information, correct?

25      A.   Correct.

1      Q.    And you didn't determine any of these

2  things yourself, correct?

3      A.    Correct.

4      Q.    For instance, you've never conducted a

5  study, in paragraph 19, of whether or not Mt. Gox

6  facilitated upwards of 70 percent of all

7  transactions in 2013, have you?

8      A.    No.

9      Q.    Okay.  Then the next section, which starts

10  on the bottom of page 6, is entitled, Bitcoin

11  Businesses, Hacks and User Reactions.  Do you see

12  that?

13      A.    Yes.

14      Q.    In paragraph 20, this is information that

15  you obtained from Mr. Karpeles' deposition, correct?

16      A.    Everything after the first two sentences.

17  There was publicly available information about

18  Karpeles' agreement to buy and the appearance of

19  (inaudible).

20          And then the last sentence is the

21  information that is from his deposition.

22      Q.    Okay.  That information, when you say is

23  from public sources, those are the -- that came from

24  some of the -- some of the sources in the list that

25  we just went through that are attached to Exhibit B

1  to your report; is that right?

2      A.   Correct.

3      Q.   The next paragraph, paragraph 21, you

4  state, quote, Karpeles apparently made an

5  intentional decision not to disclose the 80,000 BTC

6  theft to the Mt. Gox community at that time.  Do you

7  see that?

8      A.   Yes.

9      Q.   And this is purely based on your reading

10 of Mr. Karpeles' deposition, correct?

11     A.   Yes.  Well, that and my knowledge gained

12 from publicly available information that there, in

13 fact, was no disclosure at that time.

14     Q.   But the only source for the portion that

15 says he made an intentional decision comes from his

16 deposition, correct?

17     A.   Correct.

18     Q.   I mean, you didn't apply any expertise to

19 that statement, did you?

20     A.   No.

21     Q.   And then I think what you just said was

22 you continue with, "I did not become aware of this

23 decision or the discussions between Karpeles and

24 McCaleb about whether to avoid disclosure of this

25 information until reading Karpeles' deposition,

1    correct?

2        A.    Correct.

3        Q.    And then paragraph 22, that comes from

4    public information about other exchanges that went

5    offline, correct?

6        A.    Correct.

7        Q.    Oh, excuse me -- that paragraph goes with

8    -- they're being created.

9        A.    Yes.  They did go --

10       Q.    I apologize.

11       A.    Yes.

12       Q.    Eventually, but not yet, not in paragraph

13   22.

14             Okay.  Then in paragraphs 23 to 25, you

15   discuss a hack on the Mt. Gox exchange that occurred

16   in June of 2011 that you call the "June 2011

17   incident," correct?

18       A.    Yes.

19       Q.    Now, that was fully disclosed in June of

20   2011, correct?

21             MR. THOMASSEN:  Object to form.

22       A.    I don't know if it was fully disclosed.

23       Q.    Was it disclosed in June of 2011?

24       A.    It there was a disclosure, yes.

25       Q.    Do you have any opinion on whether or not

1  **that disclosure was incorrect or incomplete in any**

2  **way?**

3      A.    I don't know if -- I don't know if there

4  was more information about what -- I don't know what

5  all was known at that time.  There was a disclosure

6  that repeated the facts of the hack.  In fact, I

7  think I talk about that in paragraph 25.

8      Q.    **Okay.  In the last two sentences of**

9  **paragraph 23, you state, the hacker -- hackers with**

10  **the s in paren, managed to credit their account with**

11  **a very large number of bitcoins, which they used to**

12  **trigger a plunge in the trading value of bitcoin.**

13  **Although the price self-corrected, the trader or**

14  **traders withdrew about 2,000 BTC at the artificially**

15  **reduced price. What's the source for those**

16  **sentences?**

17      A.    Publicly available information about what

18  appears to have happened at that time, that the way

19  in which this particular attack took place is that

20  there was an unauthorized account that falsely,

21  fakely credited itself with a large volume of

22  bitcoin, announced that sell order -- sell, sell,

23  sell, sell -- triggering the decline, and then those

24  weren't valid sell orders.  They didn't really

25  exist.  There were no bitcoin there being sold.  And

1  then there was, in fact, a very quick artificial

2  drop in price, which when they caught it, self-

3  corrected back to -- because the other sell orders

4  didn't go through.  They were fake.

5      Q.    Okay.  Is that just your recounting of

6  what others reported, or did you do any independent

7  investigation of whether or not that's what

8  happened?

9      A.    No, that is just my accounting of what was

10 reported by others.  I did no independent

11 investigation of the trading on Mt. Gox at that

12 time.

13      Q.    Have you done it since then?  Have you

14 done an independent analysis since then?

15      A.    No, I've have never done an analysis of

16 the trading that took place at that time on the Mt.

17 Gox Exchange.  So, I still have not.

18      Q.    Okay.  Let's move to paragraph 24, which

19 states, quote, The glitch in trading price was

20 immediately visible to the community because the

21 nature of the blockchain, is that it is open-source

22 and transparent (although the actual identity of

23 traders is hidden through the use of digital

24 signatures).

25          What's the source for that statement?

1      A.    My general knowledge of the way the

2  bitcoin works.

3      Q.    **How is "the glitch in trading price**

4  **immediately visible to the community?"**

5      A.    They will see what bitcoin is trading for

6  and they can see a record of the transactions.

7  Anybody who can access -- who can look at the

8  blockchain can see those transactions, can see what

9  the blockchain it is trading at.

10        I mean, here it's happily bumping along at

11  a certain price and then there's a market drop.  You

12  can tell that.  If you can't read the program or you

13  don't read, you don't ever access that, you would

14  see it on forums if you looked.

15        Now, people who don't ever look wouldn't

16  see. But it is available immediately.  It's not

17  immediately seen by everybody.  It's just there, if

18  you do look.

19      Q.    **Do you have any knowledge about what**

20  **percentage of bitcoin users in 2011 were looking at**

21  **the blockchain in that type of analysis that you**

22  **just described, as opposed to people who never**

23  **looked?**

24      A.    Only that I can tell that it was enough to

25  trigger public comment on it.  The percentage of

1  actual users I have no idea.

2     Q.    And then in the last sentence is, "in

3  order to address the June 11 incident, Mt. Gox went

4  offline for a short period of time," correct?

5     A.    Correct.

6     Q.    What's the importance to your ultimate

7  opinion in this case, of the paragraph 24, about the

8  June 11th incident?

9     A.    It is part of the history of the exchange

10  that I considered in figuring out patterns of

11  behavior and what was going on.

