# EXHIBIT C

**Exhibit C: Summary of Reasons to Strike and Exclude
Professor Goforth's Proposed Testimony**

| Paragraph | Reason to Strike and Exclude |
|---|---|
| 1. | Background information about Professor Goforth's retention. |
| 2. | Background information about Professor Goforth's retention. |
| 3. | Professional Background of Professor Goforth. |
| 4. | Professional Background of Professor Goforth. |
| 5. | Professional Background of Professor Goforth. |
| 6. | Professional Background of Professor Goforth. |
| 7. | Professional Background of Professor Goforth. |
| 8. | Professional Background of Professor Goforth. |
| 9. | Background information about materials reviewed for this engagement. |
| 10. | Attestation of declaration and opinions. |
| 11. | Narrative summary. |
| 12. | Narrative summary. |
| 13. | Narrative summary. |
| 14. | Narrative summary. |
| 15. | Narrative summary. |
| 16. | Narrative summary. |
| 17. | Narrative summary. |
| 18. | Narrative summary. |
| 19. | Narrative summary. |
| 20. | Narrative summary. |
| 21. | Narrative summary. |
| 22. | Narrative summary. |
| 23. | Narrative summary. |
| 24. | Narrative summary. |
| 25. | Narrative summary. |
| 26. | Narrative summary. |
| 27. | Narrative summary. |
| 28. | Narrative summary. |
| 29. | Narrative summary. |
| 30. | Narrative summary. |
| 31. | Narrative summary. |
| 32. | Narrative summary. |
| 33. | Narrative summary. |
| 34. | Narrative summary. |
| 35. | Narrative summary. |
| 36. | Narrative summary. |
| 37. | Narrative summary. |
| 38. | Narrative summary. |
| 39. | Narrative summary. |
| 40. | Narrative summary. |
| 41. | Narrative summary. |

| Paragraph | Reason to Strike and Exclude |
|---|---|
| 42. | Narrative summary. |
| 43. | Narrative summary in part; Opinion portion unquestioningly relies on internet articles without any independent research or verification or application of expertise. |
| 44. | Narrative summary. |
| 45. | Not supported by independent research investigation or expertise based on *ipse dixit* and deposition testimony |
| 46. | Narrative summary in part. Opinion portion unquestioningly relies on internet articles without any independent research or verification or application of expertise. |
| 47. | Narrative summary. Opinion portion consists of factual representations a tautology and argument, citing deposition testimony. |
| 48. | Bottom-line conclusion based on i*pse dixit* (applying no expertise) and legal conclusion. |
| 49. | Narrative summary. |
| 50. | Narrative summary. |
| 51. | Not supported by independent research, investigation, or expertise and based on *ipse dixit*. |
| 52. | Narrative summary. |
| 53. | Narrative summary. |
| 54. | Legal conclusion. |
| 55. | Narrative summary. |
| 56. | Narrative summary. |
| 57. | Narrative summary. |
| 58. | Narrative summary. |
| 59. | Narrative summary. |
| 60. | Narrative summary. |
| 61. | Narrative summary. |
| 62. | Narrative summary. |
| 63. | Not supported by independent research, investigation, or expertise and based on *ipse dixit*. |
| 64. | 28 U.S.C. § 1746 declaration. |