**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 14-cv-01437 |
| Plaintiff, | ) ) ) ) | Hon. Gary Feinerman |
| v. | ) ) | Magistrate Judge Susan Cox |
| MARK KARPELES, an individual, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Wednesday, October 14, 2020** at **9:15 a.m.,** or as soon thereafter as counsel may be heard, counsel for Defendant Mark Karpeles will appear before the Honorable Gary Feinerman or any judge sitting in his stead, via teleconference to present the **DEFENDANT MARK KARPELES' MOTION TO EXCLUDE THE REPORT AND OPINION TESTIMONY OF PLAINTIFF'S EXPERT PROFESSOR CAROL GOFORTH PURSUANT TO FEDERAL RULE OF EVIDENCE 702**, which was filed via the Court's electronic case management system on October 6, 2020.

Dated: October 6, 2020

Respectfully submitted,

MARK KARPELES

By: ____/s/ Bevin Brennan_____
One of his Attorneys

Bevin Brennan
Matthew Schmidt
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com

*Attorneys for Defendant Mark Karpeles*