UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |
| Plaintiff, | | |
| v. | | |
| MARK KARPELES, an individual, | | |
| Defendant. | | |

## JOINT STATUS REPORT

Pursuant to the Court's August 6, 2020 Order [Dkt. No. 499], Plaintiff Gregory Greene and Defendant Mark Karpeles hereby submit this Joint Status Report in advance of the telephonic status hearing scheduled for October 14, 2020 at 9:15 a.m. [Dkt. Nos. 499 and 500]:

1. The parties have concluded expert depositions.

2. Defendant's Motion to Certify Orders for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) [Dkt. No. 491] is fully briefed [Dkt. Nos. 496, 497] and remains pending. The Court held the oral argument on that motion on August 6, 2020 [Dkt. No. 499].

3. The Court previously set the briefing schedule on Plaintiff's Motion for Class Certification as follows:

| Activity | Date for Completion |
|---|---|
| Plaintiff's Opening Brief in Support of Motion for Class Certification | 10/30/20 |
| Defendant's Response to Plaintiff's Opening Brief in Support of Motion for Class Certification | 12/2/20 |
| Plaintiff's Reply in Support of Motion for Class Certification | 12/16/20 |

[Dkt. No. 488.] The parties intend to abide by the existing schedule and are not requesting any extensions at this time.

4. Defendant filed his Motion to Exclude the Report and Opinion Testimony of Plaintiff's Expert Carol Goforth Pursuant to Federal Rule of Evidence 702 [Dkt. No. 501] and supporting Memorandum [Dkt. No. 502] on October 6, 2020. This motion is noticed for 9:15 a.m. on October 14, 2020 [Dkt. No. 503], the same time as the status hearing.

| | |
|---|---|
| DATED: October 7, 2020 | Respectfully submitted, |
| EDELSON PC | PEDERSEN & HOUPT |
| By: /s/ Benjamin S. Thomassen<br>One of Plaintiff's Attorneys | By: /s/ Bevin M. Brennan<br>One of Defendant's Attorneys |
| Benjamin S. Thomassen<br>Edelson PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: (312) 589-6370<br>Fax: (312) 589-6378<br>bthomassen@edelson.com | Bevin M. Brennan<br>Matthew J. Schmidt<br>Pedersen & Houpt<br>161 N. Clark Street, Suite 2700<br>Chicago, Illinois 60601<br>Tel: (312) 641-6888<br>bbrennan@pedersenhoupt.com<br>mschmidt@pedersenhoupt.com |
| J. Aaron Lawson<br>Edelson PC<br>123 Townsend Street, Suite 100<br>San Francisco, California 94107<br>Tel: (415) 212-9300<br>Fax: (415) 373-9495<br>alawson@edelson.com | *Counsel for Mark Karpeles* |
| *Counsel for Gregory Greene*<br>*and the putative class* | |