**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Gregory Greene, et al().

                         Plaintiff,

v.                                            Case No.: 1:14−cv−01437
                                                 Honorable Gary Feinerman

MtGox Inc., et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 7, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Motion to exclude [501] is entered and continued. Plaintiff shall respond to the motion by 11/3/2020; Defendant shall reply by 11/17/2020. Motion hearing set for 10/14/2020 [503] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.