IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, *Plaintiffs*, v. MARK KARPELES, an individual *Defendant*. | Case No. 1:14-cv-01437 Hon. Gary Feinerman |

**MOTION FOR CLASS CERTIFICATION**

Plaintiff Gregory Greene, through his undersigned counsel, respectfully moves the Court, under Fed. R. Civ. P. 23(a) and (b)(3), for an order certifying the following Class: All persons in the United States who had bitcoins or money stored with Mt. Gox on February 24, 2014.[1]

As shown in Plaintiff's contemporaneously-filed Memorandum in Support of Motion by Gregory Greene for Class Certification, members of the proposed Class are sufficiently numerous, face common legal and factual questions, possess claims that are typical of the claims of Plaintiff Greene, and have been and will be adequately represented by movant and his counsel. Further, the common legal and factual issues underlying the claims at issue predominate over any questions affecting only individual members of the Class, and a class action is the

---

[1] Excluded from the Class are (1) any named or formerly named Defendant, its agents, subsidiaries, parents, successors, predecessors, and any entity in which it or its parents have a controlling interest and their current and former employees, officers, and directors, (2) the Judge or Magistrate Judge to whom this case is assigned and the Judge's or Magistrate Judge's immediate family, (3) persons who execute and file a timely request for exclusion, (4) all persons who have previously had claims similar to those alleged herein finally adjudicated or who have released their claims against Mark Karpeles, and (5) the legal representatives, successors, or assigns of any such excluded person.

superior method of resolving this controversy. As such, the Class meets all criteria under Fed. R. Civ. P. 23(a) and (b)(3) and should be certified as a result.

In support of the instant Motion, Plaintiff hereby incorporates his contemporaneously-filed Memorandum in Support of Motion by Gregory Greene for Class Certification, along with all arguments made and authorities cited therein, the Exhibits submitted therewith, and all subsequent points and arguments made in any further briefing or at oral argument.

                                                                       Respectfully submitted,

                                                                       GREGORY GREENE, individually and on behalf of all others similarly situated,

Dated: October 30, 2020                      /s/ Benjamin S. Thomassen

                                                                       Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

Counsel for Plaintiff and the Putative Class