# Exhibit A

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

---

**1**

```
              IN THE UNITED STATES DISTRICT COURT
           OR THE NORTHERN DISTRICT O  ILLINOIS
                    EASTERN DIVISION

                             x

GREGORY GREENE and JOSEPH LACK,        :
individually and on behalf of all
others similarly situated,             :

       Plaintiffs,          : Case No.

   v.                       : : 4 cv 0 437

MARK KARPELES, an individual,          :

       Defendant.           :
                             x



                  CON IDENTIAL


                  Deposition of

                  MARK KARPELÈS

                   Tokyo, Japan
             Tuesday, 5 November, 20 9
                    8:48 a.m.




Job No.:  265577
Pages:    258
Reported By:  M. Allred, RPR, CSR(A)
```

---

**2**

```
       Deposition of MARK KARPELÈS, held at the
offices of:




       U.S. EMBASSY IN JAPAN   TOKYO

          0 5 Akasaka

       Minato ku, Tokyo  07 8420

       Phone:  03 3224 5000




       Pursuant to notice, before M. Allred, RPR,
CSR(A), Notary Public in and for the District of
Columbia.
```

---

**3**

```
                  A P P E A R A N C E S

ON BEHAL  O  PLAINTI S:

    BEN THOMASSEN, ESQUIRE

    AARON LAWSON, ESQUIRE

    EDELSON PC

    350 North LaSalle Street,  4th  loor

    Chicago, Illinois 60654

    Phone:  + 3 2 589 6370



  ON BEHAL  O  DE ENDANT:

    BEVIN BRENNAN, ESQUIRE

    PEDERSEN & HOUPT

     6  North Clark Street, Suite 2700

    Chicago, IL 6060  3242

    Phone:  + 3 2 64  6888
```

---

**4**

C O N T E N T S

EXAMINATION O  MARK KARPELÈS                    PAGE

   By Mr. Thomassen                               6


               E X H I B I T S

         (Attached to the transcript.)

KARPELÈS DEPOSITION EXHIBIT                      PAGE

   Exhibit       Defendant Mark Karpelès          9

               Responses and Objections to

               Plaintiff Gregory Greene s

                irst Set of Interrogatories

   Exhibit 2    MCCALEB 000002; GREENE_000457    32

   Exhibit 3    Email thread dated January 28,    37

               20  , at 9:46 a.m.

   Exhibit 4    GREENE_00 222                     46

   Exhibit 5    Terms of Use dated 20 January     92

               20 2

   Exhibit 6    The Willy Report, posted on        0

               May 25, 20 4

   Exhibit 7    Email dated October  2, 20 6,     90

               at  2:40 a.m.

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

---

**5**

| | | |
|---|---|---|
| Exhibit 8 | WizSec post dated July 2, | 2 5 |
| 2 | 20 7, entitled "Comments on | |
| 3 | the Mark Karpelès trial" | |
| 4 Exhibit 9 | Defendant Mark Karpelès | 224 |
| 5 | Objections and Responses to | |
| 6 | Plaintiff Gregory Greene s | |
| 7 | irst Set of Requests to Admit | |
| 8 | acts | |
| 9 Exhibit 0 | Article from WizSec blog dated | 235 |
| 0 | 4 ebruary 20 5 and entitled | |
| | "MtGox investigation update | |
| 2 | and preliminary release" | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 20 | | |
| 2 | | |
| 22 | | |
| 23 | | |
| 24 | | |

---

**6**

1    P R O C E E D I N G S
2        (M. ALLRED, RPR, CSR(A), having been duly
3    sworn by the Consular Officer to stenographically
4    report the deposition, transcribed the following:)
5            MARK KARPELÈS,
6    having been first duly sworn by the Consular
7    Officer, testified as follows:
8        E X A M I N A T I O N
9    BY MR. THOMASSEN:
10    Q  Good morning, Mark.  We've never known; is
11 it Karpelès or Karpelès?
12    A  Karpelès.
13    Q  With an "S" on the end.
14    A  Yes.
15    Q  Okay.  Good morning again.  Thanks for
16 being here.  Obviously you're here for your
17 deposition in this case.  I take it you've never
18 been involved in a US deposition before; is that
19 correct?
20    A  Actually I did.
21    Q  When was that?
22    A  That was in 2017 for CoinLab.
23    Q  The CoinLab case?
24    A  Yes.  I was not sworn, but I was presented

---

**7**

1    at the deposition.
2    Q  Okay.  Were you -- was that here in Japan,
3    or did you go to the States for that?
4    A  That was in Taiwan.
5    Q  Okay.  In Taiwan, okay.  Well, just a
6    couple of things that I want to set out at the
7    beginning.  I know English isn't your first
8    language; is that correct?
9    A  Yes.
10    Q  But we're speaking English now.  We've
11 spoken English in the past.
12    A  Yeah.
13    Q  If you ever have trouble understanding
14 anything I'm saying, whether it's because it's
15 English or you're just confused by my question,
16 just ask me for clarification, please.  Okay?
17    A  Okay.
18    Q  Obviously you're under oath.  You
19 understand that means you have to tell truth here;
20 right?
21    A  Yes.
22    Q  Okay.  Good.  Just as we go along, if you
23 need a break, please let us know, and we can
24 probably accommodate that.  The only qualification

---

**8**

1    is that if there's a question pending, we're going
2    to ask you to answer the question before you take a
3    break.  You understand?
4    A  Yes.
5    Q  Okay.  Good.  Any questions before we get
6    going?
7    A  I believe I'm good.
8    Q  Good for now; right?
9    A  Yeah.
10    Q  All right.  So you were -- obviously you
11 worked at Mt. Gox; correct?
12    A  Yes.
13    Q  What was your title there?
14    A  I was CEO of the company.
15    Q  Right.  And when did you first start
16 working as CEO of Mt. Gox?
17    A  Back in 2011.
18    Q  2011.  And before then the exchange --
19 Mt. Gox is a bitcoin exchange; right?
20    A  Yes.
21    Q  Okay.  And before you took control of
22 Mt. Gox, it was controlled by Jed McCaleb?
23    A  Before actually I took control of the
24 Mt. Gox website, yes, it was controlled by Jed

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

10 (37 to 40)

---

37

1 himself couldn't alter it; right?
2    A  Exactly.
3    Q  All right.  So he was aware of, for
4 example, deposits of currency into the exchange by
5 Mt. Gox users?
6    A  Yes.
7    Q  He was aware of sales of bitcoin for
8 currency by Mt. Gox users too?
9    A  Yes.
10    Q  All right.  And during this time period,
11 you were aware that he had that access; right?
12    A  Yes.
13       (KARPELÈS Deposition Exhibit 3 marked for
14 identification and attached to the transcript.)
15    Q  Mark, I'll hand you what I've marked as
16 Exhibit 3.
17    A  Yes.
18    Q  Go ahead and take a look.
19    A  Okay.
20    Q  Do you recognize Exhibit 3?
21    A  Yes, I do.
22    Q  What does Exhibit 3 appear to be?
23    A  It appears to be an email I sent on Friday,
24 January 28, 2011, to Jed.

---

38

1    Q  And this was before you ended up signing
2 the purchase agreement that we looked at, which is
3 marked as Exhibit 2; right?
4    A  Yes.
5    Q  Do you remember sending this email that's
6 reflected in Exhibit 3?
7    A  I kind of remember it.
8    Q  Okay.  It at least looks familiar to you --
9    A  Yes.
10    Q  -- looking at it now?
11    A  Yes.  It looks familiar.
12       MS. BRENNAN:  Let him finish his question.
13 That will make her job a lot easier.
14       MR. THOMASSEN:  By the way you're doing an
15 excellent job of that so far.  That's usually the
16 things that gets screwed up right away, but you're
17 doing great.
18    Q  So is it fair to say that at the time that
19 you sent this email, you were considering whether
20 to go forward with the purchase of Mt. Gox?
21    A  Based on the timing, I believe so, yes.
22    Q  And if we go on the first page of
23 Exhibit 3, towards the bottom there is an email
24 from Jed, right, that you're responding to?

---

39

1    A  Yes.
2    Q  Okay.  And in this email Jed is referring
3 to a hack where 50,000 in currency was stolen from
4 Mt. Gox; is that right?
5    A  Yes, I believe so.
6    Q  And that hack of $50,000 in currency, that
7 happened shortly before you ended up taking control
8 of Mt. Gox; is that right?
9    A  Based on what I hear from Jed, yes.
10    Q  Okay.  Did the fact that Mt. Gox suffered
11 this hack concern you when you were considering
12 purchasing it?
13    A  Yes, it did.  Hence this email.
14    Q  Sure.  So let's look at the first line of
15 your email where you say:
16       "...having mtgox working with only a
17 fraction of the amounts being exchanged might be
18 problematic too."
19       You see where I read that from?
20    A  Yes.
21    Q  Can you explain to me what you meant by
22 that line?
23    A  Basically it's a response to Jed's email
24 explaining that the hacker was able to take $50,000

---

40

1 from Liberty Reserve to which I say it's an issue.
2    Q  What was the issue?
3    A  Well, the issue would be that running
4 Mt. Gox this way could end being problematic in the
5 future.
6    Q  And when you say "this way," let's look at
7 the second page of Exhibit 3.  Just flip it over.
8 The first full paragraph from the top that starts
9 with, "The loss of the 50K."
10       Do you see where I'm reading from?
11    A  Yes.
12    Q  So there Jed says:  "The loss of the 50K
13 although a lot of money shouldn't actually be an
14 issue as long as deposits continue to be greater
15 than withdrawals.  We can just let the loss ride
16 until the site either makes it or not."
17       You see where I read that from?
18    A  Yes.
19    Q  Is that the manner of operating Mt. Gox
20 that you were referring to when you said it might
21 be problematic?
22    A  I believe so.
23    Q  And so my understanding of Jed's
24 explanation here is that at the point of this

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

11 (41 to 44)

---

4

1  email, Mt. Gox did not have enough currency funds
2  to answer all or to correspond to all of its users'
3  deposits. Is that your understanding too?
4  **A  Yes.**
5  Q  I mean, it was short $50,000; right?
6  **A  Yes.**
7  Q  And Jed suggested that that was no big deal
8  as long as more deposits than withdrawals continued
9  to come in; right?
10  **A  Yes.**
11  Q  And you were concerned with that position?
12  **A  Yes.**
13  Q  Okay. So why did that position concern
14 you?
15  **A  Well, as I said, it could have become an**
16 **issue in the future, especially considering what**
17 **Jed said with the site either makes it or not. The**
18 **"not" side is an issue, I believe.**
19  Q  Right. Well, I mean, the site ended up not
20 making it; right?
21  **A  Well, yes, actually.**
22  Q  So in the -- if you go back to page 1 of
23 Exhibit 3, the -- your third paragraph in your
24 response to Jed, you say that:

