# Exhibit F

Case: 1:14-cv-01637 Document #: 510-6 Filed: 10/30/20 Page 1 of 5 PageID #:8603
Case: 3:19-cv-00622-PP-WLFA-1 Document #: 3-1 Filed: 01/30/19 Page 15 of 59
Case: 25CI1:14-cv-00071-TTG    Document #: 185-1    Filed: 12/12/2017    Page 20 of 59

[Thu Apr 28 18:22:33 2011] **Mark Karpelès:** btw did we reach 75% of the bitcoins here?
[Thu Apr 28 18:23:19 2011] **Mark Karpelès:** mh
[Thu Apr 28 18:23:22 2011] mtgox: what do you mean?
[Thu Apr 28 18:24:08 2011] **Mark Karpelès:** according to the schedule for the contract I'm missing ~152k btc here (at the same time I cannot say things were so smooth here either)
[Thu Apr 28 18:24:31 2011] mtgox: oh no
[Thu Apr 28 18:24:37 2011] **Mark Karpelès:** ?
[Thu Apr 28 18:24:58 2011] mtgox: I haven't sent more BTC to you
[Thu Apr 28 18:25:03 2011] **Mark Karpelès:** ok
[Thu Apr 28 18:25:06 2011] mtgox: so I doubt you have 75%
[Thu Apr 28 18:25:10 2011] **Mark Karpelès:** yep
[Thu Apr 28 18:25:30 2011] mtgox: not much of a problem at this point
[Thu Apr 28 18:25:54 2011] mtgox: yeah it seemed like you had plenty
[Thu Apr 28 18:26:24 2011] mtgox: also I forgot to mention  You should contact LR I think you can become an exchanger
[Thu Apr 28 18:26:34 2011] **Mark Karpelès:** ok
[Thu Apr 28 18:26:36 2011] mtgox: that will make it cheaper to refill the LR
[Thu Apr 28 18:26:36 2011] **Mark Karpelès:** I'll try
[Thu Apr 28 18:26:59 2011] mtgox: I sent them an email before and they rejected me because they didn't like the idea of BTC
[Thu Apr 28 18:27:21 2011] mtgox: maybe don't mention that and just say you buy and sell for $  Which is true
[Thu Apr 28 18:29:11 2011] **Mark Karpelès:** mh
[Thu Apr 28 18:29:14 2011] **Mark Karpelès:** earthquake, again
[Thu Apr 28 18:29:51 2011] mtgox: serious? ut oh
[Thu Apr 28 18:31:15 2011] **Mark Karpelès:** well, really small
[Thu Apr 28 18:31:46 2011] **Mark Karpelès:** http://www.jma.go.jp/en/quake/20110428183103389-281828.html
[Thu Apr 28 18:31:48 2011] **Mark Karpelès:** M5 7
[Thu Apr 28 18:32:54 2011] **Mark Karpelès:** I'm testing dwolla, it seems that it requires the user to be registered too
[Thu Apr 28 18:34:49 2011] mtgox: yeah it does
[Thu Apr 28 18:34:57 2011] mtgox: but it is easy for them
[Thu Apr 28 18:35:01 2011] **Mark Karpelès:** ok
[Thu Apr 28 22:37:59 2011] mtgox: So how many BTC do you have there now?
[Fri Apr 29 11:08:40 2011] **Mark Karpelès:** 128794 07000000
[Fri Apr 29 11:35:00 2011] mtgox: oh I thought you said ~152k
[Fri Apr 29 11:38:02 2011] mtgox: you only have BTC with the bitcoind connected to mtgox?
[Fri Apr 29 11:38:14 2011] mtgox: you didn't move any wny where else?
[Fri Apr 29 11:38:27 2011] **Mark Karpelès:** I use multiple btc clients with automatic spreading
[Fri Apr 29 11:39:31 2011] mtgox: ok but on the admin page I can query one of them or it checks all of them?
[Fri Apr 29 11:39:40 2011] **Mark Karpelès:** oh
[Fri Apr 29 11:39:42 2011] **Mark Karpelès:** gives total
[Fri Apr 29 11:39:54 2011] **Mark Karpelès:** never managed to get it to work however, the result doesn't appear anywhere :p
[Fri Apr 29 11:40:27 2011] mtgox: firebug :)
[Fri Apr 29 11:40:35 2011] **Mark Karpelès:** anyway I'm planning on dropping the bitcoin client completly
[Fri Apr 29 11:41:00 2011] mtgox: I'm just trying to figure out how many coins I owe you
[Fri Apr 29 11:41:00 2011] **Mark Karpelès:** just keep private keys in a secure environment, and create transactions manually, then push them on the bitcoin network
[Fri Apr 29 11:41:05 2011] **Mark Karpelès:** well
[Fri Apr 29 11:41:19 2011] **Mark Karpelès:** I'm missing ~152k to reach 75% of the "total bitcoins" (SELECT SUM(BTC))
[Fri Apr 29 11:41:38 2011] **Mark Karpelès:** without accounting for the lost bitcoins
[Fri Apr 29 11:58:06 2011] mtgox: hmm ok  it looks like it was ~94k that was stolen
[Fri Apr 29 11:59:03 2011] mtgox: hmm wait
[Fri Apr 29 12:03:13 2011] mtgox: ok it is: 94,984 stolen
[Fri Apr 29 12:03:33 2011] mtgox: which I think is right since that is what is they are bating around from address to address
[Fri Apr 29 12:03:45 2011] **Mark Karpelès:** that's 208k$ atm
[Fri Apr 29 12:04:09 2011] mtgox: I need to send you: 84,860 btc
[Fri Apr 29 12:04:14 2011] mtgox: yeah it sucks
[Fri Apr 29 12:04:47 2011] **Mark Karpelès:** btw I got the last missing piece from my japanese bank yesterday, I'll try to send those to my US agent via fedex today (hoping fedex works today)
[Fri Apr 29 12:05:04 2011] mtgox: well you also have some btc from baron
[Fri Apr 29 12:05:08 2011] mtgox: ok great
[Fri Apr 29 12:06:01 2011] **Mark Karpelès:** I'm thinking also about a policy for forgotten accounts
[Fri Apr 29 12:06:20 2011] mtgox: What do you think about you or I trying to buy a bunch of btc on the forum so at least the loss is fixed
[Fri Apr 29 12:06:40 2011] mtgox: yeah I was wondering how much is in accounts people haven't looked at in months
[Fri Apr 29 12:07:11 2011] **Mark Karpelès:** I'll try to negociate BTC buy from some farmers I know directly to avoid "making waves" (dunno if you say that in English)
[Fri Apr 29 12:07:14 2011] mtgox: what address should I send this 84k to?

