# Exhibit I

David S. Pelleg

Gregory Greene vs. Mark Karpeles

September 25, 2020



Western Reserve Building
1468 West 9th Street, Suite 440
Cleveland, OH 44113
Phone: 216.861.9270

cadystaff@cadyreporting.com
www.cadyreporting.com

```
 1            UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3

 4    GREGORY GREENE, individually  )
      and on behalf of all others   )
 5    similarly situated,           )
                                    )
 6          Plaintiff,              )
                                    ) Case No.
 7    vs.                           ) 14-cv-01437
                                    )
 8    MARK KARPELES, an individual, )
                                    )
 9          Defendant.              )

10
                       - - - - -
11         THE DEPOSITION OF DAVID PELLEG
             FRIDAY, SEPTEMBER 25, 2020
12                     - - - - -

13

14         The deposition of DAVID PELLEG, called

15    by the Plaintiff for examination pursuant to the

16    Federal Rules of Civil Procedure, taken before me,

17    the undersigned, Aimee N. Szinte, Notary Public

18    within and for the State of Ohio, taken at

19    Cady Reporting Services, Inc., 1468 West 9th

20    Street, Suite 440, Cleveland, Ohio, commencing

21    at 9:30 a.m., the day and date above set forth.

22

23

24

25

                  CADY REPORTING SERVICES, INC.
```

```
 1      APPEARANCES:

 2      On behalf of the Plaintiff:

 3           Ben Thomassen, Esq. (Via Zoom)
             Edelson, P.C.
 4           350 North LaSalle Street
             14th Floor
 5           Chicago, IL  60654
             312.589.6370
 6           bthomassen@edelson.com

 7      On behalf of the Defendant: (Via Zoom)

 8           Bevin Brennan, Esq.
             Pendersen & Houpt
 9           161 N. Clark Street
             Suite 2700
10           Chicago, IL  60601
             312.261.2186
11           bbrennan@pendersenhoupt.com

12

13                       - - - - -

14

15

16

17

18

19

20

21

22

23

24

25

                    CADY REPORTING SERVICES, INC.
```

DAVID PELLEG DEPOSITION INDEX

| EXAMINATION BY: | PAGE NO. |
|---|---|
| MR. THOMASSEN .................... | 4 |

| EXHIBIT NO. .................... | PAGE NO. |
|---|---|
| Exhibit A | 4 |
| Exhibit B | 4 |
| Exhibit C | 4 |
| Exhibit J | 4 |

