# Exhibit K

Page 1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
GREGORY GREENE, individually   )
and on behalf of all others    )
similarly situated,            )
                               )
          Plaintiff,           )
                               )
    -vs-                       ) Case No. 14-cv-01437
                               )
MARK KARPELES, an individual,  )
                               )
          Defendant.           )
_____)
```

       The deposition of GREGORY GREENE, called for examination pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Judith T. Lepore, Certified Shorthand Reporter for the State of Illinois, at 161 North Clark Street, Suite 2700, Illinois, on November 11, 2019, at the hour of 10:01 a.m.

Reported by:  Judith Lepore, CSR
License No.:  084-004040

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 2

1  APPEARANCES:
2       EDELSON, PC
3       BY:  BEN THOMASSEN
4       350 North LaSalle Street
5       14th Floor
6       Chicago, Illinois  60654
7       312.589.6370
8       bthomassen@edelson.com
9           Representing the Plaintiff;
10
11      PEDERSEN & HOUPT
12      BY:  BEVIN BRENNAN
13      161 North Clark Street
14      Suite 2700
15      Chicago, Illinois  60601
16      312.641.6888
17      bbrennan@pedersenhoupt.com
18          Representing the Defendant.
19
20
21
22
23
24

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 3

INDEX

WITNESS                                                      PAGE

GREGORY GREENE

Direct Examination by Ms. Brennan                              4
Cross-Examination by Mr. Thomassen                            60


EXHIBITS

EXHIBIT NUMBER                                      MARKED FOR ID

Greene Deposition

Exhibit No. 1                                                  9
Exhibit No. 2                                                 16
Exhibit No. 3                                                 23
Exhibit No. 4                                                 25
Exhibit No. 5                                                 27
Exhibit No. 6                                                 35
Exhibit No. 7                                                 50

Royal Reporting Services, Inc.
312.361.8851

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 4

1  (Witness duly sworn.)
2  GREGORY GREENE,
3  called as a witness herein, having been
4  first duly sworn, was examined and testified
5  as follows:
6  DIRECT EXAMINATION
7  BY MS. BRENNAN:
8      **Q.**  Good morning, Mr. Greene.  My name is
9  Bevin Brennan.  I represent Mark Karpeles in this
10  case.
11          Have you ever been deposed before?
12     **A.**  No.
13     **Q.**  Let me just go over a few background-type
14  ground rules.  The court reporter is taking down
15  everything we say, so if you could answer my questions
16  audibly.  Nods of the head, shakes of the head,
17  obviously she can't take that down.
18          I will also -- if you could wait until I
19  finish the question, even if you think you know what
20  I'm going to ask, to both make sure we're clear on
21  what you're answering, as well as it's hard for the
22  court reporter to take down.  I will also extend you
23  the same courtesy and wait for you to answer or try to
24  if I think you're done.  If I interrupt you, just let

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 15

1  **Q.**  Was ZipZap the only company that could be
2  used to send money orders to BitInstant?
3  **A.**  I think ZipZap is what Walgreens uses to send
4  money orders.
5  **Q.**  Before you purchased bitcoins, did you review
6  information on Mt. Gox's website?
7  **A.**  Yes.
8  **Q.**  What information did you review on Mt. Gox's
9  website?
10 **A.**  I believe I would have reviewed their general
11 website.  What specifically, I don't recall at the
12 time, but I know I would have went to their website
13 and checked it out, saw how user friendly it was, saw,
14 you know, the site itself.  Specifically, I don't
15 recall.
16 **Q.**  Do you recall any information about the
17 security of the Mt. Gox website or exchange?
18 **A.**  No, I don't recall.
19 **Q.**  Do you recall reading anything on Mt. Gox's
20 website that said it would hold bitcoin securely for
21 all users?
22 **A.**  I believe so, yeah.
23 **Q.**  Where did you read that?
24 **A.**  On the terms of use probably.

Royal Reporting Services, Inc.
312.361.8851

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 16

1  **Q.**  Anywhere else?
2  **A.**  No, I don't recall.
3         MS. BRENNAN:  Mark this as two.
4                    (Whereupon, Greene Exhibit No. 2
5                     was marked for identification.)
6  BY MS. BRENNAN:
7  **Q.**  Mr. Greene, you've been handed what's been
8  marked as Exhibit 2.  Do you recognize this as a copy
9  of the Fourth Amended Class Action Complaint in this
10 case?
11 **A.**  Yes.
12 **Q.**  If I could ask you please -- did you review
13 this complaint before it was filed?
14 **A.**  Yes.
15 **Q.**  Did you agree with what the allegations in
16 the fourth amended complaint state?
17 **A.**  Yes.
18 **Q.**  If I could ask you to look at paragraph 50 on
19 page 13, please.  That paragraph alleges:  "Relying
20 upon these representations made by Mt. Gox -- namely
21 that it would allow him to 'quickly and securely trade
22 bitcoins with other people around the world' and give
23 him 'the ability to securely store his bitcoins in a
24 virtual vault for safekeeping' -- Greene signed up for

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 17

1  an account on Mt. Gox's website in 2012 and began
2  trading and selling Bitcoin."  Do you see that?
3       **A.**   Yes.
4       **Q.**   Where was the representation made by Mt. Gox
5  that it would allow you to quickly and securely trade
