**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARK KARPELES, an individual<br><br>*Defendant*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman |

**UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* OVERSIZED
MEMORANDUM IN SUPPORT OF MOTION CLASS CERTIFICATION**

Plaintiff Gregory Greene, through his undersigned counsel, respectfully moves under N.D. Ill. L.R. 7.1 for leave to file, *instanter*, his Memorandum in Support of Motion by Gregory Greene for Class Certification in excess of the Court's 15-page limit. In support of this Motion, Plaintiff states as follows:

1. Per the deadlines set by the Court, Plaintiff has moved or will move the Court to certify a multistate Class against Defendant Mark Karpeles.

2. To adequately demonstrate that facts and law support his motion's request for certification—and that his motion meets the various requirements set forth by Fed. R. Civ. P. 23(a) and (b)(3)—Plaintiff requires, and therefore requests, leave to file an oversized brief of 25 pages. *See* N.D. Ill. L.R. 7.1.

1

3. Plaintiff has made every effort to keep his brief concise and does not make this request for any improper purpose. Rather, Plaintiff submits that the excess pages are necessary to adequately address the facts and law relevant to his motion for class certification.

4. Counsel for Defendant Mark Karpeles, Bevin Brennan, indicated that Defendant has no objection to this request.

WHEREFORE, Plaintiff Gregory Greene respectfully requests leave to file a 25-page brief in support of his motion for class certification.

                Respectfully submitted,

                GREGORY GREENE, individually and on behalf of all others similarly situated,

Dated: October 30, 2020       By: /s/ Benjamin S. Thomassen
                One of Plaintiff's Attorneys

                Jay Edelson
                jedelson@edelson.com
                Benjamin S. Thomassen
                bthomassen@edelson.com
                EDELSON PC
                350 North LaSalle Street, Suite 1300
                Chicago, Illinois 60654
                Tel: 312.589.6370
                Fax: 312.589.6378

                Rafey S. Balabanian
                rbalabanian@edelson.com
                J. Aaron Lawson
                alawson@edelson.com
                Edelson PC
                123 Townsend Street, Suite 100
                San Francisco, California 94107
                Tel: 415.212.9300
                Fax: 415.373.9495