**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARK KARPELES, an individual<br><br>*Defendant*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman |

**DECLARATION OF J. AARON LAWSON**

Pursuant to 28 U.S.C. § 1746, I declare the following:

1. My name is J. Aaron Lawson. I am an attorney of record in the above-captioned matter for Plaintiff Gregory Greene. The following declaration is made on my personal knowledge, except where otherwise noted.

2. Attached hereto as Exhibit A is a true and accurate copy of the Declaration of Carol R. Goforth, which Plaintiff disclosed to Defendant Mark Karpeles pursuant to Fed. R. Civ. P. 26(a)(2).

3. Attached hereto as Exhibit B is a true and accurate copy of excerpts from the deposition transcript of Carol R. Goforth, taken in this matter on July 7, 2020, by video.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2020                         /s/ J. Aaron Lawson

1