# EXHIBIT A



COURT REPORTING
LEGAL VIDEOGRAPHY
VIDEOCONFERENCING
TRIAL PRESENTATION
MOCK JURY SERVICES
LEGAL TRANSCRIPTION
COPYING AND SCANNING
LANGUAGE INTERPRETERS



(800) 528-3335
NAEGELIUSA.COM

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GREGORY GREENE, individually
and on behalf of all others
similarly situated,

    Plaintiff,

vs.                       Case No. 14-CV-01437

MARK KARPELES, an individual,

    Defendants.
_____

**REMOTE DEPOSITION BY VIDEOCONFERENCE OF**

**CAROL R. GOFORTH**

**TAKEN ON
TUESDAY, JULY 7, 2020
9:26 A.M.**

**GOFORTH RESIDENCE
562 NORTH CEDAR RIDGE LANE
FAYETTEVILLE, ARKANSAS 72704**



```
 1      A.   Right.
 2      Q.   And so, the information in paragraph 29
 3 through 32 of your Declaration are based on public
 4 information or public reporting about these other
 5 exchanges, correct?
 6      A.   Correct.
 7      Q.   You didn't do any investigation into the
 8 accuracy of these statements, correct?
 9      A.   Other than making sure they were reported
10 in multiple sources and that it's consistent with
11 what was generally said from other publicly
12 available sources, no.
13           I didn't take just one article and say,
14 ah-ha, that's it.  But I did do an investigation,
15 just not original research into the records from
16 many of these exchanges.
17      Q.   The next section on page 9 that starts at
18 paragraph 33, has the heading "Mt. Gox's Bitcoin
19 Deficit," correct?
20      A.   Yes.
21      Q.   Is it fair to say that paragraph 33 is
22 your characterization of public statements from Mt.
23 Gox?
24      A.   Yes.
25      Q.   And that statement was issued by Mr.
```

```
 1       A.    Yes, I had problems with the articles that
 2   I read, but I do think I read a couple.
 3       Q.    Have you done any independent analysis of
 4   the effects of the Gox Bot on pricing of bitcoin in
 5   2013 or 2014?
 6       A.    No.
 7       Q.    Did you consider in your analysis, any of
 8   the information about the price of bitcoin being
 9   most heavily affected in 2013 by activity coming out
10   of China?
11       A.    I don't recall.  I honestly don't recall.
12       Q.    Okay, if we stick to paragraph 43, the
13   next sentence you write, "Karpeles acknowledged, for
14   example, that Gox Bot activity would have affected
15   the price of bitcoin on the exchange, given that it
16   would have impacted the apparent demand for (and,
17   thus, the price of) bitcoin on Mt. Gox," right?
18             And that's not quite what Mr. Karpeles
19   testified to, is it?
20       A.    I'll have to -- I don't remember.
21       Q.    He actually testified that it would have a
22   minimal impact, correct?
23       A.    I don't remember.  Do you want me to look
24   it up?
25       Q.    Yeah, if you can look at his testimony on
```

```
 1  pages 234 and 235.
 2       A.   Yes.
 3       Q.   He said the impact would be minimal,
 4  correct?
 5       A.   Yes.
 6       Q.   He didn't say anything about impact on
 7  higher demand, did he?
 8       A.   Not there, no.
 9       Q.   Is that your editorializing?
10       A.   Yes.
11       Q.   And that's based on what?
12       A.   My understanding of what people would have
13  reacted to if they had known the truth.
14       Q.   And did you conduct research into what
15  they would have or is this just your view of general
16  market behavior?
17       A.   My view of general market behavior.
18       Q.   And then the end of that paragraph just
19  reiterates what a couple of articles analyzing Mt.
20  Gox's records concluded, correct?
21       A.   Yes.
22       Q.   And, again, you didn't do any independent
23  research on their conclusions, correct?
24       A.   Correct.
25       Q.   Paragraph 44, this is a summation of the
```

1    A.    Yes.

2    **Q.    What's the source for that statement?**

3    A.    Again, that's going to be publicly
4 available reports coupled with my impressions of the
5 way that the markets and investors and folks in
6 crypto in particular have acted in other contexts,
7 in other exchanges with other instances.

8    **Q.    What do you mean by "tended to monitor**
9 **information about their purchase and investment in**
10 **BTC closely and actively?"**

11    A.    Well, again, that's based on the number of
12 comments that would be posted when there was a price
13 change, when there was any exchange that was in
14 danger or a hack was announced.  The volume of
15 communication would increase very rapidly,
16 dramatically, with folks commenting about it
17 becoming a source of considerable speculation.

18    **Q.    How many bitcoins existed in 2013?**

19    A.    I don't know.

20    **Q.    Do you know what the maximum number of**
21 **bitcoins will be?**

22    A.    I'd have to look it up and make sure ---
23 there's a pre-set number and I forget what number it
24 is I forget if it's a million.  It's a round large
25 number. We haven't reached it yet.

1    A.    Hurt the users by closing it down because
2 people would pull out.  Which is consistent with
3 what I said.  I said that users would continue to
4 utilize the exchange.
5         There are reasons for wanting them to
6 continue to utilize it that weren't all bad, but
7 that is the function that he was talking about, as
8 far as I can remember.
9    Q.    Okay.  So then we're down to, I think,
10 close to the last section of your report, which is,
11 I think it is the last section, on the closure of
12 Mt. Gox, starting on page 16, paragraph 56.
13         Paragraphs 56 through 62 are just your
14 summaries of reports and other public information
15 from the Internet, correct?
16         And I know that's a lot, so take your
17 time.
18         MR. THOMASSEN:  What paragraph to and
19 from?
20         MS. BRENNAN:  Fifty-six through sixty-two.
21    A.    So, yes.  That is based just on my
22 analysis of public reports about what happened.
23 That's what you asked, right?
24    Q.    It is.  It is.  I was trying to short
25 circuit it a little bit as opposed to going

1  paragraph by paragraph.
2          But yeah, my belief -- and, again, correct
3  me if I'm wrong, is this is your summary of the
4  closure of Mt. Gox from information that is publicly
5  available primarily on the Internet, correct.
6      A.   Yes.
7      Q.   And then paragraph 62 is the Crisis
8  Strategy Draft that was uploaded in February of
9  2014.  That is a draft for Mt. Gox, correct?
10     A.   It is purporting to be for Mt. Gox, yes.
11     Q.   In that document you said that "claimed
12 that the company had lost 744,408 bitcoins in a
13 pattern of theft that had been undiscovered for
14 years, right?
15     A.   Yes.
16     Q.   Do you have any opinion on when Mt. Gox
17 discovered when those bitcoins had been lost -- or,
18 excuse me -- theft had been -- had occurred and when
19 Mt. Gox discovered that?
20     A.   Yes.
21     Q.   Okay.  What's your opinion on when those
22 thefts occurred and when it was discovered?
23     A.   My opinion is that Mark Karpeles told the
24 truth and that it goes back to prior to his
25 acquisition of the exchange beginning back in 2011,