**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) MARK KARPELES, an individual, ) ) Defendant. ) | Case No. 14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**DEFENDANT MARK KARPELES' AGREED MOTION TO EXTEND THE
BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendant Mark Karpeles hereby moves to extend the time for him to file his Opposition to Plaintiff's Motion for Class Certification [Dkt. No. 508] ("Class Certification Motion") and for a commensurate extension for the Plaintiff Gregory Greene to file his reply in support of the Class Certification Motion. In support of this request, Mr. Karpeles states as follows:

1. This Court issued an Order on May 28, 2020 setting a briefing schedule on the Class Certification Motion. [Dkt. No. 488.] The Court confirmed that schedule by an Order entered on November 2, 2020. [Dkt. No. 512.]

2. Mr. Greene's opening motion and memorandum were due by October 30, 2020.

3. Mr. Greene filed the Class Certification Motion and his Memorandum in Support [Dkt. No. 509] on October 30, 2020 as scheduled.

4. Mr. Karpeles' opposition is due by December 2, 2020.

5. Due to various factors and commitments, Mr. Karpeles requests to extend that deadline by nine days, to December 11, 2020.

6. Mr. Karpeles' counsel has conferred with Mr. Greene's counsel, who has agreed to this request.

7. Mr. Greene's counsel requested that the date for his reply in support of his Class Certification Motion therefore be extended from December 16, 2020 to January 4, 2021, to account for end of the year holidays and other commitments.

8. Mr. Karpeles has agreed to this request.

9. This extension is not sought for the purposes of delay, and will not prejudice the rights of any party.

WHEREFORE, Defendant Mark Karpeles respectfully requests that this Court grant his request for an extension, modify the current briefing schedule to allow him until December 11, 2020 to file his opposition to the Plaintiff's Class Certification Motion and allow the Plaintiff until January 4, 2021 to file his reply in support of his Class Certification Motion, and for such other and further relief as this Court deems just.

Dated: December 1, 2020

Respectfully submitted,

Mark Karpeles

By: /s/ *Bevin Brennan*
       One of His Attorneys

Bevin Brennan
Matthew Schmidt
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com
*Attorneys for Defendant Mark Karpeles*