**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Gregory Greene, et al.

        Plaintiff,

v.               Case No.: 1:14−cv−01437
                 Honorable Gary Feinerman

MtGox Inc., et al.

        Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 3, 2020:

   MINUTE entry before the Honorable Gary Feinerman:Motion to extend time [519] is granted. The deadline for Defendant to respond to Plaintiff's class certification motion [508] is extended to 12/11/2020; Plaintiff's reply due by 1/4/2021. Hearing on motion to certify class [508] set for 1/7/2021 at 9:30 a.m. Motion to strike [517] is entered and continued. Plaintiff shall respond to the motion by 12/18/2020; Defendant shall respond by 1/4/2021. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.