# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Gregory Greene, et al.

                                   Plaintiff,

v.                                                        Case No.: 1:14–cv–01437

                                                                  Honorable Gary Feinerman

MtGox Inc., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 4, 2020:

      MINUTE entry before the Honorable Gary Feinerman:The 12/3/2020 order [520] is amended as follows. Defendant's motion to strike [517] is entered and continued. Plaintiff shall respond to the motion by 12/18/2020; Defendant shall reply by 1/4/2021. Motion hearing set for 1/6/2021 at 10:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.