UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) MARK KARPELES, an individual, ) ) Defendant. ) | Case No. 14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**AGREED MOTION BY DEFENDANT MARK KARPELES FOR
LEAVE TO FILE HIS OPPOSITION TO PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION IN EXCESS OF PAGE LIMIT**

Defendant Mark Karpeles seeks leave of Court to file his Opposition to Plaintiff's Motion for Class Certification ("Opposition"), which exceeds fifteen (15) pages in length, and submits as follows:

1. Mr. Karpeles is mindful of Judge Feinerman's Case Management Procedures and Local Rule 7.1(a), which limit briefs to fifteen (15) pages without leave of Court.

2. Despite his best efforts, Mr. Karpeles has been unable to reduce the length of his Opposition to within the page limit set by the Court. (Mr. Karpeles' Opposition is attached hereto as Exhibit 1.)

3. Mr. Karpeles submits that a full opposition to the 25-page Motion for Class Certification necessitated preparing a brief of 32 pages in order to adequately address each issue.

4. Mr. Karpeles' counsel has worked diligently to prepare a succinct Opposition without omitting or giving short shrift to material facts, arguments and citations to applicable authority or the record.

5. Mr. Karpeles' counsel believes that it would not be possible to reduce the length of his Opposition appreciably without eliminating or weakening arguments, omitting or curtailing references to cases cited or by impairing this Court's understanding of the issues.

6. This Motion is brought in good faith and not for any dilatory purpose.

7. Mr. Karpeles' counsel reached out to Plaintiff's counsel regarding this request, who advised that Plaintiff agrees to this request.

WHEREFORE, Defendant Mark Karpeles respectfully requests that this Court enter an order granting him leave to file his Opposition to Plaintiff's Motion for Class Certification, which is 32 pages in length, and for such other and further relief as this Court deems just in Mr. Karpeles' favor.

Dated: December 11, 2020

Bevin Brennan
Matthew Schmidt
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com

*Attorneys for Defendant Mark Karpeles*

Respectfully submitted,
Mark Karpeles,

By: /s/ Bevin Brennan
    One of His Attorneys