UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | ) )  Case No. 14-cv-01437 )  ) Hon. Gary Feinerman |
| Plaintiff, | ) ) Magistrate Judge Susan Cox |
| v. | ) ) |
| MARK KARPELES, an individual, | ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, December 17, 2020** at **9:00 a.m.,** or as soon thereafter as counsel may be heard, counsel for Defendant Mark Karpeles will appear before the Honorable Gary Feinerman or any judge sitting in his stead, via teleconference to present the **AGREED MOTION BY DEFENDANT MARK KAPELES FOR LEAVE TO FILE HIS OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION IN EXCESS OF PAGE LIMIT**, which was filed via the Court's electronic case management system on December 11, 2020.

Dated: December 11, 2020

Respectfully submitted,

MARK KARPELES

By: ___/s/ Bevin Brennan___
One of his Attorneys

Bevin Brennan
Matthew Schmidt
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com

*Attorneys for Defendant Mark Karpeles*

01295145v1