# EXHIBIT B

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 14-cv-01437 |
| Plaintiff, | ) ) | Hon. Gary Feinerman |
| v. | ) ) ) | Magistrate Judge Susan Cox |
| MARK KARPELES, an individual, | ) ) | |
| Defendant. | ) | |

**DECLARATION OF DAVID S. PELLEG**

I, David S. Pelleg, declare as follows:

1. I have been retained by Pedersen & Houpt PC, counsel for the defendant Mark Karpeles in the above captioned matter as an expert in the capital markets and trading/settlement/custody aspects of emerging digital currencies such as Bitcoin. I have been asked to offer my analysis of the state of the emerging market for Bitcoin in its infancy, 2009-2014, and the differences between developed institutional markets and emerging enthusiasts exchanges specifically as it relates to Mt. Gox bitcoin exchange. I understand that my declaration may be used in connection with pending litigation.

2. My professional billing rate for consultation is $500 per hour. My fees for preparing this report and testifying in this case are not contingent on the outcome of the proceedings or on the opinions presented herein.

3. My professional background is set out in more detail in the C.V. that is attached as Exhibit A to this declaration. I provide the following summary.

4. I am currently a full-time non-tenure track Lecturer, in the Instructional track, in the Department of Finance, at Kent State University, a position that I have held since 2018.

5. I became been a full-time professor for 2 years after a 30-year career in the capital markets and finance.

6. At Kent State I created and taught the course FIN 26051 Bitcoin and Blockchain Technology, (syllabus attached as Exhibit B to this declaration), based upon my career in the capital markets as well as efforts to help institutionalize digital currency trading, settlement, custody and administration.

7. In my career in the capital markets, I had worked as a pioneer helping to build out several emerging financial innovations such as exotic currency options and hedge fund-of-funds while at UBS O'Connor, tradeable hedge fund indices at PlusFunds and hedge-fund linked derivatives at

Zurich Capital Markets and Banc of America Securities. The growth of Bitcoin and other digital currency markets from nothing in 2009 to the commencement of its maturation into an institutional-quality product in around 2017 has tracked closely to the ones I have listed above in which I have contributed.

8. I consulted with specialist brokers JB Drax Honoré in London about creating a platform for their hedge fund clients to trade cryptocurrencies via their prime brokers using their established electronic trading platforms.

9. I consulted with CoinShares in London about creating structured product offering linked to a pool of Bitcoin or other digital currencies to be issued by global banks.

10. I have worked with a team in Geneva, Switzerland (to be called Next Ventures) to launch a closed-end listed fund to provide capital to firms in their Tech 4.0/Blockchain incubator.

11. In preparation of this declaration, I have relied upon my years of experience in capital markets and derivatives as well as my involvement with the evolution of the digital currency capital markets. This allows me to place the actions of Mt. Gox into perspective. I have also relied on a wide range of publicly available information about Mt. Gox specifically and digital currency markets in general. I have also reviewed the following documents:

- The FOURTH AMENDED CLASS ACTION COMPLAINT

- REMOTE DEPOSITION BY VIDEOCONFERENCE OF CAROL R. GOFORTH, dated July 7, 2020

- The Terms of Use of Mt. Gox, dated Jan. 20, 2012

- MOTION TO STRIKE EXPERT DISCLOSURE OF AND PRECLUDE EXPERT TESTIMONY FROM CAROL R. GOFORTH, dated Jan. 13, 2020, including the Declaration of Carol R. Goforth attached as an exhibit

- The WillyBot Report

- The Bitcoin White Paper  (https://bitcoin.org/bitcoin.pdf)

12. I have not authored any publications in the past 10 years.

13. I have not testified at trial or in a deposition in the past four years.

14. This declaration sets forth a summary of testimony that I would provide if called upon to do so on the issues referenced herein. The opinions expressed in this declaration are my own.

**The Fourth Industrial Revolution (aka "Tech 4.0") and the Emergence of Digital Currency**

15. We are now during what is referred to as the Fourth Industrial Revolution (aka "Industry 4.0" or "Tech 4.0"). Tech 4.0 represents the pre-eminence of information as the primary source

of power in world, superseding capital and military. What this means is that our capital-based economy is undergoing a transformation into one that is information-based.

16. The proliferation of the internet and mobile computing have unlocked this power.

- Military power – weakest – every time you use it, you lose some of it

- Capital power – stronger – every time you use it wisely, it accrues gains to scale but past a certain point the gains cap out and then contract – imagine going from 1,000 cars to 1,000,000 cars to 1,000,000,000 cars

- Information power – strongest – every time you use it, it gets more and more valuable, the growth in value is exponential - (hence the popularity and pricing of tech stocks) – imagine going from 1,000 users of cellphones to 1,000,000 to 1,000,000,000 to everyone on earth.

17. Most of the wealth generated in the past 20 years has been from information (look at the top 10 wealthiest people in the world today vs 30 years ago).

18. Summary of the Industrial Revolutions to date:

- 1st: Steam-powered tools

- 2nd: Widespread electricity allowing for mass production

- 3rd: The widespread usage of computers and databases to improve efficiency

- 4th: A fusion of technologies that blur the lines between the physical, digital, and biological spheres. For example:

  o Blockchain / Distributed Ledger / Digital Currency

  o Internet-of-Things (IoT) – i.e. your toaster will be connected to the internet

  o Big Data – using massive databases of info to predict consumption patterns

  o Artificial Intelligence – computers being able to "figure things out" on their own

  o Self-Driving Cars / Taxis – at some point you will "Netflix" a car instead of owning one – whenever you need a car it will just drive to you – and other things

  o Self-Driving Trucks – Long haul truckers are expensive! Self-Driving trucks already operate today. Humans will just drive the "first mile" and the "last mile"

  o Drone Technology

      o  5G connectivity via satellite network – US currently battling China for dominance in this sector, brutal competition

      o  Advanced Robotics – self-aware, environmentally adaptable, ability to sense

19. One of the components missing from Tech 4.0 is a **digital commodity money** to enable settlement of transactions in the real AND the virtual space. A commodity money fulfills 3 basic functions:

- As a unit of measurement of exchange value

- As a medium of exchange

- As a store of exchange value for future use

20. A cryptocurrency is a digital token which is used solely for the purpose of a virtual commodity money to settle transactions and commerce. Cryptocurrencies satisfy all the requirements for a commodity money – (except (at this point) as a stable store of value).

