# **EXHIBIT C**



**CONFIDENTIAL**

# Transcript of Mark Karpeles

**Date:** November 5, 2019
**Case:** Greene -v- Karpeles

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1        "Describe the process through which class
2    members could request to withdraw..."
3        And I'm going to skip some words.  Never
4    mind.  I'll just read it:
5        "Describe the process through which class
6    members could request to withdraw and deposit or
7    transfer bitcoin or fiat currency from their
8    Mt. Gox accounts."
9        And it goes on from there.  Then if you
10   flip the page to page 4, you can see where there's
11   a labeled response at the top of the page, and it
12   states:
13       "Persons who wanted to buy and sell bitcoin
14   through Mt. Gox were required to sign up for an
15   account at MtGox.com and agree to Mt. Gox's terms
16   of use that were applicable at the time the user
17   created an account."
18       Do you see where I read that from?
19    A  Yes.
20    Q  Do you know when did Mt. Gox first have a
21   set of terms of use?  Do you recall?
22    A  I think it was in the middle of 2012.
23    Q  I think that's right.  So before that
24   point, did any terms of use exist at Mt. Gox?

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

91

```
1        A   Not at all.
2        Q   Users could just create an account and then
3    start trading bitcoins?
4        A   Yes.
5        Q   Okay.  Let's go back to Exhibit 3, please.
6    Exhibit 3 is the email between you and Jed before
7    you bought the exchange.  Okay.
8        A   Yes.
9        Q   All right.  So in the second full
10   paragraph of Exhibit 3, you state that:
11          "By taking over Mt. Gox one of the first
12   step will be to define terms and conditions
13   defining exactly how users are insured and what
14   they can do if, for example, someone manages to
15   exploit problems on the site."
16          Do you see where I read that from?
17       A   Yes.
18       Q   Here are you referring to establishing
19   terms that would apply to the purchase and sale of
20   bitcoins on the exchange?
21       A   Yes.
22       Q   And it was one of your main priorities to
23   establish terms for exchange users.  Is that fair?
24       A   It was a priority.  Yes.
```

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

94

| | |
|---|---|
| 1 | A Yes. As I know from the Wayback Machine, |
| 2 | this should be the date that the page was archived. |
| 3 | Q Yeah. And based on your own use of the |
| 4 | Wayback Machine, is it your understanding that it |
| 5 | accurately saves and then reproduces the content of |
| 6 | web pages on the dates indicated? |
| 7 | A Mostly does at least for the text context. |
| 8 | Q Great. And you see also on page ID |
| 9 | Number 129 if we go down a little bit there's a |
| 10 | header that says "Terms of Use." Do you see that? |
| 11 | A Yes, I do. |
| 12 | Q And right under that it says, "Last updated |
| 13 | on January 20th, 2012." |
| 14 | A Yes. |
| 15 | Q So January 20, 2012, do you think that's |
| 16 | the date that Mt. Gox first posted its users' terms |
| 17 | of use? |
| 18 | A I'm not sure we actually posted the terms |
| 19 | of use as soon as we got this from the lawyers, but |
| 20 | it should be soon after. |
| 21 | Q So January 2012 that sounds generally |
| 22 | accurate for when the terms of use would have been |
| 23 | first posted on the Mt. Gox website? |
| 24 | A I guess so. |

CONFIDENTIAL
Transcript of Mark Karpeles
Conducted on November 5, 2019

99

1 closed.
2     THE WITNESS: Do you mind if we take a
3 short break?
4     MR. THOMASSEN: Yeah. That's great.
5     (Recess from 10:38 a.m. until 10:44 a.m.)
6 BY MR. THOMASSEN:
7   Q  Let's see. We were talking about -- you
8 still have the terms of use in front of you; right?
9   A  Yes.
10   Q  So you agree that these terms of use --
11 they were not optional for exchange users; right?
12   A  Yes.
13   Q  And would you agree that the terms of use
14 applied to all purchases and sales of bitcoin on
15 the exchange?
16   A  Well, they applied to all users who agrees
17 to use the website.
18   Q  Is there anyone outside of that universe of
19 people -- let me step back.
20     Were there any bitcoin exchanges on the
21 Mt. Gox site to which the terms of use would not
22 apply?
23   A  Well, of course, those terms of use
24 wouldn't apply to the Gox bot or these kind of