# EXHIBIT E



Transcript of the Deposition of
# Gregory Greene
**Case:** Gregory Greene v. Mark Karpeles
**Taken On:** November 11, 2019

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 15

1   **Q.**   Was ZipZap the only company that could be
2   used to send money orders to BitInstant?
3   **A.**   I think ZipZap is what Walgreens uses to send
4   money orders.
5   **Q.**   Before you purchased bitcoins, did you review
6   information on Mt. Gox's website?
7   **A.**   Yes.
8   **Q.**   What information did you review on Mt. Gox's
9   website?
10  **A.**   I believe I would have reviewed their general
11  website.  What specifically, I don't recall at the
12  time, but I know I would have went to their website
13  and checked it out, saw how user friendly it was, saw,
14  you know, the site itself.  Specifically, I don't
15  recall.
16  **Q.**   Do you recall any information about the
17  security of the Mt. Gox website or exchange?
18  **A.**   No, I don't recall.
19  **Q.**   Do you recall reading anything on Mt. Gox's
20  website that said it would hold bitcoin securely for
21  all users?
22  **A.**   I believe so, yeah.
23  **Q.**   Where did you read that?
24  **A.**   On the terms of use probably.

1   **Q.**   Anywhere else?

2   **A.**   No, I don't recall.

3          MS. BRENNAN:  Mark this as two.

4                    (Whereupon, Greene Exhibit No. 2

5                     was marked for identification.)

6   BY MS. BRENNAN:

7   **Q.**   Mr. Greene, you've been handed what's been

8   marked as Exhibit 2.  Do you recognize this as a copy

9   of the Fourth Amended Class Action Complaint in this

10  case?

11  **A.**   Yes.

12  **Q.**   If I could ask you please -- did you review

13  this complaint before it was filed?

14  **A.**   Yes.

15  **Q.**   Did you agree with what the allegations in

16  the fourth amended complaint state?

17  **A.**   Yes.

18  **Q.**   If I could ask you to look at paragraph 50 on

19  page 13, please.  That paragraph alleges:  "Relying

20  upon these representations made by Mt. Gox -- namely

21  that it would allow him to 'quickly and securely trade

22  bitcoins with other people around the world' and give

23  him 'the ability to securely store his bitcoins in a

24  virtual vault for safekeeping' -- Greene signed up for

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 17

1 an account on Mt. Gox's website in 2012 and began
2 trading and selling Bitcoin." Do you see that?
3     **A.**    Yes.
4     **Q.**    Where was the representation made by Mt. Gox
5 that it would allow you to quickly and securely trade
6 bitcoins with other people around the world?
7     **A.**    I don't recall at this time. I would guess
8 it was somewhere on their website.
9     **Q.**    How about the second portion of that
10 sentence, where did Mt. Gox state that "the ability to
11 securely store his bitcoins in a virtual vault for
12 safekeeping"?
13     **A.**    Which paragraph was that?
14     **Q.**    It's the second part of paragraph 50, the
15 second quoted portion.
16     **A.**    At this time I don't recall where that was
17 at. I think it was probably on the website somewhere.
18     **Q.**    At the time that you signed up for an account
19 on Mt. Gox, were there terms of use in place?
20     **A.**    Yes.
21     **Q.**    And did you read all the terms of use?
22     **A.**    Yes.
23     **Q.**    Were there any terms that stood out to you at
24 the time you signed up for an account at Mt. Gox?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 18

1     **A.**    I don't recall.
2     **Q.**    Do you recall any of the terms of use that
3 you read before signing up for your account at
4 Mt. Gox?
5     **A.**    No. Right now at this time, I don't
6 remember.
7     **Q.**    Do you recall that Mt. Gox had a privacy
8 policy?
9     **A.**    I don't recall right now. I don't remember
10 what it was.
11     **Q.**    If I could ask you to keep Exhibit -- back to
12 Exhibit 2, which is the fourth amended complaint.
13 We'll go back to paragraph 50 where it alleges that
14 Mt. Gox made a representation that it would allow you
15 to quickly and securely trade bitcoins with other
16 people around the world. What does "securely" mean?
17     **A.**    To securely -- securely, I guess it would
18 mean to trade them from one account on the exchange to
19 another account without -- knowing that it would
20 properly go from one account to the next without
21 losing any, without any other parties other than the
22 two parties and Mt. Gox knowing of the transaction. I
23 guess that's it.
24     **Q.**    Do you think that's the only possible meaning

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 23

1      MS. BRENNAN:  Ask you to mark this as Greene
2 Exhibit 3, please.
3                (Whereupon, Greene Exhibit No. 3
4                  was marked for identification.)
5 BY MS. BRENNAN:
6   Q.   Mr. Greene, do you recognize what's been
7 handed to you as Greene Exhibit 3?
8   A.   Yes.
9   Q.   And this document -- it's hard to see -- but
10 has a Bates label on the bottom of Greene 19 through
11 20; is that correct?
12   A.   Can you repeat that?
13   Q.   Sure.  In the bottom right-hand corner in
14 sort of a darker black font over the disclaimer at the
15 bottom, there's a marker that says Greene_000019 --
16   A.   Yes.
17   Q.   -- through 20.  Do you see that?
18   A.   Yes.
19   Q.   What is this document?
20   A.   Exhibit 3?
21   Q.   Yes.  Can you describe what it is?
22   A.   It looks like a confirmation that an order
23 was executed for sending U.S. dollars to Mt. Gox in
24 exchange for bitcoin -- or no, this is BitInstant.  I

