# EXHIBIT F

5/29/2019      Edelson PC Mail - Fwd: Fw: Your recent transfer - BitInstant order 932e1ad3-084c-4297-b207-4ff464eaddd3



Ben Thomassen <bthomassen@edelson.com>

## Fwd: Fw: Your recent transfer - BitInstant order 932e1ad3-084c-4297-b207-4ff464eaddd3

From: support@bitinstant.com <support@bitinstant.com>
Sent: Monday, March 4, 2013 1:13 PM
To: greg greene
Subject: Your recent transfer - BitInstant order 932e1ad3-084c-4297-b207-4ff464eaddd3

Hey there,

This is to notify you that your order has been updated, please find the details below:

We have made a direct deposit into your MTGox account and there is no need to use the coupon system on this order

OrderID: 932e1ad3-084c-4297-b207-4ff464eaddd3
EventID: 7fa2160e-8c69-4cb4-9ca6-c8f66ca316c2
DestAccount: 107117
QuoteID: e958d2be-9410-4635-80ab-5ce7e674a8dd
User: SYSTEM
DestExchange: mtgox
eventtype: Order executed
EventSentAt: 1362424389.41
GoxAPIResponse: {u'return': {u'xfer': u'd27d23f6-9b05-4e0c-ad84-ddce1d13f44b', u'amount': {u'value_int': u'24002500', u'currency': u'USD', u'display_short': u'$240.03', u'display': u'$240.02500', u'value': u'240.02500'}, u'tx_in': u'00000000-0000-0000-0000-000000000000', u'tx_out': u'00000000-0000-0000-0000-000000000000'}, u'result': u'success'}
APIResponse: None
FundsSent: $240.025 USD
GoxUserProfile: {u'flags': u'', u'login': u'dbcooper', u'user_id': u'0f729c04-eccf-4e93-aebf-fbc4e27154a1'}

If you have any questions, feedback or need some help, please do not hesitate to contact us!
support@bitinstant.com
Telephone: 1.716.712.4846
Fax: 1.347.223.5251

Feedback is important to us, please leave us a 2 minute review!
http://www.resellerratings.com/store/survey/BitInstant

Thanks!

The team @ Bitinstant.

--

Alicia E. Hwang | Edelson PC

123 Townsend Street, Suite 100
San Francisco, California 94107
415.234.5343 (direct) | 415.212.9300 (firm) | 415.373.9435 (fax)
ahwang@edelson.com | www.edelson.com

 @EdelsonPC    Edelson-PC    EdelsonLaw

EXHIBIT 4
GREENE
11-11-19 JL

5/29/2019            Edelson PC Mail - Fwd: Fw: Your recent transfer - BitInstant order 932e1ad3-084c-4297-b207-4ff464eaddd3

CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.