# EXHIBIT G

Case: 1:14-cv-01437 Document #: 526-7 Filed: 12/14/20 Page 2 of 3 PageID #:9288



Ben Thomassen <bthomassen@edelson.com>

## Fwd: Fw: Your recent transfer - BitInstant order 9228fb21-6150-4cec-98fc-16b45652b7f8



From: support@bitinstant.com <support@bitinstant.com>
Sent: Thursday, January 5, 2012 10:00 AM
To: greg greene
Subject: Your recent transfer - BitInstant order 9228fb21-6150-4cec-98fc-16b45652b7f8

Hey there,

This is to notify you that your order has been updated, please find the details below:

To Redeem your MTGox Coupon (GoxCoupon field below): Log on to https://mtgox.com/. Under 'Funding Options' click 'Add Funds'.
In the drop down menu, choose 'Redeem MtGox Code' and paste that code in the field.

OrderID: 9228fb21-6150-4cec-98fc-16b45652b7f8
DestAccount: dbcooper
QuoteID: c3751f84-3d28-4c82-a945-073f94522181
User: 208.122.225.4
DestExchange: mtgox
eventtype: Order executed
EventSentAt: 1325779214.18
APIResponse: None
GoxCoupon: MTGOX-USD-JUSFK-CFMP5-DABY9-D4645
FundsSent: $668.57 USD

If you have any questions, feedback or need some help, please do not hesitate to contact us!
support@bitInstant.com
Telephone: 1.716.712.4846
Fax: 1.347.223.5251

Feedback is important to us, please leave us a 2 minute review!
http://www.resellerratings.com/store/survey/BitInstant

Thanks!

The team @ Bitinstant.

--

Alicia E. Hwang | Edelson PC

123 Townsend Street, Suite 100
San Francisco, California 94107
415.234.5343 (direct) | 415.212.9300 (firm) | 415.373.9435 (fax)
ahwang@edelson.com | www.edelson.com

 @EdelsonPC    Edelson-PC    EdelsonLaw

CONFIDENTIALITY AND LIABILITY FOR MISUSE.  The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee.  Any unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have

CONFIDENTIAL                                                                                      GREENE_000019

communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

GREENE_000020