# EXHIBIT H



COURT REPORTING
LEGAL VIDEOGRAPHY
VIDEOCONFERENCING
TRIAL PRESENTATION
MOCK JURY SERVICES
LEGAL TRANSCRIPTION
COPYING AND SCANNING
LANGUAGE INTERPRETERS







(800) 528-3335
NAEGELIUSA.COM

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GREGORY GREENE, individually
and on behalf of all others
similarly situated,

    Plaintiff,

vs.                              Case No. 14-CV-01437

MARK KARPELES, an individual,

    Defendants.
_____

**REMOTE DEPOSITION BY VIDEOCONFERENCE OF**

**CAROL R. GOFORTH**

**TAKEN ON
TUESDAY, JULY 7, 2020
9:26 A.M.**

**GOFORTH RESIDENCE
562 NORTH CEDAR RIDGE LANE
FAYETTEVILLE, ARKANSAS 72704**

1  don't have the Terms of Use.  I'm not sure that
2  ordinary business -- I don't think that there would
3  have necessarily been a common understanding that
4  Mt. Gox was not trading for itself.  I'm not sure
5  that would have entered the contemplation of
6  everybody who's a participant on the exchange.
7         But by making that an express statement,
8  you bring that to the attention of folks.  People
9  who know that now think that's accurate as well,
10 further bolstering the idea that trades that are
11 taking place are legitimate third-party trades.
12        I don't think my conclusion changes.  The
13 analysis is a little different.
14    Q.   Do you believe that everybody who signed
15 up to use the Mt. Gox exchange after January of 2012
16 read all of the Terms of Use?
17    A.   Absolutely not.
18    Q.   Do you think that all of the people who
19 signed up for the Mt. Gox exchange would have cared
20 about this provision in the Terms of Use when they
21 started trading?
22    A.   No.
23    Q.   Have you looked at or done any studies,
24 between January 2012 and 2014, of what the primary
25 concerns of purchasing bitcoins were?