# EXHIBIT I

David S. Pelleg

Gregory Greene vs. Mark Karpeles

September 25, 2020



Western Reserve Building
1468 West 9th Street, Suite 440
Cleveland, OH 44113
Phone: 216.861.9270

cadystaff@cadyreporting.com
www.cadyreporting.com

1  so, therefore, some of the background of money
2  and what money is is important.
3       Also the development of Bitcoin and other
4  digital currencies is important and the
5  development of virtual economies is important.
6  So those were an element of the course.
7  Q  And I think I touched on this before, but had
8     you done any specific research on Mt. Gox
9     before being engaged in this case?
10 A  No.
11 Q  And same question about contemporary exchanges
12    like Mt. Gox, have you looked into them before
13    this case?
14 A  No.
15 Q  And I think we also answered this, but you do
16    consider Mt. Gox -- when it was the Bitcoin
17    side of Mt. Gox, that was, in your view, an
18    enthusiast exchange, is that right?
19 A  Yeah.  The people trading on Mt. Gox were way
20    ahead of the curve.  And, yes, I would classify
21    them as early adopters.
22 Q  Yeah.  What's the difference between an
23    enthusiast exchange and a non-enthusiast
24    exchange?
25 A  So an enthusiast exchange would be people who

1      have specific interest in that particular
2      asset, right, where their interest is not
3      broadly shared by the public at large.
4      Whereas, for something like stocks and bonds
5      which have been around hundreds of years, maybe
6      thousands even, like those markets are very
7      well developed and institutional friendly and
8      have an entirely different, well, not entirely
9      different, but they're a much more evolved --
10     they're in a much more evolved state of
11     existence.
12  Q  Okay. Like what's the criteria for you where
13     an exchange would graduate from being an
14     enthusiast exchange to a non-enthusiast
15     exchange?
16  A  I would say that one of the key things would be
17     -- and it's very challenging for virtual
18     assets, but when you start to have regulatory
19     interest in oversight. When you start to have
20     institutional style assets which invest a
21     significant portion in that asset class.
22     Market capitalization. And by market
23     capitalization I mean at the current market
24     price, what is the total value of that asset.
25     But a certain material threshold I guess, for

```
 1            So if I was an institutional investor, I
 2      would get to point 6 and say, "Wait a second.
 3      This doesn't say deposited and held.  It just
 4      says deposited."
 5            So if it was deposited and then it got
 6      hacked, then the exchange could run on a not
 7      100 percent reserve basis.
 8   Q  Well, we talked about how there were no
 9      institutional investors at this time, so what's
10      your opinion about what an actual Mt. Gox
11      customer would think?
12   A  An actual Mt. Gox customer would never read
13      that.
14   Q  And what's your basis for that?
15   A  Because they're not lawyers.  They're not
16      bankers.  They're not institutional people.
17      They're not doing any diligence.
18            They want to trade Bitcoin and someone
19      told them to use Mt. Gox, so they had to open
20      an account because they wanted to do a trade.
21      So they had to click "okay" on the terms and
22      conditions and they probably didn't even see
23      them back then.
24   Q  So is it your opinion that no Mt. Gox customer
25      read the Terms of Use that you're looking at
```

```
 1         now?
 2    A    I can't say that none.  I mean some may have,
 3         right.  There may have been some, but I would
 4         say the vast majority would not have read the
 5         Terms of Use.
 6    Q    Okay.  And your bases for that is what again?
 7    A    Just like how many apps do I have that I read
 8         the Terms of Use.  And I have read legal
 9         documents in my day.  And so for 99 percent of
10         the things that I use, I haven't read the terms
11         and conditions.
12    Q    Okay.  So based on your own personal experience
13         with terms and conditions.
14              Is there any other basis for your opinion
15         on that matter?
16    A    Yes.  Also in my role when I was doing
17         structured product and there were lengthy
18         documents related to the derivatives that were
19         being offered, the clients who really had a
20         duty to read all of the documents, they never
21         really did read all of the documents.  And in
22         those cases there was billions of dollars on
23         the line and in some cases hundreds of
24         millions.  And so if people who have a
25         diligence requirement don't do their diligence,
```