# EXHIBIT J



## Transcript of the Deposition of
## Anthony Patrick Motto
**Case:** Gregory Greene v. Mark Karpeles
**Taken On:** December 10, 2019

Royal Reporting Services, Inc.
Phone: 312.361.8851
Email: info@royalreportingservices.com
Website: www.royalreportingservices.com

Page 18

1  **Q.**  Okay. When did you do that?
2  **A.**  I don't remember. I would imagine it was at
3  the time of setting up.
4  **Q.**  Okay. And what were you looking for in the
5  terms of use?
6  **A.**  I just skimmed through the general terms of
7  use to make sure I wasn't going to do anything wrong.
8  **Q.**  Okay. Is there anything in particular you
9  remember about the terms of use?
10 **A.**  No.
11 **Q.**  Okay. And if you look at page -- I believe
12 it's 17, in Paragraph 71, it said -- it says, "On
13 February 15th, 2014, Motto wired transfer" -- excuse
14 me -- "Motto wire-transferred 1,000 USD to his account
15 at Mt. Gox."
16 **A.**  Yes.
17 **Q.**  Is that a correct statement that you tried to
18 wire-transfer $1,000 to your Mt. Gox account on
19 February 15th, 2014?
20 **A.**  I don't remember exactly, but I believe that
21 this is correct.
22 **Q.**  Okay. At the time you opened your account in
23 mid January of 2014 and tried to wire money in mid
24 February of 2014, do you recall anything in particular