# EXHIBIT O

[English Translation for Reference Purpose Only]

May 7, 2020

To whom it may concern:

Civil Rehabilitation Debtor: MtGox Co., Ltd.

Civil Rehabilitation Trustee: Attorney-at-law Nobuaki Kobayashi

**Limitation of Rehabilitation Trustee's Work due to Spread of Infection of Coronavirus Disease 2019 (COVID-19)**

We sincerely appreciate your continued understanding and cooperation in the civil rehabilitation proceedings of MtGox Co., Ltd. (the "**Rehabilitation Proceedings**").

Due to the spread of infection of coronavirus disease 2019 (COVID-19), the government of Japan issued a declaration of emergency on April 7 of this year, and, on May 4 of this year, decided to extend the declaration of such emergency until May 31 of this year. Under such circumstances, the ability of the Rehabilitation Trustee to conduct much of the work regularly done, including responding to inquiries and requests from creditors, is currently restricted.

Although there may be some inconvenience to creditors, the Rehabilitation Trustee will continue striving to carry out the Rehabilitation Proceedings appropriately and in consultation with the Tokyo District Court, and asks for your continued understanding and cooperation.

[End of document]