IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARK KARPELES, an individual<br><br>*Defendant*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman |

## DECLARATION OF BENJAMIN S. THOMASSEN

I, Benjamin S. Thomassen, declare:

1. I am an attorney at Edelson PC and represent Plaintiff Gregory Greene in this matter. Except as otherwise indicated, all facts set forth in this declaration are based on my personal knowledge. If called to testify at trial, I could competently testify to the facts set forth herein.

2. Attached hereto as Exhibit A is a true and accurate copy of Plaintiff Gregory Greene's Second Set of Interrogatories to Defendant Mark Karpeles.

3. Attached hereto as Exhibit B is a true and accurate copy of Defendant Mark Karpeles's Responses and Objections to Plaintiff Gregory Greene's Second Set of Interrogatories to Defendant Mark Karpeles.

4. Attached hereto as Exhibit C is a true and accurate copy of a letter sent by Bevin Brennan to Ben Thomassen on June 3, 2019.

1

2

     5.     Attached hereto as Exhibit D is a true and accurate copy of an email sent by Bevin Brennan to Ben Thomassen on September 19, 2020.

     6.     Attached hereto as Exhibit E is a true and accurate copy of excerpts from the deposition of Gregory Greene.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2020 in Chicago, Illinois

                                        /s/ Benjamin S. Thomassen