# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No. 14-cv-01437 |
| Plaintiff, | ) ) | Hon. Gary Feinerman |
| v. | ) ) | Magistrate Judge Susan Cox |
| MARK KARPELES, an individual, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT MARK KARPELES' RESPONSES AND OBJECTIONS
TO PLAINTIFF GREGORY GREENE'S SECOND SET OF INTERROGATORIES**

Defendant MARK KARPELES by and through his attorneys, PEDERSEN & HOUPT and in response to Plaintiff Gregory Green's Second Set of Interrogatories submits his objections and responses as follows:

**INTERROGATORIES**

1. Identify all interviews, statements, comments, testimony, or other communications given or made by you concerning Mt. Gox, including by identifying the location of any videos, transcripts, or articles concerning such interviews, statements, comments, testimony or other communications.

**OBJECTION**: Karpeles objects to the definition of "Identify" as overly broad and unduly burdensome. Karpeles further objects to this interrogatory as overly broad, unduly burdensome and vague, and that its overbreadth leads it to seek information that is not relevant to this litigation. Karpeles further objects that there are many interviews, statements, comments, testimony, or other communications online given or made by Karpeles concerning Mt. Gox, which are equally accessible to Plaintiff. Karpeles' identification of every single one of these documents would be unduly burdensome and Karpeles has previously identified user names used to communicate about Mt. Gox. Karpeles further objects that identification of every statement,

comment, or other communication regarding Mt. Gox is overly broad and unduly burdensome in that it seeks identification of every time Karpeles has spoken about the exchange in any manner since taking it over, which includes substantial information that is not relevant to this litigation. Finally, Karpeles objects to this request to the extent that it seeks information protected under attorney-client privilege, work product doctrine, or any other applicable privilege.

**RESPONSE:** Subject to his Objections, Karpeles states that some of the interviews, statements, comments, testimony, or other communications given or made by him concerning Mt. Gox are:

a. "CoinLab Is a Big Stopping Block': Mark Karpeles Talks Mt. Gox Creditor Claims and Life After Trial" https://cointelegraph.com/news/coinlab-is-a-big-stopping-block-mark-karpeles-talks-mt-gox-creditor-claims-and-life-after-trial

b. "The Carlos Ghosn case is putting Japan's system of 'hostage justice' under scrutiny" https://www.cnn.com/2019/01/20/business/carlos-ghosn-japan-justice-system/index.html

c. "Exclusive: Bitcoin Tycoon Mark Karpeles Denies Being Dread Pirate Roberts" https://www.thedailybeast.com/exclusive-bitcoin-tycoon-mark-karpeles-denies-being-dread-pirate-roberts

d. What Bitcoin Did Episode 76 -Mark Karpelès on the Collapse of Mt. Gox https://www.youtube.com/watch?v=7cUBFXf678o https://www.whatbitcoindid.com/podcast/mark-karpels-on-the-collapse-of-mt-gox

e. "The CEO of bitcoin exchange Mt Gox described what it was like to discover he had been hacked: 'It felt like I was about to die'" https://www.businessinsider.com/mt-gox-ceo-mark-karpeles-hacked-i-was-about-to-die-2018-3

f. "Q&A With Mt. Gox's Karpelès: What Went Wrong?" https://blogs.wsj.com/japanrealtime/2014/06/27/qa-with-mt-goxs-karpeles-what-went-wrong/

g. The Rise and Rise of Bitcoin https://bitcoindoc.com/

h. Mark Karpeles Bonus Scenes // The Rise and Rise of Bitcoin https://www.youtube.com/watch?v=zeJSRboDb2A

2

    i.      "I'm Mark Karpelès, ex-CEO of bankrupt MtGox. Ask me anything." https://www.reddit.com/r/Bitcoin/comments/89o16y/im_mark_karpel%C3%A8s_exceo_of_bankrupt_mtgox_ask_me/

    j.      Comments on Reddit by Mr. Karpeles https://www.reddit.com/user/MagicalTux/comments/

    k.      Mr. Karpeles Twitter "MagicalTux" https://twitter.com/MagicalTux

    l.      "My Conversation with Mark Karpeles of MtGox" https://www.wickedfire.com/shooting-the-shit/179038-my-conversation-mark-karpeles-mtgox-2.html#post2164682

    m.      "MadBitcoins Exclusive Interview with Mark Karpeles of Mt. Gox #Bitcoin" https://twitter.com/i/moments/821888186242584576

    n.      "The past and future of cryptocurrency following with Marc Calpress [*sic*]" https://jp.thenodist.com/interviews/7714

    o.      "Mark Karpelès: 'I have almost no chance of being acquitted'" https://www.lesechos.fr/finance-marches/marches-financiers/mark-karpeles-je-nai-quasiment-aucune-chance-detre-acquitte-999993

    p.      "Mt. Gox and the Surprising Redemption of Bitcoin's Biggest Villain" https://fortune.com/longform/bitcoin-mt-gox-hack-karpeles/

    q.      "Bitcoin Documentary: The Unbelievable Story of Mark Karpeles" https://www.youtube.com/watch?v=1ivWSLQRQp0

    r.      "A man who saw the heaven and hell of virtual currency, Mount Gox former CEO looks back" https://globe.asahi.com/article/11779921

Further answering, Karpeles states that he testified during his criminal proceedings in Japan.

Dated: September 12, 2019                                                  Respectfully submitted,

                                                                                     Mark Karpeles

                                                                                     By: /s/ Bevin Brennan
                                                                                         One of His Attorneys

Bevin Brennan
Matthew Schmidt
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com

*Attorneys for Defendant Mark Karpeles*

4

## **CERTIFICATE OF SERVICE**

I, Bevin Brennan, an attorney, on oath state that I caused copies of the foregoing **DEFENDANT MARK KARPELES' RESPONSES AND OBJECTIONS TO PLAINTIFF GREGORY GREENE'S SECOND SET OF INTERROGATORIES** to be served upon the following via e-mail on September 12, 2019:

Benjamin S. Thomassen
Aaron Lawson
EDELSON PC
350 North LaSalle Street,
13th Floor Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
bthomassen@edelson.com
alawson@edelson.com

/s/ Bevin Brennan_____
Bevin Brennan