# EXHIBIT D



Ben Thomassen <bthomassen@edelson.com>

## Greene v. Karpeles: Motion to compel & discovery issues

**Brennan, Bevin** <bbrennan@pedersenhoupt.com>  Thu, Sep 19, 2019 at 10:32 AM
To: Ben Thomassen <bthomassen@edelson.com>
Cc: Aaron Lawson <alawson@edelson.com>, "Schmidt, Matthew" <mschmidt@pedersenhoupt.com>

Ben:

I am on vacation next week and will be unable to attend the hearing on the motion to compel set for Sept. 25. As Judge Feinerman's standing order expects the parties to be prepared to argue discovery motions at the presentment, will you agree to move the date to either October 1 or 2? In the alternative, if you want to agree to an expedited briefing schedule given this particular issue, we could do that.

Please let me know.

Also, with respect to Mr. Greene's responses, I believe we remain at an impasse over the citations generally to publicly available documents or anything online. You are not agreeing to a cutoff date for that production, correct? As we discussed, it is not acceptable to not identify all such documents specifically during discovery. If you do agree to a date, please provide a date that you will do so. Please also confirm that Mr. Greene has produced anything that he contends is in Mr. Karpeles' possession already.

-- Bevin



Bevin Brennan
Attorney at Law
[161 North Clark Street, Suite 2700](#)
Chicago, Illinois 60601
312-261-2186
[bbrennan@pedersenhoupt.com](#)

----------

Information contained in this e-mail transmission is privileged and confidential. If you are not the intended recipient, do not read, distribute or reproduce this transmission (including any attachments). If you have received this e-mail in error, please notify the sender by e-mail reply.
----------

12/18/2020 Case: 1:14-cv-01437 Document #: 528-4 Filed: 12/18/20 Page 3 of 3 PageID #:9369

Edelson PC Mail - Greene v. Kenpless: Motion to Compel discovery issues.