# EXHIBIT E





Transcript of the Deposition of
# Gregory Greene
**Case:** Gregory Greene v. Mark Karpeles
**Taken On:** November 11, 2019

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GREGORY GREENE, individually    )
and on behalf of all others     )
similarly situated,             )
                                )
            Plaintiff,          )
                                )
      -vs-                      ) Case No. 14-cv-01437
                                )
MARK KARPELES, an individual,   )
                                )
            Defendant.          )
_____)


          The deposition of GREGORY GREENE, called

for examination pursuant to the Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken before

Judith T. Lepore, Certified Shorthand Reporter for the

State of Illinois, at 161 North Clark Street,

Suite 2700, Illinois, on November 11, 2019, at the

hour of 10:01 a.m.




Reported by:  Judith Lepore, CSR
License No.:  084-004040

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 2

1    APPEARANCES:

2         EDELSON, PC

3         BY:  BEN THOMASSEN

4         350 North LaSalle Street

5         14th Floor

6         Chicago, Illinois  60654

7         312.589.6370

8         bthomassen@edelson.com

9              Representing the Plaintiff;

10

11        PEDERSEN & HOUPT

12        BY:  BEVIN BRENNAN

13        161 North Clark Street

14        Suite 2700

15        Chicago, Illinois  60601

16        312.641.6888

17        bbrennan@pedersenhoupt.com

18              Representing the Defendant.

19

20

21

22

23

24

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 3

```
 1                    INDEX

 2   WITNESS                             PAGE

 3   GREGORY GREENE

 4   Direct Examination by Ms. Brennan        4
     Cross-Examination by Mr. Thomassen       60
 5

 6
                     EXHIBITS
 7
     EXHIBIT NUMBER              MARKED FOR ID
 8
     Greene Deposition
 9
     Exhibit No. 1                    9
10   Exhibit No. 2                   16
     Exhibit No. 3                   23
11   Exhibit No. 4                   25
     Exhibit No. 5                   27
12   Exhibit No. 6                   35
     Exhibit No. 7                   50
13

14

15

16

17

18

19

20

21

22

23

24
```

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 4

```
 1                    (Witness duly sworn.)
 2                    GREGORY GREENE,
 3     called as a witness herein, having been
 4     first duly sworn, was examined and testified
 5     as follows:
 6                    DIRECT EXAMINATION
 7     BY MS. BRENNAN:
 8        Q.   Good morning, Mr. Greene.  My name is
 9     Bevin Brennan.  I represent Mark Karpeles in this
10     case.
11                    Have you ever been deposed before?
12        A.   No.
13        Q.   Let me just go over a few background-type
14     ground rules.  The court reporter is taking down
15     everything we say, so if you could answer my questions
16     audibly.  Nods of the head, shakes of the head,
17     obviously she can't take that down.
18                    I will also -- if you could wait until I
19     finish the question, even if you think you know what
20     I'm going to ask, to both make sure we're clear on
21     what you're answering, as well as it's hard for the
22     court reporter to take down.  I will also extend you
23     the same courtesy and wait for you to answer or try to
24     if I think you're done.  If I interrupt you, just let
```

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 9

1    **Q.**   When did you first become interested in

2    purchasing bitcoin?

3    **A.**   2000 -- it was either late 2011 or early

4    2012.  I would estimate probably late 2011.

5    **Q.**   And how did you learn about bitcoin

6    initially?

7    **A.**   I think it was -- like I included in my

8    interrogatories, I believe it was when I saw the

9    article "The Rise and Fall of Bitcoin" in Wired

10   Magazine.

11   **Q.**   Do you regularly read Wired?

12   **A.**   On and off.  I don't subscribe.

13                       (Whereupon, Greene Exhibit No. 1

14                        was marked for identification.)

15   BY MS. BRENNAN:

16   **Q.**   Mr. Greene, you've been shown what's been

17   marked as Exhibit 1.  Do you recognize this as the

18   article that you were just referring to from wired.com

19   called "The Rise and Fall of Bitcoin"?

20   **A.**   Yes.

21   **Q.**   And did you read this whole article?

22   **A.**   Yes.

23   **Q.**   If I could ask you to look at page 6 of 13 at

24   the bottom, and the second paragraph down that starts

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 10

1   with "Sure enough," it reads:  "Sure enough, as the

2   price headed upward, disturbing events began to

3   bedevil the bitcoiners.  In mid-June, someone calling

4   himself Allinvain reported that 25,000 bitcoins worth

5   more than $500,000 had been stolen from his computer.

6   (To this day, nobody knows if that claim is true.)"

