# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | Case No. 14-cv-01437 |
| Plaintiff, | Hon. Gary Feinerman |
| | Magistrate Judge Susan Cox |
| v. | |
| MARK KARPELES, an individual, | |
| Defendant. | |

## DEFENDANT MARK KARPELES' MOTION TO SUPPLEMENT OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Defendant Mark Karpeles seeks leave of Court to supplement his Opposition to Plaintiff's Motion for Class Certification ("Opposition") [Dkt. 526], and submits as follows:

1. Mr. Greene filed his Motion for Class Certification [Dkt. 508] and his Memorandum in Support of Motion for Class Certification ("Memorandum") [Dkt. 509] on October 30, 2020.

2. As this Court is aware, civil rehabilitation proceedings for Mt. Gox are underway in Japan.

3. In the section of his Memorandum addressing the supposed superiority of a class action (Mem. at 24-25), Mr. Greene stated that "there is no end in sight for the bankruptcy proceeding." (Mem. at 25.)

4. Specifically, Mr. Greene argued that the rehabilitation trustee "has now received six extensions of the deadline to submit a rehabilitation plan (including as recently as October 15, 2020, extending the new deadline to December), and there is every reason to believe he will seek a seventh." (*Id.*)

5.  Mr. Karpeles filed his Opposition on December 14, 2020. [*See* Dkt. 526.] The Opposition specifically discusses the civil rehabilitation and its superiority as a method of recovery. (*See* Opp. 27-29.)

6.  On December 15, 2020, the rehabilitation trustee did not seek a seventh extension as speculated by Mr. Greene. Instead, the trustee filed a draft rehabilitation plan with the Tokyo District Court. (*See* Exhibit A, Announcement of Filing of Draft Rehabilitation Plan).

7.  Mr. Karpeles therefore requests that the Court take judicial notice of the rehabilitation trustee's public announcement in ruling on Mr. Greene's Motion for Class Certification. *See Hill v. Wells Fargo Bank, N.A.*, No. 12 C 7240, 2015 U.S. Dist. LEXIS 5720, at *22-23 (N.D. Ill. Jan. 16, 2015) (Feinerman, J) (taking judicial notice of public document).

WHEREFORE, Defendant Mark Karpeles respectfully requests that this Honorable Court (1) grant his Motion to Supplement his Opposition to Plaintiff's Motion for Class Certification; (2) take judicial notice of the Mt. Gox rehabilitation trustee's Announcement of Filing of Draft Rehabilitation Plan; and (3) for such other and further relief as this Court deems just in Mr. Karpeles' favor.

Dated: December 21, 2020

Respectfully submitted,

Mark Karpeles

By: */s/ Bevin Brennan*
One of His Attorneys

Bevin Brennan
Matthew Schmidt
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com
mschmidt@pedersenhoupt.com

*Attorneys for Defendant Mark Karpeles*