# EXHIBIT A

[English Translation for Reference Purpose Only]

December 15, 2020

To whom it may concern:

Rehabilitation Debtor: MTGOX Co., Ltd.
Rehabilitation Trustee: Nobuaki Kobayashi, Attorney-at-law

# Announcement of Filing of Draft Rehabilitation Plan

On December 15, 2020, the Rehabilitation Trustee filed a draft rehabilitation plan. The Tokyo District Court and an examiner will review the draft rehabilitation plan and determine whether to proceed with the rehabilitation proceedings relevant to the draft rehabilitation plan.

The Rehabilitation Trustee plans to explain the draft rehabilitation plan to the relevant parties in a timely and appropriate manner.

[End of document]