**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GREGORY GREENE, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

MARK KARPELES, an individual,

*Defendant*.

Case No. 1:14-cv-01437

Hon. Gary Feinerman

Magistrate Judge Susan Cox

**DECLARATION OF BENJAMIN S. THOMASSEN**

I, Benjamin S. Thomassen, declare:

1.    I am an attorney at Edelson PC and represent Plaintiff Gregory Greene in this matter. Except as otherwise indicated, all facts set forth in this declaration are based on my personal knowledge. If called to testify at trial, I could testify to the facts set forth herein.

2.    Attached hereto as Exhibit A is a true and accurate copy of excerpts from the deposition of Gregory Greene.

3.    Attached hereto as Exhibit B is a true and accurate copy of excerpts from the deposition of Carol Goforth.

4.    Attached hereto as Exhibit C is a true and accurate copy of excerpts from the deposition of Anthony Motto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2021 in Chicago, Illinois.

/s/ Benjamin S. Thomassen

1