# Exhibit 1





Transcript of the Deposition of
# Gregory Greene
**Case:** Gregory Greene v. Mark Karpeles
**Taken On:** November 11, 2019

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

Page 1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GREGORY GREENE, individually )
and on behalf of all others )
similarly situated, )
                                )
        Plaintiff, )
                                )
    -vs- ) Case No. 14-cv-01437
                                )
MARK KARPELES, an individual, )
                                )
        Defendant. )
_____)

       The deposition of GREGORY GREENE, called for examination pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Judith T. Lepore, Certified Shorthand Reporter for the State of Illinois, at 161 North Clark Street, Suite 2700, Illinois, on November 11, 2019, at the hour of 10:01 a.m.

Reported by:  Judith Lepore, CSR
License No.:  084-004040

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 2

1  APPEARANCES:
2       EDELSON, PC
3       BY:  BEN THOMASSEN
4       350 North LaSalle Street
5       14th Floor
6       Chicago, Illinois  60654
7       312.589.6370
8       bthomassen@edelson.com
9           Representing the Plaintiff;
10
11      PEDERSEN & HOUPT
12      BY:  BEVIN BRENNAN
13      161 North Clark Street
14      Suite 2700
15      Chicago, Illinois  60601
16      312.641.6888
17      bbrennan@pedersenhoupt.com
18          Representing the Defendant.
19
20
21
22
23
24

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 44

1  Exchange?
2  **A.** I believe so.
3  **Q.** Why do you believe that?
4  **A.** I believe that -- I find it incredible that
5  he would not have known what happened to the bitcoins
6  that were on Mt. Gox's exchange.
7  **Q.** Any other reason?
8  **A.** No.
9  **Q.** Do you believe that Mr. Karpeles wrongfully
10 accessed your bitcoins?
11 **A.** I believe that he wrongfully accessed
12 everybody on the exchange's bitcoins, so that would
13 include mine.
14 **Q.** But you don't think he directly made access
15 to your account and nobody else's, correct?
16 **A.** No.
17 **Q.** Did Mr. Karpeles assert ownership over your
18 bitcoins today?
19 **A.** Yes.
20 **Q.** Why do you believe that?
21 **A.** Because he was the CEO of the Mt. Gox
22 Exchange, and he was the only one that would have had
23 access to those bitcoins at that time.
24 **Q.** Do you believe that Mr. Karpeles knowingly

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 45

1 concealed the defects from the public and falsely
2 assured users that their bitcoins and money were safe
3 in their accounts?
4     **A.**    Yes.
5     **Q.**    How did he do that?
6     **A.**    Through -- he was on bitcointalk.org's
7 website on numerous occasions indicating that Mt. Gox
8 was solid; that it was secure; and that bitcoin --
9 that Mt. Gox was a stable company.
10     **Q.**    When were those posts made?
11     **A.**    Between 2011 and 2014 when it went into
12 bankruptcy.
13     **Q.**    Do you have a specific date for any of those
14 posts?
15     **A.**    It was all throughout that time period that
16 he was posting on bitcointalk.org under the username
17 MagicalTux.
18     **Q.**    And you believe he used the phrases "solid,"
19 "secure," and "stable"?
20     **A.**    I don't know if those were the exact phrases
21 that he used, but he conveyed that.
22     **Q.**    On bitcointalk.org, who starts a string for
23 discussion?
24     **A.**    Anybody who's a user of the forum.

```
1   STATE OF ILLINOIS             )
                                  )  SS:
2   COUNTY OF COOK                )
```

3

4           I, Judith T. Lepore, Certified Shorthand

5   Reporter in the State of Illinois, do hereby certify

6   that on the 11th day of November, 2019, the deposition

7   of the witness, GREGORY GREENE, called by the

8   Defendant, was taken before me, reported

9   stenographically and was thereafter reduced to

10  typewriting through computer-aided transcription.

11          The said witness, GREGORY GREENE, was first

12  duly sworn to tell the truth, the whole truth, and

13  nothing but the truth, and was then examined upon oral

14  interrogatories.

15          I further certify that the foregoing is a

16  true, accurate and complete record of the questions

17  asked of and answers made by the said witness, at the

18  time and place hereinabove referred to.

19          The signature of the witness was waived by

20  agreement.

21          The undersigned is not interested in the

22  within case, nor of kin or counsel to any of the

23  parties.

24          IN TESTIMONY WHEREOF:  I have hereunto set my

Gregory Greene v. Mark Karpeles
Deposition of Gregory Greene - Taken 11/11/2019

Page 64

1  verified digital signature this 20th of November 2019.

*Judith T. Lepore*
JUDITH T. LEPORE, CSR

License No. 084-004040