**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, *Plaintiff*, v. MARK KARPELES, an individual, *Defendant*. | Case No. 1:14-cv-01437 Hon. Gary Feinerman Magistrate Judge Susan Cox |

**UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* OVERSIZED REPLY BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Plaintiff Gregory Greene, through his undersigned counsel, respectfully moves under N.D. Ill. L.R. 7.1 for leave to file, *instanter*, his Reply Brief in Support of Motion for Class Certification in excess of the Court's 15-page limit. In support of this Motion, Plaintiff states as follows:

1. Plaintiff's reply brief in support of his pending motion for class certification is due today, January 4, 2021. The brief responds to the points and arguments raised in Defendant Mark Karpeles's 32-page opposition brief, (dkt. 526) and 2-page supplemental brief, (dkt. 529), and also addresses the questions raised by the Court in connection with Defendant's pending motion to exclude, (dkt. 501).

2. To adequately respond to and address these various issues, Plaintiff requires, and therefore requests, leave to file an oversized brief of 23 pages. *See* N.D. Ill. L.R. 7.1.

3. Plaintiff has made every effort to keep his brief concise and does not make this request for any improper purpose. Rather, Plaintiff submits that the excess pages are necessary to adequately address the facts and law raised in his reply brief.

1

4.      Counsel for Defendant Mark Karpeles, Bevin Brennan, indicated that Defendant has no objection to this request.

WHEREFORE, Plaintiff Gregory Greene respectfully requests leave to file a 23-page reply brief in support of his motion for class certification.

Dated:  January 4, 2021                   **GREGORY GREENE**, individually and
                                          on behalf of a class of similarly situated
                                          individuals,

                                          By: /s/Benjamin S. Thomassen
                                              One of Plaintiff's Attorneys

                                          Jay Edelson
                                          jedelson@edelson.com
                                          Benjamin S. Thomassen
                                          bthomassen@edelson.com
                                          Edelson PC
                                          350 North LaSalle Street, 14th Floor
                                          Chicago, Illinois 60654
                                          Tel: 312.589.6370
                                          Fax: 312.589.6378

                                          Rafey S. Balabanian
                                          rbalabanian@edelson.com
                                          J. Aaron Lawson
                                          alawson@edelson.com
                                          Edelson PC
                                          123 Townsend Street, Suite 100
                                          San Francisco, California 94107
                                          Tel: 415.212.9300
                                          Fax: 415.373.9495

                                          *Counsel for Plaintiff and the putative class*