IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARK KARPELES, an individual <br><br> *Defendant*. | Case No. 1:14-cv-01437 <br><br> Hon. Gary Feinerman |

### MOTION FOR LEAVE TO WITHDRAW DANIEL SCHNEIDER'S APPEARANCE AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFF

Edelson PC respectfully moves this Court pursuant to Local Rule 83.17 for leave to withdraw as counsel of record for Plaintiff Gregory Greene ("Plaintiff"). In support of this Motion, Edelson PC states as follows:

1. As of January 1, 2021, Mr. Schneider no longer works with the law firm Edelson PC, which has been retained to represent Plaintiff in this matter.

2. Although Mr. Schneider will no longer be working with Edelson PC and will no longer represent Plaintiff in this action, Plaintiff will continue to be represented by other attorneys at Edelson PC, including Benjamin Thomassen, Eve-Lynn Rapp, Ari Scharg, and J. Aaron Lawson. Plaintiff will, therefore, not be prejudiced by Mr. Schneider's withdrawal.

WHEREFORE, Edelson PC respectfully requests that the Court enter an order granting leave to withdraw Daniel Schneider as one of the attorneys of record for Plaintiff.

               Respectfully submitted,

Dated: January 26, 2021        By: /s/Benjamin Thomassen

               Benjamin Thomassen
               bthomassen@edelson.com
               EDELSON PC
               350 North LaSalle Street, 14th Floor
               Chicago, Illinois 60654
               Tel: 312.589.6370
               Fax: 312.589.6378