**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 14-cv-01437 |
| Plaintiff, | ) ) | Hon. Gary Feinerman |
| v. | ) ) ) | Magistrate Judge Susan Cox |
| MARK KARPELES, an individual, | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW MATTHEW SCHMIDT'S
APPEARANCE AS ONE OF THE COUNSEL OF RECORD FOR DEFENDANT**

Defendant Mark Karpeles ("Defendant") respectfully moves this Court pursuant to Local Rule 83.17 for leave to withdraw Matthew Schmidt as a counsel of record. In support of this Motion, Defendant states as follows:

1. As of January 25, 2021, Mr. Schmidt no longer works with the law firm Pedersen & Houpt, which has been retained to represent Defendant in this matter.

2. Although Mr. Schmidt will no longer represent Defendant in this action, Defendant will continue to be represented by other attorneys at Pedersen & Houpt, namely Bevin Brennan. Plaintiff therefore will not be prejudiced by Mr. Schmidt's withdrawal.

WHEREFORE, Defendant Mark Karpeles respectfully requests that the Court enter an order granting leave to withdraw Matthew Schmidt as one of the attorneys of record for Defendant.

Dated: February 4, 2021

Respectfully submitted,

Mark Karpeles

By: /s/ *Bevin Brennan*
    One of His Attorneys

01303777v1

Bevin Brennan
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com

*Attorneys for Defendant Mark Karpeles*