UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MARK KARPELES, an individual,  )<br>)<br>Defendant.  ) | Case No. 14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |

**DEFENDANT MARK KARPELES' MOTION FOR LEAVE TO FILE
HIS SECOND SUPPLEMENT TO HIS OPPOSITION TO
<u>PLAINTIFF'S MOTION FOR CLASS CERTIFICATION</u>**

Defendant Mark Karpeles seeks leave of Court to file his Second Supplement to his Opposition to Plaintiff's Motion for Class Certification ("Opposition") [Dkt. 526], and submits as follows:

1. Mr. Greene filed his Motion for Class Certification [Dkt. 508] and his Memorandum in Support of Motion for Class Certification [Dkt. 509] on October 30, 2020.

2. Mr. Karpeles filed his Opposition on December 14, 2020.

3. As this Court is aware, civil rehabilitation proceedings for Mt. Gox are underway in Japan.

4. Mr. Karpeles filed his first supplement to his Opposition to update the Court that the rehabilitation trustee had filed a draft rehabilitation plan with the Tokyo District Court on December 15, 2020. [Dkt. No. 529.]

5. Mr. Greene filed his reply in support of his Motion for Class Certification on January 4, 2021. [Dkt. No. 534.]

6. The Court heard oral argument on January 6, 2021 on the Motion for Class Certification, and that motion remains pending.

7. On February 25, 2021, a new press release issued relating to the rehabilitation proceedings.

8. That press release states the Tokyo District Court made an order to refer the Draft Rehabilitation Plan to a resolution and provided the schedule for voting on the plan.

9. Mr. Karpeles seeks leave to file this Second Supplement to update the Court on developments in the rehabilitation proceedings and its impact on this case, as requested by the Court during the oral argument on January 6, 2021.

10. The proposed Second Supplement is attached hereto as Exhibit 1

WHEREFORE, Defendant Mark Karpeles respectfully requests that this Honorable Court (1) grant his Motion for Leave to File His Second Supplement to His Opposition to Plaintiff's Motion for Class Certification; and (2) for such other and further relief as this Court deems just in Mr. Karpeles' favor.

Dated: March 8, 2021

Respectfully submitted,

Mark Karpeles

By: _/s/ Bevin Brennan_
One of His Attorneys

Bevin Brennan
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
bbrennan@pedersenhoupt.com

*Attorneys for Defendant Mark Karpeles*