IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MARK KARPELES, an individual<br><br>*Defendant*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman |

**PLAINTIFF GREGORY GREENE'S RESPONSE TO DEFENDANT
MARK KARPELES'S MOTION FOR LEAVE**

Plaintiff Gregory Greene agrees that the Court should consider the order of the Tokyo district court regarding the Mt. Gox Japanese proceedings, but disagrees that Defendant Mark Karpeles's new remarks regarding Greene's possible recoveries warrant an additional response to the pending motion for class certification. As the filing notes, Mt. Gox creditors are scheduled to vote on the proposed rehabilitation plan—which, as Karpeles acknowledges, is confidential and not publicly available (dkt. 545-1, ¶ 8)—through October 8, 2021. At some point after that date the parties may have a better and actual understanding of (i) whether and to what extent putative class members in this case might recover their losses through the Japanese proceedings or, (ii) should the rehabilitation proceedings fail, whether Mark Karpeles will enjoy a generous windfall for himself at class members' collective expense.

In other words, there has been no material change in circumstances since the hearing on the motion for class certification: the proceedings in Japan may result in substantial recoveries for class members, or they may not. At this point, it is impossible to predict either way. But

whatever happens, the Court can revisit any decision on class certification once the parties know more. (Dkt. 534 at 22; dkt. 509 at 25.) Additional speculation on the part of Mark Karpeles as to what Greene might recover through the unapproved and nonpublic rehabilitation plan does not change the calculus in any real way.

                                                         Respectfully submitted,

Dated: March 9, 2021                        **GREGORY GREENE**, individually and
on behalf of a class of similarly situated individuals,

                                                         By: /s/ Benjamin S. Thomassen
                                                               One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9495

*Counsel for Plaintiff and the putative class*