# EXHIBIT A

February 25, 2021

To whom it may concern:

Rehabilitation Debtor: MtGox Co., Ltd.
Rehabilitation Trustee: Nobuaki Kobayashi,
Attorney-at-law

### Order to Refer Draft Rehabilitation Plan to Resolution

As announced in the "Announcement of Filing of Draft Rehabilitation Plan" dated December 15, 2020, the Rehabilitation Trustee filed a draft rehabilitation plan with the Tokyo District Court on December 15, 2020.

Thereafter, the Rehabilitation Trustee filed with the Tokyo District Court a revised draft rehabilitation plan (hereinafter, the revised draft rehabilitation plan is referred to as the "**Draft Rehabilitation Plan**") on February 15, 2021, and a written revision to schedules (lists of allowed and disputed rehabilitation claims as of the last day of March 2020) of the Draft Rehabilitation Plan on February 19, 2021.

On February 16, 2021, the examiner filed an examination report with the Tokyo District Court, stating that there were no grounds for disapproving the Draft Rehabilitation Plan as provided in Article 174, Paragraph 2 of the Civil Rehabilitation Act, and that there were no other unreasonable grounds.

Following the proceedings above, on February 22, 2021, the Tokyo District Court made an order to refer the Draft Rehabilitation Plan to a resolution (the "**Order**"). Rehabilitation creditors will be asked to vote to agree or disagree with the Draft Rehabilitation Plan.

The following is the schedule prescribed by the Order:

(1) Record date for determining voting rights holders: March 24, 2021 (Wednesday)
(2) Deadline for notice of non-uniform exercise of voting rights: September 10, 2021 (Friday)
(3) Deadline for online voting and voting by mail: October 8, 2021 (Friday)
(4) Creditors' meeting for resolution on the Draft Rehabilitation Plan: October 20, 2021 (Wednesday), from 14:00 onwards

2

Rehabilitation creditors who are eligible to vote on the Draft Rehabilitation Plan will be those indicated on the list of rehabilitation creditors as of the record date for determining voting rights holders (see (1) above).

There are three methods of voting on the Draft Rehabilitation Plan: (A) online voting, (B) voting by mailing a voting form, or (C) voting in person on the date of the creditors' meeting (see (4) above), and rehabilitation creditors with voting rights will be asked to choose one of these methods.

The specific method and timing of voting on the Draft Rehabilitation Plan will be announced to rehabilitation creditors via MTGOX's website and other means.

Please note that, in accordance with the Civil Rehabilitation Act, new proofs of rehabilitation claims cannot be filed after the Order is made.

We kindly ask for your continued understanding and cooperation in the civil rehabilitation proceedings.

End of document