# EXHIBIT C

3/8/2021
Case: 1:14-cv-01437 Document #: 548-3 Filed: 03/09/21 Page 2 of 2 PageID #:9528
Japanese Yen to US Dollar | Convert 2,430,313 JPY to USD | Xe

Get the App

## Convert 2,430,313 JPY to USD

Xe Currency Converter



| Convert | Send | Charts | Alerts |

**Amount**

¥2,430,313

**From**                                    **To**

● JPY ▾
Japanese Yen          ⇄          🇺🇸 USD ▾
US Dollar

2,430,313 Japanese Yen =

# 22,318.8197644031 US Dollars

**1 JPY = 0.00918352 USD**
**1 USD = 108.891 JPY**

✈ Transfer your USD to 2,430,313 JPY

**View transfer quote**

Japanese Yen to US Dollar conversion

Mid-market exchange rate - last updated Mar 8, 2021, 17:26 UTC

Feedback 🚀