

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click [HERE](#) for update instructions.

Name: **Eve-Lynn Rapp**

Firm: **Edelson PC**

Street Address: **2101 Pearl Street**

City/State/Zip Code: **Boulder, Colorado 80302**

Phone Number: **720-741-0076**

Email address: **erapp@edelson.com**

ARDC (Illinois State Bar members, only): **6300632**

If you have previously filed an appearance with this court using a different name, enter that name.
**N/A**

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:13-cv-08389 | Beaton v. SpeedyPC Software | Hon. Andrea R. Wood |
| 1:14-cv-01437 | Greene v. Karpeles et al | Hon. Gary Feinerman |
| 1:17-cv-02928 | Zak v. Bose Corporation | Hon. Andrea R. Wood |

/s/Eve-Lynn J. Rapp                                April 19, 2021

Signature of Attorney                              Date