**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 14-cv-01437<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Susan Cox |
| Plaintiff, | | |
| v. | | |
| MARK KARPELES, an individual, | | |
| Defendant. | | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 22, 2021 Order [Dkt. No. 552], Plaintiff Gregory Greene and Defendant Mark Karpeles hereby submit this Joint Status Report in advance of the telephonic status hearing scheduled for July 21, 2001 at 9:00 a.m. [Dkt. No. 554]:

1. The parties intend to discuss settlement among themselves. In the event that the parties cannot reach a settlement on their own, the parties would be interested in a settlement conference with the Magistrate Judge in November or December 2021.

2. The three mutually agreeable trial weeks required by the Court Order that the parties propose are: (a) February 28-March 4, 2022; (b) March 14-18, 2022; and (c) March 24-28, 2022. Defendant notes, however, that these dates are subject to developing a reasonable method for Defendant Mark Karpeles to testify given potential restrictions on his travel from Japan.

| | |
|---|---|
| DATED:  July 9, 2021 | Respectfully submitted, |
| GREGORY GREENE, | MARK KARPELES, |
| By: /s/ *Benjamin S. Thomassen*<br>      One of Plaintiff's Attorneys | By: /s/ *Bevin M. Brennan*<br>      One of Defendant's Attorneys |
| Benjamin S. Thomassen<br>Edelson PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel:  (312) 589-6370<br>bthomassen@edelson.com | Bevin M. Brennan<br>Pedersen & Houpt, PC<br>161 N. Clark St., Ste. 2700<br>Chicago, Illinois 60601<br>Tel:  (312) 261-2186<br>bbrennan@pedersenhoupt.com |
| J. Aaron Lawson<br>Edelson PC<br>123 Townsend Street, Suite 100<br>San Francisco, California 94107<br>Tel:  (415) 212-9300<br>alawson@edelson.com | *Counsel for Defendant*<br>*Mark Karpeles* |
| *Counsel for Plaintiff*<br>*Gregory Greene* | |