UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MARK KARPELES, an individual, <br><br> Defendant. | Case No. 14-cv-01437 <br><br> Hon. Gary Feinerman <br><br> Magistrate Judge Susan Cox |

**JOINT STATUS REPORT**

Pursuant to the Court's July 12, 2021 Order, (dkt. 556), Plaintiff Gregory Greene and Defendant Mark Karpeles report that they have discussed the prospect of settlement but have not reached an agreement at this time. Rather, both parties agree that settlement discussions will be more productive in or around October 2021, when voting on the proposed Mt. Gox civil rehabilitation plan is scheduled to close (and, in turn, Mt. Gox's former customers will know whether the Japanese proceedings will move forward in civil rehabilitation or bankruptcy). In line with this timeframe, both parties respectfully request that the Court refer them to the Magistrate Judge for a settlement conference in late November or early December 2021.

DATED: August 9, 2021                                                   Respectfully submitted,

GREGORY GREENE,                                                         MARK KARPELES,


By: /s/ Benjamin S. Thomassen                                           By: /s/ Bevin Brennan (with consent)
    One of Plaintiff's Attorneys                                        One of Defendant's Attorneys

Benjamin S. Thomassen                                                   Bevin Brennan
EDELSON PC                                                              Pedersen & Houpt, PC
350 North LaSalle Street, 14th Floor                                    161 N. Clark St., Ste. 2700
Chicago, Illinois 60654                                                 Chicago, Illinois 60601
Tel: (312) 589-6370                                                     Tel: (312) 261-2186

bthomassen@edelson.com

J. Aaron Lawson
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 212-9300
alawson@edelson.com

*Counsel for Plaintiff
Gregory Greene*

bbrennan@pedersenhoupt.com

*Counsel for Defendant
Mark Karpeles*