## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Gregory Greene, et al.

Plaintiff,

v.

MtGox Inc., et al.

Defendant.

Case No.: 1:14–cv–01437

Honorable Gary Feinerman

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Susan E. Cox for the purpose of holding proceedings related to: settlement conference.Mailed notice.(jlj, )

Dated: August 10, 2021

/s/ Gary Feinerman

United States District Judge