**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Gregory Greene, et al.
                                  Plaintiff,

v.                                                  Case No.: 1:14−cv−01437
                                                          Honorable Gary Feinerman

MtGox Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 23, 2021:

      MINUTE entry before the Honorable Susan E. Cox: On the Court's own motion, pre−conference telephone call set for 8/24/21 at 9:30 a.m. is stricken and reset to 8/25/2021 at 9:30 a.m. Call in information is 888−684−8852 and the passcode is 1664086 Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.