## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Gregory Greene, et al.

                        Plaintiff,

v.                                                      Case No.: 1:14−cv−01437
                                                               Honorable Gary Feinerman

MtGox Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 25, 2021:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Settlement conference set for 12/14/2021 at 9:30 a.m. The parties are to file a status report on 11/10/2021 to inform the Court on the Japanese proceedings that are running parallel to this case. This date is final and can only be changed by the granting of a motion. Parties are to try to make settlement progress on their own before the conference. In addition to complying with Judge Cox's Standing Order on Settlement Conferences in all other material ways (particularly with respect to itemization and compromise), the parties' letters should reflect the settlement history to date, including all prior demands/offers. Plaintiff's current demand letter is to be provided to opposing counsel and Judge Cox's proposed order inbox by 11/16/2021. Defendant's current offer letter is to be provided to opposing counsel and Judge Cox's proposed order inbox by 11/30/2021. Judge Cox reminds the parties that all persons with authority must be present on the virtual settlement conference for the duration. The parties agree to allow Judge Cox to conduct ex−parte settlement discussions if necessary. Additional information and instructions about the virtual settlement conference will be forthcoming in the days before the conference. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.