**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, | ) )  ) Case No. 14-cv-01437 |
| Plaintiff, | ) ) Hon. Gary Feinerman ) ) Magistrate Judge Susan Cox |
| v. | ) ) |
| MARK KARPELES, an individual, | ) ) |
| Defendant. | ) ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 10, 2021 Order (dkt. 560), Plaintiff Gregory Greene and Defendant Mark Karpeles hereby submit this Joint Status Report in advance of the telephonic status hearing scheduled for September 15, 2021:

1. On August 10, 2021, the Court referred the parties to Magistrate Judge Cox for settlement conference proceedings. (Dkt. 559.)

2. On August 25, 2021, the parties appeared before Magistrate Judge Cox and, consistent with their submissions to the Court, explained that settlement discussions between the parties would be more productive following an anticipated October 2021 announcement regarding the status of the Japanese Mt. Gox civil rehabilitation proceedings. In accordance with that timeframe, Magistrate Judge Cox set a schedule for submissions in advance of the settlement conference and ordered the parties to submit a status report on November 10, 2021. (Dkt. 563.) The settlement conference is scheduled for December 14, 2021.

3. Based on the foregoing, the parties agree that a status hearing with this Court is not necessary next week. Consistent with the Court's posted availability, the parties recommend

setting this case for further status on November 19, 2021, with a status report due on November 10, 2021 (i.e., to coincide with the report already due to Magistrate Judge Cox).

4. Counsel for Defendant Mark Karpeles has moved law firms and is in the process of an expected transition of the file, which is not yet complete. Counsel for Plaintiff has conferred with Mr. Karpeles' counsel, who expects that the file will be transitioned shorty and expects to file an appropriate submission to the Court. Mr. Karpeles' counsel has agreed to this status report.

DATED: September 8, 2021    GREGORY GREENE,

By: /s/Benjamin Thomasssen

One of Plaintiff's Attorneys

Benjamin S. Thomassen
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
bthomassen@edelson.com

J. Aaron Lawson
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212-9300
alawson@edelson.com

*Counsel for Plaintiff*
*Gregory Greene*