

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Bevin Brennan

Firm   Quinn Emanuel Urquhart & Sullivan, LLP

Street Address   191 N. Wacker Drive, Suite 2700

City/State/Zip Code   Chicago, Illinois 60606

Phone Number   (312) 705-7459

Email address   bevinbrennan@quinnemanuel.com

ARDC (Illinois State Bar members, only)   6271982

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 19-cv-04416 | LQD Business Finance, LLC. v | Matthew F Kennelly |
| 14-cv-01437 | Greene v. Karpeles et al | Gary Feinerman |
| 1:21-cv-00205 | Muhammad Anjum v. City of ( | Edmond E. Chang |
| | | |
| | | |
| | | |

_____
Signature of Attorney

09/28/21
_____
Date

Rev. 01272016