**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MARK KARPELES, an individual, <br><br> Defendant. | Case No. 14-cv-01437 <br><br> Hon. Gary Feinerman <br><br> Magistrate Judge Susan Cox |

**JOINT STATUS REPORT**

Pursuant to the Court's August 26, 2021 Order (Dkt. 563), Plaintiff Gregory Greene and Defendant Mark Karpeles hereby submit this Joint Status Report:

1. In the August 26, 2021 Order, Magistrate Judge Cox ordered the parties to submit a joint status report to inform the Court on the Japanese proceedings that are running parallel to this case.

2. On October 20, 2021, the Rehabilitation Trustee in the Japanese proceedings made a public announcement on mtgox.com entitled "Notice of Confirmation Order of Rehabilitation Plan."

3. In that Notice, the Rehabilitation Trustee announced: (i) that the creditors had approved the Draft Rehabilitation Plan and (ii) that "the Tokyo District Court made a confirmation order of the Rehabilitation Plan."

4. The Rehabilitation Trustee further stated that, "[d]epending on the situation, the confirmation order is expected to become final and binding in approximately one month from today." Once the plan is final and binding, the "Rehabilitation Trustee will then make repayments

to rehabilitation creditors holding allowed rehabilitation claims in accordance with the Rehabilitation Plan."

5. A further "announcement will be made to rehabilitation creditors on the details of the specific timing, procedures, and amount of such repayments."

6. The parties have begun informal settlement discussions. At this time, they expect to continue with the settlement conference scheduled for December 14, 2021 at 9:30 a.m. and provide their pre-settlement conference letters in accordance with the schedule entered by the Court on August 26, 2021.

7. Counsel for Defendant Mark Karpeles has moved law firms and is in the process of an expected transition of the file, which is not yet complete. Counsel for Plaintiff has conferred with Mr. Karpeles' counsel, who expects that the file will be transitioned shortly (within the week) and expects to file an appropriate submission to the Court. Mr. Karpeles' counsel has agreed to this status report.

DATED: November 10, 2021

GREGORY GREENE,

By: /s/ Benjamin S. Thomassen
      One of Plaintiff's Attorneys

Benjamin S. Thomassen
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
bthomassen@edelson.com

J. Aaron Lawson
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
alawson@edelson.com

*Counsel for Plaintiff Gregory Greene*