UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Gregory Greene, et al.

                        Plaintiff,

v.                                                Case No.: 1:14–cv–01437
                                                      Honorable Gary Feinerman

MtGox Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 8, 2021:

      MINUTE entry before the Honorable Susan E. Cox: Pre−settlement conference calls held separately with both parties on 12/8/2021. As discussed, the parties are to exchange new demand/offer letters, which are also to be provided to the Court's via email. Plaintiff's letter is due by noon on 12/10/2021 and Defendant's letter is due by noon on 12/13/2021. The Court will review these letters and determine whether the 12/14/2021 settlement conference would be fruitful. Additionally, the Court accidentally overlooked a standing Court commitment when it scheduled the 12/14/2021 conference and thus, the 9:30 a.m. CST start time is hereby stricken and reset to 10:30 a.m. CST (TIME CHANGE ONLY). Mailed notice (gw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.