

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Bevin Brennan

Firm   Quinn Emanuel Urquhart & Sullivan LLP

Street Address   191 N. Wacker Drive, Suite 2700

City/State/Zip Code   Chicago, IL 60606

Phone Number   (312) 705-7400

Email address   bevinbrennan@quinnemanuel.com

ARDC (Illinois State Bar members, only)   6271982

If you have previously filed an appearance with this court using a different name, enter that name.
N/A

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 19-cv-04416 | LQD Business Finance, LLC v. AFK, et al. | Matthew F. Kennelly |
| 14-cv-01437 | Greene v. Karpeles | Gary S. Feinerman |
| 21-cv-00205 | Anjum v. City of Chicago | Edmond E. Chang |
| | | |
| | | |
| | | |

/s/ Bevin Brennan                                         12/8/2021
Signature of Attorney                                      Date

Rev. 01272016