# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Gregory Greene, et al.

                                              Plaintiff,

v.                                                                            Case No.: 1:14–cv–01437
                                                                            Honorable Gary Feinerman

MtGox Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 14, 2021:

      MINUTE entry before the Honorable Susan E. Cox: Settlement conference held 12/14/2021. Case settled. The parties plan to consent to this Court's jurisdiction, after which the Court will enter a dismissal without prejudice (to convert to prejudice on 8/31/2022), as contemplated by the parties. Mailed notice (gw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.