IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE,<br><br>    *Plaintiff*,<br><br>v.<br><br>MARK KARPELES,<br><br>    *Defendant*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own attorney's fees and costs. Further, and through the signatures of their counsel below, the Parties agree to submit to the jurisdiction of Magistrate Judge Cox for the purposes of any enforcement action related to their written settlement agreement.

                                                      Respectfully submitted,

Dated: January 17, 2022                    **GREGORY GREENE**,

                                                      By: /s/ Benjamin S. Thomassen
                                                              One of Plaintiff's Attorneys

                                                      Benjamin S. Thomassen
                                                      bthomassen@edelson.com
                                                      Edelson PC
                                                      350 North LaSalle Street, 14th Floor
                                                      Chicago, Illinois 60654
                                                      Tel: 312.589.6370
                                                      Fax: 312.589.6378

                                                      J. Aaron Lawson
                                                      alawson@edelson.com
                                                      Edelson PC

150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9495

*Counsel for Plaintiff*

**MARK KARPELES**

By: /s/ Bevin Brennan (with permission)
One of His Attorneys

Bevin Brennan
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Dr., Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7459
bevinbrennan@quinnemanuel.com

*Counsel for Defendant Mark Karpeles*