IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>   *Defendant*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman |

**MOTION FOR ORDER TO DISBURSE SECURITY BOND DEPOSIT**

  Pursuant to Local Rule 67.1, Plaintiff Gregory Greene respectfully requests that the Court enter an order directing the Clerk of Court to disburse the $5,000 security bond, plus interest, posted by Plaintiff in connection with the temporary restraining order entered in this case. (Dkt. 33.) In support of this motion, Plaintiff states as follows:

  1. On March 11, 2014, the Court entered a temporary restraining order, which prevented the original defendants in this matter (Mt. Gox, Inc., Mt. Gox KK, Tibanne KK, and Mark Karpeles) from, *inter alia*, disposing of certain assets and documents. (*Id.* at 4-5.) The order required that Plaintiff, through his counsel and pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, post a $5,000 security bond. (*Id.* at 2.)

  2. Plaintiff, through his counsel, posted a $5,000 bond on March 12, 2014.

  3. The Court later converted the temporary restraining order to an interim preliminary injunction (except as to Mt. Gox KK) as it considered Plaintiff's motion for a preliminary injunction. (Dkt. 71 at 1.) In so doing, the Court found that the $5,000 bond already posted by Plaintiff was "sufficient for the interim preliminary injunction." (*Id.* at ¶ 9.)

4.	On January 8, 2015, Plaintiff withdrew his motion for a preliminary injunction, (dkt. 128), which triggered the "natural expiration" of the interim preliminary injunction, (dkt. 71 at 12.)

5.	No party affected by the temporary restraining order or interim preliminary injunction has moved for the payment of any costs or damages sustained from such relief. *See* Fed. R. Civ. P. 65(c).

WHEREFORE, pursuant to Local Rule 67.1, Plaintiff respectfully requests that the Court enter an order directing the Clerk of Court to disburse the $5,000, plus interest, to Plaintiff's counsel of record, Edelson PC. Plaintiff will submit an appropriate IRS form W-9 and proposed order contemporaneously with this motion.

Respectfully submitted,

Dated: September 28, 2022	**GREGORY GREENE**,

By:	/s/ Benjamin S. Thomassen
	One of Plaintiff's Attorneys

Benjamin S. Thomassen
bthomassen@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378