IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GREENE,<br><br>   *Plaintiff*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>   *Defendant*. | Case No. 1:14-cv-01437<br><br>Hon. Gary Feinerman |

**ORDER GRANTING MOTION FOR ORDER TO DISBURSE SECURITY BOND**

Plaintiff's request that the Court enter an order directing the Clerk of Court to disburse the $5,000 security bond, plus interest, posted by Plaintiff in connection with the temporary restraining order entered in this case (Dkt. 33), is GRANTED.

The principal amount of $5,000, plus interest, on deposit with the Court is hereby released to Plaintiff Gregory Greene at the address of his counsel, Edelson PC, 350 North LaSalle Street, 14th Floor, Chicago, Illinois 60654. The Clerk of Court is ordered to return the funds previously deposited with the Clerk of Court by check made out to Edelson PC. A W-9 for this party has been emailed to fiscal_ilnd@ilnd.uscourts.gov per LR67.1.

  IT IS SO ORDERED.

Dated this 29 day of September 2022.

                       _____
                       HONORABLE GARY S. FEINERMAN
                       UNITED STATES DISTRICT JUDGE