12     Q.    Did you look to see what Mt. Gox users did

13  in response to the June 2011 incident?

14     A.    Did I look to see what they did?

15     Q.    Right.

16     A.    They published articles about it.  I read

17  the articles.

18     Q.    I mean, people who were purchasers of

19  bitcoin, did you see what actions they took in the

20  market as a result of the disclosure of the June

21  2011 incident?

22     A.    The price self-corrected very quickly so

23  that the price rebounded back to virtually the same

24  level as before that artificial decline.

25     Q.    And you looked at the pricing history or

1    you got that from reports?

2        A.    The pricing history of - no, reports on

3    the pricing history.  I don't think I actually went

4    back and looked at the pricing history myself.  It

5    was reports on the pricing history.

6        Q.    Okay.  If we could move to paragraph 26,

7    you write, "Mt. Gox publicly responded by moving

8    424,242 BTC from 'cold storage' to a Mt. Gox address

9    in a trade announced in order to prove that the

10   exchange still had control over those coins."  Do

11   you see that sentence?

12       A.    Yes.

13       Q.    What's the source of that statement?

14       A.    Publicly available reports, and I'm afraid

15   I don't remember which ones.

16       Q.    What's "cold storage?"

17       A.    Cold storage is any time when you have a

18   wallet that holds your public key and your private

19   key, which is your security device, and you remove

20   it from connection to the Internet.

21            So if you have a hardware wallet and it's

22   plugged into the Internet, it's active, a hacker can

23   get to it.  You take that little piece, that

24   hardware, you unplug it and you put it somewhere,

25   nobody external can access it and hack it.  That's

1    cold storage.

2        Q.    And did you look at a Mt. Gox public

3    announcement from that time period about moving BTC

4    from cold storage to a Mt. Gox address?

5        A.    I may have.  I'm afraid I don't recall.

6        Q.    Did Mt. Gox ever publicly say that it made

7    this trade, "in order to prove that the exchange

8    still had control over those coins?"

9        A.    I don't know.  I don't know.

10        Q.    What's the basis for that statement?

11        A.    That might have been my assumption that

12    that's what they were doing, or it might have been

13    statements attributed to folks at Mt. Gox.    I no

14    longer recall exactly the source for that

15    information.

16        Q.    Is there anything I could show you that

17    would help you to remember where that came from?

18        A.    I don't know.

19        Q.    Okay, let's do the last sentence which

20    says -

21        A.    I don't know.

22        Q.    The last sentence in that paragraph reads,

23    quote, This occurred in Block 132749, creating the

24    appearance that Mt. Gox was stable and reliable when

25    other exchanges were not."

1          **What's the source for that statement?**

2      A.    I don't remember.

3      Q.    **What about the trade would create "the**

4  **appearance that Mt. Gox was stable and reliable when**

5  **other changes were not?"**

6      A.    400,000 classic bitcoin, that's a huge

7  volume.  They are proving that they still have this

8  much -- we're holding your assets.  We've got it

9  safe.  It's in cold storage.  Look here.  We can

10  prove we can move around.  We control it there.

11          Nobody is -- we're not vulnerable to

12  hacks. We're not vulnerable to losing our -- the

13  bitcoin that you give us is invulnerable.  It's in

14  cold storage. Nobody can access it.

15          It creates the appearance that there is so

16  much bitcoin there that this is the place to put

17  your bitcoin.  It's safe and secure.  We've got lots

18  to back you up.

19      Q.    **Is that reported anywhere?**

20      A.    You asked what my understanding -- I'm

21  sorry. I thought you asked what my understanding of

22  what that meant and why that would create the

23  appearance.

24      Q.    **I did ask that.  I did ask that.**

25          **I have a different question, which is, is**

1    that your own hypothesis?  Is that reported

2    somewhere? Where did that come from?

3         A.   That is my explanation of how it would

4    create the appearance.  That's my explanation.

5         Q.   And on what basis do you make that

6    explanation?

7         A.   Common sense.

8         Q.   Paragraph 27 is "Karpeles has admitted

9    that he needed help in reassuring and 'calming' the

10   Mt. Gox and bitcoin community following the June

11   2011 Incident." This is based solely on your reading

12   of Mr. Karpeles' testimony, correct?

13        A.   I believe so, yes.

14             (Whereupon, Exhibit B was identified for

15   the record.)

16        Q.   If I could ask you to look in the stack,

17   Exhibit B, which should be Mr. Karpeles' deposition

18   transcript.  And this is the source of the statement

19   in paragraph 27, correct?

20        A.   Yes.  Yes, this is.

21        Q.   Okay.  And this is your paraphrasing of

22   his testimony on page 145, line 5 through page 146,

23   paragraph 17, correct?

24        A.   Can you just let me check to make sure it

25   wasn't a typo?  I mean, that's certainly what I

 1  said.

 2      Q.   Sure.  Take your time.

 3      A.   Thank you.  Yes.

 4      Q.   Okay.  And it is actually Mr. McCaleb who

 5  was talking about trying to calm people down,

 6  correct?

 7      A.   It is Jed who says, "Everyone calm down."

 8  And then Karpeles says, "Yes, please.  Any help is

 9  welcome on that."  So, it's both.

10          The initial statement was from Jed, but

11  the response, Yes, help, is from Karpeles.

12      Q.   Yeah, this is just your takeaway from Mr.

13  Karpeles' deposition, correct?

14      A.   Yes.

15      Q.   Then in paragraph 28 of your Declaration,

16  you write, "the need to reassess," I'm sorry, are

17  you back on it?

18      A.   Are we coming back to this?  Do I need to

19  mark this particular part of the deposition?

20      Q.   Yeah, that would be Exhibit B, and I would

21  keep that one close at hand.  I think the other ones

22  were probably -- if I go back to them, I'd be

23  surprised, but that's the more --

24      A.   I just need to move stuff out of the way.

25  Thank you.

1      Q.    Yep.

2      A.    I'm sorry, I interrupted.  Please, go

3    ahead.

4      Q.    No worries.

5            Paragraph 28, you say that, "The need to

6    reassure the bitcoin community and retain its trust

7    in Mt. Gox was reinforced by what happened with

8    other bitcoin exchanges and businesses when they

9    experienced and revealed thefts or hacks resulting

10   in the loss of bitcoins," correct?

11     A.    Yes.

12     Q.    And the basis for that statement is the

13   public information about Bitomat, MyBitcoin,

14   Bitcoinica, and Bitfloor, correct?

15     A.    Yes.  And then my background experience

16   and things that happened with other kinds of

17   exchanges that were not secure and not trustworthy

18   outside of crypto.