---

42

1      "...I need to be 100 percent sure that we
2  will be able to answer any withdraw request from
3  someone who deposited anything."
4      You see where I read that from?
5  **A  Yes.**
6  Q  Can you tell me what you meant by that?
7  **A  Well, I meant that in case when Mt. Gox**
8  **runs, if we get withdrawal, basically we need to be**
9  **able to answer all of these as much as possible.**
10  Q  What do you mean by "as much as possible"?
11  **A  Well, there are, of course, requests we**
12 **cannot answer to because of legal reasons, also,**
13 **reasons. But as long as any other issue barring**
14 **this, we should be able to respond to user**
15 **requests.**
16  Q  Okay. And is the way that Mt. Gox would be
17 able to respond to requests is having enough actual
18 cash on hand to answer any user requests for a cash
19 withdrawal. Is that fair?
20  **A  Yes. I believe so.**
21  Q  And would you agree that -- so that was a
22 concern that you had when you were considering
23 taking control over the exchange. Is that fair?
24  **A  Yes. I believe so.**

---

43

1      Q  Is that a concern that you continued to
2  have over the course of your control of the Mt. Gox
3  exchange through 2014?
4  **A  What do you mean by this?**
5  Q  I mean that when you were actually put in
6  charge of Mt. Gox, did you still believe that it
7  was important that you needed to be 100 percent
8  sure that Mt. Gox would be able to answer any
9  withdrawal requests from someone who deposited
10 anything?
11  **A  Well, I believed it was an important thing**
12 **to be able to as much as possible, yes. So it**
13 **would change meaning soon after this.**
14  Q  You said "it would change meaning soon
15 after this"?
16  **A  Well, I'm guessing this is coming -- to**
17 **come in the next question in the timeline. -- in**
18 **the next question in the timeline because, well,**
19 **between the contract and the actual transaction of**
20 **Mt. Gox, something else happened.**
21  Q  Right. You're referring to the 80 to
22 90,000 bitcoin hack; right?
23  **A  Yes.**
24  Q  All right. So how did that change things,

---

44

1  in your words?
2  **A  Well, initially when I received Mt. Gox, I**
3  **was expecting to run an exchange which had no,**
4  **well, debt in terms of how much it owed customers.**
5  Q  Can I stop you real quick?
6  **A  Yes.**
7  Q  But when you received Mt. Gox, you knew
8  that it had a 50,000 currency debt; right?
9  **A  No. This one was fixed.**
10  Q  How was it fixed?
11  **A  Based on what Jed told me, he managed to**
12 **block the account of the hacker and recover the**
13 **money.**
14  Q  So the $50,000 came back into Mt. Gox by
15 the time you acquired it. Is that what you're
16 saying?
17  **A  Yes.**
18  Q  Okay. But then you said something else
19 happened. There was -- do you know how much
20 bitcoin was stolen in the subsequent hack?
21  **A  I believe about 80,000.**
22  Q  Okay. We'll just say 80,000. So how did
23 that change things for you?
24  **A  Well, it changed things in different ways.**

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

49

1    A  Yes.
2    Q  Do you know where their servers were
3 located?
4    A  I'm not sure exactly.  I believe it was a
5 provider in the US.  I think it was The Planet.
6    Q  Okay.
7    A  They were bought by SoftLayer, which was
8 bought by IBM.
9    Q  When you took control over the exchange,
10 the coding for the exchange as it existed in that
11 point of time had been written by Jed.  Is that
12 your understanding?
13    A  Yes.
14    Q  And it was written in PHP.  Is that your
15 understanding?
16    A  Exactly.
17    Q  And fair to say over the next several
18 months you found that there were various flaws in
19 Jed's coding of the exchange; right?
20    A  Yes.  I did find a number of flaws.  I
21 stopped using Jed's code into June.
22    Q  Right.  And June, was that the point where
23 you took Mt. Gox offline and rewrote the code?
24    A  Yes.

50

1    Q  Did you rewrite it in PHP?
2    A  Yes.  I rewrote it fully in PHP.
3    Q  Is there a reason why you stuck with PHP at
4 that time?
5    A  There's two reasons, actually.  One is that
6 given the timeline, no other languages would be
7 able to create this as quickly, like, to write a
8 full exchange in two weeks.
9        The other reason is because as the existing
10 system of Mt. Gox was in PHP, it was easier to
11 implement the same system in the same language.
12    Q  So if you had -- and I know since you took
13 Mt. Gox offline at that time, you probably felt
14 some time pressure to get it back up; right?
15    A  Yes.
16    Q  From Mt. Gox's customers who wanted to do
17 more trading?
18    A  Yes.
19    Q  If you had more time, you could have
20 recoded Mt. Gox using a different programming
21 language; right?
22    A  Yes, of course.
23    Q  And I know in your -- you remember giving
24 what's called an AMA on Reddit?

5

1    A  Yes, it's possible.  I mean, I've done
2 multiple AMA over time.
3    Q  So in one of your -- I don't have a
4 printout here, but in one of your AMAs on Reddit,
5 someone asked you if it was a mistake to have
6 Mt. Gox operating in the PHP language, and you
7 responded that in retrospect you would have done it
8 in the Golang language.  Do you recall that?
9        MS. BRENNAN:  Objection to form.
10    A  I don't remember exactly, but even today I
11 would say Golang that is a fair choice for this
12 kind of programming.
13    Q  Why would Golang have been a better choice
14 for programming?
15    A  It is less -- it has better performance
16 than PHP.  It would have avoided a lot of
17 performance issues we had with Mt. Gox.
18    Q  Would it have been more secure than PHP?
19    A  PHP doesn't have that much of bad track
20 record.  There are a lot of bad developers in PHP
21 because it's much more simple, but the language
22 itself had no big issues similar to what we find,
23 for example, with Ruby.
24    Q  Okay.  So let's go back to -- this is --

52

1 yeah -- Exhibit 4.  We were talking about the
2 bitcoin hack that happened shortly after you took
3 control of the exchange; is that right?
4    A  Yes.
5    Q  Okay.
6    A  Well, after I signed the contract but
7 before I took control actually.
8    Q  Right.  Okay.  So at the time that this
9 hack happened, the 80,000 bitcoin hack, is it true
10 that at that point in time Mt. Gox had -- the
11 amount of bitcoin held by Mt. Gox was less than the
12 total amount of bitcoin held by Mt. Gox users, at
13 least according to their accounts?
14    A  I would -- based on what Jed told me, I
15 would guess it was the case.
16    Q  Can you say the first part of your
17 response?  What do you mean?  You mean based on
18 what Jed told you?
19    A  At the time I didn't have access to Mt. Gox
20 yet.
21    Q  Right.
22    A  So I -- basically based on what Jed told me
23 at the time.
24    Q  So since Jed told you -- you didn't have

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

14 (53 to 56)

53

1 access to Mt. Gox's actual bitcoin holdings as of
2 March 3rd, 2011; right?
3     **A Exactly.**
4     Q But Jed told you that 80,000 bitcoins had
5 been stolen; right?
6     **A Yes.**
7     Q So based on that piece of information, your
8 assumption was that Mt. Gox did not -- the amount
9 of bitcoins held by Mt. Gox was less than the
10 amount of bitcoins reflected in Mt. Gox's users'
11 accounts; right?
12     **A I think this what -- Jed told me this too**
13 **at some point.**
14     Q Was there a period of time where you were
15 able to confirm that fact?
16     **A What happened when Mt. Gox was hacked is**
17 **Jed immediately gave me access to the server so I**
18 **could look into it.**
19     Q Let's pause there. You mean -- was that
20 about March 3, 2011?
21     **A Yes.**
22     Q Okay. Go ahead.
23     **A So following the hack, Jed gave me access**
24 **to the server, and I looked into it to investigate**

54

1 what happened.
2     Q As part of that investigation, were you
3 able to confirm that Mt. Gox was short bitcoins?
4     **A Yes, I was.**
5     Q And the amount of bitcoins it was short,
6 was it about what Jed said, 80,000-ish bitcoins?
7     **A I believe so. I don't remember the exact**
8 **amount.**
9     Q Ballpark that's about what it was.
10     And I know that you and Jed talked about
11 how to handle that 80,000 bitcoin shortage; right?
12     **A Yes.**
13     Q And Jed gave you a number of different
14 ideas about how to handle it?
15     **A Yes, he did.**
16     Q Okay. And one of those ideas was
17 converting the bitcoin debt to a cash debt; is that
18 right?
19     **A I believe so, yes.**
20     Q Another option was to -- well, do you
21 remember what any of the other options were?
22     **A I think one was to get investment from a**
23 **company called, I believe, Crystal Island or**
24 **something, which actually quick due diligence made**

55

1 **this not an option. I don't remember exactly the**
2 **last option, but it wasn't credible either.**
3     THE COURT REPORTER: What was the name of
4 the company? Crystal?
5     **A Crystal Island, I think. Just based on**
6 **memory.**
7     Q Sure. So speaking of -- during this time
8 period where Jed -- you said this was the time
9 period you first got access to the Mt. Gox systems;
10 right?
11     **A Yes.**
12     Q Okay. So this is the first time you were
13 able to confirm Mt. Gox's overall bitcoin holdings;
14 is that right?
15     **A Yes.**
16     Q And same -- this is also the first time you
17 were able to confirm Mt. Gox's cash holdings;
18 right?
19     **A Well, I couldn't confirm all of Mt. Gox's**
20 **bitcoin and cash holdings because, for one part,**
21 **Jed told me that only one-third was on the server**
22 **for the bitcoins.**
23     **And as for the cash holding, I could see**
24 **how much Mt. Gox owed to customers, but I couldn't**

56

1 see the account matching this.
2     Q So you could see Mt. Gox's overall currency
3 debt; right?
4     **A Yes. I could confirm Mt. Gox's debt in**
5 **currency or bitcoins, but I couldn't confirm the**
6 **full assets.**
7     Q Okay. And before you signed the purchase
8 agreement that we looked at earlier, you hadn't
9 confirmed either Mt. Gox's cash holdings or bitcoin
10 holdings; is that right?
11     **A Yes. I was basing my decision on Jed's**
12 **representations.**
13     Q Okay. And why didn't you do those
14 confirmations before you went forward with the
15 purchase agreement?
16     **A Well, at the time I believed in what Jed**
17 **told me about the situation.**
18     Q Okay. And the deal that Jed offered you
19 was one where you didn't have to pay any cash up
20 front; right?
21     **A Yes.**
22     Q There was a profit sharing agreement and
23 then -- well, strike that.
24     The payment agreement is the one reflected

Transcript of Mark Karpeles
Conducted on November 5, 2019

**Page 65**

1 exchange will not be hacked, in which case
2 disclosing this could have altered this.
3    Q  So is it right, are you saying that had
4 Mt. Gox users at this time, March 2011, been made
5 aware that there was a hack of 80,000 bitcoins,
6 they may have decided to move their bitcoins
7 elsewhere.  Is that fair?
8    A  I would guess so.
9    Q  And the reason for that is because they
10 would view Mt. Gox as potentially insecure?
11    A  Yes, I guess so.
12    Q  Well, why is that?  Is it because it's --
13 they would have viewed it as susceptible to hacks?
14    A  Well, people tend to easily fear some
15 things that happens once it shouldn't happen again.
16 Even -- I mean, even for in all the kind of hacks
17 like the Sony Playstation hack, even after many
18 years it was sold, and I'm pretty sure they
19 implemented much higher security procedures than
20 before, lots of people still didn't want to use the
21 service.
22    Q  Because in that example they viewed this
23 prior hack as evidence that the Playstation network
24 was insecure; right?