GREENE_001241

Case: 1:14-cv-01637 Document #: 510-6 Filed: 10/30/20 Page 3 of 5 PageID #:8694
Case: 3:19-cv-00622-PP-WEA Document #: 3 Filed: 01/19/19 Page 23 of 59
Case: 25CI1:14-cv-00071-TTG    Document #: 185-1    Filed: 12/12/2017    Page 23 of 59

[Sat Apr 30 22:20:54 2011] **Mark Karpelès:** faking "any manual or "paypal" positive USD move from the activity table" should allow to graph that easily
[Sat Apr 30 22:21:02 2011] **mtgox:** that table of usd,btc holdings I guess is what I'm asking for  would be cool to see
[Sat Apr 30 22:21:36 2011] **mtgox:** yeah true
[Sat Apr 30 22:21:38 2011] **Mark Karpelès:** usd,btc would move with market activity & withdraws, and wouldn't show the details
[Sat Apr 30 22:21:50 2011] **Mark Karpelès:** let me build a view :D
[Sat Apr 30 22:25:20 2011] **Mark Karpelès:** hum, I hope I made a mistake somewhere
[Sat Apr 30 22:25:56 2011] **mtgox:** is it crazy?
[Sat Apr 30 22:25:56 2011] **Mark Karpelès:** ok yeah I did
[Sat Apr 30 22:26:02 2011] **Mark Karpelès:** much better
[Sat Apr 30 22:26:05 2011] **Mark Karpelès:** now let's make a view!
[Sat Apr 30 22:27:14 2011] **Mark Karpelès:** here
[Sat Apr 30 22:27:16 2011] **Mark Karpelès:** you got a view
[Sat Apr 30 22:27:33 2011] **Mark Karpelès:** Activity_Usd_Added
[Sat Apr 30 22:27:51 2011] **Mark Karpelès:** mh
[Sat Apr 30 22:27:58 2011] **Mark Karpelès:** phpmyadmin is having issues to display the number of pages
[Sat Apr 30 22:28:34 2011] **Mark Karpelès:** SELECT * FROM `Activity_Usd_Added` WHERE `Date` > DATE_SUB(NOW(), INTERVAL 15 DAY) <- last 15 days
[Sat Apr 30 22:28:52 2011] **Mark Karpelès:** need to check wtf happened on 23rd
[Sat Apr 30 22:31:09 2011] **Mark Karpelès:** user 110
[Sat Apr 30 22:31:22 2011] **Mark Karpelès:** got 2147483 647 USD added to his account?
[Sat Apr 30 22:32:40 2011] **mtgox:** oh yeah I accidently did that to some guy
[Sat Apr 30 22:32:42 2011] **mtgox:** I then remove it
[Sat Apr 30 22:32:46 2011] **Mark Karpelès:** yep
[Sat Apr 30 22:32:47 2011] **Mark Karpelès:** I saw
[Sat Apr 30 22:32:54 2011] **Mark Karpelès:** just messes up the "total usd added" results
[Sat Apr 30 22:32:57 2011] **Mark Karpelès:** a bit
[Sat Apr 30 22:33:15 2011] **mtgox:** true  you can edit the data
[Sat Apr 30 22:33:34 2011] **Mark Karpelès:** yep
[Sat Apr 30 22:33:39 2011] **Mark Karpelès:** can clear that part
[Sat Apr 30 22:34:18 2011] **mtgox:** I need to check that account actually  I have this bad feeling that he had outstanding orders when I added them
[Sat Apr 30 22:34:29 2011] **Mark Karpelès:** nah