- - - - -

1              - - - - -
2         (Pelleg Exhibits A, B, C and J were marked.)
3              - - - - -
4              DAVID PELLEG, of lawful age, called
5    by the Plaintiff for examination pursuant to the
6    Federal Rules of Civil Procedure, having been first
7    duly sworn, as hereinafter certified, was examined
8    and testified as follows:
9    EXAMINATION OF DAVID PELLEG
10   BY-MR.THOMMASEN:
11   Q    Good morning, Mr. Pelleg.
12   A    Good morning.
13   Q    Thanks for showing up.  Appreciated.
14   A    No problem.
15   Q    I'm sure you've run through some of this with
16        Bevin already, but I just want to talk a little
17        bit about how the day is going to go.
18             Have you ever been deposed before?
19   A    No.  This is the first time.
20   Q    Well, congratulations.  Sorry we can't do it in
21        person, but this is pretty good.
22             There's a few things to keep in mind as
23        the day goes forward that will just help the
24        process.  Probably the most important is since
25        we're connected by video, I know you said that

```
1            to that model, but that's not part of this
2            discussion.
3                    And so with Mt. Gox, if I do a trade on
4            Mt. Gox, I don't care who I traded with.  I
5            know that I'm going to go to Mt. Gox for
6            settlement.  And as long as I believe that
7            Mt. Gox has got the coins to give me or the
8            dollars to give me, then I'm good.
9       Q    Okay.  I guess the piece I'm getting at, I
10           think you're touching on it there, is the
11           reason why you would have confidence that
12           Mt. Gox would have the coins to give you is
13           the knowledge that in order to participate on
14           Mt. Gox, everyone had to self credit?
15      A    Yeah.  That's one of the parts.  Well, that's
16           actually not -- I have to self credit to get
17           there and, therefore, I know that everyone else
18           has to do that, therefore, I know that they
19           have enough financial resources to settle my
20           trade, financial and/or Bitcoin resources to
21           settle my trade.
22      Q    Because all traders on the Mt. Gox exchange had
23           to self credit to participate?
24      A    Because I know that I had to self credit to get
25           on there and I know that everyone else had to
```

```
 1            that you're trading with the cartel.  As a
 2            banker, not as a lawyer, that's how I read it.
 3                 And seller warrants that Bitcoins offered
 4            to sell or to transfer correspond to actual
 5            Bitcoins, well, you would expect the Mt. Gox
 6            system to track that.
 7      Q     So I don't think that quite gets at what I'm
 8            asking.
 9      A     So what it's saying is seller warrants Bitcoins
10            offered to sell or transfer.  It's called you
11            can't do a naked short.  Sorry for the term.
12            But, in other words, I can't go and sell a
13            Bitcoin without having a Bitcoin there.
14      Q     Okay.
15      A     But I would expect the system to enforce that.
16            Not the user.  Not the member.
17      Q     If a user on Mt. Gox read these terms, and I
18            know you have issues about whether or not they
19            did or did not, but if they read this, do you
20            think a Mt. Gox user would come away from that
21            sentence believing that, like you just said,
22            that if I'm buying a Bitcoin or selling a
23            Bitcoin, that Bitcoin has been deposited by
24            that user in the Mt. Gox common account?
25      A     No.  I would assume that as a member if there
```

```
 1        was an offer to sell and I listed that offer
 2        and bought the Bitcoin, I would assume that I
 3        would get Bitcoins assigned to my account.
 4        That's what I would care about.  And I don't
 5        care where they came from.
 6    Q   Where does that sentence say anything about
 7        assigning Bitcoins to the buyer's account?
 8    A   It doesn't.  It says that seller warrants that
 9        the Bitcoins offered to sell or transfer
10        correspond to actual Bitcoins.  What that means
11        is that there's no naked shorting going on,
12        right.  And naked shorting, again -- go ahead?
13    Q   Yeah.
14    A   So I would not look to the terms and conditions
15        for enforcement of that.  I would expect that
16        the platform would enforce that.
17    Q   Can you explain to me again what the naked
18        short is?
19    A   Yeah.  A naked short is where say you had a bid
20        for a I-phone 10 and you said, "Man, I would
21        pay $12,000,000 for an I-phone 10."  And I
22        said, "Yours.  I'll sell you an I-phone 10 for
23        $1,200."
24            Now, I don't have an I-phone 10.  I have
25        a 6.  And I would have to go out and buy one
```

```
 1         for you and deliver it to you and I would think
 2         I could get it for $400 or I could steal it
 3         from someone's pocket on the street, but that's
 4         a naked short.  So I've gone short without the
 5         commodity I've just sold.
 6    Q    I understand.
 7              So is it your opinions that users on
 8         Mt. Gox would not expect there to be naked
 9         shorts?
10    A    That's correct.  And the reason why I would be
11         afraid of naked shorts is that someone might
12         come in and offer billions of Bitcoin to make
13         the price go down, right, and/or they would
14         sell lots of Bitcoin to make the price go down
15         without actually having those Bitcoins
16         themselves, and so that's to protect me from
17         someone slamming the price.
18    Q    Would you agree that naked shorts on an
19         exchange like Mt. Gox, they could have an
20         affect on the price of Bitcoin on the site by
21         affecting perceived demand, is that fair?
22    A    Actually, by actually driving the price itself,
23         if they allowed someone to come on the site and
24         sell naked, they could drive the price down and
25         then maybe they would start buying them there
```

```
 1        and it would come back.
 2              And so I would expect not from the
 3        Terms of Use, but I would expect the exchange
 4        to make sure that people did not have the
 5        ability to just sell coins they didn't have in
 6        their accounts.
 7   Q    What was the end of that?  I interrupted you.
 8   A    In their accounts.
 9   Q    Got it.
10              What about the reverse with cash?  Do you
11        think people have the same expectation with
12        respect to purchases of Bitcoin on Mt. Gox that
13        didn't correspond to actual cash?  I think
14        that's what you're getting at about the naked
15        shorts?
16   A    Yeah.  Well, you wouldn't -- it would be the
17        naked shorting of the Bitcoins that you would
18        be concerned about.  You wouldn't be concerned
19        about naked shorting of dollars because you're
20        not going to drive the price of the dollar by
21        trading on Mt. Gox.  You have to trade in
22        trillions of dollars.
23   Q    Let me just push back a little bit.
24              If there were -- I don't know if naked
25        short is still the right term.  But if there
```

```
 1         hack and there's a run on the bank, then I'm in
 2         trouble.  But if I can wait and get my money
 3         out first, then maybe I'm not in trouble.
 4              So I might not want them to speak with
 5         candor.  I might want them to continue to grow
 6         the thing so that I can continue to make money
 7         and get my money out before everyone else.
 8    Q    Okay.  So it's your opinion here, is it right,
 9         that the average Mt. Gox investor would not be
10         concerned with Mt. Gox being honest unless --
11         let me just stop there.  They were not
12         concerned with Mt. Gox being honest, per se, as
13         a general operating principle?
14    A    I know it sounds paradoxical and crazy, but it
15         may not have been in everyone's interest for
16         them to disclose any hacks because it would
17         cause a run on -- a "run" on the exchange.  And
18         in a run on the exchange, everyone would lose.
19         Whereas, if they could continue to grow the
20         exchange, and the more growth that would
21         happen, that growth would cure some of the ills
22         and the hacks because the exchange would make
23         money, they would be able to pay people back,
24         as long as it continues as a going concern and
25         continues to grow with Bitcoin, which we all
```