6  bitcoins with other people around the world?
7       **A.**   I don't recall at this time.  I would guess
8  it was somewhere on their website.
9       **Q.**   How about the second portion of that
10 sentence, where did Mt. Gox state that "the ability to
11 securely store his bitcoins in a virtual vault for
12 safekeeping"?
13      **A.**   Which paragraph was that?
14      **Q.**   It's the second part of paragraph 50, the
15 second quoted portion.
16      **A.**   At this time I don't recall where that was
17 at.  I think it was probably on the website somewhere.
18      **Q.**   At the time that you signed up for an account
19 on Mt. Gox, were there terms of use in place?
20      **A.**   Yes.
21      **Q.**   And did you read all the terms of use?
22      **A.**   Yes.
23      **Q.**   Were there any terms that stood out to you at
24 the time you signed up for an account at Mt. Gox?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 31

1  issues," do you see that?
2      **A.**   Yes.
3      **Q.**   How did customer service help to resolve the
4  issues?
5      **A.**   I believe I must -- I guess I would have
6  received an email from them saying they're working on
7  it, if I recall.  I don't recall.  I don't remember.
8      **Q.**   Do you recall having any telephonic
9  discussions with customer service at Mt. Gox?
10     **A.**   No.
11     **Q.**   It would have all been over email?
12     **A.**   Yes.
13     **Q.**   Was your only complaint in November of 2013
14 about delays with your bitcoin transactions?
15          MR. THOMASSEN:  Object to form.
16 BY MS. BRENNAN:
17     **Q.**   Okay.  Strike that.
18          In paragraph 52, the allegation says, "In
19 November of 2013, Greene began experiencing delays
20 with his bitcoin transactions and complained to
21 Mt. Gox customer service."  Do you see that?
22     **A.**   Yes.
23     **Q.**   Is the reason why you contacted customer
24 service in November of 2013 because you were

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 32

1 experiencing delays with your bitcoin transactions?
2    **A.**   Yes.
3    **Q.**   Were there any other reasons that you reached
4 out to customer service in November of 2013?
5    **A.**   No.
6    **Q.**   And what bitcoin transactions were you trying
7 to make in November 2013?
8    **A.**   I was trying to remove the bitcoins from my
9 account to a personal address.
10    **Q.**   What do you mean by personal address?
11    **A.**   A personal bitcoin address.
12    **Q.**   And explain to me what your personal bitcoin
13 address was.
14    **A.**   An individual address that holds bitcoin.
15    **Q.**   Why did you want to do that?
16    **A.**   Because I knew at the time that other
17 individuals were having difficulty removing their
18 bitcoins from the Mt. Gox Exchange.
19    **Q.**   How did you know that?
20    **A.**   Through online forums such as
21 bitcointalk.org.
22    **Q.**   Were you ultimately able to remove bitcoins
23 from the Mt. Gox Exchange to your personal address?
24    **A.**   Some.

1  **Q.** What percentage were you able to remove?

2  **A.** I don't recall what the percentage was.

3  **Q.** Why didn't you remove them all from Mt. Gox?

4  **A.** Because they wouldn't send them to me.

5  **Q.** So if I read the next sentence in
6  paragraph 52 that says, "Although customer service
7  helped to resolve his issues," did you consider your
8  issues resolved even if Mt. Gox wouldn't send the
9  remainder to you?

10  **A.** No.

11  **Q.** That was probably my fault for a double
12  negative.

13  Were the issues all resolved that you
14  raised in November 2013 by Mt. Gox customer service?

15  **A.** All of my issues were not resolved at that
16  time.

17  **Q.** What were your other issues?

18  **A.** There were still bitcoins in my account that
19  were not -- that I was not able to receive.

20  **Q.** Did you make any other inquiries from
21  November 2013 to January 2014 to Mt. Gox customer
22  service to try to withdraw the remainder of your
23  bitcoins from the Mt. Gox Exchange?

24  **A.** I believe so, yes.

1     **A.**    No.

2         MR. THOMASSEN: That's all.

3         MS. BRENNAN: Okay. I don't have any

4 follow-up on that. I am going to have follow-up with

5 you with respect to document searches and documents

6 like with Fortress and all that. So subject to that

7 reservation, I doubt I'll need him to come back, but

8 that will be about it.

9         MR. THOMASSEN: Sure.

10               (Witness excused at 11:25 a.m.)

Page 63

```
1   STATE OF ILLINOIS              )
                                   ) SS:
2   COUNTY OF COOK                 )

3

4           I, Judith T. Lepore, Certified Shorthand
5   Reporter in the State of Illinois, do hereby certify
6   that on the 11th day of November, 2019, the deposition
7   of the witness, GREGORY GREENE, called by the
8   Defendant, was taken before me, reported
9   stenographically and was thereafter reduced to
10  typewriting through computer-aided transcription.
11          The said witness, GREGORY GREENE, was first
12  duly sworn to tell the truth, the whole truth, and
13  nothing but the truth, and was then examined upon oral
14  interrogatories.
15          I further certify that the foregoing is a
16  true, accurate and complete record of the questions
17  asked of and answers made by the said witness, at the
18  time and place hereinabove referred to.
19          The signature of the witness was waived by
20  agreement.
21          The undersigned is not interested in the
22  within case, nor of kin or counsel to any of the
23  parties.
24          IN TESTIMONY WHEREOF:  I have hereunto set my
```

Page 64

1  verified digital signature this 20th of November 2019.

*[Signature: Judith T. Lepore]*
JUDITH T. LEPORE, CSR

License No. 084-004040