21. The dollar is WAY TOO SLOW and expensive for a Tech4.0 world because the US banking system not worldwide, it is difficult to use the same dollar more than once in a day, it requires trust because it is a debt not an asset (and trust is expensive), all settlement goes through third parties (i.e. banks and payment processors) adding expense and delay, and the US dollar can be printed at will by the Fed and/or the banking system – so its supply is subject to arbitrary centralized control. In 2020, the Fed has increased the size of its balance sheet by $3 trillion.

22. The ideal transaction token/currency for Tech4.0 would combine the best of gold and dollars. Gold supply is strictly limited and cannot be changed by any 3rd party of government, it is easily divisible into smaller units, it is valued by nearly all human economies, and gold is always in the form of an asset. The downsides of gold are the storage/shipping costs, security, and the difficulty of making physical deliveries. Dollars on the other hand are primarily already a virtual currency (97% of dollars are in the form of banking system liabilities (aka deposit accounts) – only 3% is in physical currency); dollar deposits (used to) pay interest as they could easily be lent out. The problem with the dollar is that it relies on Tech 2.0 and 3.0 systems for transfer which are slow, costly and require trust.

23. Bitcoin was designed as a replacement for dollars and gold. Bitcoin makes "trust" obsolete by replacing it with "proof" via cryptography (I will come to this again when I mention the significance of Mt. Gox's transfer of 424,242 bitcoins from one wallet to another in 2011). By the removal of the trust requirement and all of its inherent costs it also completely transforms (and possibly removes) centralized control and regulations that are made necessary in a trust environment (example: forged signatures on checks, credit card fraud, etc.). An excerpt from the Bitcoin White Paper:

"What is needed is an electronic payment system based on cryptographic proof instead of **trust**, allowing any two willing parties to transact directly with other without the need for a trusted third party. Transactions that are computationally impractical to reverse would

protect sellers from fraud, and routine escrow mechanisms could easily be implemented to protect buyers."

24. Other benefits of Bitcoin included the use of a shared version of the "TRUTH" via a technology called Blockchain. Since everyone has access to what is known to be the true ledger of transactions, there is no need for each and every person to keep and then reconcile their ledger with other parties in order to form a consensus on the truth.

25. With Bitcoin/Blockchain technology there is never an uncertainty about whether or not a payment has been made: if you haven't received the bitcoin in your wallet, it hasn't been sent; if you have received a payment, no 3rd party can claw it back; if you have a received a coin, no 3rd party can prevent you from sending it to another wallet. This exponential reduction in uncertainty creates a big cost reduction in commerce.

26. The use of cryptography in blockchain technology removes the risk of fraud. ONLY someone in possession of the private key to a wallet has the ability to transfer coins out of that wallet, thus the blockchain cannot be hacked since a hacker would need to hack over 50% of all the copies of the blockchain in existence. That being said a hacker can steal your private key.

27. But even the theft of a coin via hacking someone's private key is becoming obsolete – since every single transfer of Bitcoin ever made is preserved on the ledger until the end of time, there is no easy way to "launder" Bitcoin. If you stole coins, the authorities know the wallet where they had been sent. Then they can just wait until someone touches that wallet to trace the funds. Bitcoin is a bad way to commit crimes as it leaves an indelible record in the public ledger.

28. Like gold (hard asset), but unlike dollars (debt on the banking system), Bitcoin is in the form of an asset (even though that asset is a piece of immutable information). Because Bitcoin takes the best of both gold and dollars (fiat) it (or other cryptocurrencies which may supersede it) will become the backbone for settlement of commerce in a Tech4.0 world.

29. And thus, Bitcoin emerged into the market without any centralized help or planning to fulfill a settlement currency demanded by the emerging Tech4.0 markets.

**The Emergence of Bitcoin as a Commodity Money Led Directly to the Emergence of Exchanges to Facilitate Liquidity**

30. In 2009, the "Genesis Block" of Bitcoin was minted, but at that time there existed no centralized market or exchange for parties to exchange Bitcoin for other fiat currencies. Most commodities create markets where sellers can come to meet buyers for the following reasons

31. Price Discovery – buyers and sellers post bids and offers to buy / sell the commodity at a price. Discovery occurs when another party sells to a bidder or buys from an offeror at their price. Price discovery kicks off a chain of events to settle the trade.

32. Settlement – a buyer and seller agreed to a price. Now each party must swap with each other. In some cases, there are 3rd party settlement companies like the DTCC for stocks where each party to a trade delivers their fiat or stock to the 3rd party. The 3rd party then releases title

back to the counterparties when both sides have delivered. In over-the-counter settlements, the two parties (typically one is a large institution) swap directly with each other. In some protocols, where both parties really trust each other, they both deliver without regard to having receipt of delivery. In other protocols, where one counterparty has much better credit, they would typically deliver upon receipt/payment.

33. Settlement with Bitcoin is different. An over-the-counter trade in Bitcoin is ESPECIALLY risky. The counterparty sending fiat is taking a large risk because there is no way to ensure that the other party will send the bitcoin. The counterparty sending bitcoin knows that once they send the coin they will never ever get it back if the person sending fiat commits some fraud and the fiat gets clawed back by the bank. That is why early on all the exchanges facilitated settlement where the exchange held all the coins in its own wallet and simply assigned the coins to different customer accounts as settlement (instead of writing to the blockchain).