Royal Reporting Services, Inc.
312.361.8851

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 24

1 take that back. I'm sorry. It's been a while since
2 I've seen this. But yeah, it's confirmation from
3 BitInstant that I sent funds to them.
4     Q. And if you look in that middle entry that has
5 a lot of numbers and information at the bottom, it
6 says, "Funds sent." Do you see that entry?
7     A. Yes.
8     Q. And it says $668.58?
9     A. Yes.
10     Q. Why was that the amount that you sent?
11     A. I don't know why.
12     Q. Was it related to the price of bitcoin and
13 how many bitcoins you were seeking to buy?
14     A. Yeah, yeah.
15     Q. Okay. And then in that second paragraph
16 under "Hey there," it says, "To redeem your Mt. Gox
17 coupon." What was a Mt. Gox coupon?
18     A. I don't know. I don't remember how the
19 process worked of actually getting the bitcoins onto
20 Mt. Gox. I know that you sent it through BitInstant,
21 and the actual details regarding it I don't remember.
22 I wish I could tell you more, but I don't remember.
23     Q. And the date of this email is January 5th,
24 2012, correct?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 25

1     **A.**    Yes.

2     **Q.**    Does that look like the date you first

3 purchased bitcoins from Mt. Gox -- or excuse me --

4 bitcoins using the Mt. Gox exchange?

5         MR. THOMASSEN:  Object to form.

6         THE WITNESS:  It probably is, yeah.

7 BY MS. BRENNAN:

8     **Q.**    Do you recall a purchase prior to

9 January 5th, 2012?

10    **A.**    No, I don't recall.

11        MS. BRENNAN:  Mark this as Exhibit 4.

12            (Whereupon, Greene Exhibit No. 4

13            was marked for identification.)

14 BY MS. BRENNAN:

15    **Q.**    Mr. Greene, you've been handed what's been

16 marked as Exhibit 4, which has Bates labels Greene 17

17 to 18 on the bottom. Do you see that?

18    **A.**    Yes.

19    **Q.**    What is this document?

20    **A.**    This is another -- it looks like another

21 invoice or confirmation that funds were sent to

22 BitInstant.

23    **Q.**    And the date of this email is March 4th,

24 2015, correct?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 36

1  BY MS. BRENNAN:
2      Q.   Mr. Greene, you've been handed what's been
3  marked as Greene Exhibit 6, which is Bates labeled
4  Greene 1 through 2.  Do you recognize this document?
5      A.   Yes.
6      Q.   What is this document?
7      A.   This is an indication of an acceptance of a
8  bankruptcy claim for the bitcoins that were in my
9  account at the time that Mt. Gox filed bankruptcy.
10     Q.   Was this provided to you by the
11 rehabilitation trustee in Japan?
12     A.   I believe so, yes.
13     Q.   And then on the left-hand side, there's a
14 column that says, "Claim Type."  What is the claim for
15 U.S. dollars in the first entry?
16     A.   I believe that in my account I had a minimal
17 amount of U.S. dollars in my account of $2.66.
18     Q.   And do you know what "Delay Damage," the next
19 entry is?
20     A.   No, I don't.
21     Q.   And then there's an entry for Bitcoin?
22     A.   Correct.
23     Q.   And it says, "Amount of Filed Claims" of --
24 I'll round to 42.97.  Do you see that?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 37

1  **A.**  Yes.
2  **Q.**  Does that reflect that you had almost
3  43 bitcoins in your account?
4  **A.**  Yes.
5  **Q.**  And then if I can ask you to turn to the next
6  page. What's Bitcoin Cash?
7  **A.**  Bitcoin Cash is a fork of Bitcoin where there
8  was a hard fork which occurred, and a separate chain
9  was created creating a separate crypto currency
10 entitled "Bitcoin Cash."
11 **Q.**  What do you mean by fork?
12 **A.**  I don't even think I can explain what a fork
13 is. Some individuals who created a separate chain and
14 created a separate cryptic currency. I'm sorry. I
15 can't explain that.
16 **Q.**  Just looks like you have the same amount in
17 Bitcoin as Bitcoin Cash, correct?
18 **A.**  Correct.
19 **Q.**  Do you know where the numbers in Exhibit 6
20 come from with respect to the Amount of Filed Claims
21 column, the $2.66, the almost 43 bitcoins?
22 **A.**  That was what was in my account at the time
23 that Mt. Gox filed bankruptcy.
24 **Q.**  And did you put those numbers together or did

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 38

1  the trustee?
2  **A.** The trustee did.
3  **Q.** So it's your understanding that those numbers
4  come directly from the Mt. Gox system itself?
5  **A.** Yes.
6  **Q.** That was not provided by you, correct?
7  **A.** No.
8  **Q.** Do you have any issues with the numbers that
9  the trustee determined were in your account?
10 **A.** No.
11 **Q.** It sounds about right?
12 **A.** Yes.
13 **Q.** And your claim, the trustee approved your
14 claim, correct?
15 **A.** Yes.
16 **Q.** In the full amount of what was listed as
17 being in your account?
18 **A.** Yes.
19 **Q.** Have you ever had any discussions directly
20 with the trustee?
21 **A.** No.
22 **Q.** If you recover in this case, do you intend to
23 proceed with your claim in the Japanese proceeding?
24 **A.** Can you repeat that?