7   Did you read that at the time?

8       A.   I assume so.  I read the entire article.

9       Q.   Do you recall having any thoughts about

10  bitcoin after reading that somebody had claimed that

11  25,000 bitcoins had been stolen from his computer?

12      A.   What was the question?

13      Q.   Do you recall reading that sentence at the

14  time?

15      A.   I don't recall, but I'm sure I read it, yes.

16      Q.   How about the next sentence, which reads:

17  "About a week later, a hacker pulled off an ingenious

18  attack on a Tokyo-based exchange site called Mt. Gox,

19  which handle 90 percent of all bitcoin exchange

20  transactions."  Do you see that sentence?

21      A.   Yes.

22      Q.   Do you recall reading in late 2011 or early

23  2012 about a hacker attack on the exchange site called

24  Mt. Gox?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 11

1    **A.**    I'm assuming that I read it.  Like I said, I
2  had read the entire article, so yes.
3    **Q.**    Do you recall having any views at the time
4  about whether or not that would impact your decision
5  to purchase bitcoin?
6    **A.**    I don't recall, no.  But I don't think that
7  it had any effect on my decision.
8    **Q.**    What else did you review before deciding to
9  purchase bitcoin?
10   **A.**    I would have reviewed various posts on
11  bitcointalk.org website.
12   **Q.**    What is bitcointalk.org?
13   **A.**    It's a forum at the time that other users or
14  other people who were interested in bitcoin would go
15  into to post postings or to learn about bitcoin, yeah.
16   **Q.**    How did you become aware of the existence of
17  Bitcointalk?
18   **A.**    I don't know.  I don't remember.  I don't
19  know if it's mentioned here in this article, but I
20  probably surfed the internet and came across it
21  somehow.
22   **Q.**    Do you recall any specific posts that you
23  reviewed in late 2011 or early 2012 before buying
24  bitcoin on that website?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 12

1    **A.**   I don't remember any particular posts, no.

2    **Q.**   Do you remember any particular posts at any

3    time period from that website?

4    **A.**   I don't recall any particular posts in

5    general.

6    **Q.**   Do you recall what types of information that

7    you were reviewing on that website?

8    **A.**   I would have reviewed obviously how to obtain

9    bitcoin; general information about what bitcoin was;

10   individuals who might be involved with bitcoin.  I

11   believe general information to give me a better

12   background information on bitcoin.

13   **Q.**   What do you mean by individuals involved with

14   bitcoin?

15   **A.**   I think generally -- I don't really know how

16   to describe it.  But just searching for information,

17   you learn more information, and you find out about

18   different individuals who might be involved with it,

19   either coders or other high-profile individuals who

20   are involved with it at the time.

21   **Q.**   Did you learn anything about my client

22   Mark Karpeles at that time?

23   **A.**   I believe so, yes.

24   **Q.**   Do you recall what was said about him?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 13

1     **A.**    I knew that he was the CEO of Mt. Gox. You

2 know, he posted himself under the name MagicalTux.

3 Specifically I can't recall what I would have learned

4 about him.

5     **Q.**    Anything else you can recall reviewing from

6 the website bitcointalk.org?

7     **A.**    Nothing specifically.

8     **Q.**    I believe in one of your interrogatory

9 responses you reference something called BitInstant?

10     **A.**    Right.

11     **Q.**    What is BitInstant?

12     **A.**    That is the way at the time that you would

13 have obtained bitcoin unless you were mining it at the

14 time, which I wasn't. The easiest way or the most

15 typical way that an individual, including myself,

16 would have obtained bitcoin is that you would have had

17 an account with BitInstant, and BitInstant would have

18 deposited those bitcoins into a Mt. Gox account that

19 you would have opened. So they facilitated obtaining

20 bitcoin and getting them on Mt. Gox exchange.

21     **Q.**    What's your understanding of why you needed

22 BitInstant to do that as opposed to buying it directly

23 from Mt. Gox?

24     **A.**    I don't think you could buy directly from

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 14

1    Mt. Gox.

2        **Q.**    Was BitInstant the only site that could

3    facilitate that type of transaction?

4        **A.**    I believe so.

5        **Q.**    What's ZipZap?

6        **A.**    ZipZap is the -- if you need to send a money

7    order at say like Walgreens or Walmart or another

8    store that allows you to send money orders, ZipZap is

9    how you do it, if I remember correctly.

10       **Q.**    How did you send money to BitInstant?

11       **A.**    Through a money order.

12       **Q.**    And was that facilitated by ZipZap?

13       **A.**    Yes.