19     Q.    What exchanges are those?

20     A.    Historically, the exchanges for

21   securities.

22     Q.    And any particular incidents?

23     A.    No particular incidents, no.

24     Q.    I believe you testified that your interest

25   in cryptocurrency began in 2018, correct?

1        A.    Right.

2        Q.    And so, the information in paragraph 29

3   through 32 of your Declaration are based on public

4   information or public reporting about these other

5   exchanges, correct?

6        A.    Correct.

7        Q.    You didn't do any investigation into the

8   accuracy of these statements, correct?

9        A.    Other than making sure they were reported

10  in multiple sources and that it's consistent with

11  what was generally said from other publicly

12  available sources, no.

13            I didn't take just one article and say,

14  ah-ha, that's it.  But I did do an investigation,

15  just not original research into the records from

16  many of these exchanges.

17       Q.    The next section on page 9 that starts at

18  paragraph 33, has the heading "Mt. Gox's Bitcoin

19  Deficit," correct?

20       A.    Yes.

21       Q.    Is it fair to say that paragraph 33 is

22  your characterization of public statements from Mt.

23  Gox?

24       A.    Yes.

25       Q.    And that statement was issued by Mr.

1    Karpeles, as CEO of Mt. Gox, correct?

2        A.    It was certainly issued while he was in

3    charge of Mt. Gox.

4        Q.    Do you know who drafted that statement?

5        A.    No, I do not.

6        Q.    And then in paragraph 34, this is a quote

7    from a public statement also from Mt. Gox, correct?

8        A.    Yes.  Well, it's at Mt. Gox.

9        Q.    In paragraph 35 you note, quote, There was

10   no corresponding acknowledgment that the BTC and

11   cash balances on the Mt. Gox exchange were already

12   in a deficit position as a result of the 80,000 BTC

13   theft that had occurred March 3rd, 2011."  Do you

14   see that?

15       A.    Yes.

16       Q.    And so, what you're noting here is that

17   there's something that's not in the public domain,

18   correct?

19       A.    Yes.

20       Q.    There's no expertise in finding that

21   something didn't even exist, is there?

22       A.    Other than the ability to review what is

23   there and understand what is disclosed, no.

24       Q.    And then in paragraph 36 and 37 are your

25   paraphrasing of more deposition testimony from Mr.

1    Karpeles, correct?

2         A.    Yes.

3         Q.    And the same is true for paragraph 38,

4    correct?  That's just from Mr. Karpeles' deposition?

5         A.    Yes.

6         Q.    Okay.  So then the next section on page 10

7    is entitled, "Active Concealment of the Bitcoin

8    Deficits with the Gox Bot."  The first sentence is,

9    again, information that you pulled from Mr.

10   Karpeles' deposition, correct?

11        A.    Yes.

12        Q.    And then the second sentence reads, quote,

13   This would have allowed the exchange to maintain a

14   reserve of BTC without compromising the integrity of

15   user's accounts."  What do you mean by that

16   sentence?

17        A.    That the exchange is buying bitcoin but

18   it's not using any of its customers funds to do so,

19   and it's not trading with the customers.  It is just

20   sort of an automated, anybody, anywhere and we can

21   buy these, put an offer, and is buying it without

22   taking anything from the customer's accounts to do

23   so.

24        Q.    Is there anything wrong with that, in your

25   opinion?

1      A.   No.  Not materially wrong.

2      Q.   **Why do --**

3      A.   I mean, you could lie.  I don't know that

4  they did.  But you could have lied about it at the

5  time and that would have been wrong, but I don't

6  think it would have had a material impact on the

7  integrity of the exchange, so long as the bot is

8  simply automatically purchasing for the exchange,

9  not using any customer accounts, not pretending to

10  have transactions that aren't real.  That kind of

11  thing.

12      Q.   **And the final sentence said that, quote,**

13  **At this point in time, the bot would have had an**

14  **account credited with actual funds generated by user**

15  **fees to back any purchase orders made by the Gox Bot**

16  **program," correct?**

17      A.   Yes.

18      Q.   **What does that mean?**

19      A.   That in order to avail yourself the

20  benefit of trading via the Mt. Gox exchange, you had

21  to pay the exchange fee for them facilitating the

22  transaction. The fee would go into a separate Mt.

23  Gox account and Mt. Gox would use that fund --

24  through its automated trading program, its bot, to

25  buy new bitcoins.  They aren't taking money directly

1  from customer accounts to do it.  They're using the

2  fees to pay for the bitcoin they are buying.

3      Q.   **Then paragraph 40 -- again, this is just**

4  **pulling certain statements and characterizing them**

5  **from Mr. Karpeles' deposition, correct?**

6      A.   Yes.

7      Q.   **In the last sentence you say that, quote,**

8  **He also admits that "sales from the Gox Bot account,**

9  **did not use actual bitcoins, but also relied on**

10  **database manipulation," right?**

11      A.   Yes.

12      Q.   **And you're pulling that from Mr. Karpeles'**

13  **deposition?**

14      A.   The way he explains the Gox Bot is that it

15  was now using funds that weren't really there to

16  make it look like trades were happening when there

17  were no real underlying funds.  And to do that, you

18  had to change the data that was going into the

19  program and I characterize that as database

20  manipulation.  But the rest of it, I think, is

21  coming from his deposition.

22      Q.   **Okay.  He never said that he engaged in**

23  **database manipulation, right?**

24      A.   No, that is my characterization of what he

25  said he was doing.

1      Q.    What's your definition of "database

2   manipulation"?

3      A.    In this particular context.

4      Q.    Well, we can start there.

5      A.    Well, I can start anywhere you want.

6      Q.    What does "database manipulation" mean to

7   you?

8      A.    Where you have a pool of information

9   maintained as part of a computer program and you

10  change it in a way that artificially changes the

11  value without a corresponding real-world change.

12     Q.    Is that a legal definition?

13     A.    You asked how I am using it.

14     Q.    No, I understand.  I'm just wondering

15  where does that come -- like, what's the source of

16  your definition?

17     A.    That's how I would define the term.

18  That's how I understand -- what it to generally be.

19  No, it is not a legal definition.

20     Q.    Where did it come from them?

21     A.    That is my general understanding of what

22  "database manipulation" is.

23     Q.    In paragraph 41, the first sentence reads,

24  "Reports in the popular press examining some of the

25  pre-bankruptcy trades on the Mt. Gox exchange,

1  referred to the 'Willy Bot,' which was a name given

2  to the botting or automated trading program at some

3  point." Do you see that?

4      A.   Yes.

5      Q.   So this is just information you pulled

6  from certain press on websites; is that right?