**Page 66**

1    A  Yes.
2    Q  All right.  And whether or not to be a part
3 of a given network knowing whether or not it is or
4 is not secure would be important to users.  Is that
5 fair?
6    A  Sorry?
7    Q  Knowing whether or not a given network is
8 important to -- I'm sorry.  Let me strike that.
9       Knowing whether or not a particular network
10 or in this case an exchange is secure is important
11 to users when deciding whether or not to join the
12 exchange or network.  Is that fair?
13    A  Well, knowing whether a network is secure
14 is important for users.  Yes.
15    Q  Right.  And knowledge that a hack had
16 occurred would tend to show that that network or
17 exchange is insecure.  Is that fair?
18    A  It would show that the exchange was
19 insecure at the time, but it may not be relevant to
20 afterwards.
21    Q  Because it might be fixed going forward;
22 right?
23    A  Well, typically it gets fixed over time.
24    Q  So was it your decision with respect to

**Page 67**

1 this 80,000 bitcoin hack to make the fixes to
2 security and therefore plug whatever hole allowed
3 the hack to happen?  Was that essentially what you
4 decided to do?
5    A  Well, in that specific case, I went through
6 steps to ensure that such hack couldn't happen.
7    Q  So you essentially fixed the security hole
8 that allowed the attack to happen; right?
9    A  Yes.
10    Q  And you just did that yourself on the back
11 end without telling Mt. Gox users about it.  Is
12 that fair?
13    A  Sorry?
14    Q  You did that yourself on the back end
15 without --
16    A  I didn't --
17    Q  You didn't tell Mt. Gox users that the hack
18 had happened; right?
19    A  Yes.
20    Q  And you fixed the security hole that had
21 allowed the hack to happen; right?
22    A  Yes.
23    Q  But you didn't tell users that it had been
24 fixed?

**Page 68**

1    A  No.
2    Q  Did you tell users at this time period,
3 March of 2011, that the exchange was missing
4 bitcoins?
5    A  I don't think so.
6    Q  Okay.  Do you think that's also important
7 for users to know whether or not a given bitcoin
8 exchange has -- well, to use the email we looked at
9 earlier on Exhibit 3, whether or not the exchange
10 has sufficient assets to meet customer withdrawal
11 demands, do you think that's important to users?
12       MS. BRENNAN:  Objection to form.
13 Foundation.
14    A  Well, that's the conflicting decision at
15 the time because one way -- of course, it's
16 important for users to know about this.  But
17 disclosing information would hurt all current users
18 of Mt. Gox.
19    Q  Why is that?  Why do you think it would
20 hurt users of Mt. Gox?
21    A  Well, the most likely direction in that
22 case would be that Mt. Gox wouldn't get any
23 business and would fail at some point, which
24 wouldn't be good for any users on Mt. Gox.

CONFIDENTIAL

Transcript of Mark Karpeles

Conducted on November 5, 2019

---

69

1  Q  Why do you think it would fail at some
2  point if people had known that it was missing these
3  80,000 bitcoins?
4  **A  Main reason I felt so was because the**
5  **explanations I got from Jed at the time.**
6  Q  And what was that explanation?
7  **A  That it would basically kill the company to**
8  **disclose this.**
9  Q  Did he say why or did he just say it would
10 kill the company to disclose this?
11 **A  I don't remember exactly, but I would guess**
12 **it would cause what we call a "bank run."**
13 Q  Everyone would try and get their bitcoins
14 back right away, you mean?
15 **A  Yeah.  Everyone try to withdraw bitcoins.**
16 **Mt. Gox running out of bitcoins, becoming bankrupt.**
17 Q  Right.  And if that happened, if there was
18 a bank run at this period of time, March 2011, and
19 everyone tried to withdraw their bitcoins, that
20 would have been impossible; right?
21 **A  Yes.**
22 Q  Because Mt. Gox was short bitcoins?
23 **A  Yes.**
24 Q  So you talked about how it was Jed's

---

70

1  feeling that this information shouldn't be
2  disclosed.  Did you have personal feelings about
3  whether the information should be disclosed?
4  **A  Well, I come from a security -- an IT**
5  **security background, so typically I am for this**
6  **kind of disclosure.  But doing so in this specific**
7  **case would have a lot of negative impacts.**
8  **Especially should anyone try to sue Jed, Tibanne**
9  **would be responsible for it so it would not only**
10 **cause Mt. Gox and but also Tibanne and most likely**
11 **wouldn't be an easy situation for me either.**
12 Q  Because of your relationship with Tibanne;
13 right?
14 **A  Yes.**
15 Q  So you had mentioned before that Jed had a
16 number of ideas about how to handle this loss of
17 bitcoins.  Do you recall that?
18 **A  Yes.**
19 Q  What did you end up doing going forward in
20 terms of trying to account for this loss of
21 bitcoins?
22 **A  Well, as suggested by Jed, move forward**
23 **with the exchange while shifting part of the**
24 **bitcoin debt to total debt, especially as the price**

---

7

1  **of bitcoin increased because -- well, when the**
2  **price increased, it means the value of the debt**
3  **increased to very, very high amounts.**
4  Q  Why -- do you remember what the price of
5  bitcoin was at the time this hack happened?
6  **A  I don't remember exactly, but I think it**
7  **was between 1 or 2 dollars.  I'm not sure, but it**
8  **should be easy to verify.**
9  Q  Sure.  Is it fair to say that not long
10 after the hack happened the price of bitcoin went
11 up, didn't it?
12 **A  Yes.  By June it reached $30.**
13 Q  Right.  Why didn't you convert the bitcoin
14 debt to dollars right away?
15 **A  I didn't want to implement this kind of**
16 **system in the Mt. Gox system.  Basically I would**
17 **have preferred not exchanging debt at all and**
18 **having Mt. Gox cover the debt from its own income.**
19 Q  Right.  So in the Skype log chat
20 transcripts you, for example, talk about using
21 the -- let me step back.
22    Mt. Gox charged its users fees for
23 exchanging bitcoin to cash and vice versa; right?
24 **A  Yes.**

---

72

1  Q  And it charges users fees for exchanging
2  one type of currency for another; right?
3  **A  What do you mean?**
4  Q  Converting, like, US currency to yen, for
5  example.  Were there fees associated with --
6  **A  There was no such thing in Mt. Gox.**
7  Q  Okay.  Good.  But there were fees
8  associated with the bitcoin purchases and bitcoin
9  sales.  Fair?
10 **A  Yes.**
11 Q  And one of your ideas were using those fees
12 to cover this bitcoin debt; is that right?
13 **A  One of Jed's ideas, yes.**
14 Q  In what other ways would Mt. Gox have been
15 able to use its own income to cover this debt?
16 **A  Well, Mt. Gox received income in both**
17 **bitcoins and currencies.  So eventually the bitcoin**
18 **income could have been enough to cover the debt.**
19 Q  Okay.  And so the reason you didn't go
20 forward with the exchange of the bitcoin debt to
21 the dollar debt right away is you wanted to explore
22 those other options.  Is that fair?
23 **A  Well, I believed at the time it would have**
24 **been better to just have the income cover the debt**

---

CONFIDENTIAL

Transcript of Mark Karpeles

19 (73 to 76)

Conducted on November 5, 2019

73

1  and be done with it.
2      Q  Why would it have been better?
3      **A  It was simpler, I guess.  It wouldn't**
4  **involve, well, implementing this at all.**
5      Q  Well, the fees that Mt. Gox charge for
6  bitcoin sales and purchases, those were cash fees;
7  right?
8      **A  No.  Both sides.**
9      Q  Both sides.  So there were -- was it
10  bitcoin fees for -- how did Mt. Gox acquire bitcoin
11  fees?
12     **A  If you were to buy bitcoins, you would pay**
13  **fees in bitcoin.  And if you were to, well, sell**
14  **bitcoin, you would pay fees in dollars.**
15     Q  So when you talk about using those fees to
16  cover this bitcoin debt, are you only talking about
17  the bitcoin fees?
18     **A  Yes.**
19     Q  Okay.  So your idea was eventually Mt. Gox
20  would make enough in bitcoin fees to cover the
21  $80,000 -- I'm sorry -- 80,000 bitcoin gap?
22     **A  Hopefully.**
23     Q  But at some point you decided that wasn't
24  possible?