[Sat Apr 30 22:34:34 2011] **Mark Karpelès:** I checked his history
[Sat Apr 30 22:34:43 2011] **mtgox:** ok good
[Sat Apr 30 22:35:08 2011] **Mark Karpelès:** fixed anyway
[Sat Apr 30 22:35:28 2011] **Mark Karpelès:** SELECT * FROM `Activity_Usd_Added` WHERE `Date` > DATE_SUB(NOW(), INTERVAL 15 DAY) <- now you can run that, it looks nice
[Sat Apr 30 22:36:20 2011] **mtgox:** cool thanks
[Sat Apr 30 22:36:21 2011] **Mark Karpelès:** SELECT AVG(`Amount`) FROM `Activity_Usd_Added` WHERE `Date` > DATE_SUB(NOW(), INTERVAL 15 DAY) <- average daily funds income
[Sat Apr 30 22:36:27 2011] **Mark Karpelès:** 34500$/day
[Sat Apr 30 22:36:31 2011] **Mark Karpelès:** average on last 15 days
[Sat Apr 30 22:36:43 2011] **mtgox:** oh hmm I thought it was much higher
[Sat Apr 30 22:36:48 2011] **Mark Karpelès:** nah, there are weekends
[Sat Apr 30 22:36:55 2011] **Mark Karpelès:** and we had easter weekend too
[Sat Apr 30 22:42:00 2011] **mtgox:** cool thanks  just need one for btc and we can tell what the price will be :)
[Sat Apr 30 23:00:51 2011] **Mark Karpelès:** :)
[Sat Apr 30 23:00:58 2011] **Mark Karpelès:** easy
[Sat Apr 30 23:02:11 2011] **Mark Karpelès:** done
[Sat Apr 30 23:02:28 2011] **Mark Karpelès:** average of +16698 63266667 / day for last 15 days
[Sat Apr 30 23:03:29 2011] **mtgox:** hmm
[Sat Apr 30 23:03:34 2011] **Mark Karpelès:** a bit more than twice the generated btc per day
[Sat Apr 30 23:03:47 2011] **Mark Karpelès:** SELECT * FROM `Activity_Btc_Added` WHERE `Date` > DATE_SUB(NOW(), INTERVAL 15 DAY)
[Sat Apr 30 23:04:48 2011] **Mark Karpelès:** I'd guess it means the price should eventually/logically settle around $2/btc
[Sat Apr 30 23:06:52 2011] **mtgox:** well if it does go down to 2 I think you should convert that btc debt to usd debt
[Sat Apr 30 23:06:58 2011] **Mark Karpelès:** yep
[Sat Apr 30 23:07:08 2011] **Mark Karpelès:** that would be great
[Sat Apr 30 23:07:27 2011] **Mark Karpelès:** right now the price is doing high-and-low because money reaches mtgox during the week, but nothing during weekend
[Sat Apr 30 23:08:33 2011] **Mark Karpelès:** unless we get more press coverage the amount of "in" funds should get lower too
[Sat Apr 30 23:37:40 2011] **mtgox:** ok I think I'm going to sell off a bunch this weekend  Maybe place a dark buy order around $1 5 just incase others do as well?
[Sat Apr 30 23:38:20 2011] **Mark Karpelès:** I don't see things going down to $1 5 this weekend
[Sat Apr 30 23:38:23 2011] **Mark Karpelès:** maybe $2 2
[Sat Apr 30 23:39:33 2011] **mtgox:** if I sell 20k they will
[Sat Apr 30 23:39:55 2011] **Mark Karpelès:** oh