1  like in January of 2014, it looked like the
2  trade volume really trailed off, so that must
3  imply that that was going somewhere else.
4          MR. THOMMASEN:  Bevin, I don't
5  think I have anything else for Mr. Pelleg.
6          MS. BRENNAN:  I'm not going to
7  ask any questions, so.
8          MR. THOMMASEN:  Well, lucky you.
9  You're free to go.
10         MS. BRENNAN:  We reserve
11 signature.
12         (Off the record at 6:15 p.m.)
13             - - - - -

```
 1   THE STATE OF OHIO,    )   SS:
     COUNTY OF CUYAHOGA.   )
 2
 3        I, Aimee N. Szinte, a Notary Public within and
 4   for the State of Ohio, duly commissioned and
 5   qualified, do hereby certify that DAVID PELLEG was
 6   first duly sworn to testify the truth, the whole
 7   truth and nothing but the truth in the cause
 8   aforesaid; that the testimony then given by him was
 9   by me reduced to stenotypy in the presence of said
10   witness, afterwards transcribed on a
11   computer/printer, and that the foregoing is a true
12   and correct transcript of the testimony so given by
13   him as aforesaid.
14        I do further certify that this deposition
15   was taken at the time and place in the foregoing
16   caption specified, that I am not a relative,
17   counsel or attorney of either party, or otherwise
18   interested in the events of this action.
19        IN WITNESS WHEREOF, I have hereunto set my
20   hand and affixed my seal of office at Cleveland,
21   Ohio, on this 12th day of October, 2020.
22
23   
         Aimee N. Szinte, Notary Public
24       within and for the State of Ohio
         My Commission expires July 15, 2023.
25
              CADY REPORTING SERVICES, INC.
```

```
1    THE STATE OF OHIO            )
                                  )     SS:
2    COUNTY OF CUYAHOGA           )

3

4         Before me, a Notary Public in and for said

5    state and county, personally appeared the

6    above-named DAVID PELLEG, who acknowledged that

7    she/he did sign the foregoing transcript and that

8    the same is a true and correct transcript of the

9    testimony so given.

10        IN TESTIMONY WHEREOF, I have hereunto

11   affixed my name and official seal at

12                            this       day of

13        , 2020.

14

15

16

17

18                   Notary Public

19

20   My Commission Expires:

21

22

23

24

25

               CADY REPORTING SERVICES, INC.
```

CADY REPORTING SERVICES, INC.  www.cadyreporting.com  216-861-9270