34. The Custodian is the party who holds title to assets and keeps them safely and only transferring them on valid instructions. For example, if a fund hires a fund manager to manage a portfolio of stocks, the fund would also hire BNYMellon to hold the title to the underlying stocks and trading them based on instructions from the fund manager. In crypto, custody is a WHOLE NEW WORLD. The private keys to wallets, once hacked, can be used to steal client assets instantly and without recourse. Back in 2010 and 2011, Bitcoin was not worth very much, so custody was a lot less formal and robust. As the value of Bitcoin increased, the temptation to steal it increased also – and so the custody function also started an evolution and tech buildout with companies such as Kingdom Trust emerging as leaders at keeping the private keys sharded (split into 16 separate secure pieces) and in cold storage. But in 2011, this had not yet been necessary, so it was not required. In fact, the "custodian" for many Bitcoin holders was their laptop computer that had a file with the private key. When they forgot about Bitcoin and upgraded their computers, many private keys were lost. Some people speculate that if the price of Bitcoin got up to $150,000, it would become profitable to go through landfills searching for discarded computers.

35. Credit is also important for the functioning of markets. In most traditional markets, counterparties are not required to hold in their accounts the exact stocks or fiat which they need to transact. Typically, there are banks, brokers or exchanges who enable highly liquid price discovery by giving CREDIT to parties executing transactions – either lending them securities or fiat to make delivery to the settlement agents or exchanges.

36. There were simply no providers of credit at the inception of Bitcoin so counterparties had to pre-load Bitcoin and/or fiat into the wallets/accounts of the exchanges which would effectively allow themselves to "self-credit" for settlement.

37. In 2011, just two years after the minting of the Genesis Block, Mt. Gox emerged to satisfy all the functions listed above. Being such a new technology, it has taken years to build out higher quality examples of all these core exchange functions. At that point in time, Mt. Gox was the best implementation of core exchange functions which existed in the world and the market participants were glad to have them. Mt. Gox served a role as a key utility.

38. In 2011, the early participants were miners who needed a place to convert coin to fiat, speculators who needed liquidity to enter into positions, systematic traders who needed liquidity and price data to trade their systems against, anarchists/libertarians/rebels who sought to use cryptography to remove top-down market manipulation by government authorities and finally criminals (who were not wise enough to realize that every bitcoin they received and then converted to fiat had been recorded in a permanent ledger preserved until the end of time and available to any law enforcement without a warrant).

39. In 2011, there were no institutional investors even aware that bitcoin existed. Many of the mechanisms discussed and studied by Professor Goforth are important but those mechanisms need to be there to satisfy the needs of institutional and fiduciary assets; those wouldn't be important to the parties I mentioned in point 38 above. At that time, they were more in need of a market for price discovery and a settlement mechanism than they were for the protections required for the largest pools of institutional money.

40. In fact, in the time around 2011-2013, market participants would not have minded the presence of the Gox Bot and perhaps even knew of its presence (and traded alongside it) because the bot did provide liquidity to sellers of Bitcoin. When you are trading over-the-counter with another individual you need to worry about their credit, who they are, what are their motives – but when you trade on an exchange the good thing is that you DON'T NEED TO KNOW and you don't care who is on the other side of the trade. That is because after PRICE DISCOVERY, the exchange itself becomes your counterparty for settlement. The only purpose of the matching engine is to match buyers with sellers at a price they agree to. If the buyer is a bot or a villain or a friend, it does not matter. In fact, the elimination of the need to vet your counterparty is the reason why, except for large banks trading with large funds or other large banks over-the-counter, almost all trading (excluding foreign exchange and bonds) is done on organized stock, futures and options exchanges.

41. Also as a result of the small hack at Mt.Gox in 2011, since they were a small proportion of the total Bitcoin held by the exchange, the exchange was effectively providing credit to allow trading to continue, since the value created to the community by having the exchange up and running outweighed the inefficiency of fully collateralized trading.

## SPECIFIC RESPONSES TO CERTAIN OF PLAINTIFF'S EXPERT WITNESS DECLARATION AND DEPOSITION

42. Goforth Dep. Tr. 17:9-18:12:

> 9 Q. Sure.
> 10 You testified that there are certain
> 11 standards that apply based on sort of a general
> 12 understanding of regulations for exchanges?
> 13 A. Correct.
> 14 Q. Okay, what types of standards are you
> 15 talking about?
> 16 A. The custody rules.
> 17 Q. How do they apply to this report?

18 A. Okay, well, I'm going to take custody
19 rules as an example.
20 Custody rules require if you're operating
21 a regulated exchange, when you take an asset of your
22 clients, a client of the exchange, and you are
23 waiting for your client to tell you what to do with
24 that asset, you will maintain that asset safely as a
25 fiduciary, and that is understood as the way an
1 exchange operates.
2 If you trust the exchange with your
3 property, they are going to treat it as your
4 property and hold it safely and do with it as you
5 tell them to do. So that's part of the general way
6 in which regulated exchanges operate.
7 There are rules regarding disclosure of
8 material fact and obligations to report things that
9 happen that are material to the nature of your
10 business to the regulator through transparency in
11 the way that you operate. Those are the kinds of
12 requirements I had in mind.

Response: In 2011, this exchange was intentionally unregulated. The duty that Mt. Gox had to its clients was to create an exchange where they could achieve liquidity and settlement at a lower cost than transacting "over-the-counter" with people on message boards. A trade on Mt. Gox was an order of magnitude safer than a message-board trade. Thus, even though Mt. Gox's standards may not match current best practices, they were FAR better than the alternative at that time.