14       **Q.**    So the process is that you would send a money

15   order to ZipZap who then would send that money to

16   BitInstant who would then deposit bitcoins into

17   Mt. Gox; is that the chain?

18       **A.**    I believe -- if I recall correctly, yes.

19       **Q.**    Did you have to sign up for an account with

20   BitInstant?

21       **A.**    I don't remember.

22       **Q.**    Do you have to sign up for an account with

23   ZipZap?

24       **A.**    I don't remember.

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 15

1    **Q.**    Was ZipZap the only company that could be

2    used to send money orders to BitInstant?

3    **A.**    I think ZipZap is what Walgreens uses to send

4    money orders.

5    **Q.**    Before you purchased bitcoins, did you review

6    information on Mt. Gox's website?

7    **A.**    Yes.

8    **Q.**    What information did you review on Mt. Gox's

9    website?

10    **A.**    I believe I would have reviewed their general

11    website.  What specifically, I don't recall at the

12    time, but I know I would have went to their website

13    and checked it out, saw how user friendly it was, saw,

14    you know, the site itself.  Specifically, I don't

15    recall.

16    **Q.**    Do you recall any information about the

17    security of the Mt. Gox website or exchange?

18    **A.**    No, I don't recall.

19    **Q.**    Do you recall reading anything on Mt. Gox's

20    website that said it would hold bitcoin securely for

21    all users?

22    **A.**    I believe so, yeah.

23    **Q.**    Where did you read that?

24    **A.**    On the terms of use probably.

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 16

1    **Q.**    Anywhere else?

2    **A.**    No, I don't recall.

3            MS. BRENNAN:  Mark this as two.

4                    (Whereupon, Greene Exhibit No. 2

5                     was marked for identification.)

6    BY MS. BRENNAN:

7    **Q.**    Mr. Greene, you've been handed what's been

8    marked as Exhibit 2.  Do you recognize this as a copy

9    of the Fourth Amended Class Action Complaint in this

10   case?

11   **A.**    Yes.

12   **Q.**    If I could ask you please -- did you review

13   this complaint before it was filed?

14   **A.**    Yes.

15   **Q.**    Did you agree with what the allegations in

16   the fourth amended complaint state?

17   **A.**    Yes.

18   **Q.**    If I could ask you to look at paragraph 50 on

19   page 13, please.  That paragraph alleges:  "Relying

20   upon these representations made by Mt. Gox -- namely

21   that it would allow him to 'quickly and securely trade

22   bitcoins with other people around the world' and give

23   him 'the ability to securely store his bitcoins in a

24   virtual vault for safekeeping' -- Greene signed up for

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 44

1  Exchange?

2      **A.**   I believe so.

3      **Q.**   Why do you believe that?

4      **A.**   I believe that -- I find it incredible that

5  he would not have known what happened to the bitcoins

6  that were on Mt. Gox's exchange.

7      **Q.**   Any other reason?

8      **A.**   No.

9      **Q.**   Do you believe that Mr. Karpeles wrongfully

10 accessed your bitcoins?

11     **A.**   I believe that he wrongfully accessed

12 everybody on the exchange's bitcoins, so that would

13 include mine.

14     **Q.**   But you don't think he directly made access

15 to your account and nobody else's, correct?

16     **A.**   No.

17     **Q.**   Did Mr. Karpeles assert ownership over your

18 bitcoins today?

19     **A.**   Yes.

20     **Q.**   Why do you believe that?

21     **A.**   Because he was the CEO of the Mt. Gox

22 Exchange, and he was the only one that would have had

23 access to those bitcoins at that time.

24     **Q.**   Do you believe that Mr. Karpeles knowingly

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 45

1  concealed the defects from the public and falsely

2  assured users that their bitcoins and money were safe

3  in their accounts?

4      **A.**   Yes.

5      **Q.**   How did he do that?

6      **A.**   Through -- he was on bitcointalk.org's

7  website on numerous occasions indicating that Mt. Gox

8  was solid; that it was secure; and that bitcoin --

9  that Mt. Gox was a stable company.

10     **Q.**   When were those posts made?

11     **A.**   Between 2011 and 2014 when it went into

12  bankruptcy.

13     **Q.**   Do you have a specific date for any of those

14  posts?

15     **A.**   It was all throughout that time period that

16  he was posting on bitcointalk.org under the username

17  MagicalTux.

18     **Q.**   And you believe he used the phrases "solid,"

19  "secure," and "stable"?

20     **A.**   I don't know if those were the exact phrases

21  that he used, but he conveyed that.

22     **Q.**   On bitcointalk.org, who starts a string for

23  discussion?

24     **A.**   Anybody who's a user of the forum.