7      A.   Looking at what people were saying and

8  what they were calling the patterns of trading as a

9  result of bot activity there, yes.

10     Q.   In the second sentence you go on to say,

11 "Reports detailed earlier periods of suspected

12 automated" - I think you meant automated trading?

13     A.   Yes.

14     Q.   No, no worries. If there's one typo in 30

15 -- or however long this is, God bless you.

16          It reads, "Reports detailed earlier period

17 of suspected automatic trading were the work of an

18 automated trading program that some called the

19 'Markus Bot'."  Do you see that?

20     A.   Yes.

21     Q.   Are those reports also just from the

22 popular press?

23     A.   Yes.

24     Q.   And then the next sentence is information

25 you pulled from Mr. Karpeles' deposition?

1      A.   Yes.

2      Q.   **And then you refer to all of that activity**

3  **as the "Gox Bot," correct?**

4      A.   Correct.

5      Q.   **Now, you just looked at certain websites,**

6  **correct?**

7      A.   Yes, I did not look at them all.

8      Q.   **And you didn't do any independent analysis**

9  **of the Willy Bot and its actions, did you?**

10     A.   Only trying to see if a few of the

11  transactions -- if I could match them up.  And I

12  certainly did not do a systematic evaluation of the

13  data.

14     Q.   **And you didn't do any analysis of whether**

15  **or not those reports in the popular press were**

16  **correct, right?**

17     A.   Right.

18     Q.   **Or if the effect claimed in those articles**

19  **was accurate, right?**

20     A.   I did look at some of the dates of trading

21  and some of the price changes, yes.  But I don't

22  know which was attributable to bots and which was

23  attributable to real trades, so.

24     Q.   **Paragraph 42, again, you're pulling**

25  **certain testimony from Mr. Karpeles' deposition,**

1    correct?

2        A.    Yes.

3        Q.    Now, in that paragraph, you say that after

4    Mr. Karpeles, quote, assumed control of the bot --

5    strike that.

6            You write "According to Karpeles, the

7    purpose of the Gox Bot trade after he assumed

8    control of the bot, was to prevent the mounting BTC

9    and currency debts and deficits from destabilizing

10   the exchange," right?

11       A.    Yes.  That's what I said, yes.

12       Q.    They weren't actually missing bitcoins,

13   right?

14       A.    The exchange was missing a huge volume of

15   bitcoins at that time.

16       Q.    So in that testimony, though, Mr. Karpeles

17   wasn't testifying about an actual bitcoin deficit,

18   was he?

19       A.    Yes, I believe he was.

20       Q.    Let's take a look at that testimony.  We

21   can start on page 73.

22            In either of those portions of Mr.

23   Karpeles testimony, does he talk about a bitcoin

24   deficit?

25       A.    If you look on page 73, there is a

1    question on line 19, "So your idea was eventually

2    Mt. Gox would make enough in bitcoin fees to cover

3    the 80,000 Bitcoin gap"?   That's a bitcoin deficit.

4              And the response is, "Hopefully."  And

5    then he says -- well, did that happen?

6              Well, then if price increased, then it

7    would get to 800,000, then it would reach over a

8    million dollars."   And that's a deficit because of

9    the bitcoin deficit.

10        Q.    **You're going above the citation in your**

11   **report, correct?**

12        A.    Well, I didn't cite the question, I cited

13   the -- yeah, if the 80,000 Bitcoins was closed, the

14   price moved to go to 800,000, those are amounts that

15   are the deficit.  To put that in context, you do

16   have to read what was said before;

17   But he's talking about an 80,000 Bitcoin deficit

18   ballooning to 800,000.  That's a bitcoin deficit.

19        Q.    **Okay.  That's your reading of his**

20   **testimony, right?**

21        A.    Yes, that's my reading of his testimony.

22        Q.    **Okay.  Back to your Declaration, you**

23   **state, "The Gox Bot trades also had the effect of**

24   **actively concealing the true state of the exchanges**

25   **operations from users, which allowed the exchange to**

1    **continue to operate."  What do you mean by that?**

2        A.    If you hadn't had the Gox Bot making

3    trades, it would have been apparent that the

4    exchange was not as active as it was, did not have

5    its own -- the volume of its own funds, did not have

6    enough money to cover the amounts that should have

7    been deposited with it.

8            But by having trades appear to be going

9    on, it looks like there's enough value there that it

10   can legitimately sustain what people have put in.

11   When the bot is actually trading, really, really

12   buying stuff that's not the problem.  It is when it

13   converts to these pretend trades that make it look

14   like there really is a sizable amount of bitcoin

15   there that in reality is not there.

16            So they're pretending to sell and

17   pretending to buy, boosts the price of bitcoin,

18   boosts demand, boosts visibility and makes it look

19   like this exchange has all of the bitcoin that

20   people have contributed to it.  And if they weren't

21   doing that, it would have been obvious that they

22   didn't have that bitcoin and there would have

23   essentially been a run on the bank.  That's what I

24   mean by that.

25        Q.    **What's your basis for making that -- all**

1  that -- those leaps of what would have happened, and

2  what would have been seen, and would have been

3  shown?

4      A.   What happened with other exchanges and

5  confirmed by Karpeles' testimony, too.  That's

6  exactly what he says he was trying to prevent.  That

7  if he had not done this, that's what would have

8  happened.

9      Q.   Did any other exchanges use a bot similar

10 to the Gox Bot?

11     A.   As a means of hiding what they were doing?

12 Not to my knowledge.

13          But the other exchanges that I know about

14 didn't successfully hide what they were doing, and

15 they went under.

16     Q.   What did the other exchanges go under for

17 that you're comparing this to?

18     A.   Thefts that then could not be covered by

19 the exchange -- that the exchange didn't have enough

20 resources left to cover what the customers thought

21 they had put into the exchange.

22     Q.   Is it your opinion that all users of the

23 Mt. Gox exchange were watching the operations that

24 they exchanged, as you describe them, the number of

25 trades, the prices, all that?

1      A.    No.

2      Q.    Do you know what percentage would have

3 paid attention to that?

4      A.    There's a difference between paying

5 attention to it and watching it.  And I assume that

6 when you said "watching," you meant, like day-to-day

7 following the trades, looking -- being a very active

8 monitor, and paying attention to it.

9            I bet most of these people -- most of them

10 were generally following, generally aware of the

11 price of bitcoin.  And if there had been a run on

12 the Mt. Gox, they would have heard about it.  Even

13 if they weren't closely following the individual

14 trades.

15      Q.    Are you aware of any articles that suggest

16 that the Willy Bot or Gox Bot had a minimal effect

17 on pricing of bitcoin?