74

1      **A  Well, I guess initially 80,000 bitcoins was**
2  **close to $80,000.  But as the price increased, it**
3  **would get to $800,000, and reach over a million**
4  **dollar, which was not something I was ready to deal**
5  **with.**
6          **So following Jed advice on transferring the**
7  **debt from bitcoin to dollars, well, something that**
8  **was required at some point.**
9      Q  Okay.  And that was something that you
10  ended up using Willy bot to do.  Is that fair?
11     **A  Well, I wouldn't use the term "Willy bot,"**
12  **but basically that was something that was**
13  **implemented through the Gox bot.**
14     Q  And Gox bot was something that existed on
15  the exchange when you acquired it; right?
16     **A  Yes.**
17     Q  Is there any difference between Gox bot and
18  Willy bot other than the name we're using?
19     **A  Well, the code evolved over time, so there**
20  **might be some differences.**
21     Q  So is it -- would it be fair to say that
22  Willy bot was a version of Gox bot just with
23  updated code?
24     **A  I guess so.**

75

1      Q  But at the time that you acquired the
2  exchange, Gox bot existed; right?
3      **A  Yes.**
4      Q  Okay.  So just so we have it clear, can you
5  tell me what was Gox bot?
6      **A  Originally Gox bot was an account which was**
7  **automatically collected all customer fees, and**
8  **which was used by Jed to trade on the exchange as**
9  **Mt. Gox.**
10     Q  Okay.  So is it right, then, that
11  originally Mt. Gox's fees -- is it right that they
12  would be funneled into the Gox bot account, and
13  then Gox bot would use those fees to trade on the
14  exchange?
15     **A  That is the code I received in March 2011**
16  **was written that way.**
17     Q  Okay.  You said in March 2011?
18     **A  Yes.**
19     Q  Did you change the code for Gox bot after
20  March 2011?
21     **A  When I did some changes, I disabled these**
22  **part of the system at some point.**
23     Q  I'm sorry.  Can you --
24     **A  I disabled the part that would ultimately**

76

1  get fees.
2      Q  You disabled the part that would ultimately
3  get fees?
4      **A  Yes.**
5      Q  So do you know what time period that was?
6      **A  I'm not sure exactly, but I guess it was**
7  **between March and June of 2011.**
8      Q  Okay.  So between March and June of 2011,
9  you disabled the function of Gox bot where it would
10  receive fees collected by the exchange?
11     **A  Yes.**
12     Q  Okay.  But in that same period of time, was
13  Gox bot still purchasing bitcoins on the exchange?
14     **A  I think so, but I'm not sure.  I would have**
15  **to -- well, actually I cannot check the server.  It**
16  **should be in part of the history of Gox bot -- I**
17  **mean, the account.  It should be easy enough to**
18  **check.**
19     Q  How would you check it?  Just by looking at
20  the transactional records for Mt. Gox?
21     **A  The easiest would be, I guess, to ask the**
22  **trustee.**
23     Q  Because he has the transactional records
24  for Mt. Gox?

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

20  (77 to 80)

77

1    A  Yes.
2    Q  You don't recall, sitting here now,
3  whether -- well, let's just talk about this time
4  period.  In June of 2011, was Gox bot still
5  acquiring bitcoins from Mt. Gox users?
6    **A  I am not sure.**
7    Q  In 2012 was Gox bot acquiring bitcoins from
8  Mt. Gox users?
9    **A  You mean from the fees?**
10   Q  I just mean at all.
11   **A  I mean Gox bot was trading -- well, what**
12 **you would call Willy bot after a while on the**
13 **exchange with the automated system.  But if you**
14 **were to ask me if Willy bot was buying or selling**
15 **bitcoin, I wouldn't be for sure -- I wouldn't know**
16 **for sure.**
17   Q  All right.  Let's step back a bit to
18 shortly after the 80,000 bitcoin hack happened.
19   **A  Yes.**
20   Q  So we talked about how one of your initial
21 ideas -- and I guess Jed's initial ideas -- was to
22 recoup the losses from Mt. Gox's transactional
23 fees; right?
24   **A  Yes.**

78

1    Q  But at some point you decided that wasn't
2  possible; right?
3    **A  Yes.**
4    Q  Because the price of bitcoin kept going up;
5  right?
6    **A  Yeah.**
7    Q  So what did you decide to do after that?
8    **A  Well, I decided to implement the exchange**
9  **of debt as suggested.**
10   Q  And how did you implement the exchange of
11 debt?
12   **A  Well, this was done through Gox bot.**
13   Q  Okay.  So walk me through it.  How did
14 Gox bot exchange the debt?
15   **A  Basically Gox bot would be credited in**
16 **US dollars.**
17   Q  Let's stop.  Okay.  You said it would be
18 credited in US dollars?
19   **A  Yes.**
20   Q  How did that crediting of US dollars
21 happen?
22   **A  Well, directly through the system.**
23   Q  And by "system," you mean the Mt. Gox
24 database?

79

1    A  Yes.
2    Q  Who would credit -- would the Gox bot
3  account be credited?
4    **A  Yes.**
5    Q  Okay.  And who would credit the Gox bot
6  account?
7    **A  There was an automatic system for this that**
8  **would be triggered by me.**
9    Q  You said that would be triggered by you?
10   **A  Yes.**
11   Q  Okay.  And so by crediting Gox bot, this
12 automated system would just increase the US dollar
13 balance of the Gox bot account.  Is that fair?
14   **A  Yes.**
15   Q  But that wouldn't be done through, like, a
16 cash deposit at a bank; right?
17   **A  No.**
18   Q  It would just be done by changing the
19 database numbers?
20   **A  Well, basically that would add -- happen in**
21 **that way, yes.  I mean, there's more recording and**
22 **bookkeeping happening than that, but yes.**
23   Q  What do you mean there was more recording
24 and bookkeeping happening than that?

80

1    **A  Not just a matter of changing the record,**
2  **the numbers in the database.  There is a record**
3  **created signaling that this account was credited**
4  **this amount, but not as a deposit.**
5    Q  Okay.  So there were, like, internal
6  records?
7    **A  Yes.**
8    Q  Keeping track of the number of times that
9  Gox bot had been credited and the amount of those
10 credits.  Is that fair?
11   **A  Yes.**
12   Q  And then once Gox bot had been credited, as
13 we've discussed it, with US -- was it US dollar
14 funds?
15   **A  Yes.  I believe so.**
16   Q  What would it do next?
17   **A  It would automatically transfer this by**
18 **buying bitcoins in the exchange.**
19   Q  Sure.
20   **A  Small amounts.**
21   Q  So it would buy -- you said would buy
22 bitcoins from the exchange?
23   **A  Yes.**
24   Q  And were those bitcoins held by exchange

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

21 (81 to 84)

**81**

1 users?
2    **A Yes.**
3    Q And the buying and selling of bitcoins on
4 the exchange was anonymous; right?
5    **A Yes.**
6    Q So users could never tell what other users
7 they were buying and selling bitcoins with?
8    **A Yes.**
9    Q And same token users couldn't tell when
10 they were selling bitcoins to Gox bot, for example;
11 right?
12    **A Yes.**
13    Q Do you recall when you first programmed
14 Gox bot to start buying bitcoins with these
15 credited amounts of US dollars?
16    **A What do you mean by "recall"? When it was**
17 **or...**
18    Q Yeah. When?
19    **A I'm not sure exactly when. I think it was**
20 **sometime in 2011, but I'm not sure exactly.**
21    Q Okay. And then did Gox bot continue buying
22 bitcoins with these credited amounts of US dollars
23 through 2012?
24    **A I think so.**

**82**

1    Q Okay. How about 2013?
2    **A I would think so too. I mean, I'm not sure**
3 **anymore of the dates.**
4    Q Okay. At some point did Gox bot acquire
5 80,000 bitcoins?
6    **A That's a good question. I don't think it**
7 **went to 80,000, but I'm not sure.**
8    Q You know who Kim Nilsson is, don't you?
9    **A Yes.**
10    Q And that's N-I-L-S-S-O-N.
11    You've spoken with him?
12    **A Yes.**
13    Q Have you -- he works with a group called
14 WizSec? Is that your understanding?
15    W-I-Z-S-E-C.
16    **A I think he did at some point of time, yes.**
17    Q Yeah. Are you aware that he's posted
18 several reports about Mt. Gox through WizSec?
19    **A Yes, I think so.**
20    Q Do you recall reading any of those reports?
21    **A I most likely read most of these, yes.**
22    Q Okay. Do you recall that he wrote a report
23 regarding Willy bot's activity?
24    **A Yes. I think so.**

**83**

1    Q Okay. Do you recall him stating that
2 based -- well, strike that.
3    Do you know Kim Nilsson and others have
4 stated that, around the time the exchange went down
5 in February of 2014, certain of Mt. Gox's
6 transactional logs were leaked to the public. Is
7 that accurate?
8    **A I do know that someone claimed to have**
9 **leaked information and a file was sent online. But**
10 **I didn't check if it's accurate or not.**
11    Q Do you have any reason to believe that
12 it's -- strike that.
13    During the time that you had control of the
14 Mt. Gox exchange, did you ever disclose the
15 existence of Gox bot to Mt. Gox users?
16    **A No.**
17    Q Why?
18    **A I do not think there was a need to at the**
19 **time.**
20    Q Did you think that it wouldn't be important
21 to Mt. Gox users to know about the existence of
22 Gox bot?
23    **A I don't think so.**
24    Q You mean you thought that -- when you say

**84**

1 "I don't think so," do you mean you don't think it
2 would be important to Mt. Gox users?
3    **A Well, I didn't say it would be important**
4 **to --**
5    Q Can you say that again? I'm sorry.
6    **A I didn't think at the time it would be**
7 **important for users to know.**
8    Q And you said that you -- sitting here
9 today, you're not sure whether Gox bot or Willy bot
10 completely transferred the 80,000 bitcoin debt to
11 cash debt; is that right?
12    **A Yeah. I'm not sure. And I -- I'm not**
13 **sure.**
14    Q Do you recall reading that Kim Nilsson
15 concluded that Willy bot acquired over 400,000
16 bitcoins?
17    **A I may have seen this. I am not sure of the**
18 **amount is all.**
19    Q You may have seen it? Is that what you
20 said?
21    **A Yes. I may have seen it.**
22    Q Do you think that's inaccurate that
23 Willy bot acquired over 400,000 bitcoins on the
24 exchange?