GREENE_001244

Case: 1:14-cv-01637 Document #: 510-6 Filed: 10/30/20 Page 1 of 5 PageID #:8695
Case: 3:19-cv-00622-PP-WHA Document #: 2-3 Filed: 01/19/19 Page 9 of 301
Case: 25CI1:14-cv-00071-TTG    Document #: 185-1    Filed: 12/12/2017    Page 24 of 59

[Sat Apr 30 23:39:55 2011] **Mark Karpelès:**
[Sat Apr 30 23:40:10 2011] **mtgox:** so put it low enough where I don't hit it :)
[Sat Apr 30 23:40:52 2011] **Mark Karpelès:** let's say 80k BTC, that's 120k$
[Sat Apr 30 23:40:57 2011] **Mark Karpelès:** let's give gox bot a loan big enough for this
[Sat Apr 30 23:41:45 2011] **mtgox:** ok  maybe better for a new account so the accounting is more clear?
[Sat Apr 30 23:42:10 2011] **Mark Karpelès:** not much of a problem, gox bot's balance is not authoritative anymore anyway
[Sat Apr 30 23:42:17 2011] **Mark Karpelès:** I'm using the Fee_* cols in trade table
[Sat Apr 30 23:42:23 2011] **Mark Karpelès:** and will add their content for older trades too
[Sat Apr 30 23:42:38 2011] **Mark Karpelès:** will be much better and provide accurate historical data
[Sat Apr 30 23:43:26 2011] **mtgox:** ok  actually can you wait to place the order? I'm wondering how far it will drop  I bet a lot of other speculators will also dump if they see it going down
[Sat Apr 30 23:43:37 2011] **Mark Karpelès:** yep
[Sat Apr 30 23:43:47 2011] **Mark Karpelès:** on the other side, going down = people will buy "while it's low"
[Sat Apr 30 23:43:58 2011] **mtgox:** but they can't get money in
[Sat Apr 30 23:44:19 2011] **mtgox:** ok gtg
[Sat Apr 30 23:44:25 2011] **mtgox:** talk to you soon
[Sat Apr 30 23:44:44 2011] **Mark Karpelès:** suppressed addition of funds to gox bot
[Sun May 1 20:48:04 2011] **mtgox:**
[Sun May 1 20:48:31 2011] **mtgox:** did euro funds come in on the weekend?
[Sun May 1 20:51:31 2011] **mtgox:** any new ideas about the DDOS?
[Sun May 1 21:03:11 2011] **Mark Karpelès:** euro do not come in the weekend
[Sun May 1 21:03:27 2011] **Mark Karpelès:** as for the ddos, it seems obviously russia originated, and I'd be surprised it has no relation with btcex
[Sun May 1 21:03:33 2011] **Mark Karpelès:** I see you sold your coins?
[Sun May 1 21:03:44 2011] **mtgox:** I'm in the middle right now
[Sun May 1 21:03:53 2011] **mtgox:** there is a big wall at 2 though
[Sun May 1 21:04:10 2011] **mtgox:** and another at 1 5
[Sun May 1 21:05:03 2011] **Mark Karpelès:** :D
[Sun May 1 21:07:12 2011] **Mark Karpelès:** mh
[Sun May 1 21:07:18 2011] **mtgox:** I wish the real time mega chart worked
[Sun May 1 21:07:35 2011] **Mark Karpelès:** the real?
[Sun May 1 21:07:52 2011] **mtgox:** yeah there was a realtime one
[Sun May 1 21:08:01 2011] **mtgox:** hooked up to tornado
[Sun May 1 21:08:56 2011] **Mark Karpelès:** guess we could adapt it
[Sun May 1 21:14:42 2011] **mtgox:** oh that is gox bot at 1 5
[Sun May 1 21:14:56 2011] **Mark Karpelès:** yep
[Sun May 1 21:15:00 2011] **Mark Karpelès:** in semi dark
[Sun May 1 21:16:39 2011] **Mark Karpelès:** I've split in 1 5 1 2 1 1
[Sun May 1 21:20:34 2011] **mtgox:** oh and the gox bot funds are why I thought there was a large deposit
[Sun May 1 21:21:10 2011] **Mark Karpelès:** ah
[Sun May 1 21:21:10 2011] **Mark Karpelès:** :p
[Sun May 1 21:21:12 2011] **Mark Karpelès:** nah
[Sun May 1 21:21:18 2011] **Mark Karpelès:** I reset the fund and did a manual "loan"
[Sun May 1 21:21:50 2011] **mtgox:** I do: select sum(usd)/1000,sum(btc)/1000 from Users;
[Sun May 1 21:22:03 2011] **Mark Karpelès:** :)
[Sun May 1 21:22:06 2011] **Mark Karpelès:** you could exclude gox bot
[Sun May 1 21:22:12 2011] **Mark Karpelès:** (and myself too, I guess)
[Sun May 1 21:31:39 2011] **mtgox:** oh he admits the ddos
[Sun May 1 21:31:56 2011] **mtgox:** don't you run the jpy bank for him?
[Sun May 1 21:35:44 2011] **mtgox:** http://www bitcoin org/smf/index php?topic=6864 40
[Sun May 1 21:36:16 2011] **Mark Karpelès:** yes, I do
[Sun May 1 21:36:20 2011] **Mark Karpelès:** well, let's say I did
[Sun May 1 21:36:40 2011] **mtgox:** is there anything in it?
[Sun May 1 21:37:04 2011] **Mark Karpelès:** no
[Sun May 1 21:37:04 2011] **mtgox:** wow what a crazy dude
[Sun May 1 21:37:05 2011] **Mark Karpelès:** zero
[Sun May 1 21:37:11 2011] **Mark Karpelès:** never had a single JPY deposit
[Sun May 1 21:40:29 2011] **Mark Karpelès:** anyway yesterday evening I had a really bad feeling, and transfered 200k BTC out of the online wallet system
[Sun May 1 21:40:36 2011] **Mark Karpelès:** onto an offline wallet
[Sun May 1 21:40:45 2011] **mtgox:** good
[Sun May 1 21:41:04 2011] **Mark Karpelès:** I'm the kind of sysadmin who gets bad feelings before bad stuff happens
[Sun May 1 21:41:20 2011] **mtgox:** there was no break in though?