Also, it is hard to conceive that on such an unregulated exchange there was a regulatory fiduciary duty especially over a virtual asset like Bitcoin which had only just come into existence. How would you even define a set of standards for fiduciary duty with respect to a cryptocurrency – challenging today, not even on the radar in 2011.

Therefore, in spite of everything, Mt. Gox possessed 70% of the trade flow (possibly even more than 70%) during its heyday.

As to rules regarding disclosure of material fact, simply none existed nor were even contemplated in 2011. The purpose of disclosure as mentioned by Professor Goforth is based upon a "Trust" system like that used in fiat and financial assets. This concept of a "Disclosure-By-Words" is weaker than the "Disclosure-By-Action" made by Mt. Gox made when they moved 424,242 bitcoins from one wallet to another in 2011 because it removed the requirement for trust – the coin move proved, with pure certainty, that the exchange was in control of a massive amount of coins and thus it was a viable going-concern. That is one reason why the exchange did not fail in 2011 like so many of its counterparts.

43. Goforth Dep. Tr. 40:25-41:

> 25 Q. Have you done any research into
> 1 characteristics of bitcoin buyers themselves in
> 2 2013?
> 3 A. Yes, in the sense that I have read a lot
> 4 about who were the most active and the largest
> 5 public figures in bitcoin. So reading a lot about
> 6 the influence of libertarian thought and how many of
> 7 the major players -- and people who spoke without
> 8 relying on pseudonyms in articles and other posts
> 9 and advertisements, and who came up repeatedly as
> 10 major investors or backers of bitcoin -- what they
> 11 had said about the environment and the community.
> 12 So, yes, I did research that revealed
> 13 patterns of behavior. If that is what you wanted to
> 14 know.

Response:  Almost all participants in 2011 were libertarians, anarchists, some criminals - none of whom desired regulation, oversight, centralized control. They believed in taking risk and being rewarded for taking good ones and penalized for taking bad ones. The current top-down, centralized-control, regulatory oversight of the traditional capital markets was (and is) despised in these circles for blowing asset bubbles and transferring wealth by privatizing gains and socializing losses.

With the increased institutional demand for Bitcoin and digital currencies, the initial enthusiasts and libertarians have been pushed aside over time. 2017 was the year where institutions really started to lean in and bring the markets to the next level of quality.

44. Goforth Dep. Tr. 57:14-58:13:

> 14 Q. Do you have an opinion on whether or not
> 15 crypto businesses are more secure today than they
> 16 were in 2013?
> 17 A. It depends on which business you're
> 18 talking about.
> 19 Q. What do you mean by that?
> 20 A. There were very few wallet services, for
> 21 example, back in 2013. There were wallets that you
> 22 could buy, and the wallets weren't very secure.
> 23 We certainly have better security for
> 24 wallets now. But now there's so much more money in
> 25 wallets. They are a larger target for hackers. So
> 1 you see more hacking incidents of wallet services
> 2 now than you did back then because there's so much
> 3 more money involved. There's such a bigger target.
> 4 And this is a global phenomenon. It is

> 5 not limited to a single country. So in some
> 6 countries, I think, businesses are more likely to be
> 7 tightly run and less risky in some of the lesser
> 8 regulated areas where there is poor reporting. It's
> 9 just impossible to know what is actually going on.
> 10 There's not good English translations of some of
> 11 these websites that work in foreign currencies only
> 12 and are local in character. So I don't know what's
> 13 going on there

Response: Exchanges are more secure today. Regulated custodians such as BitGo, Kingdom Trust and Gemini exist that practice safekeeping methods like sharding private keys, ice-cold storage, multi-signature requirement for transfers.

In addition, there are futures exchanges (CME and Bakkt for example) which are institutional quality and allow traders to take derivative longs/shorts in the markets.

This institutional-quality market infrastructure build-out kicked off in 2017. The reason for this added security was to attract investment and trading from the gigantic pools of institutional-quality money which carry a higher diligence standard trading/custody/settlement etc. and by the emerging regulatory requirements from the CFTC for US-based investors. Ironically, the success of Bitcoin effectively pushed aside the libertarian ideals of the original market participants. That is because the Tech4.0 economy has demand for a digital settlement currency which exceeds the demand from idealist/libertarians.

45. Goforth Dep. Tr. 150:17-21:

> 17 Q. The next sentence in paragraph 54 is,
> 18 "These customary practices are essential because the
> 19 involvement of an intermediary in a bitcoin trade
> 20 adds a layer of risk, particularly since trades on
> 21 the blockchain are irrevocable."

Response: This is inaccurate. For trades executed on Mt. Gox and other exchanges, the bitcoin stays in the same wallet (*i.e.* the trade is not written to the blockchain); it just moves via journal entry from one account at Mt. Gox to another. Only Bitcoin deposits to and withdrawals from the exchange are irrevocable. Transfers within the exchange stay in the same Mt. Gox-owned wallet.