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 46

1    **Q.**   Anywhere else that Mr. Karpeles made those

2    representations?

3    **A.**   He was on internet chat sites, I believe, and

4    those oftentimes were reposted onto the

5    bitcointalk.org forum.

6    **Q.**   Other than bitcointalk.org, were there any

7    other websites that you followed?

8          MR. THOMASSEN:  Object to form.

9    BY MS. BRENNAN:

10   **Q.**   With respect to Mt. Gox or bitcoins?

11   **A.**   No.  Not at that time, no.

12   **Q.**   You qualified with not at that time.  Are

13   there ones that you follow currently or since 2014?

14   **A.**   Since 2014, other sites and other locations

15   on the internet allow for discussions to occur such as

16   Reddit and Twitter.  But at the time between 2011 and

17   2014, I would not have reviewed that, at least I don't

18   recall ever reviewing anything other than

19   bitcointalk.org.

20   **Q.**   Do you believe that Mr. Karpeles directed

21   Mt. Gox's customer service team?

22   **A.**   Yes.

23   **Q.**   Why do you believe that?

24   **A.**   He was the CEO, and he's indicated since

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 47

1   then, or other people have indicated since then that

2   he directed them directly.

3       Q.   How did Mr. Karpeles indicate that?

4       A.   I believe I've seen documentaries or there

5   have been podcasts where he has indicated that or

6   other people have indicated that that's how it worked

7   at the Mt. Gox Exchange.

8       Q.   You believe that there are documentaries or

9   podcasts that indicate that Mr. Karpeles directed

10  customer service?

11      A.   Yes.

12      Q.   And what specifically was said in those

13  documentaries or podcasts with respect to Mr. Karpeles

14  and his role at customer service at Mt. Gox?

15      A.   Can you repeat that?

16      Q.   Sure.

17           Could you read that back, please.

18                       (Whereupon, the record

19                        was read as requested.)

20           THE WITNESS:  I believe that there were

21  customer service representatives that specifically

22  said that he was directing them.

23  BY MS. BRENNAN:

24      Q.   Anything else?

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 48

1      **A.**   Regarding the podcasts or?

2      **Q.**   At any other place or any other specifics

3  about your belief that Mr. Karpeles was directing

4  customer service at Mt. Gox?

5      **A.**   I believe the general statements that he made

6  on bitcointalk.org indicated that he was directing

7  customer service.  I can't point right now to any

8  specific one, but that's my general understanding from

9  that time period.

10     **Q.**   In your prior answer, you said other people.

11 What other people had made that indication?

12     **A.**   Other posts on bitcointalk.org.

13     **Q.**   And do you know who those authors of those

14 posts were?

15     **A.**   No.

16     **Q.**   Or what their positions were?

17     **A.**   No.

18          MR. THOMASSEN:  Do you mind if we take a

19 break?

20          MS. BRENNAN:  That's fine.

21                   (Whereupon, a short break

22                    was taken, after which the

23                    following proceedings were

24                    had:)

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 62

1     **A.**   No.

2         MR. THOMASSEN:  That's all.

3         MS. BRENNAN:  Okay.  I don't have any

4   follow-up on that.  I am going to have follow-up with

5   you with respect to document searches and documents

6   like with Fortress and all that.  So subject to that

7   reservation, I doubt I'll need him to come back, but

8   that will be about it.

9         MR. THOMASSEN:  Sure.

10                (Witness excused at 11:25 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 63

1   STATE OF ILLINOIS                )
                                     )  SS:
2   COUNTY OF COOK                   )

3

4           I, Judith T. Lepore, Certified Shorthand

5   Reporter in the State of Illinois, do hereby certify

6   that on the 11th day of November, 2019, the deposition

7   of the witness, GREGORY GREENE, called by the

8   Defendant, was taken before me, reported

9   stenographically and was thereafter reduced to

10  typewriting through computer-aided transcription.

11          The said witness, GREGORY GREENE, was first

12  duly sworn to tell the truth, the whole truth, and

13  nothing but the truth, and was then examined upon oral

14  interrogatories.

15          I further certify that the foregoing is a

16  true, accurate and complete record of the questions

17  asked of and answers made by the said witness, at the

18  time and place hereinabove referred to.

19          The signature of the witness was waived by

20  agreement.

21          The undersigned is not interested in the

22  within case, nor of kin or counsel to any of the

23  parties.

24          IN TESTIMONY WHEREOF:  I have hereunto set my

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 64

1   verified digital signature this 20th of November 2019.

2

3

4

5

6   JUDITH T. LEPORE, CSR

7

8

9   License No. 084-004040

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24