18      A.    I think I did read a couple that suggests

19 there was not much of a correlation between the Gox

20 Bot and the overall price.  The trades didn't

21 correlate to price changes.

22      Q.    But wasn't it just your testimony that if

23 the Gox Bot hadn't existed, there would have been an

24 effect on the price that would have shown people the

25 truth of the exchange?

1    A.    Yes, I had problems with the articles that

2    I read, but I do think I read a couple.

3    Q.    Have you done any independent analysis of

4    the effects of the Gox Bot on pricing of bitcoin in

5    2013 or 2014?

6    A.    No.

7    Q.    Did you consider in your analysis, any of

8    the information about the price of bitcoin being

9    most heavily affected in 2013 by activity coming out

10    of China?

11    A.    I don't recall.  I honestly don't recall.

12    Q.    Okay, if we stick to paragraph 43, the

13    next sentence you write, "Karpeles acknowledged, for

14    example, that Gox Bot activity would have affected

15    the price of bitcoin on the exchange, given that it

16    would have impacted the apparent demand for (and,

17    thus, the price of) bitcoin on Mt. Gox," right?

18        And that's not quite what Mr. Karpeles

19    testified to, is it?

20    A.    I'll have to -- I don't remember.

21    Q.    He actually testified that it would have a

22    minimal impact, correct?

23    A.    I don't remember.  Do you want me to look

24    it up?

25    Q.    Yeah, if you can look at his testimony on

1   pages 234 and 235.

2        A.   Yes.

3        Q.   He said the impact would be minimal,

4   correct?

5        A.   Yes.

6        Q.   He didn't say anything about impact on

7   higher demand, did he?

8        A.   Not there, no.

9        Q.   Is that your editorializing?

10       A.   Yes.

11       Q.   And that's based on what?

12       A.   My understanding of what people would have

13   reacted to if they had known the truth.

14       Q.   And did you conduct research into what

15   they would have or is this just your view of general

16   market behavior?

17       A.   My view of general market behavior.

18       Q.   And then the end of that paragraph just

19   reiterates what a couple of articles analyzing Mt.

20   Gox's records concluded, correct?

21       A.   Yes.

22       Q.   And, again, you didn't do any independent

23   research on their conclusions, correct?

24       A.   Correct.

25       Q.   Paragraph 44, this is a summation of the

1    other exchanges going under based on hacking

2    incidents, correct?  That's the first sentence?

3         A.    The first sentence, yes.

4         Q.    And then the second sentence is your

5    characterization of Mr. Karpeles' testimony,

6    correct?

7         A.    And a quote from that testimony, yes.

8         Q.    Yes, correct.

9              MS. BRENNAN:  We've been going for about

10   another hour and a half.  Do you guys want to take a

11   quick maybe, like, a 30-minute break for lunch and

12   then wrap this up in hopefully a couple hours?

13             I think the court reporter's fingers need

14   it probably more than anybody.  So why don't we plan

15   to come back at about -- is 1:15 too quick for

16   people?  Does that give you enough time?

17             THE COURT REPORTER:  Yes, thanks.

18             MS. BRENNAN:  Okay.  Great.  We'll see you

19   all then.

20             THE COURT REPORTER:  We are off the record

21   at 12:38.

22             (Whereupon, there was a recess.)

23             THE COURT REPORTER:  We are back on the

24   record at 1:17.

25   BY MS. BRENNAN:

1    Q.    Professor Goforth, I think we left off on

2  page 12 of your Declaration.  And the next section

3  above paragraph 45 reads, "What Members of the Mt.

4  Gox Community would have Understood."

5        What basis do you have to opine on what

6  somebody would have understood?

7    A.    I did that with the assumption of

8  rationality.

9    Q.    Any other background or experience?

10    A.    Only in observing what people in similar

11  situations did.

12        MR. THOMASSEN:  What paragraph are we on?

13        MS. BRENNAN:  Sure.  45, on page 12.

14        MR. THOMASSEN:  Thank you.

15    Q.    So in paragraph 45, the first sentence

16  reads, "Had the community been aware that there was

17  a sizable and growing deficit in the BTC and cash

18  balances for the Mt. Gox exchange, it is virtually

19  certain that users would have abandoned Mt. Gox."

20  Do you see that?

21    A.    Yes.

22    Q.    And what basis do you believe, "it is

23  virtually certain that users would have abandoned

24  Mt. Gox?"

25    A.    It is a matter of rationality.  It's the

1   opinion that I have.  It's the opinion that Mark

2   Karpeles had.  It is what happened in other

3   incidents where a crypto exchange was shown to be

4   unreliable about keeping depositors' assets safe.

5        Q.   Why did you qualify that with, "it is

6   virtually certain"?

7        A.   Well, because it's always the theoretical

8   possibility that this is populated with irrational

9   people.

10        Q.   Have you ever seen or done any research

11   with respect to whether or not bitcoin investors in

12   the 2011 to 2014 timeframe -- whether or not they

13   are more or less rational than a more conventional

14   investor?

15        A.   No.

16        Q.   That was a bad question on my part.  You

17   didn't do any research into that, correct?

18        A.   I did not do any research into the

19   relative rationality of bitcoin investors in the

20   2013 2012 timeframe.

21        Q.   And you haven't seen any other studies

22   about that, correct?

23        A.   I have not seen any other studies on that

24   topic either.

25        Q.   And then the next sentences are just your

1    **paraphrasing of some deposition testimony from Mr.**

2    **Karpeles, correct?**

3         A.    I think I quoted it, rather than

4    paraphrased it.

5         **Q.    Sure.  I mean, there's certain parts that**

6    **are quoted and certain parts that are not quotes,**

7    **correct?**

8         A.    The next sentence is a quote and then the

9    following sentence says some is a quote and some is

10    not.

11         **Q.    Okay.  In paragraph 46 -- and we touched**

12    **on this a little bit before, you write, quote, The**

13    **crypto-community was, especially from 2010 to 2014,**

14    **both fairly tight-knit and quite active on online**

15    **chat boards and discussion groups, correct?**

16         **A.    Yes.**

17         **Q.    What does "tight-knit" mean in this**

18    **context?**

19         A.    That they paid attention to one another

20    and that they were responsive to information posted

21    by each other, were active in Telegram chat rooms

22    and other online forums, and in talking about

23    bitcoin in particular.

24         **Q.    Did you compare the number of people**

25    **buying cryptocurrency in this time period with a**

1    number of people participating in chat rooms?

2         A.    No.

3         Q.    And then you also say that they were

4    "quite active."  Is there a standard by which you

5    determined they were quite active?