**89**

1    A  Yes.  I mean, other issues are higher
2  priority.
3    Q  Right.
4    A  Well, there were things I needed to do that
5  were more timely than looking at the bot running.
6    Q  Okay.  I understand that.  And then when
7  you would occasionally go back in to check
8  Willy bot, at that time you might have changed
9  Willy bot's parameters?
10   A  Yes.
11   Q  Right.  You might have set it to buy more
12  bitcoins, for example?
13   A  Yes.  More, less.
14   Q  Or less?
15   A  Other way around.  There's many different
16  parameters.
17   Q  Let's go back to Exhibit 1.  I think it's
18  in your pile there somewhere.  Do you have it
19  in front of you?
20   A  Yes.
21   Q  So let's flip to page 3 of Exhibit 1.
22   A  Okay.
23   Q  At the bottom you see Number 7.  There's a
24  question there.  Well, it's a request, I guess:

**90**

1       "Describe the process through which class
2  members could request to withdraw..."
3       And I'm going to skip some words.  Never
4  mind.  I'll just read it:
5       "Describe the process through which class
6  members could request to withdraw and deposit or
7  transfer bitcoin or fiat currency from their
8  Mt. Gox accounts."
9       And it goes on from there.  Then if you
10  flip the page to page 4, you can see where there's
11  a labeled response at the top of the page, and it
12  states:
13       "Persons who wanted to buy and sell bitcoin
14  through Mt. Gox were required to sign up for an
15  account at MtGox.com and agree to Mt. Gox's terms
16  of use that were applicable at the time the user
17  created an account."
18       Do you see where I read that from?
19   A  Yes.
20   Q  Do you know when did Mt. Gox first have a
21  set of terms of use?  Do you recall?
22   A  I think it was in the middle of 2012.
23   Q  I think that's right.  So before that
24  point, did any terms of use exist at Mt. Gox?

**91**

1    A  Not at all.
2    Q  Users could just create an account and then
3  start trading bitcoins?
4    A  Yes.
5    Q  Okay.  Let's go back to Exhibit 3, please.
6  Exhibit 3 is the email between you and Jed before
7  you bought the exchange.  Okay.
8    A  Yes.
9    Q  All right.  So in the second full
10  paragraph of Exhibit 3, you state that:
11       "By taking over Mt. Gox one of the first
12  step will be to define terms and conditions
13  defining exactly how users are insured and what
14  they can do if, for example, someone manages to
15  exploit problems on the site."
16       Do you see where I read that from?
17   A  Yes.
18   Q  Here are you referring to establishing
19  terms that would apply to the purchase and sale of
20  bitcoins on the exchange?
21   A  Yes.
22   Q  And it was one of your main priorities to
23  establish terms for exchange users.  Is that fair?
24   A  It was a priority.  Yes.

**92**

1    Q  And you said that terms were first
2  developed in mid-2012?
3    A  I think they were developed in 2012.  Yes.
4       (KARPELÈS Deposition Exhibit 5 marked for
5  identification and attached to the transcript.)
6    Q  I'm handing you what's been marked as
7  Exhibit 5.
8       MS BRENNAN:  Do we still need 3 out?
9       MR. THOMASSEN:  No, 5 is fine.
10   Q  Mark, go ahead and -- I've handed you
11  what's been marked Exhibit 5.  Go ahead and take a
12  look at that and tell me if you recognize it.
13   A  Okay.  Yes.
14   Q  Have you looked through it?  Do you
15  recognize Exhibit 5?
16   A  Yes.  It looks like the term of use for the
17  Mt. Gox website.
18   Q  Okay.  And so if you look on the -- you
19  see -- we don't have Bates numbers on these, but if
20  you see there's a header that's printed on every
21  page, do you see that there?
22   A  Yes.
23   Q  And at the end of the header there's a
24  page ID number.

93

1    A  Yes.
2    Q  Okay.  So if you flip to page ID Number 129
3  of Exhibit 5.
4    A  Yes.
5    Q  You see at the top there's a rectangle?
6    A  Yes.
7    Q  And on the left side of the rectangle it
8  says, "Internet Archive Wayback Machine."
9    A  Yes.
10   Q  Do you know what that refers to?
11   A  Yes, I do.
12   Q  What is that?
13   A  The Wayback Machine is a service offered
14  for free that allows to look at old web page on the
15  internet.
16   Q  Right.  And if we look on the right side of
17  that rectangle, you see there's a date February 15,
18  2014.  Do you see that?
19   A  Yes, I do.
20   Q  Okay.  So is it your -- assuming that the
21  rectangle was, in fact, printed by the Wayback
22  Machine, this is the version of the terms of use as
23  they existed on the Mt. Gox website as of
24  February 15, 2014.  Do you agree with that?

94

1    A  Yes.  As I know from the Wayback Machine,
2  this should be the date that the page was archived.
3    Q  Yeah.  And based on your own use of the
4  Wayback Machine, is it your understanding that it
5  accurately saves and then reproduces the content of
6  web pages on the dates indicated?
7    A  Mostly does at least for the text context.
8    Q  Great.  And you see also on page ID
9  Number 129 if we go down a little bit there's a
10  header that says "Terms of Use."  Do you see that?
11   A  Yes, I do.
12   Q  And right under that it says, "Last updated
13  on January 20th, 2012."
14   A  Yes.
15   Q  So January 20, 2012, do you think that's
16  the date that Mt. Gox first posted its users' terms
17  of use?
18   A  I'm not sure we actually posted the terms
19  of use as soon as we got this from the lawyers, but
20  it should be soon after.
21   Q  So January 2012 that sounds generally
22  accurate for when the terms of use would have been
23  first posted on the Mt. Gox website?
24   A  I guess so.

95

1    Q  Do you know whether -- was that the first
2  version of the terms of use posted on the Mt. Gox
3  website?
4    A  I believe it was the first version.
5    Q  So there were no prior terms that applied
6  to Mt. Gox users; right?
7    A  Yes.
8    Q  And so after January 20th, 2012, is it
9  correct that all exchange users were bound by the
10  terms of use we're looking at here in Exhibit 5?
11   A  Yes, I believe so.
12   Q  Okay.  And I have here a version that was
13  also pulled from the internet archive in early
14  2012.  Would you expect that it would look the same
15  as the terms we're looking at here in Exhibit 5?
16   A  Yes, I think so.
17   Q  Right.  Because there is only one version
18  of the terms of use; right?
19   A  Yes.  Except for the Japanese version,
20  actually.
21   Q  How is the Japanese version different?
22   A  There's a little bit of history behind
23  this, but we had a request from the FSA in Japan to
24  make a change to the terms of use.

96

1    Q  But that change did not affect the English
2  terms of use?
3    A  No.  Not as far as I know of.
4    Q  And would it be the English terms of use
5  that were presented to English users of the Mt. Gox
6  website?
7    A  Yes, it would be.
8    Q  Yes?
9    A  Yes.
10   Q  Okay.  And so it's -- these terms of use in
11  Exhibit 5 would be the terms applicable to US-based
12  users of the Mt. Gox exchange?
13   A  Yes.
14   Q  Great.  Did you have a role in drafting or
15  reviewing these terms of use?
16   A  I instructed employees to work on this,
17  instructed them to work with our lawyers, Baker
18  McKenzie, on writing this.
19   Q  Okay.  Did you give them any guidance -- I
20  mean, obviously we looked at the email between you
21  and Jed where you said that creating terms of use
22  was a priority for you.  You remember that?
23   A  Yes.
24   Q  So when you instructed employees to start

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

25 (97 to 100)

---

97

1 working on the terms of use, did you give them
2 guidance on the sorts of things that the terms of
3 use should include?
4    **A I believe I submitted changes to the file**
5 **at some point.**
6    Q Okay. So there was a draft of the terms of
7 use that you saw, and you made changes to it at
8 some point. That's fair?
9    **A On multiple occasions, I believe. Yes.**
10   Q Sure. And then I assume you reviewed the
11 final terms of use that were posted on the Mt. Gox
12 website at some point in time; right?
13   **A Well, maybe not completely because I**
14 **reviewed it multiple times in between. But yeah.**
15   Q Yeah. But when the terms of use were
16 active on the website, you knew their contents; is
17 that fair?
18   **A I believe so, yeah.**
19   Q Okay. Why did you think it was important
20 for Mt. Gox to have terms of use?
21   **A Well, based on the kind of business Mt. Gox**
22 **was involved in, it was important to set the**
23 **conditions under which customers would interact**
24 **with Mt. Gox.**

---

98

1    Q Right. You said earlier today that it was
2 important for users to have trust with respect to
3 the exchange that they were a part of; is that
4 right?
5    **A Yes. I believe so.**
6    Q Okay. And do you think that these terms of
7 use were part of establishing trust between Mt. Gox
8 and its users?
9    **A Well, I'm not sure because -- I mean, terms**
10 **of use is just a legal document. It's more a**
11 **matter of defining by law the limitation of**
12 **each the liabilities than creating trust.**
13   Q But based on -- you remember we looked at
14 that -- it was Exhibit 1, Interrogatory Number 7,
15 where you said that everyone who signed up through
16 Mt. Gox were required to sign up for an account and
17 agree to these terms of use; right?
18   **A Yes.**
19   Q Were there consequences for users that
20 violated the terms of use?
21   **A Yes, there were.**
22   Q What sort of consequences were there?
23   **A Could go from Mt. Gox refusing to**
24 **effectuate some transactions to the account being**

---

99

1    closed.
2       THE WITNESS: Do you mind if we take a
3    short break?
4       MR. THOMASSEN: Yeah. That's great.
5       (Recess from 10:38 a.m. until 10:44 a.m.)
6 BY MR. THOMASSEN:
7    Q Let's see. We were talking about -- you
8 still have the terms of use in front of you; right?
9    **A Yes.**
10   Q So you agree that these terms of use --
11 they were not optional for exchange users; right?
12   **A Yes.**
13   Q And would you agree that the terms of use
14 applied to all purchases and sales of bitcoin on
15 the exchange?
16   **A Well, they applied to all users who agrees**
17 **to use the website.**
18   Q Is there anyone outside of that universe of
19 people -- let me step back.
20      Were there any bitcoin exchanges on the
21 Mt. Gox site to which the terms of use would not
22 apply?
23   **A Well, of course, those terms of use**
24 **wouldn't apply to the Gox bot or these kind of**

---

00

1 things which didn't go through the website.
2    Q Were there any other -- apart from
3 Gox bot -- and, again, the terms -- just so I'm
4 clear, the terms "Gox bot" and "Willy bot" refer to
5 the same thing; right?
6    **A Yes.**
7    Q Willy bot is just the term that was
8 publicly; right?
9    **A By some bitcoin user back in 2013.**
10   Q This was the guy that published the Willy
11 Report?
12   **A No.**
13   Q Do you know who it was?
14   **A I think it was a group of traders on**
15 **Mt. Gox that coined the term, like, in 2013.**
16   Q You said 2013?
17   **A Yes. Because they recognized the activity**
18 **of the bot in the trades.**
19   Q Do you know when in 2013?
20   **A I don't know exactly when. This is**
21 **basically things I heard from people investigating**
22 **this. I didn't take part of that group, and I**
23 **wasn't there, so...**
24   Q Do you know approximately when in 2013,

---

CONFIDENTIAL

Transcript of Mark Karpeles

27 (105 to 108)

Conducted on November 5, 2019

---

**05**

1 a hundred percent sure that you'd be able to answer
2 any withdrawal requests from someone who deposited
3 anything. Do you remember talking about that?
4     A Yes.
5     Q You said -- I guess after the bitcoin theft
6 happened in March of '11, at that point were you a
7 hundred percent sure that Mt. Gox would be able to
8 answer any withdrawal requests from someone who
9 deposited anything?
10     A No.
11     Q Okay. And going forward from that point,
12 were you ever a hundred percent sure that Mt. Gox
13 would be able to answer any withdrawal requests
14 from someone who deposited anything?
15     A I don't think so.
16     Q Okay. And that was just a matter of
17 circumstance resulting from this hack in March of
18 2011?
19        MS. BRENNAN: Objection to form.
20     Q Like, let me step back. That was a really
21 weird question.
22     So you talked about how in March 2011, when
23 this hack happened, you had already signed the
24 purchase agreement; right?