GREENE_001245

Case: 1:14-cv-01637 Document #: 510-6 Filed: 10/30/20 Page 5 of 5 PageID #:8606
Case: 1:19-cv-00622-PPM-LRA Document #2-5 Filed: 01/15/19 Page 5 of 59
Case: 25CI1:14-cv-00071-TTG     Document #: 185-1     Filed: 12/12/2017     Page 48 of 59

[Mon Jun 20 05:14:10 2011] **mtgox:** I ran that query all the time
[Mon Jun 20 05:15:48 2011] **Mark Karpelès:** yep
[Mon Jun 20 05:23:02 2011] **mtgox:** ok whew  I was almost freaking out that they got my coins  but they didn't  It just took a really like time to get a confirmation and you apparently can't run two clients at once behind a router
[Mon Jun 20 05:25:35 2011] **mtgox:** you should probably clear standing orders when the site goes back up  at least the buys
[Mon Jun 20 05:35:19 2011] **mtgox:** do you know how much was withdrawn by random people after the crash?
[Mon Jun 20 05:35:56 2011] **Mark Karpelès:** not too much, since the bitcoin balance on the bitcoind is still high
[Mon Jun 20 05:40:55 2011] **mtgox:** Can I make some PR posts in the forums? Mtgox still has all the BTC/Cash etc  everyone calmdown
[Mon Jun 20 05:41:16 2011] **Mark Karpelès:** yes, please
[Mon Jun 20 05:41:19 2011] **Mark Karpelès:** any help is welcome on that
[Mon Jun 20 06:05:23 2011] **Mark Karpelès:** can you confirm that on may 12th you exported the "Users" table ?
[Mon Jun 20 06:05:44 2011] **Mark Karpelès:** 12/May/2011:16:30:15 +0000
[Mon Jun 20 06:06:14 2011] **mtgox:** the whole table?
[Mon Jun 20 06:06:18 2011] **Mark Karpelès:** yes
[Mon Jun 20 06:06:56 2011] **mtgox:** I can't imagine that I did that
[Mon Jun 20 06:07:07 2011] **mtgox:** I think I was in nyc at that time
[Mon Jun 20 06:07:22 2011] **Mark Karpelès:** got a log with user name "mtgox jed"
[Mon Jun 20 06:07:32 2011] **mtgox:** I've exported my account
[Mon Jun 20 06:08:09 2011] **Mark Karpelès:** /app/webroot/_phpmyadmin_gox_mt/tbl_export php?db=db_mtgox-com1&table=Users&token=7d575e7629a420184ce70dbd75beac40&single_table=true
[Mon Jun 20 06:10:50 2011] **mtgox:** Hello everyone, MagicalTux is busy getting everything back in order on mtgox so he asked me to post here and answer any questions people have