46. Goforth Dep. Tr. 150:22-152:6:

> 22 What do you mean by, "trades on the
> 23 blockchain or irrevocable?"
> 24 A. Absent a fork in the exchange, you can't
> 25 simply undo it. I mean, it's on the block. It's
> there. You can't just erase it and say, no, we're
> 2 not going to do it because the blockchain itself is

3 disseminated amongst the computers on the network.
4 And absent agreement that, yes, we're going to undo
5 that transaction and rewriting of the program by
6 forking it. You can't.
7 Q. And then you say that, "the involvement of
8 an intermediary in a bitcoin trade adds a layer of
9 risk." Can you explain those layers of risk?
10 A. Sure. If I am just trading with you, I
11 have bitcoin and you want to buy it, or you have
12 bitcoin and I want to buy it, you could be acting
13 fraudulently or I could be acting fraudulently, one
14 or the other of us.
15 But I get to know you. I have at least
16 something of a relationship or the possibility of a
17 relationship. Stick somebody else in between and
18 now that there's three parties who could be acting
19 maliciously or improperly. Or, there's also that
20 third party that prevents me from having a direct
21 relationship with you or even knowing who you are.
22 So, I can't do anything if, in fact, you didn't have
23 the bitcoin and I didn't check, and the intermediary
24 didn't check.
25 So you add a layer of anonymity and
difficulty in tracing and you add another point of
2 failure in the transaction chain.
3 Q. Okay. And then the last sentence of
4 paragraph 54 reads, "Customary practices evolved to
5 deal with these added risks." What were those
6 customary practices that evolved?
7 A. Oh, the customary practices of having
8 different levels of security. Making sure that you
9 had accurate reports and verification. You could
10 add insurance to deal with the layer of risk that
11 there is going to be a hack of your exchange. The
12 security protocols have simply gotten better, so,
13 you know.
14 Q. In what timeframe did those customary
15 practices evolve?
16 A. Oh, up until -- I mean, it's still
17 evolving.

Response:  This is just wrong - a transaction WITHOUT a 3rd party between two people who do not know each other is a riskier than with a third party who acts as escrow agent. EVEN if you had concerns about Mt. Gox, one would trust settlement with them versus wiring BTC to some wallet address of a person you met on a messaging board. The person who remits the

bitcoin can NEVER get them back, the person who sends the dollars CAN get them back. A 3rd party to act as escrow agent was essential and enabled the market to grow.

There was also no insurance option for Bitcoin exchange. No insurance company would underwrite that risk. There would be no way for an actuary to even calculate the risk, particularly in 2011-14. Today a Lloyds of London might underwrite a policy partially indemnifying an exchange from directors and officers stealing or other errors and omissions of an exchange, but not back in the "Wild West".

47. Goforth Dep. 94:25-95:24:

> 25 Q. Okay. Hold on. Do you think that the
> 1 younger bitcoiners who were early adopters of
> 2 bitcoin were concerned about things like bots
> 3 trading on the exchange?
> 4 A. They would not necessarily have been
> 5 concerned about bots. They would have been
> 6 concerned about washed --
> 7 Q. I'm sorry. Can you repeat the end of your
> 8 answer for me? I didn't hear that.
> 9 A. They would not have been concerned about
> 10 bots necessarily, but they would have been concerned
> 11 about wash, w-a-s-h, trading, where there's an
> 12 offsetting buy and sell that makes it look like
> 13 there's more demand than really exists.
> 14 So it would have depended on what the bot
> 15 was doing. The fact that there was a bot would
> 16 probably not have bothered them.
> 17 Q. Okay. Do you think that the Gox Bot
> 18 engaged in wash trading?
> 19 A. Yes.
> 20 Q. Why?
> 21 A. Because that's what Mark Karpeles said it
> 22 was doing and the few trades that I did try to trace
> 23 on the Willy report, it looked like that was what
> 24 as happening.

Response: Some of the traders possibly knew about the bot trading and ran their own bots in parallel to make trading profits from that strategy. As noted in the Willy Report, the Markus bot and the Willy Bot did not account for all the strange trading activity. There were other market participants executing and likely profiting from similar market strategies.

As more institutional-quality exchanges, like Coinbase, gained prominence, they took trade flow away from Mt. Gox. Without constant inflows of fiat buying coin at higher and higher prices as well as fee-generating trade execution, Mt. Gox's demise was hastened, especially if the allegations about the bots is true.

48. Terms of Use, Excerpt and in response to Professor Goforth's Declaration ¶ 50:

**MT. GOX'S OBLIGATIONS**

Except in the case of Purchase Transactions, Members acknowledge and agree that, when completing Transactions, they are trading with other Members, and Members accept that Mt.Gox acts only as an intermediary in such Transactions and not as a counterparty to any trade. It is thus the Members' and should the case arise, the Sellers' and the Buyers' responsibility to comply with any and all laws and regulations relating to the Transactions.

Response: This carve-out is not a promise that Mt. Gox will not trade with Members; this is indemnifying Mt. Gox from any legal responsibility of being the counterparty to a trade. For example, if the Cartel sells you Bitcoin – you and the Cartel were the counterparties, Mt. Gox acted only as a service-provider. I do not read this to imply or promise that Mt. Gox itself will never be the counterparty in a trade. In fact, a market-participant would EXPECT them to be in the market from time-to-time for administrative and rebalancing reasons. It would not bother investors at all to learn they had traded with the bot, just as long as the trade was completed and settled at the price agreed.

49. Response to Professor Goforth's Declaration ¶¶ 51 and 63: Traders would not care who was on the other side of a trade execution as long as the trade settlement occurred at the agreed price. Regarding "leveraged trading" – when Mt. Gox moved the 424,242 bitcoins from wallet to wallet, participants knew, with certainty, that the exchange had ample bitcoin assets to settle trades. It would not have mattered to them, at that time, that early in the growth of this market, that Mt. Gox was short a small amount of Bitcoin – they would expect them to earn those back over time via fee income growth. If the music were still playing (i.e. the exchange was the best source for liquidity), a small shortfall would not matter. Thus, I disagree with Professor Goforth's conclusion that had they known about the 80,000-bitcoin theft in March 2011 that no rational investor would stay at Mt. Gox.

50. Response to Professor Goforth's Declaration ¶¶ 53: The description in the Terms of Use that "it will hold all monetary sums and all Bitcoins deposited by each Member in its Account, in that Member's name as registered in their Account details, and on such Member's behalf." This in no way implies that Member's deposited assets were held on a segregated basis; in fact, it explicitly states that all fiat and BTC sent to Mt. Gox will be held on a commingled basis in Mt. Gox's own account(s). This effectively discloses the possibility that the net amounts held in the Mt. Gox accounts would not have to match client account balances to the penny – the same way that a bank holds customer deposits.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2020, in Cleveland, Ohio, U.S.A.