6         A.    No independent standard, no.

7         Q.    Did you compare it, for instance, to

8    online chat boards for any other type of group to

9    see if they were more or less active?

10         A.    There are not equivalent chat rooms

11    available for assets that are similar.  There aren't

12    similar chat rooms for individual commodities.

13    There aren't similar rooms for anything else to

14    compare to that.

15             The online chat -- the online community

16    that exists with regard to crypto, especially back

17    then, was virtually unique.

18         Q.    And then you write in the next sentence,

19    "Users tended to monitor information about their

20    purchases and investment in BTC closely and

21    actively, in part because of the volatility of the

22    market and in part because of the lack of

23    governmental oversight and official information,

24    coupled with the history of hacks and businesses

25    going offline."  Do you see this?

1    A.    Yes.

2    Q.    What's the source for that statement?

3    A.    Again, that's going to be publicly

4 available reports coupled with my impressions of the

5 way that the markets and investors and folks in

6 crypto in particular have acted in other contexts,

7 in other exchanges with other instances.

8    Q.    What do you mean by "tended to monitor

9 information about their purchase and investment in

10 BTC closely and actively?"

11    A.    Well, again, that's based on the number of

12 comments that would be posted when there was a price

13 change, when there was any exchange that was in

14 danger or a hack was announced.  The volume of

15 communication would increase very rapidly,

16 dramatically, with folks commenting about it

17 becoming a source of considerable speculation.

18    Q.    How many bitcoins existed in 2013?

19    A.    I don't know.

20    Q.    Do you know what the maximum number of

21 bitcoins will be?

22    A.    I'd have to look it up and make sure ---

23 there's a pre-set number and I forget what number it

24 is I forget if it's a million.  It's a round large

25 number. We haven't reached it yet.

1        A.    Not that I -- I couldn't tell.

2        Q.    **And in here you say, "Karpeles and others**

3   **took measures to cause users to believe that Mt. Gox**

4   **was solvent."  Who, besides Mr. Karpeles, is**

5   **included in that statement?**

6        A.    I don't know that was based on third party

7   reporting that there were others who were associated

8   with Mt. Gox, whose job it was to confirm that, yes,

9   they moved it off from cold storage and, yes, they

10  have the bitcoin.

11       Q.    **So those are other Mt. Gox employee?**

12       A.    As far as I could tell from, again, the

13  third-party reports, yes.  That's my reading of

14  reports about what happened.

15       Q.    **In paragraph 47 the first sentence reads,**

16  **"Users could, however, only communicate information**

17  **that was accessible to them, and they had no way of**

18  **knowing when trades were made with accounts that had**

19  **no real backing."**

20            **The first sentence was sort of a**

21  **tautology, right?  You can only say what you know.**

22  **Is that the point of that sentence?**

23       A.    That's the point of that half of the

24  sentence, yes.

25       Q.    **The first clause in that sentence?**

1     A.    Yes.

2         Q.    And you say, "they had no way of knowing

3    where the trades were made with accounts that had no

4    real backing, such as those with the Gox Bot,"

5    correct?

6         A.    Right.

7         Q.    Then you write, "Transactions on exchanges

8    including Mt. Gox, where anonymous and legitimate

9    Mt. Gox members could not tell who their exchange

10   partner was."

11            So Mt. Gox operated in the same manner as

12   other exchanges with respect to anonymity of

13   exchange partners?

14        A.    Yes.  Well, there are some exchanges that

15   don't operate that way.  There are some that operate

16   by connecting you directly, peer to peer.  So, they

17   take a fee for introducing you to a potential

18   trading partner and then you do know who you're

19   trading with.

20            But that's not the way most exchanges have

21   operated, and that's not the way that Mt. Gox -- I

22   mean, there's nothing wrong with doing it

23   anonymously, if that's what you're asking.

24        Q.    And then you say, "This has been admitted

25   by Karpeles."  So that comes from Mr. Karpeles'

1    **deposition, right?**

2        A.    Correct.

3        Q.    **Then say, "Users of the Mt. Gox exchange**

4    **would have understood that in general bitcoin**

5    **exchanges existed (and still continue to exist) to**

6    **facilitate the exchange of bitcoins between buyers**

7    **and sellers," correct?**

8        A.    Yes.

9        Q.    **How do you know what users of the Mt. Gox**

10   **exchange would have understood in this context?**

11       A.    Because there is no other rational reason

12   for an exchange to exist.

13       Q.    **I think you say later in your report that**

14   **the exchange doesn't allow for leverage or margin**

15   **trading, correct?**

16       A.    It was not supposed to, yes.

17       Q.    **I mean, there are certainly people who**

18   **engage in financial transactions who do it**

19   **understanding that the buyer may not have it yet,**

20   **correct?**

21       A.    Do you mean on Mt. Gox?

22       Q.    **No, I mean, in general.  If I'm buying**

23   **financial product, correct?**

24       A.    You can buy on credit, too, I mean, in

25   certain kinds of transactions.  Of course, yes.  I

```
1    principles that essentially amount to good faith and

2    fair dealing," right?

3         A.    Yes.

4         Q.    Now, "good faith and fair dealing" is a

5    legal concept, correct?

6         A.    It is a legally phrase and a legal concept

7    used to describe what is expected of ordinary

8    businesspeople.  It's not just a legal concept.

9    Although it is a legal concept.

10        Q.    What's the difference between the legal

11   concept and applying it in the business of ordinary

12   businesspeople?

13        A.    Hopefully none.

14        Q.    Well, what principles here do you believe

15   did not amount to good faith and fair dealing?

16        A.    That, in fact, some of the transactions

17   that were reported as existing weren't actual

18   transactions. They were there to create the

19   appearance of high volume and a higher reservoir of

20   bitcoin in Mt. Gox that did not really exist.

21        Q.    And then you write, "In early 2012,

22   Karpeles created Terms of Use for the Mt. Gox

23   exchange, and the original English version was in

24   place for all English users during the entire life

25   of the exchange."  You see that, right?
```

1    A.    Yes.

2    Q.    **And you mean that it was in place from**

3    **early 2012 through the end of the exchange, correct?**

4    A.    From when it was created to the end of the

5    exchange, yes.

6    Q.    **All right.  And that's from Mr. Karpeles'**

7    **deposition, correct?**

8    A.    That's correct. That's the only source for

9    that information.