---

**06**

1     A Yes.
2     Q So you were essentially stuck with Mt. Gox
3 at that point; right?
4     A Yes. It was my understanding at the time.
5     Q Right. And you felt obligated to continue
6 running the exchange even though it had this
7 bitcoin debt; right?
8     A Yes.
9     Q Okay. And so you're essentially left with
10 no choice. You weren't -- you couldn't be made
11 100 percent sure, as you stated in your email,
12 because that bitcoin attack happened or bitcoin
13 theft happened?
14     A Yes.
15     Q Did the bitcoin debt that we've been
16 discussing here that occurred after March of 2011
17 concern you at all?
18     A Sorry? You mean the 80,000?
19     Q Yeah.
20     A Well, yes, it did concern me.
21     Q In what ways did it concern you?
22     A It was, well, a big risk to take as a
23 business. While at the very beginning it still had
24 a relatively small monetary value, it increased

---

**07**

1 over time, which meant it needed to be, well,
2 converted to US dollars. It couldn't be left
3 alone.
4     Q Here is something that I just don't
5 understand. So you talked about how shortly after
6 March of 2011 you considered other options for
7 recovering the bitcoin debt; right?
8     A Yes.
9     Q The ones we talked about earlier. And then
10 at some point you decided that those other options
11 weren't feasible because the price of bitcoin
12 continued to go up. Is that fair?
13     A Yes. I believe so.
14     Q Right. And so at that point in time, your
15 strategy for dealing with this bitcoin debt was
16 Willy bot; right?
17     A Well, it was to convert the debt into
18 US dollar debt, which wouldn't increase over time.
19     Q Right. Using Willy bot?
20     A Yes.
21     Q Yes?
22     A Basically, yes.
23     Q Is there any other way that the bitcoin
24 debt would be converted to a US dollar debt other

---

**08**

1 than using Willy bot?
2     A I had no other option at the time at least.
3     Q Okay. So it's true that your option that
4 you used for converting the bitcoin debt to a
5 US dollar debt was Willy bot; right?
6     A It -- basically that's what happened is,
7 yes, the debt was converted using the obligation
8 exchange.
9     Q Right. The obligation exchange. And the
10 obligation exchange and Willy bot are the same
11 thing. It's just Willy bot is the public's term
12 for obligation exchange?
13     A Yeah. I'm not sure "the bot" is good
14 because Willy bot is only part of the activity of
15 the bot.
16     Q What do you mean by that?
17     A When the term was coined, actually, I think
18 two words were given to different part of the
19 activity, which I believe are linked to changes in
20 the code that made -- to changes in the code that
21 led to different patterns that traders saw and
22 analyzed.
23     Q Are the two names -- is that "Willy" and
24 "Markus"?

---

**2**

1 groups.
2    Q Okay. But you would agree it wasn't
3 general knowledge until after the bankruptcy?
4    A Yes.
5    Q Okay. And I know we covered this before,
6 but just to make clear, you didn't disclose
7 Gox bot's existence to any Mt. Gox users during the
8 time that you were in control of the Mt. Gox
9 exchange; right?
10    A No.
11    Q And Mt. Gox didn't otherwise disclose the
12 existence of Gox bot during the time that you were
13 in control of the exchange?
14    A Yeah. No such disclosure was made.
15    Q Right. All right. Going back to after you
16 got control of the exchange, so 2011, we talked
17 about how there was a period of time where Jed had
18 access to the Mt. Gox database; right?
19    A Yes.
20    Q All right. And he continued to have a
21 12 percent interest in the exchange over the course
22 of the time period where you were in control;
23 right?
24    A Yes.

**22**

1    Q All right. And I know that from time to
2 time Jed would make suggestions to you about what
3 course of conduct you should take with respect to
4 operating the Mt. Gox exchange. Is that fair?
5    A I remember receiving an email from him for
6 one or two times --
7    Q Yeah.
8    A -- but at some point I didn't have time to
9 deal with this, so I redirected him to Gonzague.
10    Q And when did Gonzague start at Mt. Gox?
11    A I think it was in 2011, but I don't
12 remember exactly when. So either late 2011 or
13 maybe middle. I don't remember exactly sorry.
14    MS. BRENNAN: That's G-O-N-Z-A-G-U-E.
15 Gonzague.
16    Q All right. Let's step back to very early
17 on today we talked about the -- that $50,000 hack
18 that happened shortly before you acquired Mt. Gox.
19 Do you remember that?
20    A Yes.
21    Q Was that hack ever disclosed to Mt. Gox
22 users?
23    A Actually may have been disclosed in part.
24    Q What do you mean it may have been disclosed

**23**

1 in part?
2    A I think Jed discussed this at some point on
3 the Mt. Gox forums, but I'm not sure.
4    Q Okay. So Jed might have disclosed to users
5 that there was -- he might have discussed the hack
6 in some capacity. You're just not sure one way or
7 the other?
8    A I don't remember exactly, but I think there
9 was a huge thread about this.
10    Q You said "a huge thread"?
11    A Yes.
12    Q Like a forum thread?
13    A Yes.
14    Q Okay. Do you know if users of the exchange
15 found out about the hack before Jed told them about
16 it?
17    A I don't think so.
18    Q Okay.
19    A But I mean, it happened even before I was
20 involved in Mt. Gox, so I'm not sure.
21    Q I recognize that. And the -- the 80,000
22 bitcoin hack that we've been talking about, was
23 that ever disclosed to Mt. Gox users?
24    A No.

**24**

1    Q And the reason why that was never disclosed
2 to Mt. Gox users was because Jed asked you not to
3 disclose it?
4    A Yes. He did, yes.
5    Q Yeah. And because of the effect that he
6 and you thought it might have on the exchange that
7 we discussed earlier; right?
8    A Yes.
9    Q All right. Then were there any hacks that
10 you know of between that 50,000 US dollar hack and
11 the 80,000 bitcoin hack that resulted in the loss
12 of cash or bitcoins from the exchange?
13    A At least not at the time.
14    Q What do you mean "at least not at the
15 time"?
16    A At the time I took over Mt. Gox, I didn't
17 know about other hacks.
18    Q Afterwards did you find out about other
19 hacks?
20    A Much later I found out, yes, about
21 different things.
22    Q Like what, for example?
23    A I'm not sure about the timeline, but there
24 was a hack that resulted in -- to minus operations

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

35 (137 to 140)

---

37

1   is that right?
2       A  You say in May?
3       Q  I think it's May.
4       A  Yeah, I think I know what you're talking
5   about.  I don't remember exactly the date.
6       Q  Why don't you enlighten me.  Tell me about
7   it.
8       A  Well, I guess it's about the save of
9   bitcoins that happened onto separate computer where
10  bitcoin was stole temporarily.
11      Q  Right.
12      A  Stole.
13      Q  Inappropriately?
14      A  Temporarily.
15      Q  Oh, temporarily.  I'm sorry.
16         But you don't think that happened -- was
17  that 300,000 bitcoin?
18      A  I think that was the amount.
19      Q  Okay.  And you just don't think that
20  happened in May 2011?
21      A  I don't remember the exact date.  It's
22  possible it was then, but...
23      Q  Okay.  And how did that -- how did that
24  loss of 300,000 bitcoin happen?

---

38

1       A  Basically the computer in question was
2   hacked.
3       Q  Was that your computer?
4       A  It was one of my computers, yes.
5       Q  Okay.  Do you know how that hack happened?
6       A  At the time I investigated, found out the
7   hacker managed to access one of the services
8   available on the server -- sorry -- on the
9   computer.  And from there managed to access the
10  wallet, which at the time bitcoin didn't have an
11  option to encrypt the wallet, so it was not
12  encrypted.
13      Q  So how did the hacker manage to access one
14  of the services on the computer?
15      A  What do you mean "how" -- he hacked into
16  the service.
17      Q  Was it -- so Kim Nilsson stated that the
18  reason that happened was because the computer in
19  question was connected to the internet without a
20  firewall in place after a network router had gone
21  down.  Is that correct?
22      A  Well, that's not entirely correct because
23  the computer still had a firewall.  But usually
24  there's a second firewall, which is a router and

---

39

1   because of a technical issue had -- well, it was
2   down.
3       Q  Okay.  So there was one firewall down; is
4   that right?
5       A  Yes.
6       Q  And is that what allowed the hacker to get
7   to the computer?
8       A  I would believe that it would have been
9   much more difficult to access this computer with a
10  second firewall in place.
11      Q  And the 300,000 bitcoin that we're talking
12  about now, they were returned; right?
13      A  Yes.
14      Q  How did that happen?
15      A  Basically I managed to get in touch with
16  the hacker in question.
17      Q  Right.
18      A  Offered to treat this as a security issue,
19  which typically when companies find -- when someone
20  finds a security issue with a company, the company
21  pays a bounty to fix the issue, make sure there's
22  nothing, well, remaining.
23      Q  Right.  So is it true you agreed that
24  there, what, wouldn't be a bounty placed on the

---

40

1   amount if he agreed to give them back?
2       A  Well, basically he would be paid for
3   finding the security issue and reporting it.
4       Q  So you were treating him as, like, a
5   white hat hacker, essentially?
6       A  Yeah.
7       Q  Right.  And you paid him a bounty for
8   finding this security flaw in exchange for getting
9   the bitcoin back?
10      A  Yes.
11      Q  Do you remember what the bounty was?
12      A  I think it was about 3,000 bitcoins.
13      Q  You said 3,000?
14      A  Yes.
15      Q  Okay.  And was that amount added to
16  Mt. Gox's bitcoin debt, or did you pay that
17  personally?
18      A  I think it was bitcoin debt all taken from
19  Mt. Gox's revenue.
20      Q  Got it.  And was this hack of 300,000
21  bitcoins -- was that disclosed to Mt. Gox users?
22      A  No.  It was not disclosed.
23      Q  And then there was -- we've talked a lot
24  about the code rewrite that happened in June 2011.