First, only a small amount of BTC was stolen  MtGox will refund the stolen BTC to the compromised user

[color=blue][b]Everyone's bitcoins are safe on the site  We still are holding all the coins safely in reserve  The vast majority of the coins are stored offline so they are impossible to compromise [/b][/color]

He understands the rollback won't be popular with people who were able to pick up coins for  10  or whatever but none of those trades were legitimate so mtgox has a legal obligation to reverse the trades

I'm sure when you think about it you don't actually want to buy stolen coins and take advantage of the situation

Things have been very hectic with mtgox since MagicalTux took over  He has simultaneously been trying to fend off persistent ddos attacks, hire more staff, deal with the huge increase in users, improve the code to support the much larger trade volume, ensure regulatory compliance and deal with various security issues  Obviously things haven't gone as smoothly as we would like but we can see the light at the end of the tunnel with more people being hired and the backend changes done  MtGox will hopefully be able to regain your trust in the coming weeks

The site should be up again shortly  I'm asking him to clear all the standing orders

Please post any questions you have here and I'll do my best to answer
[Mon Jun 20 06:11:41 2011] **Mark Karpelès:** sounds good
[Mon Jun 20 06:12:04 2011] **mtgox:** why was 500k BTC sold? I didn't have that much
[Mon Jun 20 06:12:57 2011] **Mark Karpelès:** nope, they used the admin page to boost some accounts
[Mon Jun 20 06:13:05 2011] **mtgox:** k I thought that
[Mon Jun 20 06:13:29 2011] **Mark Karpelès:** https://britcoin co uk/?page= <- fud starts
[Mon Jun 20 06:14:36 2011] **mtgox:** Yeah I wonder if it is worthwhile to post a screen shot of the balance  I can't tell if that would be bad since it is so high
[Mon Jun 20 06:15:11 2011] **Mark Karpelès:** I could do something, like announce a huge move and actually do it
[Mon Jun 20 06:15:15 2011] **Mark Karpelès:** that would be hard proof
[Mon Jun 20 06:15:18 2011] **Mark Karpelès:** but a but show off
[Mon Jun 20 06:15:46 2011] **Mark Karpelès:** didn't you just consolidate all coins to one address?
[Mon Jun 20 06:15:52 2011] **mtgox:** was that actually you?
[Mon Jun 20 06:16:10 2011] **Mark Karpelès:** when ?
[Mon Jun 20 06:16:48 2011] **mtgox:** maybe a few days ago? 400k or so
[Mon Jun 20 06:17:00 2011] **mtgox:** that could be part of the auto scrambling
[Mon Jun 20 06:17:11 2011] **mtgox:** all went to one address
[Mon Jun 20 06:17:32 2011] **Mark Karpelès:** oh, you mean the 432109 87654321 ?
[Mon Jun 20 06:17:42 2011] **mtgox:** I guess
[Mon Jun 20 06:17:54 2011] **mtgox:** there was a bunch of forum conjecture
[Mon Jun 20 06:18:11 2011] **Mark Karpelès:** yep, needed people to talk about something else
[Mon Jun 20 06:18:18 2011] **Mark Karpelès:** than recent news exposure
[Mon Jun 20 06:18:47 2011] **mtgox:** heh  well if it is still there I can just point to it
[Mon Jun 20 06:20:57 2011] **mtgox:** from the post: How will resetting of passwords be arranged?
[Mon Jun 20 06:21:31 2011] **Mark Karpelès:** the easiest I see so far: disable all passwords, let people with email reset to their email
[Mon Jun 20 06:21:47 2011] **mtgox:** so if they don't have an email?
[Mon Jun 20 06:22:13 2011] **Mark Karpelès:** if they don't, they'll need to go in manually, proving their identity by showing proof linked to deposits or withdraws

GREENE_001269