_____

David S. Pelleg

# EXHIBIT A

# David Pelleg

20005 Sussex Road                                                           david@pelleg.net
Shaker Heights, OH  44122
216 319-5410                                                      Nationality: Dual USA / UK

---

## PROFESSIONAL EXPERIENCE

### Kent State University                                    Aug2018 - Present
*Lecturer (Full Time)*                                                    *Kent, OH*
- Taught 18 finance courses in 2 consecutive school years.
- Created and taught Bitcoin/Digital Assets Capital Markets/Fintech course.
- Created and taught new Fixed Income course.
- Advised the Golden Flash Asset Management (GFAM) graduate student international investment team to manage a real $250,000 portfolio.
- Courses taught: Advanced Derivatives, Risk Management, Bitcoin Capital Markets, International Finance, Financial Markets and Systems, Introduction to Corporate Finance, Fixed Income, Financial Modelling, Advanced Financial Modelling
- Mentored students and successfully advised on networking and career building.

### BlockDelta Capital                                       May2018 - Present
*Expert Witness*                                                    *Cleveland, OH*
- Designed for the Plaintiff a model to calculate the impact of malfeasance for litigation involving a private equity business.
- Innovated a new style of model to show 3 different vectors of damages in a non-linear model.
- Plaintiff prevailed with a larger settlement than would have been possible without this approach.

*Principal*                                       *Geneva, Switzerland / Cleveland, OH*
- Created capital-raising methodology to bridge the gap between Industry 4.0 ventures and institutional capital markets.
- Engineered proposal to leading blockchain tech incubator to launch an asset management business.
- Consulted on institutionalization of digital asset trading and capital markets.

### Medsphere Systems Corporation                          Feb 2016 – Jan 2018
*Finance Director and Business Development Executive*                 *Cleveland, OH*
- Managed the integration of MBS/Net with Medsphere.
- Transitioned subsequent merger with ChartLogic.
- Member of Medsphere capital markets team (venture debt and equity capital raises).
- Created new distribution channels via enterprise and channel-partner development.

### MBS/Net Inc.                                            Jun 2007 – Feb 2016
*Chief Financial Officer*                                            *Cleveland, OH*
- Originated and executed merger with **Medsphere Systems Corporation** including recapitalization, M&A search, and diligence.
- Designed and syndicated equity fund-raising.
- Re-financed credit facilities.
- Created SaaS-pricing model for software sales to create recurring revenue stream and lower barrier to new sales.
- Created software leasing structure to allow favorable funding option for clients and upfront cash for MBS/Net.

### Ivy Asset Management                                   Jun 2004 – Jun 2007
*Head of Structured Solutions Group*                                        *London*
- Negotiated and executed structured investments into proprietary fund-of-hedge-funds.
- Designed innovative investment structures including portable alpha, Basel 2 efficient, structured credit, principal protection, and collateralized fund obligations (CFO's).
- Grew structured-product distribution channel with investment banks to increase assets-under-management.

### Bank of America Securities                             May 2003–May 2004
*Principal, Structured Hedge Fund Products Group*                          *London*
- Designed, marketed and executed structured-lending linked to portfolios of hedge funds to alternative asset managers and very-high-net-worth clients.
- Traded and managed daily risk exposure to fund-linked structured notes.
- Built distribution of fund-of-hedge fund loan origination in Europe.

---

## Zurich Capital Markets
*Managing Director, Structured Hedge Fund Derivatives Group*

Apr2001 – Apr2003
*New York / London*

- Created hedge-fund linked structured lending and derivative products for institutional and HNW investors.
- Helped pioneer innovative structures such as hedge-fund-note linked BOLI, collateralized fund obligations (CFO's), Black-Scholes principal-protected notes, leveraged hedge fund investment vehicles.
- Ran the marketing/structuring team in London.

## PlusFunds.com
*Executive Director, Structured Products Team*

Apr2000 – Apr2001
*London*

- Designed and helped launch first tradable hedge fund-of-funds index (SPhinX - the S&P Hedge Fund Index).
- Helped to build-out and implement real-time hedge fund valuation system.

## UBS Warburg (originally SBC O'Connor)
*Director, UBS Currency Fund*

Mar1994 – Mar2000
*London*

- Head of execution for all vanilla and exotic currency options for global macro hedge fund.
- Analyzed quantitative information to detect tradable anomalies in the FX volatility market.

*SBC Multiadvisor Portfolio*

*New York*

- Helped launch SBC's first fund-of-hedge-funds, the SBC Multiadvisor Portfolio
- Ran quant, fund selection and daily risk monitoring for hedge fund-of-funds.
- Created and implemented Bayesian investment model which was based on daily tracking of portfolio risk measures.

## Boise Cascade
*M&A Analyst*

Jan1991 – Aug1992
*Chicago*

- Created NewMAT, an M&A analysis template.
- Financial analyst on the newly formed M&A team.
- Left to pursue full-time MBA @ University of Chicago.

## Security Pacific Merchant Bank (Sec20 Sub of Security Pacific Bank)
*Financial Analyst, Corporate Finance and Credit*

Aug1989 – Dec1990
*Chicago*

- Executed discount cash-flow analysis and pitch books for corporate finance transactions.
- Created extensive securitization analysis of insurance company junk-bond portfolio.
- Monitored credit portfolio for covenant compliance.
- Chicago office closed in Dec1990.