10   Q.    **And the next sentence is simply you**

11   **reading the Terms of Use, correct?**

12   A.    Yes.

13   Q.    **Then the same is true for paragraph 50,**

14   **correct?**

15   A.    Yes.

16   **Q.    Why did the Terms of Use factor into your**

17   **analysis?**

18   A.    Because it further confirms what I already

19   had come to conclude. It's a confirmation of

20   ordinary practice and expected practice and what's

21   customary.

22   **Q.    Does your analysis change if the Terms of**

23   **Use are in place or not?**

24   A.    The extent of the misstatements and the

25   pattern of misstatements is clearly different if

1   don't have the Terms of Use.  I'm not sure that

2   ordinary business -- I don't think that there would

3   have necessarily been a common understanding that

4   Mt. Gox was not trading for itself.  I'm not sure

5   that would have entered the contemplation of

6   everybody who's a participant on the exchange.

7           But by making that an express statement,

8   you bring that to the attention of folks.  People

9   who know that now think that's accurate as well,

10  further bolstering the idea that trades that are

11  taking place are legitimate third-party trades.

12          I don't think my conclusion changes.  The

13  analysis is a little different.

14      **Q.   Do you believe that everybody who signed**

15  **up to use the Mt. Gox exchange after January of 2012**

16  **read all of the Terms of Use?**

17      A.   Absolutely not.

18      **Q.   Do you think that all of the people who**

19  **signed up for the Mt. Gox exchange would have cared**

20  **about this provision in the Terms of Use when they**

21  **started trading?**

22      A.   No.

23      **Q.    Have you looked at or done any studies,**

24  **between January 2012 and 2014, of what the primary**

25  **concerns of purchasing bitcoins were?**

1        A.    No.

2        Q.    Do you believe that purchasers of bitcoins

3    on any exchange, from 2012 to 2014, had the same

4    level of understanding of what it meant to purchase

5    a bitcoin?

6        A.    The same as what?  I'm sorry.  I don't

7    understand.

8        Q.    Sure. The same as each other.

9              There are certain people who have bought

10   bitcoins on exchanges who are more technologically

11   sophisticated in understanding the blockchain than

12   others, correct?

13       A.    Absolutely.

14       Q.    And there are certain people who just

15   heard about bitcoins in the media, wanted to get in

16   on it and just would buy bitcoins no matter what,

17   correct.  Do you agree with that or no?

18       A.    No, I don't think that there are people

19   who would buy bitcoin no matter what.

20       Q.    Okay.  But there are people who had

21   different concerns than others, correct?

22       A.    Yes.

23       Q.    There's certainly people who are more

24   sophisticated under the blockchain who might have a

25   bigger -- who might have more concerns about how the

1    don't believe that you actually have bitcoin.  I'm

2    not going to pay you for anything unless I think you

3    can give me that thing back.

4              On the Mt. Gox exchange, it was a transfer

5    of either crypto or fiat currency of one of the

6    accepted forms.  And so, I would not have given you

7    my bitcoin unless I thought you had real money,

8    fiat, to pay me for it.  Or, I wouldn't have paid

9    you money to get your bitcoin unless I thought you

10   were really giving me bitcoin.

11        Q.   And that's just based on your belief of

12   how a rational consumer would make purchases,

13   correct?

14        A.   Right.

15        Q.   And that would be true of any item, right?

16   Not just bitcoins, for instance, if I go into a

17   store to buy a pair of jeans, I'm not going to give

18   them money unless they actually give me jeans back,

19   correct?

20        A.   Correct.

21        Q.   There's nothing unique about this in the

22   cryptocurrency context, is there?

23        A.   Except that it's hosted on a virtual

24   exchange, no.  I mean, the mechanics are different,

25   the underlying theory is not.

```
 1   that they don't have enough money to pay back their

 2   existing customers, but I'll take a risk on it?

 3        Q.    I mean, that happens with fledgling

 4   businesses all the time, doesn't it?

 5        A.    That you put money in hoping to get money

 6   -- I can't think of another business model where

 7   that works. I can think of similar things, like, you

 8   can buy stock in a struggling company.  But you're

 9   not going to buy stock in a company -- you're not

10   going to buy the old stock at the old price in a

11   company that's bankrupt.

12        Q.    Sure.  That's what I mean.

13              I mean, somebody would take it maybe at a

14   discount, correct?  They would still might invest if

15   they thought the price was low, correct?

16        A.    Possibly.

17        Q.    If you look at paragraph 52, again, this

18   is just a quote from the Terms of Use, correct?

19        A.    Yes.

20        Q.    And I want to start - the next sentence of

21   paragraph 53 is a little long, so I'm just going to

22   start with the beginning, where you say, "Crypto

23   exchanges generally operated as trusted

24   intermediaries."  Why did you qualify that sentence

25   with "generally"?
```

1        A.    Because there are some peer-to-peer

2   exchanges that don't act as an intermediary.  They

3   act as, like, the matchmaker.  I'll take a fee --

4   you want to sell your bitcoin, give me a fee, and

5   I'll tell you who to deal with who wants to buy, and

6   they don't act that way.

7        Q.    Okay.  And then you go on to say that the

8   crypto exchanges accept "assets from customers, and

9   then holding them in accounts for each member, with

10   the understanding that the deposited assets would be

11   used only as a customer directed and returned at the

12   customer's request," correct?

13            That's what you wrote, yes?

14       A.    Yes.

15       Q.    And then you say, "This is the way that

16   the Mt. Gox Terms of Use were set up," correct?

17       A.    That's correct.

18       Q.    And that's your understanding of what an

19   average reader of those Terms of Use would expect

20   Mt. Gox to operate in that manner, correct?

21       A.    Yes.

22       Q.    And you would expect that of anybody

23   reading the Terms of Use, not just somebody with an

24   expertise either in cryptocurrency or the law,

25   correct?

1     A.    Yes.

2         Q.    Okay.  Now in paragraph 54, you start

3    with, quote, Not only is it customary to assume that

4    individuals have read the contract that they sign

5    (including such documents as the Terms of Use),

6    that's a legal principle, correct?

7         A.    Yes.

8         Q.    And, again, you don't believe that people

9    actually do read all of the fine print on contracts

10   that they sign, right?

11        A.    Oh, there are a few folks out there who

12   do, but most people do not.

13        Q.    And in the case of an exchange like Mt.

14   Gox or on the Internet, usually you just click

15   accept, correct?

16        A.    Now, you do.  I don't know if that was

17   possible -- if the click and accept was the way that

18   Mt. Gox did it.

19        Q.    Do you know if there was any verification

20   method for a user of Mt. Gox to show whether or not

21   they had read the Terms of Use?

22        A.    I don't know.  I don't know if they

23   signed.  I don't know if they clicked.  I don't know

24   what they did.