---

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

36 (141 to 144)

---

**4**

1  That was the result of another hack; right?
2     A  Yes.
3     Q  Can you explain to me what happened with
4  this one?
5     A  Yes.  So basically in June I think 18 to
6  22, something in between, someone created an
7  account on Mt. Gox and credited it with a large
8  amount of dollars and they credited it with a large
9  amount of bitcoin.
10       THE COURT REPORTER:  Sorry, one more time.
11  With a large amount of dollars?
12     A  Yes.  And they credited an amount and
13  credited it with a large amount of bitcoin.  And at
14  some point they sold most of those bitcoins.
15     Q  Okay.  So how did they credit it with a
16  large amount of bitcoin?
17     A  Well, they used an account that had the
18  administrative access to the users' balances.
19     Q  Right.  Since they had administrative
20  access, they could just manually adjust the bitcoin
21  balance on the account; right?
22     A  Yes.
23     Q  All right.  And so that manual adjustment
24  of the bitcoin balances, that didn't take any

**42**

1  bitcoins from users?
2     A  No.
3     Q  Right.  It was just an artificial number?
4     A  Yes.
5     Q  How about the cash -- was there also cash
6  in the account?
7     A  They made a separate account for the cash.
8     Q  Okay.  So did they end up -- did these --
9  did the hackers end up taking any bitcoins or
10  currency off the exchange?
11     A  They tried to withdraw some of the
12  bitcoins, but there was a limit on how much they
13  can withdrew daily --
14     Q  Got it.
15     A  -- which is based on the current bitcoin
16  price.  And I believe they tried to sell a lot of
17  bitcoins to drop the price so they could withdraw
18  more bitcoins.
19     Q  Oh, interesting.  So they tried --
20     A  By causing the price to drop the limit of
21  $1,000 worth of bitcoin per day, that means more
22  bitcoins they can withdraw.
23     Q  I understand.  They way they -- they tried
24  to affect the market price of bitcoin by flooding

**43**

1  the market with bitcoin; is that right?
2     A  Yes.
3     Q  Okay.  Interesting.  And do you know how
4  many bitcoin -- were they able to get some bitcoin
5  out?
6     A  They were able to withdraw less than I
7  think 2,000 bitcoins.
8     Q  Okay.
9     A  By selling bitcoins, they caused the whole
10  website to crash.
11     Q  Right.
12     A  I was about to shut down the system before
13  the system recovered from the sale --
14     Q  Right.
15     A  -- which means that they couldn't resume
16  more bitcoin with the new price.
17     Q  And so the 2,000 bitcoins that you referred
18  to, those were lost?
19     A  Those were lost.  Yes.
20     Q  And they were just added to Mt. Gox's
21  bitcoin debt?
22     A  Yes.
23     Q  And this one -- you did disclose this one
24  to the public; right?

**44**

1     A  Yes.  Actually, I don't think the amount
2  was disclosed immediately.
3     Q  I just meant that a hack had happened;
4  right?
5     A  Yes.
6     Q  And did you eventually disclose the amount
7  of bitcoins lost to the public?
8     A  Yes.
9     Q  Was there any response by Mt. Gox users to
10  that disclosure that Mt. Gox had lost 2,000
11  bitcoins that you recall?
12     A  I don't think so.
13     Q  And your response to this hack, part of it
14  was shutting down the exchange for a while; right?
15     A  Yes.
16     Q  And during that time, that's when you
17  rewrote the code; right?
18     A  Yes.
19     Q  All right.  Do you recall that during this,
20  Jed McCaleb made some posts on the Mt. Gox forums
21  about what was going on; is that right?
22     A  I think I heard of this.  Yes.
23     Q  Let's just -- just so we're sure about it,
24  I'm looking at the Skype logs, which is Exhibit 4,

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

37 (145 to 148)

---

45

1 and once you have that in your hand using those
2 Bates numbers at the bottom again go to
3 GREENE 1269.
4   A 1269. Yes.
5   Q You're there. So at the top of the page,
6 first of all, you look at the date stamps over on
7 the left. It says -- these are all on June 20th,
8 2011. Do you see that?
9   A Yes.
10   Q So this is the time period that we've been
11 discussing; right?
12   A Mm-hm.
13   Q So if you look seven lines down, Jed says
14 to you:
15       "Can I make some PR posts on the forums?
16 Mt. Gox still has all the bitcoins, cash,
17 et cetera. Everyone calm down."
18       Do you see that?
19   A Yes.
20   Q And your response is: "Yes, please. Any
21 help is welcome on that."
22       Do you see that?
23   A Sorry. Which line is this?
24   Q The second time stamp is --

---

46

1       MS. BRENNAN: This one starting here.
2   A Okay. Yes.
3   Q Do you see where I'm reading from now?
4   A Mm-hm.
5   Q And then you responded to Jed saying:
6 "Yes, please. Any help is welcome on that"?
7   A Mm-hm.
8   Q And this is when you, essentially, had Jed
9 go to Mt. Gox users and just try and get everyone
10 to calm down, essentially; right?
11   A Well, I guess so, yeah. I mean, I don't
12 remember all this.
13   Q That's fine. Looking at this now, do you
14 have any reason to believe that Jed didn't go on
15 the forum and start making posts to users to talk
16 with them about the hack?
17   A I think he went on the forums.
18   Q Yeah. And said essentially what he says
19 later down on this page here were he copied his
20 post?
21   A Yes.
22   Q And he -- in this post here, the time stamp
23 June 20th at the hour of 6:10:50, there's a forum
24 post that Jed copies in here. You see where I'm

---

47

1 referring to?
2   A Yes.
3   Q He references MagicalTux there. Do you see
4 that?
5   A Yes.
6   Q Is MagicalTux you?
7   A Yes. It's my internet nickname.
8   Q Right. Okay. And in addition to rewriting
9 the code, did you also end up rolling back some
10 trades that had happened?
11   A Yes, I did.
12   Q Okay. And these were the ones that
13 occurred after the hacker crashed the price of
14 bitcoin and folks had acquired a lot of bitcoin for
15 a low amount of dollars?
16   A Yes.
17   Q And that was, of course, made public
18 knowledge because it affected a lot of users'
19 accounts; right?
20   A Yes. I think one user was especially vocal
21 about this.
22   Q Yeah. Tell me about it.
23   A I'm not sure exactly who it was, but I
24 think about, like, maybe 20,000 bitcoins for a few

---

48

1 dollars.
2   Q Yeah.
3   A He insisted it was his bitcoins.
4   Q Well, from his perspective it was a
5 legitimate trade; right?
6   A Well, it looked legitimate, except the
7 price was clearly out of the typical market price
8 at the time.
9   Q Right. Did anything happen with that guy?
10 Or the trades was reverted, and that was that?
11   A The trades were reverted, and he eventually
12 calmed down on this.
13   Q I'm sure. Okay. All right. You can put
14 that aside.
15       After June 2011 my understanding is that
16 there was another hack in September of 2011
17 resulting in the unauthorized withdrawal of 77,500
18 bitcoins. Do you recall that?
19   A 70 -- sorry?
20   Q 77,500 bitcoins, does that sound familiar
21 to you?
22   A I'm not sure.
23   Q This was -- let me see if this jogs your
24 memory. It was reported that an individual

---

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL

Transcript of Mark Karpeles

Conducted on November 5, 2019

59 (233 to 236)

---

233

1    Q  And it's your belief that if you had access
2  to those access logs, you would be able to tell
3  whether or not the wallet.dat file was copied at
4  some point in time?
5    A  I believe I would be able to tell if it was
6  copied and which IP address was used to do the
7  copy.
8    Q  Okay.  Would that be the case even if it
9  wasn't Jed but some outside hacker it would reflect
10 the hacker's IP address?
11   A  Yes, it would.
12      By the way, I'm not suspecting Jed of doing
13 the attack.  But since he is the one who gave me
14 the server, I don't know how far he secured it.
15   Q  All right.
16   A  And that's the part I'm worried about.
17   Q  We talked about how his account was
18 compromised; right?
19   A  Yes.
20   Q  And it was compromised at a time when he
21 had access to this information?
22   A  Yes.  It was compromised in June 2011.
23   Q  So is it possible at that time whoever
24 compromised Jed's account could have copied the

---

234

1  wallet.dat file that led to the hot wallet hack?
2    A  Well, I don't think that that was copied at
3  that time because the transactions point toward
4  September, but it's possible that a hacker came in
5  and left a backdoor or that something else
6  happened.  I don't know.
7    Q  And when you say "the transactions point to
8  September," you're referring to the transactions
9  moving funds from the hot wallet to some outside
10 address?
11   A  Actually I'm referring more specifically to
12 the return address of those transactions, which
13 very specifically gave a timeline for the time when
14 the file was copied.
15   Q  Did you say "the return address for those
16 transactions"?
17   A  Yes.  From this morning testimony.
18   Q  Do you know whether or not Gox bot's
19 trading activity affected the price of bitcoin on
20 the Mt. Gox exchange?
21   A  Well, I believe its impact was minimal.
22   Q  What do you mean by "minimal"?
23   A  Well, any trading activity will likely have
24 even some small potential impact, but it's a case

---

235

1  of Gox bot I believe this was kept to the minimum
2  possible.
3      (KARPELÈS Deposition Exhibit 10 marked for
4  identification and attached to the transcript.)
5    Q  I'm handing you what's been marked as
6  Exhibit 10.
7      Have you seen Exhibit 10 before, Mark?
8    A  Yes.  I believe I do.
9    Q  Okay.  What do you recognize it as?
10   A  I believe it's a post by Kim Nilsson made
11 on February 2015.
12   Q  Okay.  You'd agree that this particular
13 post is primarily about Willy bot; right?
14   A  Yes.
15   Q  Okay.  Can you turn to page 2 of 8 of
16 Exhibit 10?
17   A  Yes.
18   Q  Okay.  And go down to the heading that says
19 "Impact on the Mt. Gox Market."  Do you see that?
20   A  Yes.
21   Q  All right.  So Kim writes: "Willy bought a
22 very large amount of bitcoin on Mt. Gox during the
23 period of September 27th to November 30th during
24 2013, a total of over 250,000 bitcoins."