---

**EDUCATION**

---

### The University of Chicago – Booth School of Business

1992-1994

***MBA*** *with dual concentrations in* ***Analytical Finance*** *and* ***Statistics***

- Co-Head Writer of "GSB Follies 1994".
- Sax player, Producer – The Cox Lounge Band.
- Reorganized band for performance at the 20th and 25th reunion.
- Research (for credit, unpublished)
    1. Data analysis on stochastic implied-volatility on S&P500 options
    2. Data analysis on returns of hedge funds (became the basis for the SBC Multiadvisor Portfolio (*see above*) fund-of-hedge funds)

### Miami University (Ohio)

1985-1989

***B.S. Business*** *with dual majors in* ***Finance*** *and* ***Business Economics***

- Magna Cum Laude, Honors in Economics, University Honors.

**TEACHING EXPERIENCE**

| | |
|---|---|
| **Kent State University** | **2018-2020 Academic Years** |
| Courses | *Kent, OH* |

- FIN26085 – Introduction to Financial Modelling
- FIN36085 – Advanced Financial Modelling
- FIN36051 – Introduction to Financial Institutions and Markets
- FIN36053 – Introduction to Corporate Finance
- FIN36054 – Intermediate Corporate Finance
- FIN36059 – Intermediate Investments
- FIN46055 – Advanced Derivative Securities
- FIN46054 – Risk Management
- FIN46054 – Fixed Income Management (same course number as Risk Mgt)
- FIN46064 – International Finance
- FIN26051 – Bitcoin and Digital Asset Capital Markets

| | |
|---|---|
| **Weatherhead School of Business, Case Western Reserve University** | **2012 Fall Term** |
| Course | *Cleveland, OH* |

- Financial Management for Supply Chain (Corporate Finance and Financial Accounting).

# EXHIBIT B

# KENT STATE UNIVERSITY
## COLLEGE OF BUSINESS ADMINISTRATION
## FIN 26051
## Bitcoin and Blockchain Technology
## Spring 2020
## David Pelleg

**Meeting Time: Tuesday/Thursday: 11:00 AM - 12:15 PM**
**Location: BSA 00100**
**Office Hours: Tue & Thu 2 PM-4:30 PM**

"*"At its core, because of its ability to support the formation of consensus about the true state of transactions and data without relying on traditional intermediaries, block-chain technology provides a novel way to coordinate economic activity on a global scale and reach 'Internet-level consensus'."*

*-"The Truth About Blockchain", Harvard Business Review*

**Prerequisites**  None.

**Course Description**
Digital currencies and distributed ledger technology will completely reshape the landscape of commerce and business. In the course we will explore this from four different perspectives:
1. The primary/secondary markets and emergence of digital tokens (currencies, utility tokens, securities)
2. Capital formation in the digital economy (ICO's)
3. Financial technology transformation via distributed ledger / blockchain.
4. Other Tech 4.0 sectors: (e.g. AI, Internet of Things, drones/self-driving vehicles, Big Data, Quantum Computing)

**Learning Outcomes**
Upon the successful completion of this course, students are expected to:
• Understand the difference between fiat currency and digital "money".
• Understand the state of the art with respect to the international secondary markets for trading digital currency.
• Have insight into new paths for entrepreneurs to raise capital at a much lower cost.
• Review the major FinTech use-cases and timelines to implementation.
• Understand the concept of risk.

**Text**

List of readings as provided by the instructor.

**Grading (subject to change)**

Exam 1 –                              100 points
Exam 2 –                              100 points
Exam 3 –                              100 points
Exam 4 (Final) –                      150 points
Project –                             200 points
Attendance/Participation –             50 points

**Generally, the grading scale will be as follows:**

- **A       93%**
- **A-      90%**
- **B+      87%**
- **B       83%**
- **B-      80%**
- **C+      77%**
- **C       73%**
- **C-      70%**
- **D+      67%**
- **D       60%**
- **F       <60%**

**Although these are general standards, there may be an adjustment (curve) to overall scores as appropriate by the class average. Final grades are non-negotiable.**

**Project Description:**

Students prepare a pitch for SOMETHING in the form of a 10-page slide bullet-points-only slide deck in PowerPoint / Keynote according to the "recipe" that I give you in class (spoiler alert: it is going to be the Guy Kawasaki framework from the Art of the Start).

"SOMETHING" must be a pitch for anything – a business idea, a trading fund, an app, a FinTech solution, a trading/capital raising platform or even for some kind of rule or regulation. And it must be at least somewhat relevant to the class topic.

If you are serious about DLT and Blockchain you will have to pitch your ideas either internally or externally and this will be great practice.

The project will be due at the end of the term. I'll deliver more detailed instructions as we get closer.

Course Withdrawal Deadline
Students have the responsibility to ensure they are properly enrolled in classes. You are advised to review your official class schedule (using Student Tools on FlashLine) during the first week of the semester to ensure you are properly enrolled in this class and section. You may add a full-term class, or change sections of a class, or elect audit, pass/fail, or credit hour options up until **Jan. 19, 2020**. The last day to "drop" a class (i.e., the class does not appear on your transcript) is **Jan. 26, 2020**. After that date, a "W" is assigned and the class will appear on your transcript. Your registration must be correct by these dates. Do not continue to attend and participate in classes for which you are not officially enrolled because you will not receive a grade at the conclusion of the semester for any class in which you are not properly registered.

Withdrawal Deadline: **Mar. 22, 2020**. Withdrawal before the deadline
results in a "W" on your transcript. After the deadline, a grade must be calculated and reported

Statement Regarding Enrollment/Official Registration
Students have the responsibility to ensure they are properly enrolled in classes.  You are advised to review your official class schedule (using Student Tools on FlashLine) during the first week of the semester to ensure you are properly enrolled in this class and section. After that date, a "W" is assigned, and the class will appear on your transcript.  Your registration must be correct by these dates.  Do not continue to attend and participate in classes for which you are not officially enrolled because you will not receive a grade at the conclusion of the semester for any class in which you are not properly registered.