25        Q.    The next sentence in that paragraph reads,

1  doesn't mean you can fail to report if you have an

2  obligation to.

3          So, the fact that, gee, that may have

4  meant that there would be other hackers is not a

5  reason for -- it's not a legitimate reason for a

6  company not to be transparent and honest with

7  customers.

8      **Q.   Your position here is that Mt. Gox had an**

9  **obligation to disclose a bitcoin deficit that**

10 **started in 2011, correct?**

11     A.   That apparently started then, yes.

12     **Q.   And what's the basis for that obligation**

13 **to report that deficit?**

14     A.   Because it's inconsistent with good faith

15 and fair dealing not to.  When you make affirmative

16 statements that contradict it, it's fraudulent.

17     **Q.   The next sentence in paragraph 54 is,**

18 **"These customary practices are essential because the**

19 **involvement of an intermediary in a bitcoin trade**

20 **adds a layer of risk, particularly since trades on**

21 **the blockchain are irrevocable."**

22          What do you mean by, "trades on the

23 blockchain or irrevocable?"

24     A.   Absent a fork in the exchange, you can't

25 simply undo it.  I mean, it's on the block.  It's

1          So I think they did make that claim.  It

2    wasn't true, but I think they did make that claim.

3          **Q.   If you look at paragraph 55 of your report**

4    **where you write, "The pattern of misrepresentations,**

5    **non-disclosure and concealment was undoubtedly**

6    **specifically geared at ensuring that the Mt. Gox**

7    **community of users continued to utilize the**

8    **exchange.  Karpeles acknowledged this directly."**

9               **This is your conclusion about Mr.**

10   **Karpeles' intent, correct?**

11         A.   My last statement, Karpeles

12   acknowledgement, that is my conclusion about what

13   his statement meant, yes.

14         **Q.   And you're solely relying on his**

15   **deposition testimony, correct?**

16         A.   For that statement, yes.  That is --

17         **Q.   Did you consider the -- I'm sorry.**

18         A.   That is where I saw the -- what I count as

19   an acknowledgment, yes.

20         Q.   Okay.  **Did you consider the remainder of**

21   **Mr. Karpeles' testimony where he testified that the**

22   **disclosure would actually hurt the users of the**

23   **exchange?**

24              **And if you want to look at Exhibit B, it's**

25   **page 68, lines 6 through 24.**

1      A.    Hurt the users by closing it down because

2  people would pull out.  Which is consistent with

3  what I said.  I said that users would continue to

4  utilize the exchange.

5          There are reasons for wanting them to

6  continue to utilize it that weren't all bad, but

7  that is the function that he was talking about, as

8  far as I can remember.

9      Q.    Okay.  So then we're down to, I think,

10  close to the last section of your report, which is,

11  I think it is the last section, on the closure of

12  Mt. Gox, starting on page 16, paragraph 56.

13          Paragraphs 56 through 62 are just your

14  summaries of reports and other public information

15  from the Internet, correct?

16          And I know that's a lot, so take your

17  time.

18          MR. THOMASSEN:  What paragraph to and

19  from?

20          MS. BRENNAN:  Fifty-six through sixty-two.

21      A.    So, yes.  That is based just on my

22  analysis of public reports about what happened.

23  That's what you asked, right?

24      Q.    It is.  It is.  I was trying to short

25  circuit it a little bit as opposed to going

1    paragraph by paragraph.

2         But yeah, my belief -- and, again, correct

3    me if I'm wrong, is this is your summary of the

4    closure of Mt. Gox from information that is publicly

5    available primarily on the Internet, correct.

6         A.    Yes.

7         Q.    And then paragraph 62 is the Crisis

8    Strategy Draft that was uploaded in February of

9    2014.  That is a draft for Mt. Gox, correct?

10        A.    It is purporting to be for Mt. Gox, yes.

11        Q.    In that document you said that "claimed

12   that the company had lost 744,408 bitcoins in a

13   pattern of theft that had been undiscovered for

14   years, right?

15        A.    Yes.

16        Q.    Do you have any opinion on when Mt. Gox

17   discovered when those bitcoins had been lost -- or,

18   excuse me -- theft had been -- had occurred and when

19   Mt. Gox discovered that?

20        A.    Yes.

21        Q.    Okay.  What's your opinion on when those

22   thefts occurred and when it was discovered?

23        A.    My opinion is that Mark Karpeles told the

24   truth and that it goes back to prior to his

25   acquisition of the exchange beginning back in 2011,

1   I think he said prior to April or about April.  And

2   then additional thefts since then over a continuing

3   pattern.

4           And that's based on Mark Karpeles'

5   statements. So that's what my opinion is.  I cannot

6   see of a reason why he would have lied about that,

7   so I believe him.

8       Q.   Do you know, at its height, how many

9   bitcoins were held on the Mt. Gox exchange?

10      A.   No.

11      Q.   And then the last paragraph of your report

12   -- excuse me -- the second to last paragraph before

13   you attest to your report, paragraph 63, the first

14   sentence is "No rational investor would have

15   knowingly chosen to put or keep bitcoin or currency

16   on an exchange with a bitcoin or cash deficit."  How

17   do you know that?

18      A.   There's a word missing from that.  It

19   should have been "with such a bitcoin or cash

20   deficit." Obviously, if there's a dollar missing,

21   that's not what I was talking about.

22           But no rational investor would have

23   knowingly chosen to do that.  And that's based on my

24   understanding of how markets and investors behave,

25   and the pattern that is demonstrated in other

1  exchanges and confirmed by Karpeles' testimony about

2  what his motivations were and why he didn't disclose

3  these events.

4       Q.   Now, the "rational investor" standard

5  comes from standard corporate transactions, correct?

6       A.   And business practice and -- you know,

7  it's just an ordinarily prudent -- just a rational

8  person, yeah.  It doesn't just come from corporate

9  transactions, but it's there, too.

10      Q.   Sure.  Right.  And by that I meant that's

11  not specific to bitcoin exchanges, correct, that

12  standard?

13      A.   Correct.

14      Q.   If I could ask you, I know I told you I

15  wasn't gonna do this, but I am.  If I could ask you

16  to dig out Exhibit D from the pile of data, which is

17  the Wired article of the Rise and Fall of the

18  World's Largest Bitcoin Exchange.

19      A.   That was the "D" as in dog.

20      Q.   It is.

21      A.   Sorry, it took me a moment, but I have it.

22      Q.   No worries. Okay.

23           In the last paragraph, on the third to

24  last page, the first sentence reads, quote, "Despite

25  its woes, Mt. Gox is still pulling in new customers.