---

236

1      Do you see where I read that from?
2    A  Yes.
3    Q  Do you agree with that statement?
4    A  Well, as I said, I cannot confirm the
5  amount.
6    Q  Okay.  Does the amount seem approximately
7  right to you?
8    A  I wouldn't be able to say.
9    Q  Do you have any idea of approximately how
10 many bitcoin Willy bot bought during this period,
11 September 27th to November 30th during 2013?
12   A  I am not sure, no.
13   Q  I know you're not sure.  But do you even
14 have an approximation of how much Willy bought
15 during this time period?
16   A  Not for the specific dates.
17   Q  Do you think that Kim is wrong in his
18 conclusions here that we just read about the amount
19 of bitcoin that Willy bought during this time
20 period?
21   A  I don't know, but I guess it's based on the
22 leak data prior to being reviewed and cleaned.
23   Q  So this was an aspect of the data that you
24 cleaned in connection with Kim Nilsson?

---

237

1    A  I believe so.
2    Q  Okay.  Well, this doesn't have anything to
3 do with the stolen bitcoins; right?  That stolen
4 650,000 bitcoins from the hot wallet leak?
5    A  No, but it's part of the original Mt. Gox
6 leak.
7    Q  Okay.  So you did work with Kim Nilsson on
8 this -- the dataset that would have affected the
9 conclusions that he draws here that we just read?
10    A  Yes.  But I hadn't started working with him
11 at this time.
12    Q  Okay.  Second sentence in that same
13 paragraph he goes on to state:
14    "There's a very high probability that this
15 had a large effect on the price of bitcoin."
16    Do you see where I read that from?
17    A  Yes.
18    Q  Okay.  If Willy bot had, in fact, bought
19 over 250,000 bitcoins in the time period that Kim
20 indicates here, do you think there is -- do you
21 agree that there would be a very high probability
22 that that measure of purchase would have a large
23 effect on the price on bitcoin on the Mt. Gox
24 exchange?

238

1    A  It would depend on how it was done.
2    Q  What do you mean "it would depend on how it
3 was done"?
4    A  Well, even if the amount is fairly large,
5 there are ways to limit the impact on the market.
6    Q  Such as what?
7    A  Such as making smaller transactions over
8 time.
9    Q  And that's what Willy bot was programmed to
10 do; right?
11    A  Yes.  The other thing is, around the time
12 mid-2013, I remember the price was driven by the
13 Chinese market.
14    Q  Okay.  How did you know that the price was
15 driven by the Chinese market?
16    A  Well, I knew based on my position as CEO of
17 one of the largest exchanges at the time, the fact
18 that we had a lot of transactions coming from China
19 too.  I mean, that's one of the big shifts in
20 bitcoin price where bitcoin reached $1,000.  So
21 it's kind of an historical event.
22    Q  And so -- and by that you mean that you
23 were able to see that, I guess, there were a larger
24 amount of transactions resulting from Chinese

239

1 Mt. Gox customers at this time?
2    A  Yes.  And Chinese exchanges had a much
3 higher price than Mt. Gox.
4    Q  Yeah.
5    A  Because it was going to drive the price up
6 on Mt. Gox, it could explain if, well, I increased
7 the activity on the bot, which I'm not saying I
8 did, I just believe it would be linked.
9    MR. THOMASSEN:  Okay.  Let's take a little
10 break now.  I need to look over my stuff, see where
11 else I need.
12    (Recess from 2:54 p.m. until 3:11 p.m.)
13 BY MR. THOMASSEN:
14    Q  Going back to Gox bot, Mark, we talked
15 about some instances when Gox bot would sell rather
16 than purchase bitcoin.  Do you recall that?
17    A  Yes.
18    Q  When Gox bot would sell bitcoin, would
19 Gox bot sell actual bitcoins that were held by
20 Mt. Gox, or would it be similar to the purchase of
21 bitcoins where its balance was just changed in the
22 database?
23    A  It was the same way both sides, actually.
24    Q  Okay.  So that the process you described

240

1 with respect to the Gox bot accounts US dollar
2 balance was the process you used when it worked in
3 reverse?
4    A  Yes.
5    Q  Okay.
6    A  Where typically balance is created as debt,
7 then exchanged, and then deleted.
8    Q  Okay.  Would there -- were there ever
9 times, to your recollection, that Gox bot sold
10 bitcoin because it needed more currency to satisfy
11 user demands?
12    A  I don't believe so.
13    Q  And I think we brought this up earlier, and
14 I can't remember where we went with it.  But both
15 Kim Nilsson and the Willy Report noted that Gox bot
16 generally sold bitcoins in late January and
17 continuing on into February 2014.  Do you know
18 whether that's true?
19    A  I would need to check the documents to
20 confirm if that's the case.
21    Q  What documents would you need to check?
22    A  Well, the database.
23    Q  Okay.  You don't recall that, sitting here
24 now, whether or not there was a general sale of

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

64 (253 to 256)

253

1    A  Yes.  There were some cold wallets with
2  bitcoins in them.
3    Q  That's what I'm having trouble
4  understanding is.  How could that be the case if,
5  for example, you went to look at them in
6  February of 2014 they were just all empty?  It
7  seems like this -- this hack, or whatever we want
8  to call it, would have resulted in no bitcoins
9  being in any cold wallet, if you follow me.  How
10  was it that some did but later none did?
11    A  Well, actually I would guess the main
12  reason why these remaining cold wallets were empty
13  were because they were at the end of the stack and
14  probably didn't get created yet.
15    Q  You said probably didn't get raided yet?
16    A  Created.
17    Q  Oh, created yet.
18    A  Yes.
19    Q  So the ones that were created earlier might
20  not have been completely drained by the hack that
21  wa  going on?
22    A  Well, the hack anyway didn't have any
23  impact on the cold wallet, but the early addresses
24  had the higher chance of receiving coins unlike the

254

1  later ones.
2    Q  Okay.  So when you were going to the cold
3  wallets to replenish the hot wallet, would you just
4  go and order from the date that they were created?
5  Like, you would do the oldest cold wallets first?
6    A  Well, basically I have a stack of paper,
7  and I would take, depending on the amount required,
8  10, 20, 50 pages, which I would bring back home and
9  scan.
10    Q  Okay.  And the stack -- were they kept in
11  order from the date that they were created?
12    A  Basically, yes.
13    Q  Yeah.  All right.  We talked earlier today
14  about the hacks that happened.  And for each one we
15  talked about whether or not they -- the hacks were
16  disclosed to Mt. Gox users.  Do you remember
17  generally talking about that?
18    A  Yes.
19    Q  And I just want to make clear that when you
20  said a given hack wasn't disclosed to Mt. Gox
21  users, I assumed you to mean both at or around the
22  time the hack happened and then going forward,
23  like, a hack that happened in 2011 you didn't later
24  disclose it in 2013; right?

255

1    A  Yes.  I don't think any hack was disclosed
2  during the lifetime of Mt. Gox.
3    MR. THOMASSEN:  Right.  Okay.  I just
4  wanted to clarify that.
5    All right.  Let me step outside with Aaron
6  really quick, and then we might be able to sum this
7  up.
8    (Recess from 3:32 p.m. until 3:35 p.m.)
9    MR. THOMASSEN:  All right.  I think I don't
10  have anything else for you now, Mark.
11    I mean, I'm hoping we don't have to come
12  back here.  But obviously we touched on it -- and
13  we'll follow-up later about this, Bevin, about the
14  documents that Mark referenced that he might have
15  that I think we're entitled to.
16    And so I'm just going to leave open the
17  reservation of rights to continue this to the
18  extent we find documents that exist that haven't
19  been searched for or produced.  But for now, I
20  don't have any more questions.
21    MS BRENNAN  The only thing I want to put
22  on the record is the section about confidentiality
23  with respect to IRS.  I don't think we put an end
24  portion or the end point to where that would end.

256

1    Obviously I think we can all agree that
2  anything related to the IRS disclosure law
3  enforcement will be treated as confidential.  I
4  think that's the only part of this deposition that
5  needs to be treated as confidential.
6    And I looked it up over lunch.  It's called
7  "the law enforcement investigatory privilege,"
8  which is what we were operating under.  I knew
9  there was a privilege.  So that's all I wanted to
10  put in the record.
11    MR. THOMASSEN:  So what is that?  What does
12  the privilege say?
13    MS. BRENNAN:  The privilege says -- and if
14  you want to look up the case, it's called -- the
15  leading case -- give me one second.  I don't have
16  the cite.  It's called Dellwood Farms versus
17  Cargill.
18    And what it says is that private plaintiffs
19  who are not defendants in the pending
20  investigatory -- I'm obviously summarizing here --
21  is that can't be required in discovery to get
22  documents from a government relating to an ongoing
23  investigation.
24    And I don't think that the extension of

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

65 (257 to 260)

257

1  that would be is if you can't get it from the IRS,
2  I don't think that Mr. Karpelès is entitled to
3  waive it on behalf of the government.
4      MR. THOMASSEN:  Well, if you wouldn't mind
5  sending that to us, we will look at it too.
6      MS. BRENNAN:  I will.
7      MR. THOMASSEN:  And then we'll just revisit
8  if it if we need to.
9      MS. BRENNAN:  I have the case number.  I
10 don't have the F.2d cite.  So I'll find the F.2d
11 cite and then send it to you.
12     MR. THOMASSEN:  All right.
13     You good?
14     MR. LAWSON:  Yeah.
15     MR. THOMASSEN:  Thanks, Mark.
16     (The deposition of MARK KARPELÈS was
17 concluded at 3:37 p.m.)
18
19
20
21
22
23
24

258

CERTIFICATE OF SHORTHAND REPORTER NOTARY PUBLIC

2
3      I, M  Allred, RPR, CSR(A), the officer
4  before whom the foregoing deposition was taken, do
5  hereby certify that the aforementioned witness was
6  first duly sworn by the Consular Officer to testify
7  the whole truth; that the foregoing transcript is a
8  true and correct record of the testimony given;
9  that said testimony was taken by me
0  stenographically and thereafter reduced to
   typewriting under my direction; that reading and
2  signing was requested; and that I am neither
3  counsel for, related to, nor employed by any of the
4  parties to this case and have no interest,
5  financial or otherwise, in its outcome
6
7  IN WITNESS WHEREOF, I have hereunto set my hand
8  this  4th day of November, 20 9
9
20
2
22  Mary Allred
    _____
23 M  Allred, RPR, CSR(A)
24 My commission expires: 0 /3 /2020