Statement Regarding Disabled Students
University policy 3-01.3 requires that students with disabilities be provided reasonable accommodations to ensure their equal access to course content. If you have a documented disability and require accommodations, please contact the instructor at the beginning of the semester to arrange for necessary classroom adjustments. Please note, you must first verify your eligibility for these accommodations through Student Accessibility Services (contact 330-672-3391 or visit http://www.kent.edu/sas   for more information on registration procedures).

Statement Regarding Academic Honesty
Academic honesty: Cheating means to misrepresent the source, nature, or other conditions of your academic work (e.g., tests, papers, projects, assignments) to get undeserved credit. In addition, it is considered to be cheating when one cooperates with someone else in any such misrepresentation. The use of the intellectual property of others without giving them appropriate credit is a serious academic offense. It is the University's policy that cheating or plagiarism result in receiving a failing grade for either the work or the course. Repeat offenses may result in dismissal from the University.

Statement Regarding Graduation
GRADUATION INFORMATION FOR SENIORS:  Check Blackboard for the official deadlines.  If you apply after the deadline you will be assessed a late fee. Please see your academic advisor as soon as possible if you are uncertain as to your progress toward graduation.  To apply for graduation complete the following steps: (1) Log onto your Flashline account, (2) Click on the Student Tools tab, (3) Look in the Graduation Planning Tool Box, (4) Click on Application for Graduation.  If an error message appears, you must contact your advisor..
.

Title IX Statement

Kent State is committed to fostering a safe, productive learning environment. As an instructor, one of my responsibilities is to help create a safe learning environment in our class. Kent State's (and federal law Title IX) policy prohibit discrimination on the basis of sex, which includes sexual misconduct — (sexual harassment, domestic and dating violence, sexual assault, and stalking.) We understand that sexual violence can undermine students' academic success and we encourage students who have experienced some form of sexual misconduct to talk to someone about their experience, so they can get the support they need.

It is my goal that you feel able to share information related to your life experiences in classroom discussions, in your written work, and in our one-on-one meetings. I will seek to keep information you share private to the greatest extent possible. However, I also have a responsibility to notify the Title IX Coordinator when I become aware of incidents of sexual misconduct.

Students make speak privately (without disclosing your name) to Sexual and Relationship Violence Support Services (SRVSS) 330-672-8016 www.kent.edu/srvss

Students may speak confidentially to Psychological Services 330-672-2487

# Overview of Topics

1) **What are digital currencies?**
   a. **What are fiat currencies?**
   b. **What problems do digital currencies solve?**
   c. **What are the existing types of digital currencies / platforms?**
   d. **What are "smart contracts" and why are they such a big deal?**

2) **Capital markets – Primary markets**
   a. **Existing market structure**
   b. **ICO's and security tokens**

3) **Capital Markets – Secondary Markets**
   a. **Existing market structure**
   b. **Digital market structure**
   c. **Fundamental valuation for digital currencies**

4) **Investment Opportunity in digital currencies, DLT/blockchain (as well as other Tech 4.0 areas)**
   a. **What is blockchain / distributed ledger (DLT). How is it different from the standard relational database model which underpins most of commerce?**
   b. **What are benefits of DLT?**
   c. **Relevant DLT FinTech use-cases**
   d. **Layers of value-add in a distributed ledger ecosystem**

**TENTATIVE COURSE CALENDAR**      (This schedule is subject to change).

| Week | Date | Topic |
|---|---|---|
| **One** | **Jan14** | **Introduction to Tech4.0** |
| | **Jan 16** | **Introduction to money** |
| **Two** | **Jan 21** | **Smart Contracts** |
| | **Jan 23** | DAPP's |
| **Three** | **Jan 28** | **Ethereum Platform** |
| | **Jan 30** | **Smart Contracts, DAPP, Ether review** |
| **Four** | **Feb 4** | **Traditional Capital Markets** |
| | **Feb 6** | **Traditional Capital Markets** |
| **Five** | **Feb 11** | **EXAM 1** |
| | **Feb 13** | Digital Currency Trading |
| **Six** | **Feb 18** | Digital Currency Trading |
| | **Feb 20** | Digital Currency Trading |
| **Seven** | **Feb 25** | **Digital Tokens, Securities and Currencies** |
| | **Feb 27** | **Digital Tokens, Securities and Currencies** |
| **Eight** | **Mar 3** | **Digital Tokens, Securities and Currencies** |
| | **Mar 5** | **Digital Tokens, Securities and Currencies** |
| **Nine** | **Mar 10** | **Distributed Ledger Technology** |
| | **Mar 12** | **Distributed Ledger Technology** |
| **Ten** | **Mar 17** | **Distributed Ledger Technology** |
| | **Mar 19** | **EXAM 2** |
| **Eleven** | **Mar 24** | **SPRING BREAK** |
| | **Mar 26** | **STILL SPRING BREAK** |
| **Twelve** | **Mar 31** | **Fintech Use Cases** |
| | **Apr 2** | **Fintech Use Cases** |
| **Thirteen** | **Apr 7** | **Fintech Use Cases** |
| | **Apr 9** | **Fintech Use Cases** |
| **Fourteen** | **Apr 14** | **EXAM 3** |
| | **Apr 16** | **Overview of Tech 4.0 technologies** |
| **Fifteen** | **Apr 21** | **Overview of Tech 4.0 technologies** |
| | **Apr 23** | **Data Visualization** |
| **Sixteen** | **Apr 28** | **Final Review** |
| | | |
| **Final Exam** | **THURSDAY APRIL 30th** | **FROM 12:45 PM TO 3:00 PM** |